# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

**Case Number** #25-1158 (and) # 25-1170

**Short Case Caption** State of New Jersey, et al. vs. President Trump, et al.

**Filing Party/Entity** Pro Se appellant in #25-1158 (interested party/ intervenor)

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

# 25-cv-1158

AND # 25-cv-1170

NOTE: I, disabled pro se appellant - Melvin Jones Jr. beleive[s] that in First Circuit related appeal #25-1158.... an EXPIDITED BRIEFING SCHEDULE will/ should be GRANTED {e.g. see my appellate pro se appeals brief filed on 2. 19. 2025} therein.

☐   Additional pages attached

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

> SEE DISTRICT COURT CASE # 25-cv-10139 which is pending in the District Court.

☐ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

> SEE civil case #25-cv-10139 which is pending in the Disttrict Court.

☐ Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 02/19/2025

Signature: /s/ Melvin Jones Jr.

Name: Melvin Jones Jr. disabled pro se