# United States Court of Appeals
## For the First Circuit

Appeal # 25-1158

State of New Jersey, et al.
vs.
(President) Donald Trump, et al.

---

*Motion for JUDICIAL NOTICE ..{{ filed by pro se appellant Melvin Jones Jr. }} of:* _The legislation, known as the No Rogue Rulings Act (NORRA), amends Chapter 85 of title 28, United 5 States Code by adding a "Limitation on authority to provide injunctive relief." "Notwithstanding any other provision of law, no United States district court shall issue any order providing for injunctive relief, except in the case of such an order that is applicable only to limit the actions of a party to the case before such district court with respect to the party seeking injunctive relief from such district court," the legislation states._

# REQUEST FOR JUDICIAL NOTICE:

# [of]: The legislation, known as the **No Rogue Rulings Act (NORRA), amends Chapter 85 of title 28, United 5 States Code by adding a "Limitation on authority to provide injunctive relief**."

"Notwithstanding any other provision of law, no United States district court shall issue

*any order providing for injunctive relief, except in the case of such an order that is applicable only to limit the actions of a party to the case before such district court with respect to the party seeking injunctive relief from such district court,"  the legislation states.*

- *Issa says NORRA would limit the scope of nationwide injunctions by preventing federal judges from issuing injunctions that extend beyond parties directly involved in a case, while also ensuring that any injunction restricts only the specific parties requesting relief,*

*regardless of whether the injunction involves outright enforcement of actions or policy actions.*

- *"The founders could never have envisioned judges and part of the legislative branch teaming up to tie down the executive and disempower the people,"* Issa told Fox

*News Digital, adding that the current judge-shopping climate in the United States amounts to "judicial tyranny" and a "weaponization of courts."*

- *Issa's office told Fox News Digital they are optimistic that this is a bill that will pass through Congress with*

*Republican support and be signed by President Trump, adding that the bill has "maximum momentum."*

- *source:*

*https://www.foxnews.com/politics/new-bill-threatens-cripple-judicial-tyranny-from-derailing-trumps-agenda-at-every-turn*

Respectfully submitted.

(continued on the NEXT page)....

*Thank you.*

*Best,*

*Date: 2-25-2025*

*_____*

*Melvin Jones Jr. disabled PRO SE appellant*

*1935 Hosler St.*

*Flint, Michigan 48503*

*Email:*

*[jonesjrmel@gmail.com](mailto:jonesjrmel@gmail.com)*

*Google voice to text ph# 415-562-5074*

*SEE EXHIBITS AFFIXED HERETO on the NEXT page:*

119TH CONGRESS
1ST SESSION

# H. R. _____

To amend title 28, United States Code, to limit the authority of district courts to provide injunctive relief, and for other purposes.

_____

## IN THE HOUSE OF REPRESENTATIVES

Mr. ISSA introduced the following bill; which was referred to the Committee on _____

_____

# A BILL

To amend title 28, United States Code, to limit the authority of district courts to provide injunctive relief, and for other purposes.

1  *Be it enacted by the Senate and House of Representa-*
2  *tives of the United States of America in Congress assembled,*
3  **SECTION 1. SHORT TITLE.**
4  This Act may be cited as the ''No Rogue Rulings
5  Act'' as the ''NORRA''.

**SEC. 2. LIMITATION ON AUTHORITY OF UNITED STATES DISTRICT COURTS TO PROVIDE INJUNCTIVE RELIEF.**

(a) IN GENERAL.—Chapter 85 of title 28, United States Code, is amended by adding at the end the following:

**"§ 1370. Limitation on authority to provide injunctive relief**

"Notwithstanding any other provision of law, no United States district court shall issue any order providing for injunctive relief, except in the case of such an order that is applicable only to limit the actions of a party to the case before such district court with respect to the party seeking injunctive relief from such district court.".

(b) TABLE OF SECTIONS.—The table of sections for such chapter is amended by adding at the end the following:

"1370. Limitation on authority to provide injunctive relief.".

Log In    Watch TV

 03:52  Trump is 'shifting the conversation' to reach a deal with Russia,...

 05:16  DOGE claims to have savings... pushback: Remarkable that De...

 05:12  [SBA HEAD LOEFFLER ON AG...]

POLITICS

# New bill threatens to cripple 'judicial tyranny' from derailing Trump's agenda at every turn

Rep Darrell Issa tells Fox News Digital that the legislation has 'maximum momentum'

  By **Andrew Mark Miller** • **Fox News**

Published February 25, 2025 8:00am EST



**Trump admin facing a legal avalanche as a slew of judges challenge key policy moves**

Fox News correspondent Alexandria Hoff reports on what's next in the legal challenges facing the Trump administration on 'Special Report.'

**Recommended**


Trump is 'shifting the conversation' to reach a deal with Russia,... 03:52


RNC chair on DOGE pushback: Remarkable that De... 05:16


05:12

The legislation, known as the No Rogue Rulings Act (NORRA), amends Chapter 85 of title 28, United States Code by adding a "Limitation on authority to provide injunctive relief."

"Notwithstanding any other provision of law, no United States district court shall issue any order providing for injunctive relief, except in the case of such an order that is applicable only to limit the actions of a party to the case before such district court with respect to the party seeking injunctive relief from such district court," the legislation states.

Dozens of activist and legal groups, elected officials, local jurisdictions and individuals have launched more than 50 lawsuits against the Trump administration since Jan. 20 in response to his more than 60 executive orders, as well as executive proclamations and memos, Fox News Digital reported earlier this month.

**Recommended**

 **Trump is 'shifting the conversation' to reach a deal with Russia,...** 03:52

 **RNC chair on DOGE pushback: Remarkable that De...** 05:16

 05:12



Rep. Darrell Issa. (iStock/Fox News Media)

Issa says NORRA would limit the scope of nationwide injunctions by preventing federal judges from issuing injunctions that extend beyond parties directly involved in a case, while also ensuring that any injunction restricts only the specific parties requesting relief, regardless of whether the injunction involves outright enforcement of actions or policy actions.

"The founders could never have envisioned judges and part of the legislative branch teaming up to tie down the executive and disempower the people," Issa told Fox News Digital, adding that the current judge-shopping climate in the United States amounts to "judicial tyranny" and a "weaponization of courts."

**Recommended**

 Trump is 'shifting the conversation' to reach a deal with Russia,... 03:52

 RNC chair on DOGE pushback: Remarkable that De... 05:16

 Sr Ac re 05:12

Issa's office told Fox News Digital they are optimistic that this is a bill that will pass through Congress with Republican support and be signed by President Trump, adding that the bill has "maximum momentum."

**DEMS LIKELY TO 'WASTE MILLIONS' ON DELUGE OF LAWSUITS BUT COULD COST TRUMP PRECIOUS TIME: EXPERT**

untitled    1 / 2    131%

G:\M\19\ISSA\ISSA_008.XML

119TH CONGRESS
1ST SESSION

H. R. _____

To amend title 28, United States Code, to limit the autho courts to provide injunctive relief, and for other pu

_____

IN THE HOUSE OF REPRESENTA

Mr. ISSA introduced the following bill; which was referred t
on _____

_____

**Recommended**

 Trump is 'shifting the conversation' to reach a deal with Russia,... 03:52

 RNC chair on DOGE pushback: Remarkable that De... 05:16

 Sr Ac re 05:12



"Nowhere in our Constitution is a single federal judge given absolute power over the President or the people of the United States," Issa posted on X last week.

Issa's bill comes as the Trump administration has publicly pushed back against the flurry of injunctions from courts across the country.

**CLICK HERE TO GET THE FOX NEWS APP**

## Recommended

 **Trump is 'shifting the conversation' to reach a deal with Russia,...** 03:52

 **RNC chair on DOGE pushback: Remarkable that De...** 05:16

 05:12



President Donald Trump gestures to the crowd at the Conservative Political Action Conference at the Gaylord National Resort. (AP Photo/Jose Luis Magana)

"Many outlets in this room have been fear mongering the American people into believing there is a constitutional crisis taking place here at the White House," White House press secretary Karoline Leavitt said during a press briefing last week. "I've been hearing those words a lot lately, but in fact, the real constitutional crisis is taking place within our judicial branch, where district court judges in liberal districts across the country are abusing their power to unilaterally block President Trump's basic executive authority."