# United States Court of Appeals
## For the First Circuit

_____

Appeal # 25-1158

State of New Jersey, et al.
vs.
(President) Donald Trump, et al.

_____

***February 25, 2025 REQUEST FOR JUDICIAL NOTICE: "Executive Action" issued by President Donald Trump titled: ("sick politicians want killers, rapists roaming our streets").... filed by pro se appellants Colleen Connors and Melvin Jones Jr.***

## _Request for Judicial Notice:_

_We, pro se appellants - and intervenors, Colleen Connors [and] Melvin Jones Jr.; respectfully request Judicial Notice (e.g. we anticipate that this will be our last/ final request for judicial notice and/ or filing in our_

*==instant appeal==)…. And, so to AID the appeals court, and to AID the parties with a "final document/ motion"…. which gives [a] CONCISE and CLEAR ( as a ) matter of LAW example of [a] DE NOVO review on appeal as to our wrongly {e.g. unconstitutional, and*

*muffling of our 1st amendment rights to redress our government [e.g. the district court as intervenors in civil case #25-cv-10139]}... which [we] believe amounts to structural, manifest constitutional error of law by the district court as to our fundamental constitutional*

rights [and rights protected by the 14th amendment] ....here, we request judicial notice of the following;

On 2/ 25/ 2025... President Donal Trump took executive action and issued the following Presidential 'interpretation' of what we believe is ACCURATE

*immigration law  [with FACTS that are NOT in dispute and FACTS which cannot be reasonably disputed anyway]:*

- *President Donald J. Trump is removing illegal immigrant killers, rapists, and drug dealers from our streets and sending them back where*

*they belong — but if politicians in so-called "sanctuary" locales had it their way, these vicious criminals would still be free to roam our streets.*

***Here is a tiny sample of the illegal immigrant criminals arrested in "sanctuary" destinations under President Trump:***

- ***In Saint Paul, Minnesota, ICE has arrested a Sudanese national convicted of rape of a victim under 13, a Mexican national convicted of criminal sexual conduct against a victim under 14, and a Laotian national convicted of child endangerment and criminal***

_sexual conduct against a victim under 13._

- _Minnesota Attorney General Keith Ellison warns law enforcement of "liability if they enforce immigration detainers" and says protecting communities from violent illegal immigrant criminals is "not our job."_

○ *Mayor Melvin Carter
[says](#) targeting violent
illegal immigrant criminals
is "threaten[ing] our safe
spaces" and [calls it](#) a
"rapidly alarming
situation."*

○ *Saint Paul City Council
Vice President Hwa Jeong
Kim [reminds](#) constituents
that the police department*

_"cannot and does not cooperate with ICE."_

- **_In Chicago, Illinois_**_, ICE has arrested a Mexican national convicted of drunk driving resulting in a death (who had an order of removal from 2006), a Mexican national convicted of possession of methamphetamine with_

*intent to distribute (who had an order of removal from 2022), and a Mexican national convicted of negligent manslaughter.*

- *Rep. Delia Ramirez decries how "welcoming states and sanctuary cities that defend our neighbors" are a "target."*

- ○ *Rep. Chuy García says "no one should live in fear" of an "immigration raid."*
- ○ *Rep. Mike Quigley advises illegal immigrants "to become familiar with their rights."*
- **In Washington State,** *ICE has arrested a Salvadoran national convicted of*

*sodomy/anal intercourse with a victim under 13.*

- ○ *Washington Attorney General Nick Brown* [boasts](#) *that "state or local law enforcement" will not be utilized "for immigration enforcement actions."*

- **In Los Angeles, California,** *immigration authorities arrested a*

_Mexican national convicted of rape (who had an order of removal from 1996)._

- ○ _Mayor Karen Bass says "no one should live in fear due to their immigration status."_

- **_In New York City, New York,_** _immigration authorities arrested a Chinese national convicted of murder._

- ○ *Rep. Alexandria Ocasio-Cortez [reminds illegal immigrants to "protect" themselves: "Do not open your door.](#)"*



- ○

- *https://www.whitehouse.gov/articles/2025/02/sick-politicians-want-killers-rapists-roaming-our-streets/*

- *Which …[in] a "nutshell"... that is as a matter of LAW what the civil case #25-cv-10139 is REALLY all about… because without AN ADULT illegal alien… that can be NOT issue of law*

*or fact as to an illegal alien giving birth on United States' soil …who more likely than not – was smuggled here into the United States of American …by [a] criminal - terror gang member[s] who are the coyote {human drug traffickers and human sex traffickers} of the very*

*pregnant illegal alien in the first place …in other words… the illegal alien pregnant mother to be HAS UNCLEAN HANDS HERE… because [she] no doubt has illegally utilized coyote border crossing"services" of (for example., but NOT limited to) MS-13, TdA or the*

*Asian Mafia or another one of the many international terror gangs who specialize in frauding the U.S. immigration system… and ACT IN CONCERT with corrupt immigration attorneys and CORRUPT public officials/ politicians.*

*Respectfully submitted.*

*Thank you.*

*Best,*

*Date: 2-25-2025*

_____

*Melvin Jones Jr. disabled*

*PRO SE appellant*

*1935 Hosler St.*

*Flint, Michigan*

*48503*

Email: *jonesjrmel@gmail.com*

Google voice to text ph#

415-562-5074

—-

Date: 2-25-2025

_____

Colleen Connors PRO SE

appellant

1935 Hosler St.

Flint, Michigan

48503

*Email:*
*cmcolleen4@gmail.com*

*Google voice to text ph# 408-459-9639*

*SEE THE ATTACHED EXHIBIT.... on the next page:*

ARTICLES

# SICK POLITICIANS WANT KILLERS, RAPISTS ROAMING OUR STREETS

February 25, 2025

President Donald J. Trump is removing illegal immigrant killers, rapists, and drug dealers from our streets and sending them back where they belong — but if politicians in so-called "sanctuary" locales had it their way, these vicious criminals would still be free to roam our streets.

**Here is a tiny sample of the illegal immigrant criminals arrested in "sanctuary" destinations under President Trump:**

- **In Saint Paul, Minnesota,** ICE has arrested a Sudanese national convicted of rape of a victim under 13, a Mexican national convicted of criminal sexual conduct against a victim under 14, and a Laotian national convicted

of child endangerment and criminal sexual conduct against a victim under
13.

  - Minnesota Attorney General Keith Ellison <u>warns</u> law enforcement of
    "liability if they enforce immigration detainers" and <u>says</u> protecting
    communities from violent illegal immigrant criminals is "not our job."

  - Mayor Melvin Carter <u>says</u> targeting violent illegal immigrant
    criminals is "threaten[ing] our safe spaces" and <u>calls it</u> a "rapidly
    alarming situation."

  - Saint Paul City Council Vice President Hwa Jeong Kim <u>reminds</u>
    constituents that the police department "cannot and does not
    cooperate with ICE."

- **In Chicago, Illinois,** ICE has arrested a Mexican national convicted of
  drunk driving resulting in a death (who had an order of removal from
  2006), a Mexican national convicted of possession of methamphetamine
  with intent to distribute (who had an order of removal from 2022), and a
  Mexican national convicted of negligent manslaughter.

  - Rep. Delia Ramirez <u>decries</u> how "welcoming states and sanctuary
    cities that defend our neighbors" are a "target."

  - Rep. Chuy García <u>says</u> "no one should live in fear" of an "immigration
    raid."

Menu                        THE WHITE HOUSE                        Search

- **In Washington State,** ICE has arrested a Salvadoran national convicted of
  sodomy/anal intercourse with a victim under 13.

  - Washington Attorney General Nick Brown <u>boasts</u> that "state or local
    law enforcement" will not be utilized "for immigration enforcement
    actions."

- **In Los Angeles, California,** immigration authorities arrested a Mexican
  national convicted of rape (who had an order of removal from 1996).

- Mayor Karen Bass <u>says</u> "no one should live in fear due to their immigration status."

- **In New York City, New York,** immigration authorities arrested a Chinese national convicted of murder.

  - Rep. Alexandria Ocasio-Cortez <u>reminds</u> illegal immigrants to "protect" themselves: "<u>Do not open your door</u>."

News

Administration

Issues

Contact

Visit

THE WHITE HOUSE

1600 Pennsylvania Ave NW
Washington, DC 20500

THE WHITE HOUSE

WH.GOV

Copyright

Privacy