# United States Court of Appeals
## For the First Circuit

Appeal # 25-1158

State of New Jersey, et al.
vs.
(President) Donald Trump, et al.

***February 26, 2025 NOTICE: of intent to file [a] MOTION to AMEND Appellant's pro se APPEAL BRIEF to ADD... new/dditional issues raised on appeal..... As a matter of judicial economy filed by Melvin Jones Jr. - pro se appellant.***

*...instead of filing a [NEW] notice of appeal and then [us/ Colleen and [I]] having two appeals... instead of just one appeal - #25-1158.*

*PLEASE SEE THE ATTACHED EMAIL [notice] to ALL PARTIES affixed hereto.*

*Here, our motion to amend our pro se appeal brief WILL/*

==should be filed on later than March 7th, 2025.==

Respectfully submitted.

Thank you.

Best,

Date: 2-26-2025

*[signature]*
_____

Melvin Jones Jr. disabled PRO SE appellant

1935 Hosler St.

Flint, Michigan

48503

Email: jonesjrmel@gmail.com

Google voice to text ph# 415-562-5074

(see the attached email)

*SEE THE ATTACHED EXHIBIT…. on the next page:*

2/26/25, 3:05 PM
Gmail - Date: 2-25-2025 # 25-1158: Colleen... here it is; attached is the District Courts order ... please READ it in its entirety .... then...

Case: 25-1158   Document: 00118252794   Page: 6   Date Filed: 02/26/2025   Entry ID: 6702987



**MEL JONES JR <jonesjrmel@gmail.com>**

---

# Date: 2-25-2025 # 25-1158: Colleen... here it is; attached is the District Courts order ... please READ it in its entirety .... then give me the one liner ....[ECF - DOC. #165]... I think [we] should motion to amend our brief...to ADD what the district court has in a VERY sophisticated manner issued a QUICK ruling... which tells the urgency/ importance of the issues at hand !!!

---

**MEL JONES JR** <jonesjrmel@gmail.com>　　　　　　　　　　　　　　　　　　　　　　Wed, Feb 26, 2025 at 2:31 PM
To: Zeldin.Lee@epa.gov, mobrien@irli.org, chajec@irli.org, gcanaan@irli.org, gwv@dcglaw.com, tmccotter@boydengray.com, daniel.epstein@aflegal.org, "jon@publicrightsproject.org" <jon@publicrightsproject.org>, serviceS3@michigan.gov, giovanatiN@michigan.gov, Stacey.Metro@ag.ny.gov, Annabelle.Wilmott@doj.ca.gov, Lorraine.Lopez@doj.ca.gov, Delbert.Tran@doj.ca.gov, zoe.levine@ag.ny.gov, Irina.Trasovan@doj.ca.gov, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, jgrayson@nmdoj.gov, molly.alarcon@sfcityatty.org, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, shannon.stevenson@coag.gov, ksadeck@riag.ri.gov, jared.b.cohen@mass.gov, john.keller@ag.state.mn.us, johnsonkarpg@doj.state.wi.us, julio.thompson@vermont.gov, dmosteller@ncdoj.gov, "jeremy.feigenbaum@njoag.gov" <Jeremy.feigenbaum@njoag.gov>, shankar.duraiswamy@njoag.gov, Viviana.hanley@njoag.gov, shefali.saxena@law.njoag.gov, Elizabeth.walsh@law.njoag.gov, HStern@ag.nv.gov, akirschner@oag.state.md.us, Janelle.Medeiros@ct.gov, PolicyOffice@epa.gov, EIS-Filing@epa.gov, education@epa.gov, NEPAssisthelp@epa.gov, NEPA@epa.gov, eric.wessan@ag.iowa.gov, matt.rice@ag.tn.gov, nlindzen@corpfraudlaw.com, yuri.s.fuchs@usdoj.gov, sara.eisenberg@sfcityatty.org, Colleen Connors <CMColleen4@gmail.com>
Cc: Colleen Connors <CMColleen4@gmail.com>, "Marissa.Malouff@doj.ca.gov" <Marissa.Malouff@doj.ca.gov>, "vanessa.kassab@delaware.gov" <vanessa.kassab@delaware.gov>, "kaliko.d.fernandes_hawaii_gov" <kaliko.d.fernandes@hawaii.gov>, "jeremy.feigenbaum@njoag.gov" <jeremy.feigenbaum@njoag.gov>, "harrist19@michigan.gov" <harrist19@michigan.gov>, "eng.connie@epa.gov" <eng.connie@epa.gov>, "egle-nondiscriminationCC@michigan.gov" <egle-nondiscriminationCC@michigan.gov>, "Cormack, Hayley" <Cormack.Hayley@epa.gov>, "EGLE-Accessibility@michigan.gov" <EGLE-Accessibility@michigan.gov>, "Faltin, Todd (he/they)" <Faltin.Todd@epa.gov>, "Oviedo, Luis" <oviedo.luis@epa.gov>, "MacMillan-Sanchez, Ariel (she/her/hers)" <MacmillanSanchez.Ariel@epa.gov>, "Johnson, Johahna (she/her/hers)" <Johnson.Johahna@epa.gov>, "Mason, Trinita" <Mason.Trinita@epa.gov>, "Moore, Tammy" <moore.tammy@epa.gov>, "Walts, Alan (he/him/his)" <walts.alan@epa.gov>, Deborah Greenspan <deborah.greenspan@blankrome.com>, "Risley, David" <Risley.David@epa.gov>, "tmlewis@cityofflint.com" <tmlewis@cityofflint.com>, "cmcgehee@pittlawpc.com" <cmcgehee@pittlawpc.com>, "eric.a.rey@usdoj.gov" <eric.a.rey@usdoj.gov>, "Jason.T.Cohen@usdoj.gov" <Jason.T.Cohen@usdoj.gov>, "OIG_Hotline@epa.gov" <OIG_Hotline@epa.gov>, Corey <cstern@levylaw.com>, Patrick Lanciotti <PLanciotti@napolilaw.com>, "dpettway@cityofflint.com" <dpettway@cityofflint.com>, "saneeley@cityofflint.com" <saneeley@cityofflint.com>, "mbard@cityofflint.com" <mbard@cityofflint.com>, "michelle.t.domingue.II@usdoj.gov" <michelle.t.domingue.II@usdoj.gov>, "Kaplan, Robert (he/him/his)" <kaplan.robert@epa.gov>, Mel jones jr <meljonesjr@gmail.com>, "marianne.f.kies@usdoj.gov" <marianne.f.kies@usdoj.gov>, "daniel.c.eagles@usdoj.gov" <daniel.c.eagles@usdoj.gov>, "kuhlr@michigan.gov" <kuhlr@michigan.gov>, "gambilln@michigan.gov" <gambilln@michigan.gov>, "MitosinkaA@michigan.gov" <MitosinkaA@michigan.gov>, "gaiello@mayerbrown.com" <gaiello@mayerbrown.com>, "jkuptz@cityofflint.com" <jkuptz@cityofflint.com>, "dfaraci@campbell-trial-lawyers.com" <dfaraci@campbell-trial-lawyers.com>, "alin@eisnerlaw.com" <alin@eisnerlaw.com>, "ccmushatt@cityofflint.com" <ccmushatt@cityofflint.com>, "heidy.gonzalez@usdoj.gov" <heidy.gonzalez@usdoj.gov>, AG attorney as to MI COC civil case #23-000115-MZ <bettenhausenm@michigan.gov>, robinsonr11 <robinsonr11@michigan.gov>, Justus Brown <jubrown@cityofflint.com>, Kameshia Ar-Rahmaan <kar-rahmaan@cityofflint.com>, Davina Donahue <ddonahue@cityofflint.com>, City of Flint Clerk's Office <cityclerk@cityofflint.com>, Davina Donahue <CouncilPublicComment@cityofflint.com>, "trachelleyoung@gmail.com" <trachelleyoung@gmail.com>, Ladel Lewis <llewis@cityofflint.com>, Judy Priestley <jpriestley@cityofflint.com>, Tonya Burns <tburns@cityofflint.com>, Mark Cuker <mark@cukerlaw.com>, "michael.l.williams@usdoj.gov" <michael.l.williams@usdoj.gov>, "molsen@mayerbrown.com" <molsen@mayerbrown.com>, "jcampbell@campbell-trial-lawyers.com" <jcampbell@campbell-trial-lawyers.com>, "mnguyen-dang@mayerbrown.com" <mnguyen-dang@mayerbrown.com>, "pnapoli_napolilaw.com" <pnapoli@napolilaw.com>, Renee Auten <rauten@thelandbank.org>, Jennifer Riggs <jriggs@thelandbank.org>, Jeremy Maltz <jeremy@lehotskykeller.com>, "hammoudf1@michigan.gov" <HammoudF1@michigan.gov>, Michigan Attorney General <miag@michigan.gov>, "dweyre@mcalpinepc.com" <dweyre@mcalpinepc.com>, "g@mayerbrown.com" <g@mayerbrown.com>,

"ljiang@susmangodfrey.com" <ljiang@susmangodfrey.com>, mpitt <mpitt@pittlawpc.com>, Hunter Shkolnik <hunter@napolilaw.com>, "arosenman@mayerbrown.com" <arosenman@mayerbrown.com>, Theodore Leopold <tleopold@cohenmilstein.com>, Emmy Levens <elevens@cohenmilstein.com>, Flint Mayor <mayor@cityofflint.com>, "frank.bednarz@hlli.org" <frank.bednarz@hlli.org>, "ted.frank@hlli.org" <ted.frank@hlli.org>, Diane <russell.diane@epa.gov>, Amanda Trujillo <atrujillo@cityofflint.com>, "King-Piepenbrok, Pier (AG)" <KingP1@michigan.gov>, "jonhoma@sinasdramis.com" <jonhoma@sinasdramis.com>, "val@vlwlegal.com" <val@vlwlegal.com>, "sdg@miller.law" <sdg@miller.law>, "sparadise@eisnerlaw.com" <sparadise@eisnerlaw.com>, "echeverria.marietta@epa.gov" <echeverria.marietta@epa.gov>, "thompkins.anita@epa.gov" <thompkins.anita@epa.gov>, "burneson.eric@epa.gov" <burneson.eric@epa.gov>, "travers.david@epa.gov" <travers.david@epa.gov>, "waters.tom@epa.gov" <waters.tom@epa.gov>, "davis.angela@epa.gov" <davis.angela@epa.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, nlindzen@corpfraudlaw.com, franklmcnamara@gmail.com, mriordan@publicinterestlegal.org, eric.hamilton@usdoj.gov, "ryan@mclanelaw.com" <ryan@mclanelaw.com>, Zeldin.Lee@epa.gov, zoe.levine@ag.ny.gov, MEL JONES JR <jonesjrmel@gmail.com>
Bcc: UrbanForestNewYork@gmail.com, Mel jones jr <meljonesjr@gmail.com>

# Date: 2-25-2025

# # 25-1158:

# Colleen... here it is;

attached is the District Courts order ... please READ it in its entirety .... then give me the one liner ....[ECF - DOC. #165]... I think [we] should motion to amend our brief...to ADD what the district court has in a VERY sophisticated manner issued a QUICK ruling... which tells the urgency/ importance of the issues at hand !!!

"*For example, the defendants have not identified what "internal steps" they wish to take, but are prevented from taking, by the plain terms of the injunction. Thus, the Court cannot evaluate*

*whether such steps would or should be foreclosed and what harms may flow from their temporary prohibition. When asked at the preliminary injunction hearing about this issue, the defendants' lawyer was "not able to answer questions about implementation." Doc. No. 142 at 61. On this issue, then, the motion to stay is denied both for failure to specify what changes the defendants propose making to the injunction and because, as the plaintiffs point out, the Executive Order itself contemplates.... "implementation" within a relatively brief, thirty-day period.*

//
Best,
~Mel

On Wed, Feb 26, 2025 at 6:11 AM MEL JONES JR <jonesjrmel@gmail.com> wrote:

> February 26th, 2025
>
> To: ALL
>
> RE: email service intervenor/ appellants [Colleen Connors and Melvin Jones Jr.'s] most recent and LAST filings, we anticipate, in our pro se appeal # 25-1158.

Case: 25-1158     Document: 00118252784     Page: 9     Date Filed: 02/26/2025     Entry ID: 6702987

2/26/25, 8:05 PM                Gmail - Date: 2-25-2025 # 25-1158: Colleen... here ya'is; attached is the District Court's order 2.0 please READ it in its entirety 2.then...

Good morning to ALL,
Please see the TWO attached documents - one of which is a VERY important OBJECTION on appeal.... and the other is a very important ....request for Judicial Notice.

Also --- please take notice that [we] fully intend to [file] a notice of appeal [if not favorable to the defendants and [us] as intervenors] in civil case #25-cv-10139.... as to the district court's upcoming ORDER regarding the defendants' motion to STAY the preliminary-injunction while the appeals are pending [e.g. thus far appeal #25-1170, #25-1158, and #25-1200].

.... and here are TWO songs for it - due to the singer Roberta Flack's recent passing:

2/26/25, 3:05 PM Gmail - Date: 2-25-2025 # 25-1158. Colleen... here it is; attached is the District Courts order 2...please READ it in its entirety.2..then...

Case: 25-1158    Document: 00118253784    Page: 10    Date Filed: 02/26/2025    Entry ID: 6702987



https://youtu.be/iWotptfPnBU?feature=shared

------

2/26/25, 3:05 PM Gmail - Date: 2-25-2025 # 25-1158; Colleen... here it is; attached is the District Courts order 2...please READ it ly its entirety...then...

Case: 25-1158 Document: 00118253784 Page: 11 Date Filed: 02/26/2025 Entry ID: 6702987



https://youtu.be/EF0U9rDsA3s?feature=shared

----

*... the two (2) songs herein are in memory of the late Roberta Flack.... and the warm memories that listening to her songs invokes. And, on that note... the second song [I] send especially to Colleen Connors [e.g. who a critical moments in my life has been to me ...what Christian folk refer to [e.g. at the churches which I attended in the State of California as an ADULT]... as "<u>JESUS WITH SKIN ON</u>"; in other words... through God's divine Blessing, Grace, Mercy and Favor upon my life since BIRTH...*

2/26/25, 3:03 PM Gmail - Date: 2-25-2025 # 25-1158: Colleen... here it is; attached is the District Courts order ...please READ it in its entirety ... then...

Case: 25-1158   Document: 00118253784   Page: 12   Date Filed: 02/26/2025   Entry ID: 6702987

through Christ [by faith ...and not by sight] Colleen is in my life... and vise-versa of course... being that I am so handsome and such... LOL 😃😂😊 {ok, what's so funny - disabled folks like me... even at my age and given that I use a medically prescribed walker both inside and outside of my home ...can still be handsome and cute like [me]}.... **praise Jesus.**

Best,
/s/
Melvin Jones Jr. - disabled PRO SE appellant

1935 Hosler St.

Flint, Michigan

48503

Email: jonesjrmel@gmail.com

Google voice to text ph# 415-562-5074

📄 gov.uscourts.mad.279895.165.0.pdf
76K

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STATE OF NEW JERSEY et al., | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | )    Civil No. 25-10139-LTS <br> ) |
| DONALD J. TRUMP et al., | ) <br> ) |
| Defendants. | ) <br> ) <br> ) |

ORDER ON MOTION TO STAY PRELIMINARY
INJUNCTION PENDING APPEAL (DOC. NO. 157)

February 26, 2025

SOROKIN, J.

The defendants have appealed this Court's order preliminarily enjoining implementation of President Donald Trump's Executive Order redefining birthright citizenship in the United States. Doc. No. 154. They now seek an order staying the preliminary injunction until their appeal is resolved. Doc. Nos. 157, 158. The plaintiffs have opposed the defendants' motion in a thoughtful and persuasive memorandum. Doc. No. 160. Though the Court permitted the defendants an opportunity to reply, see Doc. No. 159 (setting deadline of February 25, 2025), they have not done so. For reasons the Court will briefly explain, the defendants' motion for a stay (Doc. No. 157) is DENIED.

The standard applicable to the defendants' request requires consideration of essentially the same four equitable factors that governed the plaintiffs' original motion. See Doc. No. 158 at 3 (describing standard); Doc. No. 160 at 3 (same). As the Court explained in detail in its recent Memorandum Decision, those factors favor the plaintiffs here. See generally Doc. No. 144. And,

as the Court also made clear, this was not a close case. The equitable scale did not tip ever so slightly in the plaintiffs' direction; the four factors favor the plaintiffs lopsidedly. That was so in the preliminary-injunction analysis, where the plaintiffs bore a high burden of persuasion and decisively satisfied it. If the defendants could not succeed in that context, then they certainly cannot prevail now. On the present motion, the burden shifts to the defendants to establish entitlement to the extraordinary relief they seek, and they have endeavored to meet it primarily by repastinating the same facts and legal theories the Court has already considered and rejected.

Challenges to the plaintiffs' standing, the nationwide scope of the injunction, and the evaluation of irreparable injury fail for reasons the Court has already explained and the plaintiffs ably address in their opposition memorandum. See Doc. No. 144 at 8-11, 13, 24-29; Doc. No. 160 at 4-15. The only new issue raised by the defendants concerns the scope of conduct enjoined by the prohibition on "implementation" of the Executive Order. See Doc. No. 158 at 7. The defendants did not address this nuance in their earlier papers, nor is it meaningfully developed in the single paragraph they devote to it now. Id. For example, the defendants have not identified what "internal steps" they wish to take, but are prevented from taking, by the plain terms of the injunction. Thus, the Court cannot evaluate whether such steps would or should be foreclosed and what harms may flow from their temporary prohibition. When asked at the preliminary-injunction hearing about this issue, the defendants' lawyer was "not able to answer questions about implementation." Doc. No. 142 at 61. On this issue, then, the motion to stay is denied both for failure to specify what changes the defendants propose making to the injunction and because, as the plaintiffs point out, the Executive Order itself contemplates "implementation" within a relatively brief, thirty-day period.

2

"To say more would be to paint the lily."  Rodríguez v. Encompass Health Rehab. Hosp. of San Juan, Inc., 126 F.4th 773, 783 (1st Cir. 2025) (Selya, J.).  The defendants' motion for a stay (Doc. No. 157) is DENIED.

SO ORDERED.

 /s/ Leo T. Sorokin
United States District Judge