# United States Court of Appeals
## For the First Circuit

---

Appeal # 25-1158

State of New Jersey, et al.
vs.
(President) Donald Trump, et al.

---

**3rd EMERGENCY -  MOTION to AMEND Appellant's pro se APPEAL BRIEF to ADD... new/ additional issues raised on appeal.....   Which [is] that the "LEAD" AG - plaintiff/ appellee state of NEW JERSEY is an MS -13 HAVEN.**

# ___Pro Se/ appellant {Melvin Jones Jr.'s} and Colleen Connors' 3rd MOTION TO AMEND (our) APPELLANTS PRO SE BRIEF___:

## *To add:*

## *That the preliminary injunction should be CHANGED to specifically restrict:*

- *Pregnant migrant and/ or pregnant illegal alien woman from ANY and ALL countries …be it via tourism birth immigration fraud, illegal border crossing immigration fraud, or "mail order bride/ marriage" immigration fraud from having [her]*

*newborn baby to be considered [a] lawful U.S. citizen... until the appropriate U.S. immigration authorities determine [IF] the state at issue, for example specifically the STATE OF NEW JERSEY ...which is an MS-13 TERROR CRIMINAL GANG*

*HAVEN..... And, thereby the AG - "LEAD" plaintiff state of NEW JERSEY is as a MATTER OF LAW... now in the improper role of litigating on behalf of WOMEN and MEN ...MS-13 gang members .... Which then NEGATES the "emotional-trigger" of the "tale of woe of an*

*innocent-helpless pregnant undocumented migrant woman" ...and instead NOW mandates that the appropriate U.S. immigration authorities {in effort to PROTECT the citizens of ALL of the states within the United States and its concerned U.S. citizens [e.g.*

*disabled concerned - aged concerned citizens such as me [Melvin Jones Jr.] from "ANY further PROPAGATION and EXPANSION of the terrorist criminal enterprise that the MS-13 gang has brought to bear upon the SANCTUARY destination/*

*Democratic "blue state" AG's who [MAY] be controlled by corruption [or] fear of MS -13 retribution"..... an "window" of INSPECTION and/ or INVESTIGATION of the ILLEGAL ALIEN BIRTH MOTHER TO BE... must be allowed to be conducted by the US*

*Department of Homeland Security and/ or [ICE] and/ or any other appropriate US immigration agency... to DETERMINE [IF] and to WHAT AMOUNT/ DEGREE the BIRTH MOTHER and potentially the NEW BORN BABY {e.g. due to the birth mother and/ or*

*birth fathers MS-13 non-allegiance to the United States in the first place}}}.... e.g. with a 6 month window to do so... PRIOR TO ISSUANCE OF A U.S BIRTH CERTIFICATE {but allowing immediately appropriate medical care and attention to the newborn*

*baby at issue}... to determine ALSO.... which State and County is most SAFE for the birth mother [e.g. unlawful migrant] and her NEW BORN BABY ...which is to say.... that States and Cities such as the NEW JERSEY... and the State of Michigan and City of*

***Flint should be EXCLUDED from receiving and/ or having any such {new born baby ...born to an illegal alien and/ or undocumented migrant} to remain in the*** STATE OF NEW JERSEY.... Due to such being literally an MS-13 haven.

*Simply put, the aforementioned are NEW issues which [I] wish to raise on appeal... whereby the preliminary injunction which the district court issued... which gave rise to my/ our [Colleen Connors and my {e.g. Melvin Jones Jr's} instant appeal is MUCH TOO broad and*

*vague as written... and as such .... It BLINKS LEGAL REALITY that "blue Democratic States" ... such as THE STATE OF NEW JERSEY.... are an IMMINENT DANGER to the health and safety of ANY newborn baby ...whether a natural born U.S. citizen [or] a new born baby born of a mother*

*who is an undocumented migrant/ illegal alien... regardless of what country the birth mother is from.*

- *Further ....a NEW issue which [I]/ we (e.g. Colleen Connors and [me]), Melvin Jones Jr. which to raise on appeal is that ...WITHIN the*

*aforementioned 6-month "window"... [IF] the US immigration department or [ICE] and/ or the US Department of Homeland Security determines that EITHER the BIRTH MOTHER [or] the BIRTH FATHER pose any sort of DANGER to the United States or*

*Citizens of the United States... then BOTH [the NON-US citizen new born baby [and] the birth mother/ illegal alien {e.g. undocumented migrant}... MUST and SHALL immediately be DEPORTED and repatriated to their HOME COUNTRY or*

*another country OTHER THAN the United States…. Which is to say – the preliminary injunction at issue in the instant appeal SHOULD be changed to reflect that aforementioned herein… which a "short mention of the DOJ "prepared statements affixed*

*hereto as to MS-13"*

*infestation of the State of*

*NEW JERSEY.*

*Respectfully submitted.*

*Thank you.*

*(continued on the NEXT page).....*

*Best,*

*Date: 2-27-2025*

*Melvin Jones Jr. disabled*

*PRO SE appellant*

*1935 Hosler St.*

*Flint, Michigan*

*48503*

*Email: jonesjrmel@gmail.com*

*Google voice to text ph# 415-562-5074*

*SEE THE ATTACHED EXHIBIT…. on the next pages:*



**PRESS RELEASE**

# Eleven Members And Associates Of Paterson Based Gang Known As "100k" Indicted For Racketeering For Their Roles In A Murder, Three Shootings, Two Robberies, Drug Trafficking Activities, Bank Fraud, And Other Crimes

———

Thursday, February 6, 2025

**For Immediate Release**

U.S. Attorney's Office, District of New Jersey

NEWARK, N.J. – Eleven members of the Paterson based neighborhood street gang known as "100k" were indicted for their roles in a violent racketeering conspiracy, Acting U.S. Attorney Vikas Khanna announced today.

The Indictment charges Jasun Allah, a/k/a "Rackz," 21, of Paterson ("J.Allah"); Christopher Thomas, a/k/a "CJ," 27, of Hackensack; Michael Davis, a/k/a "Baby 3," 27, of Paterson; Jazmeir Reyes, a/k/a "Baby Joe," a/k/a "Joe," 19, of Paterson; Kyzeik Robinson, a/k/a "Doo Doo," a/k/a "King Sparks," a/k/a "Sparks," 19, of Paterson; Jacim Pitts, a/k/a "Jefe," 24, of Paterson; Born Allah, a/k/a "Freedom," 23, of Paterson ("B.Allah"); Elijah Rubio, a/k/a "Lottery," 20, of Paterson;

Trasean Short, a/k/a "Hound," 19, of Elmwood Park; Elijah Byrd, a/k/a "CEO," 19, of Paterson; and Quincy Franklin, a/k/a "Double O," 27, of Paterson with one count of conspiracy to violate the Racketeer Influenced Corrupt Organizations statute ("RICO"), in violation of Title 18, United States Code, Section 1962(d) ("RICO conspiracy"). The Indictment also incorporates charges connected to a drug conspiracy involving Reyes, Davis, Robinson, and Pitts and the attempted armed robbery of a postal inspector by Reyes, which were previously charged on complaint.

These charges are the result of a long-running investigation coordinated between the Bureau of Alcohol, Tobacco, Firearms and Explosives, the New Jersey State Police, the United States Postal Inspection Service, and the Passaic County Sheriff's Office, among other law enforcement agencies.

According to documents filed in this case and statements made in court:

J.Allah, Thomas, Davis, Reyes, Robinson, Pitts, B.Allah, Rubio, Short, Byrd, and Franklin are all members and associates of the neighborhood based street gang known as "100k," which operates in the area of North Main Street and Jefferson Street in Paterson, New Jersey (the "100k Enterprise").  Since in or around January 2022, these members and associates of the 100k Enterprise have engaged in numerous criminal acts in furtherance of their gang, including murder, shootings, robberies, drug trafficking, and bank and wire fraud.

Since the gangs founding in 2016, members and associates of the 100k Enterprise have engaged in acts of violence against members of rival gangs, such as their primary rival, "the Blockboyz," which operates out of the Presidential Tower Housing Complex in Paterson, among other rival gangs, such as "4k," which operates in the area of Rosa Parks Boulevard near Lyon Street, Keen Street, and Mercer Street, also in Paterson.

Several of these acts of violence are charged in the Superseding Indictment. Specifically, on or about October 1, 2023, in retaliation for the death of a high ranking member of the 100k Enterprise, J.Allah, Thomas, Davis, and other members and associates of the 100k Enterprise shot and killed Victim-2, in territory controlled by the Blockboyz.

On or about May 27, 2024, Pitts and other members and associates of the 100k Enterprise shot and injured Victim-3, a member of the rival gang "4k."

On or about October 3, 2024, Short exchanged fire with Victim-4 in territory controlled by the 100k Enterprise. Weeks later, on or about November 17, 2024, Short shot and injured Victim-5, a member of the Blockboyz, in territory controlled by the Blockboyz, and Byrd acted as the driver in that November shooting.

The defendants raised money for themselves and the 100k Enterprise by engaging in robberies, drug trafficking, and bank fraud and other financial schemes. Two such robberies are charged in the Indictment, including the armed robbery of a commercial marijuana store on or about

January 13, 2022 by Reyes, B.Allah, Short, Rubio, and others; and the attempted armed robbery of Victim-1, a United States Postal Service employee, on or about July 28, 2023 by Reyes, who tried to obtain an arrow key from the victim. This arrow key would have allowed members of the 100k Enterprise to gain access to United States Postal Service mailboxes within a certain geographic area or postal route.

The gang's drug trafficking activities were extensive, with investigators conducting 16 controlled buys with Reyes, Robinson, Davis, and Pitts by utilizing undercover officers and observing countless more drug deals committed by the defendants within and around the territory of Paterson controlled by the 100k Enterprise through physical surveillance and review of cell phone records and social media accounts controlled by the defendants.

The charge of RICO conspiracy in the Indictment carries a maximum statutory penalty of life in prison as to J.Allah, Thomas, and Davis, and a maximum statutory penalty of 20 years in prison as to Reyes, Robinson, Pitts, B.Allah, Rubio, Short, Byrd, and Franklin.

The count of conspiracy to distribute controlled substances charged in the Indictment against Reyes, Robinson, Davis, and Pitts carries a mandatory minimum term of 5 years in prison and a maximum penalty of 40 years in prison and a fine of at least $5 million. On each of the counts of distribution and possession with intent to distribute controlled substances, Reyes, Robinson, Davis, and Pitts face a maximum penalty of 20 years in prison and a maximum fine of $1 million.

On each of the counts of attempted Hobbs Act robbery and assaulting or impeding certain United States officers or employees, Reyes faces a maximum penalty of 20 years' imprisonment and up to a $250,000 fine, or twice the gain or loss from the offense, whichever is greatest. On the count of brandishing a firearm in connection with a crime of violence, Reyes faces a mandatory minimum term of 7 years and a maximum term of life imprisonment, which must run consecutively to any other prison sentence imposed, and a fine of up to $250,000.

Acting U.S. Attorney Khanna credited law enforcement members with the Bureau of Alcohol, Tobacco, Firearms and Explosives, Newark Field Division, under the direction of Special Agent in Charge L.C. Cheeks, Jr.; the New Jersey State Police, Gangs and Organized Crime North Unit, under the direction of Col. Patrick J. Callahan; the United States Postal Inspection Service, under the direction of Inspector in Charge Christopher Nielsen; the Passaic County Sheriff's Office, under the direction of Sheriff Thomas Adamo; the Paterson Police Department, under the direction of Officer In Charge Patrick Murray; the Bergen County Sheriff's Office under the direction of Sheriff Anthony Cureton; the Passaic County Prosecutor's Office under the direction of Prosecutor Camelia Valdes; and the Bergen County Prosecutor's Office under the direction of Prosecutor Mark Musella with the investigation leading to today's charges.

This case is part of the Paterson Violent Crime Initiative (VCI), which was formed in 2020 by the U.S. Attorney's Office for the District of New Jersey, the Passaic County Prosecutor's Office, and

the City of Paterson's Department of Public Safety for the purpose of combatting violent crime in and around Paterson. As part of this partnership, federal, state, county, and city agencies collaborate and pool resources to prosecute violent offenders who endanger the safety of the community. The VCI is composed of the U.S. Attorney's Office, the FBI, the ATF, the Drug Enforcement Administration, the U.S. Marshals, the Paterson Department of Public Safety, the Paterson Police Department, the Passaic County Prosecutor's Office, the Passaic County Sheriff's Office, N.J. State Parole, Bergen County Jail, N.J. State Police Regional Operations and Intelligence Center/Real Time Crime Center, and N.J. Department of Corrections.

This case is part of an Organized Crime Drug Enforcement Task Force (OCDETF) operation. OCDETF identifies, disrupts, and dismantles the highest-level criminal organizations that threaten the United States using a prosecutor-led, intelligence-driven, multi-agency approach. Additional information about the OCDETF Program can be found at https://www.justice.gov/OCDETF.

The government is represented by Assistant U.S. Attorney Jake A. Nasar of the Criminal Division in Newark.

allahetal.sindictment.pdf

*Updated February 6, 2025*

**Topic**

> **VIOLENT CRIME**

**Component**

USAO - New Jersey

Press Release Number: 25-036

# Related Content

**PRESS RELEASE**

## Leader Of One Of Newark's Largest Open-Air Drug Markets And Last Of 26 Defendants Sentenced To 168 Months' Imprisonment

NEWARK, N.J. – a Newark, New Jersey man was sentenced today for his role as the leader of an expansive drug trafficking organization that distributed significant quantities of drugs and...

February 18, 2025

---

**PRESS RELEASE**

## Passaic County Man Charged With Threatening Flight Attendants On An Airplane

NEWARK, N.J. – A Passaic County, New Jersey man was arrested for threatening flight attendants and crew members during an incident in which he refused to comply with flight attendant...

February 10, 2025

---

**PRESS RELEASE**

## Gang Member Sentenced To 144 Months In Prison For Racketeering And Drug Charges

NEWARK, N.J. – A member of the Rollin' 60s Neighborhood Crips gang was sentenced on Wednesday to 144 months in prison for his role in a racketeering conspiracy and the...

February 6, 2025

2/27/25, 7:29 AM 158    Document: 004-18252088    Page: 27    Date Filed: 02/27/2025    Entry ID: 6703091

Case 2:25-mj-158    District of New Jersey | Eleven Members And Associates Of Paterson-Based Gang Known As "100k" Indicted For Racketeering For I...

✉ **District of New Jersey**

Main Office:
970 Broad Street, 7th Floor
Newark, NJ 07102

📞 Newark: 973-645-2700
Hearing Impaired: 973-645-6227
FAX: 973-645-2702

Camden: 856-757-5026
Hearing Impaired: 856-968-4983
FAX: 856-968-4917

Trenton: 609-989-2190
FAX: 609-989-2275



PRESS RELEASE

# Gang Member Sentenced To 144 Months In Prison For Racketeering And Drug Charges

Thursday, February 6, 2025

**For Immediate Release**

U.S. Attorney's Office, District of New Jersey

NEWARK, N.J. – A member of the Rollin' 60s Neighborhood Crips gang was sentenced on Wednesday to 144 months in prison for his role in a racketeering conspiracy and the sale of cocaine, Acting U.S. Attorney Vikas Khanna announced.

Kareem Green, a/k/a "Try Me"("Green"), 32, previously pleaded guilty before U.S. District Judge Susan D. Wigenton to a superseding indictment that charged him with Racketeer Influenced and Corrupt Organizations ("RICO") conspiracy and a separate indictment charging him with distribution of cocaine. Judge Wigenton imposed the sentence on February 5, 2025 in Newark federal court.

According to documents filed in this case and statements made in court:

From 2015 through Sept. 22, 2022, Green was a member of the Rollin' 60s Neighborhood Crips, a criminal enterprise responsible for acts of violence and the distribution of controlled substances in the District of New Jersey and elsewhere. On April 5, 2021, Green worked with other members of the gang to shoot a victim. On April 11, 2021, Green worked with other members of the gang to shoot another victim. On March 5, 2021, Green worked with another member of the gang to distribute cocaine.

In addition to the prison term, Judge Wigenton sentenced Green to three years of supervised release.

Acting U.S. Attorney Khanna credited special agents of the DEA, under the direction of Special Agent in Charge Cheryl Ortiz; the Internal Revenue Service, Criminal Investigation (IRS-CI), under the direction of Special Agent in Charge Jenifer Piovesan, and the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), under the direction of Special Agent in Charge L.C. Cheeks, Jr., as well as investigators of the U.S. Marshals Service, under Marshal Juan Mattos' direction; the Irvington Police Department, under the direction of Police Division Director Tracy Bowers, the Essex County Prosecutor's Office, under the direction of Acting Prosecutor Theodore N. Stephens II, the FBI, under the direction of Acting Special Agent in Charge Terence G. Reilly, the Newark Police Department, under the direction of Public Safety Director Emanuel Miranda, Sr., the Bloomfield Police Department, under the direction of Director of Public Safety Samuel A. DeMaio, the Essex County Sheriff's Office, under Sheriff Amir D. Jones' direction, the East Orange Police Department, under the direction of Chief Phyllis L. Bindi, the Elizabeth Police Department, under the direction of Police Director Earl J. Graves, the Edison Police Department, under the direction of Chief of Police Tom Bryan, the New Jersey State Police, under the direction of Colonel Patrick J. Callahan, the Union County Prosecutor's Office, under the direction of Prosecutor William A. Daniel, the Spotswood Police Department, under the direction of Chief Philip Corbisiero, and the North Carolina State Bureau of Investigation Fugitive and Missing Person Task Force, which includes members of the FBI, for the investigations leading to the charges in the Rollin 60's Neighborhood Crips investigation.

This case is part of an Organized Crime Drug Enforcement Task Forces (OCDETF) investigation. OCDETF identifies, disrupts, and dismantles the highest-level criminal organizations that threaten the United States using a prosecutor-led, intelligence-driven, multi-agency approach. Additional information about the OCDETF Program can be found at https://www.justice.gov/OCDETF.

The investigation was conducted as part of the Newark Violent Crime Initiative (VCI). The Newark VCI was formed in August 2017 by the U.S. Attorney's Office for the District of New Jersey, the Essex County Prosecutor's Office, and the City of Newark's Department of Public Safety for the sole purpose of combatting violent crime in and around Newark. As part of this partnership, federal, state, county, and city agencies collaborate and pool resources to prosecute violent offenders who endanger the safety of the community. The VCI is composed of the U.S. Attorney's Office, the FBI, the ATF, the Drug Enforcement Administration's (DEA) New Jersey Division, the Department of Homeland Security – Homeland Security Investigations, the U.S. Marshals, the Newark Department of Public Safety, the Essex County Prosecutor's Office, the Essex County Sheriff's Office, New Jersey State Parole, Union County Jail, New Jersey State Police Regional Operations and Intelligence Center/Real Time Crime Center, New Jersey

Department of Corrections, the East Orange Police Department, and the Irvington Police Department.

The government is represented by Assistant U.S. Attorney Francesca Liquori of the Special Prosecutions Division and Assistant U.S. Attorney Jake A. Nasar of the Health Care Fraud Unit.

###

Defense Counsel:

William Strazza, Esq., Chester, NJ

*Updated February 6, 2025*

**Topic**

| **VIOLENT CRIME**

**Component**

[USAO - New Jersey](USAO - New Jersey)

Press Release Number: 25-037

# Related Content

**PRESS RELEASE**

## Leader Of One Of Newark's Largest Open-Air Drug Markets And Last Of 26 Defendants Sentenced To 168 Months' Imprisonment

NEWARK, N.J. – a Newark, New Jersey man was sentenced today for his role as the leader of an expansive drug trafficking organization that distributed significant quantities of drugs and...

February 18, 2025

---

**PRESS RELEASE**

## Passaic County Man Charged With Threatening Flight Attendants On An Airplane

NEWARK, N.J. – A Passaic County, New Jersey man was arrested for threatening flight attendants and crew members during an incident in which he refused to comply with flight attendant...

February 10, 2025

---

**PRESS RELEASE**

## Eleven Members And Associates Of Paterson Based Gang Known As "100k" Indicted For Racketeering For Their Roles In A Murder, Three Shootings, Two Robberies, Drug Trafficking Activities, Bank Fraud, And Other Crimes

NEWARK, N.J. – Eleven members of the Paterson based neighborhood street gang known as "100k" were indicted for their roles in a violent racketeering conspiracy.

February 6, 2025

---



**District of New Jersey**

Main Office:

970 Broad Street, 7th Floor

Newark, NJ 07102

Newark: 973-645-2700

Hearing Impaired: 973-645-6227

FAX: 973-645-2702

Camden: 856-757-5026

Hearing Impaired: 856-968-4983

FAX: 856-968-4917

Trenton: 609-989-2190

FAX: 609-989-2275



PRESS RELEASE

# Leader Of One Of Newark's Largest Open-Air Drug Markets And Last Of 26 Defendants Sentenced To 168 Months' Imprisonment

Tuesday, February 18, 2025

**For Immediate Release**

U.S. Attorney's Office, District of New Jersey

NEWARK, N.J. – a Newark, New Jersey man was sentenced today for his role as the leader of an expansive drug trafficking organization that distributed significant quantities of drugs and used firearms to protect their drug operation in Newark, New Jersey, Acting U.S. Attorney Vikas Khanna announced.

Shaheed Blake, a/k/a "Sha Gotti," a/k/a "Sha," a/k/a "Bruh," 41, was sentenced to 168 months' imprisonment followed by 5 years' supervised release by U.S. District Judge Evelyn Padin in Newark, New Jersey.  He was the last among his 25 co-defendants to be sentenced in the U.S. District Court for the District of New Jersey in Newark.

Blake's 25 conspirators were previously sentenced as follows:

- Anderson Hutchinson was sentenced to 168 months' imprisonment;

- Jabaar Blake was sentenced to 163 months' imprisonment;

- Jason Colon was sentenced to 144 months' imprisonment;

- Keyenn Rodgers was sentenced to 150 months' imprisonment;

- William Teal was sentenced to 132 months' imprisonment;

- Brian White was sentenced to 120 months' imprisonment;

- Todd Garrett was sentenced to 84 months' imprisonment;

- Anthony Bowens was sentenced to 88 months' imprisonment;

- Dorrell Blake was sentenced to 84 months' imprisonment;

- Daquan Lockhart was sentenced to 90 months' imprisonment;

- Aldoray McClain was sentenced to 72 months' imprisonment;

- Sharif Davis was sentenced to 72 months' imprisonment;

- Roger Thomas was sentenced to 70 months' imprisonment;

- Lamont Pugh was sentenced to 60 months' imprisonment;

- David Rogers was sentenced to 60 months' imprisonment;

- Hanif Yarrell was sentenced to 60 months' imprisonment;

- Aaron Watson was sentenced to 60 months' imprisonment;

- Marquise O'Neal was sentenced to 60 months' imprisonment;

- Jaleel Metz was sentenced to 66 months' imprisonment;

- Bernard Brown was sentenced to 60 months' imprisonment;

- Jesse Scott was sentenced to 60 months' imprisonment;

- Rasheem Langley was sentenced to 60 months' imprisonment;

- Shadesasha Ford was sentenced to 60 months' imprisonment;

- Linwood Lyles was sentenced to 42 months' imprisonment; and

- Andrew Knox was sentenced to 30 months' imprisonment.

This case was the result of a long-running wiretap investigation led by the Bureau of Alcohol, Tobacco, Firearms, and Explosives and the U.S. Attorney's Office and the Newark Police Department.

According to the documents filed in this case and statements made in court:

Defendants were members and associates of a Bloods-affiliated gang that called itself the "CKarter Boys," a play on "the Carter" — the name of the drug distribution building in the 1991 film *New Jack City*. As Bloods members, the CKarter Boys used the letters "CK" to signify "Crip Killer," a sign of disrespect to their rival street gang, the Crips.

2/26/25, 2:25 M 158   Document 001118252988   Page: 35   Date Filed 02/27/2025   Entry ID: 6703091

Disturbed New Jersey Leader of One of Newark's Largest Open-Air Drug Markets and Last 26 Defendants Sentenced to 168 I...

The investigation revealed that the organization's leaders — Blake and Anderson Hutchinson, a/k/a "Murda Rah" — operated a massive drug market that flooded the streets of Newark with heroin and crack cocaine 24 hours per day, seven days per week.

Blake, Hutchinson, and members of their organization sold heroin and crack cocaine to customers out of two neighboring houses near the Newark-Irvington border.  These drug dens were located in the heart of a residential community, just two blocks from the Thurgood Marshall Elementary School, a public school serving children from Pre-K to Fifth Grade.  On average, just one of these locations, which Blake controlled, generated approximately $10,000 per day in revenue from narcotics sales, and, on at least one occasion, revenue exceeded $13,000 in a single shift.

One of the abandoned residences was virtually impenetrable due to the organization's efforts to fortify the structure by boarding up all doors and windows. The defendants gained access to the residence through a second-floor window by way of a ladder that conspirators then brought inside the residence.  Once inside the abandoned residence, the defendants would sell heroin and crack cocaine through a small hole that was cut out on a first-floor outer wall, allowing customers to purchase narcotics in exchange for cash, similar to a restaurant's drive-through window.  In a backyard shed, the defendants stored narcotics, a communal cell phone that was used to operate the business, multiple firearms, and several boxes of ammunition.

The investigation resulted in charges against 26 defendants, including Blake, two other leaders, middlemen who assisted with transporting drugs and drug proceeds, distributors, and suppliers.

Acting U.S. Attorney Khanna credited special agents of ATF, under the direction of Special Agent in Charge L.C. Cheeks, Jr. in Newark, and members of the Newark Department of Public Safety, under the direction of Director Emanuel Miranda, with the investigation. He also thanked the Essex County Prosecutor's Office, the Essex County Sheriff's Office, the New Jersey State Police, the Irvington Police Department, the Union County Prosecutor's Office, the Belleville Police Department, the West Orange Police Department, the Livingston Police Department, the Nutley Police Department, the Orange Police Department, and the Verona Police Department.

The CKarter Boys were prosecuted as part of the Newark Violent Crime Initiative ("VCI").  The VCI was formed in August 2017 by the U.S. Attorney's Office for the District of New Jersey, the Essex County Prosecutor's Office, and the City of Newark's Department of Public Safety for the sole purpose of combatting violent crime in and around Newark.  As part of this partnership, federal, state, county, and city agencies collaborate and pool resources to prosecute violent offenders who endanger the safety of the community.  The VCI is composed of the U.S. Attorney's Office, the ATF, the Federal Bureau of Investigation, the Drug Enforcement Administration's (DEA) New Jersey Division, the U.S. Marshals, the Newark Department of Public Safety, the Essex County Prosecutor's Office, the Essex County Sheriff's Office, New Jersey

State Parole, the Essex County Correctional Facility, New Jersey State Police Regional Operations and Intelligence Center/Real Time Crime Center, New Jersey Department of Corrections, the East Orange Police Department, and the Irvington Police Department.

This case is part of an Organized Crime Drug Enforcement Task Force (OCDETF) operation. OCDETF identifies, disrupts, and dismantles the highest-level criminal organizations that threaten the United States using a prosecutor-led, intelligence-driven, multi-agency approach. Additional information about the OCDETF Program can be found at https://www.justice.gov/OCDETF.

The government is represented by Assistant U.S. Attorney Desiree Grace, Chief of the Criminal Division, and Assistant U.S. Attorneys Olta Bejleri and Jake A. Nasar of the Criminal Division in Newark.

###

*Updated February 18, 2025*

## Topic

**VIOLENT CRIME**

## Component

[USAO - New Jersey](#)

Press Release Number: 25-052

# Related Content

**PRESS RELEASE**

2/26/25, 7:22 AM    District of New Jersey | Leader Of One Of Newark's Largest Open-Air Drug Markets And Last 26 Defendants Sentenced To... | 1...

### Passaic County Man Charged With Threatening Flight Attendants On An Airplane

NEWARK, N.J. – A Passaic County, New Jersey man was arrested for threatening flight attendants and crew members during an incident in which he refused to comply with flight attendant...

February 10, 2025

**PRESS RELEASE**

### Eleven Members And Associates Of Paterson Based Gang Known As "100k" Indicted For Racketeering For Their Roles In A Murder, Three Shootings, Two Robberies, Drug Trafficking Activities, Bank Fraud, And Other Crimes

NEWARK, N.J. – Eleven members of the Paterson based neighborhood street gang known as "100k" were indicted for their roles in a violent racketeering conspiracy.

February 6, 2025

**PRESS RELEASE**

### Gang Member Sentenced To 144 Months In Prison For Racketeering And Drug Charges

NEWARK, N.J. – A member of the Rollin' 60s Neighborhood Crips gang was sentenced on Wednesday to 144 months in prison for his role in a racketeering conspiracy and the...

February 6, 2025



## District of New Jersey

Main Office:

970 Broad Street, 7th Floor
Newark, NJ 07102

Newark: 973-645-2700
Hearing Impaired: 973-645-6227
FAX: 973-645-2702

Camden: 856-757-5026
Hearing Impaired: 856-968-4983
FAX: 856-968-4917

Trenton: 609-989-2190
FAX: 609-989-2275



PRESS RELEASE

# Member of MS-13 Sentenced to 10 Years in Prison for Conspiracy to Commit Murder in Aid of Racketeering

Thursday, March 21, 2024

**For Immediate Release**

U.S. Attorney's Office, District of New Jersey

NEWARK, N.J. – A member of an MS-13 clique operating in Hudson County, New Jersey, was sentenced today to 10 years in prison for his role in a gang-related murder plot, U.S. Attorney Philip R. Sellinger announced.

Jose Gimenez-Lobos, aka "Infernal," aka "Terrible," 33, previously pleaded guilty before U.S. District Judge Claire C. Cecchi in Newark federal court to his role in a failed May 2015 plot to kill a member of a rival gang. Judge Cecchi ordered that the sentence imposed today run concurrently to the 40-year sentence Gimenez-Lobos received in the Eastern District of Virginia for his role in a November 2014 murder that he committed on behalf of MS-13.

> *"This defendant has already amassed a history of death and mayhem on behalf of MS-13, a gang well-known for its appetite for violence. There is no place in our communities for this wanton disregard of life. Gimenez-Lobos will remain behind bars for most of the*

> *remainder of his life, which is the punishment he has brought down on his own head."*

---

**U.S. Attorney Philip R. Sellinger**

"Many violent street gangs focus on crimes to make money and use violence as a way to defend their so-called turf," FBI-Newark Special Agent in Charge James E. Dennehy said. "For MS-13, they use their criminal behavior as a means to perpetuate violence simply for the sake of violence. Gimenez-Lobos sent his minions after a rival gang member, but having failed to carry out his plan, he then had them savagely beaten. The brutality and total disregard for human life is the point. I would like to commend the agents and investigators on this case. Pursuing and bringing to justice members of MS-13 can be a harrowing job, but they do it to protect our communities."

"This is another clear example of the strong partnership that exists amongst federal, state, and local law enforcement agencies in New Jersey," Newark ICE Enforcement and Removal Field Office Director John Tsoukaris said. "This cooperation was critical in the arrest, prosecution and sentencing of an MS-13 gang member, a group notorious for its violent crimes. ICE ERO remains committed to our public safety mission as we enforce our immigration laws."

"Jose Gimenez-Lobos is a convicted felon and MS-13 gang member, whose violent behavior has earned him a second prison sentence," said HSI Newark Acting Special Agent in Charge Michael Alfonso. "Thanks to the collaboration with our law enforcement partners in New Jersey and neighboring states, this MS-13 criminal will be put away for decades. HSI Newark remains determined to keep our communities safe from dangerous gang members who show no regard for human life."

According to documents filed in this case and statements made in court:

Gimenez-Lobos and others previously pleaded guilty to their involvement in a failed May 2015 plot to kill a member of a rival gang. Gimenez-Lobos admitted his membership in the violent transnational street gang, MS-13, and admitted his involvement in acts of violence and drug distribution on behalf of the gang. Gimenez-Lobos and fellow MS-13 gang members conspired to kill a member of the rival 18th Street gang from the Maryland/Virginia area.  The plot involved a female associate of MS-13 who befriended the victim and then lured him to New Jersey so that MS-13 members could execute him.

The victim arrived in Hudson County on May 25, 2015.  A high-ranking MS-13 member ordered three other MS-13 members, including Gimenez-Lobos, to carry out the murder. When their initial attempts to contact the victim did not go as planned, the MS-13 members decided to secure a room for the victim at a local motel and offered to transport him back to the

Maryland/Virginia area the following day. At their clique leader's direction, the MS-13 members agreed to stab the victim to death at some point during the trip, and then dispose of the body.

The murder was foiled the following day when the victim – sensing that the MS-13 members planned to harm him – jumped from the vehicle outside a tollbooth on the way to the Maryland/Virginia area. The MS-13 members later received beatings for failing to kill the rival 18th Street gang member.

U.S. Attorney Sellinger credited special agents of the FBI, under the direction of Special Agent in Charge James E. Dennehy in Newark; officers of the Immigration and Customs Enforcement – Enforcement and Removal Operations Newark Field Office, under the direction of Field Office Director Tsoukaris; special agents of Homeland Security Investigations Newark, under the direction of Acting Special Agent in Charge Michael Alfonso; special agents of HIS Washington, D.C., under the direction of Special Agent in Charge Derek W. Gordon; investigators of the Hudson County Prosecutor's Office, under the direction of Prosecutor Esther Suarez; and investigators of the West New York Police Department under the direction of Director of Public Safety Alejandro DeRojas.

The government is represented by Assistant U.S. Attorney Desiree Grace, Deputy Chief of the U.S. Attorney's Office's Criminal Division in Newark, and Trial Attorney Matthew K. Hoff of the Department of Justice's Organized Crime and Gang Section.

*Updated March 21, 2024*

**Topic**

**VIOLENT CRIME**

**Component**

USAO - New Jersey

Press Release Number: 24-106

# Related Content

2/27/25, 7:25 AM    District of New Jersey | Member of MS-13 Sentenced to 10 Years in Prison for Conspiracy to Commit Murder in Aid of Racketeering...

**PRESS RELEASE**

## Leader Of One Of Newark's Largest Open-Air Drug Markets And Last Of 26 Defendants Sentenced To 168 Months' Imprisonment

NEWARK, N.J. – a Newark, New Jersey man was sentenced today for his role as the leader of an expansive drug trafficking organization that distributed significant quantities of drugs and...

February 18, 2025

**PRESS RELEASE**

## Passaic County Man Charged With Threatening Flight Attendants On An Airplane

NEWARK, N.J. – A Passaic County, New Jersey man was arrested for threatening flight attendants and crew members during an incident in which he refused to comply with flight attendant...

February 10, 2025

**PRESS RELEASE**

## Gang Member Sentenced To 144 Months In Prison For Racketeering And Drug Charges

NEWARK, N.J. – A member of the Rollin' 60s Neighborhood Crips gang was sentenced on Wednesday to 144 months in prison for his role in a racketeering conspiracy and the...

February 6, 2025

✉ **District of New Jersey**

Main Office:
970 Broad Street, 7th Floor
Newark, NJ 07102

📞 Newark: 973-645-2700
Hearing Impaired: 973-645-6227
FAX: 973-645-2702

Camden: 856-757-5026
Hearing Impaired: 856-968-4983
FAX: 856-968-4917

Trenton: 609-989-2190
FAX: 609-989-2275