No. 25-1158

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

―――――――――――

STATE OF NEW JERSEY; COMMONWEALTH OF MASSACHUSETTS; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAI'I; STATE OF MAINE; STATE OF MARYLAND; ATTORNEY GENERAL DANA NESSEL, for the People of Michigan; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WISCONSIN; CITY AND COUNTY OF SAN FRANCISCO,

*Plaintiffs-Appellees,*

v.

DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in his official capacity as Secretary of State; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; U.S. SOCIAL SECURITY ADMINISTRATION; LEE DUDEK, in his official capacity as Acting Commissioner of Social Security; UNITED STATES OF AMERICA,

*Defendants.*

―

MELVIN JONES JR.; COLLEEN CONNORS,

*Interested Parties–Appellants.*

―――――――――――

On Appeal from an Order of the United States District Court
for the District of Massachusetts (Sorokin, J.) in No. 25-cv-10139

―――――――――――

**PLAINTIFFS' MOTION FOR SUMMARY DISPOSITION AND OPPOSITION TO APPELLANTS' PENDING MOTIONS**

―――――――――――

Plaintiffs—18 states, the District of Columbia, and the City and County of San Francisco—brought this lawsuit to challenge Executive Order 14160, which purports to strip certain individuals born in the United States of their constitutionally guaranteed citizenship. The district court preliminarily enjoined the executive order, and defendants' appeal of that decision is currently pending before this Court in Nos. 25-1169 and 25-1170. This appeal involves a separate motion to intervene filed by Melvin Jones Jr. and Colleen Connors, two nonparties proceeding pro se. The district court denied that motion, and Mr. Jones and Ms. Connors now appeal. But the district court's procedural ruling was manifestly correct: appellants have no cognizable interest in this case. Because it "clearly appear[s] that no substantial question is presented," the Court should summarily affirm the district court's denial of intervention, 1st Cir. R. 27.0(c), and should deny appellants' many pending motions.

## BACKGROUND

Hours after his inauguration on January 20, the President issued Executive Order 14160, declaring that the federal government would no longer recognize the U.S. citizenship of certain children born in the United States to noncitizen parents. *See* D. Ct. Dkt. No. 1-1. The next

day, plaintiffs brought this action to challenge the order, naming as defendants the United States, the President, and several agencies and agency heads. *See* D. Ct. Dkt. No. 1. Plaintiffs simultaneously sought a preliminary injunction. *See* D. Ct. Dkt. No. 3; *see also* D. Ct. Dkt. Nos. 5, 92, 123.

On February 5, Mr. Jones and Ms. Connors served an "Emergency and Ex Parte Motion to Intervene" by email on all parties. The district court docketed the motion on February 12 or 13. *See* D. Ct. Dkt. No. 141.[1] In the motion, appellants do not claim any individualized interest in this litigation. Instead, they articulate a generalized opposition to illegal immigration and argue that they should be allowed to intervene under Rule 24(a) or (b) to advance their view of birthright citizenship "for the disabled adults in the State of Michigan and by extension for all American Citizens similarly situated." D. Ct. Dkt. No. 141, at 3.

On February 13, the district court (Sorokin, J.) denied appellants' motion. *See* D. Ct. Dkt. No. 146. As the court explained, "[e]ven construed liberally, the submission fails to satisfy the movant's burden to

---

[1] The motion does not appear on the public docket, presumably given its "ex parte" label. However, as noted, appellants served it on all parties.

establish entitlement to intervention pursuant to Fed. R. Civ. P. 24(a)-(b)." *Id.* Appellants now appeal that order. To date, they have filed a brief, four motions to "amend" their brief, a motion to expedite, an "emergency motion to waive oral argument," and ten motions for judicial notice in this Court.[2]

## ARGUMENT

I. **The Court should summarily affirm the district court's denial of appellants' request to intervene.**

Under this Court's Rule 27.0(c), "the court may . . . affirm and enforce the judgment or order below . . . if it shall clearly appear that no substantial question is presented." That standard is satisfied here.

Appellants' brief offers no basis to conclude that the district court misapplied Rule 24—much less that it abused its discretion. *See Pub. Serv. Co. of New Hampshire v. Patch*, 136 F.3d 197, 204 (1st Cir. 1998) (denial of intervention reviewed for abuse of discretion). Appellants do not identify any concrete, particularized, or personal stake in the

---

[2] Appellants appear to have a history of vexatious filings. *See Jones v. Mich. Dep't of Civ. Rights*, No. 18-cv-11934, 2020 WL 4812700, at *2 (E.D. Mich. Feb. 7, 2020) (finding that "the number of filings made by Jones in this case are voluminous enough to be deemed disruptive" and enjoining further filings); *In re Flint Water Cases*, No. 21-cv-10937, 2021 U.S. Dist. Lexis 98112, at *10 (E.D. Mich. May 24, 2021) (similar).

outcome of this litigation; instead, they articulate only a generalized interest in advancing their preferred legal theories. But "[i]t is settled beyond peradventure" that such an "undifferentiated, generalized interest in the outcome of an ongoing action" is "too porous a foundation on which to premise intervention as of right" under Rule 24(a). *Id.* at 205. Nor does that generalized interest support a request for permissive intervention under Rule 24(b): "a district court's discretion to grant or deny motions for permissive intervention is very broad," and pointing to generalized grievances is not enough to show "a clear abuse of that broad discretion." *T-Mobile Ne. LLC v. Town of Barnstable*, 969 F.3d 33, 42 (1st Cir. 2020).

Notably, appellants have already filed a brief, have requested expedited consideration of this appeal, and have waived oral argument. *See generally* Appellants' Br. and Mot. to Expedite (Feb. 19, 2025); Notice of Waiver of Oral Arg. (Feb. 20, 2025); Emergency Mot. to Waive Oral Arg. (Feb. 21, 2025). Thus, even appellants appear to agree that the matter is ripe for disposition. For the reasons stated, the Court should summarily affirm the district court's denial of appellants' motion to intervene pursuant to Rule 27.0(c).

## II. The Court should deny appellants' pending motions, including their motion to stay the preliminary injunction.

As noted above, appellants have filed a bevy of motions since the docketing of this appeal. The Court should deny them all.

First, the Court should deny appellants' request to stay the district court's preliminary injunction. As discussed, appellants have not demonstrated a concrete interest in intervening in this action. It follows *a fortiori* that appellants have not demonstrated—nor have they even attempted to demonstrate—that they will suffer irreparable harm in the absence of a stay. *See, e.g.*, *Does 1-3 v. Mills*, 39 F.4th 20, 24 (1st Cir. 2022) (discussing the stay standard).

Second, the Court should deny appellants' various motions for judicial notice. The documents and issues raised in those motions are beyond the proper scope of the matters currently before the Court.

Third, for the same reasons that it should grant this motion for summary affirmance, the Court should deny appellants' various procedural requests (*e.g.*, their motion for expedited consideration) as moot.

## CONCLUSION

The Court should summarily affirm the district court's denial of intervention and deny appellants' pending motions in this Court.

| | |
|---|---|
| February 28, 2025 | Respectfully submitted. |
| | |
| MATTHEW J. PLATKIN<br>　*Attorney General of New Jersey* | ANDREA JOY CAMPBELL<br>　*Attorney General of Massachusetts* |
| | |
| Jeremy M. Feigenbaum<br>　*Solicitor General*<br>Viviana M. Hanley<br>　*Deputy Attorney General*<br>Office of the Attorney General<br>25 Market Street<br>Trenton, NJ 08625<br>(862) 350-5800<br>jeremy.feigenbaum@njoag.gov | /s/ *Gerard J. Cedrone*<br>Gerard J. Cedrone<br>　*Deputy State Solicitor*<br>Jared B. Cohen<br>　*Assistant Attorney General*<br>Office of the Attorney General<br>One Ashburton Place, 20th Floor<br>Boston, MA 02108<br>(617) 963-2282<br>gerard.cedrone@mass.gov |
| *Counsel for the*<br>　*State of New Jersey* | *Counsel for the*<br>　*Commonwealth of Massachusetts* |

ROB BONTA
  *Attorney General of California*

Christopher D. Hu
  *Deputy Solicitor General*
Marissa Malouff*
Irina Trasovan
  *Supervising Deputy*
  *Attorneys General*
Denise Levey
Lorraine López*
Delbert Tran*
Annabelle Wilmott*
  *Deputy Attorneys General*
Office of the Attorney General
455 Golden Gate Ave., Ste. 11000
San Francisco, CA 94102
(415) 510-3917
christopher.hu@doj.ca.gov

*Counsel for the State of California*

PHIL WEISER
  *Attorney General of Colorado*

Shannon Stevenson
  *Solicitor General*
Office of the Attorney General
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
shannon.stevenson@coag.gov

*Counsel for the State of Colorado*

WILLIAM M. TONG
  *Attorney General of Connecticut*

Janelle Rose Medeiros
  *Assistant Attorney General*
Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5020
janelle.medeiros@ct.gov

*Counsel for the*
  *State of Connecticut*

KATHLEEN JENNINGS
  *Attorney General of Delaware*

Vanessa L. Kassab*
  *Deputy Attorney General*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Counsel for the State of Delaware*

BRIAN L. SCHWALB
  *Attorney General*
  *for the District of Columbia*

Caroline S. Van Zile
  *Solicitor General*
Jeremy R. Girton
  *Assistant Attorney General*
Office of the Attorney General
400 Sixth Street, N.W.
Washington, DC 20001
(202) 724-6609
caroline.vanzile@dc.gov

*Counsel for the*
  *District of Columbia*

ANNE E. LOPEZ
  *Attorney General of Hawaiʻi*

Kalikoʻonālani D. Fernandes
  *Solicitor General*
Office of the Attorney General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov

*Counsel for the State of Hawaiʻi*

AARON M. FREY
  *Attorney General of Maine*

Thomas A. Knowlton
  *Assistant Attorney General*
Office of the Attorney General
6 State House Station
Augusta, ME 04333
(207) 626-8800
thomas.a.knowlton@maine.gov

*Counsel for the State of Maine*

ANTHONY G. BROWN
  *Attorney General of Maryland*

Adam D. Kirschner
  *Senior Assistant Attorney General*
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
akirschner@oag.state.md.us
(410) 576-6424

*Counsel for the State of Maryland*

DANA NESSEL
   *Attorney General of Michigan*

Toni L. Harris
Neil Giovanatti
Stephanie M. Service
   *Assistant Attorney General*
Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
harrist19@michigan.gov

*Counsel for Attorney General Dana Nessel on behalf of the People of Michigan*

KEITH ELLISON
   *Attorney General of Minnesota*

John C. Keller
   *Chief Deputy Attorney General*
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
651-757-1355
john.keller@ag.state.mn.us

*Counsel for the State of Minnesota*

AARON D. FORD
   *Attorney General of Nevada*

Heidi Parry Stern
   *Solicitor General*
Office of the Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
hstern@ag.nv.gov

*Counsel for the State of Nevada*

RAÚL TORREZ
   *Attorney General of New Mexico*

James W. Grayson*
   *Chief Deputy Attorney General*
New Mexico Department of Justice
408 Galisteo St.
Santa Fe, NM 87501
(505) 218-0850
jgrayson@nmdoj.gov

*Counsel for the State of New Mexico*

<div style="display: grid; grid-template-columns: 1fr 1fr;">

LETITIA JAMES
  *Attorney General of New York*

Ester Murdukhayeva
  *Deputy Solicitor General*
Office of the Attorney General
28 Liberty Street
New York, NY 10005
(212) 416-6279
ester.murdukhayeva@ag.ny.gov

*Counsel for the
  State of New York*

JEFF JACKSON
  *Attorney General of North Carolina*

Daniel P. Mosteller
  *Associate Deputy Attorney General*
Department of Justice
P.O. Box 629
Raleigh, NC 27602
(919) 716-6026
dmosteller@ncdoj.gov

*Counsel for the
  State of North Carolina*

</div>

PETER F. NERONHA
  *Attorney General of Rhode Island*

Katherine Connolly Sadeck
  *Solicitor General*
Office of the Attorney General
150 South Main Street
Providence, RI  02903
(401) 274-4400, Ext. 2480
ksadeck@riag.ri.gov

*Counsel for the
  State of Rhode Island*

CHARITY R. CLARK
  *Attorney General of Vermont*

Julio A. Thompson*
  *Co-Director, Civil Rights Unit*
109 State Street
Montpelier, VT 06509
(802) 828-5519
julio.thompson@vermont.gov

*Counsel for the State of Vermont*

JOSHUA L. KAUL
  *Attorney General of Wisconsin*

Gabe Johnson-Karp*
  *Assistant Attorney General*
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI 53707
(608) 267-8904
johnsonkarpg@doj.state.wi.us

*Counsel for the State of Wisconsin*

DAVID CHIU
  *City Attorney of San Francisco*

David S. Louk
  *Deputy City Attorney*
1390 Market Street, 6th Floor
City Attorney of San Francisco
San Francisco, CA 94102
(415) 505-0844
david.louk@sfcityatty.org

*Counsel for the City and*
  *County of San Francisco*

*Application for admission forthcoming or pending

## CERTIFICATE OF SERVICE

I certify that on February 28, 2025, I caused the foregoing motion to be served on appellants Melvin Jones Jr. and Colleen Connors by U.S. mail pursuant to Federal Rule of Appellate Procedure 25(c)(1)(B) to the following address:

Melvin Jones Jr. and Colleen Connors
1935 Hosler Street
Flint, MI 48503-4415

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the word limits of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Rule 32(f), it contains 1,030 words.

February 28, 2025                               /s/ *Gerard J. Cedrone*