No. 25-1158

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

———————————

STATE OF NEW JERSEY; COMMONWEALTH OF MASSACHUSETTS; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAIʻI; STATE OF MAINE; STATE OF MARYLAND; ATTORNEY GENERAL DANA NESSEL, for the People of Michigan; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WISCONSIN; CITY AND COUNTY OF SAN FRANCISCO,

*Plaintiffs-Appellees,*

v.

DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in his official capacity as Secretary of State; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; U.S. SOCIAL SECURITY ADMINISTRATION; LEE DUDEK, in his official capacity as Acting Commissioner of Social Security; UNITED STATES OF AMERICA,

*Defendants.*

—

MELVIN JONES, JR.; COLLEEN CONNORS,
*Interested Parties–Appellants.*

———————————

On Appeal from an Order of the United States District Court
for the District of Massachusetts (Sorokin, J.) in No. 25-cv-10139

———————————

**PLAINTIFFS' MOTION TO STAY BRIEFING DEADLINES**

———————————

In their motion for summary disposition, filed simultaneously with this motion, plaintiffs have asked the Court to summarily affirm the district court's denial of appellants' intervention request. For the same reasons, the Court should also stay any briefing deadlines in this appeal until it rules on plaintiffs' motion for summary disposition. As plaintiffs have explained, the district court's procedural ruling was manifestly correct, and it "clearly appear[s] that no substantial question is presented" by this appeal. 1st Cir. R. 27.0(c). Accordingly, a stay of any briefing deadlines will best serve the interests of judicial economy and preserve the parties' limited resources.

Wherefore, the Court should stay any briefing deadlines in this appeal pending the resolution of plaintiffs' motion for summary disposition.

| | |
|---|---|
| February 28, 2025 | Respectfully submitted. |
| MATTHEW J. PLATKIN<br>　*Attorney General of New Jersey* | ANDREA JOY CAMPBELL<br>　*Attorney General of Massachusetts* |
| Jeremy M. Feigenbaum<br>　*Solicitor General*<br>Viviana M. Hanley<br>　*Deputy Attorney General*<br>Office of the Attorney General<br>25 Market Street<br>Trenton, NJ 08625<br>(862) 350-5800<br>jeremy.feigenbaum@njoag.gov | /s/ *Gerard J. Cedrone*<br>Gerard J. Cedrone<br>　*Deputy State Solicitor*<br>Jared B. Cohen<br>　*Assistant Attorney General*<br>Office of the Attorney General<br>One Ashburton Place, 20th Floor<br>Boston, MA 02108<br>(617) 963-2282<br>gerard.cedrone@mass.gov |
| *Counsel for the*<br>　*State of New Jersey* | *Counsel for the*<br>　*Commonwealth of Massachusetts* |

Rob Bonta
  *Attorney General of California*

Christopher D. Hu
  *Deputy Solicitor General*
Marissa Malouff\*
Irina Trasovan
  *Supervising Deputy*
  *Attorneys General*
Denise Levey
Lorraine López\*
Delbert Tran\*
Annabelle Wilmott\*
  *Deputy Attorneys General*
Office of the Attorney General
455 Golden Gate Ave., Ste. 11000
San Francisco, CA 94102
(415) 510-3917
christopher.hu@doj.ca.gov

*Counsel for the State of California*

Phil Weiser
  *Attorney General of Colorado*

Shannon Stevenson
  *Solicitor General*
Office of the Attorney General
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
shannon.stevenson@coag.gov

*Counsel for the State of Colorado*

William M. Tong
  *Attorney General of Connecticut*

Janelle Rose Medeiros
  *Assistant Attorney General*
Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5020
janelle.medeiros@ct.gov

*Counsel for the*
  *State of Connecticut*

Kathleen Jennings
  *Attorney General of Delaware*

Vanessa L. Kassab\*
  *Deputy Attorney General*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Counsel for the State of Delaware*

BRIAN L. SCHWALB
  *Attorney General*
  *for the District of Columbia*

Caroline S. Van Zile
  *Solicitor General*
Jeremy R. Girton
  *Assistant Attorney General*
Office of the Attorney General
400 Sixth Street, N.W.
Washington, DC 20001
(202) 724-6609
caroline.vanzile@dc.gov

*Counsel for the*
  *District of Columbia*

ANNE E. LOPEZ
  *Attorney General of Hawaiʻi*

Kalikoʻonālani D. Fernandes
  *Solicitor General*
Office of the Attorney General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov

*Counsel for the State of Hawaiʻi*

AARON M. FREY
  *Attorney General of Maine*

Thomas A. Knowlton
  *Assistant Attorney General*
Office of the Attorney General
6 State House Station
Augusta, ME 04333
(207) 626-8800
thomas.a.knowlton@maine.gov

*Counsel for the State of Maine*

ANTHONY G. BROWN
  *Attorney General of Maryland*

Adam D. Kirschner
  *Senior Assistant Attorney General*
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
akirschner@oag.state.md.us
(410) 576-6424

*Counsel for the State of Maryland*

DANA NESSEL
   *Attorney General of Michigan*

Toni L. Harris
Neil Giovanatti
Stephanie M. Service
   *Assistant Attorney General*
Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
harrist19@michigan.gov

*Counsel for Attorney General*
  *Dana Nessel on behalf of*
  *the People of Michigan*

KEITH ELLISON
   *Attorney General of Minnesota*

John C. Keller
   *Chief Deputy Attorney General*
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
651-757-1355
john.keller@ag.state.mn.us

*Counsel for the State of Minnesota*

AARON D. FORD
   *Attorney General of Nevada*

Heidi Parry Stern
   *Solicitor General*
Office of the Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
hstern@ag.nv.gov

*Counsel for the State of Nevada*

RAÚL TORREZ
   *Attorney General of New Mexico*

James W. Grayson*
   *Chief Deputy Attorney General*
New Mexico Department of Justice
408 Galisteo St.
Santa Fe, NM 87501
(505) 218-0850
jgrayson@nmdoj.gov

*Counsel for the*
  *State of New Mexico*

6

L<span>ETITIA</span> J<span>AMES</span>
  *Attorney General of New York*

Ester Murdukhayeva
  *Deputy Solicitor General*
Office of the Attorney General
28 Liberty Street
New York, NY 10005
(212) 416-6279
ester.murdukhayeva@ag.ny.gov

*Counsel for the*
  *State of New York*


J<span>EFF</span> J<span>ACKSON</span>
  *Attorney General of North Carolina*

Daniel P. Mosteller
  *Associate Deputy Attorney General*
Department of Justice
P.O. Box 629
Raleigh, NC 27602
(919) 716-6026
dmosteller@ncdoj.gov

*Counsel for the*
  *State of North Carolina*


P<span>ETER</span> F. N<span>ERONHA</span>
  *Attorney General of Rhode Island*

Katherine Connolly Sadeck
  *Solicitor General*
Office of the Attorney General
150 South Main Street
Providence, RI  02903
(401) 274-4400, Ext. 2480
ksadeck@riag.ri.gov

*Counsel for the*
  *State of Rhode Island*


C<span>HARITY</span> R. C<span>LARK</span>
  *Attorney General of Vermont*

Julio A. Thompson*
  *Co-Director, Civil Rights Unit*
109 State Street
Montpelier, VT 06509
(802) 828-5519
julio.thompson@vermont.gov

*Counsel for the State of Vermont*

| | |
|---|---|
| JOSHUA L. KAUL<br>  *Attorney General of Wisconsin* | DAVID CHIU<br>  *City Attorney of San Francisco* |
| Gabe Johnson-Karp*<br>  *Assistant Attorney General*<br>Wisconsin Department of Justice<br>P.O. Box 7857<br>Madison, WI 53707<br>(608) 267-8904<br>johnsonkarpg@doj.state.wi.us | David S. Louk<br>  *Deputy City Attorney*<br>1390 Market Street, 6th Floor<br>City Attorney of San Francisco<br>San Francisco, CA 94102<br>(415) 505-0844<br>david.louk@sfcityatty.org |
| *Counsel for the State of Wisconsin* | *Counsel for the City and*<br>  *County of San Francisco* |

*Application for admission forthcoming or pending

## CERTIFICATE OF SERVICE

I certify that on February 28, 2025, I caused the foregoing motion to be served on appellants Melvin Jones Jr. and Colleen Connors by U.S. mail pursuant to Federal Rule of Appellate Procedure 25(c)(1)(B) to the following address:

Melvin Jones Jr. and Colleen Connors
1935 Hosler Street
Flint, MI 48503-4415

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the word limits of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Rule 32(f), it contains 121 words.

February 28, 2025                                              /s/ *Gerard J. Cedrone*