# United States Court of Appeals
## For the First Circuit

---

Appeal # 25-1158

State of New Jersey, et al.
vs.
(President) Donald Trump, et al.

---

**5th EMERGENCY - _MOTION to AMEND Appellant's pro se APPEAL BRIEF to ADD... new/ additional issues raised on appeal_..... People in the U.S. communicate in more than 350 languages. According to the U.S.**

*Census Bureau, some of the most widely spoken languages other than English are Spanish, Chinese, Tagalog, Vietnamese, and Arabic.*

*Learn more about [the languages spoken in the United States](#).*

*People in the U.S. also speak Native North American languages such as Navajo, Yupik, Dakota, Apache, Keres, and Cherokee, among others. [Learn more about the native languages of North America.](#)*

*SEE ALSO, the attached exhibits ...which [I] believe through the NORMAL BRIEFING process as to the instant appeal {e.g. such as a SUPPLEMENT TO OUR ALREADY FILED APPEAL BRIEF}.... [we]/ Colleen and [me]/ disabled Melvin Jones Jr. can FULLY DEVELOP the relevance to the birth-right citizenship issue on appeal .... Whereby the "ENGLISH AS AN OFFICIAL LANGUAGE OF THE UNITED STATES OF AMERICA" ....is  at the cornerstone of the ALLEGIANCE portion of the 14th amendment... which should be reviewed on appeal*

*here... VIA DE NOVO appellate review; for example... but NOT limited to:*

*" People in the U.S. communicate in more than 350 languages. According to the U.S. Census Bureau, some of the most widely spoken languages other than English are Spanish, Chinese, Tagalog, Vietnamese, and Arabic.*

*Learn more about [the languages spoken in the United States](#).*

*People in the U.S. also speak Native North American languages such as Navajo, Yupik, Dakota, Apache, Keres, and Cherokee, among others. [Learn more about the native languages of North America.](#)* ".

*Source:*

[https://www.usa.gov/official-language-of-us](https://www.usa.gov/official-language-of-us)

*Respectfully submitted.*

*Thank you.*

*(continued on the NEXT page).....*

*Best,*

*Date: 2-28-2025*

_____

*Melvin Jones Jr. disabled*

*PRO SE appellant*

*1935 Hosler St.*

*Flint, Michigan*

*48503*

*Email: jonesjrmel@gmail.com*

*Google voice to text ph#*

*415-562-5074*

*SEE THE ATTACHED EXHIBIT…. on the next pages:*

Case: 25-1158    Document: 00118253871    Page: 9    Date Filed: 03/28/2025    Entry ID: 6703588

 An official website of the United States government    Here's how you know ∨

Español

MENU

Home    The U.S. and its government    U.S. facts and figures    Official language of the United States

# Official language of the United States

Find out if the United States has an official language, and learn about languages spoken in the U.S.

## Does the U.S. have an official language?

The United States does not have an official language. English is the most widely used language in the U.S., and some states designate it as their official language.

## Languages spoken in the U.S.

People in the U.S. communicate in more than 350 languages. According to the U.S. Census Bureau, some of the most widely spoken languages other than English are Spanish, Chinese, Tagalog, Vietnamese, and Arabic.

Learn more about the languages spoken in the United States.

People in the U.S. also speak Native North American languages such as Navajo, Yupik, Dakota, Apache, Keres, and Cherokee, among others. Learn more about the native languages of North America.

LAST UPDATED: September 20, 2024

SHARE THIS PAGE:      

## Have a question?

Ask a real person any government-related question for free. They will get you the answer or let you know where to find it.

 Call USAGov

---

### What you think matters!

Was this page helpful?

○ Yes        ○ No

[ Next ]

Form Approved OMB#3090-0297 Exp. Date 06/30/2025

---

**Government information**

All topics and services

Directory of U.S. government agencies and departments

**About us**

About USAGov

Privacy and security policies

Accessibility policy

**Sign up to receive email updates**

Enter your email

[                    ]

[Branches of government](#)

[Report a website issue](#)

[Website usage data](#)

**Sign up**

**For federal agencies**

**For media**

[Partner with us](#)

[USAGov Outreach](#)

[Read our blog](#)

[Feature articles](#)

**USAGov Contact Center**

Ask USA.gov a question at

1-844-USAGOV1 (1-844-872-4681)

**Find us on social media**

   

**USAGov is the official guide to government information and services**

An official website of the U.S. General Services Administration

GSA accessibility support

GSA privacy policy

FOIA requests

Case: 25-1158    Document: 00118253387    Page: 12    Date Filed: 02/28/2025    Entry ID: 6703588



MEL JONES JR <jonesjrmel@gmail.com>

---

# 25-1158 (( Yeah, so --- maybe the DEI - WOKE Plaintiffs AG States in civil case #25-cv-10139 [and] appeal # 25-1158.... can tell me [IF] they consider EBONICS a language that should be INCLUDED as to President Donald Trump's NEW [EO]... which is set to make ENGLISH the official language of the United States? ))....

1 message

---

**MEL JONES JR** <jonesjrmel@gmail.com>                                                    Fri, Feb 28, 2025 at 2:25 PM
To: Zeldin.Lee@epa.gov, mobrien@irli.org, chajec@irli.org, gcanaan@irli.org, gwv@dcglaw.com,
tmccotter@boydengray.com, daniel.epstein@aflegal.com, "jon@publicrightsproject.org" <jon@publicrightsproject.org>,
serviceS3@michigan.gov, giovanatiN@michigan.gov, Stacey.Metro@ag.ny.gov, Annabelle.Wilmott@doj.ca.gov,
Lorraine.Lopez@doj.ca.gov, Delbert.Tran@doj.ca.gov, zoe.levine@ag.ny.gov, Irina.Trasovan@doj.ca.gov,
"denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>,
"robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>,
"brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, jgrayson@nmdoj.gov, molly.alarcon@sfcityatty.org,
"david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, shannon.stevenson@coag.gov, ksadeck@riag.ri.gov,
jared.b.cohen@mass.gov, john.keller@ag.state.mn.us, johnsonkarpg@doj.state.wi.us, julio.thompson@vermont.gov,
dmosteller@ncdoj.gov, "jeremy.feigenbaum@njoag.gov" <Jeremy.feigenbaum@njoag.gov>, shankar.duraiswamy@njoag.gov,
Viviana.hanley@njoag.gov, shefali.saxena@law.njoag.gov, Elizabeth.walsh@law.njoag.gov, HStern@ag.nv.gov,
akirschner@oag.state.md.us, Janelle.Medeiros@ct.gov, PolicyOffice@epa.gov, EIS-Filing@epa.gov, education@epa.gov,
NEPAssisthelp@epa.gov, NEPA@epa.gov, eric.wessan@ag.iowa.gov, matt.rice@ag.tn.gov, nlindzen@corpfraudlaw.com,
yuri.s.fuchs@sfcityatty.org, sara.eisenberg@sfcityatty.org
Cc: Colleen Connors <CMColleen4@gmail.com>, "Marissa.Malouff@doj.ca.gov" <Marissa.Malouff@doj.ca.gov>,
"vanessa.kassab@delaware.gov" <vanessa.kassab@delaware.gov>, "kaliko.d.fernandes_hawaii_gov"
<kaliko.d.fernandes@hawaii.gov>, "jeremy.feigenbaum@njoag.gov" <jeremy.feigenbaum@njoag.gov>,
"harris19@michigan.gov" <harris19@michigan.gov>, "eng.connie@epa.gov" <eng.connie@epa.gov>, "egle-
nondiscriminationCC@michigan.gov" <egle-nondiscriminationCC@michigan.gov>, "Cormack, Hayley"
<Cormack.Hayley@epa.gov>, "EGLE-Accessibility@michigan.gov" <EGLE-Accessibility@michigan.gov>, "Faltin, Todd
(he/they)" <Faltin.Todd@epa.gov>, "Oviedo, Luis" <oviedo.luis@epa.gov>, "MacMillan-Sanchez, Ariel (she/her/hers)"
<MacMillanSanchez.Ariel@epa.gov>, "Johnson, Johahna (she/her/hers)" <Johnson.Johahna@epa.gov>, "Mason, Trinita"
<Mason.Trinita@epa.gov>, "Moore, Tammy" <moore.tammy@epa.gov>, "Walts, Alan (he/him/his)" <walts.alan@epa.gov>,
Deborah Greenspan <deborah.greenspan@blankrome.com>, "Risley, David" <Risley.David@epa.gov>,
"tmlewis@cityofflint.com" <tmlewis@cityofflint.com>, "cmcgehee@pittlawpc.com" <cmcgehee@pittlawpc.com>,
"eric.a.rey@usdoj.gov" <eric.a.rey@usdoj.gov>, "Jason.T.Cohen@usdoj.gov" <Jason.T.Cohen@usdoj.gov>,
"OIG_Hotline@epa.gov" <OIG_Hotline@epa.gov>, Corey <cstern@levylaw.com>, Patrick Lanciotti
<PLanciotti@napolilaw.com>, "dpettway@cityofflint.com" <dpettway@cityofflint.com>, "saneeley@cityofflint.com"
<saneeley@cityofflint.com>, "mbard@cityofflint.com" <mbard@cityofflint.com>, "michelle.t.domingue.II@usdoj.gov"
<michelle.t.domingue.II@usdoj.gov>, "Kaplan, Robert (he/him/his)" <kaplan.robert@epa.gov>, Mel jones jr
<meljonesjr@gmail.com>, "marianne.f.kies@usdoj.gov" <marianne.f.kies@usdoj.gov>, "daniel.c.eagles@usdoj.gov"
<daniel.c.eagles@usdoj.gov>, "kuhlr@michigan.gov" <kuhlr@michigan.gov>, "gambilln@michigan.gov"
<gambilln@michigan.gov>, "MitosinkaA@michigan.gov" <MitosinkaA@michigan.gov>, "gaiello@mayerbrown.com"
<gaiello@mayerbrown.com>, "jkuptz@cityofflint.com" <jkuptz@cityofflint.com>, "dfaraci@campbell-trial-lawyers.com"
<dfaraci@campbell-trial-lawyers.com>, "alin@eisnerlaw.com" <alin@eisnerlaw.com>, "ccmushatt@cityofflint.com"
<ccmushatt@cityofflint.com>, "heidy.gonzalez@usdoj.gov" <heidy.gonzalez@usdoj.gov>, AG attorney as to MI COC civil
case #23-000115-MZ <bettenhausenm@michigan.gov>, robinsonr11 <robinsonr11@michigan.gov>, Justus Brown
<jubrown@cityofflint.com>, Kameshia Ar-Rahmaan <kar-rahmaan@cityofflint.com>, Davina Donahue
<ddonahue@cityofflint.com>, City of Flint Clerk's Office <cityclerk@cityofflint.com>, Davina Donahue
<CouncilPublicComment@cityofflint.com>, "trachelleyoung@gmail.com" <trachelleyoung@gmail.com>, Ladel Lewis
<llewis@cityofflint.com>, Judy Priestley <jpriestley@cityofflint.com>, Tonya Burns <tburns@cityofflint.com>, Mark Cuker
<mark@cukerlaw.com>, "michael.l.williams@usdoj.gov" <michael.l.williams@usdoj.gov>, "molsen@mayerbrown.com"
<molsen@mayerbrown.com>, "jcampbell@campbell-trial-lawyers.com" <jcampbell@campbell-trial-lawyers.com>, "mnguyen-
dang@mayerbrown.com" <mnguyen-dang@mayerbrown.com>, "pnapoli_napolilaw.com" <pnapoli@napolilaw.com>, Renee
Auten <rauten@thelandbank.org>, Jennifer Riggs <jriggs@thelandbank.org>, Jeremy Maltz <jeremy@lehotskykeller.com>,
"Hammoudf1@michigan.gov" <HammoudF1@michigan.gov>, Michigan Attorney General <miag@michigan.gov>,
"dweyre@mcalpinepc.com" <dweyre@mcalpinepc.com>, "g@mayerbrown.com" <g@mayerbrown.com>,

"ljiang@susmangodfrey.com" <ljiang@susmangodfrey.com>, mpitt <mpitt@pittlawpc.com>, Hunter Shkolnik <hunter@napolilaw.com>, "arosenman@mayerbrown.com" <arosenman@mayerbrown.com>, Theodore Leopold <tleopold@cohenmilstein.com>, Emmy Levens <elevens@cohenmilstein.com>, Flint Mayor <mayor@cityofflint.com>, "frank.bednarz@hlli.org" <frank.bednarz@hlli.org>, "ted.frank@hlli.org" <ted.frank@hlli.org>, Diane <russell.diane@epa.gov>, Amanda Trujillo <atrujillo@cityofflint.com>, "King-Piepenbrok, Pier (AG)" <KingP1@michigan.gov>, "jonhoma@sinasdramis.com" <jonhoma@sinasdramis.com>, "val@vlwlegal.com" <val@vlwlegal.com>, "sdg@miller.law" <sdg@miller.law>, "sparadise@eisnerlaw.com" <sparadise@eisnerlaw.com>, "echeverria.marietta@epa.gov" <echeverria.marietta@epa.gov>, "thompkins.anita@epa.gov" <thompkins.anita@epa.gov>, "burneson.eric@epa.gov" <burneson.eric@epa.gov>, "travers.david@epa.gov" <travers.david@epa.gov>, "waters.tom@epa.gov" <waters.tom@epa.gov>, "davis.angela@epa.gov" <davis.angela@epa.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, nlindzen@corpfraudlaw.com, franklmcnamara@gmail.com, mriordan@publicinterestlegal.org, eric.hamilton@usdoj.gov, "ryan@mclanelaw.com" <ryan@mclanelaw.com>, Zeldin.Lee@epa.gov, zoe.levine@ag.ny.gov, MEL JONES JR <jonesjrmel@gmail.com>
Bcc: UrbanForestNewYork@gmail.com, Mel jones jr <meljonesjr@gmail.com>

*2. 28. 2025*

*TO [ALL];*

*.... Good afternoon,*
*Yeah, so --- maybe the DEI - WOKE Plaintiffs AG States in civil case #25-cv-10139 [and] appeal # 25-1158.... can tell me [IF] they consider EBONICS [[ yes - many years ago in OAKLAN, CALIFORNIA there was a BIG push for little-Black African American Children to FORMALLY be allowed to speak EBONICS as an official language  --- YEP, former VP Kamala Harris might have been behide that one... 😂😂😂😂😂😂 ]]... a language that should be INCLUDED as to President Donald Trump's NEW [EO]... which*

*is set to make ENGLISH the official language of the United States?*

*And... for that matter --- I can specifically recall at LEAST [5] five jobs... which Colleen Connors did NOT get {e.g. as in get hired for}.... simply because [and ONLY because] she does NOT and did NOT speak Spanish {__e.g. as in she in NOT able to communicate with MEXICAN folk in their native tongue__}.*

*Specifically:*

" WASHINGTON — President Donald Trump is expected to sign an executive order aimed at making English the official language of the U.S., according to a White House official.

It's the first time in history the country would have an official language, though the majority of U.S. states have already designated English as their official language. It is unclear when Trump will sign the order.

People who go through the naturalization process to become U.S. citizens are also required to take an English test in which they "must demonstrate

an understanding of the English language, including the ability to read, write, and speak basic English," according to U.S. Citizenship and Immigration Services.

While English is the most widely used language in the country, U.S. residents communicate in more than 350 languages, according to data from the U.S. Census Bureau. More than three-quarters of Americans speak only English at home, according to the bureau.

The change is consistent with Trump's hard-line immigration stance, including his executive order ending birthright citizenship — which several courts have struck down.

During the 2024 presidential campaign, he railed against undocumented immigrants that didn't speak English and warned about the languages that were "coming into our country." ".

*source:*

https://www.nbcnews.com/politics/donald-trump/trump-sign-executive-order-making-english-official-us-language-rcna194210

*Best,*
*/s/*

*Melvin Jones Jr. - disabled PRO SE appellant*

*1935 Hosler St.*

*Flint, Michigan*

*48503*

*Email: [jonesjrmel@gmail.com](mailto:jonesjrmel@gmail.com)*

*Google voice to text ph# 415-562-5074*

No. 25-1158

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

STATE OF NEW JERSEY; COMMONWEALTH OF MASSACHUSETTS;
STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT;
STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAIʻI; STATE
OF MAINE; STATE OF MARYLAND; ATTORNEY GENERAL DANA NESSEL,
for the People of Michigan; STATE OF MINNESOTA; STATE OF NEVADA;
STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH
CAROLINA; STATE OF RHODE ISLAND; STATE OF VERMONT;
STATE OF WISCONSIN; CITY AND COUNTY OF SAN FRANCISCO,

*Plaintiffs-Appellees,*

v.

DONALD J. TRUMP, in his official capacity as President of the United
States; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in his official
capacity as Secretary of State; U.S. DEPARTMENT OF HOMELAND
SECURITY; KRISTI NOEM, in her official capacity as Secretary of
Homeland Security; U.S. DEPARTMENT OF HEALTH AND HUMAN
SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as
Secretary of Health and Human Services; U.S. SOCIAL SECURITY
ADMINISTRATION; LEE DUDEK, in his official capacity as Acting
Commissioner of Social Security; UNITED STATES OF AMERICA,

*Defendants.*

—

MELVIN JONES, JR.; COLLEEN CONNORS,
*Interested Parties–Appellants.*

On Appeal from an Order of the United States District Court
for the District of Massachusetts (Sorokin, J.) in No. 25-cv-10139

## PLAINTIFFS' MOTION TO STAY BRIEFING DEADLINES

In their motion for summary disposition, filed simultaneously with this motion, plaintiffs have asked the Court to summarily affirm the district court's denial of appellants' intervention request. For the same reasons, the Court should also stay any briefing deadlines in this appeal until it rules on plaintiffs' motion for summary disposition. As plaintiffs have explained, the district court's procedural ruling was manifestly correct, and it "clearly appear[s] that no substantial question is presented" by this appeal. 1st Cir. R. 27.0(c). Accordingly, a stay of any briefing deadlines will best serve the interests of judicial economy and preserve the parties' limited resources.

Wherefore, the Court should stay any briefing deadlines in this appeal pending the resolution of plaintiffs' motion for summary disposition.

February 28, 2025

Respectfully submitted.

MATTHEW J. PLATKIN
   *Attorney General of New Jersey*

Jeremy M. Feigenbaum
   *Solicitor General*
Viviana M. Hanley
   *Deputy Attorney General*
Office of the Attorney General
25 Market Street
Trenton, NJ 08625
(862) 350-5800
jeremy.feigenbaum@njoag.gov

*Counsel for the*
   *State of New Jersey*

ANDREA JOY CAMPBELL
   *Attorney General of Massachusetts*

*/s/ Gerard J. Cedrone*
Gerard J. Cedrone
   *Deputy State Solicitor*
Jared B. Cohen
   *Assistant Attorney General*
Office of the Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2282
gerard.cedrone@mass.gov

*Counsel for the*
   *Commonwealth of Massachusetts*

ROB BONTA
  *Attorney General of California*

Christopher D. Hu
  *Deputy Solicitor General*
Marissa Malouff*
Irina Trasovan
  *Supervising Deputy*
  *Attorneys General*
Denise Levey
Lorraine López*
Delbert Tran*
Annabelle Wilmott*
  *Deputy Attorneys General*
Office of the Attorney General
455 Golden Gate Ave., Ste. 11000
San Francisco, CA 94102
(415) 510-3917
christopher.hu@doj.ca.gov

*Counsel for the State of California*

PHIL WEISER
  *Attorney General of Colorado*

Shannon Stevenson
  *Solicitor General*
Office of the Attorney General
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
shannon.stevenson@coag.gov

*Counsel for the State of Colorado*

WILLIAM M. TONG
  *Attorney General of Connecticut*

Janelle Rose Medeiros
  *Assistant Attorney General*
Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5020
janelle.medeiros@ct.gov

*Counsel for the*
  *State of Connecticut*

KATHLEEN JENNINGS
  *Attorney General of Delaware*

Vanessa L. Kassab*
  *Deputy Attorney General*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Counsel for the State of Delaware*

BRIAN L. SCHWALB
  *Attorney General*
  *for the District of Columbia*

Caroline S. Van Zile
  *Solicitor General*
Jeremy R. Girton
  *Assistant Attorney General*
Office of the Attorney General
400 Sixth Street, N.W.
Washington, DC 20001
(202) 724-6609
caroline.vanzile@dc.gov

*Counsel for the*
  *District of Columbia*

ANNE E. LOPEZ
  *Attorney General of Hawai'i*

Kaliko'onālani D. Fernandes
  *Solicitor General*
Office of the Attorney General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov

*Counsel for the State of Hawai'i*

AARON M. FREY
  *Attorney General of Maine*

Thomas A. Knowlton
  *Assistant Attorney General*
Office of the Attorney General
6 State House Station
Augusta, ME 04333
(207) 626-8800
thomas.a.knowlton@maine.gov

*Counsel for the State of Maine*

ANTHONY G. BROWN
  *Attorney General of Maryland*

Adam D. Kirschner
  *Senior Assistant Attorney General*
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
akirschner@oag.state.md.us
(410) 576-6424

*Counsel for the State of Maryland*

Dana Nessel
    *Attorney General of Michigan*

Toni L. Harris
Neil Giovanatti
Stephanie M. Service
    *Assistant Attorney General*
Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
harrist19@michigan.gov

*Counsel for Attorney General
    Dana Nessel on behalf of
    the People of Michigan*

Keith Ellison
    *Attorney General of Minnesota*

John C. Keller
    *Chief Deputy Attorney General*
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
651-757-1355
john.keller@ag.state.mn.us

*Counsel for the State of Minnesota*

Aaron D. Ford
    *Attorney General of Nevada*

Heidi Parry Stern
    *Solicitor General*
Office of the Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
hstern@ag.nv.gov

*Counsel for the State of Nevada*

Raúl Torrez
    *Attorney General of New Mexico*

James W. Grayson*
    *Chief Deputy Attorney General*
New Mexico Department of Justice
408 Galisteo St.
Santa Fe, NM 87501
(505) 218-0850
jgrayson@nmdoj.gov

*Counsel for the
    State of New Mexico*

LETITIA JAMES
  *Attorney General of New York*

Ester Murdukhayeva
  *Deputy Solicitor General*
Office of the Attorney General
28 Liberty Street
New York, NY 10005
(212) 416-6279
ester.murdukhayeva@ag.ny.gov

*Counsel for the*
  *State of New York*


PETER F. NERONHA
  *Attorney General of Rhode Island*

Katherine Connolly Sadeck
  *Solicitor General*
Office of the Attorney General
150 South Main Street
Providence, RI  02903
(401) 274-4400, Ext. 2480
ksadeck@riag.ri.gov

*Counsel for the*
  *State of Rhode Island*


JEFF JACKSON
  *Attorney General of North Carolina*

Daniel P. Mosteller
  *Associate Deputy Attorney General*
Department of Justice
P.O. Box 629
Raleigh, NC 27602
(919) 716-6026
dmosteller@ncdoj.gov

*Counsel for the*
  *State of North Carolina*


CHARITY R. CLARK
  *Attorney General of Vermont*

Julio A. Thompson*
  *Co-Director, Civil Rights Unit*
109 State Street
Montpelier, VT 06509
(802) 828-5519
julio.thompson@vermont.gov

*Counsel for the State of Vermont*

JOSHUA L. KAUL
    *Attorney General of Wisconsin*

Gabe Johnson-Karp*
    *Assistant Attorney General*
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI 53707
(608) 267-8904
johnsonkarpg@doj.state.wi.us

*Counsel for the State of Wisconsin*

DAVID CHIU
    *City Attorney of San Francisco*

David S. Louk
    *Deputy City Attorney*
1390 Market Street, 6th Floor
City Attorney of San Francisco
San Francisco, CA 94102
(415) 505-0844
david.louk@sfcityatty.org

*Counsel for the City and
    County of San Francisco*

*Application for admission forthcoming or pending

## CERTIFICATE OF SERVICE

I certify that on February 28, 2025, I caused the foregoing motion to be served on appellants Melvin Jones Jr. and Colleen Connors by U.S. mail pursuant to Federal Rule of Appellate Procedure 25(c)(1)(B) to the following address:

Melvin Jones Jr. and Colleen Connors
1935 Hosler Street
Flint, MI 48503-4415

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the word limits of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Rule 32(f), it contains 121 words.

February 28, 2025                    _/s/ Gerard J. Cedrone_

No. 25-1158

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

―――――――

STATE OF NEW JERSEY; COMMONWEALTH OF MASSACHUSETTS;
STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT;
STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAIʻI; STATE
OF MAINE; STATE OF MARYLAND; ATTORNEY GENERAL DANA NESSEL,
for the People of Michigan; STATE OF MINNESOTA; STATE OF NEVADA;
STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH
CAROLINA; STATE OF RHODE ISLAND; STATE OF VERMONT;
STATE OF WISCONSIN; CITY AND COUNTY OF SAN FRANCISCO,

*Plaintiffs-Appellees,*

v.

DONALD J. TRUMP, in his official capacity as President of the United
States; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in his official
capacity as Secretary of State; U.S. DEPARTMENT OF HOMELAND
SECURITY; KRISTI NOEM, in her official capacity as Secretary of
Homeland Security; U.S. DEPARTMENT OF HEALTH AND HUMAN
SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as
Secretary of Health and Human Services; U.S. SOCIAL SECURITY
ADMINISTRATION; LEE DUDEK, in his official capacity as Acting
Commissioner of Social Security; UNITED STATES OF AMERICA,

*Defendants.*

—

MELVIN JONES JR.; COLLEEN CONNORS,
*Interested Parties–Appellants.*

―――――――

On Appeal from an Order of the United States District Court
for the District of Massachusetts (Sorokin, J.) in No. 25-cv-10139

―――――――

## PLAINTIFFS' MOTION FOR SUMMARY DISPOSITION AND
## OPPOSITION TO APPELLANTS' PENDING MOTIONS

―――――――

Plaintiffs—18 states, the District of Columbia, and the City and County of San Francisco—brought this lawsuit to challenge Executive Order 14160, which purports to strip certain individuals born in the United States of their constitutionally guaranteed citizenship. The district court preliminarily enjoined the executive order, and defendants' appeal of that decision is currently pending before this Court in Nos. 25-1169 and 25-1170. This appeal involves a separate motion to intervene filed by Melvin Jones Jr. and Colleen Connors, two nonparties proceeding pro se. The district court denied that motion, and Mr. Jones and Ms. Connors now appeal. But the district court's procedural ruling was manifestly correct: appellants have no cognizable interest in this case. Because it "clearly appear[s] that no substantial question is presented," the Court should summarily affirm the district court's denial of intervention, 1st Cir. R. 27.0(c), and should deny appellants' many pending motions.

## BACKGROUND

Hours after his inauguration on January 20, the President issued Executive Order 14160, declaring that the federal government would no longer recognize the U.S. citizenship of certain children born in the United States to noncitizen parents. *See* D. Ct. Dkt. No. 1-1. The next

day, plaintiffs brought this action to challenge the order, naming as de-
fendants the United States, the President, and several agencies and
agency heads. *See* D. Ct. Dkt. No. 1. Plaintiffs simultaneously sought a
preliminary injunction. *See* D. Ct. Dkt. No. 3; *see also* D. Ct. Dkt. Nos. 5,
92, 123.

On February 5, Mr. Jones and Ms. Connors served an "Emergency
and Ex Parte Motion to Intervene" by email on all parties. The district
court docketed the motion on February 12 or 13. *See* D. Ct. Dkt. No. 141.[1]
In the motion, appellants do not claim any individualized interest in this
litigation. Instead, they articulate a generalized opposition to illegal im-
migration and argue that they should be allowed to intervene under Rule
24(a) or (b) to advance their view of birthright citizenship "for the disa-
bled adults in the State of Michigan and by extension for all American
Citizens similarly situated." D. Ct. Dkt. No. 141, at 3.

On February 13, the district court (Sorokin, J.) denied appellants'
motion. *See* D. Ct. Dkt. No. 146. As the court explained, "[e]ven con-
strued liberally, the submission fails to satisfy the movant's burden to

---

[1] The motion does not appear on the public docket, presumably given
its "ex parte" label. However, as noted, appellants served it on all parties.

establish entitlement to intervention pursuant to Fed. R. Civ. P. 24(a)-(b)." *Id.* Appellants now appeal that order. To date, they have filed a brief, four motions to "amend" their brief, a motion to expedite, an "emergency motion to waive oral argument," and ten motions for judicial notice in this Court.[2]

## ARGUMENT

### I. The Court should summarily affirm the district court's denial of appellants' request to intervene.

Under this Court's Rule 27.0(c), "the court may . . . affirm and enforce the judgment or order below . . . if it shall clearly appear that no substantial question is presented." That standard is satisfied here.

Appellants' brief offers no basis to conclude that the district court misapplied Rule 24—much less that it abused its discretion. *See Pub. Serv. Co. of New Hampshire v. Patch*, 136 F.3d 197, 204 (1st Cir. 1998) (denial of intervention reviewed for abuse of discretion). Appellants do not identify any concrete, particularized, or personal stake in the

---

[2] Appellants appear to have a history of vexatious filings. *See Jones v. Mich. Dep't of Civ. Rights*, No. 18-cv-11934, 2020 WL 4812700, at *2 (E.D. Mich. Feb. 7, 2020) (finding that "the number of filings made by Jones in this case are voluminous enough to be deemed disruptive" and enjoining further filings); *In re Flint Water Cases*, No. 21-cv-10937, 2021 U.S. Dist. Lexis 98112, at *10 (E.D. Mich. May 24, 2021) (similar).

outcome of this litigation; instead, they articulate only a generalized interest in advancing their preferred legal theories. But "[i]t is settled beyond peradventure" that such an "undifferentiated, generalized interest in the outcome of an ongoing action" is "too porous a foundation on which to premise intervention as of right" under Rule 24(a). *Id.* at 205. Nor does that generalized interest support a request for permissive intervention under Rule 24(b): "a district court's discretion to grant or deny motions for permissive intervention is very broad," and pointing to generalized grievances is not enough to show "a clear abuse of that broad discretion." *T-Mobile Ne. LLC v. Town of Barnstable*, 969 F.3d 33, 42 (1st Cir. 2020).

Notably, appellants have already filed a brief, have requested expedited consideration of this appeal, and have waived oral argument. *See generally* Appellants' Br. and Mot. to Expedite (Feb. 19, 2025); Notice of Waiver of Oral Arg. (Feb. 20, 2025); Emergency Mot. to Waive Oral Arg. (Feb. 21, 2025). Thus, even appellants appear to agree that the matter is ripe for disposition. For the reasons stated, the Court should summarily affirm the district court's denial of appellants' motion to intervene pursuant to Rule 27.0(c).

## II.    The Court should deny appellants' pending motions, including their motion to stay the preliminary injunction.

As noted above, appellants have filed a bevy of motions since the docketing of this appeal.  The Court should deny them all.

First, the Court should deny appellants' request to stay the district court's preliminary injunction.  As discussed, appellants have not demonstrated a concrete interest in intervening in this action.  It follows *a fortiori* that appellants have not demonstrated—nor have they even attempted to demonstrate—that they will suffer irreparable harm in the absence of a stay.  *See, e.g.*, *Does 1-3 v. Mills*, 39 F.4th 20, 24 (1st Cir. 2022) (discussing the stay standard).

Second, the Court should deny appellants' various motions for judicial notice.  The documents and issues raised in those motions are beyond the proper scope of the matters currently before the Court.

Third, for the same reasons that it should grant this motion for summary affirmance, the Court should deny appellants' various procedural requests (*e.g.*, their motion for expedited consideration) as moot.

## CONCLUSION

The Court should summarily affirm the district court's denial of intervention and deny appellants' pending motions in this Court.

February 28, 2025

Respectfully submitted.

MATTHEW J. PLATKIN
   *Attorney General of New Jersey*

ANDREA JOY CAMPBELL
   *Attorney General of Massachusetts*

Jeremy M. Feigenbaum
   *Solicitor General*
Viviana M. Hanley
   *Deputy Attorney General*
Office of the Attorney General
25 Market Street
Trenton, NJ 08625
(862) 350-5800
jeremy.feigenbaum@njoag.gov

*/s/ Gerard J. Cedrone*
Gerard J. Cedrone
   *Deputy State Solicitor*
Jared B. Cohen
   *Assistant Attorney General*
Office of the Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2282
gerard.cedrone@mass.gov

*Counsel for the*
   *State of New Jersey*

*Counsel for the*
   *Commonwealth of Massachusetts*

ROB BONTA
  *Attorney General of California*

Christopher D. Hu
  *Deputy Solicitor General*
Marissa Malouff*
Irina Trasovan
  *Supervising Deputy*
  *Attorneys General*
Denise Levey
Lorraine López*
Delbert Tran*
Annabelle Wilmott*
  *Deputy Attorneys General*
Office of the Attorney General
455 Golden Gate Ave., Ste. 11000
San Francisco, CA 94102
(415) 510-3917
christopher.hu@doj.ca.gov

*Counsel for the State of California*


WILLIAM M. TONG
  *Attorney General of Connecticut*

Janelle Rose Medeiros
  *Assistant Attorney General*
Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5020
janelle.medeiros@ct.gov

*Counsel for the*
  *State of Connecticut*

PHIL WEISER
  *Attorney General of Colorado*

Shannon Stevenson
  *Solicitor General*
Office of the Attorney General
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
shannon.stevenson@coag.gov

*Counsel for the State of Colorado*


KATHLEEN JENNINGS
  *Attorney General of Delaware*

Vanessa L. Kassab*
  *Deputy Attorney General*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Counsel for the State of Delaware*

BRIAN L. SCHWALB
  *Attorney General*
  *for the District of Columbia*

Caroline S. Van Zile
  *Solicitor General*
Jeremy R. Girton
  *Assistant Attorney General*
Office of the Attorney General
400 Sixth Street, N.W.
Washington, DC 20001
(202) 724-6609
caroline.vanzile@dc.gov

*Counsel for the*
  *District of Columbia*

ANNE E. LOPEZ
  *Attorney General of Hawaiʻi*

Kalikoʻonālani D. Fernandes
  *Solicitor General*
Office of the Attorney General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov

*Counsel for the State of Hawaiʻi*

AARON M. FREY
  *Attorney General of Maine*

Thomas A. Knowlton
  *Assistant Attorney General*
Office of the Attorney General
6 State House Station
Augusta, ME 04333
(207) 626-8800
thomas.a.knowlton@maine.gov

*Counsel for the State of Maine*

ANTHONY G. BROWN
  *Attorney General of Maryland*

Adam D. Kirschner
  *Senior Assistant Attorney General*
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
akirschner@oag.state.md.us
(410) 576-6424

*Counsel for the State of Maryland*

9

DANA NESSEL
  *Attorney General of Michigan*

Toni L. Harris
Neil Giovanatti
Stephanie M. Service
  *Assistant Attorney General*
Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
harrist19@michigan.gov

*Counsel for Attorney General*
  *Dana Nessel on behalf of*
  *the People of Michigan*


AARON D. FORD
  *Attorney General of Nevada*

Heidi Parry Stern
  *Solicitor General*
Office of the Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
hstern@ag.nv.gov

*Counsel for the State of Nevada*

KEITH ELLISON
  *Attorney General of Minnesota*

John C. Keller
  *Chief Deputy Attorney General*
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
651-757-1355
john.keller@ag.state.mn.us

*Counsel for the State of Minnesota*


RAÚL TORREZ
  *Attorney General of New Mexico*

James W. Grayson*
  *Chief Deputy Attorney General*
New Mexico Department of Justice
408 Galisteo St.
Santa Fe, NM 87501
(505) 218-0850
jgrayson@nmdoj.gov

*Counsel for the*
  *State of New Mexico*

LETITIA JAMES
  *Attorney General of New York*

Ester Murdukhayeva
  *Deputy Solicitor General*
Office of the Attorney General
28 Liberty Street
New York, NY 10005
(212) 416-6279
ester.murdukhayeva@ag.ny.gov

*Counsel for the*
  *State of New York*


PETER F. NERONHA
  *Attorney General of Rhode Island*

Katherine Connolly Sadeck
  *Solicitor General*
Office of the Attorney General
150 South Main Street
Providence, RI  02903
(401) 274-4400, Ext. 2480
ksadeck@riag.ri.gov

*Counsel for the*
  *State of Rhode Island*


JEFF JACKSON
  *Attorney General of North Carolina*

Daniel P. Mosteller
  *Associate Deputy Attorney General*
Department of Justice
P.O. Box 629
Raleigh, NC 27602
(919) 716-6026
dmosteller@ncdoj.gov

*Counsel for the*
  *State of North Carolina*


CHARITY R. CLARK
  *Attorney General of Vermont*

Julio A. Thompson*
  *Co-Director, Civil Rights Unit*
109 State Street
Montpelier, VT 06509
(802) 828-5519
julio.thompson@vermont.gov

*Counsel for the State of Vermont*

JOSHUA L. KAUL
  *Attorney General of Wisconsin*

Gabe Johnson-Karp*
  *Assistant Attorney General*
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI 53707
(608) 267-8904
johnsonkarpg@doj.state.wi.us

*Counsel for the State of Wisconsin*

DAVID CHIU
  *City Attorney of San Francisco*

David S. Louk
  *Deputy City Attorney*
1390 Market Street, 6th Floor
City Attorney of San Francisco
San Francisco, CA 94102
(415) 505-0844
david.louk@sfcityatty.org

*Counsel for the City and*
  *County of San Francisco*

*Application for admission forthcoming or pending

## CERTIFICATE OF SERVICE

I certify that on February 28, 2025, I caused the foregoing motion to be served on appellants Melvin Jones Jr. and Colleen Connors by U.S. mail pursuant to Federal Rule of Appellate Procedure 25(c)(1)(B) to the following address:

Melvin Jones Jr. and Colleen Connors
1935 Hosler Street
Flint, MI 48503-4415

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the word limits of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Rule 32(f), it contains 1,030 words.

February 28, 2025                    _/s/ Gerard J. Cedrone_____

Case: 25-1158    Document: 00118253871    Page: 39    Date Filed: 02/28/2025    Entry ID: 6703588



LOG IN

**RECOMMENDED**


**Van Jones praises Trump for 'very good' choice with new 'pard…**


**Don Lemon rips 'racist' Megyn Kelly after she celebrates Joy Reid's…**


**Bill M… from Trum…**

*MEDIA*

# Michael Moore says deported migrants could have cured cancer, stopped 'asteroid that's gonna hit us in 2032'

By Alexander Hall, Fox News

Published Feb. 25, 2025, 9:49 p.m. ET

201

**ORIGINALLY PUBLISHED BY:**

Progressive filmmaker and activist Michael Moore on Tuesday wrote a lengthy blog post warning that by deporting illegal immigrants, America may be missing out on the next

Michael Moore says deported migrants could have cured cancer



**At least four dead in South Korea highway construction project collapse**

**Keep your kitchen spotless with these 12 cleaning products**

**NATO nation Poland scrambles air defenses as Russia strikes western Ukraine**

equivalent of Apple co-founder Steve Jobs or one that will save the world from a killer asteroid.

Moore's piece, "Our Muslim Boy Wonder," used Jobs' origins as the son of a Syrian migrant to critique the Trump administration's deportation efforts.

"Who's really being removed by ICE tonight?" Moore asked. "The child who would've discovered the cure for cancer in 2046? The 9th grade nerd who would've stopped that asteroid (sic) that's gonna hit us in 2032? Do we care?"

"I am grateful for that Muslim migrant baby being born here 70 years ago today. Because if he hadn't, it's possible we would have none of his inventions. We would also have no TED LASSO," he said.



The filmmaker declared, "For every time I have heard a negative word or blatant hatred spewed toward those who came from afar, I have felt that I should pause, get down on one knee, and thank all of those who gave up their lives elsewhere to come here and be with us."

ARTICLES

# ILLEGAL IMMIGRANT KILLERS, RAPISTS AREN'T SCHOLARS — THEY'RE CRIMINALS

February 26, 2025

In a strong contender for dumbest statement of the year, disgraced "filmmaker" Michael Moore lamented illegal immigrant criminals being apprehended because they might've "discovered the cure for cancer" or "stopped that asteroid." The only thing more foolish than that statement are the politicians who oppose the deportations.

**These are the types of cold-blooded criminals he's talking about:**

- A Portuguese national <u>convicted</u> of sexual exploitation of a minor—child pornography, apprehended in Philadelphia.

- A Guatemalan national <u>charged</u> with armed home invasion, kidnapping, intimidation, and assault with a dangerous weapon, apprehended in Rhode Island.

- A Haitian national <u>charged</u> with three murders, apprehended in North Carolina.

- A Salvadoran national and MS-13 gang member <u>convicted</u> of aggravated assault with bodily injury and DWI, apprehended in Houston.

- A Guatemalan national <u>charged</u> with multiple counts of child rape, apprehended in Massachusetts.

- A Brazilian national and confirmed gang member <u>convicted</u> of assault and battery, apprehended in Boston.

- A Honduran national <u>convicted</u> of criminal sexual conduct with a minor, apprehended in Minnesota.

- A Salvadoran national <u>convicted</u> of sodomy/anal intercourse with a child less than 13 years of age, apprehended in Washington.

- An Ecuadorian national <u>convicted</u> of rape, arrested in Buffalo.

- A Guatemalan national <u>charged</u> with multiple counts of child rape, apprehended in Massachusetts.

- A Dominican Republican national <u>convicted</u> of sexual conduct against a child, apprehended in Buffalo.

Menu                    THE WHITE HOUSE                    Search

- A Turkish national who is a <u>known</u> or suspected terrorist, apprehended in New York City.

- A Mexican national <u>convicted</u> of drug trafficking, apprehended in Texas.

**White House Deputy Press Secretary Kush Desai:** "Michael Moore is free to visit the quantum computing and particle physics labs that MS-13, TDA, and the cartels are now going to have to set up back home in El Salvador, Venezuela, and Mexico. The Trump Administration will remain focused on putting our own citizens first by mass deporting illegal migrant rapists, murderers, and other criminals out of American communities."

News

Administration

Issues

Contact

Visit

THE WHITE HOUSE

1600 Pennsylvania Ave NW
Washington, DC 20500

THE WHITE HOUSE

WH.GOV

Copyright

Privacy