# United States Court of Appeals
# For the First Circuit

Appeal # 25-1158

State of New Jersey, et al.
vs.
(President) Donald Trump, et al.

___

**_7th EMERGENCY - MOTION to AMEND Appellant's pro se APPEAL BRIEF {with specific NEW issues on appeal which SUPPORT - Melvin Jones Jr.'s pending motion to proceed IFP},,, to ADD… new/ additional issues raised_**

==*on appeal*.....== **Which is that [IT IS NOT DISPUTED by either the district court or EVEN the appellees - plaintiffs AG's ["blue democratic states"]... that BOTH (pro se appellant Colleen Connors [and] *ME {e.g. disabled Melvin Jones Jr.} ALREADY HAVE THE STATUS in the instant case in the district court as INTERESTED PARTIES  [and] on appeal here... [we] BOTH are also**

*NOT DISPUTED TO BE INTERESTED PARTIES.*

*And, so — here [as] further additional issue[s] which we/ I wish to raise on appeal [AND IN SUPPORT OF OUR IFP MOTIONS].... and especially my [e.g. Melvin Jones Jr.'s Motion to Proceed IFP on appeal]... keeping in mind that the district court [RIGHTLY] literally issued an ORDER that allowed BOTH pro se*

*interested party/ appellants Colleen Connors and [me] Melvin Jones Jr., to appeal in the instant appeal as INTERESTED PARTIES.*

*Which is to say... a further NEW issue {e.g. and/ or clarified issue} which we and/ or [I] wish to raise on appeal... via (for example either a NEW BRIEF altogether} or a SUPPLEMENT to our already filed*

*pro se appellants brief…. [is]/ are as follows:*

*That we BOTH should be GRANTED [e.g. on appeal] either of the following …so as to "have a say in the outcome of the civil case pending in the district court #25-cv-10139]:*

*(continued on the NEXT page)*

*... ALLOW BOTH Colleen Connors and [I]....*

*Joinder*

*Rule 19*

*Requires that parties with a significant interest in the outcome of a lawsuit be included in the case.*

*Rule 20*

*Allows multiple parties to join in a lawsuit as plaintiffs or defendants*

*if they share a common question of law or fact.*

*Rule 24*

*Allows interested parties to join a lawsuit as a matter of right or with the court's permission.*

- *That is to say — the district court committed structural - manifest constitutional error of LAW…. which is constitutionally prejudicial to BOTH Colleen Connors and [me] Melvin Jones*

*Jr... which NOW requires a DE NOVO REVIEW... on appeal.... because per FRCP Rule[s] 19 and Rule 20.... we BOTH meet the requirements to be allowed to have a say in the instant district court case PER FRCP RULE 19 and 20... even [IF] the district court misapplied the LAW as to our request to "intervene" and/ or have a say in the instant district court case  AS INTERESTED*

*PARTIES per FRCP Rule 19 or Rule 20.... which AS A MATTER OF LAW.... naturally extends to FRCP Rule 24; but even if such is not the case here... without question and it is NOT disputed ...that [we] BOTH are already "joined" into the district court case per FRCP Rule[s] 19 and 20... [and] our "tendered" pro se brief on 2-19-2025 and our various motions filed on appeal*

*here in #25-1158... ==clearly INDICATE that [we] are JOINDERED into the civil case as (what can be best described as "defendants")…. In that that for sure is a SHARE COMMON QUESTION OF LAW and COMMON QUESTIONS OF FACT which we share with the defendants in district court case #25-1158 {e.g. United States President Donald Trump, et al}.==*

*Respectfully submitted.*

*Thank you.*

*Best,*

*Date: 2-28-2025*

*_____*

*Melvin Jones Jr. disabled PRO SE appellant*

*1935 Hosler St.*

*Flint, Michigan*

*48503*

*Email: [jonesjrmel@gmail.com](mailto:jonesjrmel@gmail.com)*

*Google voice to text ph#*

*415-562-5074*