# United States Court of Appeals
## For the First Circuit
_____

No. 25-1158

STATE OF NEW JERSEY; COMMONWEALTH OF MASSACHUSETTS; STATE OF
CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF
DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF MAINE;
STATE OF MARYLAND; DANA NESSEL, Attorney General; STATE OF MINNESOTA;
STATE OF NEVADA; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF
NORTH CAROLINA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF
WISCONSIN; CITY AND COUNTY OF SAN FRANCISCO,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, in their official capacity as President of the United States; US
DEPARTMENT OF STATE; MARCO RUBIO, in their official capacity as Secretary of State;
US DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in their official capacity as
Secretary of Homeland Security; US DEPARTMENT OF HEALTH AND HUMAN
SERVICES; ROBERT F. KENNEDY, JR., in their official capacity as Secretary of Health and
Human Services; US SOCIAL SECURITY ADMINISTRATION; MICHELLE KING, in their
official capacity as Acting Commissioner of Social Security; UNITED STATES,

Defendants.

-------------------------------------------------------------------------

MELVIN JONES, JR.; COLLEEN CONNORS,

Interested Parties - Appellants.
_____

**Appellants' Emergency Motion to
ADD NEW ISSUES on APPEAL/**

==AMEND our appellants pro se Appeal Brief tendered on 2. 19. 2025==:

Here... [I] disabled pro se appellant, Melvin Jones Jr., respectfully motion and assert that BOTH [pro se appellant Colleen Connors and ( me )] do as a matter of LAW have [e.g. just as the formal defendants in civil case #25-cv-10139 do].... we ALSO have a VERY SIGNIFICANT INTEREST in the outcome of the instant district court case per FRCP Rule 19, 20 and Rule 24... for the following [ but NOT limited to

*such ] reasons set forth immediately below and in the attached exhibits affixed hereto.... Whereby DEI/ affirmative action UBER WOKE hiring practices in the State of California... which SEEKS to be a national precedent... literally has recently set out to DISPLACE American Citizen workers such as [ interested party - appellant Colleen Connors ] with UNDOCUMENTED MIGRANTS/ illegal aliens from Mexico, and all other parts of the world.... So as to THEN [unlawfully] push-out otherwise qualified ASIAN,*

*JEWISH and WHITE, and DISABLED applicants all over the United States [ NATIONWIDE VIA DISCRIMINATORY DEI ....Black and Latino and Arab hiring of under educated, functionally ILLITERATE and illegal alien/ undocumented migrant hiring practices ].... which then by natural extension MAKE ILLEGAL BORDER CROSSINGS by pregnant illegal alien woman... and outright immigration fraud against the United States by pregnant undocumented/ illegal alien woman from all over the world to be MUCH easier to*

*happen.... by way of UNQUALIFIED DEI [e.g. cannot effectively read or write english] .... and outright STUPID ...police officers and firefighters [e.g. SEE SPECIFICALLY THE ATTACHED EXHIBITS AFFIXED HERETO].... and thereby I believe that my instant motion to AMEND/ ADD THESE ISSUES ON APPEAL HERE.... Should be GRANTED in the interest of FUNDAMENTAL FAIRNESS on appeal and as a matter of BOTH Colleen Connors and my {e.g. disabled appellant Melvin Jones Jr.'s} substantial constitutional rights protected*

*by the 14th amendment and 1st amendment [but NOT limited thereto] of the United States Constitution:*

*FOR EXAMPLE.... DEI/ unlawful migrant - illegal alien hiring practices in the State of California to be ADDED as [an] issue on appeal:*

*California lawmakers have passed groundbreaking legislation that could dramatically change the landscape for undocumented students attending public universities in the state.*

*This week, the state legislature approved Assembly Bill 2586, which would ensure that public universities could not disqualify undocumented students for campus jobs based on their work permit status. The bill now awaits the signature of Gov. Gavin Newsom.*

*Introduced by Assemblymember David Alvarez, a Democrat from the San Diego area, the bill was inspired by the University of California's (UC) recent decision to reject a similar proposal due*

*to legal concerns. Under pressure from the Biden administration, UC opted not to test federal laws that prohibit the hiring of undocumented individuals. This legislative move comes at a time when border security remains a significant issue in national politics, especially during the current election cycle.*

*AB 2586 would apply to the California State University (CSU) system and California Community Colleges, the largest four- and two-year higher*

*education systems in the nation, respectively. The bill's applicability to the UC system remains in question due to its constitutional autonomy from the state legislature.*

*Proponents of the bill argue that it will provide much-needed financial support to undocumented students who struggle to stay afloat while pursuing their education.*

*"We will be helping students who struggle every day to stay financially afloat as they are earning their degrees, really changing*

*their lives," Alvarez stated on the Assembly floor.*

*However, critics, including some within the UC system, warn that the legislation could expose students and universities to legal risks, as federal law currently prohibits the employment of undocumented individuals. The UC has expressed concerns that participation in such employment arrangements could result in criminal liability for both students and university employers.*

*If signed into law, the bill would require universities to begin hiring undocumented students by January 6, 2025. This could offer employment opportunities to many students who have been unable to work since the Deferred Action for Childhood Arrivals (DACA) program was frozen, leaving them ineligible for employment in the U.S.*

*The legislation reflects California's broader push to expand access to government programs and services for*

*undocumented residents, even as national Democrats adopt more conservative stances on immigration. With Newsom's decision looming, the future of AB 2586 could set a precedent for other states grappling with the rights of undocumented students in higher education.*

Source:
https://www.insightintodiversity.com/ca-bill-supports-jobs-for-undocumented-students/

*Respectfully submitted.*

*Thank you.*

*Best,*

*Date: 3-1-2025*

_____

*Melvin Jones Jr. disabled*

*PRO SE appellant*

*1935 Hosler St.*

*Flint, Michigan*

*48503*

*Email: jonesjrmel@gmail.com*

*Google voice to text ph# 415-562-5074*

*(SEE THE ATTACHED SUPPORTING EXHIBITS AFFIXED HERETO).....*

3/1/25, 1:18 AM    Trump Administration Stops Lowering Standards for Police, Firefighters – The White House

Menu                                                                Search

ARTICLES

# TRUMP ADMINISTRATION STOPS LOWERING STANDARDS FOR POLICE, FIREFIGHTERS

February 27, 2025

President Donald J. Trump declared an end to lower standards in the name of discriminatory "diversity, equity, and inclusion" initiatives — and the Trump Administration continues to make good on that commitment to prioritize merit,

not divisive race-based obsessions, in hiring.

Yesterday, Attorney General Pam Bondi underlined announced the Department of Justice (DOJ) dismissed several Biden-era lawsuits against police and fire departments who used race-neutral mechanisms — such as standard aptitude tests, physical exams, and credit checks — in their hiring processes, the result of which lowered standards and endangered public safety.

- **DISMISSED:** *United States v. City of Durham (North Carolina)*
  - The Biden DOJ alleged discrimination because entry-level firefighter applicants were required to pass a written exam. The city was required to provide compensation and preferential hiring to applicants who were not hired.
- **DISMISSED:** *United States v. Maryland State Police*
  - The Biden DOJ alleged discrimination because applicants were required to pass a written exam and basic physical exam. The agency was required to provide compensation and retroactive seniority to applicants who were not hired.
- **DISMISSED:** *United States v. Cobb County (Georgia)*
  - The Biden DOJ alleged discrimination because firefighter applicants were required to complete a written exam and credit check. The county was required to provide compensation and preferential hiring to applicants who were not hired.
- **DISMISSED:** *United States v. City of South Bend (Indiana)*
  - The Biden DOJ alleged discrimination because police applicants were required to pass a written exam and basic physical exam.

Americans deserve the best of the best keeping them safe — and in the Trump Administration, anything less is unacceptable.

News

Administration

Issues

Contact

Visit

THE WHITE HOUSE

1600 Pennsylvania Ave NW
Washington, DC 20500

THE WHITE HOUSE

WH.GOV

Copyright

Privacy



# Attorney General Pam Bondi Dismisses DEI Lawsuits Involving Police Officers and Firefighters, Advances President Trump's Mandate to End Illegal DEI Policies

Wednesday, February 26, 2025

**For Immediate Release**

Office of Public Affairs

This week, Attorney General Pam Bondi directed the Department of Justice's Civil Rights Division to dismiss lawsuits against various jurisdictions across the country involving the hiring of police officers and firefighters. These lawsuits, launched by the previous administration, unjustly targeted fire and police departments for using standard aptitude tests to screen firefighter and police officer candidates.

"American communities deserve firefighters and police officers to be chosen for their skill and dedication to public safety – not to meet DEI quotas," said Attorney General Bondi.

Despite no evidence of intentional discrimination — only statistical disparities — the prior administration branded the aptitude tests at issue in these cases as discriminatory in an effort to advance a DEI agenda. And it sought to coerce cities into conducting DEI-based hiring in response and spending millions of dollars in taxpayer funds for payouts to previous applicants who had scored lower on the tests, regardless of qualifications.

3/1/25, 1:19 AM Office of Public Affairs | Attorney General Pam Bondi Dismisses DEI Lawsuits Involving Police Officers and Firefighters, Advances Pro...

President Trump and Attorney General Bondi are dedicated to ending illegal discrimination and restoring merit-based opportunity nationwide, and in all sectors. But doing so is particularly important for front-line public-safety workers who protect our nation, including firefighters and police officers. Prioritizing DEI over merit when selecting firefighters and police officers jeopardizes public safety.

Today's dismissal is an early step toward eradicating illegal DEI preferences across the government and in the private sector.

*Updated February 26, 2025*

**Topic**

**CIVIL RIGHTS**

**Component**

[Office of the Attorney General](Office of the Attorney General)

Press Release Number: 25-195

# Related Content

**PRESS RELEASE**

### Attorney General Pamela Bondi Releases First Phase of Declassified Epstein Files

Today, Attorney General Pamela Bondi, in conjunction with the Federal Bureau of Investigation (FBI), declassified and publicly released files related to convicted sex offender Jeffrey Epstein and his sexual exploitation...

3/1/25, 3:19 AM    Office of Public Affairs | Attorney General Pam Bondi Dismisses DEI Lawsuits Involving Police Officers and Firefighters, Advances Pri...

February 27, 2025

**BLOG POST**

## Readout: Attorney General Bondi Briefed on National Security, Anti-Human Trafficking Efforts at Port of Tampa

Today, Attorney General Pam Bondi toured the Port of Tampa Bay – the largest port in Florida – and received a briefing from the Port's CEO, Paul Anderson.

February 17, 2025

**PRESS RELEASE**

## Justice Department Reaches Agreement with the City of Minneapolis and Minneapolis Police Department to Reform City's and Police Department's Unconstitutional and Unlawful Practices

The Justice Department announced today that it has entered into a court enforceable agreement with the City of Minneapolis and Minneapolis Police Department (MPD) to resolve the Department's findings that...

January 6, 2025

✉ **Office of Public Affairs**

U.S. Department of Justice

950 Pennsylvania Avenue, NW

Washington DC 20530

📞 Office of Public Affairs Direct Line

202-514-2007



Department of Justice Main Switchboard

202-514-2000



MEL JONES JR <jonesjrmel@gmail.com>

---

## Date: 3-12025 To: FWC special Master Deborah Greenspan *** correction **** (... my email should read: .. and keep in mind that [of course] ....I am no longer (since 12-8-2025) ...I am HAPPILY ...I am blessed and thankful to say.... I am NOT a claimant in any of the Flint Water Crisis cases [e.g. settled or pending FWC cases].... due to my sincere belief that ALL of the claims thereto... including the alleged legionella claims are at best speculation.... and BULL SHIT money scam.)

1 message

---

**MEL JONES JR** <jonesjrmel@gmail.com>                                    Sat, Mar 1, 2025 at 12:04 AM
To: Deborah Greenspan <deborah.greenspan@blankrome.com>, Zeldin.Lee@epa.gov, mobrien@irli.org, chajec@irli.org, gcanaan@irli.org, gwv@dcglaw.com, tmccotter@boydengray.com, daniel.epstein@aflegal.org, "jon@publicrightsproject.org" <jon@publicrightsproject.org>, serviceS3@michigan.gov, giovanatiN@michigan.gov, Stacey.Metro@ag.ny.gov, Annabelle.Wilmott@doj.ca.gov, Lorraine.Lopez@doj.ca.gov, Delbert.Tran@doj.ca.gov, zoe.levine@ag.ny.gov, Irina.Trasovan@doj.ca.gov, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, jgrayson@nmdoj.gov, molly.alarcon@sfcityatty.org, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, shannon.stevenson@coag.gov, ksadeck@riag.ri.gov, jared.b.cohen@mass.gov, john.keller@ag.state.mn.us, johnsonkarpg@doj.state.wi.us, julio.thompson@vermont.gov, dmosteller@ncdoj.gov, "jeremy.feigenbaum@njoag.gov" <Jeremy.feigenbaum@njoag.gov>, shankar.duraiswamy@njoag.gov, Viviana.hanley@njoag.gov, shefali.saxena@law.njoag.gov, Elizabeth.walsh@law.njoag.gov, HStern@ag.nv.gov, akirschner@oag.state.md.us, Janelle.Medeiros@ct.gov, PolicyOffice@epa.gov, EIS-Filing@epa.gov, education@epa.gov, NEPAssisthelp@epa.gov, NEPA@epa.gov, eric.wessan@ag.iowa.gov, matt.rice@ag.tn.gov, nlindzen@corpfraudlaw.com, yuri.s.fuchs@usdoj.gov, sara.eisenberg@sfcityatty.org
Cc: Colleen Connors <CMColleen4@gmail.com>, "Marissa.Malouff@doj.ca.gov" <Marissa.Malouff@doj.ca.gov>, "vanessa.kassab@delaware.gov" <vanessa.kassab@delaware.gov>, "kaliko.d.fernandes_hawaii_gov" <kaliko.d.fernandes@hawaii.gov>, "jeremy.feigenbaum@njoag.gov" <jeremy.feigenbaum@njoag.gov>, "harrist19@michigan.gov" <harrist19@michigan.gov>, "eng.connie@epa.gov" <eng.connie@epa.gov>, "egle-nondiscriminationCC@michigan.gov" <egle-nondiscriminationCC@michigan.gov>, "Cormack, Hayley" <Cormack.Hayley@epa.gov>, "EGLE-Accessibility@michigan.gov" <EGLE-Accessibility@michigan.gov>, "Faltin, Todd (he/they)" <Faltin.Todd@epa.gov>, "Oviedo, Luis" <oviedo.luis@epa.gov>, "MacMillan-Sanchez, Ariel (she/her/hers)" <MacmillanSanchez.Ariel@epa.gov>, "Johnson, Johahna (she/her/hers)" <Johnson.Johahna@epa.gov>, "Mason, Trinita" <Mason.Trinita@epa.gov>, "Moore, Tammy" <moore.tammy@epa.gov>, "Walts, Alan (he/him/his)" <walts.alan@epa.gov>, Deborah Greenspan <deborah.greenspan@blankrome.com>, "Risley, David" <Risley.David@epa.gov>, "tmlewis@cityofflint.com" <tmlewis@cityofflint.com>, "cmcgehee@pittlawpc.com" <cmcgehee@pittlawpc.com>, "eric.a.rey@usdoj.gov" <eric.a.rey@usdoj.gov>, "Jason.T.Cohen@usdoj.gov" <Jason.T.Cohen@usdoj.gov>, "OIG_Hotline@epa.gov" <OIG_Hotline@epa.gov>, Corey <cstern@levylaw.com>, Patrick Lanciotti <PLanciotti@napolilaw.com>, "dpettway@cityofflint.com" <dpettway@cityofflint.com>, "saneeley@cityofflint.com" <saneeley@cityofflint.com>, "mbard@cityofflint.com" <mbard@cityofflint.com>, "michelle.t.domingue.II@usdoj.gov" <michelle.t.domingue.II@usdoj.gov>, "Kaplan, Robert (he/him/his)" <kaplan.robert@epa.gov>, Mel jones jr <meljonesjr@gmail.com>, "marianne.f.kies@usdoj.gov" <marianne.f.kies@usdoj.gov>, "daniel.c.eagles@usdoj.gov" <daniel.c.eagles@usdoj.gov>, "kuhlr@michigan.gov" <kuhlr@michigan.gov>, "gambilln@michigan.gov" <gambilln@michigan.gov>, "MitosinkaA@michigan.gov" <MitosinkaA@michigan.gov>, "gaiello@mayerbrown.com" <gaiello@mayerbrown.com>, "jkuptz@cityofflint.com" <jkuptz@cityofflint.com>, "dfaraci@campbell-trial-lawyers.com" <dfaraci@campbell-trial-lawyers.com>, "alin@eisnerlaw.com" <alin@eisnerlaw.com>, "ccmushatt@cityofflint.com" <ccmushatt@cityofflint.com>, "heidy.gonzalez@usdoj.gov" <heidy.gonzalez@usdoj.gov>, AG attorney as to MI COC civil case #23-000115-MZ <bettenhausenm@michigan.gov>, robinsonr11 <robinsonr11@michigan.gov>, Justus Brown <jubrown@cityofflint.com>, Kameshia Ar-Rahmaan <kar-rahmaan@cityofflint.com>, Davina Donahue <ddonahue@cityofflint.com>, City of Flint Clerk's Office <cityclerk@cityofflint.com>, Davina Donahue <CouncilPublicComment@cityofflint.com>, "trachelleyoung@gmail.com" <trachelleyoung@gmail.com>, Ladel Lewis <llewis@cityofflint.com>, Judy Priestley <jpriestley@cityofflint.com>, Tonya Burns <tburns@cityofflint.com>, Mark Cuker <mark@cukerlaw.com>, "michael.l.williams@usdoj.gov" <michael.l.williams@usdoj.gov>, "molsen@mayerbrown.com" <molsen@mayerbrown.com>, "jcampbell@campbell-trial-lawyers.com" <jcampbell@campbell-trial-lawyers.com>, "mnguyen-dang@mayerbrown.com" <mnguyen-dang@mayerbrown.com>, "pnapoli_napolilaw.com" <pnapoli@napolilaw.com>, Renee

3/12/25, 2:16 AM                    Gmail - Date: 3-12025 To: FWC special Master Deborah Greenspan *** correction **** (... my email should read: .. and keep in mind t...

Auten <rauten@thelandbank.org>, Jennifer Riggs <jriggs@thelandbank.org>, Jeremy Maltz <jeremy@lehotskykeller.com>, "hammoudf1@michigan.gov" <HammoudF1@michigan.gov>, Michigan Attorney General <miag@michigan.gov>, "dweyre@mcalpinepc.com" <dweyre@mcalpinepc.com>, "g@mayerbrown.com" <g@mayerbrown.com>, "ljiang@susmangodfrey.com" <ljiang@susmangodfrey.com>, mpitt <mpitt@pittlawpc.com>, Hunter Shkolnik <hunter@napolilaw.com>, "arosenman@mayerbrown.com" <arosenman@mayerbrown.com>, Theodore Leopold <tleopold@cohenmilstein.com>, Emmy Levens <elevens@cohenmilstein.com>, Flint Mayor <mayor@cityofflint.com>, "frank.bednarz@hlli.org" <frank.bednarz@hlli.org>, "ted.frank@hlli.org" <ted.frank@hlli.org>, Diane <russell.diane@epa.gov>, Amanda Trujillo <atrujillo@cityofflint.com>, "King-Piepenbrok, Pier (AG)" <KingP1@michigan.gov>, "jonhoma@sinasdramis.com" <jonhoma@sinasdramis.com>, "val@vlwlegal.com" <val@vlwlegal.com>, "sdg@miller.law" <sdg@miller.law>, "sparadise@eisnerlaw.com" <sparadise@eisnerlaw.com>, "echeverria.marietta@epa.gov" <echeverria.marietta@epa.gov>, "thompkins.anita@epa.gov" <thompkins.anita@epa.gov>, "burneson.eric@epa.gov" <burneson.eric@epa.gov>, "travers.david@epa.gov" <travers.david@epa.gov>, "waters.tom@epa.gov" <waters.tom@epa.gov>, "davis.angela@epa.gov" <davis.angela@epa.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, nlindzen@corpfraudlaw.com, franklmcnamara@gmail.com, mriordan@publicinterestlegal.org, eric.hamilton@usdoj.gov, "ryan@mclanelaw.com" <ryan@mclanelaw.com>, Zeldin.Lee@epa.gov, zoe.levine@ag.ny.gov, MEL JONES JR <jonesjrmel@gmail.com>
Bcc: UrbanForestNewYork@gmail.com, Mel jones jr <meljonesjr@gmail.com>

*Date: 3-12025*

*To: FWC special Master Deborah Greenspan*

*\*\*\* correction \*\*\*\**
*(... my email should read: .. and keep in mind that [of course] ....I am no longer (since 12-8-2024) ...I am HAPPILY ...I am blessed and thankful to say.... I am NOT a claimant in any of the Flint Water Crisis cases [e.g. settled or pending FWC cases].... due to my sincere belief that ALL of the claims thereto... including the alleged legionella claims are at best speculation.... and BULL SHIT money scam.)*

*Good early morning,*

## Although Colleen's email print is very small... she did read it to me shortly AFTER she sent it... and there is a CORRECTION....

.... what Colleen left out of her email is that a few weeks ago.... at least TWICE at approx. 2:30 am in the wee hours of the night/ very early hours of the morning... [I] had observed what appeared to be a light skinned guy with braided hair {e.g. who closely resembles the neighbor across the street @ 1942 Hosler St. - Flint } who drives/ owns the "tan/ gold colored car - sedan".... whom I believe VERY closely resembles the guy @ 1942 Hosler St. - Flint... named JOSH [e.g. that is what I have heard the neighbor next door at 1929 Hosler St. Flint call him ...when he goes across the street LATE at night to get some pussy and smoke pot in the past].... anyway --- I thought that I saw him LURKING around the rear yard of my home in the wee hours of the night a few weeks ago... [so] to get a better look --- BOTH Colleen and [I] went outside in the backyard (i.e. in hopes of catching him in the act of PEEPING through our windows)... but when we got out to the backyard.... [it] appeared that he {e.g. the guy

who VERY closely resembled him}... ran alongside the side gate of 1929 Hosler St. {i.e. but on the side of said fence which is ACTUALLY in my back yard}.... and then it looked as if he ran towards the front yard... and possibly across the street and went into his house.

And, at that time... [I] specifically recall telling Colleen ...to watch out --- because the guy who goes by the name JOSH who lives @ 1942 Hosler St. - Flint {e.g. across the street from the home in which Colleen and I live in}.... when the weather gets warm ...has a tendancy to RUB HIS PENIS as he sits in his lawn chair which is in his front yard... while Colleen is outside in the Front yard.... and when ...he cannot get that freak-off satisfaction.... then he puts his dog on Colleen so as to hear her scream.... as ANOTHER form of sadistic perverted sexual turn-on.... as he did today.... as set forth in Colleen's email about his strategically timed setting his loose dog upon Colleen.

*In short, JOSH... @ 1942 Hosler St. - Flint makes P.Diddy ...look normal [if you know what I mean].*

*And... I do NOT believe that any sort of LEAD caused whatever the JOSH guy across the street suffers from.*

*... and keep  in mind that [of course] ....I am no longer (since 12-8-2025)  ...I am HAPPILY ...I am blessed and thankful to say.... I am NOT a claimant in any of the Flint Water Crisis cases [e.g. settled or pending FWC cases].... due to my sincere belief that ALL of the claims thereto... including the alleged legionella claims are at best speculation.... and BULL SHIT money scam.*

*And... worse yet -- due to utter ignorance and bias against Colleen because she is a JEWISH person... the Flint Police Department [for example, but NOT limited to Flint Police Detective Michael B. Bard]... literally has FAILED on multiple occasions to tell the JOSH freaky ass hole to ...simply stop it.   But that is what*

happens when you have DEI - black african
american {affirmative action hired} police chief
and an IGNORANT under-educated Black African
American [DEI] Mayor ...such as what the City
of Flint is CURSED with having as to Flint Mayor
Sheldon Neeley and his top administration
GHETTO thugs... such as the current Flint Chief
of Staff to the Mayor... who literally wears
glasses that PIMPS in California [e.g. OAKLAND]
wore many years ago.

Best,
/s/
~ Best,
/s/
Melvin Jones Jr. - disabled PRO SE appellant

1935 Hosler St.

Flint, Michigan

48503

Email: jonesjrmel@gmail.com

Google voice to text ph# 415-562-5074

---------------------------------

On Fri, Feb 28, 2025 at 9:21 PM Colleen Connors <cmcolleen4@gmail.com> wrote:
  DATE: February 28, 2025

  Hello Special Master Greenspan,

In regard to my appeal, please note that the extent to which my IBS has worsened due to my exposure to the lead service line in my previously owned home (i.e., 829 Campbell Street in Flint), I cannot be sure. What I can be sure of, however, is that given a fair chance with employment, I am confident that I am able to hold a job.  To be clear, although I am an individual who has been covered by the American with Disabilities Act (ADA) since I lived in Northern California as an adult, I continue to look for gainful employment and do not claim that I am unable to work.

This confidence and ability is in contrast to many adults and their children in Flint who act rudely and pretend that they are lead affected in an effort to garner a larger payout from the Flint Water Crisis Settlement. Take, for example, the man who lives across the street. At approximately 3:40 p.m. today, I was retrieving the garbage can from the curb when the owner of 1942 Hosler Street (the house directly across the street) pulled up to his house and let out his dog, which was not on a leash—and the dog started coming across the street toward me. I did call Genesee County Animal Control, but the call went to voicemail; I will follow up on this next week.

Furthermore, I believe that this man (who lives across the street at 1942 Hosler St.) is using his dog as a weapon to corral women into his house to rape them. This man is a freakish, disgusting perp that makes my skin crawl and gives me the creeps.

It is people and actions such as—but not limited to—these that dictate the need for you to look very closely at the medical claims of Flint residents in the Flint Water Crisis settlement.

Thank you,

Colleen Connors

On Sun, Feb 23, 2025 at 10:17 AM Greenspan, Deborah <deborah.greenspan@blankrome.com> wrote:

> Good morning – I received your earlier notice and have received this email.  I will categorize this as an appeal and it will be reviewed promptly.
>
>
>
> **Deborah Greenspan** | BLANKROME
> 1825 Eye Street NW | Washington, D.C. 20006
> O: 202.420.3100 | F: 202.379.9300 | deborah.greenspan@blankrome.com
>
>
>
> ---
>
> **From:** Colleen Connors <cmcolleen4@gmail.com>
> **Sent:** Sunday, February 23, 2025 10:12 AM
> **To:** Greenspan, Deborah <deborah.greenspan@blankrome.com>
> **Cc:** Zeldin.Lee@epa.gov; mobrien@irli.org; chajec@irli.org; gcanaan@irli.org; gwv@dcglaw.com; tmccotter@boydengray.com; daniel.epstein@aflegal.org; jon@publicrightsproject.org; serviceS3@michigan.gov; giovanatiN@michigan.gov; Stacey.Metro@ag.ny.gov; Annabelle.Wilmott@doj.ca.gov; Lorraine.Lopez@doj.ca.gov; Delbert.Tran@doj.ca.gov; zoe.levine@ag.ny.gov; Irina.Trasovan@doj.ca.gov; denise.levey@doj.ca.gov; nicole.hill@dc.gov; robert.c.merritt@usdoj.gov; gerard.cedrone@mass.gov; brad.rosenberg@usdoj.gov; jgrayson@nmdoj.gov; molly.alarcon@sfcityatty.org; david.louk@sfcityatty.org; shannon.stevenson@coag.gov; ksadeck@riag.ri.gov; jared.b.cohen@mass.gov; john.keller@ag.state.mn.us; johnsonkarpg@doj.state.wi.us; julio.thompson@vermont.gov; dmosteller@ncdoj.gov; jeremy.feigenbaum@njoag.gov; shankar.duraiswamy@njoag.gov; Viviana.hanley@njoag.gov; shefali.saxena@law.njoag.gov; Elizabeth.walsh@law.njoag.gov; HStern@ag.nv.gov; akirschner@oag.state.md.us; Janelle.Medeiros@ct.gov; PolicyOffice@epa.gov;

EIS-Filing@epa.gov; education@epa.gov; NEPAssisthelp@epa.gov; NEPA@epa.gov;
eric.wessan@ag.iowa.gov; matt.rice@ag.tn.gov; nlindzen@corpfraudlaw.com;
Marissa.Malouff@doj.ca.gov; vanessa.kassab@delaware.gov; kaliko.d.fernandes_hawaii_gov
<kaliko.d.fernandes@hawaii.gov>; harrist19@michigan.gov; eng.connie@epa.gov; egle-
nondiscriminationCC@michigan.gov; Cormack, Hayley <Cormack.Hayley@epa.gov>; EGLE-
Accessibility@michigan.gov; Faltin, Todd (he/they) <Faltin.Todd@epa.gov>; Oviedo, Luis
<oviedo.luis@epa.gov>; MacMillan-Sanchez, Ariel (she/her/hers) <MacmillanSanchez.Ariel@epa.gov>;
Johnson, Johanna (she/her/hers) <Johnson.Johanna@epa.gov>; Mason, Trinita
<Mason.Trinita@epa.gov>; Moore, Tammy <moore.tammy@epa.gov>; Walts, Alan (he/him/his)
<walts.alan@epa.gov>; Risley, David <Risley.David@epa.gov>; tmlewis@cityofflint.com;
cmcgehee@pittlawpc.com; eric.a.rey@usdoj.gov; Jason.T.Cohen@usdoj.gov;
OIG_Hotline@epa.gov; Corey <cstern@levylaw.com>; Patrick Lanciotti <PLanciotti@napolilaw.com>;
dpettway@cityofflint.com; saneeley@cityofflint.com; mbard@cityofflint.com;
michelle.t.domingue.II@usdoj.gov; Kaplan, Robert (he/him/his) <kaplan.robert@epa.gov>; Mel jones jr
<meljonesjr@gmail.com>; marianne.f.kies@usdoj.gov; daniel.c.eagles@usdoj.gov;
kuhlr@michigan.gov; gambilln@michigan.gov; MitosinkaA@michigan.gov;
gaiello@mayerbrown.com; jkuptz@cityofflint.com; dfaraci@campbell-trial-lawyers.com;
alin@eisnerlaw.com; ccmushatt@cityofflint.com; heidy.gonzalez@usdoj.gov; AG attorney as to MI COC
civil case #23-000115-MZ <bettenhausenm@michigan.gov>; robinsonr11 <robinsonr11@michigan.gov>;
Justus Brown <jubrown@cityofflint.com>; Kameshia Ar-Rahmaan <kar-rahmaan@cityofflint.com>; Davina
Donahue <ddonahue@cityofflint.com>; City of Flint Clerk's Office <cityclerk@cityofflint.com>; Davina
Donahue <CouncilPublicComment@cityofflint.com>; trachelleyoung@gmail.com; Ladel Lewis
<llewis@cityofflint.com>; Judy Priestley <jpriestley@cityofflint.com>; Tonya Burns
<tburns@cityofflint.com>; Mark Cuker <mark@cukerlaw.com>; michael.l.williams@usdoj.gov;
molsen@mayerbrown.com; jcampbell@campbell-trial-lawyers.com; mnguyen-
dang@mayerbrown.com; pnapoli_napolilaw.com <pnapoli@napolilaw.com>; Renee Auten
<rauten@thelandbank.org>; Jennifer Riggs <jriggs@thelandbank.org>; Jeremy Maltz
<jeremy@lehotskykeller.com>; hammoudf1@michigan.gov; Michigan Attorney General
<miag@michigan.gov>; dweyre@mcalpinepc.com; g@mayerbrown.com;
ljiang@susmangodfrey.com; mpitt <mpitt@pittlawpc.com>; Hunter Shkolnik <hunter@napolilaw.com>;
arosenman@mayerbrown.com; Theodore Leopold <tleopold@cohenmilstein.com>; Emmy Levens
<elevens@cohenmilstein.com>; Flint Mayor <mayor@cityofflint.com>; frank.bednarz@hlli.org;
ted.frank@hlli.org; Diane <russell.diane@epa.gov>; Amanda Trujillo <atrujillo@cityofflint.com>; King-
Piepenbrok, Pier (AG) <KingP1@michigan.gov>; jonhoma@sinasdramis.com; val@vlwlegal.com;
sdg@miller.law; sparadise@eisnerlaw.com; echeverria.marietta@epa.gov; thompkins.anita@epa.gov;
burneson.eric@epa.gov; travers.david@epa.gov; waters.tom@epa.gov; davis.angela@epa.gov;
franklmcnamara@gmail.com; mriordan@publicinterestlegal.org; eric.hamilton@usdoj.gov;
ryan@mclanelaw.com; MEL JONES JR <jonesjrmel@gmail.com>; Colleen Connors
<CMColleen4@gmail.com>

**Subject:** Update to Colleen Connors' Flint Water Settlement preemptive appeal - Re: TO: Special Master
Greenspan RE: Colleen Connors preemptive appeal to the Flint Water Settlement Notice attached hereto as to
the Flint Water Crisis claims

# DATE: February 23, 2025

3/1/25, 11:24 AM Gmail - Notice 3-1-2025 No. 1 W2 Special Master Denefan Greenspan of Correction: Only 2 emails should read r and keep in mind o...

Good morning Special Master Greenspan,

This email is to inform you of the following

My Chapter 7 bankruptcy case, which I filed in 2022, was discharged the same year but remains open due to the Flint Water Crisis. The case number is 22-30339-JDA; according to the Trustee Status Report, the major activity affecting case closing is the Trustee investigating the Flint Water Crisis claim because I had identified myself as a claimant in the Flint Water Crisis Settlement during my debtor's meeting. If you are doing even a scintilla of your job, you will expedite my claim so that my bankruptcy can be properly closed.

Within approximately two weeks, I will either need to have my car voluntarily repossessed or sold with a deficiency; the former would cost me approximately **$5,000**, and the latter would cost me approximately $900-$1,700.

The reason that I had to file bankruptcy and the reason that I may need to either have my

car voluntarily repossessed or sold with a deficiency are direct results of my having to spend upwards of **$10,000** to remediate the plumbing and fixtures in my house that I owned, i.e., 829 Campbell Street in Flint, which had a lead service line. Therefore, please **add $15,000 to my claim.**

Within approximately 6-12 months, Melvin Jones Jr. and I plan to move from 1935 Hosler Street in Flint due to the harassment that has been and continues to be perpetrated against us. That is, if Mr. Jones can find some "sucker" to purchase his house that Mr. Jones says is a "piece of shit" and which has cost him approximately $10,000 just to bring it to the point it is today, and which was sold to him by the Genesee County Land Bank.

In addition, the City of Flint/State of Michigan's failures as to their Lead Service Line removal and exploratory dig are the gold bars/golden nugget of the theft and fraud of funds as to the Flint Water Crisis, which the City of Flint/State of Michigan has put

against the US EPA, LAN, Veolia, and Wells Fargo Bank.

Please respond.

Thank you,

Colleen Connors

_____

On Sun, Feb 16, 2025 at 11:31 AM Colleen Connors <cmcolleen4@gmail.com> wrote:

DATE: February 16, 2025

Hello Special Master Greenspan,

I recently received my Flint Water Settlement Notice (attached). However, it does not include a value range for Category 28: Residential Property Damage, for which my claim has been determined eligible. I filed for Chapter 7 Bankruptcy in 2022, and although my case has been discharged, it has not been closed. The Bankruptcy Trustee has left it open pending the monetary outcome of my Flint Water Crisis Settlement claim. Due to the fact that my bankruptcy is still open, I am unable to properly contract with my car lender, which may result in my having to voluntarily have my car repossessed.

I estimate my property claim is approximately $30,000 (e.g., replacement of plumbing and fixtures in bathroom and kitchen, replacement of water heater, loss of value in subsequent sale of home).

Will you please provide me with a value range, as per the settlement, so that the Trustee can finally close my bankruptcy?

Since it has been deemed eligible that I lived in a lead service line home (829 Campbell Street, Flint) in Flint during the designated time frame, it does not comport with reality that I am eligible for Property Damage, but not for Personal Injury (Category 25), since I was exposed to lead-contaminated Flint water while I lived at the designated property.

Will you accept a metabolic comprehensive metabolic panel (CMP) panel–by September 2025—from Quest that indicates injury to my intestinal system as additional information for Category 25?

3/1/25, 12:16 AM Gmail - Date: 3/3/2025 Re: RE: Special Master Deborah Greenspan et Correction: "Only email should read" and keep in mind o...

The reason I ask is because I now have irritable bowel syndrome (IBS), and intestinal issues are a harbinger of lead exposure (I never had these health issues prior to my exposure to lead). So much so that by September 2025, I plan to visit a primary care physician and get medication for my IBS (e.g., constipation, etc.).

I estimate that my Personal Injury claim is $40,000 because that is approximately one year's salary at my previous job, from which I was let go due to a "nuance." I believe that this nuance was caused by the Flint Water Crisis because, which worsened my IBS, which in turn made me tired and I couldn't think properly and it affected my ability to fully concentrate at my previous job. (Please note that I do have a positive Letter of Reference from this employer.)

My claim is against the City of Flint and the state of Michigan as to Archer Systems, and *not* against the United States Environmental Protection Agency (EPA), LAN, or Veolia.

Also, I have attached an email from Melvin Jones Jr., which is his respectful perspective on the issue. (Mr. Jones says that he says what he says "**out of love**.")

Please respond quickly.

Thank you,

Colleen Connors

*****************************************************************************************************

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

*****************************************************************************************************



**MEL JONES JR <jonesjrmel@gmail.com>**

# # 25-1158.... LOL --- you gotta know that MANY, and I do mean MANY "mid western" low achieving WHITE and BLACK Fire Fighters and Police [YEP].... and I do mean the Flint Police Department, and Flint Fire Department and Flint Blight Department are at issue with TRUMPS NEW "order".... [see the email text herein]...

1 message

**MEL JONES JR** <jonesjrmel@gmail.com>                                    Fri, Feb 28, 2025 at 7:28 AM
To: Zeldin.Lee@epa.gov, mobrien@irli.org, chajec@irli.org, gcanaan@irli.org, gwv@dcglaw.com, tmccotter@boydengray.com, daniel.epstein@aflegal.com, "jon@publicrightsproject.org" <jon@publicrightsproject.org>, serviceS3@michigan.gov, giovanatiN@michigan.gov, Stacey.Metro@ag.ny.gov, Annabelle.Wilmott@doj.ca.gov, Lorraine.Lopez@doj.ca.gov, Delbert.Tran@doj.ca.gov, zoe.levine@ag.ny.gov, Irina.Trasovan@doj.ca.gov, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, jgrayson@nmdoj.gov, molly.alarcon@sfcityatty.org, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, shannon.stevenson@coag.gov, ksadeck@riag.ri.gov, jared.b.cohen@mass.gov, john.keller@ag.state.mn.us, johnsonkarpg@doj.state.wi.us, julio.thompson@vermont.gov, dmosteller@ncdoj.gov, "jeremy.feigenbaum@njoag.gov" <Jeremy.feigenbaum@njoag.gov>, shankar.duraiswamy@njoag.gov, Viviana.hanley@njoag.gov, shefali.saxena@law.njoag.gov, Elizabeth.walsh@law.njoag.gov, HStern@ag.nv.gov, akirschner@oag.state.md.us, Janelle.Medeiros@ct.gov, PolicyOffice@epa.gov, EIS-Filing@epa.gov, education@epa.gov, NEPAssisthelp@epa.gov, NEPA@epa.gov, eric.wessan@ag.iowa.gov, matt.rice@ag.tn.gov, nlindzen@corpfraudlaw.com, yuri.s.fuchs@usdoj.gov, sara.eisenberg@sfcityatty.org
Cc: Colleen Connors <CMColleen4@gmail.com>, "Marissa.Malouff@doj.ca.gov" <Marissa.Malouff@doj.ca.gov>, "vanessa.kassab@delaware.gov" <vanessa.kassab@delaware.gov>, "kaliko.d.fernandes_hawaii_gov" <kaliko.d.fernandes@hawaii.gov>, "jeremy.feigenbaum@njoag.gov" <jeremy.feigenbaum@njoag.gov>, "harrist19@michigan.gov" <harrist19@michigan.gov>, "eng.connie@epa.gov" <eng.connie@epa.gov>, "egle-nondiscriminationCC@michigan.gov" <egle-nondiscriminationCC@michigan.gov>, "Cormack, Hayley" <Cormack.Hayley@epa.gov>, "EGLE-Accessibility@michigan.gov" <EGLE-Accessibility@michigan.gov>, "Faltin, Todd (he/they)" <Faltin.Todd@epa.gov>, "Oviedo, Luis" <oviedo.luis@epa.gov>, "MacMillan-Sanchez, Ariel (she/her/hers)" <MacmillanSanchez.Ariel@epa.gov>, "Johnson, Johahna (she/her/hers)" <Johnson.Johahna@epa.gov>, "Mason, Trinita" <Mason.Trinita@epa.gov>, "Moore, Tammy" <moore.tammy@epa.gov>, "Walts, Alan (he/him/his)" <walts.alan@epa.gov>, Deborah Greenspan <deborah.greenspan@blankrome.com>, "Risley, David" <Risley.David@epa.gov>, "tmlewis@cityofflint.com" <tmlewis@cityofflint.com>, "cmcgehee@pittlawpc.com" <cmcgehee@pittlawpc.com>, "eric.a.rey@usdoj.gov" <eric.a.rey@usdoj.gov>, "Jason.T.Cohen@usdoj.gov" <Jason.T.Cohen@usdoj.gov>, "OIG_Hotline@epa.gov" <OIG_Hotline@epa.gov>, Corey <cstern@levylaw.com>, Patrick Lanciotti <PLanciotti@napolilaw.com>, "dpettway@cityofflint.com" <dpettway@cityofflint.com>, "saneeley@cityofflint.com" <saneeley@cityofflint.com>, "mbard@cityofflint.com" <mbard@cityofflint.com>, "michelle.t.domingue.II@usdoj.gov" <michelle.t.domingue.II@usdoj.gov>, "Kaplan, Robert (he/him/his)" <kaplan.robert@epa.gov>, Mel jones jr <meljonesjr@gmail.com>, "marianne.f.kies@usdoj.gov" <marianne.f.kies@usdoj.gov>, "daniel.c.eagles@usdoj.gov" <daniel.c.eagles@usdoj.gov>, "kuhlr@michigan.gov" <kuhlr@michigan.gov>, "gambilln@michigan.gov" <gambilln@michigan.gov>, "MitosinkaA@michigan.gov" <MitosinkaA@michigan.gov>, "gaiello@mayerbrown.com" <gaiello@mayerbrown.com>, "jkuptz@cityofflint.com" <jkuptz@cityofflint.com>, "dfaraci@campbell-trial-lawyers.com" <dfaraci@campbell-trial-lawyers.com>, "alin@eisnerlaw.com" <alin@eisnerlaw.com>, "ccmushatt@cityofflint.com" <ccmushatt@cityofflint.com>, "heidy.gonzalez@usdoj.gov" <heidy.gonzalez@usdoj.gov>, AG attorney as to MI COC civil case #23-000115-MZ <bettenhausenm@michigan.gov>, robinsonr11 <robinsonr11@michigan.gov>, Justus Brown <jubrown@cityofflint.com>, Kameshia Ar-Rahmaan <kar-rahmaan@cityofflint.com>, Davina Donahue <ddonahue@cityofflint.com>, City of Flint Clerk's Office <cityclerk@cityofflint.com>, Davina Donahue <CouncilPublicComment@cityofflint.com>, "trachelleyoung@gmail.com" <trachelleyoung@gmail.com>, Ladel Lewis <llewis@cityofflint.com>, Judy Priestley <jpriestley@cityofflint.com>, Tonya Burns <tburns@cityofflint.com>, Mark Cuker <mark@cukerlaw.com>, "michael.l.williams@usdoj.gov" <michael.l.williams@usdoj.gov>, "molsen@mayerbrown.com" <molsen@mayerbrown.com>, "jcampbell@campbell-trial-lawyers.com" <jcampbell@campbell-trial-lawyers.com>, "mnguyen-dang@mayerbrown.com" <mnguyen-dang@mayerbrown.com>, "pnapoli_napolilaw.com" <pnapoli@napolilaw.com>, Renee Auten <rauten@thelandbank.org>, Jennifer Riggs <jriggs@thelandbank.org>, Jeremy Maltz <jeremy@lehotskykeller.com>, "hammoudf1@michigan.gov" <HammoudF1@michigan.gov>, Michigan Attorney General <miag@michigan.gov>, "dweyre@mcalpinepc.com" <dweyre@mcalpinepc.com>, "g@mayerbrown.com" <g@mayerbrown.com>,

"ljiang@susmangodfrey.com" <ljiang@susmangodfrey.com>, mpitt <mpitt@pittlawpc.com>, Hunter Shkolnik <hunter@napolilaw.com>, "arosenman@mayerbrown.com" <arosenman@mayerbrown.com>, Theodore Leopold <tleopold@cohenmilstein.com>, Emmy Levens <elevens@cohenmilstein.com>, Flint Mayor <mayor@cityofflint.com>, "frank.bednarz@hlli.org" <frank.bednarz@hlli.org>, "ted.frank@hlli.org" <ted.frank@hlli.org>, Diane <russell.diane@epa.gov>, Amanda Trujillo <atrujillo@cityofflint.com>, "King-Piepenbrok, Pier (AG)" <KingP1@michigan.gov>, "jonhoma@sinasdramis.com" <jonhoma@sinasdramis.com>, "val@vlwlegal.com" <val@vlwlegal.com>, "sdg@miller.law" <sdg@miller.law>, "sparadise@eisnerlaw.com" <sparadise@eisnerlaw.com>, "echeverria.marietta@epa.gov" <echeverria.marietta@epa.gov>, "thompkins.anita@epa.gov" <thompkins.anita@epa.gov>, "burneson.eric@epa.gov" <burneson.eric@epa.gov>, "travers.david@epa.gov" <travers.david@epa.gov>, "waters.tom@epa.gov" <waters.tom@epa.gov>, "davis.angela@epa.gov" <davis.angela@epa.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, nlindzen@corpfraudlaw.com, franklmcnamara@gmail.com, mriordan@publicinterestlegal.org, eric.hamilton@usdoj.gov, "ryan@mclanelaw.com" <ryan@mclanelaw.com>, Zeldin.Lee@epa.gov, zoe.levine@ag.ny.gov, MEL JONES JR <jonesjrmel@gmail.com>
Bcc: UrbanForestNewYork@gmail.com, Mel jones jr <meljonesjr@gmail.com>

## Date: 2-28-2025

### re: #25-1158 ( Flint Mayor Sheldon Neeley and his "top" administration officials... reliably conduct themselves like PIMP ASS THUGS {e.g. and I say this out of "transparency"}: )

## Hello and good [BLESSED] morning to ALL:

## LOL.... 😂😃😐😄😂😂😂😂😂😂😂 - you gotta know that MANY, and I do mean MANY "mid western" low achieving WHITE and BLACK FireFighters and Police [YEP].... and I do mean the Flint Police Department, and Flint Fire Department and Flint Blight Department are at issue with President Donald Trump's NEW "order".... [see the caption set forth immediately below]...



NEWS    ADMINISTRATION    ISSUES

ARTICLES

# TRUMP ADMINISTRATION STOPS LOWERING STANDARDS FOR POLICE, FIREFIGHTERS

February 27, 2025

President Donald J. Trump declared an end to lower standards in the name of discriminatory "diversity, equity, and inclusion" initiatives — and the Trump Administration continues to make good on that commitment to prioritize merit, not divisive race-based obsessions, in hiring.

Yesterday, Attorney General Pam Bondi announced the Department of Justice (DOJ) dismissed several Biden-era lawsuits against police and fire departments who used race-neutral mechanisms — such as standard aptitude tests, physical exams, and credit checks — in their hiring processes, the result of which lowered standards and endangered public safety.

- **DISMISSED:** *United States v. City of Durham (North Carolina)*
  - The Biden DOJ alleged discrimination because entry-level firefighter applicants were required to pass a written exam. The city was required to provide compensation and preferential hiring to applicants who were not hired.

- **DISMISSED:** *United States v. Maryland State Police*

- The Biden DOJ alleged discrimination because applicants were required to pass a written exam and basic physical exam. The agency was required to provide compensation and retroactive seniority to applicants who were not hired.
- **DISMISSED:** *United States v. Cobb County (Georgia)*
  - The Biden DOJ alleged discrimination because firefighter applicants were required to complete a written exam and credit check. The county was required to provide compensation and preferential hiring to applicants who were not hired.
- **DISMISSED:** *United States v. City of South Bend (Indiana)*
  - The Biden DOJ alleged discrimination because police applicants were required to pass a written exam and basic physical exam.

Americans deserve the best of the best keeping them safe — and in the Trump Administration, anything less is unacceptable.

source:

https://www.whitehouse.gov/articles/2025/02/trump-administration-stops-lowering-standards-for-police-firefighters/

//

Which is to say --- [I] respectfully believe that when it comes to extorting money from disabled elderly and the elderly in the City of Flint {e.g. such as folks such as [me]; and the elderly folk as to Hasselbring [elderly] Community Center (*see the caption set forth below and the attached PDF affixed hereto*)]... Flint Mayor Sheldon Neeley and his "top" administration officials... reliably conduct themselves like PIMP ASS THUGS {e.g. and I say this out of "transparency"}:

2/28/25, 7:35 AM    Gmail - #2b test…uou 1…you gotta know that AGAIN, and I do mean MAINE child western not achieving WHY!! and BLACK FY6…

## Flint nonprofit lost eviction battle but wins war with city over providing senior services

Updated: Feb. 27, 2025, 3:15 p.m. | Published: Feb. 27, 2025, 3:14 p.m.



Beverly Lewis, director at Hasselbring Senior Center puts on gloves as she prepares to clean tables with disinfectant wipes between activities on Thursday, March 12, 2020 in Flint. (Jake May | MLive.com) The Flint Journal, MLive.com

 By **Ron Fonger | rfonger1@mlive.com**

FLINT, MI -- Genesee County is sticking with a nonprofit group that has operated Flint's Hasselbring Senior Center since 2016, agreeing to an amended contract to keep millage funds flowing to the agency at a new temporary location.

The county Board of Commissioners unanimously agreed to revise its $137,923 contract with the Hasselbring group during its meeting on Wednesday, Feb. 26.

source:

https://www.mlive.com/news/flint/2025/02/flint-nonprofit-lost-eviction-battle-but-wins-war-with-city-over-providing-senior-services.html

//

_**In short…. [IF] the US EPA ….wants to "get at the truth" and WIN decidedly the bogus and false FTCA claims being asserted against it/ the US EPA as to the Flint Water Crisis [e.g. in FWC US district Court Case #16-cv-10444 - Judge Judith LEVY presiding]… then {as I am reliably informed} …ANY request for admission or written interrogs MUST be first sent to current Flint Mayor Sheldon Neeley, then MI AG - Dana Nessel, then MI Governor Gretchen Whitmer…. and possibly [YES] then NAPOLI LAW FIRM {e.g. Patrick Lanciotti} and FWC attorney Corey Stern…. and THEN**_

2/28/25, 7:35 AM   Gmail - Flint nonprofit lost... you gotta know that MANY, and I do mean MANY, in 2025 in our western zone achieving WHITE and BLACK rich...

# _{former} Genesee County Judge Joseph Farah --- with specificity [but NOT limited to]... questions and admissions as to the DENIAL of continued FREE BOTTLED WATER in the City of Flint ...for the elderly, disabled elderly and CHILDREN._.... *[oh] what a SHIT-SHOW the responses would be for sure:* 😐😂😁.

*Best,*
*/s/*
*Melvin Jones Jr. - disabled PRO SE appellant*
*1935 Hosler St.*
*Flint, Michigan*
*48503*
*Email: jonesjrmel@gmail.com*
*Google voice to text ph# 415-562-5074*

---

**Gmail - Flint nonprofit lost eviction battle but wins war with city over providing senior services Updated_ Feb. 27, 2025, 3_15 p.m._Published_ Feb. 27, 2025, 3_14 p.m_.pdf**
180K

# CA Bill Supports Jobs for Undocumented Students

By INSIGHT Staff -
August 28, 2024



California lawmakers have passed groundbreaking legislation that could dramatically change the landscape for undocumented students attending public universities in the state.

This week, the state legislature approved Assembly Bill 2586, which would ensure that public universities could not disqualify undocumented students for campus jobs based on their work permit status. The bill now awaits the signature of Gov. Gavin Newsom.

Introduced by Assemblymember David Alvarez, a Democrat from the San Diego area, the bill was inspired by the University of California's (UC) recent decision to reject a similar proposal due to legal concerns. Under pressure from the Biden administration, UC opted not to test federal laws that prohibit the hiring of undocumented individuals. This legislative move comes at a time when border security remains a significant issue in national politics, especially during the current election cycle.

AB 2586 would apply to the California State University (CSU) system and California Community Colleges, the largest four- and two-year higher education systems in the nation, respectively. The bill's applicability to the UC system remains in question due to its constitutional autonomy from the state legislature.

Proponents of the bill argue that it will provide much-needed financial support to undocumented students who struggle to stay afloat while pursuing their education.

"We will be helping students who struggle every day to stay financially afloat as they are earning their degrees, really changing their lives," Alvarez stated on the Assembly floor.

However, critics, including some within the UC system, warn that the legislation could expose students and universities to legal risks, as federal law currently prohibits the employment of undocumented

3/1/25, 12:34 AM                                    CA Bill Supports Jobs for Undocumented Students | Insight Into Diversity

individuals. The UC has expressed concerns that participation in such employment arrangements could result in criminal liability for both students and university employers.

If signed into law, the bill would require universities to begin hiring undocumented students by January 6, 2025. This could offer employment opportunities to many students who have been unable to work since the Deferred Action for Childhood Arrivals (DACA) program was frozen, leaving them ineligible for employment in the U.S.

The legislation reflects California's broader push to expand access to government programs and services for undocumented residents, even as national Democrats adopt more conservative stances on immigration. With Newsom's decision looming, the future of AB 2586 could set a precedent for other states grappling with the rights of undocumented students in higher education.