# United States Court of Appeals
## For the First Circuit

No. 25-1158

STATE OF NEW JERSEY; COMMONWEALTH OF MASSACHUSETTS; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF MAINE; STATE OF MARYLAND; DANA NESSEL, Attorney General; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WISCONSIN; CITY AND COUNTY OF SAN FRANCISCO,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, in their official capacity as President of the United States; US DEPARTMENT OF STATE; MARCO RUBIO, in their official capacity as Secretary of State; US DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in their official capacity as Secretary of Homeland Security; US DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in their official capacity as Secretary of Health and Human Services; US SOCIAL SECURITY ADMINISTRATION; MICHELLE KING, in their official capacity as Acting Commissioner of Social Security; UNITED STATES,

Defendants.

------

MELVIN JONES, JR.; COLLEEN CONNORS,

Interested Parties - Appellants.

------

*Interested Party - Appellants' Melvin Jones Jr.'s emergency motion REGARDING BOTH appellants' pending IFP motions… [very important information provided to AID the First Court Appeals Court in GRANTING our respective pro se IFP motions {e.g. regarding a "NEIGHBORHOOD NUISANCE"}.*

==**Appellants' Emergency Motion to HAVE THE appeals court consider additional information {ADDED/ AMENDED} to BOTH and/ or [at least] my {e.g. disabled interested party - appellant Melvin Jones Jr.'s} IFP motion:**==

I, Melvin Jones Jr., hereby further declare under the penalty of perjury per 28 USC 1746,... that:

 1.) Currently [I am very Blessed] to even have my electricity

*and gas {e.g. Consumers Energy} still ON for the ending of the winter months… which is to say - that [I] have what can be described as an extended PAYMENT ARRANGEMENT PLAN.. and literally …just yesterday [I] …accidentally discovered that supposedly [I] was approx. $ 114.xx PAST DUE as to said payment arrangement plan with Consumers Energy [e.g. which is NOW paid] on an "emergency"/ unplanned basis by me]… see the screen caption as to such*

*immediately below... [and] I literally still OWE Consumers Energy approx. $ 375.xx in unpaid electric and gas charges {e.g. which are PART of said payment arrangement... as best that I can figure such out}.... Which is to say — due to my history of cardiovascular (hereditary serious medical issues - which began to worsen [as I recall] ...in the year[s] approx. 2002/ 2003 when I lived in the State of California).  Whereby [in the State of California] before I moved to the State of*

*Michigan with Colleen Connors.... [I] already had a history of serious back-spinal injury, and Stroke, and CVA and serious vision impairments:*



2.) By now ....it is obvious that BOTH interested parties - appellants {e.g. Colleen Connors and [me] Melvin Jones Jr.} live in the City of Flint, Michigan.   And, looking at the MOST recent {companion - emergency motion to AMEND/ ADD to our Appeal Brief which is already tendered to the appeals court by us ...on February 19th, 2025}... it SHOULD be obvious that in the current neighborhood in which Colleen and I live... there are neighbors who literally have

*and are CREATED A NEIGHBORHOOD NUISANCE… as to their "drug-dealer type" pit bull dogs being set upon Colleen Connors [e.g. mostly because she is a WHITE-WOMAN WHO IS JEWISH]…. and such is done by IGNORANT black african american neighbors [and/ or encouraged by certain neighbors]… out of HATE and JEALOUSY against me as a disabled guy… {e.g. with active participation by the City of Flint Officials  …such as Flint Mayor Sheldon Neeley}*

*because despite the FACT that the City of Flint/ Genesee County Land Bank took advantage of me on account of me being a disabled guy who uses a medically prescribed walker..... when the current home which I own was sold to me in November 2018... with a horrifically BLIGHTED front and rear-yard[s] (e..g. very tall and dangerous ROTTED and FALLING DOWN TREES/ large "widow-maker" tree branches and a partially collapsed and blighted garage... and MOLD, and*

*LEAKING ROOF [but NOT limited to such BLIGHT]... which literally due to the cost of such — was a LARGE part which gave rise to my NOW discharged BK-7 bankruptcy.... and so, the NEIGHBORHOOD NUISANCE as to the unlawful behaviour of the neighbors who live on Holser St. ....specific to (but NOT limited to) — 1921 Hosler St., 1925 Hosler St., 1929 Hosler St., and 1941 Hosler St., and (the sexual harasser - neighborhood nuisance [JOSH] who lives at 1942*

*Hosler St., Flint, Michigan ….which* **Yes, the aforementioned neighbor nuisance here… does for sure… significantly adversely affect [my] property value by interfering with (both Colleen Connors' and my [e.g. disabled Melvin Jones Jr.'s] enjoyment of the property (e.g. my home at 1935 Hosler St., Flint Michigan) , ….lowering its market value due to factors like excessive noise, poor property maintenance [of certain neighbors' homes], and/or disruptive behavior that makes**

*[my] home less desirable to potential buyers.*

*3.) And, the worst of it all… is that looking VERY carefully at Plaintiff-appellee Michigan AG Dana Nessel's [democratic animus against President Donald Trump, et al] in civil case #25-cv-10139… the State of Michigan leaders - such as Michigan Governor Gretchen Whitmer, and Michigan AG Dana Nessel… would rather SPEND MILLIONS of dollars litigating for MS-13, and TdA terror gang members who are illegal alien*

*WOMEN ….who have come to the United States to FURTHER and EXPAND the MS-13 transnational terrorist network [of family members] …via BIRTHRIGHT CITIZENSHIP …NON-ALLEGIANCE to the United States {e.g. which is NOT a constitutional issue which the 14th amendment to the United States Constitution was meant to "COVER" {e.g. as best that I can understand the matter …as a disabled guy here}.*

*Respectfully submitted.*

*Thank you.*

*Best,*

*Date: 3-2-2025*

*_____*

*Melvin Jones Jr. disabled*

*PRO SE appellant*

*1935 Hosler St.*

*Flint, Michigan*

*48503*

*Email: [jonesjrmel@gmail.com](mailto:jonesjrmel@gmail.com)*

*Google voice to text ph# 415-562-5074*