IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| STATE OF NEW JERSEY, et al.,<br><br>      Plaintiffs-Appellees,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>      Defendants.<br><br>―――――――――――――――<br><br>MELVIN JONES JR.; COLLEEN CONNORS,<br><br>      Interested Parties–Appellants. | No. 25-1158 |

**MOTION TO AMEND CAPTION**

The federal government defendants are currently listed as "Defendants" in the caption but should be listed as "Defendants-Appellees." The government respectfully requests the caption be amended so that the federal government defendants may file a motion seeking summary affirmance of the appeal from the denial of the motion to intervene and dismissal for lack of jurisdiction of the nonparties' appeal from the preliminary injunction. The Plaintiffs-Appellees do not oppose this motion to amend the caption.

1. Defendants have an interest in whether other parties intervene in their litigation. As a result, defendants are defendants-appellees in appeals from the denial of a motion to intervene. *See, e.g.*, *In re Efron*, 746 F.3d 30 (1st Cir. 2014); *R & G Mortg. Corp. v. Fed. Home Loan Mortg. Corp.*, 584 F.3d 1 (1st Cir. 2009); *T-Mobile Ne. LLC v. Town of Barnstable*, 969 F.3d 33 (1st Cir. 2020); *Pub. Serv. Co. of New Hampshire v. Patch*, 136 F.3d 197 (1st Cir. 1998).

2. Because the defendants are not listed as appellees, they are currently unable to file a motion in the CM/ECF system. The clerk's office has advised that defendants must file a motion to correct their designation.

## CONCLUSION

For the foregoing reasons, the defendants respectfully request the Court amend the caption to designate defendants as defendants-appellees.

Respectfully submitted,

SHARON SWINGLE

*s/ Derek Weiss*
DEREK WEISS
*Attorneys, Appellate Staff*
*Civil Division, Room 7325*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 616-5365*
*derek.l.weiss@usdoj.gov*

March 2025

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the requirements of Federal Rules of Appellate Procedure 27(d)(2)(E) and 32(a)(5)-(6) because it has been prepared in 14-point Garamond, a proportionally spaced font. I further certify that this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 220 words, according to the count of Microsoft Word.

*s/ Derek Weiss*
Derek Weiss

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2025, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system.

I certify that on March 6, 2025, I caused the foregoing motion to be served on appellants Melvin Jones Jr. and Colleen Connors by U.S. mail pursuant to Federal Rule of Appellate Procedure 25(c)(1)(B) to the following address:

Melvin Jones Jr. and Colleen Connors
1935 Hosler Street
Flint, MI 48503-4415

*s/ Derek Weiss*
Derek Weiss