# United States Court of Appeals
## For the First Circuit

No. 25-1158

STATE OF NEW JERSEY; COMMONWEALTH OF MASSACHUSETTS; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF MAINE; STATE OF MARYLAND; DANA NESSEL, Attorney General; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WISCONSIN; CITY AND COUNTY OF SAN FRANCISCO,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, in their official capacity as President of the United States; US DEPARTMENT OF STATE; MARCO RUBIO, in their official capacity as Secretary of State; US DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in their official capacity as Secretary of Homeland Security; US DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in their official capacity as Secretary of Health and Human Services; US SOCIAL SECURITY ADMINISTRATION; MICHELLE KING, in their official capacity as Acting Commissioner of Social Security; UNITED STATES,

Defendants.

-----------------------------------------------------------------

MELVIN JONES, JR.; COLLEEN CONNORS,

Interested Parties - Appellants.

_____

Appellants pro se Melvin Jones Jr. and Colleen Connors' NOTICE of and that we DO NOT oppose the Donald Trump, et al motion to change the caption and we… will NOT oppose any motion filed by the government which seeks to end the appeal… although we strongly disagree with such misguided notion.

*NOTICE OF NON OPPOSITION TO THE GOVERNMENT'S MOTION TO CHANGE THE CAPTION....*

*1.)　Here we the pro se appellants believe that so shall the Donald Trump Administration wants… so shall they get [e.g. through Christ] and God's blessing and favor upon my life.*

*2.)　That is to say… that [we]/ I respectfully believe that through a*

*MULTITUDE of input received by and from the general public {e.g. and YES... even the disabled such as myself}... no matter how unpopular my and/ or our pleadings may seem as pro se interested parties — at the end of the day... [neither Colleen Connors NOR Melvin Jones Jr.] have millions of dollars so that we can insulate ourselves from the*

*HORRORS and ECONOMIC STRIFE that is a result of such a broken immigration system which currently infects that United States of America;*

3.) *NOR do we/ I believe that the Donald Trump Administration, et al… is gonna be prejudiced in any manner by having a MORE "MIDDLE OF THE ROAD" and MORE REASONED approach to*

*and what is our attempt to have a SMALL PART of case law changed and NOT ...simply having the current President - Donald Trump {e.g. although ...[I] fully understand his frustration at the democratic failures of the last 4 years as to the broken border mess and misspending of monies... in the State of California and State of Michigan for*

*example}... and so OUT OF RESPECT [and YES] admiration for the courage and out right guts that it takes for the current presidential administration to do SO MUCH in less than 100 days in office.... [I] cannot and WILL NOT oppose their upcoming motions.*

*4.)   Here... [I] simply will NOT put forth responsive pleadings which I believe*

*will/ can "weaken" the President Donald Trump, et al. presidential administration's goals …which [I] believe are GOOD FAITH, and HONORABLE… and [I]… as a vulnerable disabled person [am] VERY THANKFUL to have a presidential administration that is will to "tackle" the thorny issue of birthright citizenship.*

Thank you.

Best,

Date: 3-7-2025

_____

Melvin Jones Jr. disabled PRO SE appellant (interested party)

1935 Hosler St.

Flint, Michigan 48503

Email: jonesjrmel@gmail.com

Google voice to text ph# 415-562-5074

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

STATE OF NEW JERSEY, et al.,

    Plaintiffs-Appellees,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,

    Defendants.

MELVIN JONES JR.; COLLEEN CONNORS,

    Interested Parties–Appellants.

No. 25-1158

## MOTION TO AMEND CAPTION

The federal government defendants are currently listed as "Defendants" in the caption but should be listed as "Defendants-Appellees." The government respectfully requests the caption be amended so that the federal government defendants may file a motion seeking summary affirmance of the appeal from the denial of the motion to intervene and dismissal for lack of jurisdiction of the nonparties' appeal from the preliminary injunction. The Plaintiffs-Appellees do not oppose this motion to amend the caption.

1. Defendants have an interest in whether other parties intervene in their litigation. As a result, defendants are defendants-appellees in appeals from the denial of a motion to intervene. *See, e.g.*, *In re Efron*, 746 F.3d 30 (1st Cir. 2014); *R & G Mortg. Corp. v. Fed. Home Loan Mortg. Corp.*, 584 F.3d 1 (1st Cir. 2009); *T-Mobile Ne. LLC v. Town of Barnstable*, 969 F.3d 33 (1st Cir. 2020); *Pub. Serv. Co. of New Hampshire v. Patch*, 136 F.3d 197 (1st Cir. 1998).

2. Because the defendants are not listed as appellees, they are currently unable to file a motion in the CM/ECF system. The clerk's office has advised that defendants must file a motion to correct their designation.

## CONCLUSION

For the foregoing reasons, the defendants respectfully request the Court amend the caption to designate defendants as defendants-appellees.

Respectfully submitted,

SHARON SWINGLE

*s/ Derek Weiss*
DEREK WEISS
   *Attorneys, Appellate Staff*
   *Civil Division, Room 7325*
   *U.S. Department of Justice*
   *950 Pennsylvania Avenue NW*
   *Washington, DC 20530*
   *(202) 616-5365*
   *derek.l.weiss@usdoj.gov*

March 2025

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the requirements of Federal Rules of Appellate Procedure 27(d)(2)(E) and 32(a)(5)-(6) because it has been prepared in 14-point Garamond, a proportionally spaced font. I further certify that this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 220 words, according to the count of Microsoft Word.

*s/ Derek Weiss*
Derek Weiss

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2025, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system.

I certify that on March 6, 2025, I caused the foregoing motion to be served on appellants Melvin Jones Jr. and Colleen Connors by U.S. mail pursuant to Federal Rule of Appellate Procedure 25(c)(1)(B) to the following address:

Melvin Jones Jr. and Colleen Connors
1935 Hosler Street
Flint, MI 48503-4415

*s/ Derek Weiss*
Derek Weiss

3/6/25, 9:50 AM Gmail - Interested Parties–Appellants, Melvin Jones Jr. and I, Colleen Connors do not oppose the MOTION TO AMEND CAPTION...

Case: 25-1158   Document: 00118255894   Page: 12   Date Filed: 03/06/2025   Entry ID: 6704683



**MEL JONES JR <jonesjrmel@gmail.com>**

---

## Interested Parties–Appellants, Melvin Jones Jr. and I, Colleen Connors do not oppose the MOTION TO AMEND CAPTION in Case No. 25-1158
1 message

---

**Colleen Connors** <cmcolleen4@gmail.com>  Thu, Mar 6, 2025 at 9:48 AM
To: Zeldin.Lee@epa.gov, mobrien@irli.org, chajec@irli.org, gcanaan@irli.org, gwv@dcglaw.com, tmccotter@boydengray.com, daniel.epstein@aflegal.org, "jon@publicrightsproject.org" <jon@publicrightsproject.org>, serviceS3@michigan.gov, giovanatiN@michigan.gov, Stacey.Metro@ag.ny.gov, Annabelle.Wilmott@doj.ca.gov, Lorraine.Lopez@doj.ca.gov, Delbert.Tran@doj.ca.gov, zoe.levine@ag.ny.gov, Irina.Trasovan@doj.ca.gov, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, jgrayson@nmdoj.gov, molly.alarcon@sfcityatty.org, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, shannon.stevenson@coag.gov, ksadeck@riag.ri.gov, jared.b.cohen@mass.gov, john.keller@ag.state.mn.us, johnsonkarpg@doj.state.wi.us, julio.thompson@vermont.gov, dmosteller@ncdoj.gov, "jeremy.feigenbaum@njoag.gov" <Jeremy.feigenbaum@njoag.gov>, shankar.duraiswamy@njoag.gov, Viviana.hanley@njoag.gov, shefali.saxena@law.njoag.gov, Elizabeth.walsh@law.njoag.gov, HStern@ag.nv.gov, akirschner@oag.state.md.us, Janelle.Medeiros@ct.gov, PolicyOffice@epa.gov, EIS-Filing@epa.gov, education@epa.gov, NEPAssisthelp@epa.gov, NEPA@epa.gov, eric.wessan@ag.iowa.gov, matt.rice@ag.tn.gov, nlindzen@corpfraudlaw.com, yuri.s.fuchs@usdoj.gov, sara.eisenberg@sfcityatty.org
Cc: Colleen Connors <CMColleen4@gmail.com>, "Marissa.Malouff@doj.ca.gov" <Marissa.Malouff@doj.ca.gov>, "vanessa.kassab@delaware.gov" <vanessa.kassab@delaware.gov>, "kaliko.d.fernandes_hawaii_gov" <kaliko.d.fernandes@hawaii.gov>, "harrist19@michigan.gov" <harrist19@michigan.gov>, "eng.connie@epa.gov" <eng.connie@epa.gov>, "egle-nondiscriminationCC@michigan.gov" <egle-nondiscriminationCC@michigan.gov>, "Cormack, Hayley" <Cormack.Hayley@epa.gov>, "EGLE-Accessibility@michigan.gov" <EGLE-Accessibility@michigan.gov>, "Faltin, Todd (he/they)" <Faltin.Todd@epa.gov>, "Oviedo, Luis" <oviedo.luis@epa.gov>, "MacMillan-Sanchez, Ariel (she/her/hers)" <MacmillanSanchez.Ariel@epa.gov>, "Johnson, Johahna (she/her/hers)" <Johnson.Johahna@epa.gov>, "Mason, Trinita" <Mason.Trinita@epa.gov>, "Moore, Tammy" <moore.tammy@epa.gov>, "Walts, Alan (he/him/his)" <walts.alan@epa.gov>, Deborah Greenspan <deborah.greenspan@blankrome.com>, "Risley, David" <Risley.David@epa.gov>, "tmlewis@cityofflint.com" <tmlewis@cityofflint.com>, "cmcgehee@pittlawpc.com" <cmcgehee@pittlawpc.com>, "eric.a.rey@usdoj.gov" <eric.a.rey@usdoj.gov>, "Jason.T.Cohen@usdoj.gov" <Jason.T.Cohen@usdoj.gov>, "OIG_Hotline@epa.gov" <OIG_Hotline@epa.gov>, Corey <cstern@levylaw.com>, Patrick Lanciotti <PLanciotti@napolilaw.com>, "dpettway@cityofflint.com" <dpettway@cityofflint.com>, "saneeley@cityofflint.com" <saneeley@cityofflint.com>, "mbard@cityofflint.com" <mbard@cityofflint.com>, "michelle.t.domingue.II@usdoj.gov" <michelle.t.domingue.II@usdoj.gov>, "Kaplan, Robert (he/him/his)" <kaplan.robert@epa.gov>, Mel jones jr <meljonesjr@gmail.com>, "marianne.f.kies@usdoj.gov" <marianne.f.kies@usdoj.gov>, "daniel.c.eagles@usdoj.gov" <daniel.c.eagles@usdoj.gov>, "kuhlr@michigan.gov" <kuhlr@michigan.gov>, "gambilln@michigan.gov" <gambilln@michigan.gov>, "MitosinkaA@michigan.gov" <MitosinkaA@michigan.gov>, "gaiello@mayerbrown.com" <gaiello@mayerbrown.com>, "jkuptz@cityofflint.com" <jkuptz@cityofflint.com>, "dfaraci@campbell-trial-lawyers.com" <dfaraci@campbell-trial-lawyers.com>, "alin@eisnerlaw.com" <alin@eisnerlaw.com>, "ccmushatt@cityofflint.com" <ccmushatt@cityofflint.com>, "heidy.gonzalez@usdoj.gov" <heidy.gonzalez@usdoj.gov>, AG attorney as to MI COC civil case #23-000115-MZ <bettenhausenm@michigan.gov>, robinsonr11 <robinsonr11@michigan.gov>, Justus Brown <jubrown@cityofflint.com>, Kameshia Ar-Rahmaan <kar-rahmaan@cityofflint.com>, Davina Donahue <ddonahue@cityofflint.com>, City of Flint Clerk's Office <cityclerk@cityofflint.com>, Davina Donahue <CouncilPublicComment@cityofflint.com>, "trachelleyoung@gmail.com" <trachelleyoung@gmail.com>, Ladel Lewis <llewis@cityofflint.com>, Judy Priestley <jpriestley@cityofflint.com>, Tonya Burns <tburns@cityofflint.com>, Mark Cuker <mark@cukerlaw.com>, "michael.l.williams@usdoj.gov" <michael.l.williams@usdoj.gov>, "molsen@mayerbrown.com" <molsen@mayerbrown.com>, "jcampbell@campbell-trial-lawyers.com" <jcampbell@campbell-trial-lawyers.com>, "mnguyen-dang@mayerbrown.com" <mnguyen-dang@mayerbrown.com>, "pnapoli_napolilaw.com" <pnapoli@napolilaw.com>, Renee Auten <rauten@thelandbank.org>, Jennifer Riggs <jriggs@thelandbank.org>, Jeremy Maltz <jeremy@lehotskykeller.com>, "hammoudf1@michigan.gov" <HammoudF1@michigan.gov>, Michigan Attorney General <miag@michigan.gov>, "dweyre@mcalpinepc.com" <dweyre@mcalpinepc.com>, "g@mayerbrown.com" <g@mayerbrown.com>, "ljiang@susmangodfrey.com" <ljiang@susmangodfrey.com>, mpitt <mpitt@pittlawpc.com>, Hunter Shkolnik <hunter@napolilaw.com>, "arosenman@mayerbrown.com" <arosenman@mayerbrown.com>, Theodore Leopold <tleopold@cohenmilstein.com>, Emmy Levens <elevens@cohenmilstein.com>, Flint Mayor <mayor@cityofflint.com>, "frank.bednarz@hlli.org" <frank.bednarz@hlli.org>, "ted.frank@hlli.org" <ted.frank@hlli.org>, Diane

Case: 25-1158     Document: 00118255894     Page: 13     Date Filed: 03/06/2025     Entry ID: 6704683

3/6/25, 8:50 AM                Gmail - Interested Parties–Appellants, Melvin Jones Jr. and I, Colleen Connors do not oppose the MOTION TO AMEND CAPTION…

<russell.diane@epa.gov>, Amanda Trujillo <atrujillo@cityofflint.com>, "King-Piepenbrok, Pier (AG)" <KingP1@michigan.gov>, "jonhoma@sinasdramis.com" <jonhoma@sinasdramis.com>, "val@vlwlegal.com" <val@vlwlegal.com>, "sdg@miller.law" <sdg@miller.law>, "sparadise@eisnerlaw.com" <sparadise@eisnerlaw.com>, "echeverria.marietta@epa.gov" <echeverria.marietta@epa.gov>, "thompkins.anita@epa.gov" <thompkins.anita@epa.gov>, "burneson.eric@epa.gov" <burneson.eric@epa.gov>, "travers.david@epa.gov" <travers.david@epa.gov>, "waters.tom@epa.gov" <waters.tom@epa.gov>, "davis.angela@epa.gov" <davis.angela@epa.gov>, franklmcnamara@gmail.com, mriordan@publicinterestlegal.org, eric.hamilton@usdoj.gov, "ryan@mclanelaw.com" <ryan@mclanelaw.com>, MEL JONES JR <jonesjrmel@gmail.com>

DATE: March 6, 2025

To All,

As Interested Parties–Appellants, Melvin Jones Jr. and I, Colleen Connors do not oppose the MOTION TO AMEND CAPTION in Case No. 25-1158 (attached).

However, Mr. Jones and I believe that President Donald J. Trump cannot change the United States Constitution with the stroke of a pen. Rather, Mr. Jones and I believe that it is opinions such as ours, e.g., the downtrodden, Jewish, and disabled, that are the more reasoned and middle of the road.

In other words, within a multitude of counsel there is wisdom.

Thank you,

Colleen Connors

---


**Document.pdf**
101K