3/8/25, 5:24 AM    Gmail - #25-1158 [To: the Plaintiff AG "lead attorney"/ New Jersey AG [we] believe... thank you for the courtesy LARGE PRINT docu...

 GmaiI                                                                                                   MEL JONES JR <jonesjrmel@gmail.com>

# #25-1158 [To: the Plaintiff AG "lead attorney"/ New Jersey AG [we] believe... thank you for the courtesy LARGE PRINT document/ motions which you sent via US Mail)... and I gentle reminder for the defendants Trump, et al.... LARGE PRINT is very helpful to me [AND THE 1st CIRCUIT ALLOWS SERVICE VIA EMAIL [e.g. so we all can "move at the speed of TECH" - LOL.

1 message

**MEL JONES JR** <jonesjrmel@gmail.com>                                                                   Sat, Mar 8, 2025 at 5:23 AM
To: Zeldin.Lee@epa.gov, mobrien@irli.org, chajec@irli.org, gcanaan@irli.org, gwv@dcglaw.com, tmccotter@boydengray.com, daniel.epstein@aflegal.org, "jon@publicrightsproject.org" <jon@publicrightsproject.org>, serviceS3@michigan.gov, giovanatiN@michigan.gov, Stacey.Metro@ag.ny.gov, Annabelle.Wilmott@doj.ca.gov, Lorraine.Lopez@doj.ca.gov, Delbert.Tran@doj.ca.gov, zoe.levine@ag.ny.gov, Irina.Trasovan@doj.ca.gov, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, jgrayson@nmdoj.gov, molly.alarcon@sfcityatty.org, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, shannon.stevenson@coag.gov, ksadeck@riag.ri.gov, jared.b.cohen@mass.gov, john.keller@ag.state.mn.us, johnsonkarpg@doj.state.wi.us, julio.thompson@vermont.gov, dmosteller@ncdoj.gov, "jeremy.feigenbaum@njoag.gov" <Jeremy.feigenbaum@njoag.gov>, shankar.duraiswamy@njoag.gov, Viviana.hanley@njoag.gov, shefali.saxena@law.njoag.gov, Elizabeth.walsh@law.njoag.gov, HStern@ag.nv.gov, akirschner@oag.state.md.us, Janelle.Medeiros@ct.gov, PolicyOffice@epa.gov, EIS-Filing@epa.gov, education@epa.gov, NEPAssisthelp@epa.gov, NEPA@epa.gov, eric.wessan@ag.iowa.gov, matt.rice@ag.tn.gov, nlindzen@corpfraudlaw.com, yuri.s.fuchs@usdoj.gov, sara.eisenberg@sfcityatty.org
Cc: Colleen Connors <CMColleen4@gmail.com>, "Marissa.Malouff@doj.ca.gov" <Marissa.Malouff@doj.ca.gov>, "vanessa.kassab@delaware.gov" <vanessa.kassab@delaware.gov>, "kaliko.d.fernandes_hawaii_gov" <kaliko.d.fernandes@hawaii.gov>, "jeremy.feigenbaum@njoag.gov" <jeremy.feigenbaum@njoag.gov>, "harrist19@michigan.gov" <harrist19@michigan.gov>, "eng.connie@epa.gov" <eng.connie@epa.gov>, "egle-nondiscriminationCC@michigan.gov" <egle-nondiscriminationCC@michigan.gov>, "Cormack, Hayley" <Cormack.Hayley@epa.gov>, "EGLE-Accessibility@michigan.gov" <EGLE-Accessibility@michigan.gov>, "Faltin, Todd (he/they)" <Faltin.Todd@epa.gov>, "Oviedo, Luis" <oviedo.luis@epa.gov>, "MacMillan-Sanchez, Ariel (she/her/hers)" <MacmillanSanchez.Ariel@epa.gov>, "Johnson, Johanna (she/her/hers)" <Johnson.Johahna@epa.gov>, "Mason, Trinita" <Mason.Trinita@epa.gov>, "Moore, Tammy" <moore.tammy@epa.gov>, "Walts, Alan (he/him/his)" <walts.alan@epa.gov>, Deborah Greenspan <deborah.greenspan@blankrome.com>, "Risley, David" <Risley.David@epa.gov>, "tmlewis@cityofflint.com" <tmlewis@cityofflint.com>, "cmcgehee@pittlawpc.com" <cmcgehee@pittlawpc.com>, "eric.a.rey@usdoj.gov" <eric.a.rey@usdoj.gov>, "Jason.T.Cohen@usdoj.gov" <Jason.T.Cohen@usdoj.gov>, "OIG_Hotline@epa.gov" <OIG_Hotline@epa.gov>, Corey <cstern@levylaw.com>, Patrick Lanciotti <PLanciotti@napolilaw.com>, "dpettway@cityofflint.com" <dpettway@cityofflint.com>, "saneeley@cityofflint.com" <saneeley@cityofflint.com>, "mbard@cityofflint.com" <mbard@cityofflint.com>, "michelle.t.domingue.II@usdoj.gov" <michelle.t.domingue.II@usdoj.gov>, "Kaplan, Robert (he/him/his)" <kaplan.robert@epa.gov>, Mel jones jr <meljonesjr@gmail.com>, "marianne.f.kies@usdoj.gov" <marianne.f.kies@usdoj.gov>, "daniel.c.eagles@usdoj.gov" <daniel.c.eagles@usdoj.gov>, "kuhlr@michigan.gov" <kuhlr@michigan.gov>, "gambilln@michigan.gov" <gambilln@michigan.gov>, "MitosinkaA@michigan.gov" <MitosinkaA@michigan.gov>, "gaiello@mayerbrown.com" <gaiello@mayerbrown.com>, "jkuptz@cityofflint.com" <jkuptz@cityofflint.com>, "dfaraci@campbell-trial-lawyers.com" <dfaraci@campbell-trial-lawyers.com>, "alin@eisnerlaw.com" <alin@eisnerlaw.com>, "ccmushatt@cityofflint.com" <ccmushatt@cityofflint.com>, "heidy.gonzalez@usdoj.gov" <heidy.gonzalez@usdoj.gov>, AG attorney as to MI COC civil case #23-000115-MZ <bettenhausenm@michigan.gov>, robinsonr11 <robinsonr11@michigan.gov>, Justus Brown <jubrown@cityofflint.com>, Kameshia Ar-Rahmaan <kar-rahmaan@cityofflint.com>, Davina Donahue <ddonahue@cityofflint.com>, City of Flint Clerk's Office <cityclerk@cityofflint.com>, Davina Donahue <CouncilPublicComment@cityofflint.com>, "trachelleyoung@gmail.com" <trachelleyoung@gmail.com>, Ladel Lewis <llewis@cityofflint.com>, Judy Priestley <jpriestley@cityofflint.com>, Tonya Burns <tburns@cityofflint.com>, Mark Cuker <mark@cukerlaw.com>, "michael.l.williams@usdoj.gov" <michael.l.williams@usdoj.gov>, "molsen@mayerbrown.com" <molsen@mayerbrown.com>, "jcampbell@campbell-trial-lawyers.com" <jcampbell@campbell-trial-lawyers.com>, "mnguyen-dang@mayerbrown.com" <mnguyen-dang@mayerbrown.com>, "pnapoli_napolilaw.com" <pnapoli@napolilaw.com>, Renee Auten <rauten@thelandbank.org>, Jennifer Riggs <jriggs@thelandbank.org>, Jeremy Maltz <jeremy@lehotskykeller.com>, "hammoudf1@michigan.gov" <HammoudF1@michigan.gov>, Michigan Attorney General <miag@michigan.gov>,

Case: 25-1158     Document: 00118256834     Page: 2     Date Filed: 03/08/2025     Entry ID: 6705186

3/8/25, 9:24 AM                                              Gmail - #25-1158 [To: the Plaintiffs-Appellees attorneys] [New Jersey AG [we] believe... thank you for the courtesy] LARGE PRINT doc o...

"dweyre@mcalpinepc.com" <dweyre@mcalpinepc.com>, "g@mayerbrown.com" <g@mayerbrown.com>, "ljiang@susmangodfrey.com" <ljiang@susmangodfrey.com>, mpitt <mpitt@pittlawpc.com>, Hunter Shkolnik <hunter@napolilaw.com>, "arosenman@mayerbrown.com" <arosenman@mayerbrown.com>, Theodore Leopold <tleopold@cohenmilstein.com>, Emmy Levens <elevens@cohenmilstein.com>, Flint Mayor <mayor@cityofflint.com>, "frank.bednarz@hlli.org" <frank.bednarz@hlli.org>, "ted.frank@hlli.org" <ted.frank@hlli.org>, Diane <russell.diane@epa.gov>, Amanda Trujillo <atrujillo@cityofflint.com>, "King-Piepenbrok, Pier (AG)" <KingP1@michigan.gov>, "jonhoma@sinasdramis.com" <jonhoma@sinasdramis.com>, "val@vlwlegal.com" <val@vlwlegal.com>, "sdg@miller.law" <sdg@miller.law>, "sparadise@eisnerlaw.com" <sparadise@eisnerlaw.com>, "echeverria.marietta@epa.gov" <echeverria.marietta@epa.gov>, "thompkins.anita@epa.gov" <thompkins.anita@epa.gov>, "burneson.eric@epa.gov" <burneson.eric@epa.gov>, "travers.david@epa.gov" <travers.david@epa.gov>, "waters.tom@epa.gov" <waters.tom@epa.gov>, "davis.angela@epa.gov" <davis.angela@epa.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, nlindzen@corpfraudlaw.com, franklmcnamara@gmail.com, mriordan@publicinterestlegal.org, eric.hamilton@usdoj.gov, "ryan@mclanelaw.com" <ryan@mclanelaw.com>, Zeldin.Lee@epa.gov, zoe.levine@ag.ny.gov, MEL JONES JR <jonesjrmel@gmail.com>
Bcc: UrbanForestNewYork@gmail.com, Mel jones jr <meljonesjr@gmail.com>

> March 8th, 2025

*To: the plaintiffs-appellees in 1st Circuit Appeal #25-1158 [and to ALL]*

*Good morning,*
*This EMAIL/ correspondence will ALSO serve a what I can loosely term as an additional "citation of authorities"/ agreement from the plaintiffs-appellees that [I], disabled Melvin Jones Jr., DO IN FACT [e.g. and there is NO DISPUTE AS TO SUCH].... that I do for sure NEED courtesy LARGE PRINT DOCUMENTS/ ORDERS FROM THE First Circuit Court of Appeals [e.g. the upcoming APPEALS COURT'S dismissal of our pro se instant appeal #25-1158... which GRANTS our CORRECTED motion for dismissal with prejudice];*

*and... just as a "side notation" ...the City in which BOTH Colleen Connors and [I] currently live {e.g. the City of Flint}.... is so ANTI SEMITIC and SO ANTI-DISABLED against Colleen and me... that they have for nearly 7 years refused to GRANT any sort of LARGE PRINT accommodation to/ for me.... and instead the City of Flint and City of Flint Mayor Sheldon Neeley and City of Flint Mayor Neeley Administration have sought to SHUT ME UP about my need for large print accommodation with intimidation, retaliation, and colluded violence put against both Colleen Connors and [me]/ disabled Melvin Jones Jr.; AND THE STATE OF MICHIGAN - AG DANA NESSEL HAS "SAT BY" AND DONE NOTHING ABOUT IT.*

***All the while... the republicans {i.e. president Donald Trump}... NOW has ELON MUSK... as his super-power ACTUAL president of the United States... whereby mostly [with all due respect to president Donald Trump].... Mr. Trump is a marionette/ puppet***

3/8/25, 5:24 AM  Gmail - #25-1158 [To: the Plaintiff AG lead attorney / New Jersey AG [we] believe... thank you for the courtesy] LARGE PRINT.doc...

Case: 25-1158    Document: 00118256834    Page: 4    Date Filed: 03/08/2025    Entry ID: 6705186

## being input with ELON MUSK's [super power].... YES - read on further here to know of which I speak:

And, so NOW.... [it]/ the matter at hand {e.g. yes - this is an ALERT to the Plaintiffs - AG states and appellees in the two remaining appeals {e.g. #25-1200 and #25-1170}... both of which MUST and WILL fail horribly {e.g. and I say this out of THANKFULNESS to president Donald Trump specifically}... who NOW has a "side helper running the United States"/ a PAID caregiver... who literally has a SUPER-POWER... which NONE of the rest of the folks in the Donald Trump [litigation team and whitehouse itself DO NOT HAVE] ...a super-power which is mostly misunderstood and horribly discriminated against by NON-SUPER POWER {i.e. non-disabled people}.... and that super power is what [am I, disabled ("on the spectrum"/ aspergers-autism mildly affected guy - Melvin Jones Jr. {whom has and was born with also "episodic" legal blindness to put it mildly}, have in a SMALL sense]..... but much more successful folks whom have NO OTHER coexisting serious physical

disabilities such as vision impairments and eye-strain migraine headaches... such as:
1. ELON MUSK,
2. MARK ZUCKERBERG,
3. JEFF BEZOS,
4. GRETA THUNBERG.... all have [and] that is ASPERGERS/ AUTISM "spectrum".... SUPER-POWER....
5. and to a VERY mild amount [me]/ disabled MELVIN JONES JR.

....which is to say [**THANK YOU - ELON MUSK**]: *Yes, Elon Musk has publicly stated that he has Asperger's syndrome, a form of autism spectrum disorder, during his hosting appearance on "Saturday Night Live" in 2021.*

*Here's a more detailed explanation:*

> *__Public Disclosure:__*
> *On May 8, 2021, during his "Saturday Night Live" monologue, Musk stated, "I'm making history tonight as the first person with Asperger's to host SNL,".*
>
> *__Asperger's Syndrome and Autism:__*

Case: 25-1158    Document: 00118256834    Page: 6    Date Filed: 03/08/2025    Entry ID: 6705186

3/8/25, 5:24 AM                            Gmail - #25-1158 [ To: the Plaintiff AG lead attorney / New Jersey AG [we] believe… thank you for the courtesy ] LARGE PRINT doc…

*Asperger's syndrome is now considered a part of the broader autism spectrum disorder (ASD).*

## *Neurodiversity:*

*Musk's revelation highlighted how neurodiversity can lead to extraordinary accomplishments and de-stigmatized autism.*


## *Openness and Acceptance:*

*Musk's openness about his diagnosis has helped promote the acceptance of neurodiversity, encouraging understanding and embracing the unique strengths and challenges of individuals with autism.*

*//*
*Here, in the future… as to ANY and ALL non-pacer service of*
*documents for either myself [or] Colleen Connors from the*
*defendant or plaintiffs in civil case #25-cv-10139… please*
*NOTE …that [we] interested parties {Melvin Jones Jr. and*

3/8/25, 5:24 AM Gmail - #25-1158 [ To: the Plaintiff AG lead attorney ] New Jersey AG [we] believe... thank you for the courtesy LARGE PRINT doc...

Case: 25-1158  Document: 00118256834  Page: 7  Date Filed: 03/08/2025  Entry ID: 6705186

# Colleen Connors}... will ACCEPT such via EMAIL in large print [e.g. preferably 27 point font].

> Simply put, my eyes are still sore and my vision is extra blurry from the mail documents which Colleen and I received yesterday [e.g. which I did NOT read fully]... but I am informed that the plaintiffs mailed a LARGE PRINT document or two.... and the defendants [suprisingly] mailed a VERY SMALL print document... which Colleen did read {e.g. which strains her eyes also... albeit her vision is NOT as seriously impaired as my vision impairment are}.
> Best, 😃....

> {{ and [a] BLESSED and FAVOR, and GRACE FILLED WEEKEND TO ALL }}.
> /s/
> Melvin Jones Jr.. - disabled PRO SE appellant
> 1935 Hosler St.

3/8/25, 5:24 AM Gmail - #25-1158 [To: the Plaintiff AG lead attorney / New Jersey AG [we] believe… thank you for the courtesy LARGE PRINT doc…

Case: 25-1158 Document: 00118256834 Page: 8 Date Filed: 03/08/2025 Entry ID: 6705186

Flint, Michigan 48503

Email: jonesjrmel@gmail.com

Google voice to text ph# 415-562-5074