# Inside the Explosive Meeting Where Trump Officials Clashed With Elon Musk

Simmering anger at the billionaire's unchecked power spilled out in a remarkable Cabinet Room meeting. The president quickly moved to rein in Mr. Musk.

 

By Jonathan Swan and Maggie Haberman

Jonathan Swan and Maggie Haberman are White House correspondents. They reported from Washington.

March 7, 2025

Marco Rubio was incensed. Here he was in the Cabinet Room of the White House, the secretary of state, seated beside the president and listening to a litany of attacks from the richest man in the world.

Seated diagonally opposite, across the elliptical mahogany table, Elon Musk was letting Mr. Rubio have it, accusing him of failing to slash his staff.

You have fired "nobody," Mr. Musk told Mr. Rubio, then scornfully added that perhaps the only person he had fired was a staff member from Mr. Musk's Department of Government Efficiency.

Mr. Rubio had been privately furious with Mr. Musk for weeks, ever since his team effectively shuttered an entire agency that was supposedly under Mr. Rubio's control: the United States Agency for International Development. But, in the extraordinary cabinet meeting on Thursday in front of President Trump and around 20 others — details of which have not been reported before — Mr. Rubio got his grievances off his chest.

Mr. Musk was not being truthful, Mr. Rubio said. What about the more than 1,500 State Department officials who took early retirement in buyouts? Didn't they count as layoffs? He asked, sarcastically, whether Mr. Musk wanted him to rehire all

those people just so he could make a show of firing them again. Then he laid out his detailed plans for reorganizing the State Department.



Secretary of State Marco Rubio has been privately furious with Mr. Musk for weeks. Haiyun Jiang for The New York Times

Mr. Musk was unimpressed. He told Mr. Rubio he was "good on TV," with the clear subtext being that he was not good for much else. Throughout all of this, the president sat back in his chair, arms folded, as if he were watching a tennis match.

After the argument dragged on for an uncomfortable time, Mr. Trump finally intervened to defend Mr. Rubio as doing a "great job." Mr. Rubio has a lot to deal with, the president said. He is very busy, he is always traveling and on TV, and he has an agency to run. So everyone just needs to work together.

The meeting was a potential turning point after the frenetic first weeks of Mr. Trump's second term. It yielded the first significant indication that Mr. Trump was willing to put some limits on Mr. Musk, whose efforts have become the subject of several lawsuits and prompted concerns from Republican lawmakers, some of whom have complained directly to the president.

Cabinet officials almost uniformly like the concept of what Mr. Musk set out to do — reducing waste, fraud and abuse in government — but have been frustrated by the chain saw approach to upending the government and the lack of consistent coordination.

Thursday's meeting, which was abruptly scheduled on Wednesday evening, was a sign that Mr. Trump was mindful of the growing complaints. He tried to offer each side something by praising both Mr. Musk and his cabinet secretaries. (At least one, Treasury Secretary Scott Bessent, who has had tense encounters related to Mr. Musk's team, was not present.) The president made clear he still supported the mission of the Musk initiative. But now was the time, he said, to be a bit more refined in its approach.

From now on, he said, the secretaries would be in charge; the Musk team would only advise.

It is unclear what the long-term impact of the meeting will be. Mr. Musk remains Mr. Trump's biggest political financial supporter — just this week his super PAC aired $1 million worth of ads that said, "Thank you, President Trump" — and Mr. Musk's control of the social media website X has made administration staff members and cabinet secretaries alike fearful that he will target them in public.



The cabinet meeting was the first significant indication that President Trump is willing to put some limits on Mr. Musk. Eric Lee/The New York Times

But if nothing else, the session laid bare the tensions within Mr. Trump's team, and news of the sharp clashes spread quickly through senior ranks of cabinet agencies after it was over. This account is based on interviews with five people with knowledge of the events.

In a post on social media after the meeting, Mr. Trump said the next phase of his plan to cut the federal work force would be conducted with a "scalpel" rather than a "hatchet" — a clear reference to Mr. Musk's scorched-earth approach.

Mr. Musk, who wore a suit and tie to Thursday's meeting instead of his usual T-shirt after Mr. Trump publicly ribbed him about his sloppy appearance, defended himself by saying that he had three companies with a market cap of tens of billions of dollars, and that his results spoke for themselves.

But he was soon clashing with members of the cabinet.

Just moments before the blowup with Mr. Rubio, Mr. Musk and the transportation secretary, Sean Duffy, went back and forth about the state of the Federal Aviation Administration's equipment for tracking airplanes and what kind of fix was needed. Howard Lutnick, the commerce secretary, jumped in to support Mr. Musk.

Mr. Duffy said the young staff of Mr. Musk's team was trying to lay off air traffic controllers. What am I supposed to do? Mr. Duffy said. I have multiple plane crashes to deal with now, and your people want me to fire air traffic controllers?



A crane removing pieces of an American Airlines plane that crashed in January from the Potomac River near Ronald Reagan National Airport in Arlington, Va.  Al Drago for The New York Times

Mr. Musk told Mr. Duffy that his assertion was a "lie." Mr. Duffy insisted it was not; he had heard it from them directly. Mr. Musk, asking who had been fired, said: Give me their names. Tell me their names.

Mr. Duffy said there were not any names, because he had stopped them from being fired. At another point, Mr. Musk insisted that people hired under diversity, equity and inclusion programs were working in control towers. Mr. Duffy pushed back and Mr. Musk did not add details, but said during the longer back and forth that Mr. Duffy had his phone number and should call him if he had any issues to raise.

The exchange ended with Mr. Trump telling Mr. Duffy that he had to hire people from M.I.T. as air traffic controllers. These air traffic controllers need to be "geniuses," he said.

The secretary of veterans affairs, Doug Collins, has been dealing with one of the most politically sensitive challenges of all the cabinet secretaries. Mr. Musk's cuts will affect thousands of veterans — a powerful constituency and a core part of the Trump base. Mr. Collins made the point that they should not wield a blunt instrument and cleave off everyone from the V.A. They needed to be strategic about it. Mr. Trump agreed with Mr. Collins, saying they ought to retain the smart ones and get rid of the bad ones.

In response to a request for comment from The New York Times, Karoline Leavitt, the White House press secretary, said in a statement: "As President Trump said, this was a great and productive meeting amongst members of his team to discuss cost-cutting measures and staffing across the federal government. Everyone is working as one team to help President Trump deliver on his promise to make our government more efficient."

Tammy Bruce, a spokeswoman for the State Department, responded, "Secretary Rubio considered the meeting an open and productive discussion with a dynamic team that is united in achieving the same goal: making America great again."

A Department of Veterans Affairs spokesman said, "As President Trump has said, it's important to increase efficiency and reduce bureaucracy while keeping in place the best and most productive federal employees. V.A. is working with DOGE and the rest of the administration to do just that."

In a post on X on Friday, Mr. Duffy praised Mr. Trump and the work Mr. Musk's team is doing and said it was an effective cabinet meeting. He added that "the DEI Department at the FAA was eliminated on day 2" and that Mr. Trump's "approach of a scalpel versus a hatchet and better coordination between Secretaries and DOGE is the right approach to revolutionizing the way our government is run."

Mr. Musk, who later claimed on X that the cabinet meeting was "very productive," seemed far less enthused inside the room. He aggressively defended himself, reminding the cabinet secretaries that he had built multiple billion-dollar companies from the ground up and knew something about hiring good people.



Members of labor groups demonstrated against Mr. Musk and the Department of Government Efficiency. Valerie Plesch for The New York Times

Most cabinet members did not join the fray. Mr. Musk's anger directed at Mr. Rubio in particular seemed to catch people in the room by surprise, one person with knowledge of the meeting said. Another person said Mr. Musk's caustic responses to Mr. Duffy and Mr. Rubio seemed to deter other cabinet members, many of whom have privately complained about the Musk team, from speaking.

But it remains to be seen how long this new arrangement will last.

**Jonathan Swan** is a White House reporter covering the administration of Donald J. Trump. More about Jonathan Swan

**Maggie Haberman** is a White House correspondent, reporting on the second, nonconsecutive term of Donald J. Trump. More about Maggie Haberman

A version of this article appears in print on , Section A, Page 1 of the New York edition with the headline: Anger at Musk Erupts In Cabinet Room Clash With Key Trump Aides