Case: 25-1158    Document: 00118256852    Page: 1    Date Filed: 03/08/2025    Entry ID: 6705193

3/8/25, 2:52 PM                    Gmail - [are the president Donald Trump] and ELON MUSK .... and LEE ZELDIN staff reductions at the US EPA.... meant to HIDE an…


Gmail

MEL JONES JR <jonesjrmel@gmail.com>

**[are the president Donald Trump] and ELON MUSK .... and LEE ZELDIN staff reductions at the US EPA.... meant to HIDE and/ or "MOVE PAST" the US EPA's mandated duties to protect Flint residents [e.g. disabled. children and the aged].... and IF such is the case... is the LEAD DUST being confused with the FWC ???**
1 message

**MEL JONES JR** <jonesjrmel@gmail.com>                                                                                          Sat, Mar 8, 2025 at 2:14 PM
To: Deborah Greenspan <deborah.greenspan@blankrome.com>
Cc: MEL JONES JR <jonesjrmel@gmail.com>, Colleen Connors <CMColleen4@gmail.com>, Zeldin.Lee@epa.gov, mobrien@irli.org, chajec@irli.org, gcanaan@irli.org, gwv@dcglaw.com, tmccotter@boydengray.com, daniel.epstein@aflegal.org, "jon@publicrightsproject.org" <jon@publicrightsproject.org>, serviceS3@michigan.gov, giovanatiN@michigan.gov, Stacey.Metro@ag.ny.gov, Annabelle.Wilmott@doj.ca.gov, Lorraine.Lopez@doj.ca.gov, Delbert.Tran@doj.ca.gov, zoe.levine@ag.ny.gov, Irina.Trasovan@doj.ca.gov, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, jgrayson@nmdoj.gov, molly.alarcon@sfcityatty.org, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, shannon.stevenson@coag.gov, ksadeck@riag.ri.gov, jared.b.cohen@mass.gov, john.keller@ag.state.mn.us, johnsonkarpg@doj.state.wi.us, julio.thompson@vermont.gov, dmosteller@ncdoj.gov, "jeremy.feigenbaum@njoag.gov" <Jeremy.feigenbaum@njoag.gov>, shankar.duraiswamy@njoag.gov, Viviana.hanley@njoag.gov, shefali.saxena@law.njoag.gov, Elizabeth.walsh@law.njoag.gov, HStern@ag.nv.gov, akirschner@oag.state.md.us, Janelle.Medeiros@ct.gov, PolicyOffice@epa.gov, EIS-Filing@epa.gov, education@epa.gov, NEPAssisthelp@epa.gov, NEPA@epa.gov, eric.wessan@ag.iowa.gov, matt.rice@ag.tn.gov, nlindzen@corpfraudlaw.com, yuri.s.fuchs@usdoj.gov, sara.eisenberg@sfcityatty.org, "Marissa.Malouff@doj.ca.gov" <Marissa.Malouff@doj.ca.gov>, "vanessa.kassab@delaware.gov" <vanessa.kassab@delaware.gov>, "kaliko.d.fernandes_hawaii_gov" <kaliko.d.fernandes@hawaii.gov>, "harrist19@michigan.gov" <harrist19@michigan.gov>, "eng.connie@epa.gov" <eng.connie@epa.gov>, "egle-nondiscriminationCC@michigan.gov" <egle-nondiscriminationCC@michigan.gov>, "Cormack, Hayley" <Cormack.Hayley@epa.gov>, "EGLE-Accessibility@michigan.gov" <EGLE-Accessibility@michigan.gov>, "Faltin, Todd (he/they)" <Faltin.Todd@epa.gov>, "Oviedo, Luis" <oviedo.luis@epa.gov>, "MacMillan-Sanchez, Ariel (she/her/hers)" <MacmillanSanchez.Ariel@epa.gov>, "Johnson, Johahna (she/her/hers)" <Johnson.Johahna@epa.gov>, "Mason, Trinita" <Mason.Trinita@epa.gov>, "Moore, Tammy" <moore.tammy@epa.gov>, "Walts, Alan (he/him/his)" <walts.alan@epa.gov>, Deborah Greenspan <deborah.greenspan@blankrome.com>, "Risley, David" <Risley.David@epa.gov>, "tmlewis@cityofflint.com" <tmlewis@cityofflint.com>, "cmcgehee@pittlawpc.com" <cmcgehee@pittlawpc.com>, "eric.a.rey@usdoj.gov" <eric.a.rey@usdoj.gov>, "Jason.T.Cohen@usdoj.gov" <Jason.T.Cohen@usdoj.gov>, "OIG_Hotline@epa.gov" <OIG_Hotline@epa.gov>, Corey <cstern@levylaw.com>, Patrick Lanciotti <PLanciotti@napolilaw.com>, "dpettway@cityofflint.com" <dpettway@cityofflint.com>, "saneeley@cityofflint.com" <saneeley@cityofflint.com>, "mbard@cityofflint.com" <mbard@cityofflint.com>, "michelle.t.domingue.II@usdoj.gov" <michelle.t.domingue.II@usdoj.gov>, "Kaplan, Robert (he/him/his)" <kaplan.robert@epa.gov>, Mel jones jr <meljonesjr@gmail.com>, "marianne.f.kies@usdoj.gov" <marianne.f.kies@usdoj.gov>, "daniel.c.eagles@usdoj.gov" <daniel.c.eagles@usdoj.gov>, "kuhlr@michigan.gov" <kuhlr@michigan.gov>, "gambilln@michigan.gov" <gambilln@michigan.gov>, "MitosinkaA@michigan.gov" <MitosinkaA@michigan.gov>, "gaiello@mayerbrown.com" <gaiello@mayerbrown.com>, "jkuptz@cityofflint.com" <jkuptz@cityofflint.com>, "dfaraci@campbell-trial-lawyers.com" <dfaraci@campbell-trial-lawyers.com>, "alin@eisnerlaw.com" <alin@eisnerlaw.com>, "ccmushatt@cityofflint.com" <ccmushatt@cityofflint.com>, "heidy.gonzalez@usdoj.gov" <heidy.gonzalez@usdoj.gov>, AG attorney as to MI COC civil case #23-000115-MZ <bettenhausenm@michigan.gov>, robinsonr11 <robinsonr11@michigan.gov>, Justus Brown <jubrown@cityofflint.com>, Kameshia Ar-Rahmaan <kar-rahmaan@cityofflint.com>, Davina Donahue <ddonahue@cityofflint.com>, City of Flint Clerk's Office <cityclerk@cityofflint.com>, Davina Donahue <CouncilPublicComment@cityofflint.com>, "trachelleyoung@gmail.com" <trachelleyoung@gmail.com>, Ladel Lewis <llewis@cityofflint.com>, Judy Priestley <jpriestley@cityofflint.com>, Tonya Burns <tburns@cityofflint.com>, Mark Cuker <mark@cukerlaw.com>, "michael.l.williams@usdoj.gov" <michael.l.williams@usdoj.gov>, "molsen@mayerbrown.com" <molsen@mayerbrown.com>, "jcampbell@campbell-trial-lawyers.com" <jcampbell@campbell-trial-lawyers.com>, "mnguyen-dang@mayerbrown.com" <mnguyen-dang@mayerbrown.com>, "pnapoli_napolilaw.com" <pnapoli@napolilaw.com>, Renee Auten <rauten@thelandbank.org>, Jennifer Riggs <jriggs@thelandbank.org>, Jeremy Maltz <jeremy@lehotskykeller.com>, "hammoudf1@michigan.gov" <HammoudF1@michigan.gov>, Michigan Attorney General <miag@michigan.gov>, "dweyre@mcalpinepc.com" <dweyre@mcalpinepc.com>, "g@mayerbrown.com" <g@mayerbrown.com>, "ljiang@susmangodfrey.com" <ljiang@susmangodfrey.com>, mpitt <mpitt@pittlawpc.com>, Hunter Shkolnik <hunter@napolilaw.com>, "arosenman@mayerbrown.com" <arosenman@mayerbrown.com>, Theodore Leopold <tleopold@cohenmilstein.com>, Emmy Levens <elevens@cohenmilstein.com>, Flint Mayor <mayor@cityofflint.com>, "frank.bednarz@hlli.org" <frank.bednarz@hlli.org>, "ted.frank@hlli.org" <ted.frank@hlli.org>, Diane <russell.diane@epa.gov>, Amanda Trujillo <atrujillo@cityofflint.com>, "King-Piepenbrok, Pier (AG)" <KingP1@michigan.gov>, "jonhoma@sinasdramis.com" <jonhoma@sinasdramis.com>, "val@vlwlegal.com" <val@vlwlegal.com>, "sdg@miller.law" <sdg@miller.law>, "sparadise@eisnerlaw.com" <sparadise@eisnerlaw.com>, "echeverria.marietta@epa.gov" <echeverria.marietta@epa.gov>, "thompkins.anita@epa.gov" <thompkins.anita@epa.gov>, "burneson.eric@epa.gov" <burneson.eric@epa.gov>, "travers.david@epa.gov" <travers.david@epa.gov>, "waters.tom@epa.gov" <waters.tom@epa.gov>, "davis.angela@epa.gov" <davis.angela@epa.gov>, franklmcnamara@gmail.com, mriordan@publicinterestlegal.org, eric.hamilton@usdoj.gov, "ryan@mclanelaw.com" <ryan@mclanelaw.com>
Bcc: UrbanForestNewYork@gmail.com, Mel jones jr <meljonesjr@gmail.com>

# *3/ 8/ 2025*

# *To: Flint Water Crisis Special Master [DEBORAH GREENSPAN]*

# *RE:* *[are the president Donald Trump] and ELON MUSK .... and LEE ZELDIN staff reductions at the US EPA.... meant to HIDE and/ or "MOVE PAST" the US EPA's mandated duties to protect Flint residents [e.g. disabled. children and the aged].... and IF such is the case... is the LEAD DUST being confused with the FWC ???*

# *Good afternoon,*

... there is YET another movie which [I believe] respectfully WILL BE OF GREAT INFORMATION TO YOU.... and [as I understand such].... it is called "TOXIC TOWN"... and occured in ENGLAND.

THINK NOW OF CADMIUM IN THE AIR.... although it was first assumed that such was in the water !!!

Simply put.... LOOK again at the upcoming "conference" set for March 2025 {i.e. Judge Judith LEVY presiding}....

1.) Does the US EPA have liability to the ENTIRE City of Flint for WATER, AIR and SOIL?

2.) ARE the CURRENT outrageous STAFF cuts at the US EPA by the Trump Administration part of a "BUSINESS DRIVEN" EFFORT to HIDE the US EPA's liability to the City of Flint ?

3.) LOOK ...at the ENTIRE City of Flint w.r.t. the US EPA... and then LOOK at it again.... think -- 65% staff cuts at the US EPA.... so NOW most folks who know the US EPA "inside and out" are NO longer there ?

For example:

# What's polluted at Buick City? Area residents have concerns

# over contamination but hope for jobs in the future

Updated: Feb. 07, 2010, 3:00 p.m. | Published: Feb. 07, 2010, 2:00 p.m.

By **Melissa Burden | Flint Journal**



**Ryan Garza | The Flint Journal**   Flint resident
Roy Hollaway supports the cleanup and proposed intermodal project that would create jobs at the former Buick City site, just west of his neighborhood along the Flint River.

## FLINT, Michigan

— Ralf G. Rudd saw oil and cleaning chemicals soaking the

Heavy rain causing problems on roads

grounds on the northern part of Buick City and heard stories from

older workers about chemicals being poured down the drains all over the site.

"They used to have oil from the presses and stuff that went right into the ground," Rudd, 55, a General Motors retiree who worked at Buick City from 1976 to 1998, recalling what co-workers told him. "It just saturated the ground."

After hearing stories for generations about the pollution at Buick City, the U.S. Environmental Protection Agency is giving the public a glimpse at the true extent of dangers, for the southern-most portion of the storied industrial site.

The EPA found levels of lead — which has been linked to reproductive problems and nerve disorders — were 133 times higher than Michigan's standards for industrial sites and levels of Benzo(a)pyrene — probable to causing cancer — were seven times higher than acceptable.

Those examples were at the old Building 9 site, south of Hamilton Road near the railroad tracks and east of Industrial Avenue. The building has since been demolished but the contamination remains.

The EPA has recommended a $5.9 million cleanup plan for the 230-acre south end, which economic development officials have said is a key step to a development plan to turn weeds and concrete slabs into a truck-to-rail intermodal hub creating 600 jobs.

Public comment is now being accepted on the recently released 23-page report.

Cleaning up the site south of Leith Street to Harriet Street and east to the Flint River will be the focus of an EPA public hearing 5:30-7:30 p.m. Feb. 18 in the auditorium of Mott Community College's Regional Technology Center, 1401 E. Court St.

Rudd also remembers hearing stories about a flooded basement in Building 40, chemicals being dumped into the ground at the plastic injection molding plant and chemicals leaking from the paint shop into the ground.

Rudd of Grand Blanc Township, who spent most of his years at Buick in building maintenance, said he had bad lungs and got skin rashes from working with machine coolants at Buick.

3/8/25, 3:52 PM Gmail - [are the president Donald Trump] and ELON MUSK .... and LEE ZELDIN staff reductions at the US EPA ... meant to HIDE an…

Case: 25-1158 Document: 00118256852 Page: 6 Date Filed: 03/08/2025 Entry ID: 6705193

And there were colleagues and friends who got cancer, he said.

"I think they should dig down and basically burn all the soil on the site, pump everything they can out of it," he said. "That whole area is contaminated."

The area of most concern in the southern portion of Buick City — based on cumulative cancer risk — is where Building 9 once stood, said Jill Groboski, an EPA project manager.

"Without any type of cleanup and with continued exposure for 25 years, three workers in 10,000 at the site may contract cancer from the contamination at this area of interest," she wrote in an e-mail to The Flint Journal.

That puts the risk at 30 times higher than what Groboski said is Michigan's standard of 1 in 100,000 for industrial workers.

Another higher risk area, the former Building 12, south of Leith Street and west of Division Street, also is contaminated with elevated lead and chromium levels in the soil and with groundwater contamination. The contamination gives that area a cumulative cancer risk of two workers in 100,000 possibly contracting cancer.

That's why the EPA says a cleanup is necessary and will prevent exposure for workers who clock eight hours a day on the site, Groboski said.

The EPA also is restricting the site's future use to industrial or commercial purposes only and has said that due to lingering contaminants it wouldn't be suitable for residential living. Groboski said there are different standards for contamination for residential and industrial use.

What lies beneath Buick City and what lies ahead for the vast site concerns area residents such as David and Vivian Soto and Roy Hollaway, whose homes are just to the east of the Flint River, in a neighborhood north of Hamilton Avenue.

Stepping outside his two-story rental home on Bennett Avenue, David Soto, 48, is just steps from the Flint River, where he'd like to fish.

"This water here, some of the people say it's not safe," said Soto, an unemployed chef who has lived in the house three months.

Soto, who has a 16-year-old daughter, said they do wonder what's polluted on the Buick City site and whether contaminants will bleed into their water supply. He's all for cleaning up the site.

"We want to live in a safe area," he said.

The EPA says Buick City contamination has not affected the river and is not in the city's drinking water supply.

Manufacturing ended on the site in 1999 and most of the buildings were razed in 2002.

Hollaway, 56, who lives a few houses away from the Sotos, recently lost his job as a truck driver and would like to see the intermodal hub happen.

"I would love to see something to there because it's all wide open," he said, adding the site is drawing rodents.

3/8/25, 3:52 PM
Gmail - [are the president Donald Trump] and ELON (MUSK .... and LEE ZELDIN staff reductions at the US EPA... mean to HIDE an…

Case: 25-1158     Document: 00118256852     Page: 9     Date Filed: 03/08/2025     Entry ID: 6705193

Hollaway said he is glad the EPA is coming in to get the site cleaned up and is hoping the development will lead to jobs.

"Maybe with this railroad coming in here, it just might open up another job for me," he said.

GM has instituted several methods to contain and cleanup the contamination from pouring concrete slabs on parts of the property to contain polluted soil to pumping groundwater and disposing of it off-site.

The EPA continues to work toward a cleanup agreement with Motors Liquidation Co., the company formed to dispose of old GM assets, to pay for the cleanup.

Steve Blow, a spokesman for Motors Liquidation, said it is working with the EPA and other key partners to cleanup the site.

He declined comment on specific contaminants at the site.

source:

https://www.mlive.com/business/mid-michigan/2010/02/whats_polluted_at_buick_city_a.html

3/6/25, 2:52 PM	Gmail - (are the president Donald Trump, and ELON MUSK.... and ZELDIN staff reductions at the US EPA... meant to HIDE an...

Case: 25-1158        Document: 00118256852        Page: 40        Date Filed: 03/08/2025        Entry ID: 6705192

*Best,*
*/s/*
*~Mel*
*email: jonesjrmel@gmail.com*

---

📄 **What's polluted at Buick City_ Area residents have concerns over contamination but hope for jobs in the future - mlive.com.pdf**
2293K