**Gmail**

**MEL JONES JR <jonesjrmel@gmail.com>**

## Email Service on March 9th, 2025.... Re: # 25-1158.... Tesla Settles Discrimination Suit With Former Factory Worker [ ( CITATION of supplemental authorities pursuant to Fed. R. App. P. 28(j) filed by Appellants Colleen Connors and Melvin Jones, Jr.. Served on 03/08/2025. )

1 message

**MEL JONES JR** <jonesjrmel@gmail.com>                                      Sun, Mar 9, 2025 at 6:32 AM
To: Deborah Greenspan <deborah.greenspan@blankrome.com>, Zeldin.Lee@epa.gov, mobrien@irli.org, chajec@irli.org, gcanaan@irli.org, gww@dcglaw.com, tmccotter@boydengray.com, daniel.epstein@aflegal.org, "jon@publicrightsproject.org" <jon@publicrightsproject.org>, serviceS3@michigan.gov, giovanatiN@michigan.gov, Stacey.Metro@ag.ny.gov, Annabelle.Wilmott@doj.ca.gov, Lorraine.Lopez@doj.ca.gov, Delbert.Tran@doj.ca.gov, zoe.levine@ag.ny.gov, Irina.Trasovan@doj.ca.gov, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, jgrayson@nmdoj.gov, molly.alarcon@sfcityatty.org, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, shannon.stevenson@coag.gov, ksadeck@riag.ri.gov, jared.b.cohen@mass.gov, john.keller@ag.state.mn.us, johnsonkarpg@doj.state.wi.us, julio.thompson@vermont.gov, dmosteller@ncdoj.gov, "jeremy.feigenbaum@njoag.gov" <Jeremy.feigenbaum@njoag.gov>, shankar.duraiswamy@njoag.gov, Viviana.hanley@njoag.gov, shefali.saxena@law.njoag.gov, Elizabeth.walsh@law.njoag.gov, HStern@ag.nv.gov, akirschner@oag.state.md.us, Janelle.Medeiros@ct.gov, PolicyOffice@epa.gov, EIS-Filing@epa.gov, education@epa.gov, NEPAssisthelp@epa.gov, NEPA@epa.gov, eric.wessan@ag.iowa.gov, matt.rice@ag.tn.gov, nlindzen@corpfraudlaw.com, yuri.s.fuchs@usdoj.gov, sara.eisenberg@sfcityatty.org
Cc: MEL JONES JR <jonesjrmel@gmail.com>, Colleen Connors <CMColleen4@gmail.com>, "Marissa.Malouff@doj.ca.gov" <Marissa.Malouff@doj.ca.gov>, "vanessa.kassab@delaware.gov" <vanessa.kassab@delaware.gov>, "kaliko.d.fernandes_hawaii_gov" <kaliko.d.fernandes@hawaii.gov>, "jeremy.feigenbaum@njoag.gov" <jeremy.feigenbaum@njoag.gov>, "harrist19@michigan.gov" <harrist19@michigan.gov>, "eng.connie@epa.gov" <eng.connie@epa.gov>, "egle-nondiscriminationCC@michigan.gov" <egle-nondiscriminationCC@michigan.gov>, "Cormack, Hayley" <Cormack.Hayley@epa.gov>, "EGLE-Accessibility@michigan.gov" <EGLE-Accessibility@michigan.gov>, "Faltin, Todd (he/they)" <Faltin.Todd@epa.gov>, "Oviedo, Luis" <oviedo.luis@epa.gov>, "MacMillan-Sanchez, Ariel (she/her/hers)" <MacMillanSanchez.Ariel@epa.gov>, "Johnson, Johahna (she/her/hers)" <Johnson.Johahna@epa.gov>, "Mason, Trinita" <Mason.Trinita@epa.gov>, "Moore, Tammy" <moore.tammy@epa.gov>, "Walts, Alan (he/him/his)" <walts.alan@epa.gov>, Deborah Greenspan <deborah.greenspan@blankrome.com>, "Risley, David" <Risley.David@epa.gov>, "tmlewis@cityofflint.com" <tmlewis@cityofflint.com>, "cmcgehee@pittlawpc.com" <cmcgehee@pittlawpc.com>, "eric.a.rey@usdoj.gov" <eric.a.rey@usdoj.gov>, "Jason.T.Cohen@usdoj.gov" <Jason.T.Cohen@usdoj.gov>, "OIG_Hotline@epa.gov" <OIG_Hotline@epa.gov>, Corey <cstern@levylaw.com>, Patrick Lanciotti <PLanciotti@napolilaw.com>, "dpettway@cityofflint.com" <dpettway@cityofflint.com>, "saneeley@cityofflint.com" <saneeley@cityofflint.com>, "mbard@cityofflint.com" <mbard@cityofflint.com>, "michelle.t.domingue.II@usdoj.gov" <michelle.t.domingue.II@usdoj.gov>, "Kaplan, Robert (he/him/his)" <kaplan.robert@epa.gov>, Mel jones jr <meljonesjr@gmail.com>, "marianne.f.kies@usdoj.gov" <marianne.f.kies@usdoj.gov>, "daniel.c.eagles@usdoj.gov" <daniel.c.eagles@usdoj.gov>, "kuhlr@michigan.gov" <kuhlr@michigan.gov>, "gambilln@michigan.gov" <gambilln@michigan.gov>, "MitosinkaA@michigan.gov" <MitosinkaA@michigan.gov>, "gaiello@mayerbrown.com" <gaiello@mayerbrown.com>, "jkuptz@cityofflint.com" <jkuptz@cityofflint.com>, "dfaraci@campbell-trial-lawyers.com" <dfaraci@campbell-trial-lawyers.com>, "alin@eisnerlaw.com" <alin@eisnerlaw.com>, "ccmushatt@cityofflint.com" <ccmushatt@cityofflint.com>, "heidy.gonzalez@usdoj.gov" <heidy.gonzalez@usdoj.gov>, AG attorney as to MI COC civil case #23-000115-MZ <bettenhausenm@michigan.gov>, robinsonr11 <robinsonr11@michigan.gov>, Justus Brown <jubrown@cityofflint.com>, Kameshia Ar-Rahmaan <kar-rahmaan@cityofflint.com>, Davina Donahue <ddonahue@cityofflint.com>, City of Flint Clerk's Office <cityclerk@cityofflint.com>, Davina Donahue <CouncilPublicComment@cityofflint.com>, "trachelleyoung@gmail.com" <trachelleyoung@gmail.com>, Ladel Lewis <llewis@cityofflint.com>, Judy Priestley <jpriestley@cityofflint.com>, Tonya Burns <tburns@cityofflint.com>, Mark Cuker <mark@cukerlaw.com>, "michael.l.williams@usdoj.gov" <michael.l.williams@usdoj.gov>, "molsen@mayerbrown.com" <molsen@mayerbrown.com>, "jcampbell@campbell-trial-lawyers.com" <jcampbell@campbell-trial-lawyers.com>, "mnguyen-dang@mayerbrown.com" <mnguyen-dang@mayerbrown.com>, "pnapoli_napolilaw.com" <pnapoli@napolilaw.com>, Renee Auten <rauten@thelandbank.org>, Jennifer Riggs <jriggs@thelandbank.org>, Jeremy Maltz <jeremy@lehotskykeller.com>, "hammoudf1@michigan.gov" <HammoudF1@michigan.gov>, Michigan Attorney General <miag@michigan.gov>, "dweyre@mcalpinepc.com" <dweyre@mcalpinepc.com>, "g@mayerbrown.com" <g@mayerbrown.com>,

"ljiang@susmangodfrey.com" <ljiang@susmangodfrey.com>, mpitt <mpitt@pittlawpc.com>, Hunter Shkolnik
<hunter@napolilaw.com>, "arosenman@mayerbrown.com" <arosenman@mayerbrown.com>, Theodore Leopold
<tleopold@cohenmilstein.com>, Emmy Levens <elevens@cohenmilstein.com>, Flint Mayor <mayor@cityofflint.com>,
"frank.bednarz@hlli.org" <frank.bednarz@hlli.org>, "ted.frank@hlli.org" <ted.frank@hlli.org>, Diane
<russell.diane@epa.gov>, Amanda Trujillo <atrujillo@cityofflint.com>, "King-Piepenbrok, Pier (AG)"
<KingP1@michigan.gov>, "jonhoma@sinasdramis.com" <jonhoma@sinasdramis.com>, "val@vlwlegal.com"
<val@vlwlegal.com>, "sdg@miller.law" <sdg@miller.law>, "sparadise@eisnerlaw.com" <sparadise@eisnerlaw.com>,
"echeverria.marietta@epa.gov" <echeverria.marietta@epa.gov>, "thompkins.anita@epa.gov" <thompkins.anita@epa.gov>,
"burneson.eric@epa.gov" <burneson.eric@epa.gov>, "travers.david@epa.gov" <travers.david@epa.gov>,
"waters.tom@epa.gov" <waters.tom@epa.gov>, "davis.angela@epa.gov" <davis.angela@epa.gov>,
"robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>,
"denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>,
"nicole.hill@dc.gov" <nicole.hill@dc.gov>, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>,
nlindzen@corpfraudlaw.com, franklmcnamara@gmail.com, mriordan@publicinterestlegal.org, eric.hamilton@usdoj.gov,
"ryan@mclanelaw.com" <ryan@mclanelaw.com>, Zeldin.Lee@epa.gov, zoe.levine@ag.ny.gov
Bcc: UrbanForestNewYork@gmail.com, Mel jones jr <meljonesjr@gmail.com>

# *[[ **Email Service on March 9th, 2025....** ]]....*
# *CITATION of supplemental authorities pursuant to Fed. R. App. P. 28(j) filed by Appellants Colleen Connors and Melvin Jones, Jr.. Served on 03/09/2025:*

  Tesla Settles Discrimination Suit With Former Fa…

# Good morning to ALL....
# ***Please see the attached VERY important document***:

*Tesla Settles Discrimination Suit With Former Factory Worker*
*(SEE ATTACHED [ <u>Tesla and a former employee have agreed to settle a closely watched lawsuit that cast a harsh light on the carmaker's treatment of Black workers. Lawyers for Tesla and for Owen Diaz, who worked at the company's factory in Fremont, Calif., did not disclose the terms of the settlement in a legal filing on Friday. "The parties have reached an amicable resolution of their disputes," Lawrence</u>*

A. Organ, a lawyer for Mr. Diaz, said in an email, adding that he could not comment further. Last year, a jury in federal court in San Francisco awarded Mr. Diaz $3.2 million after he presented evidence that he had been subject to repeated harassment by supervisors at Tesla's factory, including being addressed with a racial slur more than 30 times. A supervisor drew a racist caricature near his work station, according to testimony in the case. ]).... WOW !!!

And to think that ELON MUSK is 2nd or 3rd in command in the WHITE HOUSE {e.g. in current President Donald Trump's administration}. Which by the way --- has (I believe more likely than not wrongly interfered [e.g. ELON MUSK, DONALD TRUMP and LEE ZELDIN] ...YES - have interfered with my ongoing US EPA TITLE VI "investigation" pertaining to the MI EGLE/ State of Michigan and City of Flint; and such was DONE in an effort to [I believe HIDE and COVER-UP]... conceal the US EPA's culpability and LIABILITY as it relates to the ONGOING Flint Water Crisis FTCA lawsuit pending in FWC district court case #16-cv-10444.... whereby literally a few weeks ago [Colleen Connors and [me]/ disabled Melvin Jones Jr.] received an EMAIL

Case: 25-1158    Document: 00118256861    Page: 4    Date Filed: 03/09/2025    Entry ID: 6705195

from (former -we believe) US EPA TITLE VI employee HAYLEY CORMACK which requested another ZOOM meeting with at a bare minimum Colleen Connors {e.g. I am reliably informed by Colleen of said email ...which I did NOT open nor did I read it}.... out of FEAR that the NUMEROUS and APPARENTLY "DICTATOR"/ KING issued Executive Orders issued by President Donald Trump as related to the Federal Employee workforce in general and specifically to the US EPA... would somehow ...then allow Donald Trump, ELON MUSK, and LEE ZELDIN ....to deploy "JACK BOOTED GOVERNMENT THUGS" to snatch Colleen and [I] up... due to Colleen's [family name]/ grandparents had the surname of GAZALEZ [e.g. from SPAIN].... AND YES - Colleen Connors is an AMERICAN CITIZEN ...and [of course]... I, Melvin Jones Jr., am ALSO a U.S. Citizen.

Further... although I believe that the current ICE/ DHS immigration raids may be honorable... [I] am very concerned at the MIXED message which the defendants actions [e.g. motion to change the CASE CAPTION in appeal #25-1158]...

3/9/25, 8:35 AM ... Gmail - Email Service on March 8th, 2025.... Re: # 25-1158 ... Tesla Settles Discrimination Suit With Former Factory Worker ( DOL )..

Case 25-1158, Document 40.1, 835861, Page5 ... Date Filed: 03/09/2025 ... Entry ID: 6705195

*actually says about the TRUE MOTIVE {e.g. media stunts for VOTES}... which I now believe such REALLY may be.... and HOW VERY sad for concerned United States Citizens such as Colleen Connors and me/ disabled Melvin Jones Jr.*

*YEP - so, within less than 3 months of the President Donald Trump presidency... there is ALREADY more of the SAME... whereby NOW it is the REPUBLICANS who will IN REALITY do NOTHING meaningful about MS-13, and TdA and the horrifically BROKEN immigration system in the United States.*

*Well.... NO WONDER how it is... that VP Kamala Harris NEVER visited the US southern border for approx. 3 1/2 years of her being the VP under former US president Joe Biden 😂😂😂.*

**And... BEFORE 12 noon on March 10th, 2-25... I fully intend to FILE an AFFIDAVIT in support of our CORRECTED MOTION {e.g. Colleens'**

**and my} corrected motion to DISMISS the instant appeal #25-1158.**

**SEE THE ATTACHED DOCUMENT.**

*Best,*



*/s/*

*Melvin Jones Jr.. - disabled PRO SE appellant*

*1935 Hosler St.*

*Flint, Michigan*

*48503*

*Email: jonesjrmel@gmail.com*

*Google voice to text ph# 415-562-5074*