IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

STATE OF NEW JERSEY, et al.,

Plaintiffs-Appellees,

v.

DONALD J. TRUMP, in his official capacity as
President of the United States, et al.,

Defendants.

No. 25-1158

MELVIN JONES JR.; COLLEEN CONNORS,

Interested Parties–Appellants.

**AFFIDAVIT IN SUPPORT OF MOTION TO DISMISS APPEAL 25-1158  - Pro Se - Interested Party  {disabled} proposed intervenor MELVIN JONES JR.**

**_AFFIDAVIT_**:

I, Melvin Jones Jr., hereby declare that I am over 18 years of age, and I have either read, typed, or listened to the attached supporting exhibits which ARE part of my instant affidavit in support of the pending CORRECTED motion to dismiss pro se appeal #25-1158.

And, as a matter of "economy" for my serious vision impairments and my episodic very blurry vision… I have to refer to and incorporate said attached exhibits INTO my affidavit here… whereby on reliable information, believe, or observation, and/ or personal knowledge, and/ or

*recollection and/ or understanding which I [NOW] have…. I do further declare and attest to the following;*

- *The title of my instant affidavit CAN BE EASILY called "**back to the future**"... whereby NOW (e.g. as a political stunt of the ELON MUSK, and DONALD TRUMP {REPUBLICAN} white house administration).... Is attempting to WHITE-WASH and rewrite history regarding WHO [e.g. what political party] is TRULY responsible for millions of undocumented migrants from ALL over the world literally taking unlawful advantage of the intentionally broken and open*

*border policy which has plagued the United States since the late 1970's; which is that of REPUBLICAN initiated AMNESTY for illegal aliens which was VERY well a certain means by which the REPUBLICAN PARTY was able to be such a dominant force in the WHITE HOUSE …such as former U.S. president RONALD REGAN.*

**For example,** *As the nation's attention turns back to the fractured debate over immigration, it might be helpful to remember that in 1986, Ronald Reagan signed a sweeping*

*immigration reform bill into law. It was sold as a crackdown: There would be tighter security at the Mexican border, and employers would face strict penalties for hiring undocumented workers.*

*But the bill also made any immigrant who'd entered the country before 1982 eligible for amnesty -- a word not usually associated with the father of modern conservatism.   In his renewed push for an immigration overhaul this week, President Obama called for Republican support for a bill to*

address the growing population of illegal immigrants in the country. This time, however, Republicans know better than to tread near the politically toxic A-word. **_Part of this aversion is due to what is widely seen as the failure of Reagan's 1986 Immigration Reform and Control Act. However, one of the lead authors of the bill says that unlike most immigration reform efforts of the past 20 years, amnesty wasn't the pitfall._**

**_"We used the word 'legalization,' " former_**

***Wyoming Sen. Alan K. Simpson tells NPR's Guy Raz. "And everybody fell asleep lightly for a while, and we were able to do legalization."***

***The law granted amnesty to nearly 3 million illegal immigrants, yet was largely considered unsuccessful because the strict sanctions on employers were stripped out of the bill for passage.***

***Simpson says the amnesty provision actually saved the act from being a total loss. "It's not perfect, but 2.9 million people came forward. If you can bring***

*one person out of an exploited relationship, that's good enough for me."*

*Reagan And Amnesty*

*Nowadays, conservative commentators like Glenn Beck and Rush Limbaugh often invoke the former president as a champion of the conservative agenda. Sean Hannity of Fox News even has a regular segment called "What Would Reagan Do?"*

*Simpson, however, sees a different person in the president he called a "dear friend."*

Reagan "knew that it was not right for people to be abused," Simpson says. "Anybody who's here illegally is going to be abused in some way, either financially [or] physically. They have no rights."

*Source:*

https://www.npr.org/2010/07/04/128303672/a-reagan-legacy-amnesty-for-illegal-immigrants

//

For the reasons stated herein and for the reasons stated in the attached exhibits affixed hereto [and] for the reasons

*set forth in the approx. 8 Citations of Supplemental Authorities in appeal #25-1158 filed by the appellants [e.g. Melvin Jones Jr. and/or Colleen Connors]…. I believe that my instant affidavit further supports that the currently pending CORRECTED motion to dismiss appeal #25-1158 with prejudice should be granted by the 1st Circuit Court of*

*Appeals... immediately and forthwith.*

*I, Melvin Jones Jr., do swear and affirm, and attest that the foregoing statements made by me in my affidavit are true and correct... to the best of my knowledge, information, belief, understanding, recollection, and/ or personal knowledge per 28 USC S. 1747 under*

penalty of perjury my
attestation is made herein.

Thank you.

Best,
Date: 3-9-2025
_____
Melvin Jones Jr. disabled
PRO SE appellant (interested
party)
1935 Hosler St.
Flint, Michigan 48503

*Email: jonesjrmel@gmail.com*
*Google voice to text ph#*
*415-562-5074*

*–*

*SEE  THE ATTACHED EXHIBITS AFFIXED HERETO ON THE NEXT PAGE[s].....*



**Play Live Radio**



MY PLAYLIST

npr                                                                                    DONATE

---

**HISTORY**

# A Reagan Legacy: Amnesty For Illegal Immigrants

JULY 4, 2010 · 2:12 PM ET

HEARD ON ALL THINGS CONSIDERED

By NPR Staff

**11-Minute Listen**                              PLAYLIST        TRANSCRIPT



"I believe in the idea of amnesty for those who have put down roots and lived here, even though sometime back they may have entered illegally," Ronald Reagan said in 1984.

*Hulton Archive/Getty Images*

3/6/25, 12:35 AM　　A Reagan Legacy: Amnesty For Illegal Immigrants : NPR

As the nation's attention turns back to the fractured debate over immigration, it might be helpful to remember that in 1986, Ronald Reagan signed a sweeping immigration reform bill into law. It was sold as a crackdown: There would be tighter security at the Mexican border, and employers would face strict penalties for hiring undocumented workers.

But the bill also made any immigrant who'd entered the country before 1982 eligible for amnesty -- a word not usually associated with the father of modern conservatism.

In his renewed push for an immigration overhaul this week, President Obama called for Republican support for a bill to address the growing population of illegal immigrants in the country. This time, however, Republicans know better than to tread near the politically toxic A-word.

Part of this aversion is due to what is widely seen as the failure of Reagan's 1986 Immigration Reform and Control Act. However, one of the lead authors of the bill says that unlike most immigration reform efforts of the past 20 years, amnesty wasn't the pitfall.

"We used the word 'legalization,' " former Wyoming Sen. Alan K. Simpson tells NPR's Guy Raz. "And everybody fell asleep lightly for a while, and we were able to do legalization."

The law granted amnesty to nearly 3 million illegal immigrants, yet was largely considered unsuccessful because the strict sanctions on employers were stripped out of the bill for passage.

Simpson says the amnesty provision actually saved the act from being a total loss. "It's not perfect, but 2.9 million people came forward. If you can bring one person out of an exploited relationship, that's good enough for me."

## Reagan And Amnesty

Nowadays, conservative commentators like Glenn Beck and Rush Limbaugh often invoke the former president as a champion of the conservative agenda. Sean Hannity of Fox News even has a regular segment called "What Would Reagan Do?"

Simpson, however, sees a different person in the president he called a "dear friend."

Reagan "knew that it was not right for people to be abused," Simpson says. "Anybody who's here illegally is going to be abused in some way, either financially [or] physically. They have no rights."

Peter Robinson, a former Reagan speechwriter, agrees. "It was in Ronald Reagan's bones -- it was part of his understanding of America -- that the country was fundamentally open to those who wanted to join us here."

Reagan said as much himself in a televised debate with Democratic presidential nominee Walter Mondale in 1984.

"I believe in the idea of amnesty for those who have put down roots and lived here, even though sometime back they may have entered illegally," he said.

## Now, Amnesty Is Out; Border Security Is In

More than 20 years later, the Republican Party has changed its tune. President Obama's call for bipartisanship on the immigration issue was answered by Senate Republican Leader Mitch McConnell. A bipartisan effort would be possible, he said, if Obama "would take amnesty off the table and make a real commitment to border and interior security."

But Simpson, a fellow Republican who served in the Senate with McConnell from 1986 to 1997, says calling for tighter borders is a tried-and-true tactic of politicians unwilling to confront the realities of a growing illegal population.

"That's always the palliative that makes people feel good," he says. "You just say, 'Well, we're still dinkin' around with immigration, so since we can't seem to get anything done and our constituents are raising hell -- how do we get re-elected?' Well, you just put some more money into the border."

Robinson says Reagan's own diaries show the president found the idea of a militantly staffed border fence difficult to take. In a private meeting with then-President Jose Lopez Portillo of Mexico in 1979, Reagan wrote that he hoped to discuss how the United States and Mexico could make the border "something other than the location for a fence."

## Fix It Before You Overhaul It

These days, Republicans are also calling for existing laws to be toughened up, which Reagan would have agreed with, Robinson says. In fact, Robinson says, he would have been so upset at the federal government's failure to make good on the 1986 reform that he would have demanded for that law to be fixed first before instituting a new overhaul.

"He, too, would have been right there in saying, 'Fix the borders first.' " Where he would have differed, Robinson says, is his welcoming attitude toward immigrants.

"He was a Californian," Robinson says. "You couldn't live in California ... without encountering over and over and over again good, hard-working, decent people -- clearly recent arrivals from Mexico."

That the U.S. failed to regain control of the border -- making the 1986 law's amnesty provision an incentive for others to come to America illegally -- would have infuriated Reagan, Robinson says.

"But I think he would have felt taking those 3 million people and making them Americans was a success."



MEL JONES JR <jonesjrmel@gmail.com>

---

## Attached is the most recent/last email sent to you and me from Hayley Cormack at the US EPA Title VI department, which was received on February 11, 2025.

1 message

---

**Colleen Connors** <cmcolleen4@gmail.com>                                                    Sun, Mar 9, 2025 at 7:21 AM
To: Deborah Greenspan <deborah.greenspan@blankrome.com>, Zeldin.Lee@epa.gov, mobrien@irli.org, chajec@irli.org,
gcanaan@irli.org, gwv@dcglaw.com, tmccotter@boydengray.com, daniel.epstein@aflegal.com, "jon@publicrightsproject.org"
<jon@publicrightsproject.org>, serviceS3@michigan.gov, giovanatiN@michigan.gov, Stacey.Metro@ag.ny.gov,
Annabelle.Wilmott@doj.ca.gov, Lorraine.Lopez@doj.ca.gov, Delbert.Tran@doj.ca.gov, zoe.levine@ag.ny.gov,
Irina.Trasovan@doj.ca.gov, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "nicole.hill@dc.gov"
<nicole.hill@dc.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "gerard.cedrone@mass.gov"
<gerard.cedrone@mass.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, jgrayson@nmdoj.gov,
molly.alarcon@sfcityatty.org, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, shannon.stevenson@coag.gov,
ksadeck@riag.ri.gov, jared.b.cohen@mass.gov, john.keller@ag.state.mn.us, johnsonkarpg@doj.state.wi.us,
julio.thompson@vermont.gov, dmosteller@ncdoj.gov, "jeremy.feigenbaum@njoag.gov" <Jeremy.feigenbaum@njoag.gov>,
shankar.duraiswamy@njoag.gov, Viviana.hanley@njoag.gov, shefali.saxena@law.njoag.gov, Elizabeth.walsh@law.njoag.gov,
HStern@ag.nv.gov, akirschner@oag.state.md.us, Janelle.Medeiros@ct.gov, PolicyOffice@epa.gov, EIS-Filing@epa.gov,
education@epa.gov, NEPAssisthelp@epa.gov, NEPA@epa.gov, eric.wessan@ag.iowa.gov, matt.rice@ag.tn.gov,
nlindzen@corpfraudlaw.com, yuri.s.fuchs@usdoj.gov, sara.eisenberg@sfcityatty.org, "cc: MEL JONES JR"
<jonesjrmel@gmail.com>, Colleen Connors <CMColleen4@gmail.com>, "Marissa.Malouff@doj.ca.gov"
<Marissa.Malouff@doj.ca.gov>, "vanessa.kassab@delaware.gov" <vanessa.kassab@delaware.gov>,
"kaliko.d.fernandes_hawaii_gov" <kaliko.d.fernandes@hawaii.gov>, "harrist19@michigan.gov" <harrist19@michigan.gov>,
"eng.connie@epa.gov" <eng.connie@epa.gov>, "egle-nondiscriminationCC@michigan.gov" <egle-
nondiscriminationCC@michigan.gov>, "Cormack, Hayley" <Cormack.Hayley@epa.gov>, "EGLE-
Accessibility@michigan.gov" <EGLE-Accessibility@michigan.gov>, "Faltin, Todd (he/they)" <Faltin.Todd@epa.gov>,
"Oviedo, Luis" <oviedo.luis@epa.gov>, "MacMillan-Sanchez, Ariel (she/her/hers)" <MacmillanSanchez.Ariel@epa.gov>,
"Johnson, Johanna (she/her/hers)" <Johnson.Johahna@epa.gov>, "Mason, Trinita" <Mason.Trinita@epa.gov>, "Moore,
Tammy" <moore.tammy@epa.gov>, "Walts, Alan (he/him/his)" <walts.alan@epa.gov>, "Risley, David"
<Risley.David@epa.gov>, "tmlewis@cityofflint" <tmlewis@cityofflint.com>, "cmcgehee@pittlawpc.com"
<cmcgehee@pittlawpc.com>, "eric.a.rey@usdoj.gov" <eric.a.rey@usdoj.gov>, "Jason.T.Cohen@usdoj.gov"
<Jason.T.Cohen@usdoj.gov>, "OIG_Hotline@epa.gov" <OIG_Hotline@epa.gov>, Corey <cstern@levylaw.com>, Patrick
Lanciotti <PLanciotti@napolilaw.com>, "dpettway@cityofflint.com" <dpettway@cityofflint.com>, "saneeley@cityofflint.com"
<saneeley@cityofflint.com>, "mbard@cityofflint.com" <mbard@cityofflint.com>, "michelle.t.domingue.II@usdoj.gov"
<michelle.t.domingue.II@usdoj.gov>, "Kaplan, Robert (he/him/his)" <kaplan.robert@epa.gov>, Mel jones jr
<meljonesjr@gmail.com>, "marianne.f.kies@usdoj.gov" <marianne.f.kies@usdoj.gov>, "daniel.c.eagles@usdoj.gov"
<daniel.c.eagles@usdoj.gov>, "kuhlr@michigan.gov" <kuhlr@michigan.gov>, "gambilln@michigan.gov"
<gambilln@michigan.gov>, "MitosinkaA@michigan.gov" <MitosinkaA@michigan.gov>, gaiello@mayerbrown.com"
<gaiello@mayerbrown.com>, "jkuptz@cityofflint.com" <jkuptz@cityofflint.com>, "dfaraci@campbell-trial-lawyers.com"
<dfaraci@campbell-trial-lawyers.com>, "alin@eisnerlaw.com" <alin@eisnerlaw.com>, "ccmushatt@cityofflint.com"
<ccmushatt@cityofflint.com>, "heidy.gonzalez@usdoj.gov" <heidy.gonzalez@usdoj.gov>, AG attorney as to MI COC civil
case #23-000115-MZ <bettenhausenm@michigan.gov>, robinsonr11 <robinsonr11@michigan.gov>, Justus Brown
<jubrown@cityofflint.com>, Kameshia Ar-Rahmaan <kar-rahmaan@cityofflint.com>, Davina Donahue
<ddonahue@cityofflint.com>, City of Flint Clerk's Office <cityclerk@cityofflint.com>, Davina Donahue
<CouncilPublicComment@cityofflint.com>, "trachelleyoung@gmail.com" <trachelleyoung@gmail.com>, Ladel Lewis
<llewis@cityofflint.com>, Judy Priestley <jpriestley@cityofflint.com>, Tonya Burns <tburns@cityofflint.com>, Mark Cuker
<mark@cukerlaw.com>, "michael.l.williams@usdoj.gov" <michael.l.williams@usdoj.gov>, "molsen@mayerbrown.com"
<molsen@mayerbrown.com>, "jcampbell@campbell-trial-lawyers.com" <jcampbell@campbell-trial-lawyers.com>, "mnguyen-
dang@mayerbrown.com" <mnguyen-dang@mayerbrown.com>, "pnapoli_napolilaw.com" <pnapoli@napolilaw.com>, Renee
Auten <rauten@thelandbank.org>, Jennifer Riggs <jriggs@thelandbank.org>, Jeremy Maltz <jeremy@lehotskykeller.com>,
"hammoudf1@michigan.gov" <HammoudF1@michigan.gov>, Michigan Attorney General <miag@michigan.gov>,
"dweyre@mcalpinepc.com" <dweyre@mcalpinepc.com>, "g@mayerbrown.com" <g@mayerbrown.com>,
"ljiang@susmangodfrey.com" <ljiang@susmangodfrey.com>, mpitt <mpitt@pittlawpc.com>, Hunter Shkolnik
<hunter@napolilaw.com>, "arosenman@mayerbrown.com" <arosenman@mayerbrown.com>, Theodore Leopold
<tleopold@cohenmilstein.com>, Emmy Levens <elevens@cohenmilstein.com>, Flint Mayor <mayor@cityofflint.com>,
"frank.bednarz@hlli.org" <frank.bednarz@hlli.org>, "ted.frank@hlli.org" <ted.frank@hlli.org>, Diane

3/9/25, 2:24 AM    Gmail - Attached is the most recent/last email sent to you and me from Hayley Cormack at the US EPA Title VI department, which was...

<russell.diane@epa.gov>, Amanda Trujillo <atrujillo@cityofflint.com>, "King-Piepenbrok, Pier (AG)" <KingP1@michigan.gov>, "jonhoma@sinasdramis.com" <jonhoma@sinasdramis.com>, "val@vlwlegal.com" <val@vlwlegal.com>, "sdg@miller.law" <sdg@miller.law>, "sparadise@eisnerlaw.com" <sparadise@eisnerlaw.com>, "echeverria.marietta@epa.gov" <echeverria.marietta@epa.gov>, "thompkins.anita@epa.gov" <thompkins.anita@epa.gov>, "burneson.eric@epa.gov" <burneson.eric@epa.gov>, "travers.david@epa.gov" <travers.david@epa.gov>, "waters.tom@epa.gov" <waters.tom@epa.gov>, "davis.angela@epa.gov" <davis.angela@epa.gov>, franklmcnamara@gmail.com, mriordan@publicinterestlegal.org, eric.hamilton@usdoj.gov, "ryan@mclanelaw.com" <ryan@mclanelaw.com>

# DATE: March 9, 2025

Mel,

Attached is the most recent/last email sent to you and me from Hayley Cormack at the US EPA Title VI department, which was received on February 11, 2025.

By the way, my family surname is Gonzalez (with a "z", which indicates roots in Spain). Also, my ancestors were US citizens.

- Colleen

---

📄 **Gmail - Follow-up to questions on website accessibility.pdf**
59K

Gmail  Follow-up to questions on website accessibility                                                    9/9/25, 7:89 AM

 Gmail

Colleen Connors <cmcolleen4@gmail.com>

---

**Follow-up to questions on website accessibility**

---

**Cormack, Hayley** <Cormack.Hayley@epa.gov>                    Tue, Feb 11, 2025 at 10:25 AM
To: "jonesjrmel@gmail.com" <jonesjrmel@gmail.com>, Colleen Connors <cmcolleen4@gmail.com>
Cc: "Geisler, Isabel" <Geisler.Isabel@epa.gov>, "Mason, Trinita" <Mason.Trinita@epa.gov>, "Faltin, Todd"
<Faltin.Todd@epa.gov>

Good morning, Mr. Jones and Ms. Connors.

I hope that you are well. Mr. Jones, thank you for your responses to our questions. We would appreciate your responses to a few more questions that we have. You are not obligated to answer these questions, but we think that your responses to these questions will help us better understand the nature of the issues you have raised with respect to EGLE's website.

1.  I understand that you have said that the content of EGLE's website gets cut off when you zoom into the website and that there is no horizontal scrollbar to view the entire webpage. To fully understand your experience with EGLE's website, it would be helpful for us to understand the specific webpages on EGLE's website that you are having difficulty accessing. Can you provide links to the specific webpages on EGLE's website that contain content that you could not access?

2.  For each webpage that you cannot access, can you please confirm the specific reason that you cannot access the content of the webpage (e.g. that the content gets cut off and there is no horizontal scrollbar or that the content of the

webpage is not readable by a screen reader)?

3. You mentioned that you have used an "ADA capable computer," that had a large screen and other features. You also mentioned that the EGLE website was "still quirky," when you viewed the EGLE website on the "ADA capable computer." Can you explain what you meant by the EGLE website being "quirky?"

4. You also mentioned that you use Google Chrome on a Chromebook to access the internet. Chromebooks have a built-in screen reader called ChromeVox which may help people with visual impairments to more easily understand text on websites by reading aloud the text on the screen. Have you tried using ChromeVox to read aloud the text on EGLE's website?

Additionally, we may be reaching out to you to request a second meeting to follow up on your responses to our questions and to discuss the status of your complaint.

Thank you,
Hayley

Hayley Cormack (she/her)

Program Analyst **|** Office of External Civil Rights Compliance (OECRC)

U.S. Environmental Protection Agency **|** Office of Environmental

Justice and External Civil Rights

Office: (202) 250-8851 | Cormack.Hayley@epa.gov

Case: 25-1158 Document: 00118256864 Page: 24 Date Filed: 03/09/2025 Entry ID: 6705196

3/9/25, 2:27 AM Gmail - Email Service on March 9th, 2025.... Re: # 25-1158.... Tesla Settles Discrimination Suit With Former Factory Worker [ ( CITATI...



# Email Service on March 9th, 2025.... Re: # 25-1158.... Tesla Settles Discrimination Suit With Former Factory Worker [ ( CITATION of supplemental authorities pursuant to Fed. R. App. P. 28(j) filed by Appellants Colleen Connors and Melvin Jones, Jr.. Served on 03/08/2025. )

1 message

**MEL JONES JR** <jonesjrmel@gmail.com>                                          Sun, Mar 9, 2025 at 6:32 AM
To: Deborah Greenspan <deborah.greenspan@blankrome.com>, Zeldin.Lee@epa.gov, mobrien@irli.org, chajec@irli.org, gcanaan@irli.org, gww@dcglaw.com, tmccotter@boydengray.com, daniel.epstein@aflegal.com, "jon@publicrightsproject.org" <jon@publicrightsproject.org>, serviceS3@michigan.gov, giovanatiN@michigan.gov, Stacey.Metro@ag.ny.gov, Annabelle.Wilmott@doj.ca.gov, Lorraine.Lopez@doj.ca.gov, Delbert.Tran@doj.ca.gov, zoe.levine@ag.ny.gov, Irina.Trasovan@doj.ca.gov, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, jgrayson@nmdoj.gov, molly.alarcon@sfcityatty.org, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, shannon.stevenson@coag.gov, ksadeck@riag.ri.gov, jared.b.cohen@mass.gov, john.keller@ag.state.mn.us, johnsonkarpg@doj.state.wi.us, julio.thompson@vermont.gov, dmosteller@ncdoj.gov, "jeremy.feigenbaum@njoag.gov" <Jeremy.feigenbaum@njoag.gov>, shankar.duraiswamy@njoag.gov, Viviana.hanley@njoag.gov, shefali.saxena@law.njoag.gov, Elizabeth.walsh@law.njoag.gov, HStern@ag.nv.gov, akirschner@oag.state.md.us, Janelle.Medeiros@ct.gov, PolicyOffice@epa.gov, EIS-Filing@epa.gov, education@epa.gov, NEPAssisthelp@epa.gov, NEPA@epa.gov, eric.wessan@ag.iowa.gov, matt.rice@ag.tn.gov, nlindzen@corpfraudlaw.com, yuri.s.fuchs@usdoj.gov, sara.eisenberg@sfcityatty.org
Cc: MEL JONES JR <jonesjrmel@gmail.com>, Colleen Connors <CMColleen4@gmail.com>, "Marissa.Malouff@doj.ca.gov" <Marissa.Malouff@doj.ca.gov>, "vanessa.kassab@delaware.gov" <vanessa.kassab@delaware.gov>, "kaliko.d.fernandes_hawaii_gov" <kaliko.d.fernandes@hawaii.gov>, "jeremy.feigenbaum@njoag.gov" <jeremy.feigenbaum@njoag.gov>, "harrist19@michigan.gov" <harrist19@michigan.gov>, "eng.connie@epa.gov" <eng.connie@epa.gov>, "egle-nondiscriminationCC@michigan.gov" <egle-nondiscriminationCC@michigan.gov>, "Cormack, Hayley" <Cormack.Hayley@epa.gov>, "EGLE-Accessibility@michigan.gov" <EGLE-Accessibility@michigan.gov>, "Faltin, Todd (he/they)" <Faltin.Todd@epa.gov>, "Oviedo, Luis" <oviedo.luis@epa.gov>, "MacMillan-Sanchez, Ariel (she/her/hers)" <MacMillanSanchez.Ariel@epa.gov>, "Johnson, Johahna (she/her/hers)" <Johnson.Johahna@epa.gov>, "Mason, Trinita" <Mason.Trinita@epa.gov>, "Moore, Tammy" <moore.tammy@epa.gov>, "Walts, Alan (he/him/his)" <walts.alan@epa.gov>, Deborah Greenspan <deborah.greenspan@blankrome.com>, "Risley, David" <Risley.David@epa.gov>, "tmlewis@cityofflint.com" <tmlewis@cityofflint.com>, "cmcgehee@pittlawpc.com" <cmcgehee@pittlawpc.com>, "eric.a.rey@usdoj.gov" <eric.a.rey@usdoj.gov>, "Jason.T.Cohen@usdoj.gov" <Jason.T.Cohen@usdoj.gov>, "OIG_Hotline@epa.gov" <OIG_Hotline@epa.gov>, Corey <cstern@levylaw.com>, Patrick Lanciotti <PLanciotti@napolilaw.com>, "dpettway@cityofflint.com" <dpettway@cityofflint.com>, "saneeley@cityofflint.com" <saneeley@cityofflint.com>, "mbard@cityofflint.com" <mbard@cityofflint.com>, "michelle.t.domingue.II@usdoj.gov" <michelle.t.domingue.II@usdoj.gov>, "Kaplan, Robert (he/him/his)" <kaplan.robert@epa.gov>, Mel jones jr <meljonesjr@gmail.com>, "marianne.f.kies@usdoj.gov" <marianne.f.kies@usdoj.gov>, "daniel.c.eagles@usdoj.gov" <daniel.c.eagles@usdoj.gov>, "kuhlr@michigan.gov" <kuhlr@michigan.gov>, "gambilln@michigan.gov" <gambilln@michigan.gov>, "MitosinkaA@michigan.gov" <MitosinkaA@michigan.gov>, "gaiello@mayerbrown.com" <gaiello@mayerbrown.com>, "jkuptz@cityofflint.com" <jkuptz@cityofflint.com>, "dfaraci@campbell-trial-lawyers.com" <dfaraci@campbell-trial-lawyers.com>, "alin@eisnerlaw.com" <alin@eisnerlaw.com>, "ccmushatt@cityofflint.com" <ccmushatt@cityofflint.com>, "heidy.gonzalez@usdoj.gov" <heidy.gonzalez@usdoj.gov>, AG attorney as to MI COC civil case #23-000115-MZ <bettenhausenm@michigan.gov>, robinsonr11 <robinsonr11@michigan.gov>, Justus Brown <jubrown@cityofflint.com>, Kameshia Ar-Rahmaan <kar-rahmaan@cityofflint.com>, Davina Donahue <ddonahue@cityofflint.com>, City of Flint Clerk's Office <cityclerk@cityofflint.com>, Davina Donahue <CouncilPublicComment@cityofflint.com>, "trachelleyoung@gmail.com" <trachelleyoung@gmail.com>, Ladel Lewis <llewis@cityofflint.com>, Judy Priestley <jpriestley@cityofflint.com>, Tonya Burns <tburns@cityofflint.com>, Mark Cuker <mark@cukerlaw.com>, "michael.l.williams@usdoj.gov" <michael.l.williams@usdoj.gov>, "molsen@mayerbrown.com" <molsen@mayerbrown.com>, "jcampbell@campbell-trial-lawyers.com" <jcampbell@campbell-trial-lawyers.com>, "mnguyen-dang@mayerbrown.com" <mnguyen-dang@mayerbrown.com>, "pnapoli_napolilaw.com" <pnapoli@napolilaw.com>, Renee Auten <rauten@thelandbank.org>, Jennifer Riggs <jriggs@thelandbank.org>, Jeremy Maltz <jeremy@lehotskykeller.com>, "HammoudF1@michigan.gov" <HammoudF1@michigan.gov>, Michigan Attorney General <miag@michigan.gov>, "dweyre@mcalpinepc.com" <dweyre@mcalpinepc.com>, "g@mayerbrown.com" <g@mayerbrown.com>,

3/9/25, 2:24 AM    Gmail - Email Service on March 9th, 2025.... Re: #25-1158 ... Tesla Settles Discrimination Suit With Former Factory Worker (Q-1146...

Case: 25-1158    Document: 00118356864    Page: 25    Date Filed: 03/09/2025    Entry ID: 6705196

"ljiang@susmangodfrey.com" <ljiang@susmangodfrey.com>, mpitt <mpitt@pittlawpc.com>, Hunter Shkolnik <hunter@napolilaw.com>, "arosenman@mayerbrown.com" <arosenman@mayerbrown.com>, Theodore Leopold <tleopold@cohenmilstein.com>, Emmy Levens <elevens@cohenmilstein.com>, Flint Mayor <mayor@cityofflint.com>, "frank.bednarz@hlli.org" <frank.bednarz@hlli.org>, "ted.frank@hlli.org" <ted.frank@hlli.org>, Diane <russell.diane@epa.gov>, Amanda Trujillo <atrujillo@cityofflint.com>, "King-Piepenbrok, Pier (AG)" <KingP1@michigan.gov>, "jonhoma@sinasdramis.com" <jonhoma@sinasdramis.com>, "val@vlwlegal.com" <val@vlwlegal.com>, "sdg@miller.law" <sdg@miller.law>, "sparadise@eisnerlaw.com" <sparadise@eisnerlaw.com>, "echeverria.marietta@epa.gov" <echeverria.marietta@epa.gov>, "thompkins.anita@epa.gov" <thompkins.anita@epa.gov>, "burneson.eric@epa.gov" <burneson.eric@epa.gov>, "travers.david@epa.gov" <travers.david@epa.gov>, "waters.tom@epa.gov" <waters.tom@epa.gov>, "davis.angela@epa.gov" <davis.angela@epa.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, nlindzen@corpfraudlaw.com, franklmcnamara@gmail.com, mriordan@publicinterestlegal.org, eric.hamilton@usdoj.gov, "ryan@mclanelaw.com" <ryan@mclanelaw.com>, Zeldin.Lee@epa.gov, zoe.levine@ag.ny.gov
Bcc: UrbanForestNewYork@gmail.com, Mel jones jr <meljonesjr@gmail.com>

## [[ **Email Service on March 9th, 2025....** ]]....
## CITATION of supplemental authorities pursuant to Fed. R. App. P. 28(j) filed by Appellants Colleen Connors and Melvin Jones, Jr.. Served on 03/09/2025:

 Tesla Settles Discrimination Suit With Former Fa…

## Good morning to ALL....

## **Please see the attached VERY important document**:

*Tesla Settles Discrimination Suit With Former Factory Worker*
*(SEE ATTACHED [* Tesla and a former employee have agreed to settle a closely watched lawsuit that cast a harsh light on the carmaker's treatment of Black workers. Lawyers for Tesla and for Owen Diaz, who worked at the company's factory in Fremont, Calif., did not disclose the terms of the settlement in a legal filing on Friday. "The parties have reached an amicable resolution of their disputes," Lawrence

Case 5:25-cv-01158    Document 00118256264    Page 26    Date Filed: 03/09/2025    Entry ID: 6705196

3/6/25, 2:27 AM    Gmail - Customer Service on March 2nd, 2025... Re: #25-1156... Tesla Settles Discrimination Suit With Former Factory Worker (5:17 ...

_A. Organ, a lawyer for Mr. Diaz, said in an email, adding that he could not comment further. Last year, a jury in federal court in San Francisco awarded Mr. Diaz $3.2 million after he presented evidence that he had been subject to repeated harassment by supervisors at Tesla's factory, including being addressed with a racial slur more than 30 times. A supervisor drew a racist caricature near his work station, according to testimony in the case. ])...._ WOW !!!

And to think that ELON MUSK is 2nd or 3rd in command in the WHITE HOUSE {e.g. in current President Donald Trump's administration}.
 Which by the way --- has (I believe more likely than not wrongly interfered [e.g. ELON MUSK, DONALD TRUMP and LEE ZELDIN] ...YES - have interfered with my ongoing US EPA TITLE VI "investigation" pertaining to the MI EGLE/ State of Michigan and City of Flint; and such was DONE in an effort to [I believe HIDE and COVER-UP]... conceal the US EPA's culpability and LIABILITY as it relates to the ONGOING Flint Water Crisis FTCA lawsuit pending in FWC district court case #16-cv-10444.... whereby literally a few weeks ago [Colleen Connors and [me]/ disabled Melvin Jones Jr.] received an EMAIL

3/9/25, 2:12 AM          Gmail - Gmail Service on March 2nd 2025.... Re: #25-1158?... Tesla Settles Discrimination Suit With Former Factory Worker (1:51am

from (former -we believe) US EPA TITLE VI
employee HAYLEY CORMACK which requested
another ZOOM meeting with at a bare minimum
Colleen Connors {e.g. I am reliably informed by
Colleen of said email ...which I did NOT open nor
did I read it}.... out of FEAR that the NUMEROUS
and APPARENTLY "DICTATOR"/ KING issued
Executive Orders issued by President Donald
Trump as related to the Federal Employee
workforce in general and specifically to the US
EPA... would somehow ...then allow Donald
Trump, ELON MUSK, and LEE ZELDIN ....to
deploy "JACK BOOTED GOVERNMENT THUGS" to
snatch Colleen and [I] up... due to Colleen's
[family name]/ grandparents had the surname of
GAZALEZ [e.g. from SPAIN].... AND YES - Colleen
Connors is an AMERICAN CITIZEN ...and [of
course]... I, Melvin Jones Jr., am ALSO a U.S.
Citizen.

Further... although I believe that the current ICE/
DHS immigration raids may be honorable... [I]
am very concerned at the MIXED message which
the defendants actions [e.g. motion to change
the CASE CAPTION in appeal #25-1158]...

*actually says about the TRUE MOTIVE {e.g. media stunts for VOTES}... which I now believe such REALLY may be.... and HOW VERY sad for concerned United States Citizens such as Colleen Connors and me/ disabled Melvin Jones Jr.*

*YEP - so, within less than 3 months of the President Donald Trump presidency... there is ALREADY more of the SAME... whereby NOW it is the REPUBLICANS who will IN REALITY do NOTHING meaningful about MS-13, and TdA and the horrifically BROKEN immigration system in the United States.*

*Well.... NO WONDER how it is... that VP Kamala Harris NEVER visited the US southern border for approx. 3 1/2 years of her being the VP under former US president Joe Biden 😂😂😂.*

**And... BEFORE 12 noon on March 10th, 2-25... I fully intend to FILE an AFFIDAVIT in support of our CORRECTED MOTION {e.g. Colleens'**

3/8/25, 12:27 AM    Gmail - Gmail Service on March 9th, 2025.... Re: #25-1158... Tesla Settles Discrimination Suit With Former Factory Worker (UC Have...

**and my} corrected motion to DISMISS the instant appeal #25-1158.**

**SEE THE ATTACHED DOCUMENT.**

*Best,*



*/s/*

*Melvin Jones Jr.. - disabled PRO SE appellant*

*1935 Hosler St.*

*Flint, Michigan*

*48503*

*Email: jonesjrmel@gmail.com*

*Google voice to text ph# 415-562-5074*

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| STATE OF NEW JERSEY, et al.,<br><br>   Plaintiffs-Appellees,<br><br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>   Defendants.<br><br>―――――――――――――――<br><br>MELVIN JONES JR.; COLLEEN CONNORS,<br><br>   Interested Parties–Appellants. | No. 25-1158 |

## MOTION TO AMEND CAPTION

The federal government defendants are currently listed as "Defendants" in the caption but should be listed as "Defendants-Appellees." The government respectfully requests the caption be amended so that the federal government defendants may file a motion seeking summary affirmance of the appeal from the denial of the motion to intervene and dismissal for lack of jurisdiction of the nonparties' appeal from the preliminary injunction. The Plaintiffs-Appellees do not oppose this motion to amend the caption.

1.  Defendants have an interest in whether other parties intervene in their litigation.  As a result, defendants are defendants-appellees in appeals from the denial of a motion to intervene.  *See, e.g.*, *In re Efron*, 746 F.3d 30 (1st Cir. 2014); *R & G Mortg. Corp. v. Fed. Home Loan Mortg. Corp.*, 584 F.3d 1 (1st Cir. 2009); *T-Mobile Ne. LLC v. Town of Barnstable*, 969 F.3d 33 (1st Cir. 2020); *Pub. Serv. Co. of New Hampshire v. Patch*, 136 F.3d 197 (1st Cir. 1998).

2.  Because the defendants are not listed as appellees, they are currently unable to file a motion in the CM/ECF system.  The clerk's office has advised that defendants must file a motion to correct their designation.

## CONCLUSION

For the foregoing reasons, the defendants respectfully request the Court amend the caption to designate defendants as defendants-appellees.

Respectfully submitted,

SHARON SWINGLE

*s/ Derek Weiss*

DEREK WEISS
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7325*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 616-5365*
  *derek.l.weiss@usdoj.gov*

March 2025

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the requirements of Federal Rules of Appellate Procedure 27(d)(2)(E) and 32(a)(5)-(6) because it has been prepared in 14-point Garamond, a proportionally spaced font. I further certify that this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 220 words, according to the count of Microsoft Word.

*s/ Derek Weiss*
Derek Weiss

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2025, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system.

I certify that on March 6, 2025, I caused the foregoing motion to be served on appellants Melvin Jones Jr. and Colleen Connors by U.S. mail pursuant to Federal Rule of Appellate Procedure 25(c)(1)(B) to the following address:

Melvin Jones Jr. and Colleen Connors
1935 Hosler Street
Flint, MI 48503-4415

*s/ Derek Weiss*
Derek Weiss