**REVOLT**

# Racists proudly run rampant on Twitter after Elon Musk buys app — see their tweets

**Angel Saunders**
Fri, October 28, 2022 at 12:21 PM EDT
3 min read



Twitter

Yesterday (Oct. 27), it was announced that tech billionaire Elon Musk now owns Twitter. His first order of business was to fire several top executives, including

one who banned Former President Donald Trump for years worth of hate speech and derogatory comments.

Entertainment News    Gene Hackman cause of death    Jenna Elfman in 'Dark Winds'    Best streaming d

riddance. MAKE TWITTER FUN AGAIN" and an American flag emoji. An easily recognizable nod to Trump's "Make America Great Again" motto. Now, racists are coming together to celebrate in the vilest way possible.



One user said, "I'm already seeing a disturbing amount of vile content ever since Elon bought Twitter. People gleefully tweeting the N-word, the f- word for gay [people], the k-word for Jews and a ton of anti-trans rhetoric. Free speech though, amiright? I'm disgusted," another posted.

ADVERTISEMENT

Others basked in the ability to offend targeted groups of individuals. "BREAKING: Elon Musk said you can say 'n**ger' on Twitter and in real life," one user wrote. "I'm SO happy I can say how much I hate n**gers and Jews now. Thanks, @elonmusk for once again using your incredible wisdom to make the

world a better place!" another posted online. There was one person who admitted, "Since Elon Musk made Twitter [a] free speech haven, I'll say this: F**K N**GERS. FULL STOP."

Another even made a poll to see who was hated the most: "Thanks, @elonmusk what do y'all hate more?" The poll included three options: N**gers, Jews and kebabs. Musk celebrated by tweeting, "Let the good times roll." Without condemning the racist and offensive language, he later posted, "Twitter will be forming a content moderation council with widely diverse viewpoints. No major content decisions or account reinstatements will happen before that council convenes."

See related tweets below.



FUCK NIGGERS AND FUCK THE JEWS pic.twitter.com/I76vXEtU1Q

— 🌞🌲Eldian🌲🌞 (@frogfella13) October 28, 2022



ADVERTISEMENT

Not found

ELON MUSK LET ME SAY NIGGER pic.twitter.com/NRECPp89x4

— Gök (@DrainGangTurkey) October 28, 2022

Not found

Unforgivable. Elon must have similar views. Scary to us Jews https://t.co/SwZEirHGoh

— DrLJRose 🌈Wellness Ed🇺🇦 (@idesignecourses) October 28, 2022



**Not found**

Twitter. People gleefully tweeting the n-word, the f-word for gay ppl, the k-word for Jews and a ton of anti-trans rhetoric. Free speech though amiright? I'm disgusted.

— Darth BonBon 🍬 (@darthbonn) October 28, 2022



**Not found**

Thanks @elonmusk what do yall hate more? #nigger #jew #kebab

— Sergej Petrosian (@JerePetrosian) October 28, 2022

ADVERTISEMENT



**Not found**

He would have tweeted nigger today pic.twitter.com/HWzbSe8szK

— Synth 🌞 (@CoolGuySynth) October 28, 2022



**Not found**

Changed my user name.

Thanks @elonmusk

28, 2022

Not found

I'm SO happy I can say how much I hate niggers and Jews now. Thanks @elonmusk for once again using your incredible wisdom to make the world a better place!

— FreeSpeechAbsolutist4525 (@freespeechpwnz) October 28, 2022



Not found

Since Elon Musk made Twitter free speech haven, I'll say this:

> FUCK NIGGERS.
>
> FULL STOP

---

!
**Not found**

> "Elon musk is going to bring back all our accounts, and he's going to let us say 'nigger' and 'faggot' trust me he's literally our guy" [pic.twitter.com/6SC6pIaSsm](pic.twitter.com/6SC6pIaSsm)
>
> — WhIlperx  (@ElonIsAFag) [October 28, 2022](#)

!
**Not found**

> Be quiet nigger [https://t.co/l16sS0WBgM](https://t.co/l16sS0WBgM)
>
> — nick (@BigNick696) [October 28, 2022](#)

---

Terms and Privacy Policy    Privacy Dashboard    About Our Ads

## Solve the daily Crossword

35,898 people played the daily Crossword recently. Can you solve it faster than others?



**Crossword**

Play on Yahoo