IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

STATE OF NEW JERSEY, et al.,

Plaintiffs-Appellees,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,

Defendants.

No. 25-1158

MELVIN JONES JR.; COLLEEN CONNORS,

Interested Parties–Appellants.



*Additional reason that appeal #25-1158 must be dismissed with prejudice; which is the Plaintiffs' (failure)/ NON JOINDER of ELON MUSK as a defendant in district court case # 25-1158:*

*<u>Which is to say;</u>*
*<u>The Plaintiff [democratic AG states] have wrongly failed to JOINDER an indispensable party ELON MUSK…..</u>* *{e.g. MUSK is behind the EO at issue — [as to the "redefining" BIRTHRIGHT CITIZENSHIP IN THE UNITED STATES] and ELON MUSK {MUSK} …has a history of ACTIVELY*

*ENCOURAGING RAMPANT RACISM AND [a] CULTURE OF RAMPANT ABUSE OF HIS EMPLOYEES {e.g. Black African Americans… and by extension (ALSO) Hispanic/ Mexican employees additionally}; similarly (e.g. SEE OUR CORRECTED - MOTION TO DISMISS AND EXHIBITS HERETO)… current*

*defendant [President Donald Trump, et al.... through and at the direction of ELON MUSK's [DOGE DEPARTMENT]] have a DOCUMENTED HISTORY OF INTENTION ABUSE and TRAUMA BEING PUT AGAINST THE current FEDERAL EMPLOYEE WORKFORCE {e.g. which appears to be "LASER FOCUSED" upon/*

*against that of Democratic-Black African American "senior" Federal Employees} and ...ALONG WITH US EPA (current ADMINISTRATOR - LEE ZELDIN, and ELON MUSK, the defendants President Donald Trump, et al... in district Court Case #25-1158) ...are colluding {to further destroy cohesiveness in America...*

*with plans to FIRE for NO REASON thousands of federal employees at the US EPA and US EPA Title VI department…. which is also designed to SHIELD the US EPA from liability in the and as to the Flint Water Crisis…. to (by using silly slogans such as) "MAKE AMERICA GREAT AGAIN"… but in reality the TRUMP goal is to be ….*

*"MAKING AMERICA MORE HATEFUL AGAIN"…. with and by putting forth "DICTATOR and KING" fiat — Executive Orders [EO's]…. which at the end of the day… are ALL rooted in one thing — and that is MAKING PRESIDENT DONALD TRUMP "A DICTATOR AGAIN"…. so that Jan. 6th…. can NOW come into*

*FULL expanded aperture of [him/ Mr. Donald Trump] NEVER having to "give up power of being the president" by INSTALLING himself as the Dictator that Mr. Donald Trump is …. with (e.g. one unconstitutional) Executive Order at a time…. In the HOPES…. THAT his "BUDDIES" at the US SUPREME COURT*

*...will "do him a solid" [a]nd actually UPHOLD the current "birthright citizenship Executive Order which is at issue in (our/ my) instant appeal #25-1158.*

*And, so here — an INDISPENSABLE PARTY who has NOT been properly brought "into/ under" the*

*JURISDICTION of the District Court via civil case #25-1158… [is for sure] …that of the #1, and/ or #2 or #3 guy in charge at the President Donald Trump white-house… [and] that is: ELON MUSK.*

*Thank you.*
*(continued on the NEXT page)*

Best,

Date: 3-10-2025

*[signature: Melvin Jones Jr.]*

_____

Melvin Jones Jr. disabled PRO SE appellant (interested party)

1935 Hosler St.

Flint, Michigan 48503

Email: jonesjrmel@gmail.com

Google voice to text ph# 415-562-5074