IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| STATE OF NEW JERSEY, et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, et al., <br><br> Defendants. <br><br> ———— <br><br> MELVIN JONES JR.; COLLEEN CONNORS, <br><br> Interested Parties–Appellants. | No. 25-1158 |

 Appellants Colleen Connors [and] disabled Melvin Jones Jr.'s emergency motion to AMEND the NOTICE OF APPEAL as to appeal # 25-1158:

*<u>Appellants Colleen Connors [and] disabled Melvin Jones Jr.'s emergency motion to AMEND the NOTICE OF APPEAL as to appeal # 25-1158</u>:*

*…..whereby the structural prejudicial constitutional error is that BOTH the Plaintiffs and Defendants in civil court case $25-cv-10139… BOTH as a matter of LAW and a matter of FACT failed to INCLUDE in the initial motion for preliminary injunction and subsequent response [and] other motions regarding the*

*GRANTED motion for preliminary injunction …. TWO (2) indispensável/ indispensable partires [e.g. DEFENDANTS with respect to President Donald Trump, et al — which are that of US EPA Administrator - LEE ZELDIN, and most importantly that of: ELON MUSK…. Whom [we]/ appellants have reasonable cause to believe is the actual ["architect - TECH SUPPORT"] …and "BRAIN-CHILD" behind*

*the Executive order at issue… pertaining to "redefining Birth-Right Citizenship"; and here…. (Mr. LEE ZELDIN) is carrying out horrific environmental policies …which are meant to COINCIDE in wrongly supporting and bringing about a FORCED FALSE belief that the EO at issue is actually constitutional…. When as a Matter of LAW it is NOT.*

*(continued on the NEXT page)*

*Thank you.*

*Best,*

*Date: 3-10-2025*

*[signature: Colleen Connors]*
*_____*
*Colleen Connors - appellant (interested party)*
*1935 Hosler St.*
*Flint, Michigan 48503*

Email:
[cmcolleen4@gmail.com](cmcolleen4@gmail.com)

Google voice to text ph# 408-459-9635

3-10-205

_____

Melvin Jones Jr. disabled PRO SE appellant (interested party)

*1935 Hosler St.*

*Flint, Michigan 48503*

*Email: [jonesjrmel@gmail.com](mailto:jonesjrmel@gmail.com)*

*Google voice to text ph# 415-562-5074*

*–*