IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

STATE OF NEW JERSEY, et al.,

Plaintiffs-Appellees,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,

Defendants.

MELVIN JONES JR.; COLLEEN CONNORS,

Interested Parties–Appellants.

No. 25-1158

✓ ==Appellants Colleen Connors [and] disabled Melvin Jones Jr.'s NOTICE OF AMENDED - NOTICE [of] APPEAL as to appeal # 25-1158:==

*<u>Appellants Colleen Connors [and] disabled Melvin Jones Jr.'s NOTICE OF (amended) notice of APPEAL as to appeal # 25-1158</u>*:

- *Here, NO briefing schedule has been entered by the 1st Circuit Court of appeals — and the time to appeal the LAST order of the district court has NOT expired [e.g. 45 days... due to the FACT the the United States is an DEFENDANT... and the case caption for*

*the instant appeal WILL be AMENDED to reflect President Donald Trump, et al. as DEFENDANTS - APPELLEES {per the unopposed motion filed by the United States};*

- *But, this is AFTER… the "current" notice of appeal [is] amended [and] the current pro se appellants' appeal brief is }WITHDRAWN and/ or DISMISSED by the appeals*

*court (so as to allow for a briefing schedule to be entered as to the NEW/AMENDED… NOTICE OF APPEAL)….*

- *whereby the structural prejudicial constitutional error is that BOTH the Plaintiffs and Defendants in civil court case #25-cv-10139… BOTH as a matter of LAW and a matter of FACT failed to INCLUDE in the initial*

*motion for preliminary injunction and subsequent response [and] other motions regarding the GRANTED motion for preliminary injunction …. TWO (2) indispensável/ indispensable  parties [e.g. DEFENDANTS with respect to President Donald Trump, et al — which are that of US EPA Administrator - LEE ZELDIN, and most importantly that of: ELON*

*MUSK…. Whom [we]/ appellants have reasonable cause to believe is the actual ["architect - TECH SUPPORT"] …and "BRAIN-CHILD" behind the Executive order at issue… pertaining to "redefining Birth-Right Citizenship"; and here…. (Mr. LEE ZELDIN) is carrying out horrific environmental policies …which are meant to COINCIDE in wrongly*

*supporting and bringing about a FORCED FALSE belief that the "birth-right" EO at issue is actually constitutional…. When as a Matter of LAW it (the EO at issue) is certainly NOT even remotely constitutional… and is tantamount to [a] DICTATOR's Fiat unilateral DESTRUCTION of the 14th amendment… and flagrant disregard of the LAWS thereto by President*

Donald Trump, et al. {the defendants-appellees}.

Thank you.

Best,

Date: 3-10-2025

*[signature: Colleen Connors]*

_____

Colleen Connors - appellant (interested party)

1935 Hosler St.

*Flint, Michigan 48503*

*Email:*

*[cmcolleen4@gmail.com](cmcolleen4@gmail.com)*

*Google voice to text ph# 408-459-9635*

*(continued on the next page)...*

3-10-2025

_____

Melvin Jones Jr. disabled PRO SE appellant (interested party)

1935 Hosler St.

Flint, Michigan 48503

Email: jonesjrmel@gmail.com

Google voice to text ph# 415-562-5074