IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

STATE OF NEW JERSEY, et al.,

Plaintiffs-Appellees,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,

Defendants.

MELVIN JONES JR.; COLLEEN CONNORS,

Interested Parties–Appellants.

No. 25-1158

-

ELON MUSK, LEE ZELDIN,
Donald J. Trump in their official
Capacity as Federal Employees
and Mr. Trump, in his official
capacity as President of the
United States, et al. - APPELLEES

APPELLANTS PRO SE APPEAL BRIEF 3-11-2025

*Appellants Colleen Connors and Melvin Jones Jr.'s PRO SE APPEALS BRIEF:*

**Introduction**

*We pro se appellants respectfully request IN PERSON ORAL ARGUMENT... whereby Colleen Connors will be the interested party-appellant to ARGUE for us during oral argument IN PERSON. That is to say, that the internet service at*

*Melvin Jones Jr.'s home {1935 Hosler St., Flint Michigan}... in "unreliable" for important ZOOM video matters ...which we found out during a previous ZOOM conference/ meeting with US EPA Title VI "team" ...which NOW have apparently been FIRED for NO reason at all by Donald Trump and ELON MUSK and LEE ZELDIN, et al. [e.g. the appellees] as part of the*

*Donald Trump, et al "race animus" Dictator"/ King issued FIAT Executive Orders … of which the ANTI-BLACK and ANTI HISPANIC Executive Order as to "redefining birthright citizenship" is at issue in the instant appeal and in the US District Court civil case #25-cv-10139.*

*(continued on the next page)*

*ORAL ARGUMENT:*

*YES - [we] request in person oral argument. And, there MUST be a few disability accommodations made as to said in person oral argument… because appellant {Melvin Jones Jr.} will ALSO be with Colleen Connors, however, appellant Connors will be the "point person" for oral argument…. But, nonetheless — pro se appellant Melvin Jones Jr.,*

*will NEED an accommodation for an electric mobility scooter [e.g. preferably provided by the US Court of Appeals] to effectively get around the court building and to the restrooms within the court building.*

## *ISSUES PRESENTED/ RAISED ON APPEAL:*

*We wish to advance 7 point/ issues on appeal ....which are these:*

*1.) We (pro se appellants Colleen Connors and Melvin Jones Jr.) have standing to have a say in the outcome of district court case #25-cv-10139 as "joindered individual plaintiff - interested parties" because the birthright citizenship EO at issue here is DOUBLY*

*UNLAWFUL... and the non-discrimination laws in the State of Michigan, and State of California, and United States code/ laws/ statutes/ and the United States Constitution further gives us [e.g. the pro se appellants here] the absolute right to challenge unlawful and unconstitutional misconduct of ANY federal employee [e.g. which*

*includes, of course, federal employees ELON MUSK, PRESIDENT DONALD TRUMP, and LEE ZELIN, et al.]. Especially because another issue which we wish to raise on appeal is that the birthright citizenship Executive order at issue <u>is ROOTED in deeply held racist views against Black African Americans and Hispanics/ Mexicans [ harbored by</u>*

*ELON MUSK and DONALD TRUMP {e.g. whereby the lawyers where NOT present when such was crafted and/ or written by ELON MUSK and DONALD TRUMP, et al. {e.g. in fact a federal district court judge in Washington State who issued the first or second preliminary injunction against Donald Trump, et al.... literally asked WHERE WE THE LAWYERS WHEN*

*THIS EXECUTIVE ORDER WAS BEING WRITTEN}... whereby BOTH ELON MUSK and PRESIDENT DONALD TRUMP have either [in the past] made disparaging race animus remarks against Blacks and/ or Hispanics [e.g. Mexicans] and/ or have put forth mind-numbing race animus employer misconduct against their former employee[s]  whom*

*are BLACK AFRICAN AMERICAN [e.g. but whom also have an Hispanic/ Mexican surname]... such as DIAZ and/ or ORTIZ; and President Donald Trump has a documented history of making disparaging remarks against the disabled, and against [ disabled young women such as Gretta Thunberg... whom is "on the spectrum of AUTISM"*

*and whom has Asperger's Syndrome], and making bigoted statements against Mexicans and supporting WHITE SUPREMACISTS violence against Black African Americans {e.g. literally referring to White Supremacists as "GOOD PEOPLE"}.*

*2.)    Here, the Executive Order at issue regarding BirthRight Citizenship is*

*rooted in discriminatory and systemic RACISTS views which are harbored by ELON MUSK and DONALD TRUMP {e.g. the actual masterminds and creators of the "redefining birthright citizenship" Executive order in the first place"*

**3.)** *The US Constitution is clear: Those born on American soil, even to*

*undocumented parents, are citizens of the United States, says Gerald Neuman '80, the J. Sinclair Armstrong Professor of International, Foreign, and Comparative Law at Harvard Law School {e.g. see the attached exhibit affixed hereto}.*

*4.) Almost immediately after Donald Trump was sworn in on January 20, the second-term president TRUMP at the DIRECTION*

*and with ELON MUSK having drafted/ written such… issued a series of executive orders, including one touching on birthright citizenship — a constitutional provision that guarantees that those born within the boundaries of the United States automatically attain American citizenship. But according to the president's directive, the Fourteenth Amendment's protections*

*should not extend to the children of unauthorized immigrants or those in the country on a temporary visa… and here [we] raise the issue on appeal [e.g. as interested-joinder parties {e.g. for lack of a better term… individual plaintiffs in the district court civil case #25-cv-10139}] …that President Donald Trump and ELON MUSK have issued, not only a patently*

*unconstitutional executive order, but an EO that was knowingly such — in an effort to BRING IN a new age in the United States ….whereby BOTH …ELON MUSK and DONALD TRUMP are now presiding over the United States as [co-dictators].*

*5.) "The United States president of the United States has no authority to change citizenship rules at all."*

6.) *Birthright citizenship is, how it prevents a "hereditary caste of people who are not citizens," and why he believes the executive order is "doubly unlawful."*

7.) *LEE ZELDIN, ELON MUSK, and president Donald Trump, et al.... are literally reducing the US EPA to nothing more than an EMPTY office building with MASS FIRINGS/*

*terminations of US EPA and US EPA Title VI employees for NO legitimate reason[s] at all... and [one of the unlawful motivations for such] is to give the false implication and PUBLIC appearance ...as as to wrongly bring about mass public opinion that the EO at issue is NEEDED due to mass raw sewage pollution of the Tijuana River which flows into*

*the United States from Mexico… is the FAULT of "pregnant illegal aliens who are entering the United States at the southern border". [see for example, the attached exhibit].*

- *Here, NO briefing schedule has been entered by the 1st Circuit Court of appeals — and the time to appeal the LAST order of*

*the district court has NOT expired [e.g. 45 days… due to the FACT the the United States is an DEFENDANT… and the case caption for the instant appeal WILL be AMENDED to reflect President Donald Trump, et al. as DEFENDANTS - APPELLEES {per the unopposed motion filed by the United States};*

- *But, this is AFTER… the "current" notice of appeal*

*[is] amended [and] the current pro se appellants' appeal brief is WITHDRAWN and/ or DISMISSED by the appeals court (so as to allow for a briefing schedule to be entered as to the NEW/ AMENDED… NOTICE OF APPEAL)….*

- *whereby the structural prejudicial constitutional error is that BOTH the Plaintiffs and Defendants*

*in civil court case #25-cv-10139… BOTH as a matter of LAW and a matter of FACT failed to INCLUDE in the initial motion for preliminary injunction and subsequent response [and] other motions regarding the GRANTED motion for preliminary injunction …. TWO (2) indispensável/ indispensable  parties [e.g. DEFENDANTS with respect*

*to President Donald Trump, et al — which are that of US EPA Administrator - LEE ZELDIN, and most importantly that of: ELON MUSK…. Whom [we]/ appellants have reasonable cause to believe is the actual ["architect - TECH SUPPORT"] …and "BRAIN-CHILD" behind the Executive order at issue… pertaining to "redefining Birth-Right Citizenship";*

*and here…. (Mr. LEE ZELDIN) is carrying out horrific environmental policies …which are meant to COINCIDE in wrongly supporting and bringing about a FORCED FALSE belief that the “birth-right” EO at issue is actually constitutional…. When as a Matter of LAW it (the EO at issue) is certainly NOT even remotely constitutional… and is tantamount to [a]*

*DICTATOR's Fiat unilateral DESTRUCTION of the 14th amendment... and flagrant disregard of the LAWS thereto by President Donald Trump, et al. {the defendants-appellees}.*

*Thank you.*

*Best,*

*[continued on the NEXT page]*

*Date: 3-11-2025*

*[signature]*

*________________*

*Colleen Connors - appellant (interested party)*
*1935 Hosler St.*
*Flint, Michigan 48503*
*Email:*
*cmcolleen4@gmail.com*

*Google voice to text ph#*
*408-459-9635*

*(continued on the next page)...*

*11th, of March 2025*

*____________________*

*Melvin Jones Jr. disabled*
*PRO SE appellant (interested party)*
*1935 Hosler St.*
*Flint, Michigan 48503*
*Email: jonesjrmel@gmail.com*
*Google voice to text ph#*
*415-562-5074*

*{see the exhibits on the next page[s]}*



Harvard Law Today

National & World Affairs

Credit: Getty Images

# Can birthright citizenship be changed?

Harvard Law School Professor Gerald Neuman says a president has no authority at all to change United States citizenship rules

**Jan 24, 2025** By Rachel Reed

The Constitution is clear: Those born on American soil, even to undocumented parents, are citizens of the United States, says Gerald Neuman '80, the J. Sinclair Armstrong Professor of International, Foreign, and Comparative Law at Harvard Law School.

Almost immediately after Donald Trump was sworn in on January 20, the second-term president issued a series of executive orders, including one touching on birthright citizenship — a constitutional provision that guarantees that those born within the boundaries of the United States automatically attain American citizenship. But according to the president's directive, the Fourteenth Amendment's protections should not extend to the children of unauthorized immigrants or those in the country on a temporary visa.

Neuman, an expert in immigration and nationality law, says that both history and Supreme Court precedent confirm an intent to grant citizenship to anyone born in the U.S. — regardless of their parents' legal status. Moreover, he adds, "The president of the United States has no authority to change citizenship rules at all."

In an interview with Harvard Law Today on the same day that a federal judge temporarily blocked the order, Neuman explained what birthright citizenship is, how it prevents a "hereditary caste of people who are not citizens," and why he believes the executive order is "doubly unlawful."

**Harvard Law Today: What is birthright citizenship?**

**Gerald Neuman:** The phrase "birthright citizenship" is used in the U.S. context to refer to citizenship by virtue of where you're born, rather than by who your parents are, and that citizenship is determined at birth. We also have laws on inheriting citizenship from your parents if you're born outside the country, and that could also be called birthright citizenship. But generally, we're talking about birth inside the territory, which in Latin is called *jus soli*.

**HLT: Where does it show up in the Constitution, and why was it added?**

**Neuman:** The concept of *jus soli* was quite common in the countries of early modern Europe. It was the rule in Great Britain when it colonized North America, and our first states adopted that



Case: 25-1158 Document: 00118257556 Page: 32 Date Filed: 03/11/2025 Entry ID: 6705563

rule as well. But they didn't apply it to everyone. People who were born enslaved were not considered citizens, and in many cases, states that allowed slavery also would not extend citizenship to free people of African descent.

Gerald L. Neuman is J. Sinclair Armstrong Professor of International, Foreign, and Comparative Law.

There were different rules for each state, because the 1787 Constitution doesn't say who was a citizen by birth. Then, we get the 1857 *Dred Scott* decision, in which the majority of the Supreme Court held that regardless of what the northern states said, no person of African descent could be a citizen of the United States within the meaning of the federal Constitution. That was part of a nationalization of slavery, and one of the important causes of the Civil War.

After the Civil War, with slavery abolished, there were now formerly enslaved people and free Black residents who had never been enslaved but hadn't been considered citizens in their states or by the Supreme Court. To protect them and their children and descendants, Congress passed the Civil Rights Act in 1866 and then put the rule in the Constitution, in the 14th Amendment, that everyone who was born in the United States and subject to the jurisdiction of the United States is a citizen of the United States.

By the time this entered the debates in the 1860s, this was an issue not only with regard to Black people, but also with regard to the Chinese who had started coming to the west coast. It was explicitly discussed whether the rule would include the Chinese, and it was clearly decided that, yes, it would apply to people of any race. Then, the Supreme Court confirmed that in 1898 in the case of *United States v. Wong Kim Ark.*

**HLT: The relevant portion of Fourteenth Amendment states: "All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside." The new administration argues that the phrase "and subject to the jurisdiction thereof" does not apply to children of those who are undocumented or who are on temporary visas. What do you make of that claim?**

**Neuman:** The argument is either a crazy theory or dishonest interpretation of the Constitution. The Supreme Court explained what those words mean in the *Wong Kim Ark* case. It reflects the fact that there are these traditional exceptions that really do involve people who are not subject to the nation's jurisdiction. The leading example in the 1860s debates was foreign diplomats, who have diplomatic immunity, who are for the most part not subject to our laws, and who retain the citizenship of the country that sent them and which they are serving. Their children share the immunity and would not qualify. There is also the example of a foreign warship visiting a port of the United States — the country does not exercise jurisdiction over foreign warships, and therefore children born on the foreign warships are not citizens of the United States.

With respect to undocumented workers, they are people who come to the United States to work, to participate in our economy, to live in our society, to live safely in our territory. They are subject to the jurisdiction of the United States. Further, the thing that makes the immigration laws so enforceable against them is that they *are* subject to the jurisdiction of the United States.

**HLT: What are the benefits of awarding citizenship in this way?**

**Neuman:** First, it's a rule of non-racial citizenship. It doesn't matter who your parents are — being born in the United States makes you an American citizen. Importantly, it avoids the creation of a hereditary caste of people who are not citizens and whose children will not be citizens and whose children's children will not be citizens, and are therefore vulnerable to exploitation. That is the main purpose of the Citizenship Clause of the Fourteenth Amendment.

It also serves to integrate the first generation born here very quickly into American society. It helps make American society more cohesive. And there's another benefit that isn't much perceived, which is it makes it really easy for citizens to prove they are citizens. If you've got a birth certificate showing you were born in the United States, that's how you prove your citizenship.

**HLT: Are there any drawbacks to this type of birthright citizenship?**

**Neuman:** One disadvantage is that it could be overbroad in providing protection to some who will turn out not to need it. In other words, not everybody who's born in the United States spends the rest of their life in the United States. But they have the option to give up their citizenship.

And then there are some people who really do exploit the rule. There are small numbers of people who come to the U.S. specifically for the purpose of giving birth so that their children get U.S. citizenship and then leave. This is sometimes called birth tourism, and there have been rules made against it in recent years. There are ways of punishing those who are responsible for this rather than visiting the consequences on the babies who haven't done anything.

> "By trying to do this by executive order, it's a violation of citizenship statutes as well — not just the Constitution. It's doubly unlawful."

**HLT: Can birthright citizenship be changed or altered unilaterally by the president?**

**Neuman:** Absolutely not. The president has no authority to change the citizenship rule at all. Congress can change the rule, but only to the extent of making it broader. Neither Congress nor the president can reduce it below the constitutional minimum.

**HLT: As of now, 22 states have filed lawsuits to challenge President Trump's executive order. What is likely to happen next?**

**Neuman:** I first want to mention that, by trying to do this by executive order, it's a violation of citizenship statutes as well — not just the Constitution. It's doubly unlawful. There are multiple cases out there now. In some of them, the judges may go directly to the Constitution and use the Constitution as the basis of the decision. Some of the judges may go to the statute and use that as the basis of the decision.

Before the cases are decided, there are going to have to be some procedural rulings. Does the person who is suing have standing to sue? Is it too soon to sue? This rule isn't in effect until February 19. But I would say the merits are clear. There's only one reasonable answer to this. On that topic, I want to mention that in 1995, the head of the Office of Legal Counsel, Walter Dellinger, was testifying before Congress about this very question, whether it could change the rule. He said that his office grappled with many difficult and close questions of constitutional law, but that this wasn't one – the bill would be unquestionably unconstitutional. I was very struck with his phrasing. It shouldn't be a hard issue.

*This interview was edited for length and clarity.*

**Want to stay up to date with Harvard Law Today? Sign up for our weekly newsletter.**

Sign up for the Harvard Law Today newsletter

**Harvard Law School** provides unparalleled opportunities to study law with extraordinary colleagues in a rigorous, vibrant, and collaborative environment.

## Explore

- Harvard Law Today News
- Course Catalog
- Faculty Directory
- Law Library
- Alumni
- Work at HLS

## Resources

- Events Calendar
- Campus Map and Directions
- Department Directory
- Media Relations
- Make a Gift to HLS
- Emergency Information
- Consumer Information (ABA Required Disclosures)
- Non-Discrimination and Anti-Bullying Policies

1585 Massachusetts Ave.
Cambridge, MA 02138

Harvard University

Accessibility
Digital Accessibility
Trademark Notice
Privacy and Copyright

## Follow

    

© 2022 The President and Fellows of Harvard College



 

Quick links...

ADVERTISEMENT

NEWS > LOCAL NEWS > SOUTH BAY NEWS

# EPA administrator tweets about Tijuana sewage crisis

The federal agency's public post could have far-reaching implications.



Case: 25-1158 Document: 00118257556 Page: 38 Date Filed: 03/11/2025 Entry ID: 6705563

EPA Administrator's Acknowledgment of Tijuana Sewage Crisis Brings Hope to Imperial Beach.

By: Dani Miskell

*Posted 9:10 PM, Mar 09, 2025 and last updated 52 minutes ago*

IMPERIAL BEACH (KGTV) — The newly-appointed administrator for the Environmental Protection Agency (EPA), Lee Zeldin, has acknowledged the Tijuana sewage crisis on social media, bringing renewed attention to a long-standing environmental issue affecting the U.S.-Mexico border region.

In a recent X post, Zeldin stated, "I was just briefed that Mexico is dumping large amounts of raw sewage into the Tijuana River, and it's now seeping into the U.S. This is unacceptable. Mexico must honor its commitments to control this pollution and sewage!"

Read More

00:00 02:00

The post comes days after Aguirre said she wrote a letter to Zeldin asking him to authorize a new review for Superfund status to "Unlock large-scale federal clean-up efforts."

Imperial Beach Mayor Paloma Aguirre responded positively to this development, saying, "It's incredibly meaningful that he is taking attention to this matter." She added, "The fact that there is an acknowledgment that this is a serious concern from the highest environmental protection authority of the land is incredibly hopeful."

This acknowledgment comes after years of efforts to draw federal attention to the issue. Mayor Aguirre revealed that she visited the White House three times last year alone, but "at the end of the day, we didn't get what mattered most, which was a state of emergency."

Last October, Aguirre and County Supervisor Terra Lawson-Remer submitted a petition to the EPA for a Superfund designation, which was denied. Aguirre expressed frustration, stating, "It was denied under the Biden administration based on data that was 6 years old. They didn't even take the time to come and take soil samples."

ADVERTISEMENT

The mayor has now invited Zeldin to visit the South Bay to witness the situation firsthand. She remains cautiously optimistic, noting, "We've been promised things before and we haven't had action."

Aguirre emphasized the urgency of the situation, describing it as a "ticking time bomb" for public health in the South Bay. She stressed the need for immediate action, saying, "We need to put infrastructure on our side. We need to armor everything, so we prevent all of that waste from impacting us... we can't wait for Mexico to solve their issues."

As the community awaits further response from the EPA, Zeldin's social media post has breathed new life into the mission of finding solutions to the Tijuana River sewage crisis, potentially paving the way for more federal involvement and resources to address this pressing environmental and public health issue.

Copyright 2025 Scripps Media, Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

Sign up for the **Breaking News Newsletter** and receive up to date information.

E-mail

Submit

Sponsored