# United States Court of Appeals
## For the First Circuit

_____

No. 25-1158

STATE OF NEW JERSEY; COMMONWEALTH OF MASSACHUSETTS; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF MAINE; STATE OF MARYLAND; DANA NESSEL, Attorney General for the People of the State of Michigan; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WISCONSIN; CITY AND COUNTY OF SAN FRANCISCO,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, in their official capacity as President of the United States; US DEPARTMENT OF STATE; MARCO RUBIO, in their official capacity as Secretary of State; US DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in their official capacity as Secretary of Homeland Security; US DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in their official capacity as Secretary of Health and Human Services; US SOCIAL SECURITY ADMINISTRATION; MICHELLE KING, in their official capacity as Acting Commissioner of Social Security; UNITED STATES,

Defendants - Appellees.

------------------------------------------------------------------------

MELVIN JONES, JR.; COLLEEN CONNORS,

Interested Parties - Appellants.
_____

**ORDER OF COURT**

Entered: March 11, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of defendants' unopposed motion to amend caption, the motion is allowed. Defendants are hereby designated as defendants-appellees in this appeal. The following caption should be used on all future filings in these appeals:

STATE OF NEW JERSEY; COMMONWEALTH OF MASSACHUSETTS; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF MAINE; STATE OF MARYLAND; DANA NESSEL, Attorney General for the People of the State of Michigan; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WISCONSIN; CITY AND COUNTY OF SAN FRANCISCO,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, in their official capacity as President of the United States; US DEPARTMENT OF STATE; MARCO RUBIO, in their official capacity as Secretary of State; US DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in their official capacity as Secretary of Homeland Security; US DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in their official capacity as Secretary of Health and Human Services; US SOCIAL SECURITY ADMINISTRATION; MICHELLE KING, in their official capacity as Acting Commissioner of Social Security; UNITED STATES,

Defendants - Appellees.

--------------------------------------------------------------------------

MELVIN JONES, JR.; COLLEEN CONNORS,

Interested Parties - Appellants.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Jeremy Feigenbaum, Shankar Duraiswamy, Elizabeth R. Walsh, Shefali Saxena, Viviana Maria Hanley, Jared B. Cohen, Gerard J. Cedrone, Annabelle Cathryn Wilmott, Delbert Tran, Denise Yesenia Levey, Irina Trasovan, Lorraine Lopez, Marissa Malouff, Christopher David Hu, Michael L. Newman, Shannon Wells Stevenson, William M. Tong, Janelle Medeiros, Vanessa L. Kassab, Ian R. Liston, Nicole Suzanne Hill, Kalikoonalani Diara Fernandes, Sean D. Magenis, Melvin Jones Jr., Colleen Connors, Adam D. Kirschner, Jessica M. Finberg, John C. Keller, Heidi Parry

Stern, James Grayson, Zoe Levine, Stacey M. Metro, Daniel Paul Mosteller, Laura Howard, Jonathan T. Rose, Julio A. Thompson, Gabe Johnson-Karp, David Scott Louk, Molly Jeanne Alarcon, David S. Chiu, Mollie Mindes Lee, Yvonne Mere, Sara J. Eisenberg, Sharon Swingle, Robert C. Merritt, Brad P. Rosenberg, Derek Weiss, Eric Hamilton, Yuri Fuchs, Jonathan Benjamin Miller, Donald Campbell Lockhart, James Matthew Rice, Whitney D. Hermandorfer, Andrew C. Coulam, George W. Vien, R. Trent McCotter, Pietro Alfredo Conte, Daniel Z. Epstein, Christopher J. Hajec, Matthew James O'Brien, Gabriel R. Canaan, Nathaniel M. Lindzen, Frank L. McNamara Jr., Ryan P. McLane, Maureen Riordan, Rubin Young, Mark Marvin, Leonard W. Houston, Katherine Connolly Sadeck, Leonard Giarrano IV, Neil Giovanatti, Stephanie M. Service, Toni L. Harris