Case: 25-1158     Document: 00118258178     Page: 1     Date Filed: 03/11/2025     Entry ID: 6705055

3/11/25, 5:23 PM                                  Gmail - Your OCR complaint against MSU and University of Michigan (OCR Docket Numbers 15-25-2105 and 15-25-2106)

 Gmail                                                                                                    **MEL JONES JR <jonesjrmel@gmail.com>**

## Your OCR complaint against MSU and University of Michigan (OCR Docket Numbers 15-25-2105 and 15-25-2106)

**MEL JONES JR** <jonesjrmel@gmail.com>                                                               Tue, Mar 11, 2025 at 5:22 PM
To: "Longville, Catherine" <Catherine.Longville@ed.gov>
Cc: "Raines, William" <William.Raines@ed.gov>, Colleen Connors <CMColleen4@gmail.com>, derek.l.weiss@usdoj.gov, Deborah Greenspan <deborah.greenspan@blankrome.com>, Zeldin.Lee@epa.gov, mobrien@irli.org, chajec@irli.org, gcanaan@irli.org, gwv@dcglaw.com, tmccotter@boydengray.com, daniel.epstein@aflegal.org, "jon@publicrightsproject.org" <jon@publicrightsproject.org>, serviceS3@michigan.gov, giovanatiN@michigan.gov, Stacey.Metro@ag.ny.gov, Annabelle.Wilmott@doj.ca.gov, Lorraine.Lopez@doj.ca.gov, Delbert.Tran@doj.ca.gov, zoe.levine@ag.ny.gov, Irina.Trasovan@doj.ca.gov, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, jgrayson@nmdoj.gov, molly.alarcon@sfcityatty.org, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, shannon.stevenson@coag.gov, ksadeck@riag.ri.gov, jared.b.cohen@mass.gov, john.keller@ag.state.mn.us, johnsonkarpg@doj.state.wi.us, julio.thompson@vermont.gov, dmosteller@ncdoj.gov, "jeremy.feigenbaum@njoag.gov" <Jeremy.feigenbaum@njoag.gov>, shankar.duraiswamy@njoag.gov, Viviana.hanley@njoag.gov, shefali.saxena@law.njoag.gov, Elizabeth.walsh@law.njoag.gov, HStern@ag.nv.gov, akirschner@oag.state.md.us, Janelle.Medeiros@ct.gov, PolicyOffice@epa.gov, EIS-Filing@epa.gov, education@epa.gov, NEPAssisthelp@epa.gov, NEPA@epa.gov, eric.wessan@ag.iowa.gov, matt.rice@ag.tn.gov, nlindzen@corpfraudlaw.com, yuri.s.fuchs@usdoj.gov, sara.eisenberg@sfcityatty.org, "Marissa.Malouff@doj.ca.gov" <Marissa.Malouff@doj.ca.gov>, "vanessa.kassab@delaware.gov" <vanessa.kassab@delaware.gov>, "kaliko.d.fernandes_hawaii_gov" <kaliko.d.fernandes@hawaii.gov>, "harrist19@michigan.gov" <harrist19@michigan.gov>, "eng.connie@epa.gov" <eng.connie@epa.gov>, "egle-nondiscriminationCC@michigan.gov" <egle-nondiscriminationCC@michigan.gov>, "Cormack, Hayley" <Cormack.Hayley@epa.gov>, "EGLE-Accessibility@michigan.gov" <EGLE-Accessibility@michigan.gov>, "Faltin, Todd (he/they)" <Faltin.Todd@epa.gov>, "Oviedo, Luis" <oviedo.luis@epa.gov>, "MacMillan-Sanchez, Ariel (she/her/hers)" <MacmillanSanchez.Ariel@epa.gov>, "Johnson, Johana (she/her/hers)" <Johnson.Johahna@epa.gov>, "Mason, Trinita" <Mason.Trinita@epa.gov>, "Moore, Tammy" <moore.tammy@epa.gov>, "Walts, Alan (he/him/his)" <walts.alan@epa.gov>, "Risley, David" <Risley.David@epa.gov>, "tmlewis@cityofflint.com" <tmlewis@cityofflint.com>, "cmcgehee@pittlawpc.com" <cmcgehee@pittlawpc.com>, "eric.a.rey@usdoj.gov" <eric.a.rey@usdoj.gov>, "Jason.T.Cohen@usdoj.gov" <Jason.T.Cohen@usdoj.gov>, "OIG_Hotline@epa.gov" <OIG_Hotline@epa.gov>, Corey <cstern@levylaw.com>, Patrick Lanciotti <PLanciotti@napolilaw.com>, "dpettway@cityofflint.com" <dpettway@cityofflint.com>, "saneeley@cityofflint.com" <saneeley@cityofflint.com>, "mbard@cityofflint.com" <mbard@cityofflint.com>, "michelle.t.domingue.II@usdoj.gov" <michelle.t.domingue.II@usdoj.gov>, "Kaplan, Robert (he/him/his)" <kaplan.robert@epa.gov>, Mel jones jr <meljonesjr@gmail.com>, "marianne.f.kies@usdoj.gov" <marianne.f.kies@usdoj.gov>, "daniel.c.eagles@usdoj.gov" <daniel.c.eagles@usdoj.gov>, "kuhlr@michigan.gov" <kuhlr@michigan.gov>, "gambilln@michigan.gov" <gambilln@michigan.gov>, "MitosinkaA@michigan.gov" <MitosinkaA@michigan.gov>, "gaiello@mayerbrown.com" <gaiello@mayerbrown.com>, "jkuptz@cityofflint.com" <jkuptz@cityofflint.com>, "dfaraci@campbell-trial-lawyers.com" <dfaraci@campbell-trial-lawyers.com>, "alin@eisnerlaw.com" <alin@eisnerlaw.com>, "ccmushatt@cityofflint.com" <ccmushatt@cityofflint.com>, "heidy.gonzalez@usdoj.gov" <heidy.gonzalez@usdoj.gov>, AG attorney as to MI COC civil case #23-000115-MZ <bettenhausenm@michigan.gov>, robinsonr11 <robinsonr11@michigan.gov>, Justus Brown <jubrown@cityofflint.com>, Kameshia Ar-Rahmaan <kar-rahmaan@cityofflint.com>, Davina Donahue <ddonahue@cityofflint.com>, City of Flint Clerk's Office <cityclerk@cityofflint.com>, Davina Donahue <CouncilPublicComment@cityofflint.com>, "trachelleyoung@gmail.com" <trachelleyoung@gmail.com>, Ladel Lewis <llewis@cityofflint.com>, Judy Priestley <jpriestley@cityofflint.com>, Tonya Burns <tburns@cityofflint.com>, Mark Cuker <mark@cukerlaw.com>, "michael.l.williams@usdoj.gov" <michael.l.williams@usdoj.gov>, "molsen@mayerbrown.com" <molsen@mayerbrown.com>, "jcampbell@campbell-trial-lawyers.com" <jcampbell@campbell-trial-lawyers.com>, "mnguyen-dang@mayerbrown.com" <mnguyen-dang@mayerbrown.com>, "pnapoli_napolilaw.com" <pnapoli@napolilaw.com>, Renee Auten <rauten@thelandbank.org>, Jennifer Riggs <jriggs@thelandbank.org>, Jeremy Maltz <jeremy@lehotskykeller.com>, "hammoudf1@michigan.gov" <HammoudF1@michigan.gov>, Michigan Attorney General <miag@michigan.gov>, "dweyre@mcalpinepc.com" <dweyre@mcalpinepc.com>, "g@mayerbrown.com" <g@mayerbrown.com>, "ljiang@susmangodfrey.com" <ljiang@susmangodfrey.com>, mpitt <mpitt@pittlawpc.com>, Hunter Shkolnik <hunter@napolilaw.com>, "arosenman@mayerbrown.com" <arosenman@mayerbrown.com>, Theodore Leopold <tleopold@cohenmilstein.com>, Emmy Levens <elevens@cohenmilstein.com>, Flint Mayor <mayor@cityofflint.com>, "frank.bednarz@hlli.org" <frank.bednarz@hlli.org>, "ted.frank@hlli.org" <ted.frank@hlli.org>, Diane

3/11/25, 6:23 PM Gmail - Your OCR complaint against MSU and University of Michigan (OCR Docket Numbers 15-25-1105 and 15-25-2106)

Case: 25-1158    Document: 00118258178    Page: 2    Date Filed: 03/11/2025    Entry ID: 6705955

<russell.diane@epa.gov>, Amanda Trujillo <atrujillo@cityofflint.com>, "King-Piepenbrok, Pier (AG)" <KingP1@michigan.gov>, "jonhoma@sinasdramis.com" <jonhoma@sinasdramis.com>, "val@vlwlegal.com" <val@vlwlegal.com>, "sdg@miller.law" <sdg@miller.law>, "sparadise@eisnerlaw.com" <sparadise@eisnerlaw.com>, "echeverria.marietta@epa.gov" <echeverria.marietta@epa.gov>, "thompkins.anita@epa.gov" <thompkins.anita@epa.gov>, "burneson.eric@epa.gov" <burneson.eric@epa.gov>, "travers.david@epa.gov" <travers.david@epa.gov>, "waters.tom@epa.gov" <waters.tom@epa.gov>, "davis.angela@epa.gov" <davis.angela@epa.gov>, franklmcnamara@gmail.com, mriordan@publicinterestlegal.org, eric.hamilton@usdoj.gov, "ryan@mclanelaw.com" <ryan@mclanelaw.com>, MEL JONES JR <jonesjrmel@gmail.com>
Bcc: UrbanForestNewYork@gmail.com, Mel jones jr <meljonesjr@gmail.com>

*3-11-2025*

*Hello Kay Longville,*
*I apologize for the delay in my response... but I am still actively titrating a relatively NEW cardiac medication... and oddly enough - as it "gets further along" with such... the "symptoms" of my history of Stroke and such.... are episodically worsening [e.g. while my blood pressure is attempted to be lowered at the same time]. For example {but not limited to}... my legs both literally buckle [e.g. even while I am using my indoor walker] and my left ankle swells more than usual when I sit for even short periods of time [e.g. and the lower part of my left leg... NOW gets episodically more frequently numb than usual].*

*And, to answer your question[s] about whether or not [I] need to have disability accomodations --- the short answer is YES;*

Case: 25-1158   Document: 00118258178   Page: 3   Date Filed: 03/11/2025   Entry ID: 6705055

3/11/25, 6:23 PM                            Gmail - Your OCR complaint against MSU and University of Michigan (OCR Docket Numbers 15-25-1105 and 15-25-2100)

*1.) I require a LARGE print accommodation of (preferably) 27 point font [if] possible;*

*2.) I require an accommodation of PRINT questions... .as opposed to a telephone "meeting".... which will allow me needed time to attempt to "get around/ past for a short while" my "communication impairment" and serious vision impairments (for example).*

*3.) As a further disability accommodation... can you please send me {e.g. and carbon copy Colleen Connors - whom is my "lay caregiver/ informal caregiver}.... the following ANSWER to this: please describe as fully as possible what BOTH MSU and U of M's position is on the benefits of DEI and/ or inclusion programs.... as they relate to systemic racism which JEWISH FOLK, BLACK AFRICAN AMERICAN FOLK, and DISABLED FOLK {e.g. for example, but NOT limited to such folks}... have faced historically in the State of Michigan and in the United States? Here, to be VERY clear and transparent... [I] am a disabled Black guy ...who is a native of the State of California ...and I have literally had people in positions of HIGH levels of power call me a NIGGER and TREAT ME THE SAME.... so*

3/11/25, 6:23 PM    Gmail - Your OCR complaint against MSU and University of Michigan (OCR Docket Numbers 15-25-2105 and 15-25-2106)

Case: 25-1158    Document: 00118258178    Page: 4    Date Filed: 03/11/2025    Entry ID: 6705055

[rest assured.... it get it]. Further ....lets be CLEAR... I am NOT a "brainwashed moron"... who believes the HYPE and B.S. that the Donald Trump and ELON MUSK "racist duo" are lying to the American public with; when IN FACT... both ELON MUSK and President Donald Trump BOTH have very concerning issues with racism against Black African Americans in general [e.g. think now about that of TESLA (and) ... that of Donald Trump's first U.S. presidency... and the current train-wreck of Executive Orders put forth against the American public.

...here, depending upon the answer[s] which you send to me.... [I] may be inclined to forgo my Civil Rights Complaint against MSU and U of M.... although.

Thank you so much for you prompt attention to this matter.

Best,
/s/
~Melvin Jones Jr. - disabled Michigander
1935 Hosler St. - Flint, Michigan 48503

3/11/25, 6:23 PM
Gmail - Your OCR complaint against MSU and University of Michigan (OCR Docket Numbers 15-25-2105 and 15-25-2106)

Case: 25-1158     Document: 00118258178     Page: 5     Date Filed: 03/11/2025     Entry ID: 6705055

# email: jonesjrmel@gmail.com

_____

On Mon, Mar 10, 2025 at 3:58 PM Longville, Catherine <Catherine.Longville@ed.gov> wrote:

> Hello Melvin Jones Jr.,
>
> My name is Kay Longville, and I am an attorney with the U.S. Department of Education, Office for Civil Rights (OCR). I am reaching out to you regarding the complaint you recently filed with OCR against Michigan State University and University of Michigan (OCR Docket Numbers 15-25-2105 and 15-25-2106). I along with attorney Will Raines, who is copied on this e-mail, have been assigned to your complaint, and will be your primary points of contact at OCR regarding this matter.
>
> I am writing to see what your availability is this week and next week for a telephone interview with us to discuss some questions we have regarding your complaint. Please provide us with dates/times that work for you. Additionally, if you require any accommodations, please let us know that as well.
>
> Thank you in advance, and please let us know if you have any questions.
>
> Regards,
>
> Kay Longville
>
> Attorney
>
> Office for Civil Rights
>
> U.S. Department of Education
>
> Email: Catherine.Longville@ed.gov
>
> Cell Phone: (202) 987-1828
>
> Phone Number: (202) 987-1828

Case: 25-1158   Document: 00118258178   Page: 6   Date Filed: 03/11/2025   Entry ID: 6705055

3/11/25, 6:23 PM  Gmail - Your OCR complaint against MSU and University of Michigan (OCR Docket Numbers 15-25-2105 and 15-25-2106)

