Case: 25-1158        Document: 00118258267        Page: 1        Date Filed: 03/12/2025        Entry ID: 6705999

# Federal appeals court upholds sexual abuse verdict against Trump

By Kara Scannell, CNN

 2 minute read · Updated 10:47 PM EST, Mon December 30, 2024

**See More Videos**

**(CNN)** — A federal appeals court upheld the jury's verdict finding Donald Trump sexually abused writer E. Jean Carroll and denied his request for a new trial.

Trump challenged the $5 million civil verdict alleging the trial judge made numerous errors, including allowing testimony of two other women who claimed Trump sexually assaulted them.

The appeals court concluded the trial judge didn't abuse his discretion in ruling on evidence. Even if he made any errors, they said, given the strength of Carroll's case, they are not persuaded Trump's rights were affected to warrant a new trial.

"Both E. Jean Carroll and I are gratified by today's decision. We thank the Second Circuit for its careful consideration of the parties' arguments," said Roberta Kaplan, Carroll's attorney.

A separate jury awarded Carroll $83.3 million after finding Trump defamed her by denying the sexual abuse. Trump has also appealed that verdict.

Carroll alleged Trump raped her in the Bergdorf Goodman department store and then defamed her when he denied her claim, said she wasn't his type and suggested she made up the story to boost sales of her book. Trump denied all wrongdoing. He does not face any jail time as a result of the civil verdict.

While the jury found that Trump sexually abused her, sufficient to hold him liable for battery, the jury did not find that Carroll proved he raped her.

Carroll filed the lawsuit last year under the "New York State Adult Survivors Act," a state bill which opened a look-back window for sexual assault allegations like Carroll's with long-expired statutes of limitation.

Steven Cheung – Trump's top spokesman and incoming White House communications director – said more appeals are coming.

"The American People have re-elected President Trump with an overwhelming mandate, and they demand an immediate end to the political weaponization of our justice system and a swift dismissal of all of the Witch Hunts, including the Democrat-funded Carroll Hoax, which will continue to be appealed. We look forward to uniting our country in the new administration as President Trump makes America great again," Cheung said.

*CNN's Lauren Del Valle contributed to this report.*

## MORE FROM CNN



Federal watchdog removed by Trump drops his case, citing long odds ...

Florida judge