IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

STATE OF NEW JERSEY, et al.,

Plaintiffs-Appellees,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,

Defendants.

No. 25-1158

MELVIN JONES JR.; COLLEEN CONNORS,

Interested Parties–Appellants.

ELON MUSK, LEE ZELDIN, Donald J. Trump in their official Capacity as Federal Employees and Mr. Trump, in his official capacity as President of the United States, et al. - APPELLEES

APPELLANTS Motion to Strike the blurry TESLA news article… which was misfiled and is VERY blurry…….

- *I, pro se appellant Melvin Jones Jr., respectfully request the 1st Circuit appeals court to strike the TESLA news article {e.g. see the first page of such affixed hereto}... which Colleen and I filed at approx. 5:07pm on March 12th, 2025... due to such being VERY blurry. Here, [I] have serious vision*

*impairments... and it is NOT unusual for smaller print documents to ROUTINELY appear BLURRY to [me]... but in this instance ....Colleen pointed out to me that the Document filed {for some unknown reason}  is ACTUALLY not only my eyes seeing it as being BLURRY.... but the document {e.g.  TESLA document about SEVERAL*

*women being/ having been sexually harassed at ELON MUSK's car company [TESLA]}.... is in fact blurry and such was inadvertently mis-filed by the appellants anyway....*

- *For the foregoing reasons... [I] request that the Clerk and/ or appeals court — STRIKE the TESLA news article which is "misfiled" as a response to appellee[s] Donald Trump,*

*et al.'s motion to dismiss/ for summary affirmance.*

- Thank you.

—

12th, of March 2025

_____

/Melvin Jones Jr./ disabled PRO SE appellant (interested party)

1935 Hosler St.

Flint, Michigan 48503

Email: [jonesjrmel@gmail.com](mailto:jonesjrmel@gmail.com)

Google voice to text ph# 415-562-5074

*{see the exhibit on the next page[s]}*

3/12/25, 6:30 PM    Tesla Accusers Speak: How Many Women Were Abused to Make That Car?

Case: 25-1158    Document: 00118258813    Page: 7    Date Filed: 03/12/2025    Entry ID: 6706308

# RollingStone



ACCUSERS SPEAK OUT

# 'HOW MANY WOMEN WERE ABUSED TO MAKE THAT TESLA?'

Seven women are suing the Elon Musk-led company, alleging sexual harassment

**By STEPHEN RODRICK**
**Illustration by Mike McQuade**

SEPTEMBER 19, 2022



Corporate culture comes from the top in America. At least that's the platonic ideal. How a company sets its global image, how it treats its employees, what it values — that all starts in the so-called C-suite. In some companies, that ethos can be found in a single man — they are almost always men — who emerge as the face of the firm. (Think Steve Jobs at Apple or Jeff Bezos at

**Learn more about** `LSEG`

 My News 

# Tesla settles factory worker's sexual harassment lawsuit

By **Daniel Wiessner**

May 13, 2024 2:03 PM EDT · Updated 10 months ago

  



**[1/2]** A Tesla service and sales center is shown in Vista, California, U.S., June 3, 2022. REUTERS/Mike Blake/File Photo Purchase Licensing Rights 

### Companies

 **Tesla Inc**

Follow

May 13 (Reuters) - Tesla (TSLA.O) has settled a lawsuit by a former factory employee who says she was fired for complaining about severe sexual harassment, as the electric carmaker faces a series of sex and race discrimination lawsuits.

U.S. District Judge William Orrick in San Francisco dismissed Tyonna Turner's 2023 lawsuit on Monday, one day after she and Tesla informed the judge of the settlement. Terms of the deal were not disclosed.

> Jumpstart your morning with the latest legal news delivered straight to your inbox from The Daily Docket newsletter. Sign up here.

Turner worked at Tesla's flagship Fremont, California, assembly plant, where the company is accused in a number of lawsuits of failing to address rampant harassment of Black and female workers. The settlement appears to be the first in a series of sexual harassment cases filed against Tesla since 2021.

Tesla, which has denied wrongdoing in those cases, and lawyers for Turner did not immediately respond to requests for comment.

Turner in the lawsuit alleged that in the nearly two years she worked at the Fremont plant she was harassed about 100 times, including by a male coworker who followed her around the factory and stalked her.

She claimed that when she complained, a supervisor told her, "That's just how people are." Turner was fired in September 2022, which she says was retaliation for reporting the harassment and a workplace injury.

Orrick last August rejected Tesla's bid to send the case to private arbitration, citing a 2022 federal law that bars mandatory arbitration of sexual harassment and assault claims.

Turner's allegations are similar to those in at least six other cases pending against Tesla in California state court.

Tesla is also facing lawsuits accusing it of tolerating widespread racial discrimination at the Fremont plant and other facilities, including claims from a U.S. anti-discrimination agency, a separate case by its California counterpart, and a class action on behalf of 6,000 Black workers.

Those lawsuits claim that Black workers were subjected to constant racial slurs and graffiti, assigned to less desirable jobs and retaliated against for complaining. Tesla has said it does not tolerate discrimination and has fired workers found to have engaged in racist conduct.

Reporting by Daniel Wiessner in Albany, New York; Editing by Chizu Nomiyama, Alexia Garamfalvi and Leslie Adler

Our Standards: The Thomson Reuters Trust Principles.

Suggested Topics:

World at Work     Human Rights     Supply Chain     Sustainable & EV Supply Chain     EV Strategy