3/13/25, 7:09 AM   Gmail - EMAIL SERVICE: #25-1158 to DOJ - attorney Derek Weiss... and to [all] - ( Docket Text: MOTION for leave to intervene file…

Case: 25-1158    Document: 00118258897    Page: 1    Date Filed: 03/13/2025    Entry ID: 6706340



MEL JONES JR <jonesjrmel@gmail.com>

# EMAIL SERVICE: #25-1158 to DOJ - attorney Derek Weiss... and to [all] - ( Docket Text: MOTION for leave to intervene filed by Movant(s) Pro Se Interested Parties Melvin Jones Jr and Colleen Connors... request to be allowed to be INTERVENORS on appeal... given our March 11th, 2025 CORRECTED/ AMENDED pro se appeals brief; and the supporting supplemental citation authorities already filed.. Served on 03/12/2025. )

1 message

**MEL JONES JR** <jonesjrmel@gmail.com>   Thu, Mar 13, 2025 at 7:06 AM
To: Deborah Greenspan <deborah.greenspan@blankrome.com>, derek.l.weiss@usdoj.gov, Zeldin.Lee@epa.gov, mobrien@irli.org, chajec@irli.org, gcanaan@irli.org, gwv@dcglaw.com, tmccotter@boydengray.com, daniel.epstein@aflegal.org, "jon@publicrightsproject.org" <jon@publicrightsproject.org>, serviceS3@michigan.gov, giovanatiN@michigan.gov, Stacey.Metro@ag.ny.gov, Annabelle.Wilmott@doj.ca.gov, Lorraine.Lopez@doj.ca.gov, Delbert.Tran@doj.ca.gov, zoe.levine@ag.ny.gov, Irina.Trasovan@doj.ca.gov, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, jgrayson@nmdoj.gov, molly.alarcon@sfcityatty.org, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, shannon.stevenson@coag.gov, ksadeck@riag.ri.gov, jared.b.cohen@mass.gov, john.keller@ag.state.mn.us, johnsonkarpg@doj.state.wi.us, julio.thompson@vermont.gov, dmosteller@ncdoj.gov, "jeremy.feigenbaum@njoag.gov" <Jeremy.feigenbaum@njoag.gov>, shankar.duraiswamy@njoag.gov, Viviana.hanley@njoag.gov, shefali.saxena@law.njoag.gov, Elizabeth.walsh@law.njoag.gov, HStern@ag.nv.gov, akirschner@oag.state.md.us, Janelle.Medeiros@ct.gov, PolicyOffice@epa.gov, EIS-Filing@epa.gov, education@epa.gov, NEPAssisthelp@epa.gov, NEPA@epa.gov, eric.wessan@ag.iowa.gov, matt.rice@ag.tn.gov, nlindzen@corpfraudlaw.com, yuri.s.fuchs@usdoj.gov, sara.eisenberg@sfcityatty.org
Cc: Colleen Connors <CMColleen4@gmail.com>, MEL JONES JR <jonesjrmel@gmail.com>, "Marissa.Malouff@doj.ca.gov" <Marissa.Malouff@doj.ca.gov>, "vanessa.kassab@delaware.gov" <vanessa.kassab@delaware.gov>, "kaliko.d.fernandes_hawaii_gov" <kaliko.d.fernandes@hawaii.gov>, "jeremy.feigenbaum@njoag.gov" <jeremy.feigenbaum@njoag.gov>, "harrist19@michigan.gov" <harrist19@michigan.gov>, "eng.connie@epa.gov" <eng.connie@epa.gov>, "egle-nondiscriminationCC@michigan.gov" <egle-nondiscriminationCC@michigan.gov>, "Cormack, Hayley" <Cormack.Hayley@epa.gov>, "EGLE-Accessibility@michigan.gov" <EGLE-Accessibility@michigan.gov>, "Faltin, Todd (he/they)" <Faltin.Todd@epa.gov>, "Oviedo, Luis" <oviedo.luis@epa.gov>, "MacMillan-Sanchez, Ariel (she/her/hers)" <MacmillanSanchez.Ariel@epa.gov>, "Johnson, Johahna (she/her/hers)" <Johnson.Johahna@epa.gov>, "Mason, Trinita" <Mason.Trinita@epa.gov>, "Moore, Tammy" <moore.tammy@epa.gov>, "Walts, Alan (he/him/his)" <walts.alan@epa.gov>, Deborah Greenspan <deborah.greenspan@blankrome.com>, "Risley, David" <Risley.David@epa.gov>, "tmlewis@cityofflint.com" <tmlewis@cityofflint.com>, "cmcgehee@pittlawpc.com" <cmcgehee@pittlawpc.com>, "eric.a.rey@usdoj.gov" <eric.a.rey@usdoj.gov>, "Jason.T.Cohen@usdoj.gov" <Jason.T.Cohen@usdoj.gov>, "OIG_Hotline@epa.gov" <OIG_Hotline@epa.gov>, Corey <cstern@levylaw.com>, Patrick Lanciotti <PLanciotti@napolilaw.com>, "dpettway@cityofflint.com" <dpettway@cityofflint.com>, "saneeley@cityofflint.com" <saneeley@cityofflint.com>, "mbard@cityofflint.com" <mbard@cityofflint.com>, "michelle.t.domingue.II@usdoj.gov" <michelle.t.domingue.II@usdoj.gov>, "Kaplan, Robert (he/him/his)" <kaplan.robert@epa.gov>, Mel jones jr <meljonesjr@gmail.com>, "marianne.f.kies@usdoj.gov" <marianne.f.kies@usdoj.gov>, "daniel.c.eagles@usdoj.gov" <daniel.c.eagles@usdoj.gov>, "kuhlr@michigan.gov" <kuhlr@michigan.gov>, "gambilln@michigan.gov" <gambilln@michigan.gov>, "MitosinkaA@michigan.gov" <MitosinkaA@michigan.gov>, "gaiello@mayerbrown.com" <gaiello@mayerbrown.com>, "jkuptz@cityofflint.com" <jkuptz@cityofflint.com>, "dfaraci@campbell-trial-lawyers.com" <dfaraci@campbell-trial-lawyers.com>, "alin@eisnerlaw.com" <alin@eisnerlaw.com>, "ccmushatt@cityofflint.com" <ccmushatt@cityofflint.com>, "heidy.gonzalez@usdoj.gov" <heidy.gonzalez@usdoj.gov>, AG attorney as to MI COC civil case #23-000115-MZ <bettenhausenm@michigan.gov>, robinsonr11 <robinsonr11@michigan.gov>, Justus Brown <jubrown@cityofflint.com>, Kameshia Ar-Rahmaan <kar-rahmaan@cityofflint.com>, Davina Donahue <ddonahue@cityofflint.com>, City of Flint Clerk's Office <cityclerk@cityofflint.com>, Davina Donahue <CouncilPublicComment@cityofflint.com>, "trachelleyoung@gmail.com" <trachelleyoung@gmail.com>, Ladel Lewis <llewis@cityofflint.com>, Judy Priestley <jpriestley@cityofflint.com>, Tonya Burns <tburns@cityofflint.com>, Mark Cuker <mark@cukerlaw.com>, "michael.l.williams@usdoj.gov" <michael.l.williams@usdoj.gov>, "molsen@mayerbrown.com" <molsen@mayerbrown.com>, "jcampbell@campbell-trial-lawyers.com" <jcampbell@campbell-trial-lawyers.com>, "mnguyen-

3/13/25, 7:09 AM	Gmail - EMAIL SERVICE : #25-1158 to DOJ - attorney Derek Weiss... and to [all] - { Docket Text: MOTION for leave to intervene file...

Case: 25-1158     Document: 00118258897     Page: 2     Date Filed: 03/13/2025     Entry ID: 6706340

dang@mayerbrown.com" <mnguyen-dang@mayerbrown.com>, "pnapoli_napolilaw.com" <pnapoli@napolilaw.com>, Renee Auten <rauten@thelandbank.org>, Jennifer Riggs <jriggs@thelandbank.org>, Jeremy Maltz <jeremy@lehotskykeller.com>, "hammoudf1@michigan.gov" <HammoudF1@michigan.gov>, Michigan Attorney General <miag@michigan.gov>, "dweyre@mcalpinepc.com" <dweyre@mcalpinepc.com>, "g@mayerbrown.com" <g@mayerbrown.com>, "ljiang@susmangodfrey.com" <ljiang@susmangodfrey.com>, mpitt <mpitt@pittlawpc.com>, Hunter Shkolnik <hunter@napolilaw.com>, "arosenman@mayerbrown.com" <arosenman@mayerbrown.com>, Theodore Leopold <tleopold@cohenmilstein.com>, Emmy Levens <elevens@cohenmilstein.com>, Flint Mayor <mayor@cityofflint.com>, "frank.bednarz@hlli.org" <frank.bednarz@hlli.org>, "ted.frank@hlli.org" <ted.frank@hlli.org>, Diane <russell.diane@epa.gov>, Amanda Trujillo <atrujillo@cityofflint.com>, "King-Piepenbrok, Pier (AG)" <KingP1@michigan.gov>, "jonhoma@sinasdramis.com" <jonhoma@sinasdramis.com>, "val@vlwlegal.com" <val@vlwlegal.com>, "sdg@miller.law" <sdg@miller.law>, "sparadise@eisnerlaw.com" <sparadise@eisnerlaw.com>, "echeverria.marietta@epa.gov" <echeverria.marietta@epa.gov>, "thompkins.anita@epa.gov" <thompkins.anita@epa.gov>, "burneson.eric@epa.gov" <burneson.eric@epa.gov>, "travers.david@epa.gov" <travers.david@epa.gov>, "waters.tom@epa.gov" <waters.tom@epa.gov>, "davis.angela@epa.gov" <davis.angela@epa.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, nlindzen@corpfraudlaw.com, franklmcnamara@gmail.com, mriordan@publicinterestlegal.org, eric.hamilton@usdoj.gov, "ryan@mclanelaw.com" <ryan@mclanelaw.com>, Zeldin.Lee@epa.gov, zoe.levine@ag.ny.gov
Bcc: UrbanForestNewYork@gmail.com, Mel jones jr <meljonesjr@gmail.com>

*March 14th, 2025*

*To: DOJ  - Attorney Derek Weiss*
*and to [all]*

**also - [to]: special master for the Flint Water Crisis {attorney Deborah Greenspan}**

*Good morning,*
*Firstly to DOJ - attorney Derek Weiss...*
*[sincerely] thank you for "setting in motion"*
*what SHOULD be the seminole-moment... which*
*NOW (fully) gives rise to the RIPENESS of [us]*
*Colleen Connors and [me]/ interested parties -*
*appellants {e.g. and hopefully GRANTED*
*FORMAL INTERVENORS ON APPEAL... SEE*

3/13/25, 7:09 AM Gmail - EMAIL SERVICE: #25-1158 to DOJ - attorney Derek Weiss... [and to [all] - Docket Text: MOTION for leave to intervene file...

Case: 25-1158    Document: 00118258897    Page: 3    Date Filed: 03/13/2025    Entry ID: 6706340

*(of course our motion to intervene on appeal affixed hereto)}:*

*Which is to say --- [of course] BOTH the defendants and plaintiffs in the district court civil case #25-cv-10139 are MUCH more learned and sophisticated in the LAW and IN MOTIONS-PRACTICE.... so [IF] y'all did such to "HELP" Colleen and [I]... I appreciate it --- and NO KIDDING... [IF] oral argument is set for the NOW - THREE appeals as to the UNCONSTITUTIONAL EXECUTIVE ORDER issued by ELON MUSK and PRESIDENT DONALD TRUMP as to "birthright citizenship".... [we]/ Colleen and [I] would like to spend approx. 5 or 10 minutes talking with you BEFORE oral argument.  But, I **might need to wear a DIAPER so that I do NOT pee or poop on myself {e.g. here I think that my AGE in relation to my serious cardiac heredity medical conditions and my history of STROKE and SYNCOPE which I believe noticeably worsened when I lived in the State of California in approx. the year 2003/ 2004}.... NOW literally cause my "IBS" episodic constipation and bloating and*

Case: 25-1158    Document: 00118258897    Page: 4    Date Filed: 03/13/2025    Entry ID: 6706340

*diarrhea to render me to either pee a small amount in my underwear [or] literally poop/ crap either a small or large amount of feces/ poop in my underwear -- YEP, it is a VERY humbling "new" experience for me as a disabled person.... and so, I HAVE FOUND THAT [I] MUST BE SUPER CLOSE TO THE TOILET IN MY HOME due to such.*

*And, as a further matter of TRANSPARENCY.... it is important for me to also point out to you {e.g. DOJ Attorney Derek Weiss}.... that literally SEVERAL YEARS before Colleen and [I] moved to the State of Michigan... from the State of California --- BOTH {in their own separate ways} Colleen and my [late] beloved mother who passed and went to be with the LORD on December 23rd, 2020... would "HELP ME KEEP TRACK OF MY MONEY and MY SPENDING OF MY MONEY" ...due to what I have experienced is my (by then) ALREADY having had serious back/ spine injury and at least (as I recall) TWO strokes and SEVERAL near black-outs [e.g. and actual brief*

3/13/25, 7:09 AM Gmail - EMAIL SERVICE: #25-1158 to DOJ - attorney Derek Weiss... and to [all]. - (Docket Text: MOTION for leave to intervene file...

Case: 25-1158      Document: 00118258897      Page: 5      Date Filed: 03/13/2025      Entry ID: 6706340

*syncope episodes.... especially on exertion], and very frequent episodic episodes of dizziness].*

*Also... [just an FYI].... Colleen (now - due to what I believe [are] directly related to the FLINT WATER CRISIS and DIRECT LIABILITY  for such "LINKED" to the government failures for which NOW for sure... MONETARy LIABILITY HAS FULL-CIRCLE ATTACHED TO THE US EPA {no matter how many US EPA/ US EPA TITLE VI employees that ELON MUSK, LEE ZELDIN, and PRESIDENT DONALD TRUMP fire/ wrongly terminate to COVER-IT-UP}...  YES - the US EPA, City of Flint and State of Michigan's/ MI EGLE/ MI DEQ)... are [ALL... I believe LIABLE TO COLLEEN CONNORS FOR THEIR ROLES IN THE FLINT WATER CRISIS].... because Colleen {e.g. by my*

3/13/25, 7:09 AM    Gmail - EMAIL SERVICE: #25-1158 to DOJ - attorney Derek Weiss... and to [all]. - (Docket Text: MOTION for leave to intervene file...

Case: 25-1158      Document: 00148258897      Page: 6      Date Filed: 03/13/2025      Entry ID: 6706340

*direct observation} has developed "episodic very bad IBS... and episodic constant STINKY FARTS which seem to last for days and many hours at a time" (but NOT limited to such FWC harm/ damages.... which I believe NOW amounts to approx. $ 10 or 20 billion dollars to/ for the ENTIRE CITY OF FLINT RESIDENTS [e.g. the JEWISH ADULTS, the DISABLED ADULTS, and YES - the [DEI -woe] BLACK AFRICAN AMERICAN ADULTS])…. no matter how RACIST defendants LEE ZELDIN, ELON MUSK and PRESIDENT DONALD TRUMP are….. notwithstanding said defendants' HAPPINESS about their "ABUSE OF WOMEN in either the private or federal employee workforce" {e.g. SEE THE APPELLANTS' attached MOTION TO INTERVENE ON APPEAL}….*

*.... and here, speaking of "President Donald Trump, et al"... abuse of women --- WHAT DO YOU [e.g. DOJ attorney Derek Weiss] think about the MANY times that your client DONALD TRUMP.... stated during recorded TELEVISION SHOWS years ago.... that [he]/ Donald Trump "finds his own daughter [IVANKA TRUMP] to be very attractive... and [IF] she were not his/ TRUMP'S daughter .... that [he]/ Donald Trump WOULD DATE HER {IVANKA}... and marry her if he could.... YES - what do you think about that as an DOJ-attorney ...Mr. Attorney Derek Weiss ???   What of that... My good friend ?*

Case: 25-1158   Document: 00148258897   Page: 8   Date Filed: 03/13/2025   Entry ID: 6706340

3/13/25, 7:09 AM   Gmail - EMAIL SERVICE: #25-1158 to DOJ - attorney Derek Weiss... and to [all] - (Docket Text: MOTION for leave to intervene file...



***source:***
https://www.the-independent.com/news/world/americas/us-politics/donald-trump-ivanka-trump-creepiest-most-unsettling-comments-a-roundup-a7353876.html

# //
# ***Respectfully submitted.***

# p.s. YEP --- that means ...<u>Veolia North America [VNA] and LAN as to the Flint</u>

3/13/25, 7:09 AM    Gmail - EMAIL SERVICE :#25-1158 to DOJ - attorney Derek Weiss... and to [all]. - [ Docket Text: MOTION for leave to intervene file...

Case: 25-1158     Document: 00118258897     Page: 9     Date Filed: 03/13/2025     Entry ID: 6706340

## *Water Crisis is 200% correct all along... that GOVERNMENTAL FAILURE is/ was the sole cause, creation and worsening of the "ongoing" Flint Water Crisis.... [not Wells Fargo Bank and Chase Bank, et al, and not VNA or LAN either]...*

## *Simply put ....YES - appellee's ELON MUSK and LEE ZELDIN and DONALD TRUMP et, al... are certainly "Making America FEEL THEIR HATE again"*😂😂😂*.*

## *And, here is a song for it:*



https://youtu.be/Ndb7kein1Es?feature=shared

*Best,*
*/s/*
*~Melvin Jones Jr. - disabled interested party/ appellant {proposed intervenor on appea} in appeal #25-1158*
*email: jonesjrmel@gmail.com*
*1935 Hosler St. Flint, Michigan 48503*

---

**2 attachments**

📄 **appellants motion to intervene on appeal in #25-1158.pdf**
12652K

📄 **Donald Trump's unsettling record of comments about his daughter Ivanka _ The Independent _ The Independent.pdf**
1471K