IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

STATE OF NEW JERSEY, et al.,

Plaintiffs-Appellees,

v.

DONALD J. TRUMP, in his official capacity as
President of the United States, et al.,

Defendants.

No. 25-1158

---

MELVIN JONES JR.; COLLEEN CONNORS,

Interested Parties–Appellants.

ELON MUSK, LEE ZELDIN,
Donald J. Trump in their official
Capacity as Federal Employees
and Mr. Trump, in his official
capacity as President of the
United States, et al. - APPELLEES

*AFFIDAVIT OF MELVIN JONES JR:*

## _AFFIDAVIT:_

I, Melvin Jones Jr., declare that I am over 18 years of age... [and] I experience the disabling medical conditions as set forth by me in in the "flings" made by me {e.g. my PACER ACCOUNT} in first circuit appeals court pro se appeal #25-1158 [e.g. to date]... which

*include marked and serious vision impairments... which [for that reason alone] I believe that I am "disqualified" from obtaining a driver's licence in ANY state [or] district within the United States... and (on that reason alone)... [notwithstanding my*

*other serious medical conditions... which have worsened in what can be defined as a marked amount since I have lived/resided in the State of Michigan beginning in the year August 2014].... said marked/ serious vision impairments which I experience in an episodically worsened*

*manner {e.g. very blurry vision, eye strain fatigue... which renders me more tired throughout the day, and painful eye-strain migraine headaches}.... then cause me to be permanently disabled under federal law, federal statutes and [a] multitude of State Law as to the State of Michigan*

*and State of California…
and  the ADA (Americans
with disabilities act).*

*Which brings me to the
"Standing under Article
III" matter at hand
pertaining to the
defendants' [e.g. Elon
Musk, Lee Zeldin, and
President Donald Trump,
et al.] tricky and*

misguided "motion to dismiss and motion for summary affirmance as to the instant appeal #25-1158" – which the Appeals Court has ALREADY ruled that BRIEFING {e.g. actual briefing} SCHEDULE MUST BE HELD IN MY/ OUR PRO SE APPEAL #25-1158 [e.g. see the

*attached order affixed hereto]; also see the attachments affixed hereto… and my/ our {e.g. appellants'} AMENDED NOTICE [] of amended notice of appeal filed on or about March 15th, 2025… which renders the defendants-appellees' repetitive motion to dismiss …somewhat*

*annoying for me... but [I] get it... I really do:*

*1.)   I believe that the birthright Executive Order [EO] at issue cannot EVER be enforced because it [as intentional written by ELON MUSK and DONALD TRUMP] ...is purposely on its face and in the law is would*

*be enforced and/ or guidelines set forth as to the "aperture" of BROAD scope of the EO... is arbitrary, capricious, allows for discriminatory and/ or disparate treatment of (unborn disabled, black, hispanic, mexican, jewish, arab, muslim, Christian, democratic,*

*and whomever [e.g. which ever unborn baby and would be [DAD of such (e.g. ME - YES, on a GOOD DAY... my PENIS STILL WORKS... and I CAN STILL EJACULATE AND COME... and THEREBY PRODUCE A BABY [hey-maybe with Colleen Connors ...who*

*is JEWISH… although [I] do NOT have sex for fear of a really bad cardiac event… a really bummer but true… and from what I can tell (absent Colleen Connors)… there was literally ONLY one woman in the State of Michigan whom I have found attractive… and*

*she MANY YEARS ago... when Colleen and I both told her that — she did NOT look like a person from Flint and/or Michigan ....she (NO SURPRISE said that she was moving back to the State of New York).... the Manhattan Area to be exact... and when we went back to that*

*business establishment... she had already TRANSFERRED to the New York area ] ...no kidding she is as I recall the ONLY woman in the state of michigan who actually smelled CLEAN {e.g. I was diagnosed by an asthma specialist in the State of California, in*

*approx. 2009/ 2010 - after I sustained an industrial injury to my lungs during a brief employment with a local governmental agency in Northern California with [me] having HYPER-ROSMIA {e.g. and so every other person/ woman in the State of Michigan [e.g.*

*in the Cities of Detroit and Flint for example… whom I have met or passed by] literally smell SOUR… and NOT SHOWERED…*

*2.)  …. and NO, I do NOT have a 14" penis (so here, NO need for LEE ZELDIN, ELON MUSK, or President Donald Trump to be JEALOUS*

*of the "BIG PENIS MYTH THAT ALL BLACK DUDES ARE "HUNG" LIKE A HORSE""...*

*3.)   And, so here... [I believe] that BOTH Colleen and [I] do have standing/ article III standing in the civil case as to the birthright EO at issue (#25-cv-10139) and*

*instant appeal #25-1158.*

*4.)  ….ok, ok – as to the LARGE-PENIS (stereo-type of Black men being "hung like a horse)…. MATTER OF PRESIDENT DONALD TRUMP, ELON MUSK, and LEE ZELDIN being jealous — I specifically recall that during*

*president Donald Trump's first presidential campaign… he made a BIG DEAL OF HIS SMALL "fat little HANDS" …not being an accurate indicator of him/ Mr. Trump having a SMALL PENIS…. [hey], the news of such still makes me laugh…. Because,*

*5.)   What kind of "person who is actually FIT to be president of the United States would even talk about such"? And the answer is: President Donald Trump;.... which is to say ...I do NOT, recall ever hearing of former President Joe Biden nor President Barack*

*Obama having to say that THEY HAVE BIG PENIS'... and that is most likely because [I believe] that ...both Biden and Obama are "HUNG LIKE A HORSE"... [and] I say this out of love for ELON MUSK, LEE ZELDIN and President Donald Trump, et al... as*

*I must have {e.g. love for all of God's children} as a Christian believer. Which is to say.... There is GOOD news for Musk, Trump and Zeldin... and that is (to the best of my knowledge... PENIS SIZE DOES NOT MAKE THE MAN).....*

*—-*

*I, Melvin Jones Jr., declare under penalty of perjury under federal law[s] 28 USC S. 1746... that my forgoing statements are true and correct to the best of my knowledge, belief, understanding, recollection, knowledge, personal observation and information.*

*March 16th, 2025*

_____

/Melvin Jones Jr./ disabled PRO SE appellant (interested party)

1935 Hosler St.

Flint, Michigan 48503

Email: jonesjrmel@gmail.com

Google voice to text ph# 415-562-5074

{see the exhibit on the next page[s]}

Log In

# The History Behind the Donald Trump 'Small Hands' Insult

Almost 30 years ago Trump was described as a "short-fingered vulgarian."

By ABC News
March 4, 2016, 12:09 PM

   



1:42

**Trump v. Rubio: Little Hands**   Watch the two Republican presidential hopefuls battle over the size of Trump's hands.

---

&#151; -- [Marco Rubio](#) told supporters last week that [GOP presidential](#) rival [Donald Trump](#) is "always calling me 'little Marco.'"

"He is taller than me, he's like 6' 2", which is why I don't understand why his hands are the size of someone who is 5' 2"," Rubio joked. "Have you seen his hands? And you know

what they say about men with small hands -- "

The crowd erupted.

" -- You can't trust them," Rubio said.

Rubio's comment may come across tasteless for a presidential hopeful, but that was not the first time someone has questioned the size of Trump's hands.

---

**Trump Responds to Rubio's Crude Remark With One of His Own→**

---

---

**Marco Rubio Mocks Donald Trump's Spray Tan, Small Hands→**

---

---

**Republican Presidential Debate: 5 Moments That Mattered→**

---

Nearly 30 years ago, Graydon Carter, the editor of Vanity Fair magazine, described Trump in *Spy magazine* as a "short-fingered vulgarian."

In an [editor's letter in "Vanity Fair"](#) last November, Carter said that he wrote the *Sky magazine* comment in 1988 "just to drive him a little bit crazy."

And according to Carter, it still does.

"Like so many bullies, Trump has skin of gossamer," Carter wrote in November.

"To this day, I receive the occasional envelope from Trump. There is always a photo of him—generally a tear sheet from a magazine. On all of them he has circled his hand in gold Sharpie in a valiant effort to highlight the length of his fingers," Carter wrote. "I almost feel sorry for the poor fellow because, to me, the fingers still look abnormally stubby."

"The most recent offering arrived earlier this year, before his decision to go after the Republican [presidential nomination](#)," Carter continued. "Like the other packages, this one included a circled hand and the words, also written in gold Sharpie: 'See, not so short!' I sent the picture back by return mail with a note attached, saying, 'Actually, quite short.'"

And Carter's theory that Trump is ultra-sensitive to this particular insult appears to be right.

If you thought Rubio's joke on the campaign trail last week would go un-answered by Trump -- you were wrong.

Trump has brought up his hands up at least twice in the past 24 hours.

At a rally outside Detroit this morning, Trump said he would not sit back and be "presidential...when 'little Marco'" talked about "the size of my hands."

Trump held his hands up and said, "Those hands can hit a golf ball 285 yards."

And at the [Republican debate](#) in Detroit last night, Trump said, "And I have to say this, I have to say this. [Rubio] hit my hands."

"Nobody has ever hit my hands. I have never heard of this," Trump continued, neglecting to reveal his repeated mailings to Carter.

"Look at those hands," Trump said on the debate stage, holding up his hands to the audience. "Are they small hands? And he referred to my hands -- if they are small, something else must be small."

"I guarantee you there is no problem," Trump affirmed. "I guarantee you."



**Healthcare is a human right.**

**Sponsored** / Partners In Health

Donate now

**Limited Time: 2X Gift Match**

3/15/25, 1:53 AM I was fired by DOGE after I moved across the country for a job with the VA. I've been laid off before, and it was nothing like this.

## BUSINESS INSIDER

# I was fired by DOGE after I moved across the country for a job with the VA. I've been laid off before, and it was nothing like this.

**Tess Martinelli**
Sat, March 15, 2025 at 5:07 AM EDT
5 min read

 4k



- Ben Gibson moved from Idaho to Washington, DC, to work with the US Department of Veterans Affairs.

- In five months, DOGE terminated his job along with thousands of other probationary federal workers.

- Gibson said he just received an email and was let go the same day with no clarity.

*former government worker based in Idaho. It's been edited for length and clarity.*

I served in the US Navy for 8 ½ years and later spent nearly five years working in the private sector as a technical communicator before I was laid off in August 2023.

ADVERTISEMENT

About a year later, I found myself deciding between two competing job offers: a Washington, DC-based government job with the US Department of Veterans Affairs or a remote six-figure job in private equity.

I had some difficult conversations with my family, and I ultimately decided to take the federal job. Its mission felt closer to my heart, and I really wanted to settle into a lifelong career with guaranteed retirement.

On February 13, after I had just gotten home from the office, I received an email saying I had been terminated, highlighting my probationary status. I was shocked. It felt completely surreal, and it was an awful experience.

## I moved to Washington, DC, and planned for my wife and son to join me

I moved to DC and started my job at the end of August 2024. My plan was to pay for two leases until my wife and son joined me at the end of the school year

ADVERTISEMENT

I started my work right away with the Office of Enterprise Integration at the VA. Our overarching goal was to take executive branch mandates and run them through policy analysis to determine a projected timeline, cost, and resource need.

The other major thing we did was respond to congressional inquiries. For example, we helped set up community-based care for veterans who were not

I was fired by DOGE after I moved across the country for a job with the VA. I've been laid off before, and it was nothing like this.

within commuting distance of a veteran's hospital. We primarily focused on program development, program management, data analysis, policy analysis, and governance.

I loved what I did, and my colleagues were some of the most intelligent, hardworking, wonderful people I've ever worked with.

## I couldn't believe I got laid off

When the first emails about the deferred resignation package came out, part of me didn't feel like they were real. I convinced myself the VA would likely be safe from terminations, and if we were affected, I figured there'd be some sort of protective mechanism blocking that action. I feel a bit foolish like I should've known.

ADVERTISEMENT

The truth is, I had never received a performance review. I just remember thinking the termination was insane, and a piece of me didn't believe it.

**Top Stories**   Universities DEI investigation    Chicken nugget lawsuit win    Postal Service cost-cutting

thought I was joking. It wasn't only unbelievable to me but also to most of our senior leaders, who should've been involved in the decision-making process or at least aware of the changes being made.

yahoo!news    Sign in

and I said a few quick goodbyes.

## My colleagues and I are fighting back

Immediately after the termination — which came without severance or benefits — I joined a group chat with some coworkers in the same position as me, and we started sharing resources.

ADVERTISEMENT

I filed a US Merit Systems Protection Board (MSPB) appeal, hoping the decision would be reversed or a federal judge would intervene. I truly believed I'd be back at work, but after two weeks of radio silence, I couldn't afford to keep waiting.

I packed up my belongings and drove across the country to my family in Idaho. Luckily, I was able to get out of my lease in DC. I've been home for less than a month and the main thing I'm trying to do is just process it all and figure out what happens next.

Part of me regrets not taking the deferred resignation package, but I had no idea my job was at stake. Still, I can sleep fine knowing I took the risk of staying at a job I loved.

## I don't trust the government right now, but I'd love to return to work

It seems that the government's only function is to serve the best interests of our leaders, and if you're not making that happen, you're expendable.

ADVERTISEMENT

On March 12, a judge ordered the Trump administration to reinstate fired probationary employees, but I haven't received anything from the VA about it. It's very hard to say what I'd do if reinstated.

If the VA were to allow me to temporarily work remotely and somehow guarantee that my job would be safe from termination, then I'd love to return. But I don't foresee that being the case.

## I feel safer working in the private sector

I'm currently looking at some state, local, and private-sector jobs.

When I got laid off from my private-sector job, they at least gave me severance pay, had HR present to answer questions, and helped me navigate my next steps. I'd take that over what happened with the government.

ADVERTISEMENT

3/15/25, 1:53 AM     I was fired by DOGE after I moved across the country for a job. I've been laid off before, and it was nothing like this.

My experience is tough, but I'm not alone. Thousands of others have been fired, and the people remaining are left to pick up the pieces.

services and veterans will suffer. I'll never be happier to be wrong if I am.

*If you're a current or former federal worker who would like to share your story, please email the editor, Manseen Logan, at mlogan@businessinsider.com.*

Read the original article on [Business Insider](#)

💬 **View comments (4k)**

Terms and Privacy Policy     Privacy Dashboard     About Our Ads

## Solve the daily Crossword

35,725 people played the daily Crossword recently. Can you solve it faster than others?



### Crossword

Play on Yahoo

Top Stories    Universities DEI investigation    Chicken nugget lawsuit win    Postal Service cost-cutting

# Elon Musk Ordered To Testify In Lawsuit For Falsely Linking Jewish Man To Neo-Nazi Brawl

Sebastian Murdock

☰                          yahoo!news                          Sign in



A Texas judge has ordered Elon Musk to testify in a deposition as part of a defamation lawsuit that accuses the billionaire of falsely linking a Jewish man to a neo-Nazi brawl.

The tech billionaire and far-right sympathizer was hit with the lawsuit in October after he falsely accused 22-year-old Ben Brody of being a federal agent involved

in an Oregon brawl last year between neo-Nazi group Rose City Nationalists and neo-fascist group the Proud Boys.

brawl occurred, said he and his family were forced to flee their home after his personal information was revealed, and he received threats following Musk's amplification of the dangerous conspiracy.

ADVERTISEMENT

Last week, Travis County District Court Judge Maria Cantú Hexsel issued an order requiring Musk to sit for a two-hour deposition to explain his actions. HuffPost obtained a copy of the order on Wednesday, which states Musk must testify before April 1 to answer questions, including Musk's "state of mind at the time the alleged defamatory statement was allegedly published."

Brody's lawsuit centers around a June 24 fight in which members of the Portland Proud Boys went to Oregon City's first-ever Pride Night Fest to disrupt the event. While there, members of RCN got into a brawl with the Proud Boys in an incident captured on video.

In the ensuing violence, a still-unidentified member of RCN had his mask ripped off, revealing the member's face. Rather than accept the reality of neo-Nazi violence, far-right accounts on X, formerly Twitter, were quick to dismiss that the RCN member was a neo-Nazi and instead suggested the members of the group were all federal agents bent on making the right look bad.

ADVERTISEMENT

One of those accounts, described in the lawsuit as an "extreme rightwing 'shitposting' account affiliated with the bizarre 'Groyper' subculture," was the first to falsely link the RCN member to Brody. The account posted his college fraternity's social media page that said Brody "plans to work for the government" after graduation.

This was used as supposed proof of Brody's involvement. Hours later, Musk responded to the account with "very odd."

again." Always remove their masks.

Following a torrent of abuse, on June 26, Brody posted a video offering proof — including credit card receipts — that showed he was in California at the time of the Oregon brawl.

ADVERTISEMENT

"My family and I are just being harassed completely, and I would be more than happy to clear up any confusion if necessary," Brody said in the video. "This is just so ridiculous and I just really can't believe this is happening to me right now."

On June 27, Musk responded to an article from the conspiracy website Zero Hedge that claimed the incident was a false flag by suggesting the neo-Nazi member was Brody.

"Looks like one is a college student (who wants to join the govt) and another is maybe an Antifa member, but nonetheless a probable false flag situation," Musk wrote on X. He also tagged Community Notes, a section of the website dedicated to correcting misinformation.

Musk's posts amplifying the conspiracy remain up on X.

ADVERTISEMENT

Brody is being represented by Houston attorney Mark Bankston of the law firm Farrar & Ball. The law firm previously represented two Sandy Hook parents, who won $45 million in damages against conspiracy theorist Alex Jones after he spent years falsely claiming the 2012 school shooting, which left 20 kids and six adults dead, never happened.

Musk is being represented by John Bash of the Austin, Texas, law firm Quinn Emanuel Trial Lawyers. Bash previously served as the special assistant to former

President Donald Trump and was the U.S. prosecutor for the Western District of Texas during the implementation of Trump's family separation policy.

request for a copy" of any internet browser history for June 26-27, 2020 for any web-connected personal devices Defendant used on those dates."

In a statement to HuffPost, Bankston said the deposition "should be a very interesting conversation."

ADVERTISEMENT

In a motion to dismiss the lawsuit earlier this month, Bash argued that Brody "hopes to abuse the discovery process to harass Musk and increase his litigation costs unnecessarily" and to "harass and inconvenience his adversary."

A hearing on the motion to dismiss is set for April 22.

Bash did not respond to a request for comment from HuffPost.

## Related...

- Gina Carano Sues Disney For 'Mandalorian' Firing — And Elon Musk Is Footing The Bill

- Elon Musk Says First Human Has Received Implant From His Computer-Brain Company

- Elon Musk Can't Keep Tesla Pay Package Worth More Than $55 Billion

💬 View comments

Terms and Privacy Policy    Privacy Dashboard    About Our Ads

3/16/25, 1:50 AM     Former Israeli hostage breaks silence after 505 days in Hamas captivity | Fox News



Log In     Watch TV

**Recommended**



| | |
|---|---|
| 01:05 | **CENTCOM forces launch airstrikes against Houthis in...** |

| | |
|---|---|
| 01:25 | **Bodycam shows Democrat lawmaker's DUI arrest** |



| | |
|---|---|
| 03:49 | **Ted Williams says investigators 'cannot rule anything out' in...** |

| | |
|---|---|
| 06:09 | **Authorities re... chilling 911 ca... hours after Un...** |

ISRAEL

# Freed Israeli hostage speaks for the first time about his 505 days of surviving Hamas hell



By **Efrat Lachter** · **Fox News**

Published March 15, 2025 2:00pm EDT Updated March 15, 2025 2:36pm EDT



**Former Israeli hostage held by Hamas for 505 days speaks out for first time**

In an exclusive interview with Fox News, former Israeli hostage Tal Shoham describes the first moments of being captured by Hamas terrorists.

**EXCLUSIVE:** After surviving nearly a year and a half deep underground, with barely enough air to breathe and no light, and sharing an 18-square-foot space with three other men, recently released hostage Tal Shoham shared with Fox News Digital his harrowing story of captivity at the hands of Hamas.

Shoham was forcibly taken from Kibbutz Be'eri on October 7, 2023. His wife and children, ages four and eight, were also kidnapped that day, but he didn't know that when he was thrown into the trunk of a car and driven into Gaza by Hamas terrorists. He didn't even know whether his family was alive; hoping to save them, he surrendered to the terrorists just before they set fire to the house where his family was hiding.

He would spend the eight-and-a-half months in an underground tunnel and another five months captive in five different houses deep inside Gaza, where his captors kept him shackled, starved him and deprived him of basic human comforts.

**REMAINS OF SHIRI BIBAS, MOM OF TWO KILLED, ALLEGEDLY RETURNED TO ISRAEL FOLLOWING HAMAS' BROKEN PROMISE**



Tal Shoham sitting next to his wife, Adi, as he holds up a poster of his two friends, Evyatar David and Guy Gilboa-Dalal, who are still hostages in Gaza.  (Georges Schneider)

But he gave himself a mission: He was determined not to lose his humanity. Even in moments when he feared that he was facing death, he tried to stay focused. "I am not a victim. Even if this ends, I will end it with my head high, looking death in the eyes. They won't break me, and I will not surrender to self-pity. We are stronger than the other side," he said.

It has been three weeks since he came home, and he is ready to speak. Kibbutz Be'eri is just nine kilometers — about five-and-a-half miles — from Gaza, but that short distance is practically an ocean between what he describes as two worlds. "Half-an-hour's drive, two separate worlds," he said. "The first — unbelievably surreal, cruel beyond reason. And just 30 minutes away [on this side of the border], a world of sanity, logic, dignity and compassion."

3/13/25, 1:38 AM                Brett Kavanaugh speaks about presidential power, his Taylor Swift fandom and an expensive trip to see Caitlin Clark | CNN Politics

# Brett Kavanaugh speaks about presidential power, his Taylor Swift fandom and an expensive trip to see Caitlin Clark

By Joan Biskupic, CNN Senior Supreme Court Analyst

🕐 4 minute read · Published 5:17 PM EDT, Fri May 10, 2024



Supreme Court Justice Brett Kavanaugh answers questions during a judicial conference, Friday, May 10, 2024, in Austin, Texas. Eric Gay/AP

**(CNN) —** Supreme Court Justice Brett Kavanaugh told an Austin judicial conference on Friday that his experience in the George W. Bush administration has made him more skeptical of presidential assertions of regulatory power.

His comments on the issue (he also discussed Taylor Swift and Caitlin Clark) were especially salient in light of the many challenges to the Biden administration policies on which the court is expected to rule by the end of June.

**RELATED GALLERY**

Case: 25-1158      Document: 001-18359937      Page: 41      Date Filed: 03/16/2025      Entry ID: 6706899



**RELATED GALLERY**
In pictures: Taylor Swift's 'Eras Tour'

GALLERY

Referring to his 2001-2006 tenure as a lawyer for Bush, Kavanaugh said he was "in the room" as regulations were written and saw first-hand the "pressures" on administrations to push the limits of their statutory power, whether over the environment, immigration or health care.

ADVERTISING



"It gives me a good, for want of a better term, B.S. detector," he said. "When the executive branch says, 'We can't possibly do this.' … I think to myself … I saw it done."

Kavanaugh observed that presidential candidates regularly campaign on a reform agenda but then become stymied in their priorities by the legislative process and congressional gridlock. That creates an incentive for presidents to push the boundaries of their regulatory authority, he said, emphasizing that the phenomenon affects both political parties.

"The judiciary is there to help police those boundaries," Kavanaugh said.

The comments of Kavanaugh, a 2018 appointee of former President Donald Trump, may hint at the conservative court majority's resolution of pending disputes testing the bounds of an array of federal regulation. Since the six-justice conservative majority coalesced in 2020, the court has taken longer strides to constrain federal regulators, from the environment and consumer finance to public health and workplace safety.



**RELATED ARTICLE**
What Sandra Day O'Connor's papers reveal about a landmark Supreme Court decision

Brett Kavanaugh speaks about presidential power, his Taylor Swift fandom and an expensive trip to see Caitlin Clark | CNN Politics



– and why it could be overturned soon



**Do you want the latest in US politics summarized each day?**

Sign up for CNN's What Matters newsletter.

Email address

By subscribing you agree to our Privacy Policy.

Sign me up

One pair of pending cases could lead to its most substantial move against regulatory power in decades; those cases test a 1984 decision, Chevron USA v. Natural Resources Defense Council, that requires federal judges to defer to US agencies' views of their statutory mandates for policy.

Business groups, backed by Republican-run states, contend the Chevron principle has led to unlawful bureaucratic intrusions and given the government the upper hand in litigation.

The Biden administration, defending the Chevron precedent and multiple agency policies now under challenge, has stressed the importance of executive-branch expertise and comprehensive nationwide protections for the public good.

## The Eras Tour and an 'expensive' trip to see Caitlin Clark play

Kavanaugh's hourlong appearance Friday in the ballroom of an Austin hotel came as the high court enters its tensest weeks, negotiating in private to resolve dozens of cases by the traditional late June deadline. He answered questions from 5th Circuit Chief Judge Priscilla Richman at the circuit's annual judicial conference.

**RELATED ARTICLE**
'Pretty unheard of': Caitlin Clark draws 13,000 in home preseason debut as Indiana Fever win 83-80

By and large, Richman's questions were on the lighter side, including those that opened a window on Kavanaugh's extracurricular life. He said that his two high school daughters, now a

sophomore and senior, control much of his off-bench time.

He attended his first Taylor Swift concert in 2012, he told Richman after she asked if he had attended an Eras Tour concert.

Yes, the justice said, Kavanaugh describing himself as "way ahead of the curve" with his Swiftie fandom.

And he has taken his daughters to multiple NCAA basketball tournaments, including the first round in Iowa last March.

The justice recounted that on the Thursday night before that tournament weekend, his older daughter was talking about players she knew, from her own high school basketball team, that would be competing against Iowa's Caitlin Clark.

Kavanaugh's younger daughter said, "We should go!"

A few beats later, Kavanaugh agreed: "We should go. We went. ... I got on StubHub, got the tickets, got the flights, probably one of the most expensive 48 hours."

**How election lies fuel Taylor Swift conspiracy theories**

04:01

But he added, "To go to Iowa and see the phenomena of Caitlin Clark. That's a lifetime memory that I did on the spur of the moment."

## Security concerns at home

3/16/25, 1:32 AM    Trump Takes Effort to End Birthright Citizenship to Supreme Court | Truthout

# truthout

NEWS | IMMIGRATION

# Trump Takes Effort to End Birthright Citizenship to Supreme Court

Three separate district courts have placed injunctions on Trump's order, which seeks to redefine the 14th Amendment.

By Chris Walker, TRUTHOUT
March 14, 2025



The U.S. Supreme Court is seen in Washington, D.C., on March 2, 2025.

TIERNEY L CROSS / AFP VIA GETTY IMAGES

*Honest, paywall-free news is rare. Please support our boldly independent journalism with* <u>*a donation*</u> <u>(https://support.truthout.org/-/XXQLBDSX/&utm_source=truthout&utm_medium=bcb&utm_campaign=304216)</u> *of any size.*

The White House has filed a request to the U.S. Supreme Court for justices to block several stays issued by federal court judges relating to President Donald Trump's executive order seeking to redefine the birthright citizenship clause of the 14th Amendment to the U.S. Constitution.

Three cases in total have blocked Trump's order, which aims to end the practice of automatically granting people citizenship if they are born in the U.S. — a right that is recognized by dozens of countries around the globe (https://truthout.org/articles/trump-says-hell-issue-an-executive-order-ending-birthright-citizenship/) in their own laws (including nearly every country in the Western Hemisphere). While the filing (https://www.supremecourt.gov/DocketPDF/24/24A886/352043/20250313135344529_Trump%20v%20New%20Jersey%20Stay%20Application.pdf) (officially submitted by acting Solicitor General Sarah Harris) admits that the cases "raise important constitutional questions," it states that the administration is making a "modest" request — that a stay on their current temporary restraining orders be made in the interim period while arguments are discussed and cases are decided in those lower courts.

Such a stay would allow the Trump administration to disrupt more than 125 years of unchanged precedent (https://truthout.org/articles/judge-places-indefinite-injunction-against-trumps-birthright-citizenship-order/) that recognizes that a person born in the U.S. is conferred citizenship rights.

---

### Never miss another story

Get the news you want, delivered to your inbox every day.

**Visit truthout.org/subscribe**

---

Harris's argument rests on disrupting another important precedent, relating to checks and balances in the government — that of a federal judge's power to block presidential actions or orders if they are blatantly unconstitutional (https://www.usatoday.com/story/news/politics/2025/03/13/trump-supreme-court-birthright-executive-order-citizenship/79302891007/).

"This Court should declare that enough is enough before district courts' burgeoning reliance on universal injunctions becomes further entrenched," Harris wrote in the brief (https://www.supremecourt.gov/DocketPDF/24/24A886/352043/20250313135344529_Trump%20v%20New%20Jersey%20Stay%20Application.pdf). "The Court should stay the district courts' preliminary injunctions."

She added:

> Years of experience have shown that the Executive Branch cannot properly perform its functions if any judge anywhere can enjoin every presidential action everywhere.

Trump's executive order, entitled "Protecting the Meaning and Value of American Citizenship," was issued on his first day in office. It boldly — and errantly — claimed that (https://www.whitehouse.gov/presidential-actions/2025/01/protecting-the-meaning-and-value-of-american-citizenship/) "the Fourteenth Amendment has never been interpreted to extend citizenship universally to everyone born within the United States."

Yet, since the late 19th century, with limited exceptions, that's exactly how courts (including the Supreme Court) have read (https://truthout.org/articles/judge-places-indefinite-injunction-against-trumps-birthright-citizenship-order/) the 14th Amendment, which reads that (https://www.law.cornell.edu/constitution/amendmentxiv), "All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the state wherein they reside."

Many legal experts say that Trump's attempt to usurp the authority of the Constitution is likely to fail. But if the Supreme Court rules against the idea that district court judges can block Trump's orders, the case could create contentious precedent nonetheless.

"At the very least, they have an indication that they have a better chance on the injunction question than on the [constitutional question] of birthright citizenship," Ilya Somin, a professor at Antonin Scalia Law School, told *NPR*.

"The Supreme Court may well limit the injunctions partially, maybe not to the extent that the Trump administration wants, but [to the extent] that will allow the Trump administration to claim a political victory," said Stephen Yale-Loehr (https://www.npr.org/2025/03/14/nx-s1-5327552/trump-takes-birthright-citizenship-to-the-supreme-court), a retired law professor from Cornell University.

Such a decision, however, "would cause chaos and confusion as to who was included in the court rulings and who is potentially subject to the birthright citizenship ban" if the injunctions are lifted, even temporarily, Yale-Loehr added.

**UNLIKE MAINSTREAM MEDIA, WE'RE NOT CAPITULATING TO TRUMP.**

As a dizzying number of corporate news organizations – either through need or greed – rush to implement new ways to further monetize their content, and others acquiesce to Trump's wishes, now is a time for movement media-makers to double down on community-first models.

At *Truthout*, we are reaffirming our commitments on this front: We won't run ads or have a paywall because we believe that everyone should have access to information, and that access should exist without barriers and free of distractions from craven corporate interests. We recognize the implications for democracy when information-seekers click a link only to find the article trapped behind a paywall or buried on a page with dozens of invasive ads. The laws of capitalism dictate an unending increase in monetization, and much of the media simply follows those laws. ***Truthout* and many of our peers are dedicating ourselves to following other paths – a commitment which feels vital in a moment when corporations are evermore overtly embedded in government.**

Over 80 percent of *Truthout*'s funding comes from small individual donations from our community of readers, and the remaining 20 percent comes from a handful of social justice-oriented foundations. Over a third of our total budget is supported by recurring monthly donors, many of whom give because they want to help us keep *Truthout* barrier-free for everyone.

You can help by giving today. Whether you can make a small monthly donation or a larger gift, *Truthout* only works with your support.

Donate

*This article is licensed under* Creative Commons (CC BY-NC-ND 4.0) *(https://creativecommons.org/licenses/by-nc-nd/4.0/), and you are free to share and republish under the terms of the license.*



CHRIS WALKER (HTTPS://TRUTHOUT.ORG/AUTHORS/CHRIS-WALKER/)

Chris Walker is a news writer at *Truthout*, and is based out of Madison, Wisconsin. Focusing on both national and local topics since the early 2000s, he has produced thousands of articles analyzing the issues of the day and their impact on the American people. He can be found on most social media platforms under the handle @thatchriswalker (https://linktr.ee/thatchriswalker).

© 2025 Truthout