Case: 25-1158    Document: 00118260580    Page: 1    Date Filed: 03/18/2025    Entry ID: 6707274

3/18/25, 6:57 AM    Gmail - (To: Hayley Cormack) --- RE: #07D-24-R5 {Title VI discrimination complaint against the State of Michigan/ EGLE}; subject: [...



**MEL JONES JR <jonesjrmel@gmail.com>**

---

## (To: Hayley Cormack) --- RE: #07D-24-R5 {Title VI discrimination complaint against the State of Michigan/ EGLE}; subject: [I], disabled Melvin Jones Jr., received what appears to be a VOICE MAIL from you earlier today which was left on my GOOGLE VOICE TO TEXT PHONE

1 message

---

**MEL JONES JR** <jonesjrmel@gmail.com>                                    Mon, Mar 17, 2025 at 5:52 PM
To: "Cormack, Hayley" <Cormack.Hayley@epa.gov>, Deborah Greenspan <deborah.greenspan@blankrome.com>,
derek.l.weiss@usdoj.gov, Zeldin.Lee@epa.gov, mobrien@irli.org, chajec@irli.org, gcanaan@irli.org, gwv@dcglaw.com,
tmccotter@boydengray.com, daniel.epstein@aflegal.org, "jon@publicrightsproject.org" <jon@publicrightsproject.org>,
serviceS3@michigan.gov, giovanatiN@michigan.gov, Stacey.Metro@ag.ny.gov, Annabelle.Wilmott@doj.ca.gov,
Lorraine.Lopez@doj.ca.gov, Delbert.Tran@doj.ca.gov, zoe.levine@ag.ny.gov, Irina.Trasovan@doj.ca.gov, "denise.levey@doj.ca.gov"
<denise.levey@doj.ca.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>,
"gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>,
jgrayson@nmdoj.gov, molly.alarcon@sfcityatty.org, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>,
shannon.stevenson@coag.gov, ksadeck@riag.ri.gov, jared.b.cohen@mass.gov, john.keller@ag.state.mn.us,
johnsonkarpg@doj.state.wi.us, julio.thompson@vermont.gov, dmosteller@ncdoj.gov, "jeremy.feigenbaum@njoag.gov"
<Jeremy.feigenbaum@njoag.gov>, shankar.duraiswamy@njoag.gov, Viviana.hanley@njoag.gov, shefali.saxena@law.njoag.gov,
Elizabeth.walsh@law.njoag.gov, HStern@ag.nv.gov, akirschner@oag.state.md.us, Janelle.Medeiros@ct.gov, PolicyOffice@epa.gov, EIS-
Filing@epa.gov, education@epa.gov, NEPAssisthelp@epa.gov, NEPA@epa.gov, eric.wessan@ag.iowa.gov, matt.rice@ag.tn.gov,
nlindzen@corpfraudlaw.com, yuri.s.fuchs@usdoj.gov, sara.eisenberg@sfcityatty.org, SupremeCtBriefs@usdoj.gov
Cc: Colleen Connors <CMColleen4@gmail.com>, MEL JONES JR <jonesjrmel@gmail.com>, "Marissa.Malouff@doj.ca.gov"
<Marissa.Malouff@doj.ca.gov>, "vanessa.kassab@delaware.gov" <vanessa.kassab@delaware.gov>, "kaliko.d.fernandes_hawaii_gov"
<kaliko.d.fernandes@hawaii.gov>, "jeremy.feigenbaum@njoag.gov" <jeremy.feigenbaum@njoag.gov>, "harrist19@michigan.gov"
<harrist19@michigan.gov>, "eng.connie@epa.gov" <eng.connie@epa.gov>, "egle-nondiscriminationCC@michigan.gov" <egle-
nondiscriminationCC@michigan.gov>, "Cormack, Hayley" <Cormack.Hayley@epa.gov>, "EGLE-Accessibility@michigan.gov" <EGLE-
Accessibility@michigan.gov>, "Faltin, Todd (he/they)" <Faltin.Todd@epa.gov>, "Oviedo, Luis" <oviedo.luis@epa.gov>, "MacMillan-
Sanchez, Ariel (she/her/hers)" <MacMillanSanchez.Ariel@epa.gov>, "Johnson, Johanna (she/her/hers)" <Johnson.Johanna@epa.gov>,
"Mason, Trinita" <Mason.Trinita@epa.gov>, "Moore, Tammy" <moore.tammy@epa.gov>, "Walts, Alan (he/him/his)"
<walts.alan@epa.gov>, Deborah Greenspan <deborah.greenspan@blankrome.com>, "Risley, David" <Risley.David@epa.gov>,
"tmlewis@cityofflint.com" <tmlewis@cityofflint.com>, "cmcgehee@pittlawpc.com" <cmcgehee@pittlawpc.com>, "eric.a.rey@usdoj.gov"
<eric.a.rey@usdoj.gov>, "Jason.T.Cohen@usdoj.gov" <Jason.T.Cohen@usdoj.gov>, "OIG_Hotline@epa.gov" <OIG_Hotline@epa.gov>,
Corey <cstern@levylaw.com>, Patrick Lanciotti <PLanciotti@napolilaw.com>, "dpettway@cityofflint.com" <dpettway@cityofflint.com>,
"saneeley@cityofflint.com" <saneeley@cityofflint.com>, "mbard@cityofflint.com" <mbard@cityofflint.com>,
"michelle.t.domingue.II@usdoj.gov" <michelle.t.domingue.II@usdoj.gov>, "Kaplan, Robert (he/him/his)" <kaplan.robert@epa.gov>, Mel
jones jr <meljonesjr@gmail.com>, "marianne.f.kies@usdoj.gov" <marianne.f.kies@usdoj.gov>, "daniel.c.eagles@usdoj.gov"
<daniel.c.eagles@usdoj.gov>, "kuhlr@michigan.gov" <kuhlr@michigan.gov>, "gambilln@michigan.gov" <gambilln@michigan.gov>,
"MitosinkaA@michigan.gov" <MitosinkaA@michigan.gov>, "gaiello@mayerbrown.com" <gaiello@mayerbrown.com>,
"jkuptz@cityofflint.com" <jkuptz@cityofflint.com>, "dfaraci@campbell-trial-lawyers.com" <dfaraci@campbell-trial-lawyers.com>,
"alin@eisnerlaw.com" <alin@eisnerlaw.com>, "ccmushatt@cityofflint.com" <ccmushatt@cityofflint.com>, "heidy.gonzalez@usdoj.gov"
<heidy.gonzalez@usdoj.gov>, AG attorney as to MI COC civil case #23-000115-MZ <bettenhausenm@michigan.gov>, robinsonr11
<robinsonr11@michigan.gov>, Justus Brown <jubrown@cityofflint.com>, Kameshia Ar-Rahmaan <kar-rahmaan@cityofflint.com>, Davina
Donahue <ddonahue@cityofflint.com>, City of Flint Clerk's Office <cityclerk@cityofflint.com>, Davina Donahue
<CouncilPublicComment@cityofflint.com>, "trachelleyoung@gmail.com" <trachelleyoung@gmail.com>, Ladel Lewis
<llewis@cityofflint.com>, Judy Priestley <jpriestley@cityofflint.com>, Tonya Burns <tburns@cityofflint.com>, Mark Cuker
<mark@cukerlaw.com>, "michael.l.williams@usdoj.gov" <michael.l.williams@usdoj.gov>, "molsen@mayerbrown.com"
<molsen@mayerbrown.com>, "jcampbell@campbell-trial-lawyers.com" <jcampbell@campbell-trial-lawyers.com>, "mnguyen-
dang@mayerbrown.com" <mnguyen-dang@mayerbrown.com>, "pnapoli_napolilaw.com" <pnapoli@napolilaw.com>, Renee Auten
<rauten@thelandbank.org>, Jennifer Riggs <jriggs@thelandbank.org>, Jeremy Maltz <jeremy@lehotskykeller.com>,
"hammoudf1@michigan.gov" <HammoudF1@michigan.gov>, Michigan Attorney General <miag@michigan.gov>,
"dweyre@mcalpinepc.com" <dweyre@mcalpinepc.com>, "g@mayerbrown.com" <g@mayerbrown.com>, "ljiang@susmangodfrey.com"
<ljiang@susmangodfrey.com>, mpitt <mpitt@pittlawpc.com>, Hunter Shkolnik <hunter@napolilaw.com>, "arosenman@mayerbrown.com"
<arosenman@mayerbrown.com>, Theodore Leopold <tleopold@cohenmilstein.com>, Emmy Levens <elevens@cohenmilstein.com>, Flint
Mayor <mayor@cityofflint.com>, "frank.bednarz@hlli.org" <frank.bednarz@hlli.org>, "ted.frank@hlli.org" <ted.frank@hlli.org>, Diane
<russell.diane@epa.gov>, Amanda Trujillo <atrujillo@cityofflint.com>, "King-Piepenbrok, Pier (AG)" <KingP1@michigan.gov>,
"jonhoma@sinasdramis.com" <jonhoma@sinasdramis.com>, "val@vlwlegal.com" <val@vlwlegal.com>, "sdg@miller.law"
<sdg@miller.law>, "sparadise@eisnerlaw.com" <sparadise@eisnerlaw.com>, "echeverria.marietta@epa.gov"
<echeverria.marietta@epa.gov>, "thompkins.anita@epa.gov" <thompkins.anita@epa.gov>, "burneson.eric@epa.gov"
<burneson.eric@epa.gov>, "travers.david@epa.gov" <travers.david@epa.gov>, "waters.tom@epa.gov" <waters.tom@epa.gov>,
"davis.angela@epa.gov" <davis.angela@epa.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>,
"brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>,

Case: 25-1158    Document: 00118260580    Page: 2    Date Filed: 03/18/2025    Entry ID: 6707274

"gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, nlindzen@corpfraudlaw.com, franklmcnamara@gmail.com, mriordan@publicinterestlegal.org, eric.hamilton@usdoj.gov, "ryan@mclanelaw.com" <ryan@mclanelaw.com>, Zeldin.Lee@epa.gov, zoe.levine@ag.ny.gov
Bcc: UrbanForestNewYork@gmail.com, Mel jones jr <meljonesjr@gmail.com>

March 17th, 2025

RE: #07D-24-R5 {Title VI discrimination complaint against the State of Michigan/ EGLE}

subject: [I], disabled Melvin Jones Jr., received what appears to be a VOICE MAIL from you earlier today which was left on my GOOGLE VOICE TO TEXT PHONE.

From: Melvin Jones Jr.
email: jonesjrmel@gmail.com

Good afternoon - Hayley Cormack,
The purpose of my email is to RESPOND to: what [I], disabled Melvin Jones Jr., received what appears to be a VOICE MAIL from you earlier today which was left on my GOOGLE VOICE TO TEXT PHONE.

And, so to respond to your instant voicemail... as best that can understand such [e.g. I am NOT even sure that you left said voicemail in the first place...] that is to say.... [it] COULD be some sort of ELON MUSK, DONALD TRUMP, LEE ZELDIN hoax phone call... to see what I will say about such?

Case: 25-1158    Document: 00118260589    Page: 3    Date Filed: 03/18/2025    Entry ID: 6707274

*In short, what a HECK of a mess that the mass firings and then what are then mass re-hirings within and as to the Federal Work Force... due to the DOGE {e.g. ELON MUSK} and Donald Trump various Executive Orders and directives as to such.*

*Here... [I] would like to say that I am suprised by it all --- but as a BLACK disabled guy.... who has literally faced being CALLED A NIGGER at work {e.g. MANY times in the state of California}... and who has literally SEEN the worst of various "HIGH LEVEL DEMOCRATIC DECISION MAKER[s]"  and the VERY BEST of the same.... as devine Blessings and God's Favor... when I needed it the most [e.g. primarily in the State of California, but ALSO more noticable in the State of Michigan (i.e. in BOTH Democratic "run" Cities in which Colleen and [I] have lived - in the State of Michigan ... which are DETROIT and the CITY OF FLINT).... YEP - ignorant Blacks in BOTH cities whom have NEVER gotten over the 1940's and 1950's.... who have been for MANY years ...the wrongful beneficiaries of Affirmative-Action, and DEI - UBER WOKE B.S. policies --- which have [I believe] caused Blacks (and some ignorant whites in the City of Flint and City of Detroit) ...to FALSELY believe that JEWISH WOMAN such as Colleen Connors [are] their*

Case: 25-1158    Document: 00118260589    Page: 4    Date Filed: 03/18/2025    Entry ID: 6707274

"whipping - boy/ gal"... to where for MANY years in the City of Flint {e.g. when Colleen lived at 829 Campbell St. Flint, Michigan)... there was a white RACIST pimp and drug addict who literally would get VIOLENT when he saw me in the passenger seat of Colleen's car (e.g. especially when I had fast food such as a "nutriant-fruit smoothie" from the Smoothie-King)... because [I] have spent MY money on myself... instead of giving in to his extortion and harassment put against BOTH Colleen and I for money {e.g. eventually I literally had to seek and obtain a TRO against him}; and the Black ignorant neigbors who live around/ near MY current home @ 1935 Hosler St. Flint, Michigan ...are NO better that the racist white dude.... because they {e.g. said ANTI-SEMITIC hateful black folks against Colleen because she is a JEWISH PERSON}... is actually WORSE... because the City of Flint and City of Flint Police Department, and City of Flint Mayor Sheldon Neeley {e.g. with his known affiliation with the Black Lives Matter THUGS}... are refusing to put a stop to the VIOLENT BLACK [DEI- BLM] subversive thugs... who literally put their drug dealing vicious PIT-BULL dugs upon mainly Colleen ...whenever she attempts to go outside to her car, or to put that trash can[s] at the curbside/ road verge for trash pickup; and here... make NO mistake... Genesee County and the State of

Case: 25-1158    Document: 00118260589    Page: 5    Date Filed: 03/18/2025    Entry ID: 6707274

Michigan ALSO ...have done nothing about the GHETTO black pieces of SHIT who call themselves human-beings that live (for example in the 1916 Hosler St. Flint, and the niegbors (IGNORANT BLACKS) who live at 1941 Hosler St. Flint, and 1942 Hosler St. Flint, 1929 Hosler St. Flint, and 1925 Hosler St. Flint, and 1921 Hosler St. Flint, Michigan]... ALL OF WHO ACT TOGETHER WITH EACH OTHER and [I believe the City of Flint]... to harass and put violence against BOTH Colleen Connors and [me] on account that Colleen is a JEWISH PERSON {e.g. who is also WHITE in appearance}.

**_.... and so [I] say all of the aforementioned to say --- here... which is MORE harmful to me?_**
**_1.) MI EGLE's NON-ADA compliant/ non-ada accessible websites.... [or]_**
**_2.) the dangerous situation which I have set forth above?_**

... more to the point... [I] am still ACTIVELY titrating my 8-9-2024... "NEW" cardiac medication... and so, at this time....
I do NOT know when I will be able to participate in answering your questions....

Case: 25-1158    Document: 00118260580    Page: 6    Date Filed: 03/18/2025    Entry ID: 6707274

*Also --- is the US EPA Title VI Department NOW in existence ....or has that too been ELIMINATED by Elon Musk and Donald Trump and LEE ZELDIN?*

*Please know that my prayers and thoughts are with you and your TEAM and ALL of the Federal Work Force... that is to say... be strong --- AND MUCH LOVE from BOTH Colleen and [I].... 😍😍😍🤩🤗🤔😊😊 😊😊😊😊.*

*Please acknowledge receipt of this instant email.*

*Best,*

*/s/*

**~Melvin Jones Jr. - disabled interested party/ appellant {proposed PLAINTIFF intervenor on appeal [and [proposed - respondent pro se to the defendants' Elon Musk President Donald Trump, et al. "application[s] for review by the US Supreme Court } in/ as to civil case #25-cv-10139 (and) appeal #25-1158 email:** *jonesjrmel@gmail.com* **1935 Hosler St. Flint, Michigan 48503**

Case: 25-1158     Document: 00118260589     Page: 7     Date Filed: 03/18/2025     Entry ID: 6707274

**----------**

*January 24th, 2025*

*__URGENT ALERT TO THE US EPA/ US EPA TITLE VI DEPARTMENT__ [* **To: Hayley Cormack and TEAM @ the US EPA title VI department SEE THE NEWEST ATTACHMENT AFFIXED HERETO: a "new" EO from President Donald Trump ...which NOW indicates to ME... that the EPA Title VI department has unlawfully discriminated against Colleen and [me] by NOT accepting her allegations of ANTI-JEWISH discrimination put against Colleen and [I] by the City of Flint and MI EGLE !!!** *]:*

3/18/25, 7:57 AM    Gmail - (To: Hayley Cormack) - RE: #OLD-24-R3-(Title VI discrimination complaint against the State of Michigan/ EGLE), subject: [...

Case: 25-1158    Document: 0011826058    Page: 8    Date Filed: 03/18/2025    Entry ID: 6707274

PRESIDENTIAL ACTIONS

# ENDING ILLEGAL DISCRIMINATION AND RESTORING MERIT-BASED OPPORTUNITY

January 21, 2025

*....  simply put --- the US EPA Title VI department has [I believe] made the City of Flint's failures as to the LSLR program and contempt of court in FWC # 16-cv-10277 MUCH WORSE.... and such was done by the PREVIOUS [administrator of the US EPA - Michael Regan].... because [he] FOCUSED much too much on ONLY BLACK (e.g. historically poor neighborhoods in California [i.e. WATTS and INGLEWOOD and COMPTON])…. instead of JEWISH FOLKS such as Colleen and the disabled such as myself who RELY upon Jewish informal lay-caregivers such as Colleen Connors.   See for example, my own FWC miscellaneous civil case # 22-mc-51723; simply put --- GOOD for president Donald Trump in ENDING the*

Case: 25-1158    Document: 00118260589    Page: 9    Date Filed: 03/18/2025    Entry ID: 6707274

*long-standing discriminatory DEI {e.g. black focused mess}.*

*\*\*\* Supplemented - Corrected Document \*\*\*\*\**

*RE:# 07D-24-R5*
*(see the attached documents SEE THE ADDED CAPTION)....*

*To: Hayley Cormack and Team @ US EPA Title VI department*
*From: Melvin Jones Jr. - disabled Michigander*

*.....please see the email from Colleen -- which I agree with and provide to you herewith:*
**(begin ADDED text)....**
*YES - make NO mistake that Michigan AG - Danna NESSEL... has NOW rendered the State of Michigan as a WHOLE as SANCTUARY CITY.... [not good at all];*



https://www.nbcnews.com/politics/donald-trump/live-blog/trump-administration-executive-orders-presidential-agenda-live-updates-rcna188605

Case: 25-1158    Document: 00118260580    Page: 10    Date Filed: 03/18/2025    Entry ID: 6707274

_FYI ---_ **_it appears as if the neighbors [e.g. most likely along with MI EGLE and City of Flint {yep Democrats LOVE CRIME}] and NO matter which democrat runs for Michigan Governor... make NO mistake [whether it is DANA NESSEL, OR JOSELY BENSON, OR FLINT MAYOR SHELDON NEELEY]... there will be MORE gun fire (e.g. like last night in the neighborhood in which Colleen and [I] live)... and MORE drug deals and drug-dealer type dogs... which the CURRENT Flint Police Chief and CURRENT Genesee County Sheriff Chris Swanson LOVES ALSO --- and so, WHERE DO COLLEEN [and] I move to to escape the Democrat mess ....so that [we] BOTH feel safe to go out the throw out the trash to the curbside for garbage pickup?   And, WHERE do Colleen and [I] move to ....to escape the neighbors [apparently at the urging of the MI EGLE/ State of michigan/ City of Flint].... literally CONTINUOUS harassment of us.... so much so that oddly enough --- whenever I have a MEDICAL APPOINTMENT [e.g. going to Colleens car to get to such and when we return from my medical appointment].... I have literally seen nearly ALL of the neighbors on BOTH sides of the street nearest my home.... sit and WATCH and LAUGH as they set their  vicious pit bulls on Colleen and [me]; and just a further NOTE as to the matter of_**

Case: 25-1158    Document: 00118260580    Page: 11    Date Filed: 03/18/2025    Entry ID: 6707274

*birthright citizenship --- what of the issue of [God forbid] a 3rd World War.... whereby Chinese or Russian, or NORTH KOREAN fighter pilots who ARE WOMAN and say 30 years of age or so --- and PREGOS [e.g. pregnant]... the somehow their fighter jet crashes near an urban area... but they manage to SAFELY crash land... but said woman pilot then lets off two or three hand grenades which do very bad harm to a United States NAVY SEAL TEAM.... and shortly AFTER such horrific harm to American Soldiers.... said woman pilot GIVES BIRTH to a health baby ....should the child be considered rightly a NON-citizen of the United States... and STILL a natural born citizen of the foreign country from which the newborn baby's MOTHER in this instance is from.... so as to [of course] RE-UNITE the newborn baby with its RIGHTFUL "cultural heritage" and NOT forcibly make the newborn baby in this instance and AUTOMATIC citizen of the United States.    Here.... when folks cross the US border unlawfully ...[we]/ the United States should treat such as IF... the BIRTH of the newborn baby happened IN AN EMBASSY of the birthmothers HOME COUNTRY of citizenship.... whereby the VERY ground upon which the child birth happens is considered SUCH LIKE A FOREIGN EMBASSY of the birth mothers country of origin --- in short AS IF THE*

**_BIRTH OF THE NEWBORN BABY IN THIS INSTANCE HAPPENED NOT IN THE UNITED STATES AT ALL._**    🤩😁😂**_; and of course…. we as the United States should do so out of LOVE and respect for the non-US citizen birth mother and newborn baby_**  _!!!_😂😂😂😂.
_[end ADDED text]._

**_In short, I fully support the LAWFUL efforts of the Donald Trump presidential administration to secure the southern border of the United States; and [I] believe that in the context of RAMPANT and deliberate immigration fraud and such at the southern border  [literally an INVASION at the southern US border]_**….. _IT IS NOT AN EASY ISSUE WHICH THE DEMOCRATS CAN HAVE THEIR WAY AS TO CONTINUED BIRTH RIGHT CITIZENSHIP; which is to say… the US Constitution and LAWS thereto "IS A LIVING DOCUMENT"… and IF such is doubted by the US EPA Title VI department [or] MI EGLE or MI AG -- Dana Nessel doubts such --- then just have a GOOD look @ previous laws which said that slavery was LEGAL… here, the question of birth right citizenship in the END …will be made more strong to PROTECT  the priceless VALUE of LEGAL AMERICAN CITIZENSHIP._

_Thank you._

Case: 25-1158    Document: 00118269580    Page: 13    Date Filed: 03/18/2025    Entry ID: 6707274

*Best,*
*/s/*
*~Melvin Jones Jr. - disabled Michigander*
*email:* [jonesjrmel@gmail.com](mailto:jonesjrmel@gmail.com)

████████████████

DATE: January 22, 2025

Good evening Hayley Cormack,

Please see the attached document, which is Complaint #:25-cv-10139.

Mr. Jones and I are concerned that Michigan Attorney General Dana Nessel, the State of Michigan, and the MI EGLE have set themselves upon a course underlined through this lawsuit and they are going to end up jeopardizing federal funding so that the state of Michigan receives <u>no</u> federal funding due to their apparent obstruction of President Trump's lawful action to protect the United States' southern border.

In addition, it seems that the City of Flint and State of Michigan (to include the EGLE) must now disband their DEI programs.

It also seems that President Trump's executive order even reaches environmental justice programs such

as the EPA Title VI department.

Mr. Jones and I realize that there are many moving parts, not to mention the real-life issues with which he and I must contend.

Based upon the foregoing, Mr. Jones anticipates returning answers to your questions in mid-June 2025, and then possibly scheduling a follow-up Zoom meeting sometime in August 2025.

Thank you,

Colleen Connors