IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **STATE OF MARYLAND,** *et al.*, | * |
| Plaintiffs, | * |
| v. | *   CIVIL NO. JKB-25-0748 |
| **UNITED STATES DEPARTMENT OF AGRICULTURE,** *et al.*, | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**TEMPORARY RESTRAINING ORDER**

For the reasons stated in the foregoing Memorandum, it is ORDERED as follows:

1. Plaintiffs' Motion for Temporary Restraining Order (ECF No. 4) is GRANTED with respect to the Restrained Defendants (as defined below). The Restrained Defendants are RESTRAINED pursuant to the terms of this Order throughout the United States.

2. All purported terminations of Affected Probationary Employees (as defined below) on or after January 20, 2025, by the Restrained Defendants and/or any parties working, directly or indirectly, in concert with the Restrained Defendants, are STAYED throughout the United States.

3. To alleviate the burdens on the States conducting their mandated rapid-response activities, the Restrained Defendants SHALL REINSTATE all Affected Probationary Employees throughout the United States FORTHWITH, and in any event before March 17, 2025, at 1:00 p.m. EDT.

4. The Restrained Defendants SHALL NOT, throughout the United States, conduct any future Reductions in Force ("RIFs")—whether formally labeled as such or not—except in

compliance with the notice requirements set forth in 5 U.S.C. § 3502, relevant regulations set forth in Title 5, Chapter I of the Code of Federal Regulations, and all other applicable law, in order to ensure that Plaintiff States receive adequate notice, as required by law, in order to conduct their mandated rapid-response activities.[1]

5. On or before Monday, March 17, 2025, at 1:00 p.m. EDT, the Restrained Defendants SHALL FILE on the Court's electronic docket a Status Report documenting the actions that they have taken to comply with this Order. Such Status Report shall set forth the number of Affected Probationary Employees reinstated at each Defendant agency, broken down by subagency, department, and/or other subdivision, to the greatest degree of granularity practicable.

6. The Court anticipates requiring further Status Reports, which may require the Restrained Defendants to provide further detail as to their compliance activities. The Court may also enter further orders as necessary to ensure compliance with this Order.

7. Any motion for extension of this Order is due on or before Friday, March 21, 2025, at 4:00 p.m. EDT, and any hearing on a motion for a Preliminary Injunction will occur on Wednesday, March 26, 2025, at 9:30 a.m. EDT in Courtroom 5A, United States Courthouse, 101 W. Lombard St., Baltimore, Maryland.

8. Pursuant to Rule 65(c), each individual Plaintiff State and the District of Columbia SHALL POST A BOND of $100, for a total of $2,000, with the Clerk of the Court FORTHWITH.

9. Unless the Court orders otherwise, this Order SHALL EXPIRE on Thursday, March 27, 2025, at 8:00 p.m. EDT.

---

[1] Nothing in this Order prohibits the Government from conducting lawful terminations of probationary federal employees—whether pursuant to a proper RIF or else for cause, on the basis of good-faith, individualized determinations, under the standards for making such determinations set forth in the foregoing Memorandum, and not as part of a mass termination.

10. For the purposes of this Order, the following definitions apply:

   a. Reinstatement means restoration to employment, whether actually on duty or on leave, including administrative leave.

   b. Restrained Defendants means the following agencies, and the respective agency heads sued in their official capacities:[2]

      i. United States Department of Agriculture;

      ii. United States Department of Commerce;

      iii. United States Department of Education;

      iv. United States Department of Energy;

      v. United States Department of Health and Human Services;

      vi. United States Department of Homeland Security;

      vii. United States Department of Housing and Urban Development;

      viii. United States Department of Interior;

      ix. United States Department of Labor;

      x. United States Department of Transportation;

      xi. United States Department of Treasury;

      xii. United States Department of Veterans Affairs;

      xiii. Consumer Financial Protection Bureau;

      xiv. Environmental Protection Agency;

      xv. Federal Deposit Insurance Corporation;

      xvi. General Services Administration;

---

[2] This definition includes all Defendants named in the Complaint, with the exception of: (1) the National Archives and Records Administration and Marco Rubio in his official capacity as Archivist; (2) the Office of Personnel Management and Charles Ezell in his official capacity as its Acting Director; and (3) the Department of Defense and Pete Hegseth in his official capacity as Secretary of the Department of Defense.

    xvii. Small Business Administration; and

    xviii. United States Agency for International Development.

c. Affected Probationary Employees means all federal probationary employees who were previously employed by any of the Restrained Defendant agencies, or any department or other subdivision therein, and who were purportedly terminated on or after January 20, 2025. The definition excludes any such employees who (1) were actually terminated on the basis of a good-faith, individualized determination of cause, under the standards for making such a determination set forth in the foregoing Memorandum, and who (2) were not otherwise terminated as part of a mass termination.

DATED this **13** day of March, 2025, at **8:15 P.M**.

BY THE COURT:

*/s/ James K. Bredar*
James K. Bredar
United States District Judge



POLITICS  Donald Trump   Add Topic

# Trump administration begins rehiring thousands of probationary workers: Live updates

**John Bacon**, **Joey Garrison** and **Marina Pitofsky** USA TODAY
Updated 11:06 a.m. ET March 18, 2025

The federal government has begun the process of reinstating more than 24,000 probationary employees who were fired before a federal judge ruled the sweeping effort to shrink the government was illegal.

District Judge James K. Bredar granted a temporary restraining order last week demanding the Trump administration reinstate federal probationary employees terminated on or after Jan. 20. The case was filed by attorneys general in 19 states and the District of Columbia, all Democrats.

A filing late Monday in a federal court in Maryland said the reinstatement process was underway for the workers despite the "substantial burdens" the process creates for the agencies and employees. The filing said all the employees brought back would be required to go through the lengthy onboarding process.

The Treasury Department leads all departments with 7,613 probationary workers being brought back; the Internal Revenue Service accounts for 7,315 of them. It is followed by the Department of Agriculture, which has reinstated 5,714 previously fired workers, and the Department of Health and Human Services, which has brought back 3,248 employees

Despite the setback, President Donald Trump and the Elon Musk-led Department of Government Efficiency are continuing with their efforts to trim the federal payroll – that now numbers more than 2 million employees – by eliminating the Education Department and gutting many federal agencies.

**Federal workers rehired:** Thousands are being reinstated in wake of rulings

# Other nations can still avoid stiff US tariffs

The Trump administration will give countries a proposed tariff rate based on their own rates, non-tariff trade barriers and other factors while also providing an opportunity to negotiate around the "tariff wall," U.S. Treasury Secretary Scott Bessent said Tuesday.

"On April 2, each country will receive a number that we believe represents their tariffs," Bessent told Fox Business Network. "For some countries, it could be quite low, for some countries, it could be quite high."

Trump has said the "reciprocal tariffs" taking effect April 2 will offset trade practices his administration deems unfair. Bessent said the tariffs are designed to protect the U.S. economy, its workers and industries.

"We are going to go to them and say, 'Look, here's where we think the tariff levels are, non-tariff barriers, currency manipulation, unfair funding, labor suppression, and if you will stop this, we will not put up the tariff wall,'" Bessent said of trading partners.

# Trump pledges support for coal-fired plants

Trump pledged to encourage production of electricity at U.S. coal plants as he continued his push for cheap energy to combat inflation while dismissing environmental concerns.

"After years of being held captive by Environmental Extremists, Lunatics, Radicals, and Thugs, allowing other Countries, in particular China, to gain tremendous Economic advantage over us by opening up hundreds of all Coal Fire Power Plants, I am authorizing my Administration to immediately begin producing Energy with BEAUTIFUL, CLEAN COAL," Trump said in a social media post late Monday.

## DOGE stimulus checks would target wealthy

Trump said he would consider a plan to pay out $5,000 stimulus checks to taxpayers in the form of a "DOGE dividend" during a recent speech. He explained it as a part to take 20% of the savings identified by Elon Musk's Department of Government Efficiency (DOGE) and give it back to the American taxpayers. The idea was floated by Azoria investment firm CEO James Fishback on Musk's social media platform X, to which Musk replied "Will check with the President."

In a recent interview with NewsNation, Fishback said it was not enough to identify waste and fraud, saying the government should "refund the taxpayer their hard-earned money when their money was wasted and misused." He wants checks sent only to households that are net-income taxpayers – people who pay more in taxes than they get back. Read more here.

*– Maria Francis*

**What is DOGE dividend check?**  Do you earn enough to receive $5000 stimulus check?

## Trump stands behind tariffs

Trump also said this week that the U.S. isn't anticipating any exemptions on major tariffs set to go into effect next month despite fears the tariffs could drive up prices, fuel a recession and push stock prices lower. Trump said recently that 25% tariffs on all steel and aluminum imported into the U.S. that went into effect last week are here to stay, adding that additional tariffs will kick in on April 2.

While stocks have been volatile in the last few weeks, they rallied for a second straight session on Monday, shrugging off concerns of a recession after Treasury Secretary Scott Bessent wouldn't rule one out. Bessent's comments came after Trump himself declined to weigh in on the possibility of a recession this year, telling Fox's Maria Bartiromo earlier this month: "I hate to predict things like that."

## What is a tariff and why is Trump imposing them?

A tariff is a form of tax imposed on imports from another country. Economists generally agree that trade barriers raise consumer prices and negatively impact economic output and income, according to the Tax Foundation, a nonpartisan tax policy nonprofit.

Tariffs create more demand for domestic manufacturers, but those companies are also part of the global supply chain and therefore also are affected by tariffs.

Trump has said his motivation for implementing tariffs is to get help from China, Canada and Mexico to curb the flow of migrants and illegal drugs into the U.S. The president has insisted the countries have not done enough to help address what he sees as core issues for his administration.

− *Kinsey Crowley and Jonathan Limehouse*

## What is a recession?

Trump won't say whether he thinks his sweeping tariff plan could help push the country into a recession. But the threat of tariffs and the already-increasing costs of everyday items are raising concerns about where the economy is headed.

A recession could happen if more people are out of work, large companies see lower profits, the stock market slips and home prices tumble, according to the International Monetary Fund.

Generally, a recession is marked by an extended period of many months or more of economic downturn. And even when a recession is acknowledged by experts and officials, not everyone agrees on when it started or when it ends.

*– Damon C. Williams and Zachary Schermele*

*Contributing: Medora Lee*