**#25-1158... pro se appellants' Notice**

# Top US Supreme Court justice rebukes Trump's call to impeach judge

28 minutes ago     Share     Save



BBC

The chief justice of the US Supreme Court has released a rare statement in response to President Donald Trump's call to impeach a judge who ruled against his administration over migrant deportations.

"For more than two centuries, it has been established that impeachment is not an appropriate response to disagreement concerning a judicial decision," Chief Justice John Roberts said in a statement.

  Watch Live  Register  Sign In

Home | News | Sport | Business | Innovation | Culture | Arts | Travel | Earth | Audio | Video | Live

members to El Salvador under an 18th Century law.



*This breaking news story is being updated and more details will be published shortly. Please refresh the page for the fullest version.*

*You can receive Breaking News on a smartphone or tablet via the* **BBC News App***. You can also follow* **@BBCBreaking on X** *to get the latest alerts.*



| Home | News | Sport | Business | Innovation | Culture | Arts | Travel | Earth | Audio | Video | Live | Weather | BBC Shop | BritBox |

BBC in other languages ▼

---

Follow BBC on:

| Terms of Use | About the BBC | Privacy Policy | Cookies | Accessibility Help | Contact the BBC | Advertise with us | Do not share or sell my info |

Contact technical support

Copyright 2025 BBC. All rights reserved.  The *BBC* is *not responsible for the content of external sites.* **Read about our approach to external linking.**

POLITICS NEWS

# Federal judges raise alarm about security threats and impeachment calls

The U.S. Judicial Conference discussed an increase in threats to judges at its biannual meeting.



— A U.S. marshal in Norfolk, Va., on Aug. 5, 2019. Dave Oney / U.S. Marshals

March 11, 2025, 2:45 PM EDT

By Lawrence Hurley

WASHINGTON – Two senior federal judges Tuesday raised the alarm about the increase in violent threats against members of the judiciary and expressed concerns about calls to impeach

judges over their rulings.

Judge Richard Sullivan and Judge Jeffrey Sutton, both Republican-appointed appeals court judges, spoke out on a call with reporters after the U.S. Judicial Conference, the policymaking body of the judiciary, discussed security issues at its biannual meeting.

Allies of President Donald Trump, including billionaire Elon Musk, have loudly and bitterly complained about court rulings that have stymied his agenda.



Court challenge to DOGE focuses on Elon Musk's 'unusual powers'

12:13

"It's a shame to see people attacking judges simply for doing their level best to do their job," Sutton, who serves on the Cincinnati-based 6th U.S. Circuit Court of Appeals, told reporters. He chairs the Judicial Conference's executive committee.

"Criticism is no surprise, it's part of the job, but I do think when it gets to the level of a threat, it really is about attacking judicial independence, and that's just not good for the system or the country," he added.

Sullivan, a judge on the New York-based 2nd U.S. Circuit Court of Appeals, mentioned violent incidents involving judges, including New Jersey-based U.S. District Judge Esther Salas, whose son was murdered at her home by an assailant who was targeting her.

"Everybody should be taking this seriously, because our system of government is premised on three independent branches and a judiciary that can function independently. That's what makes it work," Sullivan said.

Sullivan, who chairs a Judicial Conference committee on security, also stressed the need for the U.S. Marshals Service, which provides security for federal judges, to be fully funded and staffed amid broad cuts to the federal workforce under Trump.

"We need to make sure that the resources are in place to keep judges safe, to keep courthouses safe. I mean, we haven't recently had attacks on courthouses, but that has happened in the not too distant past, and that is a concern," he said.

Musk and other prominent MAGA voices have pushed for certain judges to be impeached for issuing provisional rulings in cases involving Trump policies before they have been fully litigated.

"All public officials, I think, have to be very careful and responsible in statements they make about other branches of government and about our system of justice," Sullivan said. "I think the reality is that there are a lot of folks who will respond and react, perhaps inappropriately, based on something they heard or read."

He also said the appropriate response for those who lose cases in the federal trial court is to appeal the decisions, not seek to impeach the judges.

Sutton and Sullivan said the increase in threats toward judges has been a long-term trend across different presidential administrations.

Chief Justice John Roberts made similar comments in his traditional end-of-year report in December, in which he warned of "illegitimate activity" aimed at undermining the judicial branch.



Lawrence Hurley

Lawrence Hurley is a senior Supreme Court reporter for NBC News.

Chief justice pushes back against calls to impeach judges who rule against Trump

SUPREME COURT

# Chief justice pushes back against calls to impeach judges who rule against Trump

Chief Justice John Roberts issued a statement following President Donald Trump's call for a judge to be impeached for ruling against the administration.

**Roberts says calls to impeach judges who rule against Trump are not 'appropriate'**
02:06

00:05 / 02:06

Get more news LIVE on NBC NEWS NOW

March 18, 2025, 12:09 PM EDT / Updated March 18, 2025, 12:31 PM EDT

**By Lawrence Hurley**

WASHINGTON — Chief Justice John Roberts issued a rare statement Tuesday rebuking President Donald Trump and his allies for calling to impeach judges who have ruled against the administration.

"For more than two centuries, it has been established that impeachment is not an appropriate response to disagreement concerning a judicial decision. The normal appellate review process exists for that purpose," Roberts said in a statement.

ADVERTISING



**Make your hiring challenges a thing of the past.**

Robert Half · Sponsored

Start Now

Trump allies have called for various judges to be impeached for blocking administration policies in the first months of his second term.

But Trump himself raised the stakes on Tuesday, when he called for the impeachment of U.S. District Judge James Boasberg after he blocked the deportation of Venezuelan migrants.

"This judge, like many of the Crooked Judges' I am forced to appear before, should be IMPEACHED!!!" Trump posted.

Federal judges have frequently intervened on Trump's agenda since he took office again in January and implemented a set of aggressive policies that raised several novel legal issues. That has angered the administration and the broader MAGA base, leading to increasingly frequent calls for impeachment and raising concerns within the judiciary.

Just last week, federal judges raised the alarm about security concerns and urged public officials to use caution when criticizing court rulings.



**Federal judges raise alarm about security threats and impeachment calls**

Roberts' statement is not the first time he has publicly clashed with Trump. In 2018, he criticized Trump for singling out an "Obama judge" who had ruled against the administration.

"We do not have Obama judges or Trump judges, Bush judges or Clinton judges. What we have is an extraordinary group of dedicated judges doing their level best to do equal right to those appearing before them," Roberts said.

That statement had little impact on Trump, who has continued to use harsh rhetoric against judges.

In the meantime, Roberts has on several occasions played key roles in various Trump dramas. He has presided over two impeachment trials in the Senate, which led to acquittals, and in January, he handled Trump's swearing-in as president for the second time.

Although Roberts himself has cast a vote against Trump in various Supreme Court cases, he also authored the ruling last year that found Trump had broad criminal immunity for his actions contesting the 2020 election results.

Trump was caught on camera speaking to Roberts just after he gave his recent address to a joint session of Congress.

"Thank you again. Thank you again. Won't forget it," Trump said. It was not clear what Trump was referring to, but some commentators speculated that he may have been talking about the

immunity ruling.

The White House declined to comment on Roberts' statement.



Lawrence Hurley

Lawrence Hurley is a senior Supreme Court reporter for NBC News.

Peter Alexander contributed.