IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **AMERICAN ASSOCIATION OF COLLEGES FOR TEACHER EDUCATION,** *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**LINDA MCMAHON, in her official capacity as Secretary of Education,** *et al.*,<br><br>*Defendants*. | Civil No.: 1:25-cv-00702-JRR |

**ORDER**

The court has before it Plaintiffs American Association of Colleges for Teacher Education, National Center for Teacher Residencies, and Maryland Association of Colleges for Teacher Education's Motion for Preliminary Injunction. (ECF No. 5; the "Motion.") The court has considered the parties' motions papers, as well as arguments made and exhibits offered at oral argument held March 13, 2025. For the reasons set forth in the accompanying memorandum opinion[1] and in accordance with Federal Rule of Civil Procedure 65, it is this 17th day of March 2025:

**ORDERED** that Plaintiffs' Motion shall be, and is hereby, **GRANTED IN PART AND DENIED IN PART** as follows:

It is **ORDERED** that Defendants United States Department of Education and Linda McMahon, in her official capacity as Secretary of Education, **SHALL**, within five (5) business days of entry of this order, **REINSTATE** the TQP, SEED, and TSL Grant Awards of Plaintiff NCTR and Plaintiffs' Grant Recipient members in accordance with the Grant Award Notification

---

[1] All terms defined in the court's accompanying memorandum opinion shall have the same meanings here.

terms and conditions in place immediately prior to issuance of Termination Letters by the Department; and further it is

**ORDERED** that Defendants United States Department of Education and Linda McMahon, in her official capacity as Secretary of Education, **SHALL NOT TERMINATE**, and are **ENJOINED** from terminating, any TQP, SEED, or TSL Grant Program award in a manner this court has determined is likely unlawful as violative of the Administrative Procedure Act as described in the accompanying memorandum opinion; and further it is

**ORDERED** that the Motion shall be, and is hereby, **DENIED** in all other respects; and further it is

**ORDERED** that Plaintiffs shall, within two (2) business days of entry of this order, provide Defendants a list to include Plaintiff NCTR and Plaintiffs' Grant Recipient members whose TQP, SEED, and TSL Grant Awards were terminated by the Department Termination Letter; and further it is

**ORDERED** that the parties shall file a joint status report within seven (7) business days of entry of this order, apprising the court of the status of the parties' compliance with this order; and further it is

**ORDERED** that this preliminary injunction shall remain in effect subject to further order of court; and further it is

**ORDERED**, pursuant to Federal Rule of Civil Procedure 65(c), Plaintiffs collectively **SHALL POST A BOND** of **ONE HUNDRED DOLLARS ($100.00)** with the Clerk of Court within three (3) business days of entry of this order.

/S/
_____
Julie R. Rubin
United States District Judge

**CourtAlert® Case Management**

| | |
|---|---|
| **From:** | MDD_CM-ECF_Filing@mdd.uscourts.gov |
| **Sent:** | 3/17/2025 6:19:50 PM |
| **To:** | MDDdb_ECF@mdd.uscourts.gov |
| **Subject:** | Activity in Case 1:25-cv-00702-JRR American Association of Colleges for Teacher Education et al v. McMahon et al Order on Motion for TRO |

**\*\*EXTERNAL EMAIL\*\* - This message originates from outside our Firm. Please consider carefully before responding or clicking links/attachments.**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### District of Maryland

**Notice of Electronic Filing**

The following transaction was entered on 3/17/2025 at 2:19 PM EDT and filed on 3/17/2025

| | |
|---|---|
| **Case Name:** | American Association of Colleges for Teacher Education et al v. McMahon et al |
| **Case Number:** | 1:25-cv-00702-JRR |
| **Filer:** | |
| **Document Number:** | 33 |

**Docket Text:**
**ORDER granting in part and denying in part [5] Plaintiffs' Motion for Preliminary Injunction; directing that the parties shall file a joint status report within 7 business days of entry of this order, apprising the court of the status of the parties' compliance with this order; directing that Plaintiffs collectively shall post a bond of $100 with the Clerk of Court within 3 business days of entry of this order. Signed by Judge Julie Rebecca Rubin on 3/17/2025. (bg3s, Deputy Clerk)**

1:25-cv-00702-JRR Notice has been electronically mailed to:

Joshua W Richards    joshua.richards@saul.com, judith.ferraro@saul.com, litigationdocketing@saul.com

Molissa Heather Farber    molissa.farber@usdoj.gov, CaseView.ECF@usdoj.gov, Tracy.Lichtel@usdoj.gov

Megan Lynn Micco    megan.micco@usdoj.gov, CaseView.ECF@usdoj.gov, Noni.Hill@usdoj.gov, jazzmen.mcclain@usdoj.gov

Daniel McDevitt Moore    daniel.moore@saul.com, tracy.stanforth@saul.com

Carolyn M Toll    carolyn.toll@saul.com

**1:25-cv-00702-JRR Notice will not be electronically delivered to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046883720 [Date=3/17/2025] [FileNumber=12660265-0] [616948d954743336b58257f0b3ef78290867e38b21655b07f02221c09a5dcc0fb8b7edec3fe8a768c35674ab53aee7fe43d89e33245d07342ee263b1f45f91f0]]



PERSONAL FINANCE

# Judge orders reinstatement of education grants axed by Trump in DEI sweep

PUBLISHED TUE, MAR 18 2025•2:41 PM EDT

 Annie Nova

WATCH LIVE

## KEY POINTS

A judge ordered the Trump administration to reinstate some of the education grants it had nixed as part of its work to end diversity, equity and inclusion initiatives.

The end of the grants could have a "grave effect on the public," U.S. District Judge Julie Rubin in Maryland wrote, including "fewer teachers for students in high need neighborhoods."



*Kindamorphic | E+ | Getty Images*

A judge ordered the Trump administration to temporarily reinstate some of the education grants it had nixed as part of its work to end diversity, equity and inclusion initiatives.

==U.S. District Judge Julie Rubin in Maryland said that the U.S. Department of Education's termination of the grant awards is "likely to be proven arbitrary and capricious, because the Department's action was unreasonable, not reasonably explained, based on factors Congress had not intended the Department to consider," and were "otherwise not in accordance with law."==

The end of the grants could have a "grave effect on the public," Rubin wrote, including "fewer teachers for students in high need neighborhoods."

**More from Personal Finance:**

How to maximize your college financial aid offer

College hopefuls have a new ultimate dream school

$2.7 billion Pell Grant shortfall poses a threat for college aid

The American Association of Colleges for Teacher Education, the National Center for Teacher Residencies and the Maryland Association of Colleges for Teacher Education filed a lawsuit earlier this month against the U.S. Department of Education and President Donald Trump for the administration's termination of more than 100 educator preparation grants.

An analysis by the National Center for Education Statistics found that 80% of public school teachers in the 2020-2021 school year were white, 9% were Hispanic and 6% were Black.

The plaintiffs claimed that the grants were funded under Congressionally appropriated programs.

National Center for Teacher Residencies CEO Kathlene Campbell applauded the restoration of the grants.

"At a time when we as a nation are enduring local teacher shortages, especially in critical areas of need, we must not fall short in supporting the preparation of teachers," Campbell said in a statement. "That's why this ruling is paramount in supporting current and future teachers of the education field."

A federal judge in Boston also recently ordered the Trump administration to temporarily restore grants for teacher preparation in eight states.

The U.S. Department of Education did not immediately respond to a request from CNBC for comment.



| | |
|---|---|
| Subscribe to CNBC PRO | Subscribe to Investing Club |
| Licensing & Reprints | CNBC Councils |
| Select Personal Finance | CNBC on Peacock |
| Join the CNBC Panel | Supply Chain Values |
| Select Shopping | Closed Captioning |
| Digital Products | News Releases |
| Internships | Corrections |
| About CNBC | Ad Choices |
| Site Map | Podcasts |
| Careers | Help |
| Contact | |



### News Tips

Got a confidential news tip? We want to hear from you.

GET IN TOUCH