Gmail

**MEL JONES JR <jonesjrmel@gmail.com>**

# MSU and University of Michigan (OCR Docket Numbers 15-25-2105 and 15-25-2106)
1 message

**Germano, Michael** <Michael.Germano@ed.gov>  Wed, Mar 19, 2025 at 3:17 PM
To: "jonesjrmel@gmail.com" <jonesjrmel@gmail.com>

Good afternoon,

My name is Michael Germano. I am an attorney with the U.S. Department of Education, OCR.

As a FYI, the Cleveland regional office of OCR has closed. Going forward, I am your point of contact (POC) for your above referenced complaints. In all future correspondences with me, please direct your emails only to me, and not cc others as you did in the email below.

I will review your complaint and communications with the Cleveland office, and then I will follow up with you to schedule an intake.

Thanks,

Michael

Michael Germano

Office for Civil Rights (Denver)

U.S. Department of Education

Email Address: Michael.germano@ed.gov

Phone: (303) 844-2559

---

**From:** MEL JONES JR <jonesjrmel@gmail.com>
**Sent:** Tuesday, March 11, 2025 3:22 PM
**To:** Longville, Catherine <Catherine.Longville@ed.gov>
**Cc:** Raines, William <William.Raines@ed.gov>; Colleen Connors <CMColleen4@gmail.com>; derek.l.weiss@usdoj.gov; Deborah Greenspan <deborah.greenspan@blankrome.com>; Zeldin.Lee@epa.gov; mobrien@irli.org; chajec@irli.org; gcanaan@irli.org; gwv@dcglaw.com; tmccotter@boydengray.com; daniel.epstein@aflegal.org; jon@publicrightsproject.org; serviceS3@michigan.gov; giovanatiN@michigan.gov; Stacey.Metro@ag.ny.gov; Annabelle.Wilmott@doj.ca.gov; Lorraine.Lopez@doj.ca.gov; Delbert.Tran@doj.ca.gov; zoe.levine@ag.ny.gov; Irina.Trasovan@doj.ca.gov; denise.levey@doj.ca.gov; nicole.hill@dc.gov; robert.c.merritt@usdoj.gov; gerard.cedrone@mass.gov; brad.rosenberg@usdoj.gov; jgrayson@nmdoj.gov; molly.alarcon@sfcityatty.org; david.louk@sfcityatty.org; shannon.stevenson@coag.gov; ksadeck@riag.ri.gov; jared.b.cohen@mass.gov;

john.keller@ag.state.mn.us; johnsonkarpg@doj.state.wi.us; julio.thompson@vermont.gov; dmosteller@ncdoj.gov; jeremy.feigenbaum@njoag.gov; shankar.duraiswamy@njoag.gov; Viviana.hanley@njoag.gov; shefali.saxena@law.njoag.gov; Elizabeth.walsh@law.njoag.gov; HStern@ag.nv.gov; akirschner@oag.state.md.us; Janelle.Medeiros@ct.gov; PolicyOffice@epa.gov; EIS-Filing@epa.gov; education@epa.gov; NEPAssisthelp@epa.gov; NEPA@epa.gov; eric.wessan@ag.iowa.gov; matt.rice@ag.tn.gov; nlindzen@corpfraudlaw.com; yuri.s.fuchs@usdoj.gov; sara.eisenberg@sfcityatty.org; Marissa.Malouff@doj.ca.gov; vanessa.kassab@delaware.gov; kaliko.d.fernandes_hawaii_gov <kaliko.d.fernandes@hawaii.gov>; harrist19@michigan.gov; eng.connie@epa.gov; egle-nondiscriminationCC@michigan.gov; Cormack, Hayley <Cormack.Hayley@epa.gov>; EGLE-Accessibility@michigan.gov; Faltin, Todd (he/they) <Faltin.Todd@epa.gov>; Oviedo, Luis <oviedo.luis@epa.gov>; MacMillan-Sanchez, Ariel (she/her/hers) <MacmillanSanchez.Ariel@epa.gov>; Johnson, Johahna (she/her/hers) <Johnson.Johahna@epa.gov>; Mason, Trinita <Mason.Trinita@epa.gov>; Moore, Tammy <moore.tammy@epa.gov>; Walts, Alan (he/him/his) <walts.alan@epa.gov>; Risley, David <Risley.David@epa.gov>; tmlewis@cityofflint.com; cmcgehee@pittlawpc.com; eric.a.rey@usdoj.gov; Jason.T.Cohen@usdoj.gov; OIG_Hotline@epa.gov; Corey <cstern@levylaw.com>; Patrick Lanciotti <PLanciotti@napolilaw.com>; dpettway@cityofflint.com; saneeley@cityofflint.com; mbard@cityofflint.com; michelle.t.domingue.II@usdoj.gov; Kaplan, Robert (he/him/his) <kaplan.robert@epa.gov>; Mel jones jr <meljonesjr@gmail.com>; marianne.f.kies@usdoj.gov; daniel.c.eagles@usdoj.gov; kuhlr@michigan.gov; gambilln@michigan.gov; MitosinkaA@michigan.gov; gaiello@mayerbrown.com; jkuptz@cityofflint.com; dfaraci@campbell-trial-lawyers.com; alin@eisnerlaw.com; ccmushatt@cityofflint.com; heidy.gonzalez@usdoj.gov; AG attorney as to MI COC civil case #23-000115-MZ <bettenhausenm@michigan.gov>; robinsonr11 <robinsonr11@michigan.gov>; Justus Brown <jubrown@cityofflint.com>; Kameshia Ar-Rahmaan <kar-rahmaan@cityofflint.com>; Davina Donahue <ddonahue@cityofflint.com>; City of Flint Clerk's Office <cityclerk@cityofflint.com>; Davina Donahue <CouncilPublicComment@cityofflint.com>; trachelleyoung@gmail.com; Ladel Lewis <llewis@cityofflint.com>; Judy Priestley <jpriestley@cityofflint.com>; Tonya Burns <tburns@cityofflint.com>; Mark Cuker <mark@cukerlaw.com>; michael.l.williams@usdoj.gov; molsen@mayerbrown.com; jcampbell@campbell-trial-lawyers.com; mnguyen-dang@mayerbrown.com; pnapoli_napolilaw.com <pnapoli@napolilaw.com>; Renee Auten <rauten@thelandbank.org>; Jennifer Riggs <jriggs@thelandbank.org>; Jeremy Maltz <jeremy@lehotskykeller.com>; hammoudf1@michigan.gov; Michigan Attorney General <miag@michigan.gov>; dweyre@mcalpinepc.com; g@mayerbrown.com; ljiang@susmangodfrey.com; mpitt <mpitt@pittlawpc.com>; Hunter Shkolnik <hunter@napolilaw.com>; arosenman@mayerbrown.com; Theodore Leopold <tleopold@cohenmilstein.com>; Emmy Levens <elevens@cohenmilstein.com>; Flint Mayor <mayor@cityofflint.com>; frank.bednarz@hlli.org; ted.frank@hlli.org; Diane <russell.diane@epa.gov>; Amanda Trujillo <atrujillo@cityofflint.com>; King-Piepenbrok, Pier (AG) <KingP1@michigan.gov>; jonhoma@sinasdramis.com; val@vlwlegal.com; sdg@miller.law; sparadise@eisnerlaw.com; echeverria.marietta@epa.gov; thompkins.anita@epa.gov; burneson.eric@epa.gov; travers.david@epa.gov; waters.tom@epa.gov; davis.angela@epa.gov; franklmcnamara@gmail.com; mriordan@publicinterestlegal.org; eric.hamilton@usdoj.gov; ryan@mclanelaw.com; MEL JONES JR <jonesjrmel@gmail.com>

**Subject:** Re: Your OCR complaint against MSU and University of Michigan (OCR Docket Numbers 15-25-2105 and 15-25-2106)

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

# 3-11-2025

# Hello Kay Longville,

# I apologize for the delay in my response... but I am still actively titrating a relatively NEW cardiac medication... and oddly enough - as it "gets

*Gmail - MSU and University of Michigan (OCR Docket Numbers 15-25-2105 and 15-25-2106)*

*further along" with such... the "symptoms" of my history of Stroke and such.... are episodically worsening [e.g. while my blood pressure is attempted to be lowered at the same time]. For example {but not limited to}... my legs both literally buckle [e.g. even while I am using my indoor walker] and my left ankle swells more than usual when I sit for even short periods of time [e.g. and the lower part of my left leg... NOW gets episodically more frequently numb than usual].*

*And, to answer your question[s] about whether or not [I] need to have disability accomodations --- the short answer is YES;*

*1.) I require a LARGE print accommodation of (preferably) 27 point font [if] possible;*

*2.) I require an accommodation of PRINT questions... .as opposed to a telephone "meeting".... which will allow me needed time to attempt to "get around/ past for a short while" my "communication impairment" and serious vision impairments (for example).*

*3.) As a further disability accommodation... can you please send me {e.g. and carbon copy Colleen Connors - whom is my "lay caregiver/ informal caregiver}.... the following ANSWER to this: please describe as fully as possible what BOTH MSU and U of M's position is on the benefits of DEI and/ or inclusion programs.... as they relate to systemic racism which JEWISH FOLK, BLACK AFRICAN AMERICAN FOLK, and DISABLED FOLK {e.g. for example, but NOT limited to such folks}... have faced historically in the State of Michigan and in the United States? Here, to be VERY clear and transparent... [I] am a disabled Black guy ...who is a native of the State of California ...and I have literally had people in positions of HIGH levels of power call me a NIGGER and TREAT ME THE SAME.... so [rest assured.... it get it]. Further ....lets be CLEAR... I am NOT a "brainwashed moron"... who believes the HYPE and B.S. that the Donald Trump and ELON MUSK "racist duo" are lying to the American public with; when IN FACT... both ELON MUSK and President Donald Trump BOTH have very concerning issues with racism against Black African Americans in general [e.g. think*

*now about that of TESLA (and) ... that of Donald Trump's first U.S. presidency... and the current train-wreck of Executive Orders put forth against the American public.*

*...here, depending upon the answer[s] which you send to me.... [I] may be inclined to forgo my Civil Rights Complaint against MSU and U of M.... although.*

*Thank you so much for you prompt attention to this matter.*

*Best,*

*/s/*

*~Melvin Jones Jr. - disabled Michigander*

[1935 Hosler St. - Flint, Michigan 48503](#)

email: [jonesjrmel@gmail.com](mailto:jonesjrmel@gmail.com)

----------------------

On Mon, Mar 10, 2025 at 3:58 PM Longville, Catherine <[Catherine.Longville@ed.gov](mailto:Catherine.Longville@ed.gov)> wrote:

> Hello Melvin Jones Jr.,

My name is Kay Longville, and I am an attorney with the U.S. Department of Education, Office for Civil Rights (OCR). I am reaching out to you regarding the complaint you recently filed with OCR against Michigan State University and University of Michigan (OCR Docket Numbers 15-25-2105 and 15-25-2106). I along with attorney Will Raines, who is copied on this e-mail, have been assigned to your complaint, and will be your primary points of contact at OCR regarding this matter.

I am writing to see what your availability is this week and next week for a telephone interview with us to discuss some questions we have regarding your complaint. Please provide us with dates/times that work for you. Additionally, if you require any accommodations, please let us know that as well.

Thank you in advance, and please let us know if you have any questions.

Regards,

Kay Longville

Attorney

Office for Civil Rights

U.S. Department of Education

Email: Catherine.Longville@ed.gov

Cell Phone: (202) 987-1828

Phone Number: (202) 987-1828

