3/19/25, 4:41 PM																																		Gmail - Colleen please see the attached filing of which we have spoken.... : #25-1158 (( Docket Text: LETTER regarding ... And, to...

Case: 25-1158     Document: 00118261538     Page: 1     Date Filed: 03/19/2025     Entry ID: 6707811

 Gmail

**MEL JONES JR <jonesjrmel@gmail.com>**

## Colleen please see the attached filing of which we have spoken.... : #25-1158 (( Docket Text: LETTER regarding ... And, to answer your question[s] about whether or not [I] need to have disability accomodations --- the short answer is YES; 1.) I require a LARGE print accommodation of (preferably) 27 point font [if] possible; ..... filed by Colleen Connors and Melvin Jones, Jr.. Served on 03/19/2025. [25-1158] ))

1 message

**MEL JONES JR** <jonesjrmel@gmail.com>  
Wed, Mar 19, 2025 at 4:41 PM
To: Deborah Greenspan <deborah.greenspan@blankrome.com>, derek.l.weiss@usdoj.gov, Zeldin.Lee@epa.gov, mobrien@irli.org, chajec@irli.org, gcanaan@irli.org, gwv@dcglaw.com, tmccotter@boydengray.com, daniel.epstein@aflegal.org, "jon@publicrightsproject.org" <jon@publicrightsproject.org>, serviceS3@michigan.gov, giovanatiN@michigan.gov, Stacey.Metro@ag.ny.gov, Annabelle.Wilmott@doj.ca.gov, Lorraine.Lopez@doj.ca.gov, Delbert.Tran@doj.ca.gov, zoe.levine@ag.ny.gov, Irina.Trasovan@doj.ca.gov, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, jgrayson@nmdoj.gov, molly.alarcon@sfcityatty.org, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, shannon.stevenson@coag.gov, ksadeck@riag.ri.gov, jared.b.cohen@mass.gov, john.keller@ag.state.mn.us, johnsonkarpg@doj.state.wi.us, julio.thompson@vermont.gov, dmosteller@ncdoj.gov, "jeremy.feigenbaum@njoag.gov" <Jeremy.feigenbaum@njoag.gov>, shankar.duraiswamy@njoag.gov, Viviana.hanley@njoag.gov, shefali.saxena@law.njoag.gov, Elizabeth.walsh@law.njoag.gov, HStern@ag.nv.gov, akirschner@oag.state.md.us, Janelle.Medeiros@ct.gov, PolicyOffice@epa.gov, EIS-Filing@epa.gov, education@epa.gov, NEPAssisthelp@epa.gov, NEPA@epa.gov, eric.wessan@ag.iowa.gov, matt.rice@ag.tn.gov, nlindzen@corpfraudlaw.com, yuri.s.fuchs@usdoj.gov, sara.eisenberg@sfcityatty.org, SupremeCtBriefs@usdoj.gov
Cc: Colleen Connors <CMColleen4@gmail.com>, MEL JONES JR <jonesjrmel@gmail.com>, "Marissa.Malouff@doj.ca.gov" <Marissa.Malouff@doj.ca.gov>, "vanessa.kassab@delaware.gov" <vanessa.kassab@delaware.gov>, "kaliko.d.fernandes_hawaii_gov" <kaliko.d.fernandes@hawaii.gov>, "jeremy.feigenbaum@njoag.gov" <jeremy.feigenbaum@njoag.gov>, "harrist19@michigan.gov" <harrist19@michigan.gov>, "eng.connie@epa.gov" <eng.connie@epa.gov>, "egle-nondiscriminationCC@michigan.gov" <egle-nondiscriminationCC@michigan.gov>, "Cormack, Hayley" <Cormack.Hayley@epa.gov>, "EGLE-Accessibility@michigan.gov" <EGLE-Accessibility@michigan.gov>, "Faltin, Todd (he/they)" <Faltin.Todd@epa.gov>, "Oviedo, Luis" <oviedo.luis@epa.gov>, "MacMillan-Sanchez, Ariel (she/her/hers)" <MacmillanSanchez.Ariel@epa.gov>, "Johnson, Johahna (she/her/hers)" <Johnson.Johahna@epa.gov>, "Mason, Trinita" <Mason.Trinita@epa.gov>, "Moore, Tammy" <moore.tammy@epa.gov>, "Walts, Alan (he/him/his)" <walts.alan@epa.gov>, Deborah Greenspan <deborah.greenspan@blankrome.com>, "Risley, David" <Risley.David@epa.gov>, "tmlewis@cityofflint.com" <tmlewis@cityofflint.com>, "cmcgehee@pittlawpc.com" <cmcgehee@pittlawpc.com>, "eric.a.rey@usdoj.gov" <eric.a.rey@usdoj.gov>, "Jason.T.Cohen@usdoj.gov" <Jason.T.Cohen@usdoj.gov>, "OIG_Hotline@epa.gov" <OIG_Hotline@epa.gov>, Corey <cstern@levylaw.com>, Patrick Lanciotti <PLanciotti@napolilaw.com>, "dpettway@cityofflint.com" <dpettway@cityofflint.com>, "saneeley@cityofflint.com" <saneeley@cityofflint.com>, "mbard@cityofflint.com" <mbard@cityofflint.com>, "michelle.t.domingue.II@usdoj.gov" <michelle.t.domingue.II@usdoj.gov>, "Kaplan, Robert (he/him/his)" <kaplan.robert@epa.gov>, Mel jones jr <meljonesjr@gmail.com>, "marianne.f.kies@usdoj.gov" <marianne.f.kies@usdoj.gov>, "daniel.c.eagles@usdoj.gov" <daniel.c.eagles@usdoj.gov>, "kuhlr@michigan.gov" <kuhlr@michigan.gov>, "gambilln@michigan.gov" <gambilln@michigan.gov>, "MitosinkaA@michigan.gov" <MitosinkaA@michigan.gov>, "gaiello@mayerbrown.com" <gaiello@mayerbrown.com>, "jkuptz@cityofflint.com" <jkuptz@cityofflint.com>, "dfaraci@campbell-trial-lawyers.com" <dfaraci@campbell-trial-lawyers.com>, "alin@eisnerlaw.com" <alin@eisnerlaw.com>, "ccmushatt@cityofflint.com" <ccmushatt@cityofflint.com>, "heidy.gonzalez@usdoj.gov" <heidy.gonzalez@usdoj.gov>, AG attorney as to MI COC civil case #23-000115-MZ <bettenhausenm@michigan.gov>, robinsonr11 <robinsonr11@michigan.gov>, Justus Brown <jubrown@cityofflint.com>, Kameshia Ar-Rahmaan <kar-rahmaan@cityofflint.com>, Davina Donahue <ddonahue@cityofflint.com>, City of Flint Clerk's Office <cityclerk@cityofflint.com>, Davina Donahue <CouncilPublicComment@cityofflint.com>, "trachelleyoung@gmail.com" <trachelleyoung@gmail.com>, Ladel Lewis <llewis@cityofflint.com>, Judy Priestley <jpriestley@cityofflint.com>, Tonya Burns <tburns@cityofflint.com>, Mark Cuker <mark@cukerlaw.com>, "michael.l.williams@usdoj.gov" <michael.l.williams@usdoj.gov>, "molsen@mayerbrown.com" <molsen@mayerbrown.com>, "jcampbell@campbell-trial-lawyers.com" <jcampbell@campbell-trial-lawyers.com>, "mnguyen-dang@mayerbrown.com" <mnguyen-dang@mayerbrown.com>, "pnapoli_napolilaw.com" <pnapoli@napolilaw.com>, Renee Auten <rauten@thelandbank.org>, Jennifer Riggs <jriggs@thelandbank.org>, Jeremy Maltz <jeremy@lehotskykeller.com>,

Case: 25-1158    Document: 00118261538    Page: 2    Date Filed: 03/19/2025    Entry ID: 6707811

3/19/25, 4:41 PM    Gmail - Colleen please see the attached filing of which we have spoken... #25-1158 (( Docket Text: LETTER regarding 7. And, to...

"hammoudf1@michigan.gov" <HammoudF1@michigan.gov>, Michigan Attorney General <miag@michigan.gov>, "dweyre@mcalpinepc.com" <dweyre@mcalpinepc.com>, "g@mayerbrown.com" <g@mayerbrown.com>, "ljiang@susmangodfrey.com" <ljiang@susmangodfrey.com>, mpitt <mpitt@pittlawpc.com>, Hunter Shkolnik <hunter@napolilaw.com>, "arosenman@mayerbrown.com" <arosenman@mayerbrown.com>, Theodore Leopold <tleopold@cohenmilstein.com>, Emmy Levens <elevens@cohenmilstein.com>, Flint Mayor <mayor@cityofflint.com>, "frank.bednarz@hlli.org" <frank.bednarz@hlli.org>, "ted.frank@hlli.org" <ted.frank@hlli.org>, Diane <russell.diane@epa.gov>, Amanda Trujillo <atrujillo@cityofflint.com>, "King-Piepenbrok, Pier (AG)" <KingP1@michigan.gov>, "jonhoma@sinasdramis.com" <jonhoma@sinasdramis.com>, "val@vlwlegal.com" <val@vlwlegal.com>, "sdg@miller.law" <sdg@miller.law>, "sparadise@eisnerlaw.com" <sparadise@eisnerlaw.com>, "echeverria.marietta@epa.gov" <echeverria.marietta@epa.gov>, "thompkins.anita@epa.gov" <thompkins.anita@epa.gov>, "burneson.eric@epa.gov" <burneson.eric@epa.gov>, "travers.david@epa.gov" <travers.david@epa.gov>, "waters.tom@epa.gov" <waters.tom@epa.gov>, "davis.angela@epa.gov" <davis.angela@epa.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, nlindzen@corpfraudlaw.com, franklmcnamara@gmail.com, mriordan@publicinterestlegal.org, eric.hamilton@usdoj.gov, "ryan@mclanelaw.com" <ryan@mclanelaw.com>, Zeldin.Lee@epa.gov, zoe.levine@ag.ny.gov
Bcc: UrbanForestNewYork@gmail.com, Mel jones jr <meljonesjr@gmail.com>

*March 19th, 2025*

*RE: appeal #25-1158 {e.g. supporting information as to the DISCRIMINATORY and ARBITRARY and CAPRICIOUS}... "spirit and intent" of Elon Musk and Donald Trump, et al... Executive Order as to DEI and/ or Birthright Citizenship are/ is IN FACT and ON THEIR FACE and in LAW....*

*Colleen,*
*...the purpose of my instant email is the following - appeal #25-1158 {e.g. supporting information as to the DISCRIMINATORY and ARBITRARY and CAPRICIOUS}... "spirit and intent" of Elon Musk and Donald Trump, et al... Executive Order*

*as to DEI and/ or Birthright Citizenship are/ is IN FACT and ON THEIR FACE and in LAW....*

*Simply put... just take a GOOD look [again] at the email which I received from who I believe is an attorney for Elon Musk and Donald Trump, et al. {i.e. defendants - appellees in our pro se appeal}... and KEEP IN MIND that I requested a SIMPLE large print accommodation... and FURTHER keep in mind that DEI ...also "HELPS" the disabled [e.g. such as (me), disabled teddy bear -- Melvin Jones Jr.].... and, so NOW [I] have NO other choice but to believe that NO DOUBT... the Executive Order as to DEI... is intended to DISCRIMINATE against the MOST vulnerable in society [e.g. the City of Flint and State of Michigan and the ENTIRE UNITED STATES as a WHOLE]... which are the DISABLED, and FINANCIALLY POOR {e.g. whites, blacks, asians, hispanics, mexicans, and jewish and DISABLED/ mobility and sight impaired folks}... and so, the EO is ALSO thereby [I] believe is also ARBITRARY and CAPRICIOUS}....*

3/19/25, 4:41 PM Gmail - Colleen please see the attached filing of which we have spoken... file #25-1158 (( Docket Text: LETTER regarding 7...And, to...

Case: 25-1158 Document: 00118261538 Page: 4 Date Filed: 03/19/2025 Entry ID: 6707811

*Which is to say... [as best that I could SEE the email attached....] I should FLAG the email as SPAM... and then FILE it in the instant appeal.*

*Please UPDATE the person who sent me the email... by sending a courtesy email with this attached email.... and also PLEASE [e.g. as a matter of TRANSPARENCY]... carbon copy myself and ALL other interested persons as to our instant appeal #25-1158.*

*Thank you,*
*Best.*
*/s/*

*/s/*
*~Melvin Jones Jr. - disabled interested party/ appellant {proposed PLAINTIFF intervenor on appeal [and [proposed - respondent pro se to the defendants' Elon Musk President Donald Trump, et al. "application[s] for review by the US Supreme Court } in/ as to civil case #25-cv-10139 (and) appeal #25-1158*
*email: jonesjrmel@gmail.com*
*1935 Hosler St. Flint, Michigan 48503*

Case: 25-1158  Document: 00118261538  Page: 5  Date Filed: 03/19/2025  Entry ID: 6707811

3/19/25, 4:41 PM                Gmail - Colleen, please see the attached filing of which we have spoken... #25-1158 (( Docket Text: LETTER regarding 7...And, to...

📄 **Gmail - MSU and University of Michigan (OCR Docket Numbers 15-25-2105 and 15-25-2106).pdf**
268K