Case: 25-1158    Document: 00118261632    Page: 1    Date Filed: 03/20/2025    Entry ID: 6707848

3/20/25, 6:35 AM                Gmail - (email service) on March 20th, 2025 --- [in] appeal #25-1158.... ( Docket Text: MEMORANDUM in support of affidavit [6706...



**MEL JONES JR** <jonesjrmel@gmail.com>

---

## (email service) on March 20th, 2025 --- [in] appeal #25-1158.... ( Docket Text: MEMORANDUM in support of affidavit [6706899-2], letter filed [6706901-2], letter filed [6707306-2], letter filed [6707243-2], motion to extend time to file brief and/or appendix [6706603-2], motion for leave to intervene [6706611-2], order [6705865-2], order [6703606-2] filed by Appellants Colleen Connors and Melvin Jones, Jr.. Served on 03/20/2025. )

1 message

---

**MEL JONES JR** <jonesjrmel@gmail.com>                                                                                   Thu, Mar 20, 2025 at 6:35 AM
To: yuri.s.fuchs@usdoj.gov, SupremeCtBriefs@usdoj.gov, Deborah Greenspan <deborah.greenspan@blankrome.com>, derek.l.weiss@usdoj.gov, Zeldin.Lee@epa.gov, mobrien@irli.org, chajec@irli.org, gcanaan@irli.org, gwv@dcglaw.com, tmccotter@boydengray.com, daniel.epstein@aflegal.org, "jon@publicrightsproject.org" <jon@publicrightsproject.org>, serviceS3@michigan.gov, giovanatiN@michigan.gov, Stacey.Metro@ag.ny.gov, Annabelle.Wilmott@doj.ca.gov, Lorraine.Lopez@doj.ca.gov, Delbert.Tran@doj.ca.gov, zoe.levine@ag.ny.gov, Irina.Trasovan@doj.ca.gov, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, jgrayson@nmdoj.gov, molly.alarcon@sfcityatty.org, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, shannon.stevenson@coag.gov, ksadeck@riag.ri.gov, jared.b.cohen@mass.gov, john.keller@ag.state.mn.us, johnsonkarpg@doj.state.wi.us, julio.thompson@vermont.gov, dmosteller@ncdoj.gov, "jeremy.feigenbaum@njoag.gov" <Jeremy.feigenbaum@njoag.gov>, shankar.duraiswamy@njoag.gov, Viviana.hanley@njoag.gov, shefali.saxena@law.njoag.gov, Elizabeth.walsh@law.njoag.gov, HStern@ag.nv.gov, akirschner@oag.state.md.us, Janelle.Medeiros@ct.gov, PolicyOffice@epa.gov, EIS-Filing@epa.gov, education@epa.gov, NEPAssisthelp@epa.gov, NEPA@epa.gov, eric.wessan@ag.iowa.gov, matt.rice@ag.tn.gov, nlindzen@corpfraudlaw.com, sara.eisenberg@sfcityatty.org
Cc: Colleen Connors <CMColleen4@gmail.com>, MEL JONES JR <jonesjrmel@gmail.com>, "Marissa.Malouff@doj.ca.gov" <Marissa.Malouff@doj.ca.gov>, "vanessa.kassab@delaware.gov" <vanessa.kassab@delaware.gov>, "kaliko.d.fernandes_hawaii_gov" <kaliko.d.fernandes@hawaii.gov>, "jeremy.feigenbaum@njoag.gov" <jeremy.feigenbaum@njoag.gov>, "harrist19@michigan.gov" <harrist19@michigan.gov>, "eng.connie@epa.gov" <eng.connie@epa.gov>, "egle-nondiscriminationCC@michigan.gov" <egle-nondiscriminationCC@michigan.gov>, "Cormack, Hayley" <Cormack.Hayley@epa.gov>, "EGLE-Accessibility@michigan.gov" <EGLE-Accessibility@michigan.gov>, "Faltin, Todd (he/they)" <Faltin.Todd@epa.gov>, "Oviedo, Luis" <oviedo.luis@epa.gov>, "MacMillan-Sanchez, Ariel (she/her/hers)" <MacmillanSanchez.Ariel@epa.gov>, "Johnson, Johahna (she/her/hers)" <Johnson.Johahna@epa.gov>, "Mason, Trinita" <Mason.Trinita@epa.gov>, "Moore, Tammy" <moore.tammy@epa.gov>, "Walts, Alan (he/him/his)" <walts.alan@epa.gov>, Deborah Greenspan <deborah.greenspan@blankrome.com>, "Risley, David" <Risley.David@epa.gov>, "tmlewis@cityofflint.com" <tmlewis@cityofflint.com>, "cmcgehee@pittlawpc.com" <cmcgehee@pittlawpc.com>, "eric.a.rey@usdoj.gov" <eric.a.rey@usdoj.gov>, "Jason.T.Cohen@usdoj.gov" <Jason.T.Cohen@usdoj.gov>, "OIG_Hotline@epa.gov" <OIG_Hotline@epa.gov>, Corey <cstern@levylaw.com>, Patrick Lanciotti <PLanciotti@napolilaw.com>, "dpettway@cityofflint.com" <dpettway@cityofflint.com>, "saneeley@cityofflint.com" <saneeley@cityofflint.com>, "mbard@cityofflint.com" <mbard@cityofflint.com>, "michelle.t.domingue.II@usdoj.gov" <michelle.t.domingue.II@usdoj.gov>, "Kaplan, Robert (he/him/his)" <kaplan.robert@epa.gov>, Mel jones jr <meljonesjr@gmail.com>, "marianne.f.kies@usdoj.gov" <marianne.f.kies@usdoj.gov>, "daniel.c.eagles@usdoj.gov" <daniel.c.eagles@usdoj.gov>, "kuhlr@michigan.gov" <kuhlr@michigan.gov>, "gambilln@michigan.gov" <gambilln@michigan.gov>, "MitosinkaA@michigan.gov" <MitosinkaA@michigan.gov>, "gaiello@mayerbrown.com" <gaiello@mayerbrown.com>, "jkuptz@cityofflint.com" <jkuptz@cityofflint.com>, "dfaraci@campbell-trial-lawyers.com" <dfaraci@campbell-trial-lawyers.com>, "alin@eisnerlaw.com" <alin@eisnerlaw.com>, "ccmushatt@cityofflint.com" <ccmushatt@cityofflint.com>, "heidy.gonzalez@usdoj.gov" <heidy.gonzalez@usdoj.gov>, AG attorney as to MI COC civil case #23-000115-MZ <bettenhausenm@michigan.gov>, robinsonr11 <robinsonr11@michigan.gov>, Justus Brown <jubrown@cityofflint.com>, Kameshia Ar-Rahmaan <kar-rahmaan@cityofflint.com>, Davina Donahue <ddonahue@cityofflint.com>, City of Flint Clerk's Office <cityclerk@cityofflint.com>, Davina Donahue <CouncilPublicComment@cityofflint.com>, "trachelleyoung@gmail.com" <trachelleyoung@gmail.com>, Ladel Lewis <llewis@cityofflint.com>, Judy Priestley <jpriestley@cityofflint.com>, Tonya Burns <tburns@cityofflint.com>, Mark Cuker <mark@cukerlaw.com>, "michael.l.williams@usdoj.gov" <michael.l.williams@usdoj.gov>, "molsen@mayerbrown.com" <molsen@mayerbrown.com>, "jcampbell@campbell-trial-lawyers.com" <jcampbell@campbell-trial-lawyers.com>, "mnguyen-

dang@mayerbrown.com" <mnguyen-dang@mayerbrown.com>, "pnapoli_napolilaw.com" <pnapoli@napolilaw.com>, Renee Auten <rauten@thelandbank.org>, Jennifer Riggs <jriggs@thelandbank.org>, Jeremy Maltz <jeremy@lehotskykeller.com>, "hammoudf1@michigan.gov" <HammoudF1@michigan.gov>, Michigan Attorney General <miag@michigan.gov>, "dweyre@mcalpinepc.com" <dweyre@mcalpinepc.com>, "g@mayerbrown.com" <g@mayerbrown.com>, "ljiang@susmangodfrey.com" <ljiang@susmangodfrey.com>, mpitt <mpitt@pittlawpc.com>, Hunter Shkolnik <hunter@napolilaw.com>, "arosenman@mayerbrown.com" <arosenman@mayerbrown.com>, Theodore Leopold <tleopold@cohenmilstein.com>, Emmy Levens <elevens@cohenmilstein.com>, Flint Mayor <mayor@cityofflint.com>, "frank.bednarz@hlli.org" <frank.bednarz@hlli.org>, "ted.frank@hlli.org" <ted.frank@hlli.org>, Diane <russell.diane@epa.gov>, Amanda Trujillo <atrujillo@cityofflint.com>, "King-Piepenbrok, Pier (AG)" <KingP1@michigan.gov>, "jonhoma@sinasdramis.com" <jonhoma@sinasdramis.com>, "val@vlwlegal.com" <val@vlwlegal.com>, "sdg@miller.law" <sdg@miller.law>, "sparadise@eisnerlaw.com" <sparadise@eisnerlaw.com>, "echeverria.marietta@epa.gov" <echeverria.marietta@epa.gov>, "thompkins.anita@epa.gov" <thompkins.anita@epa.gov>, "burneson.eric@epa.gov" <burneson.eric@epa.gov>, "travers.david@epa.gov" <travers.david@epa.gov>, "waters.tom@epa.gov" <waters.tom@epa.gov>, "davis.angela@epa.gov" <davis.angela@epa.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, nlindzen@corpfraudlaw.com, franklmcnamara@gmail.com, mriordan@publicinterestlegal.org, eric.hamilton@usdoj.gov, "ryan@mclanelaw.com" <ryan@mclanelaw.com>, Zeldin.Lee@epa.gov, zoe.levine@ag.ny.gov
Bcc: UrbanForestNewYork@gmail.com, Mel jones jr <meljonesjr@gmail.com>

# 3-20-2025

To: ALL

YES - good morning,

…. and wow - it appears that my "lower - flank" pain and stinky IBS farts are "starting to get the best of me this morning and part of last night" ….YEP, ya' know… it really is SAD how bad the State of Michigan/ MI EGLE/ MI DEQ and the City of Flint's lies, and DEI - corruption {yes - the city of flint [along with the CURRENT democratic "leaders"]}…. has literally gotten away with MURDER of its citizens in general and in direct relation to the Flint Water Crisis… by and with BULL SHIT AFFIRMATIVE ACTION AND DEI TALES OF WOE as to having incompetent Black

3/20/25, 6:35 AM Gmail - (email service) on March 20th, 2025 --- [in] appeal #25-1158 ...( Docket Text: MEMORANDUM in support of affidavit (67068…

Case: 25-1158    Document: 00118261632    Page: 3    Date Filed: 03/20/2025    Entry ID: 6707848

and Hispanic and some IGNORANT "jim-crow" white folks left to RUN WILD [e.g. and I am talking about the Mayor Sheldon Neeley and his "ADMINISTRATION" of US EPA fraud, wasters and abusers of US EPA FUNDS].... {see the attached recent filing as a memorandum of support in our [i.e. Colleen Connors and my (e.g. disabled Melvin Jones Jr's) ]} pro se appeal #25-1158 on this morning March 20th, 2025.

Which is to say --- the State of Michigan APPELLEES have and are set to spend tens of millions of dollars "TRUMP PROOFING" the State of Michigan ....when [IN FACT]... when former President JOE BIDEN and VP - Kamala Harris "were in the whitehouse"... the Democrats [e.g. to include state and local Michigan "chicken-shit and bull shit artists" MI AG - Dana Nessel, MI Governor Gretchen Whitmer, and Debbie Dingle, and Flint Mayor Sheldon Neeley, and the Flint City Council as a WHOLE, and YES- new politician Chris Swanson, and  politician at the time (DAN KILDEE  ) ]... all, repeat ALL of said democratic leaders [AND THE POWERFUL DEMOCRATIC LEADERS IN THE VERY POLITICALLY

3/20/25, 6:35 AM        Gmail - (email service) on March 20th, 2025 --- [in] appeal #25-1158.... ( Docket Text: MEMORANDUM in support of affidavit (67068...

Case: 25-1158     Document: 00118261632     Page: 4     Date Filed: 03/20/2025     Entry ID: 6707848

SOPHISTICATED STATE OF CALIFORNIA] should have put in an Executive Order of their own which literally PREVENTED current president Donald Trump from EVER being allowed to be President of the United States [e.g. with a STRONG look point as to the 25th amendment]... and president Donald Trump's literally 34 - FELONY convictions... which HAVE NOT been "expunged" or "pardoned".... WTF....

**_Simply put --- WHY ARE YOU GALS and GUYS acting so surprised at the [arguably] RAMPANT UNCONSTITUTIONAL [mis]-conduct of ELON MUSK, and President Donald Trump, et al. {e.g.  appellees and defendants in appeal #25-1158 [and birthright citizenship civil case #15-cv-10139] and other Executive Order lawsuits  }?_**

And, so NOW (we/ Colleen and I) are supposed to believe that the State of Michigan appellees in

Case: 25-1158     Document: 00118261632     Page: 5     Date Filed: 03/20/2025     Entry ID: 6707848

3/20/25, 6:35 AM                    Gmail - (Gmail service) on March 20th, 2025 --- [in] appeal #25-1158.( Docket Text: MEMORANDUM in support of affidavit (67068…

appeal #25-1158 {e.g. AND CONTEMPTORS [as co-defendant along with the City of Flint in Flint Water Crisis case #16-cv-10277]}.... who just did NOT want to spend state of Michigan/ city of flint monies **{e.g. so the State of Michigan and City of Flint literally POISONED us (e.g. Colleen and [me]) instead**}... because they did NOT want to spend ANY money ...on POOR, and ILLITERATE disabled, black, and mexican, and asian, and arab, and jewish and ignorant white [adults] and children in the City of Flint --- YES [the City of Flint by my direct observation is FILLED with VERY IGNORANT and UNEDUCATED ADULTS... and {**e.g. NO - such is NOT the fault of the US Department of Education... but lays squarely at the FEET of LAZY and STUPID PARENTS ....who LIE to the schools about how much AT HOME LEARNING their children are MADE TO DO}**.... YEP - I have witnessed such FIRST HAND... many, many years ago in the State of California.   Which is to say.... schooling is an AUGMENT... to [a] parents' teaching and THE CHILDS' structured LEARNING taught at home in the SUMMER, and DURING WINTER BREAK and ALL YEAR LONG...   but, hey

Case: 25-1158   Document: 00118261632   Page: 6   Date Filed: 03/20/2025   Entry ID: 6707848

3/20/25, 6:35 AM                Gmail - (email service) on March 20th, 2025 --- [re: appeal #25-1158.. ( Docket Text: MEMORANDUM in support of affidavit {67068…

- it sounds good (and is MUCH easier) to wrongly blame the US Department of Education for the ENTIRE school population in the United States... literally watching TOO MUCH T.V., and playing too many video games, or worse yet --- attending too many GANGSTA' RAP concerts to watch "BIG DICK BLACK and WHITE THUGS" prematurely "groom their sons and daughters" for some PUSSY FUCKING mess {e.g. just look at the online sex video that literaly MADE KIM KARDASHIAN famous and RICH with HORSE - DICK "RAPPER RAY - JAY" if I recall his name corrently here}... what the fuck is wrong with America?   Because... there MANY MORE SOCIAL ILLS in the United States... than "pregnant - undocumented migrant woman".

Thank you.
SEE ATTACHED.
Best,
/s/
*~Melvin Jones Jr. - disabled interested party/ appellant {proposed PLAINTIFF intervenor on appeal [and [proposed - respondent pro se to the defendants' Elon*

Case: 25-1158     Document: 00118261632     Page: 7     Date Filed: 03/20/2025     Entry ID: 6707848

3/20/25, 6:35 AM                Gmail - (email service) on March 20th, 2025 ---[in] appeal #25-1158...( Docket Text: MEMORANDUM in support of affidavit [67068…

*Musk President Donald Trump, et al. "application[s] for review by the US Supreme Court } in/ as to civil case #25-cv-10139 (and) appeal #25-1158*
*email: [jonesjrmel@gmail.com](mailto:jonesjrmel@gmail.com)*
*1935 Hosler St. Flint, Michigan 48503*

---

**2 attachments**

📄 **Memorandum (IN OPPOSITION TO APPELLEES STATE OF MICHGAN IN #25-1158) of and in support regarding appellees State of Michigan - DANA NESSEL.pdf**
2807K

📄 **Gmail - 25-1158 State of New Jersey, et al v. Jones, et al _Memorandum in Support_.pdf**
76K