Gmail	**MEL JONES JR <jonesjrmel@gmail.com>**

**March 20th, 2025; Colleen... see the pictures taken earlier this morning... Yes, I had yet another 💩 POOP accident in my pants/ I crapped myself again earlier today when I had a SUDDEN urge to poop... while standing in the front door 🚪 way... I think such is due to my CARDIAC HISTORY OF STROKE AND CVA...AND MY HISTORY OF SERIOUS BACK INJURY...TO INCLUDE MY HAVING FALLEN OUT OF MY OUTDOOR WALKER AT THE CITY OF FLINT/ STATE OF MICHIGAN UNSAFE Exploratory DIG AS TO THE FLINT WATER 💦 CRISIS #16-CV-10277 REGARDING MY HOME 🏠 AT 1935 HOSLER ST. FLINT, MICHIGAN 48503.**
1 message

**melvin jones jr** <urbanforestnewyork@gmail.com>	Thu, Mar 20, 2025 at 9:20 AM
To: CMColleen4@gmail.com
Cc: jonesjrmel@gmail.com

**3 attachments**


IMG_20250320_091159217.jpg
3354K

#25-1158


IMG_20250320_091155478.jpg
2780K

3.20.2025


IMG_20250320_091206521.jpg
4039K

*[signature: Melvin Jones Jr.]*