Gmail

MEL JONES JR <jonesjrmel@gmail.com>

---

**Colleen thank you... This is woefully insufficient. To begin, the Government cannot proffer a regional ICE official to attest to Cabinet-level discussions of the state-secrets privilege; indeed, his declaration on that point, not surprisingly, is based solely on his unsubstantiated "understand[ing]." Although its skepticism concerning the suitability of such privilege expressed in yesterday's Order remains, the Court at a minimum requires an official with direct involvement to swear that deliberations of the privilege's invocation are ongoing at the level Cerna attests.**
1 message

---

**MEL JONES JR** <jonesjrmel@gmail.com>　　　　　　　　　　　　　　　Thu, Mar 20, 2025 at 6:20 PM
To: Colleen Connors <CMColleen4@gmail.com>
Cc: MEL JONES JR <jonesjrmel@gmail.com>

*March 20th, 2025*

*Colleen,*
*thank you. can you please read the attached; and then give me the one-liner ...and decide what you think about such being filed in our pro se appeal #25-1158? ~Mel/ disabled teddy bear.*

*{The Honorable Chief-U.S. Judge James E. Boasberg...wrote}:*
*"This is woefully insufficient. To begin, the Government cannot proffer a regional ICE official to attest to Cabinet-level discussions of the state-secrets privilege; indeed, his declaration on that point, not surprisingly, is based solely on his unsubstantiated "understand[ing]." Although its*

*skepticism concerning the suitability of such privilege expressed in yesterday's Order remains, the Court at a minimum requires an official with direct involvement to swear that deliberations of the privilege's invocation are ongoing at the level Cerna attests."*

---

**3 attachments**

 **Direct Order made by the Honorable US Judge Boseberge as to MUSK, TRUMP, et al.pdf**
169K

 **Judge Grants the Government Another Day to Share Details on Deportation Flights - The New York Times.pdf**
74K

 **Gmail - A federal judge granted the Justice Department another day to reveal the details of two deportation flights that may have defied his orders_.pdf**
75K

# Judge Grants the Government Another Day to Share Details on Deportation Flights

Judge James Boasberg has asked the government to tell him what time two planes took off from U.S. soil and from where, what time they left U.S. airspace and what time they landed in El Salvador.

 By Alan Feuer

March 19, 2025

The back and forth between a federal judge and the Trump administration over the timing of two flights it arranged last weekend deporting a group of Venezuelan immigrants to El Salvador under the extraordinary powers of a wartime statute will last at least another day.

The judge in the case, James E. Boasberg, has given the Justice Department until noon on Thursday to respond to his demand for the information, which he originally wanted by noon on Wednesday.

But two hours before that deadline, Justice Department lawyers made an emergency request to push it back. While Judge Boasberg granted the lawyers an additional 24 hours, he wrote in an order that the grounds they had offered for the delay "at first blush are not persuasive" — and even took a swipe at the department for the last-minute request.

Judge Boasberg has asked the government to tell him — under seal if necessary — what time the planes took off from U.S. soil and from where, what time they left U.S. airspace and what time they landed. Much of this information appears to already be available in public flight databases, but the judge is seeking an official record from the administration.

The judge is trying to determine whether the Trump administration violated his order not to deport the immigrants on the flights, which the administration has denied.

(A third plane also flew to El Salvador on Saturday but it has not figured in the dispute between the judge and the administration because officials say that the immigrants on board were removed under traditional immigration practices, not under the wartime law known as the Alien Enemies Act.)

From the moment Judge Boasberg, the chief judge in Federal District Court in Washington, temporarily stopped the Trump administration from using the act to deport immigrants with little or no due process, the decision outraged Mr. Trump, his aides and his allies.

After the president called for Judge Boasberg to be impeached, a Republican congressman filed articles of impeachment against him on Tuesday.

Then, on Wednesday, Attorney General Pam Bondi, who has taken an unusually personal involvement in the case, went on Fox News and accused Judge Boasberg of overstepping his authority by seeking to exert control over Mr. Trump's foreign policy agenda.

Justice Department lawyers took the same approach in a new filing Wednesday evening seeking to pause Judge Boasberg's temporary injunction over the deportation flights, framing his decision as one in which the judiciary had

encroached on executive branch authorities.

In reality, however, Judge Boasberg is considering a different question — one related to Mr. Trump's own exercise of power. He is trying to determine whether the president violated several provisions of the Alien Enemies Act when he invoked the law to deport the Venezuelan immigrants without a hearing or any judicial review.

That underlying question, which will be discussed in depth at a court hearing on Friday, is separate from the issue of whether the government will comply with Judge Boasberg's demands for information about the flights.

The Justice Department's attempt to push off the judge's original deadline was not the only step officials had taken in recent days to try to avoid handing over that information

Earlier this week, department lawyers sought to cancel a hearing where they were supposed to talk about the flights in open court. In a highly unusual move, they also tried to have Judge Boasberg removed from the case altogether.

When they filed their emergency request asking for a stay on Wednesday morning, the court papers used bombastic language attacking Judge Boasberg. The department lawyers described the judge's demand for the flight data as "a picayune dispute over the micromanagement of immaterial fact-finding."

In addition to asking for a stay, the Justice Department has also said it is considering invoking what is known as the state secrets privilege to get around giving the flight information to Judge Boasberg. That doctrine can sometimes allow the government to shield information from being used in court cases if it jeopardizes national security.

In his order granting the administration an additional day, Judge Boasberg pointed out that if Justice Department lawyers intended to invoke that privilege, they would have to explain why it was required.

"This court is obligated to determine whether the circumstances are appropriate for the claim of privilege," he wrote.

**Alan Feuer** covers extremism and political violence for The Times, focusing on the criminal cases involving the Jan. 6 attack on the Capitol and against former President Donald J. Trump.  More about Alan Feuer

3/20/25, 6:16 PM  Gmail - A federal judge granted the Justice Department another day to reveal the details of two deportation flights that may have de…

Case: 25-1158     Document: 00118262066     Page: 7     Date Filed: 03/20/2025     Entry ID: 6708121



**MEL JONES JR <jonesjrmel@gmail.com>**

---

## A federal judge granted the Justice Department another day to reveal the details of two deportation flights that may have defied his orders.
1 message

---

**Colleen Connors** <cmcolleen4@gmail.com>                                                     Thu, Mar 20, 2025 at 5:48 PM
To: MEL JONES JR <jonesjrmel@gmail.com>

---

https://www.nytimes.com/2025/03/19/us/politics/deportation-flights-doj-fight.html?unlocked_article_code=1.5U4.
HfAS.WEePpxndEsmY&smid=url-share

---

 **Judge Grants the Government Another Day to Share Details on Deportation Flights - The New York Times.pdf**
74K

# Judge Grants the Government Another Day to Share Details on Deportation Flights

Judge James Boasberg has asked the government to tell him what time two planes took off from U.S. soil and from where, what time they left U.S. airspace and what time they landed in El Salvador.

 By Alan Feuer

March 19, 2025

The back and forth between a federal judge and the Trump administration over the timing of two flights it arranged last weekend deporting a group of Venezuelan immigrants to El Salvador under the extraordinary powers of a wartime statute will last at least another day.

The judge in the case, James E. Boasberg, has given the Justice Department until noon on Thursday to respond to his demand for the information, which he originally wanted by noon on Wednesday.

But two hours before that deadline, Justice Department lawyers made an emergency request to push it back. While Judge Boasberg granted the lawyers an additional 24 hours, he wrote in an order that the grounds they had offered for the delay "at first blush are not persuasive" — and even took a swipe at the department for the last-minute request.

Judge Boasberg has asked the government to tell him — under seal if necessary — what time the planes took off from U.S. soil and from where, what time they left U.S. airspace and what time they landed. Much of this information appears to already be available in public flight databases, but the judge is seeking an official record from the administration.

The judge is trying to determine whether the Trump administration violated his order not to deport the immigrants on the flights, which the administration has denied.

(A third plane also flew to El Salvador on Saturday but it has not figured in the dispute between the judge and the administration because officials say that the immigrants on board were removed under traditional immigration practices, not under the wartime law known as the Alien Enemies Act.)

From the moment Judge Boasberg, the chief judge in Federal District Court in Washington, temporarily stopped the Trump administration from using the act to deport immigrants with little or no due process, the decision outraged Mr. Trump, his aides and his allies.

After the president called for Judge Boasberg to be impeached, a Republican congressman filed articles of impeachment against him on Tuesday.

Then, on Wednesday, Attorney General Pam Bondi, who has taken an unusually personal involvement in the case, went on Fox News and accused Judge Boasberg of overstepping his authority by seeking to exert control over Mr. Trump's foreign policy agenda.

Justice Department lawyers took the same approach in a new filing Wednesday evening seeking to pause Judge Boasberg's temporary injunction over the deportation flights, framing his decision as one in which the judiciary had

encroached on executive branch authorities.

In reality, however, Judge Boasberg is considering a different question — one related to Mr. Trump's own exercise of power. He is trying to determine whether the president violated several provisions of the Alien Enemies Act when he invoked the law to deport the Venezuelan immigrants without a hearing or any judicial review.

That underlying question, which will be discussed in depth at a court hearing on Friday, is separate from the issue of whether the government will comply with Judge Boasberg's demands for information about the flights.

The Justice Department's attempt to push off the judge's original deadline was not the only step officials had taken in recent days to try to avoid handing over that information

Earlier this week, department lawyers sought to cancel a hearing where they were supposed to talk about the flights in open court. In a highly unusual move, they also tried to have Judge Boasberg removed from the case altogether.

When they filed their emergency request asking for a stay on Wednesday morning, the court papers used bombastic language attacking Judge Boasberg. The department lawyers described the judge's demand for the flight data as "a picayune dispute over the micromanagement of immaterial fact-finding."

In addition to asking for a stay, the Justice Department has also said it is considering invoking what is known as the state secrets privilege to get around giving the flight information to Judge Boasberg. That doctrine can sometimes allow the government to shield information from being used in court cases if it jeopardizes national security.

In his order granting the administration an additional day, Judge Boasberg pointed out that if Justice Department lawyers intended to invoke that privilege, they would have to explain why it was required.

"This court is obligated to determine whether the circumstances are appropriate for the claim of privilege," he wrote.

**Alan Feuer** covers extremism and political violence for The Times, focusing on the criminal cases involving the Jan. 6 attack on the Capitol and against former President Donald J. Trump.  More about Alan Feuer

**Donald Trump**

# Conservative former federal judge says Trump has 'declared war' on US rule of law

J Michael Luttig said a constitutional crisis is brewing due to Trump's defiance of a court order over deportations

Never miss global breaking news. Download our free app to keep up with key stories in real time.



J Michael Luttig and Donald Trump. Photograph: EPA/Getty Images

**Martin Pengelly** in Washington
Wed 19 Mar 2025 10.20 EDT

Donald Trump has "declared war on the rule of law in America" and is pitching the country into a constitutional crisis, a prominent former conservative federal judge said.

"The president of the United States has essentially declared war on the rule of law in America," J Michael Luttig told MSNBC. "In the past few weeks … the president himself has led a full-frontal assault on the constitution, the

rule of law, the federal judiciary, the American justice system and the nation's legal profession.

"When the president of the United States wages a war on the rule of law and the federal judiciary alley, America is in a constitutional crisis. The constitutional role of the president is to faithfully execute the laws. Needless to say, the president is doing anything but that at the moment. Most constitutional scholars have long agreed that a constitutional crisis exists at least when the president defies a court order. That's essentially what the president is doing today and what it appears he intends to do in the future."

On Tuesday, Trump called for the impeachment and removal of James Boasberg, the chief US district judge in Washington DC.

Boasberg issued a temporary restraining order halting deportations under the Alien Enemies Act of 1798, which gives the president the power to conduct removals without due process in wartime. The administration has invoked the act, most scholars say wrongly, as it deports supposed Venezuelan gang members.

"This judge, like many of the Crooked Judges I am forced to appear before, should be IMPEACHED!!!" Trump wrote, also calling Boasberg, appointed under Barack Obama, a "Radical Left Lunatic" and a "troublemaker".

Trump or his lawyers did appear before a succession of state and federal judges in four criminal cases between 2021, when he left power, and this year, when he returned. Found guilty on 34 felony charges in New York, regarding hush-money payments to an adult film star, he is the only convicted criminal to be president.

On Tuesday, Brandon Gill, a Republican congressman from Texas, loyally filed articles of impeachment against Boasberg.

From the supreme court, John Roberts, the conservative chief justice who last year authored a ruling giving Trump some legal immunity, issued a rare rebuke.

"For more than two centuries, it has been established that impeachment is not an appropriate response to disagreement concerning a judicial decision," Roberts said. "The normal appellate process exists for that purpose."

Rightwing commentators were furious.

"The supreme court has been such a drag on the country," said Mike Cernovich, a conspiracy theorist now courted by the Trump administration.

"They invent constitutional rights to bypass the will of the people. Losing the court is no loss at all, it is a gain for the country. It would allow issues to be decided democratically."

Trump later told Fox News he had not and would not defy the courts, but deportation flights to El Salvador were not turned around after Boasberg's intervention.

Luttig said: "This is very deliberate by the president. As you know, he, the vice-president [JD Vance] and [Trump ally and adviser] Elon Musk have been taunting the federal courts for months, suggesting the president would soon defy the federal courts. Elon Musk called for an immediate wave of judicial impeachments … against all judges who issue orders blocking the power of the executive branch to unilaterally overhaul the government."

Musk, the world's richest man, gave Trump's campaign hundreds of millions of dollars and is now slashing federal staffing and budgets through his so-called "department of government efficiency", or Doge. Multiple judges have ruled against Doge actions and Trump orders including his attempt to end birthright citizenship, guaranteed by the constitution since 1868.

**Sign up to This Week in Trumpland**                                         *Free newsletter*

A deep dive into the policies, controversies and oddities surrounding the Trump administration

**Enter your email address**

[                                            ]        Sign up

**Privacy Notice:** Newsletters may contain info about charities, online ads, and content funded by outside parties. For more information see our Privacy Policy. We use Google reCaptcha to protect our website and the Google Privacy Policy and Terms of Service apply.

Luttig continued: "As of today, we know that all of this taunting and intimidation was toward the end of provoking this constitutional crisis."

Luttig, 70, was long thought a possible supreme court nominee himself. A mentor to the hard-right Texas senator Ted Cruz, he was an ally of Clarence Thomas, a hard-right justice still on the supreme court, during his confirmation in 1991.

But Luttig has emerged as a prominent Trump opponent, giving memorable testimony to the House January 6 committee, which investigated the attack on Congress that Trump incited in an attempt to overturn the 2020 election.

On Wednesday, he doubled down on his remarks to MSNBC, in which he said: "No president of the United States, in the country's almost 250-year history, has defied a federal court order ... If this president defies a federal court order, the country will be in a constitutional crisis. How does that crisis end? We don't know, because it's never happened before."

The courts, Luttig said, "have no effective means to enforce their orders, other than by judgments of contempt ... enforced by the marshals of the court. So if the president of the United States defies even a supreme court order, there is nothing the supreme court itself could do.

"This has been a very tempting thing for [Trump] ... He was immensely critical of the federal and state judiciaries throughout his first term, and then during the last four years when he was out of power he was accusing the federal and state judiciaries and even individual judges of being corrupt and biased and what have you.

"Never before has an American president even thought to utter one single one of the words against the federal judiciary that this president has uttered every day."

Luttig said he "knew personally that the federal judiciary is shaken" by Trump's attacks, but said judges were "unshaken in their resolve to honor their oath to the constitution. It's the president who has wanted this war ever since his first term in office. Well, he's going to get what he wanted."