# AFFIDAVIT

## IN THE UNITED STATES COURT OF APPEALS
### FOR THE FIRST CIRCUIT

STATE OF NEW JERSEY, et al.,

Plaintiffs-Appellees,

v.

DONALD J. TRUMP, in his official capacity as
President of the United States, et al.,

Defendants.

No. 25-1158

---

MELVIN JONES JR.; COLLEEN CONNORS,

Interested Parties–Appellants.

-

 ELON MUSK, LEE ZELDIN,
Donald J. Trump in their official
Capacity as Federal Employees
and Mr. Trump, in his official
capacity as President of the
United States, et al. - APPELLEES

## _AFFIDAVIT OF MELVIN JONES JR:_

## _AFFIDAVIT:_

I, Melvin Jones Jr., declare that I am over 18 years of age... [and] I experience the disabling medical conditions as set forth by me in in the "flings" made by me {e.g. my PACER ACCOUNT} in first circuit appeals court pro se appeal #25-1158 [e.g. to date]... which

*include marked and serious vision impairments... which [for that reason alone] I believe that I am "disqualified" from obtaining a driver's licence in ANY state [or] district within the United States... and (on that reason alone)... [notwithstanding my*

*other serious medical conditions… which have worsened in what can be defined as a marked amount since I have lived/resided in the State of Michigan beginning in the year August 2014].... said marked/ serious vision impairments which I experience in an episodically worsened*

*manner {e.g. very blurry vision, eye strain fatigue... which renders me more tired throughout the day, and painful eye-strain migraine headaches}.... then cause me to be permanently disabled under federal law, federal statutes and [a] multitude of State Law as to the State of Michigan*

*and State of California... and the ADA (Americans with disabilities act).*

*1.)    I was diagnosed by an asthma specialist (i.e. as best that I can recall... at Kaiser Permanente in Northern California ...however, due to the EXPENSE of COBRA*

*costs of such - I was NOT able to afford the nearly $500.xx/ month cost... which was on account of my PRE-EXISTING MEDICAL CONDITIONS) ...in the State of California, in approx. 2009/ 2010 - after I sustained an industrial injury to my*

*lungs during a brief employment with a local governmental agency in Northern California with [me] having HYPER-ROSMIA {e.g. and so every other person/ woman in the State of Michigan [e.g. in the Cities of Detroit and Flint for example... whom I have met or*

*passed by] literally smell SOUR... and NOT SHOWERED...*

*2.)  .... and  [then]... "fast forward to the year May 2022"... and as I recall... at that time {e.g. see the email and pictures taken immediately contemporaneously to the FURTHER*

*DISABLING MEDICAL EVENT AS TO ME... which I incorporate into my instant affidavit by reference as if fully set forth herein}... On early MAY 2022... the City of Flint and State of Michigan  HAD INTENTIONALLY and DELIBERATELY FAILED TO FIX/ CURE/ and/ or*

*REPAIR their "exploratory-dig" area which abuts the front yard of my home... and which has caused CONTINUED worsening of the cement walk-up to the front door of my home at 1935 Hosler St. Flint, Michigan [and] has literally caused the public sidewalk owned*

*by the City of Flint/ State of Michigan {e.g. SEE THE PICTURES ATTACHED HERETO}... to become that of an outrageously dangerous RAMP... and in early May 2022... as I sat on my outdoor walker.... [as I recall] I fell backwards and literally FELL into the*

*City of Flint/ State of Michigan's uneven and dangerous ROAD-VERGE area at the exploratory-dig as to the Flint Water Crisis [e.g. see their mandate to fix and repair such as set forth in FWC civil case #16-cv-10277]... and as a DIRECT result of the State of*

*Michigan/ City of Flint's intentional discriminatory misconduct put against BOTH Colleen Connor and [me]... on account of Colleen being a JEWISH WOMAN  {e.g. here, as I recall — the City of Flint Mayor [SHELDON NEELEY] and Flint City Council*

*FULLY SUPPORTED HAMAS/ GAZA terrorists who KIDNAPPED innocent JEWISH CHILDREN, JEWISH WOMEN, and JEWISH MEN and RAPPED and tortured Jewish folks... out of sheer HATE of ISRAEL - and the City of Flint... literally put such*

*"CLOAKED" anti-semetism against the JEWISH people in CODED disguise of a resolution…. in support of HAMAS/ GAZA… which is BOTH harmful and offensive to me as a disabled person who relies upon a JEWISH person [Colleen*

*Connors as my "informal caregiver" ]};*

*3.)   Which is to say, as [a] direct result of my having fallen out of my outdoor walker in early May 2022 as I attempted to "tidy up" the front yard of my home at 1935 Hosler St. Flint [and watch out for the THUG neighbors'*

*vicious pit-bull dogs.. which by my direct observation said BLACK THUGS who live near my home - have for MANY years literally set their vicious pit bull dogs primarily upon Colleen ...on account of her being a JEWISH person... and on at least TWO occasions... I*

*recall that someone (as I was in the front yard of my home)... referred to Colleen as a "JEW" and [me] as a disabled nigger]].... And, so as I recall in early May 2022 [see the attached email exhibit]... when I fell backwards out of my outdoor walker.... I sustained INJURY to*

*my ANKLE[]s, LEGS/ KNEES, and injury to my LOWER-BACK, and INJURY to my SHOULDERS and injury to my "torso in general... internally" and INJURY to the back of my head {"what I best understand as a "CLOSED SKULL*

*INJURY"}... and as a direct result of said aforementioned injuries sustained by me... due to the State of Michigan/ City of Flint's intentional failures as set forth in my instant affidavit — my "overall" disabling medical conditions have*

*WORSENED since the MONTH of MAY 2022;*

*4.)  And… here, I ask that the Appeals Court, and the appellees be understanding of the aforementioned …in my sincere attempt to assert my constitutional rights in appeal #25-1158… in that I believe that there is a*

*DESTRUCTIVE MOTIVE BEHIND ELON MUSK's and PRESIDENT DONALD TRUMP's "birthright citizenship" Executive order... and, my belief, understanding, and recollection and personal observation of such is due [in large part] to ELON MUSK's*

*shocking and deliberate disregard for BLACK AFRICAN AMERICAN [EMPLOYEES] at his TESLA car company manufacturing facilities… [and] what I understand is a GENERALLY several decades of the TECH INDUSTRY in general*

*having a CONCERTED EFFORT to PREVENT black african americans in the State of California from employment in the TECH industry;*

*5.)   And, as a DIRECT matter of transparency... and CANDOR to the U.S. appeals court... [I]*

*MUST disclose that ...several years ago - I had the occasion to literally be in Manhattan... and pass by TRUMP TOWER... and as I recall there was a Black African American DOORMAN... who was an employee of Donald Trump.... and he [the Black doorman] stated*

*to me ...as I walked past TRUMP TOWER.. "Hey .., look everyone - that is WAYNE BRADY {a very famous Black T.V. Star at the time}.... And he and I started laughing... and talking — but the "audience at quickly surrounded me actually believed that I was WAYNE BRADY"... and I*

*think that one of the TRUMP children [IVANKA AS I RECALL] had a limo waiting for her…. with "bodyguards as best that I recall"… the black doorman told me…. And then I asked is Mr. Trump at home? And he [the doorman said that Mr. Trump was playing golf]; and near*

*the end of our conversation… he/ the black doorman and I were still laughing and joking… and I asked "HOW IS IT WORKING FOR MR. TRUMP AS A BLACK PERSON"… and as best that can recall …the Black African American DOORMAN who was employed by*

*Mr. Trump…. Said that Donald Trump was a GREAT EMPLOYER and VERY FAIR to him… which is how it is that [I] believe that ELON MUSK is the "the RACIST FORCE" behind Donald Trump, et al…. torrent of UNCONSTITUTIONAL executive orders…*

*which at the END OF THE DAY… [I] am VERY concerned at meant to further SUBJUGATE the disabled Black African American[s] such as myself - whereby once birthright citizenship is NO LONGER "the law of the land" in the United States (e.g. by one stroke on a pen by Elon*

*Musk/ Donald Trump)... then the U.S. Supreme Court [infamous decision] DREDD SCOTT I and DREDD SCOTT II... and the 14th amendment as it protects disabled black folk like me... WILL ALSO BE RENDERED "NULL AND VOID" and nearly [ALL] disabled*

*Black African Americans will BE ALSO declared via an ELON MUSK/ President Donald Trump, et al "clarifying follow-up" executive order as to "birthright citizenship".*

*—-*

*I, Melvin Jones Jr., declare under penalty of perjury*

*under federal law[s] 28 USC S. 1746... that my forgoing statements are true and correct to the best of my knowledge, belief, understanding, recollection, knowledge, personal observation and information.*

*March 21st, 2025*

_____

*/Melvin Jones Jr./ disabled PRO SE appellant (interested party)*

*1935 Hosler St.*

*Flint, Michigan 48503*

*Email: jonesjrmel@gmail.com*

*Google voice to text ph# 415-562-5074*

*{see the exhibit on the next page[s]}*

3/22/25, 7:09 AM Gmail - (see added email) ---- Fwd: Photographs related to Melvin Jones Jr.'s fall on City of Flint property due to the City's failure to...

Case: 25-1158 Document: 001118262128 Page: 36 Date Filed: 03/21/2025 Entry ID: 6708152



Mel jones jr <meljonesjr@gmail.com>

---

**(see added email) ---- Fwd: Photographs related to Melvin Jones Jr.'s fall on City of Flint property due to the City's failure to properly maintain its property**
1 message

---

**Mel jones jr** <meljonesjr@gmail.com>                                                    Sat, May 7, 2022 at 4:40 PM
To: mel jones jr <meljonesjr@gmail.com>, Colleen Connors <cmcolleen4@gmail.com>
Cc: "Mel Jones Jr." <midcenturyatfirst@gmail.com>, Mel jones jr <Blessedami97@yahoo.com>, mel jones
<meljr777@yahoo.com>

# See added email to Beaumont

---------- Forwarded message ---------
From: **Colleen Connors** <cmcolleen4@gmail.com>
Date: Sat, May 7, 2022 at 3:47 PM
Subject: Photographs related to Melvin Jones Jr.'s fall on City of Flint property due to the City's failure to properly
maintain its property
To: Mel jones jr <meljonesjr@gmail.com>

# Today, May 7, 2022 at approximately 2:30 pm, Melvin Jones Jr. fell from his walker due to the City of Flint's failure to properly maintain its property.

# The attached photographs depict the unevenness of the City of Flint's sidewalk, which is what caused Melvin Jones Jr. to fall from his walker - in which he was sitting at the time of his fall. Additionally, please note that Melvin Jones Jr. fell into a hole that the City of Flint created, but failed to refill. Please also note the scrape on Melvin Jones Jr.'s right ankle, which he sustained from his fall.

Mr. Jones is concerned that he has injured his right ankle and right knee. He plans to visit Genesee Urgent Care tomorrow (May 8, 2022) to have X-rays taken of his right ankle and right knee.

**5 attachments**



**05.07.22 photo 1.jpg**
4765K



**05.07.22 photo 2.jpg**
6400K



**05.07.22 photo 3 .jpg**
6816K



**05.07.22 photo 4 .jpg**
6247K

3/21/25, 7:06 AM   Gmail (see added email) 1-3 2-2. Photographs related to Melvin Jones Jr.'s eviction City of Taylor property due to the City's failure to...

Case 2:25-M 158   Document 001 18262 128   Page: 38   Date Filed: 03/21/2025   Entry ID: 6708152

**myBeaumontChart - I may need to move my medical appointment UP to an earlier date.pdf**
39K