# An open letter from EPA staff to the American public

ehn.org/epa-environmental-justice-trump-2671362228.html

March 20, 2025

*Editor's note: This op-ed was written by a group of current and former employees of the U.S. Environmental Protection Agency (EPA), who have asked to remain anonymous due to concerns about retaliation.*

The Trump administration is making accusations of fraud, waste, and abuse associated with federal environmental justice programs under the Inflation Reduction Act (IRA) as justification for firing federal workers and defunding critical environmental programs. But the real waste, fraud, and abuse would be to strip away these funds from the American people.

As current and former employees at the U.S. Environmental Protection Agency (EPA) who developed and implemented the agency's environmental justice funding and grant programs, we want to offer our first-hand insights about the efficiency and importance of this work. This is not about defending our paychecks. This is about protecting the health of our communities.

IRA funding is often described as a "once-in-a-generation investment," putting billions of dollars toward improving the lives of American families in red, blue, and purple states. Working with communities, we've been placing these resources directly into their hands, supporting people to better protect the air we breathe, the water we drink, and the land where we live, learn, work, play, and grow — including key protections from natural disasters.

As civil servants, we took an oath to protect and invest in the American public. We are committed to providing effective programs and being responsible stewards of taxpayer dollars, and there are many policies in place to ensure our accountability. But despite our careful planning and oversight, the new administration is halting programs Americans depend on for their health and wellbeing.

We should work together to demand that the Trump administration restore this critical funding back to the people.

## The risks of losing a once-in-a-generation investment

The Bush administration introduced environmental equity (and justice) programming to the EPA in the 1990s. EPA staff working on environmental justice programs partnered with communities to meet their needs and used rigorous systems to track funds and results.

The Trump administration recently paused many of these <u>environmental justice programs</u> that fund community-led projects like air, water, and soil testing; training and workforce development; construction or cleanup projects; gardens and tree planting; and preparing and responding to natural disasters. <u>Other examples</u> of the EPA's environmental justice programs include providing safe shelters during and after hurricanes, land cleanups to reduce communities' exposure to harmful pollutants, and providing water filters to protect residents from lead in drinking water.

This administration has halted funds, <u>claiming</u> "the objectives of the awards are no longer consistent with EPA funding priorities." In reality, these funds were approved by Congress, and these grants remain in alignment with the agency's mission to protect human health and the environment. Even though there are court orders to unfreeze billions of dollars in federal grants, the Trump administration continues to <u>withhold</u> this critical money from the people who need it most.

We cannot stand by and allow this to happen. We need to hold this administration accountable to serving the American people, applying the same mandates that we have held our federal workforce and grant recipients to: follow the law, follow the science, and be transparent.

**Terminating the EPA's environmental justice programs is hurting our communities and the economy**

Credit: Ellie Storms/Unsplash

Some grant recipients who have lost access to EPA funding had already been working for more than a year on projects that must now be paused. Many recipients have hired local employees and made commitments in their communities.

Now that funds are being pulled back, these organizations have had to lay off staff, pause local contracts with private companies and small businesses, and shut down community-driven projects. These attacks will impact the integrity of programs funded by our hard-earned tax dollars and take money away from communities across the country.

By withholding promised funding and terminating existing contracts, the Trump administration is exposing the EPA to increased risks of litigation. Relationships that were built through years of meaningful engagement between communities and the federal government are being jeopardized. Organizations, institutions, and companies will likely shy away from future federal grant or contracting opportunities because no one wants to work with someone who doesn't pay their bills and backs out on their promises.

It is a waste of taxpayer dollars for the U.S. Government to cancel its agreements with grantees and contractors. It is fraud for the U.S. Government to delay payments for services already received. And it is an abuse of power for the Trump administration to block the IRA laws that were mandated by Congress.

## How to take action to restore funding to the American people

It can feel impossible to keep up with the news right now, but this story touches all of us. We should pay attention to what's going on in our communities and find ways to stay engaged, like attending town halls to hear about the local impacts of federal policies and making your voice heard.

If you are interested in advocating for the return of federal funding to the American people, we urge you to:

- **Advocate for funding to be restored in your community.** Take part in local town hall and other events in your area to advocate for federal funding to be returned to the people. Make your voice heard and claim your right to clean water, clean air, and a safe environment.
- **Learn how the EPA's environmental justice programs are investing in your state, city, or community.** View this environmental justice grants map to see where IRA dollars and funding from the EPA's environmental justice programs were invested.
- **Learn how federal cuts are impacting your communities.** Stay tuned to view a Federal Cuts Tracker Map (we'll add a link here when it's live) to read and share stories about how federal cuts are currently impacting your communities.