3/22/25, 12:36 AM                Gmail - Colleen - and so, I also believe that my upcoming follow-up cardiologist appointment MAY need to be moved-up also. And,…

Case: 25-1158     Document: 00118263734     Page: 1     Date Filed: 03/22/2025     Entry ID: 6708498

 Gmail                                                                        MEL JONES JR <jonesjrmel@gmail.com>

## Colleen - and so, I also believe that my upcoming follow-up cardiologist appointment MAY need to be moved-up also. And, so [I] hope that the THUG-ignorant Black DEI ....anti-semitic neighbors will NOT put their pit bull type dogs upon you ...when we go to and from your car. And, so ...another "gossip" type FYI... is the NEWS article as to ELON MUSK and space-X... w.r.t. top secret clearance[s]...

1 message

**MEL JONES JR** <jonesjrmel@gmail.com>                                                          Sat, Mar 22, 2025 at 12:36 AM
To: yuri.s.fuchs@usdoj.gov, SupremeCtBriefs@usdoj.gov, Deborah Greenspan <deborah.greenspan@blankrome.com>, derek.l.weiss@usdoj.gov, Zeldin.Lee@epa.gov, mobrien@irli.org, chajec@irli.org, gcanaan@irli.org, gwv@dcglaw.com, tmccotter@boydengray.com, daniel.epstein@aflegal.org, "jon@publicrightsproject.org" <jon@publicrightsproject.org>, serviceS3@michigan.gov, giovanatiN@michigan.gov, Stacey.Metro@ag.ny.gov, Annabelle.Wilmott@doj.ca.gov, Lorraine.Lopez@doj.ca.gov, Delbert.Tran@doj.ca.gov, zoe.levine@ag.ny.gov, Irina.Trasovan@doj.ca.gov, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, jgrayson@nmdoj.gov, molly.alarcon@sfcityatty.org, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, shannon.stevenson@coag.gov, ksadeck@riag.ri.gov, jared.b.cohen@mass.gov, john.keller@ag.state.mn.us, johnsonkarpg@doj.state.wi.us, julio.thompson@vermont.gov, dmosteller@ncdoj.gov, "jeremy.feigenbaum@njoag.gov" <Jeremy.feigenbaum@njoag.gov>, shankar.duraiswamy@njoag.gov, Viviana.hanley@njoag.gov, shefali.saxena@law.njoag.gov, Elizabeth.walsh@law.njoag.gov, HStern@ag.nv.gov, akirschner@oag.state.md.us, Janelle.Medeiros@ct.gov, PolicyOffice@epa.gov, EIS-Filing@epa.gov, education@epa.gov, NEPAssisthelp@epa.gov, NEPA@epa.gov, eric.wessan@ag.iowa.gov, matt.rice@ag.tn.gov, nlindzen@corpfraudlaw.com, sara.eisenberg@sfcityatty.org
Cc: Colleen Connors <CMColleen4@gmail.com>, MEL JONES JR <jonesjrmel@gmail.com>, "Marissa.Malouff@doj.ca.gov" <Marissa.Malouff@doj.ca.gov>, "vanessa.kassab@delaware.gov" <vanessa.kassab@delaware.gov>, "kaliko.d.fernandes_hawaii_gov" <kaliko.d.fernandes@hawaii.gov>, "jeremy.feigenbaum@njoag.gov" <jeremy.feigenbaum@njoag.gov>, "harrist19@michigan.gov" <harrist19@michigan.gov>, "eng.connie@epa.gov" <eng.connie@epa.gov>, "egle-nondiscriminationCC@michigan.gov" <egle-nondiscriminationCC@michigan.gov>, "Cormack, Hayley" <Cormack.Hayley@epa.gov>, "EGLE-Accessibility@michigan.gov" <EGLE-Accessibility@michigan.gov>, "Faltin, Todd (he/they)" <Faltin.Todd@epa.gov>, "Oviedo, Luis" <oviedo.luis@epa.gov>, "MacMillan-Sanchez, Ariel (she/her/hers)" <MacmillanSanchez.Ariel@epa.gov>, "Johnson, Johahna (she/her/hers)" <Johnson.Johahna@epa.gov>, "Mason, Trinita" <Mason.Trinita@epa.gov>, "Moore, Tammy" <moore.tammy@epa.gov>, "Walts, Alan (he/him/his)" <walts.alan@epa.gov>, Deborah Greenspan <deborah.greenspan@blankrome.com>, "Risley, David" <Risley.David@epa.gov>, "tmlewis@cityofflint.com" <tmlewis@cityofflint.com>, "cmcgehee@pittlawpc.com" <cmcgehee@pittlawpc.com>, "eric.a.rey@usdoj.gov" <eric.a.rey@usdoj.gov>, "Jason.T.Cohen@usdoj.gov" <Jason.T.Cohen@usdoj.gov>, "OIG_Hotline@epa.gov" <OIG_Hotline@epa.gov>, Corey <cstern@levylaw.com>, Patrick Lanciotti <PLanciotti@napolilaw.com>, "dpettway@cityofflint.com" <dpettway@cityofflint.com>, "saneeley@cityofflint.com" <saneeley@cityofflint.com>, "mbard@cityofflint.com" <mbard@cityofflint.com>, "michelle.t.domingue.II@usdoj.gov" <michelle.t.domingue.II@usdoj.gov>, "Kaplan, Robert (he/him/his)" <kaplan.robert@epa.gov>, Mel jones jr <meljonesjr@gmail.com>, "marianne.f.kies@usdoj.gov" <marianne.f.kies@usdoj.gov>, "daniel.c.eagles@usdoj.gov" <daniel.c.eagles@usdoj.gov>, "kuhlr@michigan.gov" <kuhlr@michigan.gov>, "gambilln@michigan.gov" <gambilln@michigan.gov>, "MitosinkaA@michigan.gov" <MitosinkaA@michigan.gov>, "gaiello@mayerbrown.com" <gaiello@mayerbrown.com>, "jkuptz@cityofflint.com" <jkuptz@cityofflint.com>, "dfaraci@campbell-trial-lawyers.com" <dfaraci@campbell-trial-lawyers.com>, "alin@eisnerlaw.com" <alin@eisnerlaw.com>, "ccmushatt@cityofflint.com" <ccmushatt@cityofflint.com>, "heidy.gonzalez@usdoj.gov" <heidy.gonzalez@usdoj.gov>, AG attorney as to MI COC civil case #23-000115-MZ <bettenhausenm@michigan.gov>, robinsonr11 <robinsonr11@michigan.gov>, Justus Brown <jubrown@cityofflint.com>, Kameshia Ar-Rahmaan <kar-rahmaan@cityofflint.com>, Davina Donahue <ddonahue@cityofflint.com>, City of Flint Clerk's Office <cityclerk@cityofflint.com>, Davina Donahue <CouncilPublicComment@cityofflint.com>, "trachelleyoung@gmail.com" <trachelleyoung@gmail.com>, Ladel Lewis <llewis@cityofflint.com>, Judy Priestley <jpriestley@cityofflint.com>, Tonya Burns <tburns@cityofflint.com>, Mark Cuker <mark@cukerlaw.com>, "michael.l.williams@usdoj.gov" <michael.l.williams@usdoj.gov>, "molsen@mayerbrown.com" <molsen@mayerbrown.com>, "jcampbell@campbell-trial-lawyers.com" <jcampbell@campbell-trial-lawyers.com>, "mnguyen-dang@mayerbrown.com" <mnguyen-dang@mayerbrown.com>, "pnapoli_napolilaw.com" <pnapoli@napolilaw.com>, Renee Auten <rauten@thelandbank.org>, Jennifer Riggs <jriggs@thelandbank.org>, Jeremy Maltz <jeremy@lehotskykeller.com>,

"hammoudf1@michigan.gov" <HammoudF1@michigan.gov>, Michigan Attorney General <miag@michigan.gov>, "dweyre@mcalpinepc.com" <dweyre@mcalpinepc.com>, "g@mayerbrown.com" <g@mayerbrown.com>, "ljiang@susmangodfrey.com" <ljiang@susmangodfrey.com>, mpitt <mpitt@pittlawpc.com>, Hunter Shkolnik <hunter@napolilaw.com>, "arosenman@mayerbrown.com" <arosenman@mayerbrown.com>, Theodore Leopold <tleopold@cohenmilstein.com>, Emmy Levens <elevens@cohenmilstein.com>, Flint Mayor <mayor@cityofflint.com>, "frank.bednarz@hlli.org" <frank.bednarz@hlli.org>, "ted.frank@hlli.org" <ted.frank@hlli.org>, Diane <russell.diane@epa.gov>, Amanda Trujillo <atrujillo@cityofflint.com>, "King-Piepenbrok, Pier (AG)" <KingP1@michigan.gov>, "jonhoma@sinasdramis.com" <jonhoma@sinasdramis.com>, "val@vlwlegal.com" <val@vlwlegal.com>, "sdg@miller.law" <sdg@miller.law>, "sparadise@eisnerlaw.com" <sparadise@eisnerlaw.com>, "echeverria.marietta@epa.gov" <echeverria.marietta@epa.gov>, "thompkins.anita@epa.gov" <thompkins.anita@epa.gov>, "burneson.eric@epa.gov" <burneson.eric@epa.gov>, "travers.david@epa.gov" <travers.david@epa.gov>, "waters.tom@epa.gov" <waters.tom@epa.gov>, "davis.angela@epa.gov" <davis.angela@epa.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, nlindzen@corpfraudlaw.com, franklmcnamara@gmail.com, mriordan@publicinterestlegal.org, eric.hamilton@usdoj.gov, "ryan@mclanelaw.com" <ryan@mclanelaw.com>, Zeldin.Lee@epa.gov, zoe.levine@ag.ny.gov
Bcc: UrbanForestNewYork@gmail.com, Mel jones jr <meljonesjr@gmail.com>

*March 21st, 2025*

*Colleen,*
*... just a further update... a few minutes ago, after waking up to go pee-pee ...I mentioned to you that I was sitting up for a while.*
*And, you may recall that I mentioned to you earlier today and yesterday ...that [I] may need and xray on my right foot..... because as I recall... a FEW WEEKS ago, I dropped something on the top of my right foot and it is STILL very sore... which MAY indicate that there is some sort of bone or ligament damage to my right foot; additionally.... episodically I have had what I can best describe as a "burning sensation" in my chest/ heart area on VERY minimal exertion.... and so, I also believe that my*

3/22/25, 12:36 AM    Gmail - Colleen - and so, I also believe that my upcoming follow-up cardiologist appointment MAY need to be moved-up also. And,…

Case: 25-1158    Document: 00118263734    Page: 3    Date Filed: 03/22/2025    Entry ID: 6708498

*upcoming follow-up cardiologist appointment MAY need to be moved-up also. And, so [I] hope that the THUG-ignorant Black DEI ....anti-semitic neighbors will NOT put their pit bull type dogs upon you ...when we go to and from your car.*

*And, so ...another "gossip" type FYI... is the NEWS article as to ELON MUSK and space-X... w.r.t. top secret clearance[s]...*

*And, here --- I am NOT so sure that ELON MUSK's actual security clearances do not EXCEED that of what the U.S. president [e.g. ANY president of the United States has]. For example... my beloved late mom... retired from [a]n unrelated "MISSILE[s] and SPACE" company... and as I recall when the Black Hawk helicopter was being developed and engineered [e.g. my mom attained the level of COMPONENT ENGINEER (i.e. which can be/ is VERY easily verified by the US Government).... whereby she/ my beloved late mom held a respectable security clearance]... and, as I recall, there was at the time... a popular television show which*

3/22/25, 12:36 AM    Gmail - Colleen - and so, I also believe that my upcoming follow-up cardiologist appointment MAY need to be moved-up also. And,…

Case: 25-1158    Document: 00118263734    Page: 4    Date Filed: 03/22/2025    Entry ID: 6708498

*featured a futuristic helicopter.... and I was approx. 20 years old at the time ...as best that I can recall... and I stated to my mom.... that seems like a bunch of B.S.... to which my mother said --- "well, Melvin... don't be too sure about that".*

*And so, when the Black Hawk helicopter was released... she stated that it is NOT unusual for the US Government... to release for engineering and production... FAKE, public news briefs about WHO, and WHAT company has been awarded a top secret contract to build the lastest [e.g. which is actually kind of OLD by the time the general public knows about it].... stealth airplane and such.... whereby there are ancillary companies that actually perform VARIOUS super top secret engineering and manufacturing of such [e.g. this makes it MORE difficult for China or Russia or Iran, etc.] to commit espionage against the United States... and maintains the U.S. superiority in SPACE [e.g. think NOW of SPACE-FORCE].... which [we] the general public nearly NEVER hear about.... 🤩.*

3/22/25, 12:36 AM  Gmail - Colleen - and so, I also believe that my upcoming follow-up cardiologist appointment MAY need to be moved-up also. And,…

Case: 25-1158   Document: 00118263734   Page: 5   Date Filed: 03/22/2025   Entry ID: 6708498

*Which is to say... heck -- maybe... ELON MUSK has the top secret security level of "celestial" .... which I seriously doubt that ANY president of the United States actually has... simply put, such is the genius way by which [e.g. as I recall such was explained to me]... the United States... keeps MOST of its top secrets and YES - knows from which most [espionage] has come from ... {e.g. which is how it is ....that China, Russia and IRAN end up with a bunch of MESSED up spying on the United States.*

*So lets hope that Ukraine does NOT have the ability to control any of the IFOF [e.g. identify friend or foe] software on ANY war planes which we might lend or sell to them.... [e.g. which is to say, ISRAEL is a MUCH more TRUSTED friend of the United States for such].... just keeping it real as a disabled guy [me] who is "on the spectrum", albeit ...my super-power as to such [e.g. as GRETA THUNBERG has described such].... is VERY, very minimal - and then reduced even further on account of my history of stroke, CVA and serious vision impairments and other disabling medical conditions which make me*

and so, I also believe that my upcoming follow-up cardiologist appointment MAY need to be moved-up also. And,…

unusually tired during the day [e.g. excessive daytime sleepiness] 😄; especially when compared to Steve Jobs, Steve Wosniack [of apple computer], Bill Gates, Jeff Bezos, and ELON MUSK, and Mark Zuckerberg, et al…. whom are AT NEARLY the TOP of the spectrum/ as to being "on the spectrum".

Best,
~Mel/ disabled teddy bear

---

📄 **Why Elon Musk doesn't have access to all of SpaceX's top secret work_ report _ Fox Business.pdf**
347K