

*See page #6 & 7* (handwritten annotation)

MEL JONES JR <jonesjrmel@gmail.com>

---

## To: Flint Water Crisis Special Master Deborah Greenspan.... regarding observational support as to Colleen Connors' FWC claims[s] and observational CAUTION as to certain Flint Water Crisis CLAIMS being asserted against the US EPA....

1 message

---

**MEL JONES JR** <jonesjrmel@gmail.com>                                               Sun, Mar 23, 2025 at 5:06 AM
To: yuri.s.fuchs@usdoj.gov, SupremeCtBriefs@usdoj.gov, Deborah Greenspan <deborah.greenspan@blankrome.com>, derek.l.weiss@usdoj.gov, Zeldin.Lee@epa.gov, mobrien@irli.org, chajec@irli.org, gcanaan@irli.org, gwv@dcglaw.com, tmccotter@boydengray.com, daniel.epstein@aflegal.org, "jon@publicrightsproject.org" <jon@publicrightsproject.org>, serviceS3@michigan.gov, giovanatiN@michigan.gov, Stacey.Metro@ag.ny.gov, Annabelle.Wilmott@doj.ca.gov, Lorraine.Lopez@doj.ca.gov, Delbert.Tran@doj.ca.gov, zoe.levine@ag.ny.gov, Irina.Trasovan@doj.ca.gov, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, jgrayson@nmdoj.gov, molly.alarcon@sfcityatty.org, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, shannon.stevenson@coag.gov, ksadeck@riag.ri.gov, jared.b.cohen@mass.gov, john.keller@ag.state.mn.us, johnsonkarpg@doj.state.wi.us, julio.thompson@vermont.gov, dmosteller@ncdoj.gov, "jeremy.feigenbaum@njoag.gov" <Jeremy.feigenbaum@njoag.gov>, shankar.duraiswamy@njoag.gov, Viviana.hanley@njoag.gov, shefali.saxena@law.njoag.gov, Elizabeth.walsh@law.njoag.gov, HStern@ag.nv.gov, akirschner@oag.state.md.us, Janelle.Medeiros@ct.gov, PolicyOffice@epa.gov, EIS-Filing@epa.gov, education@epa.gov, NEPAssisthelp@epa.gov, NEPA@epa.gov, eric.wessan@ag.iowa.gov, matt.rice@ag.tn.gov, nlindzen@corpfraudlaw.com, sara.eisenberg@sfcityatty.org
Cc: Colleen Connors <CMColleen4@gmail.com>, MEL JONES JR <jonesjrmel@gmail.com>, "Marissa.Malouff@doj.ca.gov" <Marissa.Malouff@doj.ca.gov>, "vanessa.kassab@delaware.gov" <vanessa.kassab@delaware.gov>, "kaliko.d.fernandes_hawaii_gov" <kaliko.d.fernandes@hawaii.gov>, "jeremy.feigenbaum@njoag.gov" <jeremy.feigenbaum@njoag.gov>, "harrist19@michigan.gov" <harrist19@michigan.gov>, "eng.connie@epa.gov" <eng.connie@epa.gov>, "egle-nondiscriminationCC@michigan.gov" <egle-nondiscriminationCC@michigan.gov>, "Cormack, Hayley" <Cormack.Hayley@epa.gov>, "EGLE-Accessibility@michigan.gov" <EGLE-Accessibility@michigan.gov>, "Faltin, Todd (he/they)" <Faltin.Todd@epa.gov>, "Oviedo, Luis" <oviedo.luis@epa.gov>, "MacMillan-Sanchez, Ariel (she/her/hers)" <MacmillanSanchez.Ariel@epa.gov>, "Johnson, Johahna (she/her/hers)" <Johnson.Johahna@epa.gov>, "Mason, Trinita" <Mason.Trinita@epa.gov>, "Moore, Tammy" <moore.tammy@epa.gov>, "Walts, Alan (he/him/his)" <walts.alan@epa.gov>, Deborah Greenspan <deborah.greenspan@blankrome.com>, "Risley, David" <Risley.David@epa.gov>, "tmlewis@cityofflint.com" <tmlewis@cityofflint.com>, "cmcgehee@pittlawpc.com" <cmcgehee@pittlawpc.com>, "eric.a.rey@usdoj.gov" <eric.a.rey@usdoj.gov>, "Jason.T.Cohen@usdoj.gov" <Jason.T.Cohen@usdoj.gov>, "OIG_Hotline@epa.gov" <OIG_Hotline@epa.gov>, Corey <cstern@levylaw.com>, Patrick Lanciotti <PLanciotti@napolilaw.com>, "dpettway@cityofflint.com" <dpettway@cityofflint.com>, "saneeley@cityofflint.com" <saneeley@cityofflint.com>, "mbard@cityofflint.com" <mbard@cityofflint.com>, "michelle.t.domingue.II@usdoj.gov" <michelle.t.domingue.II@usdoj.gov>, "Kaplan, Robert (he/him/his)" <kaplan.robert@epa.gov>, Mel jones jr <meljonesjr@gmail.com>, "marianne.f.kies@usdoj.gov" <marianne.f.kies@usdoj.gov>, "daniel.c.eagles@usdoj.gov" <daniel.c.eagles@usdoj.gov>, "kuhlr@michigan.gov" <kuhlr@michigan.gov>, "gambilln@michigan.gov" <gambilln@michigan.gov>, "MitosinkaA@michigan.gov" <MitosinkaA@michigan.gov>, "gaiello@mayerbrown.com" <gaiello@mayerbrown.com>, "jkuptz@cityofflint.com" <jkuptz@cityofflint.com>, "dfaraci@campbell-trial-lawyers.com" <dfaraci@campbell-trial-lawyers.com>, "alin@eisnerlaw.com" <alin@eisnerlaw.com>, "ccmushatt@cityofflint.com" <ccmushatt@cityofflint.com>, "heidy.gonzalez@usdoj.gov" <heidy.gonzalez@usdoj.gov>, AG attorney as to MI COC civil case #23-000115-MZ <bettenhausenm@michigan.gov>, robinsonr11 <robinsonr11@michigan.gov>, Justus Brown <jubrown@cityofflint.com>, Kameshia Ar-Rahmaan <kar-rahmaan@cityofflint.com>, Davina Donahue <ddonahue@cityofflint.com>, City of Flint Clerk's Office <cityclerk@cityofflint.com>, Davina Donahue <CouncilPublicComment@cityofflint.com>, "trachelleyoung@gmail.com" <trachelleyoung@gmail.com>, Ladel Lewis <llewis@cityofflint.com>, Judy Priestley <jpriestley@cityofflint.com>, Tonya Burns <tburns@cityofflint.com>, Mark Cuker <mark@cukerlaw.com>, "michael.l.williams@usdoj.gov" <michael.l.williams@usdoj.gov>, "molsen@mayerbrown.com" <molsen@mayerbrown.com>, "jcampbell@campbell-trial-lawyers.com" <jcampbell@campbell-trial-lawyers.com>, "mnguyen-dang@mayerbrown.com" <mnguyen-dang@mayerbrown.com>, "pnapoli_napolilaw.com" <pnapoli@napolilaw.com>, Renee Auten <rauten@thelandbank.org>, Jennifer Riggs <jriggs@thelandbank.org>, Jeremy Maltz <jeremy@lehotskykeller.com>, "hammoudf1@michigan.gov" <HammoudF1@michigan.gov>, Michigan Attorney General <miag@michigan.gov>, "dweyre@mcalpinepc.com" <dweyre@mcalpinepc.com>, "g@mayerbrown.com" <g@mayerbrown.com>,

Case: 25-1158     Document: 00118262755     Page: 2     Date Filed: 03/23/2025     Entry ID: 6708504

3/23/25, 6:06 AM                Gmail - To: Flint Water Crisis Special Master Deborah Greenspan... regarding observational support as to Colleen Connors BWC c…

"ljiang@susmangodfrey.com" <ljiang@susmangodfrey.com>, mpitt <mpitt@pittlawpc.com>, Hunter Shkolnik <hunter@napolilaw.com>, "arosenman@mayerbrown.com" <arosenman@mayerbrown.com>, Theodore Leopold <tleopold@cohenmilstein.com>, Emmy Levens <elevens@cohenmilstein.com>, Flint Mayor <mayor@cityofflint.com>, "frank.bednarz@hlli.org" <frank.bednarz@hlli.org>, "ted.frank@hlli.org" <ted.frank@hlli.org>, Diane <russell.diane@epa.gov>, Amanda Trujillo <atrujillo@cityofflint.com>, "King-Piepenbrok, Pier (AG)" <KingP1@michigan.gov>, "jonhoma@sinasdramis.com" <jonhoma@sinasdramis.com>, "val@vlwlegal.com" <val@vlwlegal.com>, "sdg@miller.law" <sdg@miller.law>, "sparadise@eisnerlaw.com" <sparadise@eisnerlaw.com>, "echeverria.marietta@epa.gov" <echeverria.marietta@epa.gov>, "thompkins.anita@epa.gov" <thompkins.anita@epa.gov>, "burneson.eric@epa.gov" <burneson.eric@epa.gov>, "travers.david@epa.gov" <travers.david@epa.gov>, "waters.tom@epa.gov" <waters.tom@epa.gov>, "davis.angela@epa.gov" <davis.angela@epa.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, nlindzen@corpfraudlaw.com, franklmcnamara@gmail.com, mriordan@publicinterestlegal.org, eric.hamilton@usdoj.gov, "ryan@mclanelaw.com" <ryan@mclanelaw.com>, Zeldin.Lee@epa.gov, zoe.levine@ag.ny.gov
Bcc: UrbanForestNewYork@gmail.com, Mel jones jr <meljonesjr@gmail.com>

Date: March 23rd, 2025

To: Flint Water Crisis Special Master Deborah Greenspan....

From: Melvin Jones Jr. - pro se appellant in appeal #25-1158

Good morning,
As you are most likely aware by now.... Both Colleen and [me] are interested parties and appellants in/ as to the very controversial President Donald Trump BIRTHRIGHT CITIZENSHIP LITIGATION {e.g. civil case #25-cv-10139 and appeal #25-1158}....

And my instant email here... is specifically regarding observational support as to Colleen

Connors' FWC claims[s] and observational CAUTION as to certain Flint Water Crisis CLAIMS being asserted against the US EPA....

That is to say... the bathroom of 829 Campbell St. Flint, Michigan relative to the time Colleen and I lived there {and relative to the time period in which Colleen was the SOLE owner [i.e. initially BOTH of our names were on the deed/title]}.... the ENTIRE bathroom ...and I do mean the entire bathroom... to include portions of the FLOORING down to the plywood needed to be replaced ...due to what appears to be HARM/DAMAGES as to the Flint Water Crisis [e.g. as to FWC defendants ...the City of Flint and State of Michigan].... and even when [we] both lived @ 829 Campbell St. Flint.... the City of Flint ....in their SNEAKY and GHETTO manner attempted to INTIMIDATE both Colleen and [I] from filing and pursuing our rightful claims against the MI EGLE/MI DEQ and City of Flint.

And... the same "HOOD-RAT".... DEI- BLM ghetto {i.e. primarily Black Run City of Flint [think NOW current Mayor of the City of Flint ...Mayor

Case: 25-1158    Document: 00118262755    Page: 4    Date Filed: 03/23/2025    Entry ID: 6708504

3/23/25, 6:06 AM                                                    Gmail - Fw: Flint Water Crisis Special Master Deborah Greenspan... regarding observational support as to Colleen Connors TWO c…

*Sheldon Neeley and most likely that of Mayor Karen Weaver] and the BLACK members of BOTH of their administrations [i.e. for example.... current City Council "SHIT DISTURBER" black woman - Candice Mushatt] is/ was a member of BOTH Mayor Neeley and Mayor Karen Weaver's administration.... [a] SAD state of affairs for the State of Michigan and City of Flint.... and a GLOWING reason why the TRUMP administrations ENDING the discrimination of DEI ...and BLM HATE against JEWISH FOLK such as Colleen Connors [e.g. and me - on account that I am associated with a JEWISH person (Colleen Connors)].... is LONG OVERDUE.*

*Which brings me to that of the EMBELLISHED claims as to the Flint Water Crisis as to the US EPA.  YEAH - why is the "consultative" EXAMS which I am reliably informed that the ADULTS and CHILDREN as to the Flint Water Crisis Exams.... NOT BEING FILMED ....so that Judge Levy [and the 6th Circuit Court of Appeals] can SEE THE FRAUD CLAIMS for themselves.  That is.... POOR GRADES and A CHILD ALLEGEDLY*

3/23/25, 6:06 AM Gmail - Our Flint Water Crisis Special Master Deborah Greenspan... regarding observational support as to Colleen Connors BWC c…

Case: 25-1158 Document: 00118262755 Page: 5 Date Filed: 03/23/2025 Entry ID: 6708504

*FORGETTING A TOWEL.... is WOEFULLY deficient to prove ANY liability against the US EPA....*

*And, WHY are folks ....in search of LEAD in the environment.... when there's LEAD in the Fish from the Flint river, and LEAD in various foods, and YES.... lead on/in the toys which children play with... and LEAD in certain food utensils which are used by folks in the United States... including [of course] the City of Flint... and, according to Michigan Governor Whitmer....  THE ENTIRE STATE OF MICHIGAN has FOR MANY DECADES had very below the national average EDUCATIONAL achievement {e.g. LAZY and STUPID PARENTS.... who would rather watch football or basketball ....and DRINK and SMOKE DOPE and DANCE LIKE CLOWNS.... up and down SAGINAW ST. in Flint on JUNETEENTH [celebration of slavery holiday]}... than to simply GIVE their Flint [strong] Children the GIFT of TRUE confidence.... which is that of a SOLID educational foundation... which literally begins very soon AFTER pregnancy.   In short, the US EPA is right to request such given the literal BILLIONS of Dollars being demanded by certain*

Case: 25-1158     Document: 00118262755     Page: 6     Date Filed: 03/23/2025     Entry ID: 6708504

3/23/25, 6:06 AM                           Gmail - Our Flint Water Crisis Special Master Deborah Greenspan... regarding observational support as to Colleen Connors FWC c...

*Flint Water Crisis Parents and Children.... especially given the BULL SHIT $20 million which the City of Flint put into the Flint Water Crisis settlement ---- and FULLY considering the intentional and deliberate MISCONDUCT which the City of Flint [still] puts forth ...as to [but NOT limited to] FWC civil case CONTEMPT of court in #16-cv-10277.*

*And, maybe AFTER the City of Flint is PAID out as to the claimants regarding the Flint Water Crisis.... then the JACKASS Black ILLITERATE neighbors and [some white shit-brain neighbors] who live near my home @ 1935 Hosler St. Flint, Michigan ....will simply STOP harassing Colleen and [me].... and I do mean that finally they/ the harassing neighbors ...FUCK OFF.*

*... and as to Colleen and my appeal #25-1158.... [we] are waiting to SEE if the Honorable Chief Judge - BOASBERG (by Friday or so) of this week will/ does FIND that ELON MUSK, President Donald Trump, et al.... in CONTEMPT of Court.... which [we] believe would then be "instructive" regarding our appeal as to civil case #25-cv-*

Case: 25-1158     Document: 00118262755     Page: 7     Date Filed: 03/23/2025     Entry ID: 6708504

3/23/25, 6:06 AM                 Gmail - Your Flint Water Crisis Special Master Deborah Greenspan... regarding observational support as to Colleen Connors BWC c…

10139; and VERY instructive for other Federal Courts presiding over the ELON MUSK/ Donald Trump Executive orders cases pertaining to OTHER "unconstitutional" and wrongfully issued and/ or wrongfully carried-out Executive Orders.

**IN SHORT.... ELON MUSK and DONALD TRUMP, et al.... ARE PUTTING FORTH FIAT_DICTATOR GOVERNMENT BY EXECUTIVE ORDER.... which in and of itself RUNS afoul to the purpose and intent of the US Constitutional and inherent CHECKS and BALANCES {e.g. especially given that Elon Musk is a FORMER DRUG USER}.**

Respectfully,
Best.
/s/
~Melvin Jones Jr. - disabled interested party/ appellant {proposed PLAINTIFF intervenor on appeal [and [proposed - respondent pro se to the defendants' Elon Musk President Donald Trump, et al. "application[s] for review by the US

3/23/25, 6:06 AM	Gmail - To: Flint Water Crisis Special Master Deborah Greenspan... regarding observational support as to Colleen Connors FWC c…

Case: 25-1158     Document: 00118262755     Page: 8     Date Filed: 03/23/2025     Entry ID: 6708504

Supreme Court } in/ as to civil case #25-cv-10139 (and) appeal #25-1158
email: jonesjrmel@gmail.com
1935 Hosler St. Flint, Michigan 48503