Gmail - Attention Special Master Greenspan                                                                                      3/24/25, 8:38 AM

*"memoRandum"* (handwritten annotation)



Colleen Connors <cmcolleen4@gmail.com>

---

## Attention Special Master Greenspan

---

**Colleen Connors** <cmcolleen4@gmail.com>                                                             Mon, Mar 24, 2025 at 8:37 AM
To: Deborah Greenspan <deborah.greenspan@blankrome.com>
Cc: "Cormack, Hayley" <Cormack.Hayley@epa.gov>, derek.l.weiss@usdoj.gov, Zeldin.Lee@epa.gov, mobrien@irli.org, chajec@irli.org, gcanaan@irli.org, gwv@dcglaw.com, tmccotter@boydengray.com, daniel.epstein@aflegal.org, "jon@publicrightsproject.org" <jon@publicrightsproject.org>, serviceS3@michigan.gov, giovanatiN@michigan.gov, Stacey.Metro@ag.ny.gov, Annabelle.Wilmott@doj.ca.gov, Lorraine.Lopez@doj.ca.gov, Delbert.Tran@doj.ca.gov, zoe.levine@ag.ny.gov, Irina.Trasovan@doj.ca.gov, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, jgrayson@nmdoj.gov, molly.alarcon@sfcityatty.org, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, shannon.stevenson@coag.gov, ksadeck@riag.ri.gov, jared.b.cohen@mass.gov, john.keller@ag.state.mn.us, johnsonkarpg@doj.state.wi.us, julio.thompson@vermont.gov, dmosteller@ncdoj.gov, "jeremy.feigenbaum@njoag.gov" <Jeremy.feigenbaum@njoag.gov>, shankar.duraiswamy@njoag.gov, Viviana.hanley@njoag.gov, shefali.saxena@law.njoag.gov, Elizabeth.walsh@law.njoag.gov, HStern@ag.nv.gov, akirschner@oag.state.md.us, Janelle.Medeiros@ct.gov, PolicyOffice@epa.gov, EIS-Filing@epa.gov, education@epa.gov, NEPAssisthelp@epa.gov, NEPA@epa.gov, eric.wessan@ag.iowa.gov, matt.rice@ag.tn.gov, nlindzen@corpfraudlaw.com, yuri.s.fuchs@usdoj.gov, sara.eisenberg@sfcityatty.org, SupremeCtBriefs@usdoj.gov, Colleen Connors <CMColleen4@gmail.com>, MEL JONES JR <jonesjrmel@gmail.com>, "Marissa.Malouff@doj.ca.gov" <Marissa.Malouff@doj.ca.gov>, "vanessa.kassab@delaware.gov" <vanessa.kassab@delaware.gov>, "kaliko.d.fernandes_hawaii_gov" <kaliko.d.fernandes@hawaii.gov>, "harrist19@michigan.gov" <harrist19@michigan.gov>, "eng.connie@epa.gov" <eng.connie@epa.gov>, "egle-nondiscriminationCC@michigan.gov" <egle-nondiscriminationCC@michigan.gov>, "EGLE-Accessibility@michigan.gov" <EGLE-Accessibility@michigan.gov>, "Faltin, Todd (he/they)" <Faltin.Todd@epa.gov>, "Oviedo, Luis" <oviedo.luis@epa.gov>, "MacMillan-Sanchez, Ariel (she/her/hers)" <MacmillanSanchez.Ariel@epa.gov>, "Johnson, Johahna (she/her/hers)" <Johnson.Johahna@epa.gov>, "Mason, Trinita" <Mason.Trinita@epa.gov>, "Moore, Tammy" <moore.tammy@epa.gov>, "Walts, Alan (he/him/his)" <walts.alan@epa.gov>, "Risley, David" <Risley.David@epa.gov>, "tmlewis@cityofflint.com" <tmlewis@cityofflint.com>, "cmcgehee@pittlawpc.com" <cmcgehee@pittlawpc.com>, "eric.a.rey@usdoj.gov" <eric.a.rey@usdoj.gov>, "Jason.T.Cohen@usdoj.gov" <Jason.T.Cohen@usdoj.gov>, "OIG_Hotline@epa.gov" <OIG_Hotline@epa.gov>, Corey <cstern@levylaw.com>, Patrick Lanciotti <PLanciotti@napolilaw.com>, "dpettway@cityofflint.com" <dpettway@cityofflint.com>, "saneeley@cityofflint.com" <saneeley@cityofflint.com>, "mbard@cityofflint.com" <mbard@cityofflint.com>, "michelle.t.domingue.II@usdoj.gov" <michelle.t.domingue.II@usdoj.gov>, "Kaplan, Robert (he/him/his)" <kaplan.robert@epa.gov>, Mel jones jr <meljonesjr@gmail.com>, "marianne.f.kies@usdoj.gov" <marianne.f.kies@usdoj.gov>, "daniel.c.eagles@usdoj.gov" <daniel.c.eagles@usdoj.gov>, "kuhlr@michigan.gov" <kuhlr@michigan.gov>, "gambilln@michigan.gov" <gambilln@michigan.gov>, "MitosinkaA@michigan.gov" <MitosinkaA@michigan.gov>, "gaiello@mayerbrown.com" <gaiello@mayerbrown.com>, "jkuptz@cityofflint.com" <jkuptz@cityofflint.com>, "dfaraci@campbell-trial-lawyers.com" <dfaraci@campbell-trial-lawyers.com>, "alin@eisnerlaw.com" <alin@eisnerlaw.com>, "ccmushatt@cityofflint.com" <ccmushatt@cityofflint.com>, "heidy.gonzalez@usdoj.gov" <heidy.gonzalez@usdoj.gov>, AG attorney as to MI COC civil case #23-000115-MZ <bettenhausenm@michigan.gov>, robinsonr11 <robinsonr11@michigan.gov>, Justus Brown <jubrown@cityofflint.com>, Kameshia Ar-Rahmaan <kar-rahmaan@cityofflint.com>, Davina Donahue <ddonahue@cityofflint.com>, City of Flint Clerk's Office <cityclerk@cityofflint.com>, Davina Donahue <CouncilPublicComment@cityofflint.com>, "trachelleyoung@gmail.com" <trachelleyoung@gmail.com>, Ladel Lewis <llewis@cityofflint.com>, Judy Priestley <jpriestley@cityofflint.com>, Tonya Burns <tburns@cityofflint.com>, Mark Cuker <mark@cukerlaw.com>, "michael.l.williams@usdoj.gov" <michael.l.williams@usdoj.gov>, "molsen@mayerbrown.com" <molsen@mayerbrown.com>, "jcampbell@campbell-trial-lawyers.com" <jcampbell@campbell-trial-lawyers.com>, "mnguyen-dang@mayerbrown.com" <mnguyen-dang@mayerbrown.com>, "pnapoli_napolilaw.com" <pnapoli@napolilaw.com>, Renee Auten <rauten@thelandbank.org>, Jennifer Riggs <jriggs@thelandbank.org>, Jeremy Maltz <jeremy@lehotskykeller.com>, "hammoudf1@michigan.gov" <HammoudF1@michigan.gov>, Michigan Attorney General <miag@michigan.gov>, "dweyre@mcalpinepc.com" <dweyre@mcalpinepc.com>, "g@mayerbrown.com" <g@mayerbrown.com>, "ljiang@susmangodfrey.com" <ljiang@susmangodfrey.com>, mpitt <mpitt@pittlawpc.com>,

Hunter Shkolnik <hunter@napolilaw.com>, "arosenman@mayerbrown.com" <arosenman@mayerbrown.com>, Theodore Leopold <tleopold@cohenmilstein.com>, Emmy Levens <elevens@cohenmilstein.com>, Flint Mayor <mayor@cityofflint.com>, "frank.bednarz@hlli.org" <frank.bednarz@hlli.org>, "ted.frank@hlli.org" <ted.frank@hlli.org>, Diane <russell.diane@epa.gov>, Amanda Trujillo <atrujillo@cityofflint.com>, "King-Piepenbrok, Pier (AG)" <KingP1@michigan.gov>, "jonhoma@sinasdramis.com" <jonhoma@sinasdramis.com>, "val@vlwlegal.com" <val@vlwlegal.com>, "sdg@miller.law" <sdg@miller.law>, "sparadise@eisnerlaw.com" <sparadise@eisnerlaw.com>, "echeverria.marietta@epa.gov" <echeverria.marietta@epa.gov>, "thompkins.anita@epa.gov" <thompkins.anita@epa.gov>, "burneson.eric@epa.gov" <burneson.eric@epa.gov>, "travers.david@epa.gov" <travers.david@epa.gov>, "waters.tom@epa.gov" <waters.tom@epa.gov>, "davis.angela@epa.gov" <davis.angela@epa.gov>, franklmcnamara@gmail.com, mriordan@publicinterestlegal.org, eric.hamilton@usdoj.gov, "ryan@mclanelaw.com" <ryan@mclanelaw.com>

DATE: March 24, 2025

RE: Attention Special Master Greenspan

Good morning Deborah Greenspan,

The purpose of this email is to address some issues on behalf of Melvin Jones Jr. because he is disabled and a vulnerable adult (and not an attorney) who does not fully understand his rights as to the Flint Water Settlement. Admittedly, I do not fully understand his rights, either, which is why I am contacting you today.



I am not an attorney, but an intervening event informs me—as a concerned Flint Water Settlement Claimant—that you have a fiduciary duty to make sure that Mr. Jones does not "sleep his rights" or extinguish lawful rights that he possesses as a claimant simply because the City of Flint and the State of Michigan have intimidated him and treated him as stupid and ignorant because he is disabled and a vulnerable adult. Even if the City of Flint and the State of Michigan attorneys are okay with this treatment of him, I am not.



As such, with the viewpoint of you being an attorney and the Special Master reviewing all of this, do you feel confident with making sure both that the disabled adults (such as Mr. Jones) having not unduly been taken advantage of by the City of Flint and the State of Michigan's malfeasance and that the disabled adults are properly taken care of and compensated—even if they are ignorant of their rights as a claimant? Also, do you feel comfortable with this in light of Mr. Jones possibly contacting an out-of-state environmental attorney to review his rights in this case?

Mr. Jones recently received a check in the mail as settlement of a class action lawsuit regarding a previous menial-job employer that he had worked for many years ago in California (Note: Mr. Jones is happy to provide documentation as to this, if necessary). Although the payment was worth less than the cost of the stamp to mail the check, this intervening event begs the question of how the class action process

works as to the Flint Water settlement.

Please note that this was just the most recent class action settlement payment that Mr. Jones received in the mail, i.e., without even knowing about the settlement in the first place, without knowing his legal rights about the settlement, and with the Special Master sending a settlement payment without his knowledge. Notably, this settlement spanned an employee time frame of 20 years.

In addition, Mr. Jones received at least three others from menial employers in California, which ranged from approximately $100-$1,400; all of these menial-job employers are part of an industry that has a reputation for taking advantage of their employees.

The fact that Mr. Jones received a settlement payment, albeit a paltry one, speaks to the legalities as to when someone is close to the action giving rise to the class action—whether they want to be or not. That said, what is the class action process? Will you please explain how this process actuallys *works*, i.e., in relation to Mr. Jones? Even if Mr. Jones allows himself to be "screwed over", I do not think it is right if I allow it, without at least posing a few questions.

Meaning, as the Flint Water Settlement Special Master, what fiduciary responsibility do you have to Mr. Jones? Since Mr. Jones had to formally opt *in* to the settlement, how does he formally opt *out* of the settlement? Given that I am a Claimant and have suffered property damage (and I believe personal injury) by having lived in a lead-service line home (829 Campbell Street in Flint), then wouldn't Mr. Jones also have the same damage for also having lived in this same home?

In other words, wouldn't he just receive a Flint Water Settlement payment in the mail like he did for the aforementioned class action settlement related to a former employer?

Please respond to my questions as soon as possible.

Thank you,

Colleen Connors, Flint Water Settlement Claimant
CMColleen4@gmail.com
1935 Hosler Street
Flint, Michigan 48503

previous address:
829 Campbell Street
Flint, Michigan 48507