Case: 25-1158 Document: 00118264242 Page: 1 Date Filed: 03/26/2025 Entry ID: 6709252

 Gmail

**MEL JONES JR <jonesjrmel@gmail.com>**

## To: Flint Water Crisis Special Master - Deborah Greenspan.... YES - please RESEND whatever document that you assert that you sent in the first place to me... as I have NO recollection of receiving such an EMAIL from YOU... and I certainly would have discussed such with Colleen anyway !!!

1 message

**MEL JONES JR** <jonesjrmel@gmail.com>                                                      Wed, Mar 26, 2025 at 4:02 AM
To: Deborah Greenspan <deborah.greenspan@blankrome.com>, yuri.s.fuchs@usdoj.gov, SupremeCtBriefs@usdoj.gov,
derek.l.weiss@usdoj.gov, Zeldin.Lee@epa.gov, mobrien@irli.org, chajec@irli.org, gcanaan@irli.org, gwv@dcglaw.com,
tmccotter@boydengray.com, daniel.epstein@aflegal.org, "jon@publicrightsproject.org" <jon@publicrightsproject.org>,
serviceS3@michigan.gov, giovanatiN@michigan.gov, Stacey.Metro@ag.ny.gov, Annabelle.Wilmott@doj.ca.gov,
Lorraine.Lopez@doj.ca.gov, Delbert.Tran@doj.ca.gov, zoe.levine@ag.ny.gov, Irina.Trasovan@doj.ca.gov,
"denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>,
"robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>,
"brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, jgrayson@nmdoj.gov, molly.alarcon@sfcityatty.org,
"david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, shannon.stevenson@coag.gov, ksadeck@riag.ri.gov,
jared.b.cohen@mass.gov, john.keller@ag.state.mn.us, johnsonkarpg@doj.state.wi.us, julio.thompson@vermont.gov,
dmosteller@ncdoj.gov, "jeremy.feigenbaum@njoag.gov" <Jeremy.feigenbaum@njoag.gov>, shankar.duraiswamy@njoag.gov,
Viviana.hanley@njoag.gov, shefali.saxena@law.njoag.gov, Elizabeth.walsh@law.njoag.gov, HStern@ag.nv.gov,
akirschner@oag.state.md.us, Janelle.Medeiros@ct.gov, PolicyOffice@epa.gov, EIS-Filing@epa.gov, education@epa.gov,
NEPAssisthelp@epa.gov, NEPA@epa.gov, eric.wessan@ag.iowa.gov, matt.rice@ag.tn.gov, nlindzen@corpfraudlaw.com,
sara.eisenberg@sfcityatty.org
Cc: MEL JONES JR <jonesjrmel@gmail.com>, Colleen Connors <CMColleen4@gmail.com>, "Marissa.Malouff@doj.ca.gov"
<Marissa.Malouff@doj.ca.gov>, "vanessa.kassab@delaware.gov" <vanessa.kassab@delaware.gov>,
"kaliko.d.fernandes_hawaii_gov" <kaliko.d.fernandes@hawaii.gov>, "jeremy.feigenbaum@njoag.gov"
<jeremy.feigenbaum@njoag.gov>, "harrist19@michigan.gov" <harrist19@michigan.gov>, "eng.connie@epa.gov"
<eng.connie@epa.gov>, "egle-nondiscriminationCC@michigan.gov" <egle-nondiscriminationCC@michigan.gov>, "Cormack,
Hayley" <Cormack.Hayley@epa.gov>, "EGLE-Accessibility@michigan.gov" <EGLE-Accessibility@michigan.gov>, "Faltin,
Todd (he/they)" <Faltin.Todd@epa.gov>, "Oviedo, Luis" <oviedo.luis@epa.gov>, "MacMillan-Sanchez, Ariel (she/her/hers)"
<MacmillanSanchez.Ariel@epa.gov>, "Johnson, Johahna (she/her/hers)" <Johnson.Johahna@epa.gov>, "Mason, Trinita"
<Mason.Trinita@epa.gov>, "Moore, Tammy" <moore.tammy@epa.gov>, "Walts, Alan (he/him/his)" <walts.alan@epa.gov>,
Deborah Greenspan <deborah.greenspan@blankrome.com>, "Risley, David" <Risley.David@epa.gov>,
"tmlewis@cityofflint.com" <tmlewis@cityofflint.com>, "cmcgehee@pittlawpc.com" <cmcgehee@pittlawpc.com>,
"eric.a.rey@usdoj.gov" <eric.a.rey@usdoj.gov>, "Jason.T.Cohen@usdoj.gov" <Jason.T.Cohen@usdoj.gov>,
"OIG_Hotline@epa.gov" <OIG_Hotline@epa.gov>, Corey <cstern@levylaw.com>, Patrick Lanciotti
<PLanciotti@napolilaw.com>, "dpettway@cityofflint.com" <dpettway@cityofflint.com>, "saneeley@cityofflint.com"
<saneeley@cityofflint.com>, "mbard@cityofflint.com" <mbard@cityofflint.com>, "michelle.t.dominigue.II@usdoj.gov"
<michelle.t.dominigue.II@usdoj.gov>, "Kaplan, Robert (he/him/his)" <kaplan.robert@epa.gov>, Mel jones jr
<meljonesjr@gmail.com>, "marianne.f.kies@usdoj.gov" <marianne.f.kies@usdoj.gov>, "daniel.c.eagles@usdoj.gov"
<daniel.c.eagles@usdoj.gov>, "kuhlr@michigan.gov" <kuhlr@michigan.gov>, "gambilln@michigan.gov"
<gambilln@michigan.gov>, "MitosinkaA@michigan.gov" <MitosinkaA@michigan.gov>, "gaiello@mayerbrown.com"
<gaiello@mayerbrown.com>, "jkuptz@cityofflint.com" <jkuptz@cityofflint.com>, "dfaraci@campbell-trial-lawyers.com"
<dfaraci@campbell-trial-lawyers.com>, "alin@eisnerlaw.com" <alin@eisnerlaw.com>, "ccmushatt@cityofflint.com"
<ccmushatt@cityofflint.com>, "heidy.gonzalez@usdoj.gov" <heidy.gonzalez@usdoj.gov>, AG attorney as to MI COC civil
case #23-000115-MZ <bettenhausenm@michigan.gov>, robinsonr11 <robinsonr11@michigan.gov>, Justus Brown
<jubrown@cityofflint.com>, Kameshia Ar-Rahmaan <kar-rahmaan@cityofflint.com>, Davina Donahue
<ddonahue@cityofflint.com>, City of Flint Clerk's Office <cityclerk@cityofflint.com>, Davina Donahue
<CouncilPublicComment@cityofflint.com>, "trachelleyoung@gmail.com" <trachelleyoung@gmail.com>, Ladel Lewis
<llewis@cityofflint.com>, Judy Priestley <jpriestley@cityofflint.com>, Tonya Burns <tburns@cityofflint.com>, Mark Cuker
<mark@cukerlaw.com>, "michael.l.williams@usdoj.gov" <michael.l.williams@usdoj.gov>, "molsen@mayerbrown.com"
<molsen@mayerbrown.com>, "jcampbell@campbell-trial-lawyers.com" <jcampbell@campbell-trial-lawyers.com>, "mnguyen-
dang@mayerbrown.com" <mnguyen-dang@mayerbrown.com>, "pnapoli_napolilaw.com" <pnapoli@napolilaw.com>, Renee
Auten <rauten@thelandbank.org>, Jennifer Riggs <jriggs@thelandbank.org>, Jeremy Maltz <jeremy@lehotskykeller.com>,
"hammoudf1@michigan.gov" <HammoudF1@michigan.gov>, Michigan Attorney General <miag@michigan.gov>,

"dweyre@mcalpinepc.com" <dweyre@mcalpinepc.com>, "g@mayerbrown.com" <g@mayerbrown.com>,
"ljiang@susmangodfrey.com" <ljiang@susmangodfrey.com>, mpitt <mpitt@pittlawpc.com>, Hunter Shkolnik
<hunter@napolilaw.com>, "arosenman@mayerbrown.com" <arosenman@mayerbrown.com>, Theodore Leopold
<tleopold@cohenmilstein.com>, Emmy Levens <elevens@cohenmilstein.com>, Flint Mayor <mayor@cityofflint.com>,
"frank.bednarz@hlli.org" <frank.bednarz@hlli.org>, "ted.frank@hlli.org" <ted.frank@hlli.org>, Diane
<russell.diane@epa.gov>, Amanda Trujillo <atrujillo@cityofflint.com>, "King-Piepenbrok, Pier (AG)"
<KingP1@michigan.gov>, "jonhoma@sinasdramis.com" <jonhoma@sinasdramis.com>, "val@vlwlegal.com"
<val@vlwlegal.com>, "sdg@miller.law" <sdg@miller.law>, "sparadise@eisnerlaw.com" <sparadise@eisnerlaw.com>,
"echeverria.marietta@epa.gov" <echeverria.marietta@epa.gov>, "thompkins.anita@epa.gov" <thompkins.anita@epa.gov>,
"burneson.eric@epa.gov" <burneson.eric@epa.gov>, "travers.david@epa.gov" <travers.david@epa.gov>,
"waters.tom@epa.gov" <waters.tom@epa.gov>, "davis.angela@epa.gov" <davis.angela@epa.gov>,
"robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>,
"denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>,
"nicole.hill@dc.gov" <nicole.hill@dc.gov>, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>,
nlindzen@corpfraudlaw.com, franklmcnamara@gmail.com, mriordan@publicinterestlegal.org, eric.hamilton@usdoj.gov,
"ryan@mclanelaw.com" <ryan@mclanelaw.com>, Zeldin.Lee@epa.gov, zoe.levine@ag.ny.gov
Bcc: UrbanForestNewYork@gmail.com, Mel jones jr <meljonesjr@gmail.com>

*March 26th, 2025*

*TO: Flint Water Crisis Special Master - Deborah Greenspan*

*From: Melvin Jones Jr. - disabled Michigander {pro se appellant in and as to civil case #25-cv-10139 and appeal #25-1158}*

*RE: YES - please RESEND whatever document that you assert that you sent in the first place to me... as I have NO recollection of receiving such an EMAIL from YOU... and I certainly would have discussed such with Colleen anyway*

*Good morning Deborah Greenspan,*

Please see the attached email FROM Colleen Connors which you have responded to initially and Colleen then [of course] quickly sent to you a reply/ responsive email ....which REQUIRES YOUR QUICKLY and TIMELY/ EARNEST response to BOTH  Colleen [and] I.

And, in an earlier email sent to you by Colleen on my behalf {i.e. which I am fully aware of and 100% agree with}.... Colleen CORRECTLY mentions an INTERVENING EVENT... as to my NOW serious concern that I have BEEN horribly discriminated against [as a claimant] as to the Flint Water Crisis as a whole (e.g. as a disabled person in general); I give a brief explanation below:

In an earlier email Colleen mentioned to you... an INTERVENING EVENT as to [a] recent (e.g. one or two weeks ago now) Class Action Settlement pertaining to a previous employer for whom I worker for a short time ...when I lived/ resided in the State of California.   **Here... the employer as to such is KOHL'S department store[s].  And ...yes, in that instance, as in**

*a FEW instances when I resided in Northern California... there were/ are now approx. 5 employers who I had worked for that I have either settled employment claims with ...and ALL but two (2) ....I felt that I had been discriminated against on account of me being a disabled person --- but WAS NOT AWARE of the legal claims which I obviously had against said previous employers.  That is to say.... there are TWO (2) employers for whom I worked in Northern California [e.g. AMAZON (and) the other for now shall remain unnamed] whom/ that literally settled employment claims with [ME] directly.*

*Here, as to KOHLS.... there are [as best that I can understand such] ....four MAIN PLAINTIFFS who represent the class --- and they each will receive between $25,000.xx and $20,000.xx; and because the class action appears to cover an approx. 20 year period... of course ANY resulting payments received by folks such as myself [i.e. after deduction of attorney*

fees]... is VERY small {LESS THAN ONE DOLLAR}.... but you see Ms. Greenspan... for me... as a Christian believer --- GOD IS GOOD, AND HE IS GOOD ALL THE TIME.... which means.... it is enough for me to know that FINALLY Kohl's department stores was made to PAY for the many years of theft of money from its employees via {shaving off overtime hours, etc.}, and disability discrimination, and discrimination against Hispanics and Blacks, and Women for example - which by my direct observation included REFUSAL to accommodate my diagnosed severe-persistent asthma ...which I NOW BELIEVE was a form of CARDIAC ASTHMA {e.g. linked to my CHF disabling medical conidtion[s]}... and Kohl's managements' subjugation of younger women employees for SEX for promotions.   YES _ literally PART of my disability file with the Social Security Administration ...has documentation as to Kohl's.

*And... yes --- my Bankruptcy attorney by my direct observation ...is a DAMN GOOD attorney, DAMN GOOD.*

*Which is to say.... PLEASE do NOT take the recent emails which you have received from Colleen and I.... as typical Flint resident BULL SHIT.  Because, neither Colleen nor myself have the need or desire to BULL SHIT YOU.... simply put --- we are NOT from Flint, Michigan ...praise JESUS for that...  😀; so here.... in DIRECT EFFORT to keep your settlement administration duties ON TRACK..... please RE_SEND what you assert that YOU/ Deborah Greenspan sent to me... so that IF it is NOT in large print... and even IF IT IS.... so that Colleen can review such for me {e.g. YES - Colleen AIDED ME IN THE SAME MANNER throughout my BK-7 filing to the conclusion of such}....* **and then,  Colleen [on my behalf.... as a courtesy and ADA ACCOMMODATION FOR/ TO ME].... will let you know ...the next steps which [we] and/ or I intend to take.**

*Also... you know Ms. Greenspan... here --- it matters NOT what Judge LEVY, or the 6th Circuit Court of Appeals, nor the settling defendants... NOR the Plaintiffs' attorneys [e.g. SEE FOR EXAMPLE 6th CIRCUIT COURT OF APPEALS MANDAMUS #21-2655 (SEE ATTACHED)]... thinks of me; but ONLY that my substantial rights as to the discrimination and such put against me by the State of Michigan and City of Flint are NOT diminished by what your CLEAR duties are to me as a disabled person..... [e.g. as an intermediary and ombudsmen] to me in that I had NO DOUBT submitted nearly 2,000 documents/ pages of submissions into my Flint Water Crisis ARCHER CLAIMS file PRIOR to the year 2024 ....as I recall].*

**Please RESPOND to BOTH Colleen and [I] via email.**  please RESEND whatever document that you assert that you sent in the first place to me... as I have NO recollection of receiving such an EMAIL

Case: 25-1158    Document: 001-1826-4243    Page: 8    Date Filed: 03/26/2025    Entry ID: 6709253

*from YOU... and I certainly would have discussed such with Colleen anyway !!!*

*Thank you.*
*Have a BLESSED weekend.*
*Best,*
*/s/*
*/Melvin Jones Jr./*
*~Melvin Jones Jr. - disabled interested party/ appellant {proposed PLAINTIFF intervenor on appeal [and [proposed - respondent pro se to the defendants' Elon Musk President Donald Trump, et al. "application[s] for review by the US Supreme Court } in/ as to civil case #25-cv-10139 (and) appeal #25-1158 email:* jonesjrmel@gmail.com

---

**2 attachments**

**Gmail - Sending to the correct address to Melvin Jones Jr. - Fwd_ Urgent Attention Special Master Greenspan.pdf**
403K

**21-2655 Docket.pdf**
107K

3/25/25, 8:12 AM Gmail: Sending to the correct address to Melvin Jones Jr. - Fwd: Urgent Attention Special Master Greenspan

Case: 25-1158 Document: 00118264242 Page: 9 Date Filed: 03/26/2025 Entry ID: 6709252

 **Gmail**

MEL JONES JR <jonesjrmel@gmail.com>

## Sending to the correct address to Melvin Jones Jr. - Fwd: Urgent Attention Special Master Greenspan

1 message

**Colleen Connors** <cmcolleen4@gmail.com>                                                 Tue, Mar 25, 2025 at 3:16 PM
To: Deborah Greenspan <deborah.greenspan@blankrome.com>
Cc: yuri.s.fuchs@usdoj.gov, SupremeCtBriefs@usdoj.gov, derek.l.weiss@usdoj.gov, Zeldin.Lee@epa.gov, mobrien@irli.org, chajec@irli.org, gcanaan@irli.org, gwv@dcglaw.com, tmccotter@boydengray.com, daniel.epstein@aflegal.org, "jon@publicrightsproject.org" <jon@publicrightsproject.org>, serviceS3@michigan.gov, giovanatiN@michigan.gov, Stacey.Metro@ag.ny.gov, Annabelle.Wilmott@doj.ca.gov, Lorraine.Lopez@doj.ca.gov, Delbert.Tran@doj.ca.gov, zoe.levine@ag.ny.gov, Irina.Trasovan@doj.ca.gov, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, jgrayson@nmdoj.gov, molly.alarcon@sfcityatty.org, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, shannon.stevenson@coag.gov, ksadeck@riag.ri.gov, jared.b.cohen@mass.gov, john.keller@ag.state.mn.us, johnsonkarpg@doj.state.wi.us, julio.thompson@vermont.gov, dmosteller@ncdoj.gov, "jeremy.feigenbaum@njoag.gov" <Jeremy.feigenbaum@njoag.gov>, shankar.duraiswamy@njoag.gov, Viviana.hanley@njoag.gov, shefali.saxena@law.njoag.gov, Elizabeth.walsh@law.njoag.gov, HStern@ag.nv.gov, akirschner@oag.state.md.us, Janelle.Medeiros@ct.gov, PolicyOffice@epa.gov, EIS-Filing@epa.gov, education@epa.gov, NEPAssisthelp@epa.gov, NEPA@epa.gov, eric.wessan@ag.iowa.gov, matt.rice@ag.tn.gov, nlindzen@corpfraudlaw.com, sara.eisenberg@sfcityatty.org, Colleen Connors <CMColleen4@gmail.com>, "Marissa.Malouff@doj.ca.gov" <Marissa.Malouff@doj.ca.gov>, "vanessa.kassab@delaware.gov" <vanessa.kassab@delaware.gov>, "kaliko.d.fernandes_hawaii_gov" <kaliko.d.fernandes@hawaii.gov>, "harrist19@michigan.gov" <harrist19@michigan.gov>, "eng.connie@epa.gov" <eng.connie@epa.gov>, "egle-nondiscriminationCC@michigan.gov" <egle-nondiscriminationCC@michigan.gov>, "Cormack, Hayley" <Cormack.Hayley@epa.gov>, "EGLE-Accessibility@michigan.gov" <EGLE-Accessibility@michigan.gov>, "Faltin, Todd (he/they)" <Faltin.Todd@epa.gov>, "Oviedo, Luis" <oviedo.luis@epa.gov>, "MacMillan-Sanchez, Ariel (she/her/hers)" <MacmillanSanchez.Ariel@epa.gov>, "Johnson, Johahna (she/her/hers)" <Johnson.Johahna@epa.gov>, "Mason, Trinita" <Mason.Trinita@epa.gov>, "Moore, Tammy" <moore.tammy@epa.gov>, "Walts, Alan (he/him/his)" <walts.alan@epa.gov>, "Risley, David" <Risley.David@epa.gov>, "tmlewis@cityofflint.com" <tmlewis@cityofflint.com>, "cmcgehee@pittlawpc.com" <cmcgehee@pittlawpc.com>, "eric.a.rey@usdoj.gov" <eric.a.rey@usdoj.gov>, "Jason.T.Cohen@usdoj.gov" <Jason.T.Cohen@usdoj.gov>, "OIG_Hotline@epa.gov" <OIG_Hotline@epa.gov>, Corey <cstern@levylaw.com>, Patrick Lanciotti <PLanciotti@napolilaw.com>, "dpettway@cityofflint.com" <dpettway@cityofflint.com>, "saneeley@cityofflint.com" <saneeley@cityofflint.com>, "mbard@cityofflint.com" <mbard@cityofflint.com>, "michelle.t.domingue.II@usdoj.gov" <michelle.t.domingue.II@usdoj.gov>, "Kaplan, Robert (he/him/his)" <kaplan.robert@epa.gov>, Mel jones jr <meljonesjr@gmail.com>, "marianne.f.kies@usdoj.gov" <marianne.f.kies@usdoj.gov>, "daniel.c.eagles@usdoj.gov" <daniel.c.eagles@usdoj.gov>, "kuhlr@michigan.gov" <kuhlr@michigan.gov>, "gambilln@michigan.gov" <gambilln@michigan.gov>, "MitosinkaA@michigan.gov" <MitosinkaA@michigan.gov>, "gaiello@mayerbrown.com" <gaiello@mayerbrown.com>, "jkuptz@cityofflint.com" <jkuptz@cityofflint.com>, "dfaraci@campbell-trial-lawyers.com" <dfaraci@campbell-trial-lawyers.com>, "alin@eisnerlaw.com" <alin@eisnerlaw.com>, "ccmushatt@cityofflint.com" <ccmushatt@cityofflint.com>, "heidy.gonzalez@usdoj.gov" <heidy.gonzalez@usdoj.gov>, AG attorney as to MI COC civil case #23-000115-MZ <bettenhausenm@michigan.gov>, robinsonr11 <robinsonr11@michigan.gov>, Justus Brown <jubrown@cityofflint.com>, Kameshia Ar-Rahmaan <kar-rahmaan@cityofflint.com>, Davina Donahue <ddonahue@cityofflint.com>, City of Flint Clerk's Office <cityclerk@cityofflint.com>, Davina Donahue <CouncilPublicComment@cityofflint.com>, "trachelleyoung@gmail.com" <trachelleyoung@gmail.com>, Ladel Lewis <llewis@cityofflint.com>, Judy Priestley <jpriestley@cityofflint.com>, Tonya Burns <tburns@cityofflint.com>, Mark Cuker <mark@cukerlaw.com>, "michael.l.williams@usdoj.gov" <michael.l.williams@usdoj.gov>, "molsen@mayerbrown.com" <molsen@mayerbrown.com>, "jcampbell@campbell-trial-lawyers.com" <jcampbell@campbell-trial-lawyers.com>, "mnguyen-dang@mayerbrown.com" <mnguyen-dang@mayerbrown.com>, "pnapoli_napolilaw.com" <pnapoli@napolilaw.com>, Renee Auten <rauten@thelandbank.org>, Jennifer Riggs <jriggs@thelandbank.org>, Jeremy Maltz <jeremy@lehotskykeller.com>, "hammoudf1@michigan.gov" <HammoudF1@michigan.gov>, Michigan Attorney General <miag@michigan.gov>, "dweyre@mcalpinepc.com" <dweyre@mcalpinepc.com>, "g@mayerbrown.com" <g@mayerbrown.com>, "ljiang@susmangodfrey.com" <ljiang@susmangodfrey.com>, mpitt <mpitt@pittlawpc.com>, Hunter Shkolnik <hunter@napolilaw.com>, "arosenman@mayerbrown.com" <arosenman@mayerbrown.com>, Theodore Leopold <tleopold@cohenmilstein.com>, Emmy Levens <elevens@cohenmilstein.com>, Flint Mayor <mayor@cityofflint.com>,

"frank.bednarz@hlli.org" <frank.bednarz@hlli.org>, "ted.frank@hlli.org" <ted.frank@hlli.org>, Diane
<russell.diane@epa.gov>, Amanda Trujillo <atrujillo@cityofflint.com>, "King-Piepenbrok, Pier (AG)"
<KingP1@michigan.gov>, "jonhoma@sinasdramis.com" <jonhoma@sinasdramis.com>, "val@vlwlegal.com"
<val@vlwlegal.com>, "sdg@miller.law" <sdg@miller.law>, "sparadise@eisnerlaw.com" <sparadise@eisnerlaw.com>,
"echeverria.marietta@epa.gov" <echeverria.marietta@epa.gov>, "thompkins.anita@epa.gov" <thompkins.anita@epa.gov>,
"burneson.eric@epa.gov" <burneson.eric@epa.gov>, "travers.david@epa.gov" <travers.david@epa.gov>,
"waters.tom@epa.gov" <waters.tom@epa.gov>, "davis.angela@epa.gov" <davis.angela@epa.gov>,
franklmcnamara@gmail.com, mriordan@publicinterestlegal.org, eric.hamilton@usdoj.gov, "ryan@mclanelaw.com"
<ryan@mclanelaw.com>, MEL JONES JR <jonesjrmel@gmail.com>

Sending to the correct address to Melvin Jones Jr.

---------- Forwarded message ---------
From: **Colleen Connors** <cmcolleen4@gmail.com>
Date: Tue, Mar 25, 2025 at 3:05 PM
Subject: Urgent Attention Special Master Greenspan
To: Greenspan, Deborah <deborah.greenspan@blankrome.com>
Cc: <yuri.s.fuchs@usdoj.gov>, <SupremeCtBriefs@usdoj.gov>, Deborah Greenspan <deborah.greenspan@blankrome.
com>, <derek.l.weiss@usdoj.gov>, <Zeldin.Lee@epa.gov>, <mobrien@irli.org>, <chajec@irli.org>, <gcanaan@irli.org>,
<gww@dcglaw.com>, <tmccotter@boydengray.com>, <daniel.epstein@aflegal.org>, jon@publicrightsproject.org
<jon@publicrightsproject.org>, <serviceS3@michigan.gov>, <giovanatiN@michigan.gov>, <Stacey.Metro@ag.ny.gov>,
<Annabelle.Wilmott@doj.ca.gov>, <Lorraine.Lopez@doj.ca.gov>, <Delbert.Tran@doj.ca.gov>, <zoe.levine@ag.ny.gov>,
<Irina.Trasovan@doj.ca.gov>, denise.levey@doj.ca.gov <denise.levey@doj.ca.gov>, nicole.hill@dc.gov
<nicole.hill@dc.gov>, robert.c.merritt@usdoj.gov <robert.c.merritt@usdoj.gov>, gerard.cedrone@mass.gov
<gerard.cedrone@mass.gov>, brad.rosenberg@usdoj.gov <brad.rosenberg@usdoj.gov>, <jgrayson@nmdoj.gov>,
<molly.alarcon@sfcityatty.org>, david.louk@sfcityatty.org <david.louk@sfcityatty.org>,
<shannon.stevenson@coag.gov>, <ksadeck@riag.ri.gov>, <jared.b.cohen@mass.gov>, <john.keller@ag.state.mn.us>,
<johnsonkarpg@doj.state.wi.us>, <julio.thompson@vermont.gov>, <dmosteller@ncdoj.gov>,
jeremy.feigenbaum@njoag.gov <Jeremy.feigenbaum@njoag.gov>, <shankar.duraiswamy@njoag.gov>,
<Viviana.hanley@njoag.gov>, <shefali.saxena@law.njoag.gov>, <Elizabeth.walsh@law.njoag.gov>,
<HStern@ag.nv.gov>, <akirschner@oag.state.md.us>, <Janelle.Medeiros@ct.gov>, <PolicyOffice@epa.gov>, <EIS-
Filing@epa.gov>, <education@epa.gov>, <NEPAssisthelp@epa.gov>, <NEPA@epa.gov>,
<eric.wessan@ag.iowa.gov>, <matt.rice@ag.tn.gov>, <nlindzen@corpfraudlaw.com>, <sara.eisenberg@sfcityatty.org>,
Colleen Connors <CMColleen4@gmail.com>, Marissa.Malouff@doj.ca.gov <Marissa.Malouff@doj.ca.gov>,
vanessa.kassab@delaware.gov <vanessa.kassab@delaware.gov>, kaliko.d.fernandes_hawaii_gov
<kaliko.d.fernandes@hawaii.gov>, harrist19@michigan.gov <harrist19@michigan.gov>, eng.connie@epa.gov
<eng.connie@epa.gov>, egle-nondiscriminationCC@michigan.gov <egle-nondiscriminationCC@michigan.gov>,
Cormack, Hayley <Cormack.Hayley@epa.gov>, EGLE-Accessibility@michigan.gov <EGLE-Accessibility@michigan.
gov>, Faltin, Todd (he/they) <Faltin.Todd@epa.gov>, Oviedo, Luis <oviedo.luis@epa.gov>, MacMillan-Sanchez, Ariel
(she/her/hers) <MacmillanSanchez.Ariel@epa.gov>, Johnson, Johahna (she/her/hers) <Johnson.Johahna@epa.gov>,
Mason, Trinita <Mason.Trinita@epa.gov>, Moore, Tammy <moore.tammy@epa.gov>, Walts, Alan (he/him/his)
<walts.alan@epa.gov>, Risley, David <Risley.David@epa.gov>, tmlewis@cityofflint.com <tmlewis@cityofflint.com>,
cmcgehee@pittlawpc.com <cmcgehee@pittlawpc.com>, erica.rey@usdoj.gov <eric.a.rey@usdoj.gov>,
Jason.T.Cohen@usdoj.gov <Jason.T.Cohen@usdoj.gov>, OIG_Hotline@epa.gov <OIG_Hotline@epa.gov>, Corey
<cstern@levylaw.com>, Patrick Lanciotti <PLanciotti@napolilaw.com>, dpettway@cityofflint.com
<dpettway@cityofflint.com>, saneeley@cityofflint.com <saneeley@cityofflint.com>, mbard@cityofflint.com
<mbard@cityofflint.com>, michelle.t.domingue.II@usdoj.gov <michelle.t.domingue.II@usdoj.gov>, Kaplan, Robert
(he/him/his) <kaplan.robert@epa.gov>, Mel jones jr <meljonesjr@gmail.com>, marianne.f.kies@usdoj.gov
<marianne.f.kies@usdoj.gov>, daniel.c.eagles@usdoj.gov <daniel.c.eagles@usdoj.gov>, kuhlr@michigan.gov
<kuhlr@michigan.gov>, gambilln@michigan.gov <gambilln@michigan.gov>, MitosinkaA@michigan.gov
<MitosinkaA@michigan.gov>, gaiello@mayerbrown.com <gaiello@mayerbrown.com>, jkuptz@cityofflint.com
<jkuptz@cityofflint.com>, dfaraci@campbell-trial-lawyers.com <dfaraci@campbell-trial-lawyers.com>,
alin@eisnerlaw.com <alin@eisnerlaw.com>, ccmushatt@cityofflint.com <ccmushatt@cityofflint.com>,
heidy.gonzalez@usdoj.gov <heidy.gonzalez@usdoj.gov>, AG attorney as to MI COC civil case #23-000115-MZ
<bettenhausenm@michigan.gov>, robinsonr11 <robinsonr11@michigan.gov>, Justus Brown <jubrown@cityofflint.com>,
Kameshia Ar-Rahmaan <kar-rahmaan@cityofflint.com>, Davina Donahue <ddonahue@cityofflint.com>, City of Flint
Clerk's Office <cityclerk@cityofflint.com>, Davina Donahue <CouncilPublicComment@cityofflint.com>,
trachelleyoung@gmail.com <trachelleyoung@gmail.com>, Ladel Lewis <llewis@cityofflint.com>, Judy Priestley
<jpriestley@cityofflint.com>, Tonya Burns <tburns@cityofflint.com>, Mark Cuker <mark@cukerlaw.com>,
michael.l.williams@usdoj.gov <michael.l.williams@usdoj.gov>, molsen@mayerbrown.com
<molsen@mayerbrown.com>, jcampbell@campbell-trial-lawyers.com <jcampbell@campbell-trial-lawyers.com>,

mnguyen-dang@mayerbrown.com <mnguyen-dang@mayerbrown.com>, pnapoli_napolilaw.com
<pnapoli@napolilaw.com>, Renee Auten <rauten@thelandbank.org>, Jennifer Riggs <jriggs@thelandbank.org>, Jeremy
Maltz <jeremy@lehotskykeller.com>, hammoudf1@michigan.gov <HammoudF1@michigan.gov>, Michigan Attorney
General <miag@michigan.gov>, dweyre@mcalpinepc.com <dweyre@mcalpinepc.com>, g@mayerbrown.com
<g@mayerbrown.com>, ljiang@susmangodfrey.com <ljiang@susmangodfrey.com>, mpitt <mpitt@pittlawpc.com>,
Hunter Shkolnik <hunter@napolilaw.com>, arosenman@mayerbrown.com <arosenman@mayerbrown.com>, Theodore
Leopold <tleopold@cohenmilstein.com>, Emmy Levens <elevens@cohenmilstein.com>, Flint Mayor
<mayor@cityofflint.com>, frank.bednarz@hlli.org <frank.bednarz@hlli.org>, ted.frank@hlli.org <ted.frank@hlli.org>,
Diane <russell.diane@epa.gov>, Amanda Trujillo <atrujillo@cityofflint.com>, King-Piepenbrok, Pier (AG)
<KingP1@michigan.gov>, jonhoma@sinasdramis.com <jonhoma@sinasdramis.com>, val@vlwlegal.com
<val@vlwlegal.com>, sdg@miller.law <sdg@miller.law>, sparadise@eisnerlaw.com <sparadise@eisnerlaw.com>,
echeverria.marietta@epa.gov <echeverria.marietta@epa.gov>, thompkins.anita@epa.gov <thompkins.anita@epa.gov>,
burneson.eric@epa.gov <burneson.eric@epa.gov>, travers.david@epa.gov <travers.david@epa.gov>,
waters.tom@epa.gov <waters.tom@epa.gov>, davis.angela@epa.gov <davis.angela@epa.gov>,
<franklmcnamara@gmail.com>, <mriordan@publicinterestlegal.org>, <eric.hamilton@usdoj.gov>, ryan@mclanelaw.com
<ryan@mclanelaw.com>

DATE: March 25, 2025

RE: Urgent Attention Special Master Greenspan

Good afternoon Special Master Greenspan,

It's actually interesting that you mention claimants who are eligible for compensation but
are disabled (as defined by the Social Security Administration) will have the ability to put
the settlement proceeds into a special needs trust, as this speaks volumes regarding
Mr. Jones' situation. Mr. Jones is on SSA welfare disability; in fact, he is so disabled that
this morning he had to wash some of his clothing because sometime between last night
and this morning, he discovered that there was urine on his clothes. He also recently
woke up from an hour nap and will most likely take another before 5:00 pm. As a
disabled (and vulnerable) adult, Mr. Jones simply does not have the ability to navigate
his rights in the Flint Water Settlement.

Mr. Jones recently successfully completed a Chapter 7 Bankruptcy only because the
attorney who handled Mr. Jones' case exclusively practices Chapter 7 Bankruptcy law.
This is to say that Mr. Jones, as a disabled and vulnerable adult, does not have the
legal competency to do this. Additionally, as Mr. Jones' informal caregiver, there are
many things that I do that help hide just how disabled he really is. For example, I daily
set out bottles of (purified drinking) water for Mr. Jones so that he does not become
dehydrated and I remind him three times a day to take his medications.

I have spoken to Mr. Jones and he cannot locate the confirmation of his withdrawal from
the Flint Water settlement that you previously provided to him via email. Mr. Jones'
email account (and bank account) have been hacked and he believes that these hacks
are directly linked to the City of Flint's (alleged) cyber hacks, in around August
2024, related to the City of Flint's water bill payment system. Mr. Jones believes that
these (alleged) cyberattacks are the culmination of the City of Flint's and State of

Michigan's failures as to the Flint Water Crisis that other claimants may not be aware of.

Will you please again email Mr. Jones the confirmation of his withdrawal from the Flint Water Settlement? Mr. Jones requests that you please email this withdrawal in large print and with me carbon copied so that I can review it. Please be sure to use Mr. Jones' current email address: jonesjrmel@gmail.com.

Mr. Jones and I have both held City of Flint water accounts; meaning that we have both paid for the City of Flint water. In addition, Mr. Jones and I each paid for the City of Flint water going back to the original time period of the Flint Water Crisis (i.e., the water bill at 829 Campbell Street in Flint was first in his name and later in my name). I believe that there should be some sort of compensation for both Mr. Jones and me since the City of Flint/State of Michigan purposely misused EPA funds that were set aside for cyber security but ignored by **the City of Flint/State of Michigan who deliberately disregarded EPA protocol set forth by the EPA OIG.**

Thank you,

Colleen Connors, Flint Water Settlement Claimant
CMColleen4@gmail.com
1935 Hosler Street
Flint, Michigan 48503

previous address:
829 Campbell Street
Flint, Michigan 48507
_____

On Tue, Mar 25, 2025 at 1:03 PM Greenspan, Deborah <deborah.greenspan@blankrome.com> wrote:

> Good afternoon – thank you for your email and my apologies for the delayed response.  As you may recall, Mr. Jones requested that his claim in the Flint Water settlement be withdrawn – which means he will not receive any payment.  I provided confirmation of the withdrawal to Mr. Jones via email.  Since you are asking questions about how class actions work and the rights of class members, I have asked class counsel to provide a response since they represent the interests of class members.  Also please note that claimants who are eligible for compensation but are disabled (as defined by the social security administration) will have the ability to put the settlement proceeds into a special needs trust that has been established specifically for this settlement.
>
>
> **Deborah Greenspan** | BLANKROME
> 1825 Eye Street NW | Washington, D.C. 20006
> O: 202.420.3100 | F: 202.379.9300 | deborah.greenspan@blankrome.com

**From:** Colleen Connors <cmcolleen4@gmail.com>
**Sent:** Monday, March 24, 2025 8:38 AM
**To:** Greenspan, Deborah <deborah.greenspan@blankrome.com>
**Cc:** Cormack, Hayley <Cormack.Hayley@epa.gov>; derek.l.weiss@usdoj.gov; Zeldin.Lee@epa.gov; mobrien@irli.org; chajec@irli.org; gcanaan@irli.org; gwv@dcglaw.com; tmccotter@boydengray.com; daniel.epstein@aflegal.org; jon@publicrightsproject.org; serviceS3@michigan.gov; giovanatiN@michigan.gov; Stacey.Metro@ag.ny.gov; Annabelle.Wilmott@doj.ca.gov; Lorraine.Lopez@doj.ca.gov; Delbert.Tran@doj.ca.gov; zoe.levine@ag.ny.gov; Irina.Trasovan@doj.ca.gov; denise.levey@doj.ca.gov; nicole.hill@dc.gov; robert.c.merritt@usdoj.gov; gerard.cedrone@mass.gov; brad.rosenberg@usdoj.gov; jgrayson@nmdoj.gov; molly.alarcon@sfcityatty.org; david.louk@sfcityatty.org; shannon.stevenson@coag.gov; ksadeck@riag.ri.gov; jared.b.cohen@mass.gov; john.keller@ag.state.mn.us; johnsonkarpg@doj.state.wi.us; julio.thompson@vermont.gov; dmosteller@ncdoj.gov; jeremy.feigenbaum@njoag.gov; shankar.duraiswamy@njoag.gov; Viviana.hanley@njoag.gov; shefali.saxena@law.njoag.gov; Elizabeth.walsh@law.njoag.gov; HStern@ag.nv.gov; akirschner@oag.state.md.us; Janelle.Medeiros@ct.gov; PolicyOffice@epa.gov; EIS-Filing@epa.gov; education@epa.gov; NEPAssisthelp@epa.gov; NEPA@epa.gov; eric.wessan@ag.iowa.gov; matt.rice@ag.tn.gov; nlindzen@corpfraudlaw.com; yuri.s.fuchs@usdoj.gov; sara.eisenberg@sfcityatty.org; SupremeCtBriefs@usdoj.gov; Colleen Connors <CMColleen4@gmail.com>; MEL JONES JR <jonesjrmel@gmail.com>; Marissa.Malouff@doj.ca.gov; vanessa.kassab@delaware.gov; kaliko.d.fernandes_hawaii_gov <kaliko.d.fernandes@hawaii.gov>; harrist19@michigan.gov; eng.connie@epa.gov; egle-nondiscriminationCC@michigan.gov; EGLE-Accessibility@michigan.gov; Faltin, Todd (he/they) <Faltin.Todd@epa.gov>; Oviedo, Luis <oviedo.luis@epa.gov>; MacMillan-Sanchez, Ariel (she/her/hers) <MacmillanSanchez.Ariel@epa.gov>; Johnson, Johanna (she/her/hers) <Johnson.Johanna@epa.gov>; Mason, Trinita <Mason.Trinita@epa.gov>; Moore, Tammy <moore.tammy@epa.gov>; Walts, Alan (he/him/his) <walts.alan@epa.gov>; Risley, David <Risley.David@epa.gov>; tmlewis@cityofflint.com; cmcgehee@pittlawpc.com; eric.a.rey@usdoj.gov; Jason.T.Cohen@usdoj.gov; OIG_Hotline@epa.gov; Corey <cstern@levylaw.com>; Patrick Lanciotti <PLanciotti@napolilaw.com>; dpettway@cityofflint.com; saneeley@cityofflint.com; mbard@cityofflint.com; michelle.t.domingue.II@usdoj.gov; Kaplan, Robert (he/him/his) <kaplan.robert@epa.gov>; Mel jones jr <meljonesjr@gmail.com>; marianne.f.kies@usdoj.gov; daniel.c.eagles@usdoj.gov; kuhlr@michigan.gov; gambilln@michigan.gov; MitosinkaA@michigan.gov; gaiello@mayerbrown.com; jkuptz@cityofflint.com; dfaraci@campbell-trial-lawyers.com; alin@eisnerlaw.com; ccmushatt@cityofflint.com; heidy.gonzalez@epa.gov; AG attorney as to MI COC civil case #23-000115-MZ <bettenhausenm@michigan.gov>; robinsonr11 <robinsonr11@michigan.gov>; Justus Brown <jubrown@cityofflint.com>; Kameshia Ar-Rahmaan <kar-rahmaan@cityofflint.com>; Davina Donahue <ddonahue@cityofflint.com>; City of Flint Clerk's Office <cityclerk@cityofflint.com>; Davina Donahue <CouncilPublicComment@cityofflint.com>; trachelleyoung@gmail.com; Ladel Lewis <llewis@cityofflint.com>; Judy Priestley <jpriestley@cityofflint.com>; Tonya Burns <tburns@cityofflint.com>; Mark Cuker <mark@cukerlaw.com>; michael.l.williams@usdoj.gov; molsen@mayerbrown.com; jcampbell@campbell-trial-lawyers.com; mnguyen-dang@mayerbrown.com; pnapoli_napolilaw.com <pnapoli@napolilaw.com>; Renee Auten <rauten@thelandbank.org>; Jennifer Riggs <jriggs@thelandbank.org>; Jeremy Maltz <jeremy@lehotskykeller.com>; hammoudf1@michigan.gov; Michigan Attorney General <miag@michigan.gov>; dweyre@mcalpinepc.com; g@mayerbrown.com; ljiang@susmangodfrey.com; mpitt <mpitt@pittlawpc.com>; Hunter Shkolnik <hunter@napolilaw.com>; arosenman@mayerbrown.com; Theodore Leopold <tleopold@cohenmilstein.com>; Emmy Levens <elevens@cohenmilstein.com>; Flint Mayor <mayor@cityofflint.com>; frank.bednarz@hlli.org; ted.frank@hlli.org; Diane <russell.diane@epa.gov>; Amanda Trujillo <atrujillo@cityofflint.com>; King-

Piepenbrok, Pier (AG) <KingP1@michigan.gov>; jonhoma@sinasdramis.com; val@vlwlegal.com; sdg@miller.law; sparadise@eisnerlaw.com; echeverria.marietta@epa.gov; thompkins.anita@epa.gov; burneson.eric@epa.gov; travers.david@epa.gov; waters.tom@epa.gov; davis.angela@epa.gov; franklmcnamara@gmail.com; mriordan@publicinterestlegal.org; eric.hamilton@usdoj.gov; ryan@mclanelaw.com

**Subject:** Attention Special Master Greenspan

DATE: March 24, 2025

RE: Attention Special Master Greenspan

Good morning Deborah Greenspan,

The purpose of this email is to address some issues on behalf of Melvin Jones Jr. because he is disabled and a vulnerable adult (and not an attorney) who does not fully understand his rights as to the Flint Water Settlement. Admittedly, I do not fully understand his rights, either, which is why I am contacting you today.

I am not an attorney, but an intervening event informs me—as a concerned Flint Water Settlement Claimant—that you have a fiduciary duty to make sure that Mr. Jones does not "sleep his rights" or extinguish lawful rights that he possesses as a claimant simply because the City of Flint and the State of Michigan have intimidated him and treated him as stupid and ignorant because he is disabled and a vulnerable adult. Even if the City of Flint and the State of Michigan attorneys are okay with this treatment of him, I am not.

As such, with the viewpoint of you being an attorney and the Special Master reviewing all of this, do you feel confident with making sure both that the disabled adults (such as Mr. Jones) having not unduly been taken advantage of by the City of Flint and the State of Michigan's malfeasance and that the disabled adults are properly taken care of and compensated—even if they are ignorant of their rights as a claimant? Also, do you feel comfortable with this in light of Mr. Jones possibly contacting an out-of-state environmental attorney to review his rights in this case?

Mr. Jones recently received a check in the mail as settlement of a class action lawsuit regarding a previous menial-job employer that he had worked for many years ago in California (Note: Mr. Jones is happy to provide documentation as to this, if necessary). Although the payment was worth less than the cost of the stamp to mail the check,

this intervening event begs the question of how the class action process works as to the Flint Water settlement.

Please note that this was just the most recent class action settlement payment that Mr. Jones received in the mail, i.e., without even knowing about the settlement in the first place, without knowing his legal rights about the settlement, and with the Special Master sending a settlement payment without his knowledge. Notably, this settlement spanned an employee time frame of 20 years.

In addition, Mr. Jones received at least three others from menial employers in California, which ranged from approximately $100-$1,400; all of these menial-job employers are part of an industry that has a reputation for taking advantage of their employees.

The fact that Mr. Jones received a settlement payment, albeit a paltry one, speaks to the legalities as to when someone is close to the action giving rise to the class action —whether they want to be or not. That said, what is the class action process? Will you please explain how this process actuallys *works*, i.e., in relation to Mr. Jones? Even if Mr. Jones  allows himself to be "screwed over", I do not think it is right if I allow it, without at least posing a few questions.

Meaning, as the Flint Water Settlement Special Master, what fiduciary responsibility do you have to Mr. Jones? Since Mr. Jones had to formally opt *in* to the settlement, how does he formally opt *out* of the settlement? Given that I am a Claimant and have suffered property damage (and I believe personal injury) by having lived in a lead-service line home (829 Campbell Street in Flint), then wouldn't Mr. Jones also have the same damage for also having lived in this same home?

In other words, wouldn't he just receive a Flint Water Settlement payment in the mail like he did for the aforementioned class action settlement related to a former employer?

Please respond to my questions as soon as possible.

Thank you,

Colleen Connors, Flint Water Settlement Claimant

3/25/25, 3:12 PM Gmail - Sending to the correct address to Melvin Jones Re Fwd: Urgent Attention Special Master Greenspan

Case: 25-1158 Document: 00118264242 Page: 16 Date Filed: 03/26/2025 Entry ID: 6709252

CMColleen4@gmail.com

1935 Hosler Street

Flint, Michigan 48503

previous address:

829 Campbell Street

Flint, Michigan 48507

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**General Docket**
**United States Court of Appeals for the Sixth Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 21-2655 | **Docketed:** 06/25/2021 |
| In re: Raymond Hall, et al | |
| **Appeal From:** Eastern District of Michigan at Ann Arbor | |
| **Fee Status:** fee paid | |

**Case Type Information:**
   **1)** Original Proceeding
   **2)** Mandamus
   **3)** null

**Originating Court Information:**
   **District:** 0645-5 : 5:16-cv-10444
   **Trial Judge:** Judith E. Levy, U.S. District Judge

**Prior Cases:**
   20-1352    **Date Filed:** 04/27/2020    **Date Disposed:** 06/02/2020    **Disposition:** Motions Panel, Other

**Current Cases:**
   None

---

| | |
|---|---|
| In re: RAYMOND HALL<br>          Petitioner | Adam Ezra Schulman<br>Direct: 610-457-0856<br>[COR LD NTC Retained]<br>Hamilton Lincoln Law Institute<br>Firm: 202-508-3699<br>1629 K Street, N.W.<br>Suite 300<br>Washington, DC 20006 |
| ROBERT HEMPEL<br>          Petitioner | Adam Ezra Schulman<br>Direct: 610-457-0856<br>[COR LD NTC Retained]<br>(see above) |
| ASHLEY JANKOWIAK<br>          Petitioner | Adam Ezra Schulman<br>Direct: 610-457-0856<br>[COR LD NTC Retained]<br>(see above) |
| LAWRENCE A. REYNOLDS<br>          Petitioner | Valdemar L. Washington<br>Direct: 810-407-6868<br>[NTC Retained]<br>Law Office<br>P.O. Box 187<br>Flint, MI 48501-0187 |
| SHAMIYA CHAPMAN<br>          Petitioner | Mark Cuker<br>Direct: 215-531-8522<br>[COR NTC Retained]<br>Cuker Law Firm<br>One Logan Square<br>Suite 1200<br>Philadelphia, PA 19103 |
| DOROTHY CHAPMAN<br>          Petitioner | Mark Cuker<br>Direct: 215-531-8522<br>[COR NTC Retained]<br>(see above) |

HELEN CHAPMAN
      Petitioner

Mark Cuker
Direct: 215-531-8522
[COR NTC Retained]
(see above)

ELIZABETH FRANKLIN
      Petitioner

Mark Cuker
Direct: 215-531-8522
[COR NTC Retained]
(see above)

LASHONDA JONES
      Petitioner

Mark Cuker
Direct: 215-531-8522
[COR NTC Retained]
(see above)

------------------------------

MELVIN JONES, JR.
      Proposed Intervenor

Melvin Jones, Jr.
Direct: 415-562-5074
[NTC Pro Se]
1935 Hosler Street
Flint, MI 48503

LUKE WAID, Class Action Plaintiffs, et al.
      Respondent

Theodore J. Leopold
Direct: 561-515-1400
[NTC Retained]
Cohen, Milstein, Sellers & Toll
2925 PGA Boulevard
Suite 200
Palm Beach Gardens, FL 33410

Emmy L. Levens
Direct: 202-408-4600
[COR NTC Retained]
Cohen, Milstein, Sellers & Toll
1100 New York Avenue, N.W.
Suite 500-W
Washington, DC 20005

Michael L. Pitt
Direct: 248-398-9800
[COR NTC Retained]
Pitt, McGehee, Palmer & Rivers
Firm: 248-398-9800
117 W. Fourth Street
Suite 200
Royal Oak, MI 48067

Hunter J. Shkolnik, Attorney
Direct: 833-271-4502
[COR NTC Retained]
NSPR Law Services
270 Munoz Rivera Avenue
Suite 201
Hato Rey, PR 00918

Jessica B. Weiner
Direct: 202-408-4600
[COR NTC Retained]
Cohen, Milstein, Sellers & Toll
1100 New York Avenue, N.W.
Suite 500-W

|                                                          | Washington, DC 20005                                                                                                              |
|----------------------------------------------------------|-----------------------------------------------------------------------------------------------------------------------------------|
| STATE OF MICHIGAN, State Defendants, et al. <br> Respondent | Margaret Bettenhausen <br> [COR NTC Retained] <br> Office of the Attorney General <br> of Michigan <br> P.O. Box 30755 <br> Lansing, MI 48909 <br><br> Nathan A. Gambill <br> Direct: 517-335-7664 <br> [NTC Retained] <br> Office of the Attorney General <br> of Michigan <br> P.O. Box 30755 <br> Lansing, MI 48909 |
| CO-LIAISON COUNSEL FOR THE INDIVIDUAL PLAINTIFFS <br> Respondent | Corey M. Stern <br> [COR NTC Retained] <br> Levy Konigsberg <br> 605 Third Avenue <br> 33rd Floor <br> New York, NY 10158 |

In re:  RAYMOND HALL; ROBERT HEMPEL; ASHLEY JANKOWIAK; LAWRENCE A. REYNOLDS; SHAMIYA CHAPMAN; DOROTHY CHAPMAN; HELEN CHAPMAN; ELIZABETH FRANKLIN; LASHONDA JONES

       Petitioners

| | | |
|---|---|---|
| 06/25/2021 | ☐ 1<br>111 pg, 2.49 MB | Writ of Mandamus filed. Notice filed by Petitioners Dorothy Chapman, Helen Chapman, Shamiya Chapman, Elizabeth Franklin, Raymond Hall, Robert Hempel, Ashley Jankowiak, Lashonda Jones and Lawrence A. Reynolds. Petition Received in 6CA: 06/25/2021. (REO) [Entered: 06/25/2021 03:21 PM] |
| 06/25/2021 | ☐ 2 | The case manager for this case is: Ryan Orme (REO) [Entered: 06/25/2021 03:24 PM] |
| 06/26/2021 | ☐ 3<br>1 pg, 327.04 KB | APPEARANCE filed for Petitioners Raymond Hall, Robert Hempel and Ashley Jankowiak by Adam E. Schulman. Certificate of Service: 06/26/2021. [21-2655] (AES) [Entered: 06/26/2021 05:29 PM] |
| 06/28/2021 | ☐ 4<br>1 pg, 448.24 KB | APPEARANCE filed for Petitioner Lawrence A. Reynolds by Valdemar L. Washington. Certificate of Service: 06/28/2021. [21-2655] (VLW) [Entered: 06/28/2021 04:34 PM] |
| 06/28/2021 | ☐ 5<br>3 pg, 207.15 KB | ORDER filed that the district court judge is INVITED to respond to the petition on or before the close of business on Thursday, July 1, 2021. The Class Plaintiffs, State Defendants, Liaison Counsel, and Attorney and Co-Lead Class Counsel Michael Pitt are ORDERED to respond to the petition on or before the close of business on Thursday, July 1, 2021. Richard Allen Griffin, Circuit Judge; Raymond M. Kethledge, Circuit Judge and Eric E. Murphy, Circuit Judge. (JEC) [Entered: 06/28/2021 05:19 PM] |
| 06/29/2021 | ☐ 6<br>1 pg, 74.53 KB | APPEARANCE filed for Respondent MI by Michael L. Pitt. Certificate of Service: 06/29/2021. (MLP) [Entered: 06/29/2021 10:52 AM] |
| 06/29/2021 | ☐ 7<br>1 pg, 115.8 KB | APPEARANCE filed for Petitioners Dorothy Chapman, Helen Chapman, Shamiya Chapman, Elizabeth Franklin and Lashonda Jones by Mark R. Cuker. Certificate of Service: 06/29/2021. [21-2655] (MC) [Entered: 06/29/2021 02:43 PM] |
| 06/29/2021 | ☐ 8 🔒<br>0 pg, 0 KB | ***LOCKED - REFILED @ RE#10*** APPEARANCE filed for Respondent Luke Waid by Corey M. Stern. Certificate of Service: 06/29/2021. [21-2655]--[Edited 06/29/2021 by ACB] (CMS) [Entered: 06/29/2021 04:14 PM] |
| 06/29/2021 | ☐ 9<br>1 pg, 80.08 KB | APPEARANCE filed for Respondent Luke Waid by Emmy L. Levens. Certificate of Service: 06/29/2021. [21-2655] (ELL) [Entered: 06/29/2021 05:27 PM] |
| 06/29/2021 | ☐ 10<br>1 pg, 74.66 KB | APPEARANCE filed for Respondent Co-Liaison Counsel for the Individual Plaintiffs by Corey M. Stern. Certificate of Service: 06/29/2021. [21-2655] (CMS) [Entered: 06/29/2021 05:31 PM] |
| 06/29/2021 | ☐ 11<br>1 pg, 80.52 KB | APPEARANCE filed for Respondent Luke Waid by Jessica B. Weiner. Certificate of Service: 06/29/2021. [21-2655] (JBW) [Entered: 06/29/2021 05:33 PM] |
| 06/30/2021 | ☐ 12<br>7 pg, 552.76 KB | MOTION filed by Melvin Jones, Jr. to intervene. Certificate of Service:06/30/2021. (REO) [Entered: 06/30/2021 11:53 AM] |
| 06/30/2021 | ☐ 13<br>1 pg, 104.3 KB | APPEARANCE filed for Respondent Co-Liaison Counsel for the Individual Plaintiffs by Hunter J. Shkolnik. Certificate of Service: 06/30/2021. [21-2655] (HJS) [Entered: 06/30/2021 04:59 PM] |
| 07/01/2021 | ☐ 14<br>29 pg, 365.07 KB | RESPONSE in opposition filed regarding a motion mandamus case, [1]; previously filed by Dorothy Chapman, Helen Chapman, Shamiya Chapman, Elizabeth Franklin, Raymond Hall, Robert Hempel, Ashley Jankowiak, Lashonda Jones and Lawrence A. Reynolds. Response from Attorney Mr. Corey M. Stern for Respondent Co-Liaison Counsel for the Individual Plaintiffs. Certificate of Service: 07/01/2021. [21-2655] (CMS) [Entered: 07/01/2021 12:44 AM] |
| 07/01/2021 | ☐ 15<br>2 pg, 294.94 KB | ORDER filed: the motion to intervene is DENIED [12]. Richard Allen Griffin, Circuit Judge; Raymond M. Kethledge, Circuit Judge and Eric E. Murphy, Circuit Judge. (REO) [Entered: 07/01/2021 10:07 AM] |
| 07/01/2021 | ☐ 16<br>1 pg, 101.49 KB | APPEARANCE filed for Respondent MI by Margaret A. Bettenhausen. Certificate of Service: 07/01/2021. [21-2655] (MB) [Entered: 07/01/2021 12:03 PM] |
| 07/01/2021 | ☐ 17<br>2 pg, 70.59 KB | RESPONSE from Honorable Judith E. Levy. (REO) [Entered: 07/01/2021 02:39 PM] |
| 07/01/2021 | ☐ 18<br>13 pg, 102.24 KB | RESPONSE in opposition filed regarding a motion, [1]; previously filed by Dorothy Chapman, Helen Chapman, Shamiya Chapman, Elizabeth Franklin, Raymond Hall, Robert Hempel, Ashley Jankowiak, Lashonda Jones and Lawrence A. Reynolds. Response from Attorney Ms. Emmy L. Levens for Respondent Luke Waid. Certificate of Service: 07/01/2021. [21-2655] (ELL) [Entered: 07/01/2021 04:12 PM] |
| 07/01/2021 | ☐ 19<br>20 pg, 198.15 KB | RESPONSE in opposition filed regarding a motion, [1]; previously filed by Dorothy Chapman, Helen Chapman, Shamiya Chapman, Elizabeth Franklin, Raymond Hall, Robert Hempel, Ashley Jankowiak, Lashonda Jones and Lawrence A. Reynolds. Response from Attorney Ms. Margaret Bettenhausen for |

|  |  | Respondent MI. Certificate of Service: 07/01/2021. [21-2655] (MB) [Entered: 07/01/2021 04:22 PM] |
|---|---|---|
| 07/01/2021 | ☐ 20<br>2 pg, 145.24 KB | RESPONSE in opposition filed regarding a motion, [1]; previously filed by Dorothy Chapman, Helen Chapman, Shamiya Chapman, Elizabeth Franklin, Raymond Hall, Robert Hempel, Ashley Jankowiak, Lashonda Jones and Lawrence A. Reynolds. Response from Attorney Mr. Michael L Pitt for Respondent Luke Waid. Certificate of Service: 07/01/2021. [21-2655] (MLP) [Entered: 07/01/2021 04:59 PM] |
| 07/02/2021 | ☐ 21<br>27 pg, 282.88 KB | MOTION filed by Mr. Adam Ezra Schulman for Raymond Hall, Robert Hempel and Ashley Jankowiak to file supplemental brief. Certificate of Service: 07/02/2021. [21-2655] (AES) [Entered: 07/02/2021 08:14 AM] |
| 07/02/2021 | ☐ 22<br>1 pg, 83.41 KB | RULING LETTER SENT granting motion to file supplemental brief [21] filed by Mr. Adam Ezra Schulman. (REO) [Entered: 07/02/2021 03:02 PM] |
| 07/02/2021 | ☐ 23<br>21 pg, 239.25 KB | SUPPLEMENTAL BRIEF filed by Attorney Mr. Adam Ezra Schulman for Petitioners Raymond Hall, Robert Hempel and Ashley Jankowiak. Certificate of Service:07/02/2021. (REO) [Entered: 07/02/2021 03:09 PM] |
| 07/06/2021 | ☐ 24<br>7 pg, 203.85 KB | PUBLISHED ORDER filed: The petition for a writ of mandamus [1] is DENIED. Decision for publication. Richard Allen Griffin, Raymond M. Kethledge, and Eric E. Murphy, Circuit Judges. (CL) [Entered: 07/06/2021 02:56 PM] |

Clear All

◉ **Documents and Docket Summary**
◯ **Documents Only**

☑ **Include Page Numbers**

**Selected Pages:** 0       **Selected Size:** 0 KB
**Totals reflect accessible documents only and do not include unauthorized restricted documents.**

View Selected

---

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 07/06/2021 16:10:12 | | |
| **PACER Login:** | CMColleen1 | **Client Code:** | |
| **Description:** | Docket Report (filtered) | **Search Criteria:** | 21-2655 |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |