

**MEL JONES JR <jonesjrmel@gmail.com>**

---

# LETTER DATED MARCH 27th, 2025 to FWC SM - Deborah Greenspan..... Re: Attention Special Master Greenspan—Follow-up Email from Colleen Connors
1 message

---

**MEL JONES JR** <jonesjrmel@gmail.com>                                          Thu, Mar 27, 2025 at 7:31 AM
To: Colleen Connors <cmcolleen4@gmail.com>, Deborah Greenspan <deborah.greenspan@blankrome.com>
Cc: "Greenspan, Deborah" <deborah.greenspan@blankrome.com>, yuri.s.fuchs@usdoj.gov, SupremeCtBriefs@usdoj.gov, derek.l.weiss@usdoj.gov, Zeldin.Lee@epa.gov, mobrien@irli.org, chajec@irli.org, gcanaan@irli.org, gwv@dcglaw.com, tmccotter@boydengray.com, daniel.epstein@aflegal.org, "jon@publicrightsproject.org" <jon@publicrightsproject.org>, serviceS3@michigan.gov, giovanatiN@michigan.gov, Stacey.Metro@ag.ny.gov, Annabelle.Wilmott@doj.ca.gov, Lorraine.Lopez@doj.ca.gov, Delbert.Tran@doj.ca.gov, zoe.levine@ag.ny.gov, Irina.Trasovan@doj.ca.gov, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, jgrayson@nmdoj.gov, molly.alarcon@sfcityatty.org, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, shannon.stevenson@coag.gov, ksadeck@riag.ri.gov, jared.b.cohen@mass.gov, john.keller@ag.state.mn.us, johnsonkarpg@doj.state.wi.us, julio.thompson@vermont.gov, dmosteller@ncdoj.gov, "jeremy.feigenbaum@njoag.gov" <Jeremy.feigenbaum@njoag.gov>, shankar.duraiswamy@njoag.gov, Viviana.hanley@njoag.gov, shefali.saxena@law.njoag.gov, Elizabeth.walsh@law.njoag.gov, HStern@ag.nv.gov, akirschner@oag.state.md.us, Janelle.Medeiros@ct.gov, PolicyOffice@epa.gov, EIS-Filing@epa.gov, education@epa.gov, NEPAssisthelp@epa.gov, NEPA@epa.gov, eric.wessan@ag.iowa.gov, matt.rice@ag.tn.gov, nlindzen@corpfraudlaw.com, sara.eisenberg@sfcityatty.org, "cc: Colleen Connors" <CMColleen4@gmail.com>, "Marissa.Malouff@doj.ca.gov" <Marissa.Malouff@doj.ca.gov>, "vanessa.kassab@delaware.gov" <vanessa.kassab@delaware.gov>, "kaliko.d.fernandes_hawaii_gov" <kaliko.d.fernandes@hawaii.gov>, "harrist19@michigan.gov" <harrist19@michigan.gov>, "eng.connie@epa.gov" <eng.connie@epa.gov>, "egle-nondiscriminationCC@michigan.gov" <egle-nondiscriminationCC@michigan.gov>, "Cormack, Hayley" <Cormack.Hayley@epa.gov>, "EGLE-Accessibility@michigan.gov" <EGLE-Accessibility@michigan.gov>, "Faltin, Todd (he/they)" <Faltin.Todd@epa.gov>, "Oviedo, Luis" <oviedo.luis@epa.gov>, "MacMillan-Sanchez, Ariel (she/her/hers)" <MacmillanSanchez.Ariel@epa.gov>, "Johnson, Johahna (she/her/hers)" <Johnson.Johahna@epa.gov>, "Mason, Trinita" <Mason.Trinita@epa.gov>, "Moore, Tammy" <moore.tammy@epa.gov>, "Walts, Alan (he/him/his)" <walts.alan@epa.gov>, "Risley, David" <Risley.David@epa.gov>, "tmlewis@cityofflint.com" <tmlewis@cityofflint.com>, "cmcgehee@pittlawpc.com" <cmcgehee@pittlawpc.com>, "eric.a.rey@usdoj.gov" <eric.a.rey@usdoj.gov>, "Jason.T.Cohen@usdoj.gov" <Jason.T.Cohen@usdoj.gov>, "OIG_Hotline@epa.gov" <OIG_Hotline@epa.gov>, Corey <cstern@levylaw.com>, Patrick Lanciotti <PLanciotti@napolilaw.com>, "dpettway@cityofflint.com" <dpettway@cityofflint.com>, "saneeley@cityofflint.com" <saneeley@cityofflint.com>, "mbard@cityofflint.com" <mbard@cityofflint.com>, "michelle.t.domingue.II@usdoj.gov" <michelle.t.domingue.II@usdoj.gov>, "Kaplan, Robert (he/him/his)" <kaplan.robert@epa.gov>, Mel jones jr <meljonesjr@gmail.com>, "marianne.f.kies@usdoj.gov" <marianne.f.kies@usdoj.gov>, "daniel.c.eagles@usdoj.gov" <daniel.c.eagles@usdoj.gov>, "kuhlr@michigan.gov" <kuhlr@michigan.gov>, "gambilln@michigan.gov" <gambilln@michigan.gov>, "MitosinkaA@michigan.gov" <MitosinkaA@michigan.gov>, "gaiello@mayerbrown.com" <gaiello@mayerbrown.com>, "jkuptz@cityofflint.com" <jkuptz@cityofflint.com>, "dfaraci@campbell-trial-lawyers.com" <dfaraci@campbell-trial-lawyers.com>, "alin@eisnerlaw.com" <alin@eisnerlaw.com>, "ccmushatt@cityofflint.com" <ccmushatt@cityofflint.com>, "heidy.gonzalez@usdoj.gov" <heidy.gonzalez@usdoj.gov>, AG attorney as to MI COC civil case #23-000115-MZ <bettenhausenm@michigan.gov>, robinsonr11 <robinsonr11@michigan.gov>, Justus Brown <jubrown@cityofflint.com>, Kameshia Ar-Rahmaan <kar-rahmaan@cityofflint.com>, Davina Donahue <ddonahue@cityofflint.com>, City of Flint Clerk's Office <cityclerk@cityofflint.com>, Davina Donahue <CouncilPublicComment@cityofflint.com>, "trachelleyoung@gmail.com" <trachelleyoung@gmail.com>, Ladel Lewis <llewis@cityofflint.com>, Judy Priestley <jpriestley@cityofflint.com>, Tonya Burns <tburns@cityofflint.com>, Mark Cuker <mark@cukerlaw.com>, "michael.l.williams@usdoj.gov" <michael.l.williams@usdoj.gov>, "molsen@mayerbrown.com" <molsen@mayerbrown.com>, "jcampbell@campbell-trial-lawyers.com" <jcampbell@campbell-trial-lawyers.com>, "mnguyen-dang@mayerbrown.com" <mnguyen-dang@mayerbrown.com>, "pnapoli_napolilaw.com" <pnapoli@napolilaw.com>, Renee Auten <rauten@thelandbank.org>, Jennifer Riggs <jriggs@thelandbank.org>, Jeremy Maltz <jeremy@lehotskykeller.com>, "hammoudf1@michigan.gov" <HammoudF1@michigan.gov>, Michigan Attorney General <miag@michigan.gov>, "dweyre@mcalpinepc.com" <dweyre@mcalpinepc.com>, "g@mayerbrown.com" <g@mayerbrown.com>, "ljiang@susmangodfrey.com" <ljiang@susmangodfrey.com>, mpitt <mpitt@pittlawpc.com>, Hunter Shkolnik <hunter@napolilaw.com>, "arosenman@mayerbrown.com" <arosenman@mayerbrown.com>, Theodore Leopold <tleopold@cohenmilstein.com>, Emmy Levens <elevens@cohenmilstein.com>, Flint Mayor <mayor@cityofflint.com>,

3/27/25, 6:31 AM Gmail - LETTER DATED MARCH 27th, 2025 to FWC SM - Deborah Greenspan.... Re: Attention Special Master Greenspan - Follo...

Case: 25-1158 Document: 00118264814 Page: 2 Date Filed: 03/27/2025 Entry ID: 6709570

"frank.bednarz@hlli.org" <frank.bednarz@hlli.org>, "ted.frank@hlli.org" <ted.frank@hlli.org>, Diane <russell.diane@epa.gov>, Amanda Trujillo <atrujillo@cityofflint.com>, "King-Piepenbrok, Pier (AG)" <KingP1@michigan.gov>, "jonhoma@sinasdramis.com" <jonhoma@sinasdramis.com>, "val@vlwlegal.com" <val@vlwlegal.com>, "sdg@miller.law" <sdg@miller.law>, "sparadise@eisnerlaw.com" <sparadise@eisnerlaw.com>, "echeverria.marietta@epa.gov" <echeverria.marietta@epa.gov>, "thompkins.anita@epa.gov" <thompkins.anita@epa.gov>, "burneson.eric@epa.gov" <burneson.eric@epa.gov>, "travers.david@epa.gov" <travers.david@epa.gov>, "waters.tom@epa.gov" <waters.tom@epa.gov>, "davis.angela@epa.gov" <davis.angela@epa.gov>, franklmcnamara@gmail.com, mriordan@publicinterestlegal.org, eric.hamilton@usdoj.gov, "ryan@mclanelaw.com" <ryan@mclanelaw.com>, MEL JONES JR <jonesjrmel@gmail.com>
Bcc: UrbanForestNewYork@gmail.com, Mel jones jr <meljonesjr@gmail.com>

*March 27th, 2025*

*To: FWC special master Deborah Greenspan*

*From: [disabled Michigander] Melvin Jones Jr.*

*RE: Please READ my instant email VERY carefully with the "mind's eye" that we {e.g. Colleen and [myself]} are earnestly attempting to KEEP the FWC payout[s] on tract AND at the SAME TIME.... protect my RIGHTS as a vulnerable disabled ABSENT-PARTY/ ABSENT CLASS MEMBER/ FORGOTTEN CLASSMEMBER/ FORGOTTEN PARTY as to the Flint Water Crisis.*

*Good morning - Deborah Greenspan,*
*It is worth REPEATING.... that.... Please READ my instant email VERY carefully with the "minds eye that we {e.g. Colleen and [myself]} are earnestly attempting to KEEP the FWC payout[s]*

3/27/25, 6:32 AM                                                Gmail - LETTER DATED MARCH 27th, 2025 to FWC-SM - Deborah Greenspan... Re: Attention Special Master Greenspan - Follo...

Case: 25-1158      Document: 00118264814      Page: 3      Date Filed: 03/27/2025      Entry ID: 6709570

on tract AND at the SAME TIME.... protect my RIGHTS as a vulnerable disabled ABSENT-PARTY/ ABSENT CLASS MEMBER/ FORGOTTEN CLASSMEMBER/ FORGOTTEN PARTY as to the Flint Water Crisis - see generally PUBLISHED 6th Circuit Court of Appeals MANDAMUS #21-2655.

Which is to say ...by my recollection and direct observation... [I] **have NOT signed ANY sort of FORMAL opt-out form, NOR have I even been presented with ANY sort of "claim acknowledgement" of me being a VALID claimant** [e.g. say at or around December 2024 or as of NOW ...March 27th, 2025].... and so until such occurs.... [as best that I can understand such...is that I am an ABSENT claimant/ ABSENT class-member] as to the Flint Water Crisis settlement pertaining to the City of Flint and State of Michigan;

And, so YES - please send such as soon as possible and without delay via email to BOTH Colleen Connors and [me] to:

1.) cmcolleen4@gmail.com
2.) jonesjrmel@gmail.com

Here... to put into context my request - it would be a gross understatement to say that without the aforementioned CRITICAL information... THE CART IS BEING PUT IN FRONT OF THE HORSE. Or, more to the point..... I have observed firsthand that shortly AFTER the successful CONCLUSION of Chapter 7 Bankruptcy Filing.... I began receiving multiple cool looking and expensive looking colorful and glossy advertisements from many local new and used car dealerships --- but WHAT is the problem with that HORRIFIC ASSUMPTION on their part ?

Well --- the short and simple answer is: LOL - I, disabled teddy bear Melvin Jones Jr., do NOT have a driver's license due to my serious mobility and vision impairments which PREVENT me from driving an automobile as of the year 2016; **notwithstanding my diagnosis of "excessive daytime sleepiness"...**

**which means that [since the year 2016] I am very likely to literally FALL ASLEEP during the daytime... while I am sitting in an upright position.**

Ok. I think by now you get the point which I am attempting to make here.

==Further.... the SOONER the BETTER as to the information which both Colleen and I are seeking from you.... because [we] BOTH believe that the 1st circuit appeals court as to our pro se appeal #25-1158 should be notified ASAP upon you providing us with such.... so that we can file such as an UPDATE/ SUPPLEMENT to my pending IFP motion.==

Thank you for your prompt attention to this matter.

Best,
/s/
~Melvin Jones Jr. - disabled Michigander
_____

3/27/25, 6:31 AM Gmail - LETTER DATED MARCH 27th, 2025 to FWC SM - Deborah Greenspan... Re: Attention Special Master Greenspan—Follo…

Case: 25-1158 Document: 0118264814 Page: 6 Date Filed: 03/27/2025 Entry ID: 6709570

On Wed, Mar 26, 2025 at 9:42 AM Colleen Connors <cmcolleen4@gmail.com> wrote:
> DATE: March 26, 2025
>
> RE: Attention Special Master Greenspan—Follow-up Email from Colleen Connors
>
> Good morning Special Master Greenspan,
>
> Melvin Jones Jr. and I await the emailed withdrawal form. Until Mr. Jones and I see the form, however, he is not sure what he will do regarding it; it will be based upon how I analyze it.
>
> Thank you,
>
> Colleen Connors, Flint Water Settlement Claimant
> CMColleen4@gmail.com
> 1935 Hosler Street
> Flint, Michigan 48503
>
> previous address:
> 829 Campbell Street
> Flint, Michigan 48507
> _____
>
>
> On Tue, Mar 25, 2025 at 8:25 PM Greenspan, Deborah <deborah.greenspan@blankrome.com> wrote:
>> Good evening – I will email the withdrawal form as you request.
>>
>>
>>
>> **Deborah Greenspan** | BLANK**ROME**
>> 1825 Eye Street NW | Washington, D.C. 20006
>> O: 202.420.3100 | F: 202.379.9300 | deborah.greenspan@blankrome.com
>>
>>
>>
>> **From:** Colleen Connors <cmcolleen4@gmail.com>
>> **Sent:** Tuesday, March 25, 2025 3:05 PM
>> **To:** Greenspan, Deborah <deborah.greenspan@blankrome.com>
>> **Cc:** yuri.s.fuchs@usdoj.gov; SupremeCtBriefs@usdoj.gov; derek.l.weiss@usdoj.gov; Zeldin.Lee@epa.gov; mobrien@irli.org; chajec@irli.org; gcanaan@irli.org; gwv@dcglaw.com; tmccotter@boydengray.com; daniel.epstein@aflegal.org; jon@publicrightsproject.org; serviceS3@michigan.gov; giovanatiN@michigan.gov; Stacey.Metro@ag.ny.gov; Annabelle.Wilmott@doj.ca.gov; Lorraine.Lopez@doj.ca.gov; Delbert.Tran@doj.ca.gov;

zoe.levine@ag.ny.gov; Irina.Trasovan@doj.ca.gov; denise.levey@doj.ca.gov; nicole.hill@dc.gov; robert.c.merritt@usdoj.gov; gerard.cedrone@mass.gov; brad.rosenberg@usdoj.gov; jgrayson@nmdoj.gov; molly.alarcon@sfcityatty.org; david.louk@sfcityatty.org; shannon.stevenson@coag.gov; ksadeck@riag.ri.gov; jared.b.cohen@mass.gov; john.keller@ag.state.mn.us; johnsonkarpg@doj.state.wi.us; julio.thompson@vermont.gov; dmosteller@ncdoj.gov; jeremy.feigenbaum@njoag.gov; shankar.duraiswamy@njoag.gov; Viviana.hanley@njoag.gov; shefali.saxena@law.njoag.gov; Elizabeth.walsh@law.njoag.gov; HStern@ag.nv.gov; akirschner@oag.state.md.us; Janelle.Medeiros@ct.gov; PolicyOffice@epa.gov; EIS-Filing@epa.gov; education@epa.gov; NEPAssisthelp@epa.gov; NEPA@epa.gov; eric.wessan@ag.iowa.gov; matt.rice@ag.tn.gov; nlindzen@corpfraudlaw.com; sara.eisenberg@sfcityatty.org; Colleen Connors <CMColleen4@gmail.com>; Marissa.Malouff@doj.ca.gov; vanessa.kassab@delaware.gov; kaliko.d.fernandes_hawaii_gov <kaliko.d.fernandes@hawaii.gov>; harrist19@michigan.gov; eng.connie@epa.gov; egle-nondiscriminationCC@michigan.gov; Cormack, Hayley <Cormack.Hayley@epa.gov>; EGLE-Accessibility@michigan.gov; Faltin, Todd (he/they) <Faltin.Todd@epa.gov>; Oviedo, Luis <oviedo.luis@epa.gov>; MacMillan-Sanchez, Ariel (she/her/hers) <MacmillanSanchez.Ariel@epa.gov>; Johnson, Johahna (she/her/hers) <Johnson.Johahna@epa.gov>; Mason, Trinita <Mason.Trinita@epa.gov>; Moore, Tammy <moore.tammy@epa.gov>; Walts, Alan (he/him/his) <walts.alan@epa.gov>; Risley, David <Risley.David@epa.gov>; tmlewis@cityofflint.com; cmcgehee@pittlawpc.com; eric.a.rey@usdoj.gov; Jason.T.Cohen@usdoj.gov; OIG_Hotline@epa.gov; Corey <cstern@levylaw.com>; Patrick Lanciotti <PLanciotti@napolilaw.com>; dpettway@cityofflint.com; saneeley@cityofflint.com; mbard@cityofflint.com; michelle.t.domingue.II@usdoj.gov; Kaplan, Robert (he/him/his) <kaplan.robert@epa.gov>; Mel jones jr <meljonesjr@gmail.com>; marianne.f.kies@usdoj.gov; daniel.c.eagles@usdoj.gov; kuhlr@michigan.gov; gambilln@michigan.gov; MitosinkaA@michigan.gov; gaiello@mayerbrown.com; jkuptz@cityofflint.com; dfaraci@campbell-trial-lawyers.com; alin@eisnerlaw.com; ccmushatt@cityofflint.com; heidy.gonzalez@usdoj.gov; AG attorney as to MI COC civil case #23-000115-MZ <bettenhausenm@michigan.gov>; robinsonr11 <robinsonr11@michigan.gov>; Justus Brown <jubrown@cityofflint.com>; Kameshia Ar-Rahmaan <kar-rahmaan@cityofflint.com>; Davina Donahue <ddonahue@cityofflint.com>; City of Flint Clerk's Office <cityclerk@cityofflint.com>; Davina Donahue <CouncilPublicComment@cityofflint.com>; trachelleyoung@gmail.com; Ladel Lewis <llewis@cityofflint.com>; Judy Priestley <jpriestley@cityofflint.com>; Tonya Burns <tburns@cityofflint.com>; Mark Cuker <mark@cukerlaw.com>; michael.l.williams@usdoj.gov; molsen@mayerbrown.com; jcampbell@campbell-trial-lawyers.com; mnguyen-dang@mayerbrown.com; pnapoli_napolilaw.com <pnapoli@napolilaw.com>; Renee Auten <rauten@thelandbank.org>; Jennifer Riggs <jriggs@thelandbank.org>; Jeremy Maltz <jeremy@lehotskykeller.com>; hammoudf1@michigan.gov; Michigan Attorney General <miag@michigan.gov>; dweyre@mcalpinepc.com; g@mayerbrown.com; ljiang@susmangodfrey.com; mpitt <mpitt@pittlawpc.com>; Hunter Shkolnik <hunter@napolilaw.com>; arosenman@mayerbrown.com; Theodore Leopold <tleopold@cohenmilstein.com>; Emmy Levens <elevens@cohenmilstein.com>; Flint Mayor <mayor@cityofflint.com>; frank.bednarz@hlli.org; ted.frank@hlli.org; Diane <russell.diane@epa.gov>; Amanda Trujillo <atrujillo@cityofflint.com>; King-Piepenbrok, Pier (AG) <KingP1@michigan.gov>; jonhoma@sinasdramis.com; val@vlwlegal.com; sdg@miller.law; sparadise@eisnerlaw.com; echeverria.marietta@epa.gov; thompkins.anita@epa.gov; burneson.eric@epa.gov; travers.david@epa.gov; waters.tom@epa.gov; davis.angela@epa.gov; franklmcnamara@gmail.com; mriordan@publicinterestlegal.org; eric.hamilton@usdoj.gov; ryan@mclanelaw.com

**Subject:** Urgent Attention Special Master Greenspan

3/27/25, 6:32 AM Gmail - LETTER DATED MARCH 27th, 2025 to FWC SM - Deborah Greenspan… Re: Attention Special Master Greenspan - Follo…

Case: 25-1158 Document: 00118264814 Page: 8 Date Filed: 03/27/2025 Entry ID: 6709570

DATE: March 25, 2025

RE: Urgent Attention Special Master Greenspan

Good afternoon Special Master Greenspan,

It's actually interesting that you mention claimants who are eligible for compensation but are disabled (as defined by the Social Security Administration) will have the ability to put the settlement proceeds into a special needs trust, as this speaks volumes regarding Mr. Jones' situation. Mr. Jones is on SSA welfare disability; in fact, he is so disabled that this morning he had to wash some of his clothing because sometime between last night and this morning, he discovered that there was urine on his clothes. He also recently woke up from an hour nap and will most likely take another before 5:00 pm. As a disabled (and vulnerable) adult, Mr. Jones simply does not have the ability to navigate his rights in the Flint Water Settlement.

Mr. Jones recently successfully completed a Chapter 7 Bankruptcy only because the attorney who handled Mr. Jones' case exclusively practices Chapter 7 Bankruptcy law. This is to say that Mr. Jones, as a disabled and vulnerable adult, does not have the legal competency to do this. Additionally, as Mr. Jones' informal caregiver, there are many things that I do that help hide just how disabled he really is. For example, I daily set out bottles of (purified drinking) water for Mr. Jones so that he does not become dehydrated and I remind him three times a day to take his medications.

I have spoken to Mr. Jones and he cannot locate the confirmation of his withdrawal from the Flint Water settlement that you previously provided to him via email. Mr. Jones' email account (and bank account) have been hacked and he believes that these hacks are directly linked to the City of Flint's (alleged) cyber hacks, in around August 2024, related to the City of Flint's water bill payment system. Mr. Jones believes that these (alleged) cyberattacks are the culmination of the City of Flint's and State of Michigan's failures as to the Flint Water Crisis that other claimants may not be aware of.

<u>Will you please again email Mr. Jones the confirmation of his withdrawal from the Flint Water Settlement? Mr. Jones requests that you please email this withdrawal in large print and with me carbon copied</u> so that I can review it. Please be sure to use Mr. Jones' current email address: jonesjrmel@gmail.com.

3/27/25, 7:31 AM Gmail - LETTER DATED MARCH 27th, 2025 to FWC SM - Deborah Greenspan… Re: Attention Special Master Greenspan - Follo…

Case: 25-1158 Document: 0118264814 Page: 9 Date Filed: 03/27/2025 Entry ID: 6709570

Mr. Jones and I have both held City of Flint water accounts; meaning that we have both paid for the City of Flint water. In addition, Mr. Jones and I each paid for the City of Flint water going back to the original time period of the Flint Water Crisis (i.e., the water bill at 829 Campbell Street in Flint was first in his name and later in my name). I believe that there should be some sort of compensation for both Mr. Jones and me since the City of Flint/State of Michigan purposely misused EPA funds that were set aside for cyber security but ignored by **the City of Flint/State of Michigan who deliberately disregarded EPA protocol set forth by the EPA OIG.**

Thank you,

Colleen Connors, Flint Water Settlement Claimant

CMColleen4@gmail.com

1935 Hosler Street

Flint, Michigan 48503

previous address:

829 Campbell Street

Flint, Michigan 48507

_____

On Tue, Mar 25, 2025 at 1:03 PM Greenspan, Deborah <deborah.greenspan@blankrome.com> wrote:

> Good afternoon – thank you for your email and my apologies for the delayed response. As you may recall, Mr. Jones requested that his claim in the Flint Water settlement be withdrawn – which means he will not receive any payment. I provided confirmation of the withdrawal to Mr. Jones via email. Since you are asking questions about how class actions work and the rights of class members, I have asked class counsel to provide a response since they represent the interests of class members. Also please note that claimants who are eligible for compensation but are disabled (as defined by the social security administration) will have the ability to put the settlement proceeds into a special needs trust that has been established specifically for this settlement.
>
> **Deborah Greenspan** | BLANKROME
> 1825 Eye Street NW | Washington, D.C. 20006
> O: 202.420.3100 | F: 202.379.9300 | deborah.greenspan@blankrome.com

**From:** Colleen Connors <cmcolleen4@gmail.com>
**Sent:** Monday, March 24, 2025 8:38 AM
**To:** Greenspan, Deborah <deborah.greenspan@blankrome.com>
**Cc:** Cormack, Hayley <Cormack.Hayley@epa.gov>; derek.l.weiss@usdoj.gov; Zeldin.Lee@epa.gov; mobrien@irli.org; chajec@irli.org; gcanaan@irli.org; gwv@dcglaw.com; tmccotter@boydengray.com; daniel.epstein@aflegal.org; jon@publicrightsproject.org; serviceS3@michigan.gov; giovanatiN@michigan.gov; Stacey.Metro@ag.ny.gov; Annabelle.Wilmott@doj.ca.gov; Lorraine.Lopez@doj.ca.gov; Delbert.Tran@doj.ca.gov; zoe.levine@ag.ny.gov; Irina.Trasovan@doj.ca.gov; denise.levey@doj.ca.gov; nicole.hill@dc.gov; robert.c.merritt@usdoj.gov; gerard.cedrone@mass.gov; brad.rosenberg@usdoj.gov; jgrayson@nmdoj.gov; molly.alarcon@sfcityatty.org; david.louk@sfcityatty.org; shannon.stevenson@coag.gov; ksadeck@riag.ri.gov; jared.b.cohen@mass.gov; john.keller@ag.state.mn.us; johnsonkarpg@doj.state.wi.us; julio.thompson@vermont.gov; dmosteller@ncdoj.gov; jeremy.feigenbaum@njoag.gov; shankar.duraiswamy@njoag.gov; Viviana.hanley@njoag.gov; shefali.saxena@law.njoag.gov; Elizabeth.walsh@law.njoag.gov; HStern@ag.nv.gov; akirschner@oag.state.md.us; Janelle.Medeiros@ct.gov; PolicyOffice@epa.gov; EIS-Filing@epa.gov; education@epa.gov; NEPAssisthelp@epa.gov; NEPA@epa.gov; eric.wessan@ag.iowa.gov; matt.rice@ag.tn.gov; nlindzen@corpfraudlaw.com; yuri.s.fuchs@usdoj.gov; sara.eisenberg@sfcityatty.org; SupremeCtBriefs@usdoj.gov; Colleen Connors <CMColleen4@gmail.com>; MEL JONES JR <jonesjrmel@gmail.com>; Marissa.Malouff@doj.ca.gov; vanessa.kassab@delaware.gov; kaliko.d.fernandes_hawaii_gov <kaliko.d.fernandes@hawaii.gov>; harrist19@michigan.gov; eng.connie@epa.gov; egle-nondiscriminationCC@michigan.gov; EGLE-Accessibility@michigan.gov; Faltin, Todd (he/they) <Faltin.Todd@epa.gov>; Oviedo, Luis <oviedo.luis@epa.gov>; MacMillan-Sanchez, Ariel (she/her/hers) <MacmillanSanchez.Ariel@epa.gov>; Johnson, Johanna (she/her/hers) <Johnson.Johahna@epa.gov>; Mason, Trinita <Mason.Trinita@epa.gov>; Moore, Tammy <moore.tammy@epa.gov>; Walts, Alan (he/him/his) <walts.alan@epa.gov>; Risley, David <Risley.David@epa.gov>; tmlewis@cityofflint.com; cmcgehee@pittlawpc.com; eric.a.rey@usdoj.gov; Jason.T.Cohen@usdoj.gov; OIG_Hotline@epa.gov; Corey <cstern@levylaw.com>; Patrick Lanciotti <PLanciotti@napolilaw.com>; dpettway@cityofflint.com; saneeley@cityofflint.com; mbard@cityofflint.com; michelle.t.domingue.II@usdoj.gov; Kaplan, Robert (he/him/his) <kaplan.robert@epa.gov>; Mel jones jr <meljonesjr@gmail.com>; marianne.f.kies@usdoj.gov; daniel.c.eagles@usdoj.gov; kuhlr@michigan.gov; gambilln@michigan.gov; MitosinkaA@michigan.gov; gaiello@mayerbrown.com; jkuptz@cityofflint.com; dfaraci@campbell-trial-lawyers.com; alin@eisnerlaw.com; ccmushatt@cityofflint.com; heidy.gonzalez@usdoj.gov; AG attorney as to MI COC civil case #23-000115-MZ <bettenhausenm@michigan.gov>; robinsonr11 <robinsonr11@michigan.gov>; Justus Brown <jubrown@cityofflint.com>; Kameshia Ar-Rahmaan <kar-rahmaan@cityofflint.com>; Davina Donahue <ddonahue@cityofflint.com>; City of Flint Clerk's Office <cityclerk@cityofflint.com>; Davina Donahue <CouncilPublicComment@cityofflint.com>; trachelleyoung@gmail.com; Ladel Lewis <llewis@cityofflint.com>; Judy Priestley <jpriestley@cityofflint.com>; Tonya Burns <tburns@cityofflint.com>; Mark Cuker <mark@cukerlaw.com>; michael.l.williams@usdoj.gov; molsen@mayerbrown.com; jcampbell@campbell-trial-lawyers.com; mnguyen-dang@mayerbrown.com; pnapoli_napolilaw.com <pnapoli@napolilaw.com>; Renee Auten <rauten@thelandbank.org>; Jennifer Riggs <jriggs@thelandbank.org>; Jeremy Maltz <jeremy@lehotskykeller.com>; hammoudf1@michigan.gov; Michigan Attorney General <miag@michigan.gov>; dweyre@mcalpinepc.com; g@mayerbrown.com; ljiang@susmangodfrey.com; mpitt <mpitt@pittlawpc.com>; Hunter Shkolnik <hunter@napolilaw.com>; arosenman@mayerbrown.com; Theodore Leopold <tleopold@cohenmilstein.com>; Emmy Levens

3/27/25, 7:32 AM Gmail - LETTER DATED MARCH 24th, 2025 to FWC SM - Deborah Greenspan... Re: Attention Special Master Greenspan - Follo...

Case: 25-1158 Document: 00118264814 Page: 11 Date Filed: 03/27/2025 Entry ID: 6709570

<elevens@cohenmilstein.com>; Flint Mayor <mayor@cityofflint.com>; frank.bednarz@hlli.org; ted.frank@hlli.org; Diane <russell.diane@epa.gov>; Amanda Trujillo <atrujillo@cityofflint.com>; King-Piepenbrok, Pier (AG) <KingP1@michigan.gov>; jonhoma@sinasdramis.com; val@vlwlegal.com; sdg@miller.law; sparadise@eisnerlaw.com; echeverria.marietta@epa.gov; thompkins.anita@epa.gov; burneson.eric@epa.gov; travers.david@epa.gov; waters.tom@epa.gov; davis.angela@epa.gov; franklmcnamara@gmail.com; mriordan@publicinterestlegal.org; eric.hamilton@usdoj.gov; ryan@mclanelaw.com

**Subject:** Attention Special Master Greenspan

DATE: March 24, 2025

RE: Attention Special Master Greenspan

Good morning Deborah Greenspan,

The purpose of this email is to address some issues on behalf of Melvin Jones Jr. because he is disabled and a vulnerable adult (and not an attorney) who does not fully understand his rights as to the Flint Water Settlement. Admittedly, I do not fully understand his rights, either, which is why I am contacting you today.

I am not an attorney, but an intervening event informs me—as a concerned Flint Water Settlement Claimant—that you have a fiduciary duty to make sure that Mr. Jones does not "sleep his rights" or extinguish lawful rights that he possesses as a claimant simply because the City of Flint and the State of Michigan have intimidated him and treated him as stupid and ignorant because he is disabled and a vulnerable adult. Even if the City of Flint and the State of Michigan attorneys are okay with this treatment of him, I am not.

As such, with the viewpoint of you being an attorney and the Special Master reviewing all of this, do you feel confident with making sure both that the disabled adults (such as Mr. Jones) having not unduly been taken advantage of by the City of Flint and the State of Michigan's malfeasance and that the disabled adults are properly taken care of and compensated—even if they are ignorant of their rights as a claimant? Also, do you feel comfortable with this in light of Mr. Jones possibly contacting an out-of-state environmental attorney to review his rights in this case?

Mr. Jones recently received a check in the mail as settlement of a class action lawsuit regarding a previous menial-job employer that he had worked for many years ago in California (Note: Mr. Jones is happy to provide documentation as to

3/27/25, 7:31 AM Gmail - LETTER DATED MARCH 20th, 2025 to FWC SM Deborah Greenspan…: Re: Attention: Special Master Greenspan - Follo…

Case: 25-1158    Document: 00118264814    Page: 12    Date Filed: 03/27/2025    Entry ID: 6709570

this, if necessary). Although the payment was worth less than the cost of the stamp to mail the check, this intervening event begs the question of how the class action process works as to the Flint Water settlement.

Please note that this was just the most recent class action settlement payment that Mr. Jones received in the mail, i.e., without even knowing about the settlement in the first place, without knowing his legal rights about the settlement, and with the Special Master sending a settlement payment without his knowledge. Notably, this settlement spanned an employee time frame of 20 years.

In addition, Mr. Jones received at least three others from menial employers in California, which ranged from approximately $100-$1,400; all of these menial-job employers are part of an industry that has a reputation for taking advantage of their employees.

The fact that Mr. Jones received a settlement payment, albeit a paltry one, speaks to the legalities as to when someone is close to the action giving rise to the class action—whether they want to be or not. That said, what is the class action process? Will you please explain how this process actuallys *works*, i.e., in relation to Mr. Jones? Even if Mr. Jones allows himself to be "screwed over", I do not think it is right if I allow it, without at least posing a few questions.

Meaning, as the Flint Water Settlement Special Master, what fiduciary responsibility do you have to Mr. Jones? Since Mr. Jones had to formally opt *in* to the settlement, how does he formally opt *out* of the settlement? Given that I am a Claimant and have suffered property damage (and I believe personal injury) by having lived in a lead-service line home (829 Campbell Street in Flint), then wouldn't Mr. Jones also have the same damage for also having lived in this same home?

In other words, wouldn't he just receive a Flint Water Settlement payment in the mail like he did for the aforementioned class action settlement related to a former employer?

Please respond to my questions as soon as possible.

Thank you,

3/27/25, 7:31 AM    Gmail - LETTER DATED MARCH 27th, 2025 to EWC SM Deborah Greenspan…. Re: Attention Special Master Greenspan - Follo…

Case: 25-1158    Document: 00118264814    Page: 13    Date Filed: 03/27/2025    Entry ID: 6709570

Colleen Connors, Flint Water Settlement Claimant

[CMColleen4@gmail.com](CMColleen4@gmail.com)

1935 Hosler Street

Flint, Michigan 48503

previous address:

829 Campbell Street

Flint, Michigan 48507

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*