

MEL JONES JR <jonesjrmel@gmail.com>

---

## Colleen Connors' clarification to Special Master Greenspan—It appears that Melvin Jones Jr. is still a claimant as to the Flint Water Crisis Archer settlement pertaining to the City of Flint, State of Michigan et al.

1 message

---

**Colleen Connors** <cmcolleen4@gmail.com>  Thu, Mar 27, 2025 at 8:31 PM
To: Deborah Greenspan <deborah.greenspan@blankrome.com>
Cc: MEL JONES JR <jonesjrmel@gmail.com>, Sedalia.JonesKennelly@blankrome.com, rick.brooks@blankrome.com, yuri.s.fuchs@usdoj.gov, SupremeCtBriefs@usdoj.gov, derek.l.weiss@usdoj.gov, Zeldin.Lee@epa.gov, mobrien@irli.org, chajec@irli.org, gcanaan@irli.org, gwv@dcglaw.com, tmccotter@boydengray.com, daniel.epstein@aflegal.org, "jon@publicrightsproject.org" <jon@publicrightsproject.org>, serviceS3@michigan.gov, giovanatiN@michigan.gov, Stacey.Metro@ag.ny.gov, Annabelle.Wilmott@doj.ca.gov, Lorraine.Lopez@doj.ca.gov, Delbert.Tran@doj.ca.gov, zoe.levine@ag.ny.gov, Irina.Trasovan@doj.ca.gov, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, jgrayson@nmdoj.gov, molly.alarcon@sfcityatty.org, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, shannon.stevenson@coag.gov, ksadeck@riag.ri.gov, jared.b.cohen@mass.gov, john.keller@ag.state.mn.us, johnsonkarpg@doj.state.wi.us, julio.thompson@vermont.gov, dmosteller@ncdoj.gov, "jeremy.feigenbaum@njoag.gov" <Jeremy.feigenbaum@njoag.gov>, shankar.duraiswamy@njoag.gov, Viviana.hanley@njoag.gov, shefali.saxena@law.njoag.gov, Elizabeth.walsh@law.njoag.gov, HStern@ag.nv.gov, akirschner@oag.state.md.us, Janelle.Medeiros@ct.gov, PolicyOffice@epa.gov, EIS-Filing@epa.gov, education@epa.gov, NEPAssisthelp@epa.gov, NEPA@epa.gov, eric.wessan@ag.iowa.gov, matt.rice@ag.tn.gov, nlindzen@corpfraudlaw.com, sara.eisenberg@sfcityatty.org, "cc: Colleen Connors" <CMColleen4@gmail.com>, "Marissa.Malouff@doj.ca.gov" <Marissa.Malouff@doj.ca.gov>, "vanessa.kassab@delaware.gov" <vanessa.kassab@delaware.gov>, "kaliko.d.fernandes_hawaii_gov" <kaliko.d.fernandes@hawaii.gov>, "harrist19@michigan.gov" <harrist19@michigan.gov>, "eng.connie@epa.gov" <eng.connie@epa.gov>, "Cormack, Hayley" <Cormack.Hayley@epa.gov>, "EGLE-Accessibility@michigan.gov" <EGLE-Accessibility@michigan.gov>, "Faltin, Todd (he/they)" <Faltin.Todd@epa.gov>, "Oviedo, Luis" <oviedo.luis@epa.gov>, "MacMillan-Sanchez, Ariel (she/her/hers)" <MacmillanSanchez.Ariel@epa.gov>, "Johnson, Johahna (she/her/hers)" <Johnson.Johahna@epa.gov>, "Mason, Trinita" <Mason.Trinita@epa.gov>, "Moore, Tammy" <moore.tammy@epa.gov>, "Walts, Alan (he/him/his)" <walts.alan@epa.gov>, "Risley, David" <Risley.David@epa.gov>, "tmlewis@cityofflint.com" <tmlewis@cityofflint.com>, "cmcgehee@pittlawpc.com" <cmcgehee@pittlawpc.com>, "eric.a.rey@usdoj.gov" <eric.a.rey@usdoj.gov>, "Jason.T.Cohen@usdoj.gov" <Jason.T.Cohen@usdoj.gov>, "OIG_Hotline@epa.gov" <OIG_Hotline@epa.gov>, Corey <cstern@levylaw.com>, Patrick Lanciotti <PLanciotti@napolilaw.com>, "dpettway@cityofflint.com" <dpettway@cityofflint.com>, "saneeley@cityofflint.com" <saneeley@cityofflint.com>, "mbard@cityofflint.com" <mbard@cityofflint.com>, "michelle.t.domingue.II@usdoj.gov" <michelle.t.domingue.II@usdoj.gov>, "Kaplan, Robert (he/him/his)" <kaplan.robert@epa.gov>, Mel jones jr <meljonesjr@gmail.com>, "marianne.f.kies@usdoj.gov" <marianne.f.kies@usdoj.gov>, "daniel.c.eagles@usdoj.gov" <daniel.c.eagles@usdoj.gov>, "kuhlr@michigan.gov" <kuhlr@michigan.gov>, "gambilln@michigan.gov" <gambilln@michigan.gov>, "MitosinkaA@michigan.gov" <MitosinkaA@michigan.gov>, "gaiello@mayerbrown.com" <gaiello@mayerbrown.com>, "jkuptz@cityofflint.com" <jkuptz@cityofflint.com>, "dfaraci@campbell-trial-lawyers.com" <dfaraci@campbell-trial-lawyers.com>, "alin@eisnerlaw.com" <alin@eisnerlaw.com>, "ccmushatt@cityofflint.com" <ccmushatt@cityofflint.com>, "heidy.gonzalez@usdoj.gov" <heidy.gonzalez@usdoj.gov>, AG attorney as to MI COC civil case #23-000115-MZ <bettenhausenm@michigan.gov>, robinsonr11 <robinsonr11@michigan.gov>, Justus Brown <jubrown@cityofflint.com>, Kameshia Ar-Rahmaan <kar-rahmaan@cityofflint.com>, Davina Donahue <ddonahue@cityofflint.com>, City of Flint Clerk's Office <cityclerk@cityofflint.com>, Davina Donahue <CouncilPublicComment@cityofflint.com>, "trachelleyoung@gmail.com" <trachelleyoung@gmail.com>, Ladel Lewis <llewis@cityofflint.com>, Judy Priestley <jpriestley@cityofflint.com>, Tonya Burns <tburns@cityofflint.com>, Mark Cuker <mark@cukerlaw.com>, "michael.l.williams@usdoj.gov" <michael.l.williams@usdoj.gov>, "molsen@mayerbrown.com" <molsen@mayerbrown.com>, "jcampbell@campbell-trial-lawyers.com" <jcampbell@campbell-trial-lawyers.com>, "mnguyen-dang@mayerbrown.com" <mnguyen-dang@mayerbrown.com>, "pnapoli_napolilaw.com" <pnapoli@napolilaw.com>, Renee Auten <rauten@thelandbank.org>, Jennifer Riggs <jriggs@thelandbank.org>, Jeremy Maltz <jeremy@lehotskykeller.com>, "hammoudf1@michigan.gov" <HammoudF1@michigan.gov>, Michigan Attorney General <miag@michigan.gov>, "dweyre@mcalpinepc.com" <dweyre@mcalpinepc.com>, "g@mayerbrown.com" <g@mayerbrown.com>, "ljiang@susmangodfrey.com" <ljiang@susmangodfrey.com>, mpitt <mpitt@pittlawpc.com>, Hunter Shkolnik

3/27/25, 10:46 PM	Gmail - Colleen Connors' clarification to Special Master Greenspan—It appears that Melvin Jones Jr. is still a claimant as to the Fli…

Case: 25-1158    Document: 00118265385    Page: 2    Date Filed: 03/28/2025    Entry ID: 6709841

<hunter@napolilaw.com>, "arosenman@mayerbrown.com" <arosenman@mayerbrown.com>, Theodore Leopold <tleopold@cohenmilstein.com>, Emmy Levens <elevens@cohenmilstein.com>, Flint Mayor <mayor@cityofflint.com>, "frank.bednarz@hlli.org" <frank.bednarz@hlli.org>, "ted.frank@hlli.org" <ted.frank@hlli.org>, Diane <russell.diane@epa.gov>, Amanda Trujillo <atrujillo@cityofflint.com>, "King-Piepenbrok, Pier (AG)" <KingP1@michigan.gov>, "jonhoma@sinasdramis.com" <jonhoma@sinasdramis.com>, "val@vlwlegal.com" <val@vlwlegal.com>, "sdg@miller.law" <sdg@miller.law>, "sparadise@eisnerlaw.com" <sparadise@eisnerlaw.com>, "echeverria.marietta@epa.gov" <echeverria.marietta@epa.gov>, "thompkins.anita@epa.gov" <thompkins.anita@epa.gov>, "burneson.eric@epa.gov" <burneson.eric@epa.gov>, "travers.david@epa.gov" <travers.david@epa.gov>, "waters.tom@epa.gov" <waters.tom@epa.gov>, "davis.angela@epa.gov" <davis.angela@epa.gov>, franklmcnamara@gmail.com, mriordan@publicinterestlegal.org, eric.hamilton@usdoj.gov, "ryan@mclanelaw.com" <ryan@mclanelaw.com>

DATE: March 27, 2025

RE: Colleen Connors' clarification to Special Master Greenspan—It appears that Melvin Jones Jr. is still a claimant as to the Flint Water Crisis Archer settlement pertaining to the City of Flint, State of Michigan et al.

Good evening Special Master Greenspan,

Since Melvin Jones Jr. cannot sign the the Flint Water Settlement claim withdrawal form due to previously listed intervening events, I guess this means that Mr. Jones is still a claimant in the Flint Water Settlement. So, if he receives $1, $1,000 or $10,000, he will need to have the funds disbursed to a **special needs trust**.

Speaking of intervening events, it may not have been made clear previously that the 5th intervening event is the City of Flint/State of Michigan's failures regarding their not having spent enough money to upgrade and secure their water infrastructure payment system to ensure that they had cyber security protections in place.

As to the required **special needs trust**, Mr. Jones is disabled and he is also a vulnerable adult. As such, he becomes a target for intimidation by certain unsavory individuals who could see that he uses a walker and who would attempt to take any settlement funds from him.

In fact, Mr. Jones has been targeted by individuals who have both attempted to steal money from him and who have succeeded in stealing money from his bank account, which was likely due to the City of Flint and State of Michigan's failures regarding their not having spent enough money to upgrade and secure their water infrastructure payment system to ensure that they had cyber security protections.

It appears that both Mr. Jones' and my emails have continually been exposed to continuous breaches on a continuing basis. Again, these respective breaches are likely due to the City of Flint and State of Michigan's failures related to their failures for not having spent enough money to upgrade and secure their water infrastructure payment system to ensure that they had cyber security protections.

3/27/25, 10:46 PM                Gmail - Colleen Connors' clarification to Special Master Greenspan - It appears that Melvin Jones Jr. is still a claimant as to the Fli…

Case: 25-1158      Document: 00118265385      Page: 3      Date Filed: 03/28/2025      Entry ID: 6709841

Thank you,

Colleen Connors, Flint Water Settlement Claimant
CMColleen4@gmail.com
1935 Hosler Street
Flint, Michigan 48503

previous address:
829 Campbell Street
Flint, Michigan 48507

_____


---------- Forwarded message ---------
From: **Colleen Connors** <cmcolleen4@gmail.com>
Date: Thu, Mar 27, 2025 at 11:50 AM
Subject: Colleen Connors' response to Special Master Deborah Greenspan regarding Melvin Jones Jr.'s Flint Water settlement claim withdrawal form
To: Greenspan, Deborah <deborah.greenspan@blankrome.com>
Cc: MEL JONES JR <jonesjrmel@gmail.com>, <Sedalia.JonesKennelly@blankrome.com>, <rick.brooks@blankrome.com>, <yuri.s.fuchs@usdoj.gov>, <SupremeCtBriefs@usdoj.gov>, <derek.l.weiss@usdoj.gov>, <Zeldin.Lee@epa.gov>, <mobrien@irli.org>, <chajec@irli.org>, <gcanaan@irli.org>, <gwv@dcglaw.com>, <tmccotter@boydengray.com>, <daniel.epstein@aflegal.org>, jon@publicrightsproject.org <jon@publicrightsproject.org>, <serviceS3@michigan.gov>, <giovanatiN@michigan.gov>, <Stacey.Metro@ag.ny.gov>, <Annabelle.Wilmott@doj.ca.gov>, <Lorraine.Lopez@doj.ca.gov>, <Delbert.Tran@doj.ca.gov>, <zoe.levine@ag.ny.gov>, <Irina.Trasovan@doj.ca.gov>, denise.levey@doj.ca.gov <denise.levey@doj.ca.gov>, nicole.hill@dc.gov <nicole.hill@dc.gov>, robert.c.merritt@usdoj.gov <robert.c.merritt@usdoj.gov>, gerard.cedrone@mass.gov <gerard.cedrone@mass.gov>, brad.rosenberg@usdoj.gov <brad.rosenberg@usdoj.gov>, <jgrayson@nmdoj.gov>, <molly.alarcon@sfcityatty.org>, david.louk@sfcityatty.org <david.louk@sfcityatty.org>, <shannon.stevenson@coag.gov>, <ksadeck@riag.ri.gov>, <jared.b.cohen@mass.gov>, <john.keller@ag.state.mn.us>, <johnsonkarpg@doj.state.wi.us>, <julio.thompson@vermont.gov>, <dmosteller@ncdoj.gov>, jeremy.feigenbaum@njoag.gov <Jeremy.feigenbaum@njoag.gov>, <shankar.duraiswamy@njoag.gov>, <Viviana.hanley@njoag.gov>, <shefali.saxena@law.njoag.gov>, <Elizabeth.walsh@law.njoag.gov>, <HStern@ag.nv.gov>, <akirschner@oag.state.md.us>, <Janelle.Medeiros@ct.gov>, <PolicyOffice@epa.gov>, <EIS-Filing@epa.gov>, <education@epa.gov>, <NEPAssisthelp@epa.gov>, <NEPA@epa.gov>, <eric.wessan@ag.iowa.gov>, <matt.rice@ag.tn.gov>, <nlindzen@corpfraudlaw.com>, <sara.eisenberg@sfcityatty.org>, cc: Colleen Connors <CMColleen4@gmail.com>, Marissa.Malouff@doj.ca.gov <Marissa.Malouff@doj.ca.gov>, vanessa.kassab@delaware.gov <vanessa.kassab@delaware.gov>, kaliko.d.fernandes_hawaii_gov <kaliko.d.fernandes@hawaii.gov>, harrist19@michigan.gov <harrist19@michigan.gov>, eng.connie@epa.gov <eng.connie@epa.gov>, Cormack, Hayley <Cormack.Hayley@epa.gov>, EGLE- Accessibility@michigan.gov <EGLE-Accessibility@michigan.gov>, Faltin, Todd (he/they) <Faltin.Todd@epa.gov>, Oviedo, Luis <oviedo.luis@epa.gov>, MacMillan-Sanchez, Ariel (she/her/hers) <MacmillanSanchez.Ariel@epa.gov>, Johnson, Johahna (she/her/hers) <Johnson.Johahna@epa.gov>, Mason, Trinita <Mason.Trinita@epa.gov>, Moore, Tammy <moore.tammy@epa.gov>, Walts, Alan (he/him/his) <walts.alan@epa.gov>, Risley, David <Risley.David@epa.gov>, tmlewis@cityofflint.com <tmlewis@cityofflint.com>, cmcgehee@pittlawpc.com <cmcgehee@pittlawpc.com>, eric.a.rey@usdoj.gov <eric.a.rey@usdoj.gov>, Jason.T.Cohen@usdoj.gov <Jason.T.Cohen@usdoj.gov>, OIG_Hotline@epa.gov <OIG_Hotline@epa.gov>, Corey <cstern@levylaw.com>, Patrick Lanciotti <PLanciotti@napolilaw.com>, dpettway@cityofflint.com <dpettway@cityofflint.com>, saneeley@cityofflint.com <saneeley@cityofflint.com>, mbard@cityofflint.com <mbard@cityofflint.com>, michelle.t.domingue.II@usdoj.gov <michelle.t.domingue.II@usdoj.gov>, Kaplan, Robert (he/him/his) <kaplan.robert@epa.gov>, Mel jones jr <meljonesjr@gmail.com>, marianne.f.kies@usdoj.gov <marianne.f.kies@usdoj.gov>, daniel.c.eagles@usdoj.gov <daniel.c.eagles@usdoj.gov>, kuhlr@michigan.gov <kuhlr@michigan.gov>, gambilln@michigan.gov <gambilln@michigan.gov>, MitosinkaA@michigan.gov <MitosinkaA@michigan.gov>, gaiello@mayerbrown.com <gaiello@mayerbrown.com>, jkuptz@cityofflint.com <jkuptz@cityofflint.com>, dfaraci@campbell-trial-lawyers.com <dfaraci@campbell-trial-lawyers.com>, alin@eisnerlaw.com <alin@eisnerlaw.com>, ccmushatt@cityofflint.com <ccmushatt@cityofflint.com>, heidy.gonzalez@usdoj.gov <heidy.gonzalez@usdoj.gov>, AG attorney as to MI COC civil case #23-000115-MZ <bettenhausenm@michigan.gov>, robinsonr11 <robinsonr11@michigan.gov>, Justus Brown <jubrown@cityofflint.com>,