

MEL JONES JR <jonesjrmel@gmail.com>

# March 28th, 2025--urgent email to Flint Water Crisis Special Master Deborah Greenspan.... YES - Colleen is correct [as best the I can tell]... I am still am claimant as to the FWC settlement[s].... and as such I BELIEVE THAT THE FWC PLAINTIFF ATTORNEY FEES SHOULD NOT BE REDUCED... but as a SANCTION against the City of Flint and State of Michigan [] SHOULD BE INCREASED AT THE CONCLUSION OF THE FWC CASES and PAID by the City of Flint and State of Michigan....

1 message

**MEL JONES JR** <jonesjrmel@gmail.com>　　　　　　　　　　　　　　　　　　　　　　　　Fri, Mar 28, 2025 at 11:43 AM
To: yuri.s.fuchs@usdoj.gov, SupremeCtBriefs@usdoj.gov, Deborah Greenspan <deborah.greenspan@blankrome.com>, derek.l.weiss@usdoj.gov, Zeldin.Lee@epa.gov, mobrien@irli.org, chajec@irli.org, gcanaan@irli.org, gwv@dcglaw.com, tmccotter@boydengray.com, daniel.epstein@aflegal.org, "jon@publicrightsproject.org" <jon@publicrightsproject.org>, serviceS3@michigan.gov, giovanatiN@michigan.gov, Stacey.Metro@ag.ny.gov, Annabelle.Wilmott@doj.ca.gov, Lorraine.Lopez@doj.ca.gov, Delbert.Tran@doj.ca.gov, zoe.levine@ag.ny.gov, Irina.Trasovan@doj.ca.gov, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, jgrayson@nmdoj.gov, molly.alarcon@sfcityatty.org, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, shannon.stevenson@coag.gov, ksadeck@riag.ri.gov, jared.b.cohen@mass.gov, john.keller@ag.state.mn.us, johnsonkarpg@doj.state.wi.us, julio.thompson@vermont.gov, dmosteller@ncdoj.gov, "jeremy.feigenbaum@njoag.gov" <Jeremy.feigenbaum@njoag.gov>, shankar.duraiswamy@njoag.gov, Viviana.hanley@njoag.gov, shefali.saxena@law.njoag.gov, Elizabeth.walsh@law.njoag.gov, HStern@ag.nv.gov, akirschner@oag.state.md.us, Janelle.Medeiros@ct.gov, PolicyOffice@epa.gov, EIS-Filing@epa.gov, education@epa.gov, NEPAssisthelp@epa.gov, NEPA@epa.gov, eric.wessan@ag.iowa.gov, matt.rice@ag.tn.gov, nlindzen@corpfraudlaw.com, sara.eisenberg@sfcityatty.org
Cc: Colleen Connors <CMColleen4@gmail.com>, "Marissa.Malouff@doj.ca.gov" <Marissa.Malouff@doj.ca.gov>, "vanessa.kassab@delaware.gov" <vanessa.kassab@delaware.gov>, "kaliko.d.fernandes_hawaii_gov" <kaliko.d.fernandes@hawaii.gov>, "jeremy.feigenbaum@njoag.gov" <jeremy.feigenbaum@njoag.gov>, "harrist19@michigan.gov" <harrist19@michigan.gov>, "eng.connie@epa.gov" <eng.connie@epa.gov>, "egle-nondiscriminationCC@michigan.gov" <egle-nondiscriminationCC@michigan.gov>, "Cormack, Hayley" <Cormack.Hayley@epa.gov>, "EGLE-Accessibility@michigan.gov" <EGLE-Accessibility@michigan.gov>, "Faltin, Todd (he/they)" <Faltin.Todd@epa.gov>, "Oviedo, Luis" <oviedo.luis@epa.gov>, "MacMillan-Sanchez, Ariel (she/her/hers)" <MacmillanSanchez.Ariel@epa.gov>, "Johnson, Johahna (she/her/hers)" <Johnson.Johahna@epa.gov>, "Mason, Trinita" <Mason.Trinita@epa.gov>, "Moore, Tammy" <moore.tammy@epa.gov>, "Walts, Alan (he/him/his)" <walts.alan@epa.gov>, Deborah Greenspan <deborah.greenspan@blankrome.com>, "Risley, David" <Risley.David@epa.gov>, "tmlewis@cityofflint.com" <tmlewis@cityofflint.com>, "cmcgehee@pittlawpc.com" <cmcgehee@pittlawpc.com>, "eric.a.rey@usdoj.gov" <eric.a.rey@usdoj.gov>, "Jason.T.Cohen@usdoj.gov" <Jason.T.Cohen@usdoj.gov>, "OIG_Hotline@epa.gov" <OIG_Hotline@epa.gov>, Corey <cstern@levylaw.com>, Patrick Lanciotti <PLanciotti@napolilaw.com>, "dpettway@cityofflint.com" <dpettway@cityofflint.com>, "saneeley@cityofflint.com" <saneeley@cityofflint.com>, "mbard@cityofflint.com" <mbard@cityofflint.com>, "michelle.t.domingue.II@usdoj.gov" <michelle.t.domingue.II@usdoj.gov>, "Kaplan, Robert (he/him/his)" <kaplan.robert@epa.gov>, Mel jones jr <meljonesjr@gmail.com>, "marianne.f.kies@usdoj.gov" <marianne.f.kies@usdoj.gov>, "daniel.c.eagles@usdoj.gov" <daniel.c.eagles@usdoj.gov>, "kuhlr@michigan.gov" <kuhlr@michigan.gov>, "gambilln@michigan.gov" <gambilln@michigan.gov>, "MitosinkaA@michigan.gov" <MitosinkaA@michigan.gov>, "gaiello@mayerbrown.com" <gaiello@mayerbrown.com>, "jkuptz@cityofflint.com" <jkuptz@cityofflint.com>, "dfaraci@campbell-trial-lawyers.com" <dfaraci@campbell-trial-lawyers.com>, "alin@eisnerlaw.com" <alin@eisnerlaw.com>, "ccmushatt@cityofflint.com" <ccmushatt@cityofflint.com>, "heidy.gonzalez@usdoj.gov" <heidy.gonzalez@usdoj.gov>, AG attorney as to MI COC civil case #23-000115-MZ <bettenhausenm@michigan.gov>, robinsonr11 <robinsonr11@michigan.gov>, Justus Brown <jubrown@cityofflint.com>, Kameshia Ar-Rahmaan <kar-rahmaan@cityofflint.com>, Davina Donahue <ddonahue@cityofflint.com>, City of Flint Clerk's Office <cityclerk@cityofflint.com>, Davina Donahue <CouncilPublicComment@cityofflint.com>, "trachelleyoung@gmail.com" <trachelleyoung@gmail.com>, Ladel Lewis <llewis@cityofflint.com>, Judy Priestley <jpriestley@cityofflint.com>, Tonya Burns <tburns@cityofflint.com>, Mark Cuker <mark@cukerlaw.com>, "michael.l.williams@usdoj.gov" <michael.l.williams@usdoj.gov>, "molsen@mayerbrown.com" <molsen@mayerbrown.com>, "jcampbell@campbell-trial-lawyers.com" <jcampbell@campbell-trial-lawyers.com>, "mnguyen-

Case: 25-1158   Document: 00118265574   Page: 2   Date Filed: 03/28/2025   Entry ID: 6709956

3/28/25, 11:46 AM    Gmail - March 28th, 2025- urgent email to Flint Water Crisis Special Master Deborah Greenspan... YES - Colyeen is correct [as to ...

dang@mayerbrown.com" <mnguyen-dang@mayerbrown.com>, "pnapoli_napolilaw.com" <pnapoli@napolilaw.com>, Renee Auten <rauten@thelandbank.org>, Jennifer Riggs <jriggs@thelandbank.org>, Jeremy Maltz <jeremy@lehotskykeller.com>, "hammoudf1@michigan.gov" <HammoudF1@michigan.gov>, Michigan Attorney General <miag@michigan.gov>, "dweyre@mcalpinepc.com" <dweyre@mcalpinepc.com>, "g@mayerbrown.com" <g@mayerbrown.com>, "ljiang@susmangodfrey.com" <ljiang@susmangodfrey.com>, mpitt <mpitt@pittlawpc.com>, Hunter Shkolnik <hunter@napolilaw.com>, "arosenman@mayerbrown.com" <arosenman@mayerbrown.com>, Theodore Leopold <tleopold@cohenmilstein.com>, Emmy Levens <elevens@cohenmilstein.com>, Flint Mayor <mayor@cityofflint.com>, "frank.bednarz@hlli.org" <frank.bednarz@hlli.org>, "ted.frank@hlli.org" <ted.frank@hlli.org>, Diane <russell.diane@epa.gov>, Amanda Trujillo <atrujillo@cityofflint.com>, "King-Piepenbrok, Pier (AG)" <KingP1@michigan.gov>, "jonhoma@sinasdramis.com" <jonhoma@sinasdramis.com>, "val@vlwlegal.com" <val@vlwlegal.com>, "sdg@miller.law" <sdg@miller.law>, "sparadise@eisnerlaw.com" <sparadise@eisnerlaw.com>, "echeverria.marietta@epa.gov" <echeverria.marietta@epa.gov>, "thompkins.anita@epa.gov" <thompkins.anita@epa.gov>, "burneson.eric@epa.gov" <burneson.eric@epa.gov>, "travers.david@epa.gov" <travers.david@epa.gov>, "waters.tom@epa.gov" <waters.tom@epa.gov>, "davis.angela@epa.gov" <davis.angela@epa.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, nlindzen@corpfraudlaw.com, franklmcnamara@gmail.com, mriordan@publicinterestlegal.org, eric.hamilton@usdoj.gov, "ryan@mclanelaw.com" <ryan@mclanelaw.com>, Zeldin.Lee@epa.gov, zoe.levine@ag.ny.gov, Sedalia.JonesKennelly@blankrome.com, rick.brooks@blankrome.com, MEL JONES JR <jonesjrmel@gmail.com>
Bcc: UrbanForestNewYork@gmail.com, Mel jones jr <meljonesjr@gmail.com>

# March 28th, 2025

> ## TO: Flint Water Crisis Special Master Deborah Greenspan

## From: Melvin Jones Jr. - disabled CLAIMANT as to the Flint Water Crisis Settlement[s]....

> ### **SEE ATTACHED.**

## ....Good morning,
## The purpose of my instant email is as follows [e.g. which will/ must be short due to my episodic very blurry vision].... which is worse than usual thus far today/ this morning.
## First - to be sure... [I] object to the apparent anti-semetic notion that the Flint Water Crisis

Case: 25-1158     Document: 00118265574     Page: 3     Date Filed: 03/28/2025     Entry ID: 6709956

3/28/25, 01:46 AM    Gmail - March 28th, 2025- urgent email to Flint Water Crisis Special Master Deborah Greenspan... YES- Colyeen is correct [as to...

*Plaintiffs' attorneys should work for FREE.... because that is utter nonsense... and a possible community wide bias put forth by the City of Flint [incompetent clowns/ Flint Mayor Sheldon Neeley and the funky bunch] and certain money-hungry Flint residents {e.g. and I say this out of LOVE of course}; also --- I OBJECT [e.g. have a standing objection] to the outrageously discriminatory RESOLUTIONS which BOTH the City of Flint and State of Michigan put against the FWC Plaintiffs' attorneys ....because such has literally ADVERSELY AFFECTED their ability to put forth a meaningful PUBLIC posture that they are actually PROFESSIONALS who TOOK a BIG risk coming to the City of Flint and litigating on behalf of MORE than a few Flint natives... who ARE NOT "sympathetic" to a jury and MAY not be totally "sympathetic" to a FEDERAL JUDGE AT A CIVIL BENCH TRIAL {e.g. wherein a SINGLE/ ONE judge is the TRIER of FACT and LAW}.... yes- specifically I speak of the upcoming CIVIL BENCH TRIAL as to the US EPA.... whereby Article III Federal Judge LEVY will preside over such.*

3/28/25, 11:46 AM Gmail - March 28th, 2025- urgent email to Flint Water Crisis Special Master Deborah Greenspan.... YES - Colleen is correct [as be…

Case: 25-1158   Document: 00118265574   Page: 4   Date Filed: 03/28/2025   Entry ID: 6709956

*And... I pose a STANDING OBJECTION to the president Donald Trump - EPA, and EPA administrator LEE ZELDIN or ELON MUSK.... launching any sort of bull-crap of "impeachment" of Judge LEVY ....just because she is an OBAMA appointed federal district court judge {e.g..... but, maybe here the CHIEF MAGISTRATE JUDGE can hear the case} ???    and... so please take notice that this instant email is an:*

*(1.).... <u>urgent email to Flint Water Crisis Special Master Deborah Greenspan.... YES - Colleen is correct [as best the I can tell]... I am still am claimant as to the FWC settlement[s].... and as such I BELIEVE THAT THE FWC PLAINTIFF ATTORNEY FEES SHOULD NOT BE REDUCED... but as a SANCTION against the City of Flint and State of Michigan [] SHOULD BE INCREASED AT THE CONCLUSION OF THE FWC CASES and PAID by the City of Flint and State of Michigan....</u>*

*<u>**(2.) PLEASE confirm receipt of  this [e.g. my instant email] by sending a LARGE print email to BOTH Colleen Connors and [me]... disabled teddy-bear Melvin Jones Jr.**</u>*

3/28/25, 11:46 AM	Gmail - March 28th, 2025- urgent email to Flint Water Crisis Special Master Deborah Greenspan... YES - Colleen is correct[as be…

Case: 25-1158     Document: 00118265574     Page: 5     Date Filed: 03/28/2025     Entry ID: 6709956

## Respectfully, 😃.... SEE THE ATTACHED PDF:

DATE: March 27, 2025

RE: Colleen Connors' clarification to Special Master Greenspan—It appears that Melvin Jones Jr. is still a claimant as to the Flint Water Crisis Archer settlement pertaining to the City of Flint, State of Michigan et al.

Good evening Special Master Greenspan,

Since Melvin Jones Jr. cannot sign the the Flint Water Settlement claim withdrawal form due to previously listed intervening events, I guess this means that Mr. Jones is still a claimant in the Flint Water Settlement. So, if he receives $1, $1,000 or $10,000, he will need to have the funds disbursed to a **special needs trust**.

Speaking of intervening events, it may not have been made clear previously that the 5th intervening event is the City of Flint/State of Michigan's failures regarding their not having spent enough money to upgrade and secure their water infrastructure payment system to ensure that they had cyber security protections in place.

As to the required **special needs trust**, Mr. Jones is disabled and he is also a vulnerable adult. As such, he becomes a target for intimidation by certain unsavory individuals who could see that he uses a walker and who would attempt to take any settlement funds from him.

In fact, Mr. Jones has been targeted by individuals who have both attempted to steal money from him and who have succeeded in stealing money from his bank account, which was likely due to the City of Flint and State of Michigan's failures regarding their not having spent enough money to upgrade and secure their water infrastructure payment system to ensure that they had cyber security protections.

It appears that both Mr. Jones' and my emails have continually been exposed to continuous breaches on a continuing basis. Again, these respective breaches are likely due to the City of Flint and State of Michigan's failures related to their failures for not having spent enough money to upgrade and secure their water infrastructure payment system to ensure that they had cyber security protections.

## Thank you; and PLEASE note that YES - I request that ANY funds which I am eventually paid as to settlement proceeds of the Flint Water Crisis Settlement[s] are directly deposited

3/28/25, 11:46 AM Gmail - March 28th, 2025- urgent email to Flint Water Crisis Special Master Deborah Greenspan... YES - Colleen is correct, as be…

Case: 25-1158    Document: 00118265574    Page: 6    Date Filed: 03/28/2025    Entry ID: 6709956

into A SPECIAL NEEDS TRUST as to me.

Best.
/s/
~Melvin Jones Jr. - disabled  FLINT WATER CRISIS CLAIMANT
email: jonesjrmel@gmail.com
1935 Hosler St. Flint, Michigan 48503 (previous address: 829 Campbell St. - Flint, Michigan 48507)

---

**2 attachments**

 **March 28th, 2025 LETTER FROM COLLEEN CONNORS.pdf**
106K

 **March 28th, 2025 LETTER FROM COLLEEN CONNORS.pdf**
106K