# Litigation Tracker: Legal Challenges to Trump Administration Actions

by [Just Security](#)
*March 28, 2025*



This public resource tracks legal challenges to Trump administration actions. If you think we are missing anything, you can email us at [lte@justsecurity.org](mailto:lte@justsecurity.org). Special thanks to *Just Security* Student Staff Editors Anna Braverman, Isaac Buck, Rick Da, Charlotte Kahan, and Jeremy Venook, and to Matthew Fouracre and Nour Soubani.

The Tracker is part of the [Collection: Just Security's Coverage of the Trump Administration's Executive Actions](#). Readers may also be interested in [signing up](#) for our free Early Edition roundup of news and our end-of-day newsletter with *Just Security* articles from the day (We respect your privacy. We do not use your email address for any other purpose except to automatically send you the requested email.)

*The Tracker was first published on Jan. 29, 2025 and is continually updated. Last updated March 28, 2025.*

Total number of cases tracked: 151 (including 3 closed cases)

**Search:**

Topic ▾   Executive Action ▾   Case Name ▾

Date Filed ▾

| Case Name ⬍ | Complaint ⬍ | Date Filed ⬍ | Case Summary |
|---|---|---|---|
| **Immigration and Citizenship** | | | |

| **Executive Action: Alien Enemies Act removals (Presidential Proclamation 10903)** | | | |
| --- | --- | --- | --- |
| *J.G.G. v. Trump* (D.D.C)<br><br>Case No. 1:25-cv-00766<br><br>(D.C. Cir No. 25-5067) | Petition (Mar. 15, 2025)<br><br>Motion for TRO (Mar. 15, 2025) | 2025-03-15 | **Overview:** *President Trump issued a presidential pro members of the Venezuelan Tren de Aragua (TdA) gan filed a class action lawsuit arguing the 1798 statute do block to any removals until further hearings. The Cour Restraining Orders (TROs) against the government on*<br><br>**Summary:** On Mar. 14, President Trump signed a Pr deport Venezuelan nationals alleged to be members In the early hours of Saturday, Mar. 15, five Venezue challenging the government's action on the ground would be in violation of immigration statutes gover violation of habeas corpus. The Plaintiffs submitted removals from the United States.<br>In an emergency hearing on Mar. 15, Chief Judge Jan who are subject to the Mar. 15, 2025 Presidential Pr any class members from the United States.<br>**Update 1:** The same day, Mar. 15, the government s from the bench, and a written TRO that evening.<br>**Update 2:** On Mar. 17, Defendants moved to vacate<br>**Update 3:** On Mar. 18, Chief Judge James Boasberg the flights that left U.S. airspace prior to the filing o number of people aboard subject to the President's<br>**Update 4:** On Mar. 19, Defendants filed a motion to to invoke the state secrets privilege, avoid disclosur<br>**Update 5:** On Mar. 19, Chief Judge Boasberg issued expressing skepticism about their stated intention t<br>**Update 6:** On Mar. 19, Plaintiffs filed a motion in op<br>**Update 7:** On Mar. 20, Chief Judge Boasberg issued also granted Defendants' delay to invoke the state-s<br>**Update 8:** On Mar. 24, Chief Judge Boasberg issued<br>**Update 9:** On Mar. 25, Defendants filed a notice inv<br>**Update 10:** On Mar. 26, Plaintiffs filed a Notice that incorporate "additional factual material so that ther That same day, the D.C. Circuit. in a 2-1 decision, de<br>**Update 11:** On Mar. 28, the Defendants appealed to stay.<br>**Update 12:** On Mar. 27, the Plaintiffs filed a motion exists to extend the TROs.<br><br>**Update 13:** On Mar. 28, the Defendants filed an opp Plaintiffs' claims and that the Plaintiffs have failed<br><br>That same day, the Court ordered the extension of t |
| **Executive Action: Birthright Citizenship (Executive Order 14160)** | | | |
| *New Hampshire Indonesian Community Support v. Donald J. Trump* (D.N.H.)<br><br>Case No. 1:25-cv-38 | Complaint | 2025-01-20 | **Overview:** *An organization with noncitizen members Executive Order ("EO") ending birthright citizenship s the lawsuit is pending on the basis that it likely viola*<br><br>**Case Summary:** Trump's executive order seeks to r people in the United States illegally are not "subjec individuals in New Hampshire who would have thei |

| | | | |
|---|---|---|---|
| | | | Amendment, as confirmed in U.S. v. Wong Kim Ark (<br>**Update 1:** On Feb. 10, 2025, Judge Joseph N. Laplan |
| *O. Doe; Brazilian Worker Center, Inc; La Colaborativa v. Donald J. Trump et al* (D. Mass.)<br><br>Case No. 1:25-cv-10135-LTS | Complaint | 2025-01-20 | **Overview:** *A group of noncitizen pregnant women wit<br>under President Donald Trump's Executive Order ("EC<br>temporarily blocked the EO while the lawsuit is pendir<br>decision.*<br><br>**Case Summary:** Trump's executive order seeks to r<br>people in the United States illegally are not "subject<br>citizenship sued; the plaintiff identified as "O. Doe"<br>argues that the plain text of the 14th Amendment, a<br>people born in the United States.<br>**Update 1:** On Feb. 13, Judge Leo T. Sorokin issued a<br>and enforcing Executive Order No. 14,160, "Protecti<br>member of La Colaborativa or Brazilian Worker Cen<br>**Update 2:** On Feb. 19, Defendants submitted a notic |
| *State of New Jersey et al v. Donald J. Trump et al* (D. Mass.)<br><br>Case No. 1:25-cv-10139 | Complaint | 2025-01-21 | **Overview:** *A broad coalition of states sued President<br>undocumented immigrants and others is unconstitutio<br>likely violates the Fourteenth Amendment; and the Fou<br>Court.*<br><br>**Case Summary:** Trump's executive order seeks to r<br>people in the United States illegally are not "subject<br>and the City of San Francisco sued to protect reside<br>plain text of the 14th Amendment, as confirmed in l<br>the United States.<br>**Update 1:** On Feb. 13, Judge Leo T. Sorokin issued a<br>and enforcing Executive Order No. 14,160, "Protecti<br>**Update 2:** On Feb. 19, the Defendants submitted a r<br>**Update 3:** On Feb. 26, Judge Sorokin denied defend<br>**Update 4:** On March 11, the First Circuit denied the<br>**Update 5:** On Mar. 13, the Defendants appealed to t |
| *Casa v. Donald Trump* (D. Md.)<br><br>Case No. 8:25-cv-00201-DLB | Complaint | 2025-01-21 | **Overview:** *CASA and Asylum Seeker Advocacy Projec<br>children stand to have their citizenship revoked under<br>alleging the EO is unconstitutional. A federal court ten<br>Fourteenth Amendment. The Fourth Circuit denied an<br><br>**Case Summary:** Trump's executive order seeks to r<br>people in the United States illegally are not "subject<br>and ASAP, as well as individual immigrant parents, a<br>U.S.C. § 1401(a), both of which guarantee citizenshi<br>presidential authority and causes irreparable harm l<br>right to remain in the United States, access public b<br>children stateless and separating them from their p<br>**Update 1:** On Feb. 5, 2025, Judge Deborah Boardma<br>blocking implementation of the birthright citizensh<br>**Update 2:** On Feb. 13, the Defendants submitted a r<br>**Update 3:** On Feb. 28, the Fourth Circuit denied De<br>**Update 4:** On Mar. 13, the Defendants appealed to t |

| | | | |
|---|---|---|---|
| *Franco Aleman et al. v. Trump et al.* (W.D. Wash.)<br><br>Case No. 2:25-cv-00163-JCC | [Complaint] | 2025-01-24 | **Overview:** *A group of noncitizen pregnant women wh*<br>*Order ("EO") ending birthright citizenship sued Trump*<br>*Donald J. Trump, combining efforts to block the order*<br><br>**Case Summary:** Plaintiffs are non-citizen pregnant<br>eliminating birthright citizenship. Plaintiffs bring t<br>a violation of the Fourteenth Amendment and seek<br>**Update 1:** On Jan. 27, *State of Washington et al v. Do* |
| *State of Washington et al v. Donald J. Trump et al* (W.D. Wash.)<br><br>Case No. 2:25-cv-00127-JCC | [Complaint] | 2025-01-21 | **Overview:** *The states of Washington, Arizona, Illinois*<br>*citizenship for children of undocumented immigrants a*<br>*temporarily blocked the EO while the lawsuit is pendin*<br>*decision. The Fourth Circuit denied the appeal, and the*<br><br>**Case Summary:** Trump's executive order seeks to r<br>people in the United States illegally are not "subject<br>citizenship under the executive order. The suit argu<br>explicitly grants birthright citizenship for all people<br>**Update 1:** On Jan. 23, 2025, Judge John Coughenour<br>Executive Order.<br>**Update 2:** On Jan. 27, *Franco Aleman v. Trump* ([com<br>**Update 3:** On Feb. 6, Judge Coughenour issued an [o<br>implementation of the Executive Order.<br>**Update 4:** On Feb. 6, defendants [appealed] to the Ni<br>**Update 5:** On Feb. 12, defendants made an emergen<br>**Update 6:** On Feb. 19, the Ninth Circuit issued an [o<br>leaving the existing briefing schedule unchanged.<br>**Update 7:** On Mar. 13, the Defendants [appealed to t |
| *OCA–Asian Pacific American Advocates v. Marco Rubio et al* (D.D.C.)<br><br>Case No. 1:25-cv-00287 | [Complaint] | 2025-01-30 | **Overview:** *Asian Pacific American Advocates (a non p*<br>*birthright citizenship for children of undocumented im*<br>*argues that the EO violates the Constitution, federal st*<br><br>**Case Summary:** Trump's executive order seeks to r<br>children of parents on lawful temporary visas on the<br>Rubio and the heads of other departments and agen<br>citizenship by the order. Both women reside in the U<br>the plain text of the Fourteenth Amendment, statut<br>identifies an injured "subclass" of "Targeted Childre<br>and injunctive relief. |
| *County of Santa Clara v. Trump, et al* (N.D. Cal.)<br><br>Case No. 5:25-cv-00981 | [Complaint] | 2025-01-30 | **Overview:** *The County of Santa Clara sued to block P*<br>*undocumented immigrants and those with temporary*<br>*Administrative Procedure Act.*<br><br>**Case Summary:** Trump's executive order seeks to r<br>children of parents on lawful temporary visas on the<br>Santa Clara sued to protect residents who would los<br>administrative burdens and loss of tax revenues ass<br>the plain text of the Fourteenth Amendment, statut<br>seeks declaratory and injunctive relief.<br>**Update 1:** On Feb. 5, Santa Clara County filed a [mo<br>the birthright citizenship EO on the basis that the E<br>Amendment, the constitutional Separation of Powe |

| | | | |
|---|---|---|---|
| | | | **Update 2:** On Feb. 14, Defendants filed an opposition County does not reach threshold grounds and is unl **Update 3:** rep On Feb. 19, Santa Clara County filed a rep **Update 4:** On Feb. 21, Judge Eumi Lee ruled that bo the Ninth Circuit's decision in Washington v. Trump filed OSCs on Feb. 28. |
| _Le v. Trump_ (C.D. Cal.)<br><br>Case No. 8:25-cv-00104 | Complaint (under seal per Privacy Act) | 2025-01-20 | **Overview:** _A birthright citizenship case under seal. Th_<br><br>**Case Summary:** A birthright citizenship case under On Jan. 24, 2025, Judge Maame Ewusi-Mensah Frim preliminary injunction litigation in _Washington v. Tr_ |
| _New York Immigration Coalition v. Trump et al._ (S.D.N.Y.)<br><br>Case No. 1:25-cv-01309 | Complaint | 2025-02-13 | **Overview:** _A New York-based coalition of immigrant_<br>_Trump's Executive Order ("EO") revoking birthright ci_<br>_argues that the EO violates the Constitution and the Ir_<br><br>**Case Summary:** Plaintiffs are a nonprofit organizati pending asylum petition. She is five months pregna Protection Clauses of the Fourteenth Amendment. I<br>**Update 1:** On Mar. 21, 2025, plaintiffs filed a motio of the Executive Order. |
| **Executive Action: Immigration policy — punishment of sanctuary cities and states (Executive Order 14159) (DOJ "Sanctuary Jur** | | | |
| _Organized Communities Against Deportations et al v. Benjamine Huffman (Acting Secretary of Homeland Security) et al_ (N.D. Ill.)<br><br>Case No. 25-cv-868<br><br>**CASE CLOSED** | Complaint | 2025-01-25 | **Overview:** _Immigrant advocacy organizations in Chic_<br>_guidance targeting Sanctuary City policies and related_<br>_that it violates the Constitution and the Administrative_<br><br>**Case Summary:** Acting Attorney General Benjamin the Civil Division of the Department of Justice "to i Branch immigration initiatives and, where appropri advocacy organizations, allege that the guidance, ar advocacy and movement building," violate the Adm the Department of Justice's guidance.<br>**Update 1:** On Jan. 29, Plaintiffs requested the Court Preliminary Injunction. Plaintiffs noted its motions immigration raids. In light of Defendants' launching<br>**Update 2:** On Feb. 26, Plaintiffs voluntarily dismiss seek relief." The judge dismissed the case without p |
| _City and County of San Francisco v. Donald J. Trump, et al_ (N.D. Cal.)<br><br>Case No. 3:25-cv-01350 | Complaint | 2025-02-07 | **Overview:** _Several cities and counties sued President_<br>_of Justice ("DOJ") memo that, together, would withhol_<br>_be blocked from implementing the EO because both th_<br>_Procedure Act._<br><br>**Case Summary:** Trump's executive order directed t cities, which the Department of Justice implemente include various cities and counties. They sued on th reservation of unenumerated power to the states, se the Administrative Procedure Act. The lawsuit seeks any effort to enforce the provisions withholding fur |
| _City of Chelsea v. Trump_ (D. Mass.) | Complaint | 2025-02-23 | **Case Summary:** Trump's executive order directed t cities, which the Department of Justice implemente |

| Case No. 1:25-cv-10442 | | | Plaintiffs, two Massachusetts cities that identify as memo violate the Tenth Amendment's reservation c Amendment's due process clause, and the Administr memo are statutorily unlawful and unconstitutiona permanent injunctions against implementation of t |
|---|---|---|---|
| **Executive Action: Immigration Policy – "Expedited Removal" ([Executive Order 14159](#))** | | | |
| [*Make the Road New York et al v. Kristi Noem (Acting Secretary of Homeland Security) et al* (D.D.C.)](#)<br><br>Case No. 1:25-cv-00190 | [Complaint](#) | 2025-01-22 | **Overview:** *Make the Road New York (a grassroots im deportation of certain immigrants without a court hea implementation blocked because it violates the Consti*<br><br>**Case Summary:** Trump's executive order directed t Immigration and Nationality Act (INA) to include n present for more than two years. The plaintiff, Make Clause, the INA, and the Administrative Procedure A safeguards. The suit claims the rule is arbitrary, exce wrongful removal.<br>**Update 1:** On Mar. 22, Plaintiff [amended](#) the compl their expedited removal orders under the new rule e removal for noncitizens who filed affirmative applic |
| **Executive Action: Immigration Policy – Discontinuation of CBP One app ([Executive Order 14165](#))** | | | |
| [*Las Americas Immigrant Advocacy Center et al v. U.S. Department of Homeland Security* (D.D.C.)](#)<br><br>Case No. 1:24-cv-01702<br><br>Motion for TRO: 1:24-cv-01702-RC - Dkt. No. 71 | [Complaint](#)<br>[Motion for TRO](#)<br>(underlying case filed June 12, 2024) | 2025-01-23 | **Overview:** *Las Americas Immigrant Advocacy Center to challenge a rule limiting asylum access, including ir the Trump administration's directive to shut down the motion on February 6, 2025.*<br><br>**Case Summary:** The Trump administration executi app, which was created by the Biden administration Immigrant Advocacy Center and the ACLU had prev presenting at a port of entry or falling under anothe a pathway by which asylum-seekers could request a [motion for a temporary restraining order](#) and reque government's position.<br>**Update 1:** On Feb. 6, the court [denied](#) the motion fe government to parole noncitizens into the United S Homeland Security. |
| **Executive Action: Access of Lawyers to Immigrants in Detention ([Executive Order 14159](#))** | | | |
| [*Amica Center for Immigrant Rights et al. v. U.S. Department of Justice* (D.D.C.)](#)<br><br>Case No. 1:25-cv-00298 | [Complaint](#) | 2025-01-31 | **Overview:** *Nine immigrant advocacy organizations fi funding for legal resource programs for unrepresented that it violates the Constitution and the Administrativ*<br><br>**Case Summary:** In 2024, Congress appropriated fur Court Helpdesk (ICH). On Jan. 22, 2025, the Departr that halted funding for four programs providing leg purportedly to "audit" the programs pursuant to the organizations sued, arguing that terminating fundir accordance with the law under the Administrative P violates the First Amendment by denying the plaint restraining order and preliminary injunction and to preventing the plaintiffs from accessing immigratio have posted in those locations. |

**Executive Action: DHS Revocation of Temporary Protected Status (TPS) (vacatur of Venezuelan TPS; termination of Venezuela**

| | | | |
|---|---|---|---|
| *National TPS Alliance et al. v. Noem* (N.D. Cal.)<br><br>Case No. 25-cv-1766 | Complaint | 2025-02-19 | **Overview:** *The National TPS Alliance (an organizatio from Venezuela who have TPS challenged the Trump a was unlawful and motivated by racial bias.*<br><br>**Case Summary:** On Jan. 17, 2025, near the end of P Protected Status (TPS) for Venezuelans living in the vacated that extension, and days later she terminate Plaintiffs allege that DHS lacks authority to "vacate are "arbitrary and capricious, contrary to law, prete Procedure Act." Citing Secretary Noem's references were motivated at least partly by racial animus, in v aside DHS's vacatur and termination orders and rei<br>**Update 1:** On Feb. 20, the Plaintiffs filed a motion t argued they are likely to succeed on the merits beca arbitrary and capricious, and the government was n that, on balance, the Plaintiffs and the public intere imposition of one.<br>**Update 2:** On Mar. 3, the Defendants filed a reply to lacks jurisdiction to review Secretary Noem's action jurisdiction, the Plaintiffs' claims fail on the merits.<br>**Update 3:** On Mar. 7, the Plaintiffs filed a reply in su<br>**Update 4:** On Mar. 20, the Plaintiffs filed an amend extension for Haiti to 12 months, and asking the cou held a hearing on plaintiffs' motion to postpone the |
| *Casa, Inc. and Make the Road New York v. Noem* (D. Md.)<br><br>Case No. 8:25-cv-00525 | Complaint | 2025-02-20 | **Overview:** *CASA and Make the Road New York (two Protected Status for Venezuelans in the U.S., arguing t*<br><br>**Case Summary:** On Jan. 17, 2025, near the end of P Protected Status (TPS) for Venezuelans living in the vacated that extension, and days later she terminate Plaintiffs allege that Secretary Noem, in bypassing t Citing Secretary Noem's references to Venezuelan T Defendants' vacatur and termination of TPS designa Amendment. Plaintiffs request that the court declar extension. |
| *Haitian Americans United Inc. v. Trump* (D. Mass.)<br><br>Case No. 1:25-cv-10498 | Complaint | 2025-03-03 | **Case Summary:** On Jan. 17, 2025, near the end of P Protected Status (TPS) for Venezuelans living in the vacated that extension, and days later she terminate on Feb. 20, Secretary Noem announced a "partial va Plaintiffs allege that Secretary Noem, in bypassing t as arbitrary and capricious toward both the Venezue "dirtbags" and President Trump's stigmatization of was motivated by discriminatory intent and racial a unlawful and stop enforcement of the Haitian and V |

**Executive Action: Immigration Policy – Termination of categorical parole programs (Executive Order 14165)**

| | | | |
|---|---|---|---|
| *Doe v. Noem* (D. Mass.)<br><br>Case No. 1:25-cv-10495 | Complaint | 2025-02-28 | **Overview:** *A group of noncitizens applying for immig lawsuit alleging that President Donald Trump's Execu requested that the court block the EO on the basis tha* |

**Case Summary:** The Trump administration executi
programs contrary to the president's executive orde
for Cuba, Haiti, Nicaragua, and Venezuela (CHNV), a
USCIS Andrew Davidson issued a memorandum (no
adjudicate immigration benefit requests filed by no
reunification parole processes created in 2023 for na
parole processes for Haitians that was created in 20
created in 2007 and expanded in 2023.

Plaintiffs in this class action contend that both Exec
the Due Process Clause of the Fifth Amendment to t
quo ante.

**Update 1:** On Mar. 17, Plaintiffs filed an amended c
the class; additional immigration parole programs;
parole, re-parole, and other immigration benefits. P
administrative stay against DHS' indefinite morator
succeed on their Administrative Procedure Act and I

**Update 2:** On Mar. 21, DHS filed an opposition to P
for the class action on the same day, defining the cla
processes, as well as all individuals, who have receiv
for additional immigration benefit.

| | | | |
|---|---|---|---|
| **Executive Action: Proclamation Prohibiting Non-Citizens from Invoking Asylum Provisions" (Proclamation 10888)** | | | |
| *Refugee and Immigrant Center for Education and Legal Services v. Noem* (D.D.C.)<br><br>Case No. 1:25-cv-00306 | Complaint | 2025-02-03 | **Overview:** *Three nonprofit organizations challenged and U.S. while pursuing asylum claims. The lawsuit argues administration agreed not to use the proclamation to ... motion to pause the implementation of the proclamati*<br><br>**Case Summary:** Trump's proclamation bars immig Immigration and Nationality Act that would permit nonprofit organizations in Texas and Arizona provid that the order violates the following statutory and c<br><br>1. the Asylum Statute in the INA, 8 U.S.C. § 1158(a)( protections);<br><br>2. the Withholding of Removal Statute, 8 U.S.C. § 12 race, religion, nationality, membership in a particul<br><br>3. the Foreign Affairs Reform and Restructuring Act noncitizens of a meaningful opportunity to present<br><br>4. the Trafficking Victims Protection Reauthorizatic contiguous countries their statutory right to regula<br><br>5. the INA's procedural protections for removal, 8 U. procedural protections, including credible fear scree<br><br>6. the Administrative Procedure Act (APA), 5 U.S.C. and § 706(2)(D) (by failing to follow the required ru<br><br>7. the constitutional separation of powers (by excee protections).<br><br>The Plaintiffs seek a declaratory judgment that the |

| | | | |
|---|---|---|---|
| | | | **Update 1:** On Feb. 19, Plaintiffs filed an [emergency the Defendants and could be imminently deported u until 12 pm on Feb. 24 to allow the government tim ordered the Defendants to respond to Plaintiffs' em **Update 2:** On Feb. 22, Judge Moss [denied] as moot t agreed not to use President Trump's January 2025 b government must provide at least seven days' notice **Update 3:** On Mar. 24, the Trump administration [fil] standing, that presidential decisions are not review: invasion is an unreviewable political question." |

**Executive Action: Migrant Transfers to Guantanamo ([Presidential Memorandum])**

| | | | |
|---|---|---|---|
| [Perez Parra v. Castro] (D. N.M.)<br><br>Case No. 1:24-cv-00912-KG-KRS<br><br>Dkt. No. 43 | [Complaint] | 2025-02-09 | **Overview:** *Three Venezuelan men sued the U.S. gover already in proceedings contesting their detention. A fe to Venezuela and the case was dismissed.*<br><br>**Case Summary:** Trump's Presidential Memorandum Migrant Operations Center at Naval Station Guantá Three Venezuelan men, already part of an existing h the administration from transferring them to the Gu anticipated being moved as well. The challenge is sp jurisdiction of the court, and does not seek to block On Feb. 9, Chief District Judge Kenneth J. Gonzales three men.<br>**Update 1:** On Feb. 13, Judge Gonzales issued a 1-pa three petitioners were removed to Venezuela on Fel **Update 2:** On Feb. 14, the docket reflected a [Notice] |
| [Las Americas Immigrant Advocacy Center v. Noem] (D.D.C.)<br><br>Case No. 1:25-cv-00418 | [Complaint] | 2025-02-12 | **Overview:** *A coalition of immigrant advocacy groups, Guantánamo Bay, filed a lawsuit challenging Presiden that the U.S. government's actions violate the Constitu have their locations disclosed.*<br><br>**Case Summary:** Trump's Presidential Memorandum Migrant Operations Center at Naval Station Guantá Plaintiffs are suing on behalf of the families of four allege the government's action violates habeas corp Act's guarantee of the right to counsel. Plaintiffs fu Guantánamo violates both the plaintiffs' and the de actions violate those rights, permitting access to law requiring the government to provide 72-hours notic hours notice prior to any transfer of additional non **Update 1:** On Feb. 20, the government filed a [notice] government asserted "eliminates any need for temp [Restraining Order] arguing, among other things, tha advocacy organizations) lacked standing because th require the government to provide notice before tra constitutional claims.<br>**Update 2:** On Feb. 21, Plaintiffs filed a [Reply] reasse Guantánamo.<br>**Update 3:** On Feb. 24, Plaintiffs filed a [Reply] explai been transferred off Guantánamo and the TRO was Guantánamo. The Reply adds further factual allegat meaningful access to legal representation. These in |

| | | | |
|---|---|---|---|
| | | | make phone calls, including by saying "this is a terr… times such that most people cannot use them; (2) u… know your rights briefings, or practical means to me… including that only five detainees can make phone c… there is no way to transfer or sign paperwork other … habeas litigation involving law of war detainees," an… Plaintiffs argue that these restrictions violate detai… Immigration and Nationality Act, as well as the plai… |
| [Espinoza Escalona v. Noem](#) (D.D.C.)<br><br>Case No. 1:25-cv-00604 | [Complaint](#) | 2025-03-01 | **Overview:** *Ten noncitizens in immigration custody in… transfer undocumented migrants to Guantánamo Bay… immigration law and ask the court to prevent them an… return them to immigration facilities in the U.S.*<br><br>**Case Summary:** Trump's Presidential Memorandu… Migrant Operations Center at Naval Station Guantá… Plaintiffs, ten noncitizens in immigration custody i… They filed suit, arguing that under the Immigration … unlawful removal; and (2) unlawful detention. They … Administrative Procedure Act; (4) a violation of Fift… declaratory judgment that transfer to and detentio… grant of a writ of habeas corpus to enjoin defendan… return to facilities in the United States; and an inju… The same day, Plaintiffs also filed an [emergency mo](#) |
| **Executive Action: Suspension of the U.S. Refugee Admissions Program ([Executive Order No. 14163](#)) and Refugee Funding Suspe…** | | | |
| *[Pacito v. Trump](#)* (W.D. Wash)<br><br>(2:25-cv-255) | [Complaint](#) | 2025-02-10 | **Overview:** *Ten plaintiffs, including refugees, U.S. citi… ("EO") and the State Department's January 24, 2025 … programs. The lawsuit argues that these actions viol… federal judge has issued a nationwide preliminary inju…*<br><br>**Case Summary:** On Jan. 20, 2025, President Trump… State Department issued a Jan. 24 notice suspendin… citizens, and resettlement organizations (HIAS, Chu… action seeking injunctions to block implementation … processing and resettlement services consistent wit… alleges that the orders have left approved refugees s… forced layoffs at resettlement institutions.<br>The complaint asserts that the executive orders viol… capricious under the Administrative Procedure Act … basis for the change in policy, and breach agency re… doctrine requiring government officials to follow th… Fifth Amendment due process rights of U.S. citizens… principles by attempting to redistribute or withhold…<br>**Update 1:** Judge Jamal Whitehead, [ruling](#) from the …<br>**Update 1:** On Feb. 25, Judge Jamal Whitehead, [rulin](#)… order.<br>**Update 2:** On Feb. 28, Judge Whitehead [issued](#) a wr…<br>**Update 3:** On Mar. 3, the government submitted a [r](#)…<br>**Update 4:** On Mar. 5, Plaintiffs filed an [amended co](#)… after Judge Whitehead's preliminary injunction, inc… programs, the amended complaint also requests a T… submitted a [motion](#) for a preliminary injunction on … |

| | | | |
|---|---|---|---|
| | | | **Update 5:** On Mar. 24, the court granted a <u>second p</u>...<br>**Update 6:** On Mar. 25, the Trump administration <u>fil</u>... |
| <u>United States Conference of Catholic Bishops v. Department of State et al.</u> (D.D.C.)<br><br>Case No. 1:25-cv-00465 | <u>Complaint</u> | 2025-02-18 | **Overview:** *The United States Conference of Catholic b*...<br>*Catholic Church in the U.S. and which provides refuge*...<br>*and funding for resettlement programs. USCCB argues*...<br>*seeks to prohibit the U.S. government from implementi*...<br>*agreed to speed up the process for deciding whether to*...<br><br>**Case Summary:** On Jan. 20, 2025, President Trump ...<br>State Department issued a Jan. 24 <u>notice</u> suspending...<br>Catholic Bishops (USCCB), is part of a public-privat...<br>and was providing transitionary resettlement servic...<br>brought suit, arguing the government policy suspen...<br>Procedure Act because it (1) violates the Immigratio...<br>an arbitrary and capricious abuse of discretion; and ...<br>They seek a declaratory judgment that the suspensi...<br>government from implementing the suspension and ...<br>cooperative agreements.<br>**Update 1:** On Feb 20, 2025, Judge Trevor N. McFadd...<br>schedule for the preliminary injunction motion.<br>**Update 2:** On Feb. 24, Plaintiffs filed a <u>supplementa</u>...<br>**Update 3:** On Mar. 3, Plaintiffs filed an <u>amended co</u>...<br>of that motion; and Judge McFadden <u>ruled</u> that the ...<br>amended complaint and the amended motion for a ...<br>State Department terminated the cooperative agree...<br>dispute from a suspension of funding to a complete...<br>**Update 4:** On Mar. 5, the government filed in <u>oppos</u>...<br>plaintiffs filed a <u>reply</u>.<br>**Update 5:** On Mar. 11, Judge McFadden <u>denied</u> Plai...<br>**Update 6:** On Mar. 12, Plaintiffs submitted a <u>notice</u> |
| **Executive Action: Funding Freeze for Immigration Services (<u>Executive Order 14159</u>) (Sec. of Homeland Security <u>Memorandum I</u>** |||
| <u>Solutions In Hometown Connections v. Noem</u> (D. Md.)<br><br>Case No. 8:25-cv-00885 | <u>Complaint</u> | 2025-03-17 | **Overview:** *A group of nonprofit organizations are cho*...<br>*They argue that the freeze, implemented in response t*...<br>*administrative procedures. They seek declaratory and*...<br>*operations.*<br><br>**Case Summary:** Plaintiffs, a group of nonprofit org...<br>indefinitely freeze grants for nonprofits that help pr...<br>by DHS Secretary Kristi Noem, via a <u>memorandum o</u>...<br>capricious, and has caused significant harm to their ...<br>the Administrative Procedure Act, the Homeland Se...<br>injunctive relief to lift the freeze, restore their fund...<br>Update 1: On Mar. 25, Plaintiffs submitted a <u>motion</u> |
| **Executive Action: IRS Data Sharing for Immigration Enforcement Purposes (<u>Executive Order 14165</u>) (<u>Executive Order 14159</u>) (E**|||
| <u>Centro de Trabajadores Unidos v. Bessent</u> (D.D.C.)<br><br>Case No. 1:25-cv-00677 | <u>Complaint</u> | 2025-03-07 | **Overview:** *Nonprofits Centro de Trabajadores Unidos*...<br>*brought a suit against Secretary of the Treasury Scott*...<br>*Krause, seeking to block the disclosure of personal info*...<br>*(DHS) for immigration enforcement purposes. A feder*...<br>*no information has yet been shared with DHS.*<br><br>**Case Summary:** Plaintiffs allege that the Trump ad... |

immigration enforcement" by seeking access to dat[...]
to individuals who lack social security numbers (i.e.[...]
required by law. Plaintiffs assert that granting imm[...]
ITINs would "expose millions of taxpayers to the ad[...]
Plaintiffs claim the government's actions are ultra v[...]
requiring confidentiality of tax return information. [...]
They seek declaratory and injunctive relief to preve[...]
unless such disclosure is specifically permitted by la[...]
**Update 1**: On Mar. 14, Plaintiffs filed a motion requ[...]
**Update 2**: On Mar. 17, Defendants filed a response t[...]
**Update 3**: On Mar. 18, Plaintiffs filed a reply in sup[...]
**Update 4**: On Mar. 20, following a hearing the day [...]
standing, likelihood of success on the merits, or irr[...]

---

**Executive Action: Habeas Corpus and Removal of Protestors (Protecting the United States from Foreign Terrorists and Other Na[...]**
**Semitism (Executive Order 1488))**

| | | | |
|---|---|---|---|
| *Mahmoud Khalil v. William P. Joyce et al.* (D.N.J.)<br><br>Case no. 2:25-cv-01963<br>(formerly S.D.N.Y. Case No. 1:25-cv-01935) | Habeas petition | 2025-03-09 | **Overview:** *A green card holder and recent graduate o[...]*<br>*Customs Enforcement (ICE) and other government offi[...]*<br>*constitutional rights, including the First and Fifth ame[...]*<br>*On the same day, the court made all court files availab[...]*<br>*call on Mar. 12 and at least one such call on Mar. 13.*<br><br>**Case Summary:** On Mar. 8, 2025, Immigration and [...]<br>lawful U.S. permanent resident (a green card holder[...]<br>organizing pro-Palestinian demonstrations against [...]<br>The habeas petition alleges, "At the time this procee[...]<br>The government moved Khalil to a detention facilit[...]<br>and a U.S. citizen. His legal team filed a habeas corp[...]<br>team also moved to compel the government to retur[...]<br>On Mar. 10, SDNY federal judge Jesse Furman temp[...]<br>extended after an emergency conference hearing on[...]<br>**Update 1:** On Mar. 12, the government submitted a[...]<br>time Khalil filed a petition for a writ of habeas corp[...]<br>Newark, New Jersey." The government filed a motion[...]<br>**Update 2:** On Mar. 12, Judge Jesse Furman issued a[...]<br>filings publicly available unless redacted or sealed. [...]<br>Mar. 12 and at least one such call on Mar. 13.<br>**Update 3:** On Mar. 14, Petitioner Mahmoud Khalil f[...]<br>argues that, if the court concludes it is not the prop[...]<br>(not the Western District of Louisiana, as requested[...]<br>**Update 4:** On Mar. 15, Petitioner Mahmoud Khalil r[...]<br>the release of Mr. Khalil for the pendency of this liti[...]<br>Ground' applies to him for the pendency of this litig[...]<br>and removing noncitizens who engage in constitutio[...]<br>critical of Israel for the pendency of this litigation."[...]<br>**Update 5:** On Mar. 19, Judge Furman denied the go[...]<br>the case, albeit to the District of New Jersey, not to t[...] |
| *Chung v. Trump* (S.D.N.Y.)<br><br>Case No. 1:25-cv-02412 | Complaint and Habeas Petition | 2025-03-24 | **Overview:** *Yunseo Chung, a lawful permanent reside[...]*<br>*to the war in Gaza, has sued President Donald Trump,[...]*<br>*her under a State Department policy inspired by a rece[...]*<br>*amendment. The judge has temporarily blocked the go[...]* |

| | | | |
|---|---|---|---|
| | | | **Case Summary**: On January 29, 2025, President Do prioritize investigating "post October 7, 2023 campu will be taken by the Department of Justice to protec anti-Jewish racism in leftist, anti-American colleges laws." Following this EO, the Department of State adopted whether a noncitizen's activities had "potentially se Department of Homeland Security to seek to detain On Mar. 8, an Immigration and Customs Enforceme University student and lawful U.S. permanent reside demonstration at Columbia on Mar. 5. Chung has not yet been detained and has proactively government officials from taking enforcement actio her case. She also requested that the Court vacate a that the policy violates the First and Fifth Amendme **Update 1**: On Mar. 24, Judge Naomi Reice Buchwald |
| *Taal v. Trump* (N.D.N.Y.) Case No. 3:25-cv-00335 | Complaint | 2025-03-15 | **Overview**: *Momodou Taal, a noncitizen lawfully resid Security and President Donald Trump seeking to block noncitizens for participating in protest activities on co due process and have asked the court to temporarily b* **Case Summary**: On Jan. 20, President Donald Trum screening and vetting procedures to prevent the ent U.S. On Jan. 29, Trump issued an EO directing feder education campuses. On March 14, 2025, the State I residing in the U.S. named Momodou Taal. On Mar. 15, Plaintiffs, Momodou Taal and other citi Department of Homeland Security (DHS), and Secre of the EOs on the grounds that they violate the Firs injunction, seeking to temporarily block Defendants proceeds. **Update 1**: On Mar. 22, the Government filed an opp **Update 2**: On Mar. 27, Judge Elizabeth Coombe den satisfy the high burden for a temporary restraining commencement of removal proceedings, Plaintiffs h The court recognized that same day the Plaintiffs ha effect of the judgment. Plaintiffs also submitted a n schedule in response. |
| *Vizguerra-Ramirez v. Choate et al* (D. Colorado) Case No. 25-cv-00881-NYW | Habeas petition (under seal) | 2025-03-18 | **Overview**: *Jeanette Vizguerra-Ramirez, a Mexican cit unconstitutional. On Mar. 21, Judge Wang ordered tha* **Case Summary**: On Mar. 17, Jeanette Vizguerra-Rar Enforcement (ICE). On Mar. 18, she filed a petition f placed in removal proceedings or subject to a valid, declare that her detention is unlawful and unconsti **Update 1**: On Mar. 21, Judge Nina Wang ordered tha court of appeals vacate the order. |
| *Ozturk v. Hyde* (D. Mass) Case no. 1:25-cv-10695 | Habeas petition (Mar. 25, 2025) (under seal) | 2025-03-25 | **Overview**: *Rumeysa Ozturk, a Turkish citizen and Ph Talwani ordered that Ozturk not be removed from the* **Case Summary**: On Mar. 25, Rumeysa Ozturk, a citi |

| | Amended habeas petition (Mar. 28, 2025) | | Department of Homeland Security (DHS). The same ... **Update 1:** On Mar. 25, Judge Indira Talwani issued a ... moving Ozturk outside of the District of Massachus... **Update 2:** On Mar. 28, Ozturk, now also represented ... |
|---|---|---|---|

### Structure of Government/Personnel

#### Executive Action: Reinstatement of Schedule F for Policy/Career Employees ([Executive Order 14171](#))

| | | | |
|---|---|---|---|
| *National Treasury Employees Union v. Donald J. Trump et al* (D.D.C.)<br><br>Case No. 1:25-cv-00170 | [Complaint](#) | 2025-01-20 | **Overview:** *National Treasury Employees Union ("NT...* *departments, sued the Trump administration to block ...* *the Director of the Office of Personnel Management to ...* *at will. NTEU argues the EO violates civil servant pro...*<br><br>**Case Summary:** Trump's executive order authorize... the civil service and strip them of their civil-service ... Treasury Employees Union sued to block implemen... order violates laws Congress passed to provide civil ... Senate-confirmed political appointees. |
| *Government Accountability Project v. Office of Personnel Management* (D.D.C.)<br><br>Case No. 1:25-cv-00347 | [Complaint](#)<br>(Feb. 6, 2025) | 2025-02-06 | **Overview:** *A group of non-profit organizations who r...* *Personnel Management ("OPM") alleging Trump's Exe...* *government workers. The non-profits argue that the E...*<br><br>**Case Summary:** On Jan. 27, Director of the Office o... president's executive order, which aims to reclassify ... enabling the president or heads of agencies to fire t... employees, retirees and their survivors—allege that ... Procedure Act, violates the Civil Service Reform Act ... Process rights. They seek a declaratory judgment th... administration from implementing the executive or... |
| *Public Employees for Environmental Responsibility v. Donald Trump et al* (D. Md.)<br><br>Case No. 8:25-cv-00260-PX | [Complaint](#) | 2025-01-28 | **Overview:** *Non-profit organization Public Employees...* *("EO") that would authorize the Director of the Office...* *administration to terminate them at will. The lawsuit ...* *Procedure Act and deprives civil servants of their right...*<br><br>**Case Summary:** Trump's executive order authorize... the civil service and strip them of their civil-service ... represented by Citizens for Responsibility and Ethic... order. The lawsuit argues that the executive order v... stripping them of protections guaranteed under the ... |
| *American Federation of Government Employees, AFL-CIO and American Federation of State, County And Municipal Employees, AFL-CIO v. Donald Trump et al* (D.D.C.)<br><br>Case No. 1:25-cv-00264 | [Complaint](#) | 2025-01-29 | **Overview:** *Two major labor unions, representing over...* *("EO") that changes workers' job category, removing p...* *Procedure Act (APA).*<br><br>**Case Summary:** On Jan. 27, Director of the Office o... executive order, which aims to reclassify thousands ... the president or heads of agencies to fire them at w... employees – assert that the Trump administration f... Procedural Act in issuing the order, which renders "... 210.102(b)(4), and 5 C.F.R. § 302.601-603. The plain... the Defendants from enforcing the order without fir... |

| Executive Action: Establishment of "Department of Government Efficiency" (DOGE) ([Executive Order 14158](#) and [Executive Orde...] | | | |
|---|---|---|---|
| [Public Citizen Inc et al v. Donald J. Trump and Office of Management and Budget](#) (D.D.C.)<br><br>Case No. 1:25-cv-00164<br><br>**CASE CLOSED** | [Complaint](#) | 2025-01-20 | **Overview:** *Two advocacy organizations sued Presider Order ("EO") creating the Department of Government power to unelected citizens without public oversight. T* [Association v. Office of Budget and Management](#)*, have*<br><br>**Case Summary:** Trump's executive order renames t and reestablishes the office under the Executive Off Government Employees sued, arguing that the orde making authority to private citizens without public with the FACA's requirements.<br>**Update 1:** On Feb. 18, 2025, Judge Jia M. Cobb (D.D [Department of Government Efficiency](#) ([complaint](#)), an make all future filings in this case.<br>**Update 2:** On Mar. 3, 2025, Public Citizen Plaintiffs Government Efficiency and American Public Health Management. |
| [Jerald Lentini, Joshua Erlich, and National Security Counselors v. Department of Government Efficiency, Office of Management and Budget, Office of Personnel Management, Executive Office of the President, Elon Musk, Vivek Ramaswamy, Russell Vought, Scott Kupor, and Donald Trump](#) (D.D.C.)<br><br>Case No. 1:25-cv-00166 | [Complaint](#) | 2025-01-20 | **Overview:** *National Security Counselors (a public adv ("EO") establishing the Department of Government Ef delegating regulatory and monetary power to unelecte Trump.*<br><br>**Case Summary:** Trump's executive order renames t and reestablishes the office under the Executive Off arguing that the order violates the Federal Advisory without public access. The suit asks the court to enj<br>**Update 1:** On Feb. 18, 2025, Judge Jia M. Cobb (D.D Parties in [Lentini v. Department of Government Efficie](#) all future filings in [Public Citizen](#).<br>**Update 2:** On Mar. 22, Plaintiffs submitted a [notice](#) describing his government position. |
| [American Public Health Association et al v. Office of Management and Budget, Acting Director of the Office of Management and Budget, and the Department of Government Efficiency](#) (D.D.C.)<br><br>Case No. 1:25-cv-00167 | [Complaint](#) | 2025-01-20 | **Overview:** *Several public interest advocacy organizati Department of Government Efficiency (DOGE). The lav and monetary power to unelected citizens without pub*<br><br>**Case Summary:** Trump's executive order renames t and reestablishes the office under the Executive Off the Federal Advisory Committee Act, which bars the asks the court to enjoin the operation of DOGE unle<br>**Update 1:** On Feb. 18, 2025, Judge Jia M. Cobb (D.D Parties in [Lentini v. Department of Government Efficie](#) all future filings in [Public Citizen](#). |
| [Center for Biological Diversity v. Office of Management and Budget](#) (D.D.C.)<br><br>Case No. 1:25-cv-00165 | [Complaint](#) | 2025-01-20 | **Overview:** *The Center for Biological Diversity sued th records related to communications between OMB and important to the public interest.*<br><br>**Case Summary:** Trump's executive order renames t and reestablishes the office under the Executive Off Budget under the Freedom of Information Act, dem acting on its behalf. |

| | | | |
|---|---|---|---|
| | | | **Update 1:** On Feb. 27, 2025, plaintiffs filed an [amen...] Gleason. It also included a new second claim, with p... obligations violate the Administrative Procedure Ac... |
| *[J. Does 1-26 v. Musk](#)* (D. Md)<br><br>Case 8:25-cv-00462-TDC | [Complaint](#) | 2025-02-13 | **Overview:** *Twenty-six current and former employees... Department of Government Efficiency ("DOGE") allegi... Appointments Clause and requesting that the court pr... 18, the Court ordered DOGE to halt its dismantling of... related to USAID. On March 21, Musk and DOGE app...*<br><br>**Case Summary:** Trump's executive order renames t... and reestablishes the office under the Executive Off... lawsuit claiming that Elon Musk's constitutional au... confirmation violates the Appointments Clause. Th... controlling agency operations, making personnel de... by properly appointed officers of the United States... constitutional requirement for Senate confirmation... considered merely an inferior officer, as Congress ha... also argue that DOGE's structure violates separation... create agencies and their authorities through statut... Musk and DOGE to be acting unlawfully, enjoin Mus... set aside their actions taken to date.<br>**Update 1:** On Feb. 18, Plaintiffs filed a [motion](#) for a...<br>**Update 2:** On Feb. 24, Defendants [filed](#) a motion in...<br>26.<br>**Update 3:** On Mar. 18, the Court [granted](#) in part and... Plaintiffs demonstrated a likelihood of success on th... payments, security notifications, and other electron... contract terminations but did enjoin them from tak... terminations and closures of offices.<br>**Update 4:** On Mar. 19, Defendants filed a [motion](#) fo... Mar. 18, claiming Jeremy Lewin should not be boun...<br>**Update 5:** On Mar. 20, the court [denied](#) Defendant's... Lewin is bound by the preliminary injunction.<br>**Update 6:** On Mar. 21, Defendants [appealed](#) the Co... modification to the Fourth Circuit.<br>**Update 7:** On Mar. 25, the Court [ordered](#) that the di...<br>**Update 8:** On Mar. 28, the Fourth Circuit [granted](#) th... |
| *[New Mexico et al. v. Musk](#)* (D.D.C.)<br><br>Case No. 1.25-cv-00429 | [Complaint](#) | 2025-02-13 | **Overview:** *Fourteen states sued Elon Musk and the D... head of DOGE violates the Constitution's Appointmen... this legal question is resolved. A federal court denied t... constitutional issues with Musk's appointment and or...*<br><br>**Case Summary:** Trump's executive order renames t... and reestablishes the office under the Executive Off... authority to exercise significant government powers... complaint alleges that Musk and the DOGE staff are... decisions, and directing federal spending, all powers... suit asks the court to declare Musk and DOGE to be... exercising government authority (including a specif... effect, and set aside their actions taken to date.<br>**Update 1:** On Feb. 17, the government submitted a j... not the head of DOGE nor an employee of DOGE. |

| | | | |
|---|---|---|---|
| | | | **Update 2:** On Feb 18, Judge Tanya Chutkan [denied] favorable view of the Plaintiffs' argument on the me **Update 3:** On Feb. 24, plaintiff states filed a [motion] Defendants filed a [memorandum in opposition] on F confirm public reporting about Defendants' conduct and unlawful authority that Defendants are exercisi generally concern DOGE's and Musk's conduct in fo federal employees on leave; (3) cancelling, freezing, using, or making changes to federal databases or da **Update 4:** On Mar 7, defendants filed a [motion to di] relief can be granted. **Update 5:** On Mar. 12, Judge Tanya Chutkan [grante] the requested documents and respond to the interro |
| *Japanese American Citizens League v. Musk* (D.D.C.)<br><br>Case No. 1:25-cv-00643 | [Complaint] | 2025-03-05 | **Overview:** *A group of nonprofits filed a lawsuit again and/or reverse actions by DOGE to cut federal funding to take these actions.*<br><br>**Case Summary:** Plaintiffs are four nonprofit organi Asian Pacific American Advocates, Sierra Club, and several executive agencies and their heads. Plaintiffs allege that they are harmed by DOGE's cu National Park Service and historic sites. Plaintiffs al federal budget, slash federal spending, reduce the fe have acted in violation of the separation of powers ' appropriated federal funds; terminating federal wor working to abolish federal departments and agencie statute; and refusing to spend money appropriated Clause and the Administrative Procedure Act. They authority to take a wide array of actions and that th **Update 1:** This case has been consolidated with cas forward, all pleadings shall be filed only in the lead |
| *Center for Biological Diversity v. U.S. Department of Interior* (D.D.C.)<br><br>Case No. 1:25-cv-00612 | [Complaint] | 2025-03-03 | **Overview:** *On Jan. 20, 2025, President Trump signed (Department of Government Efficiency). On Feb. 19, Tr heads shall, in coordination with their DOGE Team Le regulations."*<br><br>**Case Summary:** On Jan. 20, 2025, President Trump (Department of Government Efficiency). On Feb. 19 "agency heads shall, in coordination with their DOG to review all regulations." Plaintiffs, a nonprofit organization focused on habit have violated the Administrative Procedures Act by public access to advisory committee meetings. They violated the APA and FACA, an injunction stopping employees, and an order of mandamus requiring cor |
| **Executive Action: Solicitation of information from career employees** | | | |
| *Jane Does 1-2 v. Office of Personnel Management* (D.D.C.)<br><br>Case No. 1:25-cv-00234 | [Complaint] | 2025-01-27 | **Overview:** *Two federal employees brought a class act unauthorized email system to collect data on all civilia request to halt OPM's actions and OPM has since mov*<br><br>**Case Summary:** The Office of Personnel Manageme |

| | | | |
|---|---|---|---|
| | | | single email address, HR@opm.gov. Individuals clai... on an unsecure server at OPM. Plaintiffs, employees... information, sued. The lawsuit alleges that the new... Personnel Management to conduct a Privacy Impac...
**Update 1 and 2:** On Feb. 4, 2025, the plaintiffs requ... request and said an opinion will follow.
**Update 3:** On Feb. 11, OPM moved to dismiss the C... upon which relief can be granted.
**Update 4:** On Feb. 17, 2025, in a Memorandum Opin... that they had not shown they were likely to have sta...
**Update 5:** On Mar. 5, plaintiffs filed a memorandum... |
| **Executive Action: Disclosure of personal and financial records to DOGE** | | | |
| *Alliance for Retired Americans v. Scott Bessent et al* (D.D.C.)<br><br>Case No. 1:25-cv-00313 | Complaint | 2025-02-03 | **Overview:** *A group of labor unions representing feder... affiliated with the Department of Government Efficienc... violation of the Privacy Act and the IRS Code. Both pa... "read-only" access.*<br><br>**Case Summary:** The complaint alleges that the Tre... financial information maintained by the Treasury D... transmitted from the Treasury Department to DOG... injunction and declaratory relief, as well as a tempo... actions in excess of legal authority under the Priva...
**Update 1:** On Feb. 6, 2025, the parties in the suit m... Treasury Department payment records and systems... access), other employees who need to access the rec... under statute.
**Update 2:** On Feb. 20, the court issued an order acc...
**Update 3:** On Feb. 25, following a hearing the previ... the decisions challenged in this case on or before M...
**Update 4:** On Mar. 7, Judge Colleen Kollar-Kotelly d... cleared the "high standard" of showing a likelihood... that Defendants imminently planned to make their... government... with no obligation to maintain its confidentiality, th... |
| *New York et al v. Donald J. Trump* (S.D.N.Y.)<br><br>Case No. 1:25-cv-01144-JAV | Complaint | 2025-02-07 | **Overview:** *Nineteen state attorneys general sued Pres... affiliated with the Department of Government Efficienc... violation of the Administrative Procedure Act, the Priv... payment records maintained by the Treasury Departm...*<br><br>**Case Summary:** The complaint alleges that the Tre... financial information maintained by the Treasury D... of giving expanded access to political appointees an... Administrative Procedure Act (APA). The plaintiffs ... unauthorized purpose of impeding payments and ac... of the Privacy Act; and for violating ethics statutes ... and is ultra virus.
The plaintiffs requested an emergency temporary re... appointees, special government employees, and gov... received a background check, security clearance, an...
**Update 1:** The case is before Judge Jeannette A. Var... temporary restraining order until Judge Vargas hold... Department's systems and also requires prohibited... |

Department's systems.

**Update 2:** On Feb. 21, Judge Vargas [granted] a limite
DOGE-affiliated individuals to any payment record,
containing personally identifiable information and/
exists that sensitive information has already been s
ordered the Treasury Department to submit a repor
vetting and security clearances processes that mem
pursuant to which each DOGE Team member was er
that govern the relationship between the DOGE Tea
**Update 3:** On Mar. 7, plaintiffs filed a [motion for re]
identifying information (PII) protections of the Priv

| | | | |
|---|---|---|---|
| *AFL-CIO v. Dep't of Labor* (D.D.C.)<br><br>Case No. 1:25-cv-00339 | [Complaint] | 2025-02-05 | **Overview:** *A coalition of labor unions sued the Depar to block DOGE's access to internal DOL information sy the Economy Act, and other federal laws. A federal cou further analysis was needed in particular on the Econo*<br><br>**Case Summary:** On Feb. 5, 2025, DOGE sought acce DOGE's attempt to direct the agency and access int unlawful under the Administrative Procedure Act as Statistical Efficiency Act, violation of the Privacy Ac They seek temporary, preliminary, and permanent i taking adverse action against employees who refuse Labor information regarding that person's business On the same day as the complaint was filed, judge Jc [Department of Labor] will not allow DOGE access t<br>**Update 1:** On Feb. 7, Judge Bates [denied] the petitic<br>**Update 2:** On Feb. 12, Plaintiffs submitted a [renewe] to their systems of records, except as consistent wit<br>**Update 3:** On Feb. 14, Judge Bates [denied] the renew important for this denial of a TRO, the Court will be<br>**Update 4:** On Feb. 27, Judge Bates [ordered] limited e of documents, and the deposition of four individual: Health and Human Services, and DOGE), to last no i<br>**Update 5:** On Feb. 28, defendants filed a [motion to] can be granted. Plaintiffs filed a [memorandum in op] |
| *University of California Student Ass'n v. Carter et al*<br><br>Case No. 1:25-cv-00354 | [Complaint] | 2025-02-07 | **Overview:** *The University of California Student Assoc Efficiency's ("DOGE's") access to sensitive informatior Procedure Act, the Privacy Act, and the Internal Rever proceeds.*<br><br>**Case Summary:** On Feb. 3, 2025, reportedly 20 peop obtained access to sensitive internal information sy access is unlawful under the Administrative Procedu Code; arbitrary and capricious; and in excess of stat access Department of Education records that contai preventing the Department of Education from conti requiring recovery of unlawfully transferred inform:<br>**Update 1:** On Feb. 10, Plaintiff [moved] for a TRO, re individuals affiliated with DOGE, and required to re transferred by DOGE or individuals associated with<br>**Update 2:** On Feb. 17, Judge Randolph Moss [denied] formally authorized to view it, without more, does r |

| | | | |
|---|---|---|---|
| | | | an irreparable injury where highly sensitive informa...<br>He also wrote that irreparable harm was not presen...<br>unauthorized disclosures.<br>**Update 3:** On Mar. 4, plaintiffs filed a [motion for ex... |
| _National Treasury Employees Union v. Russell Vought_ (D.D.C.)<br><br>Case No. 1:25-cv-00380 | [Complaint] | 2025-02-09 | **Overview:** _The National Treasury Employees Union s..._<br>_seeking to block the Department of Government Efficie..._<br>_basis that the CFPB's decision to grant DOGE-affiliate..._<br>_and CFPB regulations._<br><br>**Case Summary:** DOGE "special government emplo..."<br>of whom is or has been a CFPB employee—were add...<br>Director of CFPB, instructed CFPB staffers to grant ...<br>statutory obligation to protect its employee informa...<br>that CFPB violated that obligation by granting DOG...<br>Plaintiffs seek a judgment declaring that CFPB viola...<br>information to DOGE is unlawful, and request an in... |
| _American Federation of Teachers et al v. Bessent et al_ (D. Md.)<br><br>Case No. 8:25-cv-00430 | [Complaint] | 2025-02-10 | **Overview:** _The American Federation of Teachers and ..._<br>_Department of Education ("DOE"), challenging the ag..._<br>_("DOGE") employees. The plaintiffs argue that the dis..._<br>_the court to declare the disclosure unlawful, to tempor..._<br>_agencies retrieve the information disclosed. The court ..._<br>_been stopped from disclosure by a separate but relate..._<br><br>**Case Summary:** The complaint alleges that the Tre...<br>provided DOGE "special government employees" wi...<br>information (including Social Security numbers, fin...<br>Administrative Procedure Act as (1) not in accordan...<br>of statutory authority. They seek a declaratory judg...<br>injunctive relief to bar defendants from allowing DC...<br>ensure records improperly disseminated are retrieve...<br>Act.<br>**Update 1:** On Feb. 12, Plaintiffs [moved] for a TRO en...<br>records housed outside government information sys...<br>**Update 2:** On Feb. 24, the court [granted] a TRO enjo...<br>sensitive information to any DOGE affiliates. The co...<br>injunction against Treasury has already been grante...<br>**Update 3:** On Feb. 27, Judge Boardment ordered the...<br>**Update 4:** On Mar. 7 the government submitted rec...<br>**Update 5:** On Mar. 8, Plaintiffs [filed a motion] to co...<br>discovery in the case.<br>**Update 6:** On Mar. 8, Plaintiffs [moved for a prelimi...]<br>to DOGE or its affiliates.<br>**Update 7:** On Mar. 24, Judge Deborah L. Boardman ...<br>immediately filed a [notice of appeal] and a [motion t...] |
| _Electronic Privacy Information Center v. U.S. Office of Personnel Management_ (E.D.VA.)<br><br>Case No. 1:25-cv-00255 | [Complaint] | 2025-02-10 | **Overview:** _The Electronic Privacy Information Center ..._<br>_Treasury Department, challenging the agencies' disclo..._<br>_employees. The plaintiffs argue that the disclosure vio..._<br>_beyond the agencies' scope of authority. They have ask..._<br>_accessing the information. The court denied their requ..._<br><br>**Case Summary:** The complaint alleges that the Tre... |

| | | | |
|---|---|---|---|
| | | | financial information maintained by the Treasury D[...] employee), sued, claiming that the transmission of [...] theft and financial crimes. Plaintiffs also argue that [...] Modernization Act (FISMA) and other privacy and s[...] of information and halting further sharing by OPM [...] Amendment, 26 U.S.C. § 6103, and actions beyond t[...] statutory and punitive damages.<br>**Update 1:** On Feb. 12, Plaintiffs [moved] for a TRO t[...] to enjoin DOGE defendants from accessing informa[...]<br>**Update 2:** On Feb. 21, Judge Rossie D. Alston, Jr. iss[...] preliminary injunction, and denying the motion. Ju[...] require the Court to make several leaps in reasoning[...] stated: "Although the Court is denying injunctive re[...] their rights if, in the future, they experience harm t[...] unauthorized personnel accessed the BFS and/or EH[...] |
| *American Federation of Government Employees, et al. v. Office of Personnel Management et al* (S.D.N.Y)<br><br>Case No. 1:25-cv-01237 | [Complaint] | 2025-02-11 | **Overview:** *The American Federation of Government E[...] the agencies' alleging unlawful disclosure of sensitive [...] argue that the disclosure violates federal laws and goe[...] unlawful, stop the agencies from further sharing infor[...]*<br><br>**Case Summary:** Plaintiffs allege the Office of Perso[...] sensitive personal and employment records of gover[...] performance information, health records, and more[...] arguing OPM's disclosure of this information to DO[...] are ultra vires. They seek a declaratory judgment th[...] relief; and an order for the impoundment and destr[...]<br>**Update 1:** On Feb. 14, plaintiffs filed a [motion for a] Feb. 23, in light of a TRO issued by the District of M[...] their motion for a TRO be converted to a motion for[...]<br>**Update 2:** On Feb. 27, plaintiffs filed a [motion for e:] a [reply] on Mar. 6. Judge Cote [granted the motion]<br>**Update 3:** On Mar. 24, plaintiffs [filed a memorandu] |
| *Nemeth-Greenleaf, et al. v. Office of Personnel Management, et al.* (D.D.C.)<br><br>Case No. 1:25-cv-00407 | [Complaint] | 2025-02-11 | **Overview:** *Federal employees have sued the Office of [...] personal, health, and financial information to the Dep[...] violates federal laws. They have asked the court to stop[...]*<br><br>**Case Summary:** Plaintiffs are federal employees fro[...] that DOGE workers unlawfully accessed their priva[...] engaged in an "unlawful ongoing, systemic, and co[...] in violation of the Privacy Act, 5 U.S.C. § 552a. They[...] |
| *Gribbon et al. v. Musk* (D.D.C.)<br><br>Case No. 1:25-cv-00422 | [Complaint] | 2025-02-12 | **Overview:** *Six individuals sued Elon Musk, the Office [...] plaintiffs argue that by sharing their private informati[...] Musk and the agencies' actions unlawful, stop them fr[...] and fraud protection services.*<br><br>**Case Summary:** Plaintiffs filed a proposed class act[...] information with the federal government. The comp[...] Plaintiffs' and Class members'" private information [...] Defendants OPM and Treasury violated the Privacy [...] Defendants' unlawful ongoing, systematic, and cont[...] |

Litigation Tracker: Legal Challenges to Trump Administration Actions

| | | | |
|---|---|---|---|
| *Center for Taxpayer Rights v. IRS* (D.D.C) Case 1:25-cv-00457 | Complaint | 2025-02-17 | **Overview:** *Several organizations, on behalf of taxpay... tax information the agencies gave to the Department o... agencies violated multiple federal laws and exceeded t... DOGE's access, and require the return or deletion of th...* **Case Summary:** Plaintiffs filed a lawsuit challengin... Revenue Service. Plaintiffs are organizations that re... public and private sector employees. They allege tha... Federal Information Security Act, the Privacy Act, ar... vires" actions by "directing and controlling the use ... to stop allegedly "wrongful provision of access, insp... system to members of DOGE." They also seek other ... |
| *American Federation of State, County and Municipal Employees, AFL-CIO v. Social Security Administration* (D. Md.) Case No. 1:25-cv-00596 | Complaint | 2025-02-21 | **Overview:** *Three labor unions sued the Social Securit... the access to sensitive personal data of millions of Am... and the Constitution. The unions have asked the court... stop any further sharing of information and access.* **Case Summary:** Plaintiffs filed a lawsuit challengin... data and systems. They allege that allowing DOGE t... Code, the Privacy Act, the Federal Information Syste... further allege that Acting SSA Commissioner Leland... Appointments Clause of the U.S. Constitution. Plai... to disgorge or delete any unlawfully obtained data, ... or systems. **Update 1:** On Mar. 7, the plaintiffs filed an amended **Update 2:** On Mar. 7, the plaintiffs filed a motion fo... **Update 3:** On Mar. 20, Judge Ellen Lipton Hollander... **Update 4:** On Mar. 21, Judge Ellen Lipton Hollander... face of reporting that Acting SSA Commissioner Du... The first letter clarifies that the TRO applies only to... agenda." The second letter clarifies that other SSA e... anonymized data or records to the DOGE Team, sub... conditions." **Update 5:** On Mar. 24, Defendants filed a notice to a... |
| **Executive Action: "Fork Directive" deferred resignation offer to federal employees (OPM Directive)** | | | |
| *American Federation of Gov't Employees, AFL-CIO v. Ezell* (D. Mass) Case No. 1:25-cv-10276 | Complaint | 2025-02-04 | **Overview:** *Multiple labor unions sued the Office of Pe... program. The offer, sent to nearly all federal employee... February 6, 2025, where the unions say the implied alt... federal laws. The unions have asked the court to decla... February 6 deadline. The court initially suspended the ... removed the suspension and denied the unions' reques...* **Case Summary:** On January 28, 2025, the Office of ... described as a deferred resignation program, an offe... email). A deadline for the offer was set for February ... (APA) because it is "arbitrary and capricious" and n... directive violates the APA and that the directive be ... deadline and an order that OPM submit for court ap... **Update 1:** On Feb. 5, 2025, the plaintiffs requested ... written notice of the TRO to all federal employees w... **Update 2:** On Feb. 6, 2025, Judge George O'Toole is... |

|  |  |  | scheduled. |
| --- | --- | --- | --- |
|  |  |  | **Update 3:** On Feb. 10, 2025, Judge O'Toole ordered |
|  |  |  | and oral argument on the issues." Defendants notifi |
|  |  |  | **Update 4:** On Feb. 12, 2025, Judge O'Toole dissolve |
|  |  |  | Article III standing and that the court lacked subjec |

### Executive Action: Removal of independent agency leaders

| *Gwynne A. Wilcox v. Donald J. Trump et al* (D.C. Cir.) Case No. 25-5057 Court below: D.D.C. Case No. 1:25-cv-00334 | Complaint | 2025-02-05 | **Overview:** *Gwynne Wilcox (a member of the National National Labor Relations Board as a violation of the N Wilcox's removal under federal law and that Wilcox w Wilcox, holding she was unlawfully removed from offic Appeals for the D.C. Circuit.* <br><br> **Case Summary:** This case challenges President Tru Board. The suit alleges the removal is in violation o remove Board members only in cases of neglect o the Declaratory Judgement Act, 28 U.S.C. §§ 2201 ar lacks authority to remove her. She also seeks an inju termination. <br> **Update 1:** On Feb. 10, Plaintiff moved for expedited <br> **Update 2:** On Feb. 21, the government filed a cross- unconstitutionally conflict with the President's Arti <br> **Update 3:** On Mar. 6, Judge Beryl Howell granted th summary judgment. The court issued a declaratory the court further ordered that Wilcox be allowed to defendants from removing Wilcox or impeding her <br> **Update 4:** On Mar. 7, defendants appealed to the D. On Mar. 8, Judge Howell denied the motion to stay. <br> **Update 5:** On Mar. 10, the government filed an eme Mar. 11, Wilcox filed her response. On Mar. 13, the g |

3/20/25, 1:02 AM                    Litigation Tracker: Legal Challenges to Trump Administration Actions

| | | | |
|---|---|---|---|
| *Cathy A. Harris v. Bessent et al* (D.C. Cir.) No. 25-5037 Court below: D.D.C. Case No. 1:25-cv-00412 | Complaint | 2025-02-11 | **Overview:** *Cathy A. Harris, a member of the Merit Sys… without cause in violation of the Administrative Proce… proceeds and to declare her removal unlawful. A feder… did not meet the standard required for her removal un…* **Case Summary:** Plaintiff Cathy A. Harris challenge… agency. Plaintiff alleges that she received a one-sen… White House Presidential Personnel Office, stating … MSPB was set to expire in 2028, alleges that she was… requirement that MSPB members may only be remo… ultra vires and violated the Administrative Procedu… restraining order to reinstate her position on the M… **Update 1:** On Feb. 11, Plaintiff moved for a tempora… MSPB, and enjoining obstructing her access to the o… **Update 2:** On Feb. 18, Judge Rudolph Contreras gra… the MSPB until the court rules on a preliminary inju… **Update 3:** On Mar. 4, Judge Contreras granted the p… Harris remains a member of the MSPB and that she … neglect of duty, or malfeasance in office. The court a… **Update 4:** On Mar. 4, the government appealed to t… **Update 5:** On Mar. 5, the district court denied the g… **Update 6:** On Mar. 6, the government filed an emer… Mar. 10, Harris filed her response. On Mar. 12, the go… |
| *Grundmann v. Trump et al.* (D.D.C) Case No. 1:25-cv-00425 | Complaint | 2025-02-13 | **Overview:** *Susan Grundmann (former Chair of the Fe… the National Labor Relations Authority as a violation … the standard required for Grundmann's removal unde… federal judge has ruled that her removal was unlawful* **Case Summary:** On Feb, 10, 2025, White House offi… on the Federal Labor Relations Authority (FLRA), an… Plaintiff Susan Grundmann challenges her removal … Deputy Director of the White House Office of Presid… Service Labor-Management Relations Statute (5 U.S… only upon notice and hearing and only for inefficien… injunction ordering her reinstatement. **Update 1:** On Feb. 14, Plaintiff filed a motion for pr… **Update 2:** On Feb. 25, defendants filed a cross moti… injunction. **Update 3:** On Mar. 12, Judge Sparkle Sooknanan gra… and granting a permanent injunction reinstating he… |
| *Dellinger v. Bessent* (D.D.C.) Case No. 1:25-cv-00385-ABJ **CASE CLOSED** | Complaint | 2025-02-10 | **Overview:** *Hampton Dellinger, Special Counsel of the… violation of a statute saying he may only be removed th… him to resume his position while the case proceeded th… February 21. On March 5, 2025, the DC Circuit Court i… the U.S. Office of Special Counsel, and the following d…* **Case Summary:** Plaintiff Hampton Dellinger has be… he was nominated by the President and confirmed b… Congress as part of the Civil Service Reform Act of 1… whistleblowers. Once confirmed, the Special Counse… of duty, or malfeasance in office." On Feb. 7, 2025, D… terminated, effective immediately, and stating no ca… |

3/8/25, 11:02 AM    Litigation Tracker: Legal Challenges to Trump Administration Actions

| | | | |
|---|---|---|---|
| | | | declaratory judgment that President Trump's deci<br>seeks an order that Dellinger may not be removed a<br>protection, Dellinger cites to Humphrey's Executor.<br>**Update 1:** On Feb. 10, 2025, Judge Amy Berman Jack<br>February 13, 2025, while the parties submit their br<br>**Update 2:** On Feb. 11, 2025, defendants appealed to<br>court's administrative stay.<br>**Update 3:** On Feb. 12, 2025, the D.C. Circuit dismiss<br>**Update 4:** On Feb. 12, 2025, Judge Amy Berman Jack<br>Dellinger shall continue to serve as Special Counsel<br>**Update 5:** On Feb. 13, Defendants filed an appeal to<br>appeal was denied.<br>**Update 6:** On Feb. 15, the D.C. Circuit rejected the l<br>**Update 7:** The Government petitioned the U.S. Sup<br>temporarily reinstated Dellinger.<br>**Update 8:** On Feb. 21, the Supreme Court rejected (<br>at this stage.<br>**Update 9:** On Feb. 26, Judge Jackson extended the T<br>"complete[s] the written opinion on the consolidate<br>she will rule on that day, Mar. 1).<br>**Update 10:** On Mar. 1, Judge Jackson issued an Opin<br>Circuit.<br>**Update 11:** On Mar. 5, the DC Circuit in a 3-0 decisi<br>removal of [Dellinger] from his position as Special C<br>**Update 12:** On Mar. 6, Dellinger announced that he<br>Final Update: **CASE CLOSED** |
| *LeBlanc & Felten v. United States Privacy and Civil Liberties Oversight Board* (D.D.C.)<br><br>Case No. 1:25-cv-00542 | Complaint | 2025-02-24 | **Overview:** *After all three Democratic members of the<br>sued to challenge their removal. By law, the PCLOB is*<br>*they were dismissed unlawfully on the basis of their po<br>does not have the authority to remove them purely for<br>the PCLOB (aside from the President) to reinstate and*<br><br>**Case Summary:** On Jan, 27, 2025, the U.S. Privacy a<br>confirmed members of the Board. Plaintiffs represer<br>Democratic and Republican members.<br>Plaintiffs allege that the text, structure, and functio<br>also assert that by removing Board members solely<br>They seek a declaration that the Defendants "have r<br>the court to "hold unlawful and set aside the purpo<br>President) from removing them from their positions<br>those positions. |
| *Aviel v. Gor et al* (D.D.C.)<br><br>Case No. 1:25-cv-00778 | Complaint | 2025-03-17 | **Overview:** *On Mar. 17, the President and CEO of the I<br>Government Efficiency (DOGE) involved in her purport<br>removed from her role on the basis that her removal vi<br>Constitution.* |
| *Slaughter and Bedoya v. Trump* (D.D.C.)<br><br>Case No. 1:25-cv-00909 | Complaint | 2025-03-27 | **Overview:** *Rebecca Slaughter and Alvaro Bedoya, two<br>terminated by President Trump, have sued Trump and<br>was unconstitutional and unlawful because it was not<br>court to order the Republican Commissioners and Exec*<br><br>**Case Summary:** On Mar. 18, Rebecca Slaughter and |

| | | | |
|---|---|---|---|
| | | | received a message from President Donald Trump<br>immediately on the basis that their "continued serv<br>Slaughter and Bedoya have sued Trump, as well as t<br>FTC's Executive Director, David Robbins, on the bas<br>separation of powers doctrine. Plaintiffs are asking<br>"inefficiency, neglect of duty, or malfeasance in offi<br>treat plaintiffs as FTC Commissioners. |

**Executive Action: Dismantling of USAID ([Executive Order 14169](#)) (State Dept [stop-work order](#))**

| | | | |
|---|---|---|---|
| *American Foreign Service Association v. Trump* (D.D.C.)<br><br>Case No. 1:25-cv-00352 | [Complaint](#) | 2025-02-06 | **Overview:** *Two unions sued the Trump administration* ("USAID"). *The unions argue that the efforts are unco the court to declare the administration's actions unlaw independent administrator, restoring funding, and voi suspending employees but did not restore funding; how administration, on the basis that the dispute could be court should have jurisdiction to decide this dispute.*<br><br>**Case Summary:** On Jan. 20, 2025, the Trump admini assistance," and the Secretary of State then issued s assistance grants. Later, Secretary of State Rubio wa On Feb. 3, Elon Musk posted that he had spent the p Washington, D.C. was closed. On Feb. 4, a message w administrative leave as of 11:59pm EST on Friday, F with the State Department are unconstitutional vio Administrative Procedure Act by exceeding statutor and capricious abuses of discretion. Plaintiffs seek a a temporary restraining order and preliminary injun appointing an independent administrator, restoring administrative leave, among other actions. Plaintiff taking action to dissolve USAID absent congression<br>**Update 1:** On Feb. 7, Judge Carl J. Nichols [issued](#) a t leave or evacuating them. He rejected the plaintiffs' (USAID employees) could not show sufficient harm i<br>**Update 2:** On Feb. 13, the court [extended](#) the TRO u that no USAID employees can be involuntarily evac<br>**Update 3:** On Feb. 14, the Government [submitted](#) a Administrators of USAID; the declaration responds subject to administrative leave or in the event of em<br>**Update 4:** On Feb. 21, Judge Nichols issued an [Orde](#) His reasoning included that plaintiffs do not face in they could pursue remedies with administrative boc<br>**Update 5:** On Mar. 10, Plaintiffs [moved](#) for summar claim, and that Defendants' actions violate both the<br>**Update 6:** On Mar. 11, Plaintiffs [moved](#) for a tempo internal email from Acting Executive Secretary of U<br>**Update 7:** On Mar. 12, the Defendants [responded](#) to defendants stated that the instruction to destroy do by USAID, and were copies "where the originally cla for USAID to retain a copy."<br>**Update 8:** On Mar. 14, the Plaintiffs [dropped](#) their l |
| *AIDS Vaccine Advocacy Coalition v. United States Department of State* (D.D.C.) | [Complaint](#) | 2025-02-10 | **Overview:** *Two nonprofit organizations sued the Trum* ("USAID") *funding. The organizations argue that the s and violate the Constitution. The organizations have a* |

| Case No. 1:25-cv-00400 | | | *enforcement of the suspension. The court stopped the* |

*(EO 14169) which affects employment and contracts. T*
*to which the court ordered enforcement on the adminis*
*appealed this case up to the US Supreme Court. On M*
*appropriated foreign assistance funds.*

**Case Summary:** On Jan. 20, 2025, the Trump admin
assistance," and the Secretary of State then issued s
assistance grants.

Plaintiffs, AIDS Vaccine Advocacy Coalition (AVAC)
stop the implementation of the Executive Order and
from USAID to support their work. Both AVAC's and
Appropriations Act. Plaintiffs allege the Executive C
slashing their budgets, and impacting their ability t
legislative authority. They also allege the President
Secretary of State Marc Rubio, Office of Managemen
and capricious in violation of the Administrative Pr
Control Act. Plaintiffs seek a declaration from the c
enforcing the Executive Order, and an order to imm

**Update 1:** On Feb. 12, Plaintiffs [moved] for a TRO en
enjoining stop-work orders, and reinstating foreign

**Update 2:** On Feb. 13, the court [granted] a TRO in th
order enjoins implementation on the blanket suspe
Executive Order 14169, individual personnel decisio

**Update 3:** On Feb. 19, Plaintiffs filed an [emergency]
in civil contempt. Plaintiffs allege that Defendants'
to suspend funding and enforce stop-work orders in

**Update 4:** On Feb. 20, the court [granted] in part plai
complied with the terms of the TRO," but did not m
with the order' is required." The granted motion app

**Update 5:** On Feb. 24, plaintiffs in Global Health Co
hearing the following day and, on Feb. 25, granted t
credit drawdown requests for work completed prior
Wednesday, Feb. 26. The court further mandated tha
appropriated foreign assistance funds going forwar
noon, with all internal directives to agency employe

**Update 6:** On Feb. 25, the Government submitted a
the court's order pending appeal.

**Update 7:** On Feb. 26, the district court [rejected] an

**Update 8:** On Feb. 26, the Government [filed] an app
pending) to vacate the district court's TRO and gran
administrative stay and ordered a response by the p

**Update 9:** On Feb. 28, the Plaintiffs [filed its opposit]

**Update 10:** On Mar. 5, the Supreme Court [rejected] t

**Update 11:** On Mar. 6, Judge Amir H. Ali [ruled from]
10; but did not resolve the payments for foreign aid

**Update 12:** On Mar. 10, Judge Ali [granted in part an]
to pay nearly $2 billion in foreign assistance for wor
termination of thousands of foreign aid contracts fo
that the latter actions flowed from the original gove

| *[Global Health Council v. Trump](#)* (D.D.C.) | [Complaint](#) | 2025-02-11 | **Overview:** *A group of organizations sued the Trump* ("USAID"), *laying off employees, and attempting to dis laws, and exceeded the authority of the agencies and t* |

| Case No. 1:25-cv-00402 | | | *stop the administration from implementing the underl* *Supreme Court. On March 5, 2025, the Supreme Court* *funds.* |
|---|---|---|---|
| | | | **Case Summary:** A group of for-profit and nonprofit actions to defund USAID, lay off or furlough employ chronology of the actions, memoranda, and stateme future funds, plaintiffs also allege that there is mon approximately \$120 million for DAI, \$103.6 million President, nor the Secretary of State, nor the USAID citing the Constitution and statutory law prohibiting Plaintiffs also claim violations of the Administrative statutory and constitutional law. Plaintiffs ask the c 14169 and seek injunctions to prevent defendants fr **Update 1:** On Feb. 11, Plaintiffs moved for a TRO en **Update 2:** On Feb. 13, the court granted a TRO in th terms than originally requested. The order enjoins i enforcement or implementation of Executive Order **Update 3:** On Feb. 20, the court granted in part plai complied with the terms of the TRO," but did not m with the order' is required." The granted motion app **Update 4:** On Feb. 24, plaintiffs filed an emergency Feb. 25, granted the motion for a proposed order rec completed prior to the TRO, as well as reimburseme further mandated that the Administration take no a funds going forward. The court also reportedly orde agency employees concerning compliance with the ' **Update 5:** On Feb. 25, the Government submitted a the court's order pending appeal. **Update 6:** On Feb. 26, the district court rejected an **Update 7:** On Feb. 26, the Government filed an app pending) to vacate the district court's TRO and gran administrative stay and ordered a response by the p **Update 8:** On Feb. 28, the Plaintiffs filed its opposi **Update 9:** On Mar. 5, the Supreme Court rejected t **Update 10:** On Mar. 6, Judge Amir H. Ali ruled from 10; but did not resolve the payments for foreign aid **Update 11:** On Mar. 10, Judge Ali granted in part an to pay nearly \$2 billion in foreign assistance for wor termination of thousands of foreign aid contracts fo that the latter actions flowed from the original gove |
| *Personal Services Contractor Association v. Trump et al* (D.D.C.)<br><br>Case No. 1:25-cv-00469 | Complaint | 2025-02-18 | **Overview:** *The Personal Services Contractor Associa challenged President Donald Trump's Executive Order temporary restraining order and a permanent injuncti assistance funds.On Mar. 6, a federal judge denied the*<br><br>**Case Summary:** On Jan. 20, 2025, the Trump admir assistance," and the Secretary of State then issued s assistance grants. The Personal Services Contractor Association filed s effectively suspended U.S. foreign aid and began dis caused severe disruption, including contractors bein and being unable to carry out humanitarian aid wor |

| | | | Trump, (2) violation of the Take Care Clause against<br>actions against all defendants except Trump, and (4<br>Impoundment Act and Anti-Deficiency Act) against<br>restore USAID contractors to their pre-January 20 e<br>dismantling, its absorption into the State Departme<br>congressional approval. They also request ongoing<br>**Update 1:** On Feb. 19, Plaintiffs submitted a motion<br>**Update 2:** On Mar. 6, Judge Carl Nichols ruled from<br>Nichols said the complaints should be adjudicated b<br>plaintiffs had not established that they would suffer |
|---|---|---|---|
| **Executive Action: Denial of State Department Funds** | | | |
| [National Endowment for Democracy v. United States](#) (D.D.C.)<br><br>Case No. 1:25-cv-00648 | [Complaint](#) | 2025-03-05 | **Overview:** *The National Endowment for Democracy (<br>alleging that the administration withheld funds given<br>from further withholding funds while the case is pendi<br>receiving the federal funds in question.*<br><br>**Case Summary:** The National Endowment for Dem<br>appropriated to the Endowment by Congress. The N<br>Congress specified that the NED would be funded by<br>via grants from the Department of State. The statut<br>Department of Treasury on an as-needed basis.<br>The complaint alleges that for the past month, "the<br>funds—something that has never occurred before in<br>"experiencing a devastating cash flow crisis that jeo<br>institutes and grantees." The complaint alleges that<br>Congress, and by not doing so, it is acting "contrary<br>mandatory, non-discretionary duty for Defendants t<br>funds." The complaint argues that the administratio<br>Procedure Act, the All Writs Act, the Presentment C<br>Plaintiffs seek declaratory and injunctive relief, a te<br>the Endowment's funds.<br>**Update 1:** On Mar. 6, plaintiffs filed a motion for a t |
| **Dismantling the U.S. African Development Foundation (Executive Order 14127)** | | | |
| *[Brehm v. Marocco](#)* (D.D.C.)<br><br>Case No. 1:25-cv-00660 | [Complaint](#) | 2025-03-06 | **Overview:** *Ward Brehm, a U.S. African Development<br>acting Chair of the USADF Board), DOGE, and Preside<br>including USADF, was unlawful. Brehm asked the cour<br>and/or to block the EO in its entirety. While the federa<br>term basis on March 6, on March 11, that same judge*<br><br>**Case Summary:** On Feb. 19, President Trump issue<br>four government entities, including the U.S. African<br>DOGE allegedly demanded access to USADF informa<br>would have to satisfy before access was provided. O<br>White House Presidential Personnel Office (PPO) th<br>PPO appointing Pete Marocco as acting Chair of the<br>emergency meeting and determined that Marocco's<br>not hold a position with USADF and instructed USA<br>On Mar. 6, Brehm in his personal and official capaci<br>are (1) an ultra vires violation of the African Develo<br>the Senate; (2) an ultra vires violation of the separa<br>statutory authority. Brehm seeks a declaratory judg<br>preliminary and permanent injunctive relief; and, in |

| | | | |
|---|---|---|---|
| | | | Board.<br>The same day, plaintiff filed a <u>motion for a tempora</u><br>**Update 1:** On Mar. 6, Judge Richard J. Leon <u>issued</u> a<br>being appointed to the Board.<br>**Update 2:** On Mar. 11, Judge Leon issued a <u>Memora</u><br>identified any cognizable irreparable harm to himse<br>in original). As an aside, Judge Leon wrote that "Bre<br>the appointment of Marocco and "[t]he Court has no<br>Trump with the authority to appoint Marocco as the<br>**Update 3:** On Mar. 21, the Plaintiff submitted a <u>mo</u> |
| **Executive Action: Dismantling of Consumer Financial Protection Bureau** | | | |
| <u>*National Treasury Employees Union v. Russell Vought*</u> (D.D.C.)<br><br>Case No. 1:25-cv-00381 | <u>Complaint</u><br>(Feb. 6, 2025)<br><br><u>Amended Complaint</u><br>(Feb. 13, 2025) | 2025-02-09 | **Overview:** *National Treasury Employees Union, repre*<br>*Financial Protection Bureau ("CFPB"), challenged the*<br>*order against the CFPB and Acting Director Russell Vo*<br>*terminating employees without cause, or disbursing fu*<br><br>**Case Summary:** The Consumer Financial Protectio<br>recession, to support and protect American consum<br>tombstone emoji on his X account. On Feb. 8, Russe<br>Reserve that CFPB would not take "its next draw of<br>an email to CFPB employees, Vought directed the C<br>engagement," pause all pending investigations, not<br>CFPB workforce that the Washington headquarters<br>down more funding and ordering a halt on enforcen<br>CFPB, which would be a violation of the separation<br>injunction that prevents him from further attempts<br>**Update 1:** On Feb. 13, Plaintiffs <u>moved</u> for an admir<br>requiring that cease work directives be lifted, and er<br>**Update 2:** On Feb. 14, 2025, the court <u>ordered</u> that<br>than for cause or issue any notice of reduction-in-fo<br>obligations, pending the resolution of plaintiffs' mo<br>preliminary injunction.<br>**Update 3:** On Feb. 24, the government filed a <u>memo</u><br>**Update 4:** On Mar. 12, both parties filed a <u>joint noti</u><br>rules on Plaintiffs' preliminary injunction, whichev<br>contracts during this period.<br>**Update 5:** On Mar. 28, Judge Amy Berman Jackson <u>g</u> |
| <u>*Mayor and City Council of Baltimore et al. v. CFPB*</u> (D. Md.)<br><br>Case No. 1:25-cv-00458-ABA | <u>Complaint</u> | 2025-02-12 | **Overview:** *The Mayor and City Council of Baltimore,*<br>*Bureau ("CFPB") and Acting Director Russell Vought o*<br>*Administration to stop transferring or relinquishing co*<br>*Treasury, or otherwise reducing funds except for opera*<br><br>**Case Summary:** On Feb. 7, 2025, President Trump r<br>Protection Bureau (CFPB). On Feb. 8, Vought instru<br>Board of Governors that he was requesting $0 for th<br>actions by Vought, President Trump, and Elon Musk<br>statutorily mandated functions. Plaintiffs allege tha<br>CFPB customer complaint database and attends trai<br>deprived of the CFPB's enforcement actions against<br>direct services nonprofit that operates in Maryland.<br>resources CFPB publishes under the Home Mortgag<br>Procedure Act (including that Vought's actions alleg |

| | | | |
|---|---|---|---|
| | | | "reasonably necessary to carry out the authorities o...<br>saying as much, as well as an injunction that would...<br>**Update 1:** On Feb. 12, Plaintiffs moved for a TRO er...<br>opposition on Feb. 20.<br>Update 2: On Feb. 25, Judge Matthew J. Maddox issu...<br>extending that directive for another 14 days. |

**Dismantling/Restructuring of the Department of Education (Executive Order of Mar. 20, 2025)**

| | | | |
|---|---|---|---|
| *State of New York v. McMahon*<br>(D.Mass)<br><br>Case No. 1:25-cv-10601 | Complaint | 2025-03-13 | **Overview:** *Twenty states and the District of Columbia*<br>*administration's planned Reduction in Force (RIF) of l...*<br>*on violations of the constitutional separation of power...*<br>*Administrative Procedure Act.*<br><br>**Case Summary:** On March 13, the Attorneys Gener...<br>to halt a planned Reduction in Force (RIF), which w...<br>"first step" in a "total shutdown" by Secretary of Ed...<br>mandates DOE functions under the 1979 Departmen...<br>Education Act (1965) and Individuals with Disabiliti...<br>Secretary of DOE is only authorized to reorganize b...<br>modifying "organizational entities within the Depar...<br>constitutional violations, ultra vires (acts outside of...<br>the Court to vacate efforts to "dismantle" the DOE,...<br>**Update 1:** On Mar. 24, Plaintiffs submitted a motio... |
| *Carter v. Department of Education* (D.D.C.)<br><br>Case No. 1:25-cv-00744 | Complaint | 2025-03-14 | **Overview:** *Two parents and the Council of Parent Att...*<br>*Education Linda McMahon, and Acting Assistant Secr...*<br>*Department's Office of Civil Rights (OCR) and the OCI...*<br>*Plaintiffs allege that these actions have inhibited OCR...*<br><br>**Case Summary:** Shortly after President Donald Tru...<br>responsible for processing and investigating civil rig...<br>ended this "pause" on OCR complaint processing, bu...<br>employees at the remaining offices. Plaintiffs, two p...<br>Trump administration's actions violate the Adminis...<br>statutes including the Impoundment Act), exceed D...<br>Process Clause of the Fifth Amendment. Plaintiffs s...<br>restore OCR's complaint processing capacities. |

| | | | |
|---|---|---|---|
| _Somerville Public Schools v. Trump_ (D. Mass.)<br><br>Case No. 1:25-cv-10677 | [Complaint](#) | 2025-03-24 | **Overview:** _Public school districts in Massachusetts and_ _McMahon, and the U.S. Department of Education, cha_ _Department of Education without Congressional actio_<br><br>**Case Summary:** On Mar. 11, Secretary of Education employees, or almost half of the Department of Edu McMahon to "take all necessary steps to facilitate th Plaintiffs, including public school districts that rely districts, sued, alleging that Congress has exclusive violate the Separation of Powers and are Ultra Vires contained in the Administrative Procedure Act (incl accordance with law). Plaintiffs seek declaratory jud injunctions against the reduction in force and furth |
| **Executive Action: Termination of Inspectors General** | | | |
| _Storch et al. v. Hegseth et al._ (D.D.C.)<br><br>Case No. 1:25-cv-00415 | [Complaint](#) | 2025-02-12 | **Overview:** _Eight Inspectors General of federal depart_ _Inspectors General violated the Inspector General Act_ _judge reportedly told the Inspectors General to withdr_<br><br>**Case Summary:** On Jan. 24, 2025, the White House agencies informing them that they had been termin email accounts and computer systems, and were ba violates the Inspector General Act, which requires C rationale for removal. The suit also argues defendar defendants not to obstruct them in the exercise of t ineffective and that plaintiffs remain lawful IGs in t plaintiffs from carrying out their duties as IGs.<br>**Update 1:** On Feb. 14, the judge **reportedly** told law restraining order. |
| **Executive Action: Large-scale reductions in force ([Executive Order 14210](#))** | | | |
| _National Treasury Employees Union v. Donald Trump_ (D.D.C.)<br><br>Case No. 1:25-cv-00420 | [Complaint](#) | 2025-02-12 | **Overview:** _Multiple unions have challenged President_ _civil service members of their employment protections,_ _resignation" program, and preparations for large-scal_ _the court to declare these actions unlawful and stop ag_<br><br>**Case Summary:** On Feb. 11, 2025, President Trump large-scale reductions in force (RIFs)." Plaintiffs all resignation program," violates separation of powers imposing RIFs contrary to regulations. They seek a injunctions to prevent agency heads from implemen program.<br>**Update 1:** On Feb. 14, plaintiffs filed a [motion for a](#)<br>**Update 2:** On Feb. 17, plaintiffs filed an [amended co](#)<br>**Update 3:** On Feb. 20, Judge Christopher R. Cooper the court lacked subject matter jurisdiction and clai |
| _Maryland et al. v. U.S. Department of Agriculture et al._ (D. Md.) | [Complaint](#) | 2025-03-06 | **Case Summary:** On Feb. 11, 2025, President Trump large-scale reductions in force (RIFs)."<br>Plaintiff States allege that Defendant agencies viola regulatory requirements for RIF procedures includin |

| | | | |
|---|---|---|---|
| Case No. 1:25-cv-00748-ABA | | | adopted were arbitrary and capricious. They seek de<br>probationary employees; 2) reinstate any employee<br>inauguration; 3) refrain from separating any emplo<br>4) conduct any future RIFs in accordance with appli<br>**Update 1:** On Mar. 7, plaintiffs filed a motion for a t<br>**Update 2:** On Mar. 13, the district court granted pla<br>the government said "it dismissed each one of these<br>the record before the Court, this isn't true. There we<br>**Update 3:** On Mar. 14, the government filed a notic<br>**Update 4:** On Mar. 20, Plaintiffs filed a motion req<br>reinstate all affected employees, and impose a preli<br>legal requirements.<br>**Update 5:** On Mar. 21, plaintiffs moved to extend th<br>**Update 6:** On Mar. 21, the Fourth Circuit Court of A<br>resolution of an appeal.<br>**Update 7:** On Mar. 24, the government filed a motio<br>**Update 8:** On Mar. 26, Judge Bredar held a hearing |
| **Executive Action: Termination of probationary employees** | | | |
| *American Federation Of Government Employees, AFL-CIO v. Office of Personnel Management and Ezell* (N.D. Cal.)<br><br>Case No. 3:25-cv-01780<br>(Ninth Circuit Case No. 25-1677) | Complaint<br>(Feb. 19, 2025);<br>Amended Complaint<br>(Feb. 23, 2025) | 2025-02-19 | **Overview:** *A group of labor and nonprofit organizatio<br>employees en masse. The organizations argue that the<br>law. The organizations also argue that the OPM has vi<br>Musk further stated that failure to comply would be co<br>unlawful, void the mass termination order, and rescind<br>termination order and ordered the firings to be stoppe<br>block.*<br><br>**Case Summary:** On Feb. 13, 2025, the Office of Pers<br>tens of thousands of probationary employees en ma<br>employment or of the excepted service in their first<br>recently been employed in a new position or a new a<br>Among the factual claims, Plaintiffs allege that Defe<br>state that the terminations are for performance reas<br>Administrative Procedure Act and separation of pow<br>hiring and firing. They seek a declaration that the m<br>order, ceasing terminations pursuant to the order, a<br>**Update 1:** On Feb. 23, Plaintiffs filed an amended co<br>employees requesting updates on their week-to-wee<br>resignation."<br>**Update 2:** On Feb. 27, Judge William Alsup reported<br>agencies to fire probationary employees. Alsup note<br>National Park Service, National Science Foundation<br>Affairs, and Department of Defense), and that he co<br>said, "I am going to count on the government to do<br>agencies know what I have ruled."<br>**Update 3:** On Feb. 28, Judge Alsup issued an Opinio<br>termination of probationary workers were "unlawfu<br>the order to the six agencies.<br>**Update 4:** On Mar. 13, Judge Alsup held a prelimina<br>directed counsel to file briefs by Mar. 21.<br>**Update 5:** On Mar. 13, the Defendants submitted a<br>**Update 6:** On Mar. 17, the Ninth Circuit denied the<br>**Update 7:** On Mar. 24, the government filed an appl<br>California's preliminary injunction. |

| | | | |
|---|---|---|---|
| | | | **Update 8**: On Mar. 24, Judge Alsup issued two order<br>jurisdiction in the case, and therefore reversed the ¡<br>government to show cause that relief should not be<br>**Update 9**: On Mar. 26, the Ninth Circuit denied Def |

**Executive Action: Assertion of Executive Control of Independent Agencies (Executive Order 14215)**

| | | | |
|---|---|---|---|
| *Democratic National Committee v. Trump* (D.D.C.)<br><br>Case No. 1:25-cv-00587 | Complaint | 2025-02-28 | **Case Summary:** On Feb. 18, 2025, President Trump<br>the President, arguing that independent regulatory<br>agencies fall under the supervision and control of th<br>President and Attorney General's interpretations of<br>the order applies to the Federal Election Commissio<br>provisions of the Federal Election Campaign Act (FE<br>Commission with authority to interpret it (rather th<br>judgment that the FECA is constitutional and that t<br>permanent injunctive relief. |

**Executive Action: Disclosure of civil servant personnel records**

| | | | |
|---|---|---|---|
| *Comans v. Department of Homeland Security* (D.D.C.)<br><br>Case No. 1:25-cv-00624 | Complaint | 2025-03-04 | **Case Summary:** On Feb. 11, 2025, plaintiff Mary Co<br>firing was announced in a Department of Homeland<br>undermine the will and safety of the American peop<br>Privacy Act by (1) unlawfully disseminating protecte<br>determinations concerning her rights; (3) failing to<br>records are accurate. She seeks declaratory judgmen |

**Executive Action: Layoffs within Bureau of Indian Education**

| | | | |
|---|---|---|---|
| *Pueblo of Isleta v. Secretary of the Department of the Interior* (D.D.C.)<br><br>Case No. 1:25-cv-00696 | Complaint | 2025-03-07 | **Overview:** *Three tribal nations and five Native Ameri<br>by the Department of the Interior. The BIE implemente<br>argues that these actions violated the Administrative F<br>education and safe school environments.*<br><br>**Case Summary:** The BIE, overseen by the Departme<br>restructured its operations, resulting in degraded ec<br>Haskell Indian Nations University.<br>The plaintiffs, three tribal nations (Pueblo of Isleta,<br>American students sued the Department of the Inte<br>discretion under the Administrative Procedure Act a<br>The plaintiffs seek a preliminary injunction to stop<br>compliance with tribal consultation requirements a |

**Executive Action: Rescission of Collective Bargaining (Sec. Noem Memorandum Feb. 27, 2025) (DHS Statement Mar. 7, 2025)**

| | | | |
|---|---|---|---|
| *American Federation of Government Employees AFL-CIO v. Noem* (W.D. Wa.)<br><br>Case No. 2:25-cv-00451 | Complaint | 2025-03-13 | **Overview:** *A coalition of unions challenges the action<br>the Transportation Security Administration (TSA), and<br>and unilateral termination of a negotiated union contr*<br><br>**Case Summary:** Case Summary: On Mar. 7, DHS an<br>Administration's (TSA) Transportation Security Offi<br><br>On Mar. 13, 2025, a coalition of unions, including th<br>Association of Flight Attendants-CWA ("AFA-CWA")<br><br>The plaintiffs argue that the Trump administration'<br>constitute unconstitutional retaliation against AFG |

|  |  |  |  |
|---|---|---|---|
|  |  |  | process, and (3) violate the Administrative Procedu |
|  |  |  | The plaintiffs seek immediate injunctive relief to pr representation, and stripping workers of their barga |

### Government Grants, Loans and Assistance

#### Executive Action: "Temporary Pause" of grants, loans, and assistance programs

| | | | |
|---|---|---|---|
| _National Council of Nonprofits v. Office of Management and Budget_ (D.D.C.)<br><br>Case No. 1:25-cv-00239-LLA | Complaint | 2025-01-28 | **Overview:** _Small business and nonprofit recipients of requiring every federal agency to pause any activities memo violates the Constitution and federal law, and e unlawful and unconstitutional, and stop the OMB fron implementing the memo, OMB rescinded its memo but would be implemented. The court subsequently issued requested the block be extended for the duration of the_<br><br>**Case Summary:** The Acting Director of the Office o agency to temporarily pause" any agency activities 'organizations, represented by Democracy Forward, restraining order to allow the Court "an opportunity Administrative Procedure Act and the First Amendr<br>**Update 1:** On Jan. 28, 2025, Judge Loren AliKhan of the OMB policy to allow arguments from the plaintif<br>**Update 2:** On Jan. 29, 2025, the Government submit House Press Secretary stated, "This is not a rescission any confusion created by the court's injunction. The implemented."<br>**Update 3:** On Feb. 3, 2025, Judge Alikhan issued a t that the Plaintiffs are likely to succeed in their clain rescission of the memorandum was "disingenuous" notify agencies of this TRO, and file a status report<br>**Update 4:** On Feb. 11, Plaintiffs moved for a prelim The Government filed a memorandum in opposition<br>**Update 5:** On Feb. 25, the court issued a memorand Trump administration from implementing, giving e funds. |
| _New York et al v. Donald J. Trump et al_ (D.R.I.)<br><br>Case No. 1:25-cv-00039<br><br>(First Circuit Case No. 25-1236) | Complaint | 2025-01-28 | **Overview:** _The attorneys general of 22 states and the directive to pause federal funding as a violation of the memo referred to in the states' complaint, the federal c and the First Circuit of Appeals issued a voluntary dis_<br><br>**Case Summary:** The Acting Director of the Office o agency to temporarily pause" any agency activities ' 22 states and the District of Columbia filed a lawsui suit alleges that the policy violates the Administrati<br>**Update 1:** On Jan. 28, responding to National Coun Court for the District of Columbia issued a tempora government.<br>**Update 2:** On Jan. 29, the Government submitted a House Press Secretary stated, "This is not a rescission any confusion created by the court's injunction. The implemented."<br>**Update 3:** On January 31, Judge McConnell issued a |

| | | | |
|---|---|---|---|
| | | | for a preliminary injunction. Judge McConnell's ord in name only and may have been issued simply to d on the merits of some, if not all, their claims." **Update 4:** On Feb. 10, Judge McConnell granted Pla Plaintiff States presented evidence suggesting that disbursement of appropriated federal funds" (citing ordered Defendants to immediately restore frozen f **Update 5:** On Feb. 14, the First Circuit issued a volu **Update 6:** On Mar. 6, Judge McConnell granted the impeding the disbursement of appropriated federal **Update 7:** On Mar. 10, the defendants filed a notice **Update 8:** On Mar. 24, the plaintiffs filed a renewed pertains to the freezing of FEMA funds, claiming tha funds despite the Court's order. **Update 9:** On Mar. 27, the First Circuit denied defer order. The First Circuit noted defendants did not me **Update 10:** On Mar. 27, defendants filed their oppos order on Mar. 6 as it pertains to the freezing of FEM is not equivalent to a pause or freeze of funds and is |
| *Shapiro et al. v. Department of Interior et al.* (E.D. Pa.) Case No. 2:25-cv-00763 | Complaint | 2025-02-13 | **Overview:** *Pennsylvania Governor Josh Shapiro and s implicating billions in already committed federal fund seeking to restore the suspended funding.* **Case Summary:** The Plaintiffs—Governor Josh Sha Executive Orders and a subsequent OMB Directive f complaint describes five different communications identified specific programs or funds that would be under either the Infrastructure Investment and Jobs funding freeze jeopardizes at least $5.5 billion that obligated. The plaintiffs note the ongoing litigation the Feb. 3 TRO (D.D.C.), the Feb. 7 motion to enforce stay (1st Cir.) – as of Feb. 13, over $1.2 billion in gra review before being approved. Plaintiffs claim that c law (contrary to the IRA and the IIJA) and are arbitr violating both the Take Care Clause and the Spendin seek an injunction to prevent defendants from freez |
| *Catholic Charities Diocese of Fort Worth, Inc. v. DHHS* (D.D.C.) Case No. 1:25-cv-00605 | Complaint | 2025-03-03 | **Case Summary:** On Jan. 27, 2025, the Acting Direct every federal agency to temporarily pause all activit purported rescission of the memo days later, and te federal funding apparently remained frozen. Plaintiffs, who receive federal funding through the l funding freeze violates the Constitution's Spending Act of 1980. They seek declaratory judgment that th and permanent injunctions against enforcement of |
| *Corporation for Public Broadcasting v. Federal Emergency Management Agency* (D.D.C.) Case No. 1:25-cv-00740 | Complaint | 2025-03-13 | **Overview:** *The Corporation for Public Broadcasting ( broadcasting, brought a suit against the FEMA for pla alert system. The nonprofit is seeking to block the hol denied the nonprofit's request for a temporary block w* **Case Summary:** On Feb. 19, 2025, FEMA placed a h Homeland Security (DHS) and FEMA to the Plaintiff |

| | | | |
|---|---|---|---|
| | | | system. FEMA has not identified any reason for this receive payments owed to 42 sub-awardee public m program upgrades and enhancements, is arbitrary a government conduct is arbitrary and capricious, and **Update 1:** Plaintiff filed a motion for a TRO on Mar Plaintiff filed a reply on Mar. 16. **Update 2:** On Mar. 17, 2025, Judge Timothy Kelly de |
| **Executive Action: Denial of federal grants** | | | |
| [City of New York v. Trump et al.](#) (S.D.N.Y.) Case No. 1:25-cv-01510 | [Complaint](#) | 2025-02-21 | **Overview:** *New York City sued the Trump Administra million in previously approved migrant housing funds. harms the City. The City has asked the court to declare* **Case Summary:** On Feb. 11, 2025, FEMA clawed ba previously been approved by FEMA as reimburseme housing and services for noncitizen migrants. Plain payment, [and yet] Defendants grabbed the money b Defendants attempted to cloak their actions "with a City's Office of Management and Budget with "Find noncompliance letter was pretextual and that Defer purposes for which the funds were appropriated, aw return the funds to the City. Plaintiff also seeks a de without observance of lawful procedures.In the inte Defendants to return certain funds and to enjoin De **Update 1:** On Feb. 28, Defendants [filed](#) a memorand restraining order. **Update 2:** On Mar. 3, Plaintiffs [filed](#) a reply memora restraining order. **Update 3:** On Mar. 20, Plaintiff [filed](#) an amended co |

| | | | |
|---|---|---|---|
| _Climate United Fund v. Citibank_ (D.D.C.)<br><br>Case No. 1:24-cv-00698 | [Complaint](#) | 2025-03-08 | **Overview:** : _Climate United Fund, a nonprofit with g... and Citibank for the withholding of grant funds. The E... terminating Climate United Fund's grant. A federal ju... the grant termination and transferring the funds elsew..._<br><br>**Case Summary:** Plaintiff Climate United Fund has ... from the EPA in 2024 through the National Clean I... grant requires Climate United's grant funds to be he... Treasury Department, and an Account Control Agre... United, and EPA that sets forth the specific details f... Zeldin made a public statement announcing EPA's g... pursuant to the Inflation Reduction Act. The EPA an... United's grant. Citibank is now refusing to honor Cl... need for further direction from the EPA before disbu... some employees and will shortly run out of funds to... to disburse funds, enjoin the EPA and Zeldin from in... suspending or terminating Climate United's grant a...<br>**Update 1:** On Mar. 10, Plaintiff [filed](#) a motion reque... motions in opposition to the TRO.<br>**Update 2:** On Mar. 11, the EPA [terminated](#) Climate ... unlawful termination of the grant.<br>**Update 3:** On Mar. 18, Judge Tanya Chutkan [grante](#)... from implementing the grant termination and trans... |
| _Massachusetts Fair Housing Center v. Department of Housing and Urban Development_ (D. Mass)<br><br>Case No. 3:25-cv-30041 | [Complaint](#) | 2025-02-19 | **Overview::** _A group of non-profit fair housing organiz... the termination of Fair Housing Initiative Program (FI... terminated the funds without notice. The fair housing ... FHIP grants and prevent further terminations. On Ma... terminations._<br><br>**Case Summary:** At the direction of the Departmen... Housing and Urban Development (HUD) terminated ... this class action are several non-profit fair housing ... appropriated funds, and the termination of the FHI... programming to groups protected by the Fair Housi... the program goals or agency priorities," which Plai... vires action by DOGE. Plaintiffs are seeking injucti...<br>**Update 1:** On Mar. 13, the same day the complaint ...<br>**Update 2:** On Mar. 21, defendants [filed](#) an opposi...<br>**Update 3:** On Mar. 24, plaintiffs filed a [reply](#) in sup... against the HUD defendants only.<br>**Update 4:** On Mar. 26, following a hearing the day ... defendants from terminating relevant FHIP grants a... |
| **Executive Action: Reduction of indirect cost reimbursement rate for research institutions ([NIH Guidance](#))** | | | |
| _Commonwealth of Massachusetts v. National Institutes of Health_ (D. Mass.)<br><br>Case No. 1:25-cv-10338 | [Complaint](#) | 2025-02-10 | **Overview:** _22 state governments sued the National In... available in medical research grants. The governments... requested the court declare the policy unlawful and im... and has blocked the policy from implementation natio..._<br><br>**Case Summary:** The National Institutes of Health's... of medical research, which research institutions have... public research institutions will face hardship und... |

| *Association of American Universities, et al. v. Department of Health and Human Services, et al.* (D. Mass.)<br><br>Case No. 1:25-cv-10346 | [Complaint] | 2025-02-10 | **Overview:** *Multiple academic institutions sued the De[…] ("NIH"), challenging a new NIH policy that caps the a[…] policy violates the constitution and federal law, and ex[…] to stop implementation of the policy. The court has the[…]*<br><br>**Case Summary:** National Institutes of Health (NIH[…] of medical research, which research institutions hav[…] representing universities and college and individual[…] destructive effects on NIH-funded research. They su[…] contrary to law in that it departs from the Continuin[…] Appropriation Clause; (3) is contrary to law as it dep[…] Statement; (4) is an arbitrary and capricious abuse o[…] policy guidance; (6) fails to observe required notice[…] (8) is in excess of statutory authority as a retroactiv[…] and permanent injunctive relief. Later on Feb. 10, Pl[…] implementing the policy.<br>**Update 1:** On Mar. 5, 2025: Judge Kelley [issued] a na[…] form with respect to institutions nationwide." |
| *Association of American Medical Colleges v. National Institute of Health* (D. Mass.)<br><br>Case No. 1:25-cv-10340 | [Complaint] | 2025-02-10 | **Overview:** *Multiple nonprofit organizations sued the […] ("NIH"), challenging a new NIH policy that caps the a[…] policy violates federal law, and exceeds NIH's authorit[…] their request and has blocked the policy from impleme[…]*<br><br>**Case Summary:** The National Institutes of Health's […] of medical research, which research institutions hav[…] representing universities, hospitals, and health syst[…] Administrative Procedure Act ("APA") and seek to en[…] is contrary to Health and Human Services's (HHS) e[…] contend that it is arbitrary and capricious and failed[…] On Feb. 10, 2025, Judge Angel Kelley issued a natio[…]<br>**Update 1:** On Mar. 5, 2025: Judge Kelley [issued] a na[…] form with respect to institutions nationwide." |

**Executive Action: Actions Toward Columbia University ([Executive Order 14188]) ([Pause or Termination of Grants] and [Letter of d[…]**

| *American Association of University Professors v. United States Department of Justice* (S.D.N.Y.)<br><br>Case No. 1:25-cv-02429<br><br>(Second Circuit [Case No. 25-5072]) | [Complaint] | 2025-03-25 | **Overview:** *The American Association of University Pr[…] professors, have sued the U.S. Department of Justice, t[…] and/or permanently block the Trump Administration's […] the university on the basis that these actions violate th[…]*<br><br>**Case Summary:** On Jan. 29, President Trump signe[…] [task force] was formed by the Department of Justice […] Education (DOE) announced a Title VI investigation […] university's federal contracts and grants for approxi[…] changes. |

|  |  |  | Plaintiffs, the American Association of University P |
|---|---|---|---|
|  |  |  | and multiple other federal agencies and their respec |
|  |  |  | 1964; the Administrative Procedure Act; the First A |
|  |  |  | commandeering doctrine, and the Spending Clause |
|  |  |  |  |
|  |  |  | Plaintiffs ask the court to declare unlawful the term |
|  |  |  | Plaintiffs also request a preliminary and permanent |
|  |  |  | withhold such funds in the future, and enjoining De |
|  |  |  | compensatory and nominal damages. |

**Executive Action: Unleashing American Energy ([Exec. Order No. 14154](#)) Ending Radical and Wasteful Government DEI Program**
**Efficiency" Cost Efficiency Initiative ([Executive Order 14222](#))**

| *Woonasquatucket River Watershed Council v. Department of Agriculture* (D. R.I.)<br><br>Case No. 1:25-cv-00097 | [Complaint](#) (Mar. 13, 2025)<br>[Amended Complaint](#) (Mar. 17, 2025) | 2025-03-13 | **Overview:** *Multiple nonprofits sued multiple federal a Interior, and the Environmental Protection Agency, an the Inflation Reduction Act of 2022 (IRA) or the Infras violates federal law, and the nonprofits ask the court t frozen.*<br><br>**Case Summary:** President Donald Trump's Executi appropriated through the Inflation Reduction Act of outlined in Section 2 of the EO, which relate to clim agencies to seek the approval of both the Director o Economic Policy, who must review and ensure disbu to that effect.<br>The six Plaintiffs are three nonprofits with environr development corporation, and a network of nonprof the Department of the Interior, and the Department the Environmental Protection Agency and its Admir National Economic Council.<br>Following the Executive Order and the OMB memo, plaintiffs argue that this "freeze first, ask questions capricious, or an abuse of discretion; (2) exceeds sta The Plaintiffs seek to have the OMB Memo held unl IIJA. They also request a stay preventing the federal frozen. |
|---|---|---|---|
| *Sustainability Institute v. Trump* (D.S.C.)<br><br>Case No. 2:25-cv-02152-RMG | [Complaint](#) | 2025-03-19 | **Overview:** *A group of nonprofit organizations and mu environmental, agricultural, and infrastructure projec declaration that the funding freeze is unlawful.*<br><br>**Case Summary:** On Jan. 20 and Feb. 26, 2025, Presi appropriated funds under the Inflation Reduction A organizations and municipalities, filed suit against violate the First Amendment, the Administrative Pr disbursement of funds for environmental, agricultu caused significant financial harm, disrupted commu asserting that the funding freeze is unlawful, injunc previously frozen funds. |

| | | | |
|---|---|---|---|
| *California Infrastructure and Economic Development v. Citibank and EPA* (D.D.C.)<br><br>Case No. 1:25-cv-00820 | [Complaint](#) | 2025-03-19 | **Overview:** *A group of banks that provide financial ser... Protection Agency. They argue that the agency unlawf... contracts with the banks for pollution-related projects... declaration that the freeze is unlawful.*<br><br>**Case Summary:** On Jan. 20, 2025, President Donald... under the Inflation Reduction Act and the Infrastruc... to pollution-reducing projects, filed suit against Cit... blocked access to $20 billion in Greenhouse Gas Rec... no longer honoring contracts with the Plaintiffs me... Administrative Procedure Act, the Impoundment Co... Tenth Amendment. They seek declaratory relief affi... interference, and contractual relief compelling Citib... |

**Executive Action: Continuing the Reduction of the Federal Bureaucracy ([Executive Order 14238](#))**

| | | | |
|---|---|---|---|
| *RFE/RL, Inc. v. Lake* (D.D.C.)<br><br>Case No. 1:25-cv-00799 | [Complaint](#) | 2025-03-18 | **Overview:** *On Mar. 14, President Trump passed an Ex... agencies and required them to reduce mandatory func... Media (USAGM). The plaintiff is Radio Free Europe/R... distributed through USAGM. RFE/RL has brought a su... disburse the funds. On Mar. 24, USAGM began to disb...*<br><br>**Case Summary:** Case Summary: On Mar. 14, Preside... sections of seven federal agencies and required ther... being the Federal Mediation and Conciliation Servic... Center for Scholars in the Smithsonian Institution,... Homelessness, the Community Development Financ... Europe/Radio Liberty ("RFE/RL") is a private, nonpr... On Mar. 15, Kari Lake, a Senior Advisor to the Actin... the basis of the Mar. 14 EO. USAGM has informed R... 2025, through Sep. 30, 2025. Defendants are USAGM... Plaintiff requests that the court find USAGM's impo... agreement to be unlawful, to obligate USAGM to dis... million covering Mar. 15-Sep. 30, 2025, and to issue... Administrative Procedure Act (for "arbitrary and cap... Presentment, Spending, and Take Care Clauses; and... **Update 1**: On Mar. 19, Plaintiff [filed](#) a motion reque... operations, employee safety, and reputation, and th... constitutional claims. On Mar. 21, the Government [... Plaintiff [filed](#) a further reply in support of its reque... **Update 2**: On Mar. 24, USAGM [filed](#) a motion statin... Plaintiff for work completed during the period from... **Update 3**: On Mar. 25, Judge Royce Lamberth [grante](#)... **Update 4**: On Mar. 26, the Defendants' submitted a... primary relief—withdrawing the termination of its g... relief, Defendants' position is that this matter is nov... |
| *Open Technology Fund v. Kari Lake* (D.D.C.)<br><br>Case No. 1:25-cv-00840 | [Complaint](#) | 2025-03-20 | **Overview:** *Open Technology Fund (OTF), a non-profit... Media (USAGM) and others alleging USAGM's termino... violates the Administrative Procedure Act, and violates... withholding funds permanently or temporarily while th...*<br><br>**Case Summary:** On Mar. 14, President Donald Trur... |

| | | | |
|---|---|---|---|
| | | | seven federal agencies, including the United States personnel to the legal minimum. Plaintiff is Open Technology Fund (OTF), a non-pro Congress with grants distributed through USAGM. C purported to terminate OTF's grant agreement on t Victor Morales (Acting Chief Executive Officer of US under the constitution, the Administrative Procedu Plaintiff asked the court to declare the grant termin injunction on withholding of these funds while the **Update 1:** On Mar. 20, Plaintiff [filed](#) a motion reque Plaintiff's operations and the likelihood that Plaint **Update 2:** On Mar. 24, Defendants [filed](#) a motion in likelihood of irreparable harm. **Update 3:** On Mar. 26, Plaintiff [filed](#) a response opp irreparable harm and public interest favors grantin |
| *Widakuswara v. Kari Lake* (S.D.N.Y.)  Case No. 1:25-cv-02390 | [Complaint](#) | 2025-03-21 | **Overview:** *On Mar. 14, President Trump signed an Ex including the U.S. Agency for Global Media (USAGM), America (VOA) is a media outlet under USAGM. VOA j block the dismantling of USAGM.*  **Case Summary:** On Mar. 14, President Trump signe federal agencies, including the U.S. Agency for Glob legal minimum. Voice of America (VOA) is a governn VOA journalists, a director at USAGM, Reporters wit foreign service workers brought a suit against Kari L and USAGM for the dismantling of USAGM. The Plaintiffs argue that the government's conduct capricious" action, not in accordance with law, and Clause. Plaintiffs seek declaratory relief and a preliminary a their prior status and to restore all programming an **Update 1:** On Mar. 24, Plaintiffs [filed](#) a motion requ harm and are likely to succeed on their Administrat **Update 2:** On Mar. 27, Defendants filed a [memoran](#) demonstrated irreparable harm nor established that **Update 3:** On Mar. 28, Judge J. Paul Oetken [granted](#) |
| *Abramowitz v. Lake* (D.D.C.)  Case No. 1:25-cv-00887 | [Complaint](#) | 2025-03-26 | **Overview:** *On Mar. 14, President Trump signed an Ex including the U.S. Agency for Global Media (USAGM), America (VOA) is a media outlet under USAGM. The c or at least temporarily block the dismantling of VOA a activities can resume.*  **Case Summary:** On Mar. 14, President Donald Trur seven federal agencies, including the U.S. Agency fo to the legal minimum. Voice of America (VOA) is a g director of VOA, and three VOA journalists, includin the Acting CEO of USAGM), Victor Morales (Acting Specifically, plaintiffs argue that the defendants' co Constitution, the Take Care Clause of the Constituti restraining order and a preliminary and permanent employees and dismantling VOA and to restore the can resume. |

| Civil Liberties and Rights | | | |
|---|---|---|---|
| **Executive Action: Housing of transgender inmates ([Executive Order 14168](#))** | | | |
| [Maria Moe v. Donald Trump, et al](#) (D. Mass.)<br><br>Case No. 1:25-cv-10195-GAO | [Complaint](#) | 2025-01-26 | **Overview:** *A transgender woman in federal prison su...mandates the Bureau of Prisons ("BOP") to transfer h...her constitutional rights and federal law, and exceeds ...granted her request and has temporarily stopped the E...since been transferred to the court local to where the w...*<br><br>**Case Summary:** Trump's Executive Order mandate...classification," regardless of gender identity, and di...plaintiff, Maria Moe, is a transgender female federal...suit seeks to enjoin the Executive Order on the basi...the basis of sex and gender identity; the 8th Amend...accommodate Moe's gender dysphoria; and the Adm...<br>**Update 1:** On Jan. 26, the judge [reportedly](#) issued a...not to transfer her from the general population of t...<br>**Update 2:** On Feb. 7, the judge [issued an order](#) trans...currently confined" and terminating proceedings in...parties are familiar with the proper district based o... |
| [Doe v. McHenry](#) (D.D.C.)<br><br>Case No. 1:25-cv-00286-RCL | [Complaint](#) | 2025-01-30 | **Overview:** *Three transgender women in federal priso...which mandates the Bureau of Prisons ("BOP") to tra...violates her constitutional rights and federal law, and...stop the EO's implementation and require BOP to mai...temporarily stopped the EO, requiring prison officials i...*<br><br>**Case Summary:** Trump's Executive Order mandate...classification," regardless of gender identity, and di...plaintiffs are three transgender women federal inm...have been informed that they will be transferred im...violates the plaintiffs' rights under the 5th Amendm...exposing plaintiffs to risk of serious harm and by cr...failing to accommodate plaintiffs' gender dysphoria...arbitrary and capricious manner. The complaint see...the executive order and requiring it to maintain the...<br>**Update 1:** On Feb. 4, 2025, Judge Royce Lamberth is...transferring the plaintiffs or from discontinuing the...<br>**Update 2:** On Feb. 18, Judge Lamberth [granted](#) the ...Order against plaintiffs.<br>**Update 3:** On Feb. 21, Plaintiffs filed a [memorandu...](#)the First Amendment Complaint.<br>**Update 4:** On Feb. 24, Judge Lamberth issued an [Or...](#)plaintiffs.<br>Update 5: On Mar. 14, Plaintiffs filed an amended c...facilities. On the same day, Plaintiffs Rachel and Ell...pending motion for a further TRO to a motion for a...<br>Update 6: On Mar. 19, Judge Royce Lamberth [grante...](#) |
| [Jones v. Trump](#) (D.D.C)<br><br>Case No. 1:25-cv-00401 | [Complaint](#)<br>(Feb. 10, 2025)<br><br>[Amended](#) | 2025-02-10 | **Overview:** *A transgender woman in federal prison su...mandates the Bureau of Prisons ("BOP") to transfer h...her constitutional rights and federal law, and exceeds ...stop the EO's implementation. The court granted her r...* |

| | Complaint (Feb. 28, 2025) | | care and to not transfer her. Four additional women w the new plaintiffs.<br><br>**Case Summary:** Trump's Executive Order 14168 ma classification," regardless of gender identity, and dir Plaintiff is a transgender woman who had previousl transferred back, but she "now fears at any moment Plaintiff alleges that she is unsafe in any men's pris dysphoria. She brings claims alleging violations of t Act, and she seeks declaratory and injunctive relief **Update 1:** Feb. 21, Plaintiff filed a motion for a TRC sections of Executive Order 14168: Section 4(a), wh prisons from providing medical care that would alig **Update 2:** On Feb. 24, the court granted plaintiff's r Sections 4(a) and 4(c) of Executive Order 14168 and **Update 3:** On Feb. 28, four additional Plaintiffs wer preliminary injunction. **Update 4:** On Mar. 3, the court granted Plaintiffs' m amended complaint. |
| *Kingdom v. Trump* (D.D.C)<br><br>Case No. 1:25-cv-00691 | Complaint | 2025-03-07 | **Overview:** *One transgender woman and two transger dysphoria, brought a class action lawsuit against Pres transgender individuals in federal prison custody. The who are receiving or would receive gender-affirming co Act of 1973, and Administrative Procedure Act. Plainti*<br><br>**Case Summary:** Trump's Executive Order 14168 ("I defined as "immutable biological classification," reg gender-affirming care. Plaintiffs, three transgender individuals currently in to represent all current and future federal inmates c affirming care. The lawsuit argues that the EO violates their consti punishment), Equal Protection Clause, Rehabilitatio **Update 1:** On Mar. 17, Plaintiffs filed a motion for a purpose of emergency relief. |
| **Executive Action: Ban on transgender individuals serving in the military (Executive Order 14183)** | | | |
| *Nicolas Talbott, et al. v. Donald Trump, et al.* (D.D.C.)<br><br>Case No. 1:25-cv-00240 | Complaint | 2025-01-28 | **Overview:** *A group of transgender service members a banning transgender individuals from enlisting and se implementation of the EO. The court has ordered that the EO, at which point the court will consider the plair EO, to which the plaintiffs have renewed their request.*<br><br>**Case Summary:** On January 27, 2025, the Trump ad military. The order rescinds prior policy allowing tr categorically prohibits both enlistment and continu readiness, lethality, cohesion, honesty, humility, un members and prospective or current enlistees. They violates equal protection under the Fifth Amendme interest. **Update 1:** On Feb. 3, Plaintiffs moved for a prelimir **Update 2:** On Feb. 4, Plaintiffs moved for a TRO aga **Update 3:** On Feb, 5, the court ordered the Governn |

| | | | |
|---|---|---|---|
| | | | implementing the Executive Order. If any such actio[...]<br>**Update 4:** In response to the Court's order to updat[...]<br>Gender Extremism…") or [Executive Order 14183](#) ("[...]<br>Leadership Commanders of the Combatant Comman[...]<br>Subject: Additional Guidance on Prioritizing Militar[...]<br>relates to transgender service members and provide[...]<br>Diagnosis or History of, or Exhibit Symptoms Consi[...]<br>current diagnosis or history of, or exhibit symptoms [...]<br>and orders that "steps to identify Service members [...]<br>dysphoria within 30 days of this memorandum." It a[...]<br>reconstruction surgery as treatment for gender dysp[...]<br>of admission to military academies, and applies rest[...]<br>While waivers are available, the applicant "must be [...]<br>with the applicant's sex."<br>**Update 5:** On Mar. 18, Judge Ana Reyes [granted](#) Pla[...]<br>facing the same irreparable harm. The Court stays it[...]<br>with the D.C. Circuit.<br>**Update 6:** On Mar. 24, Plaintiffs [amended](#) the comp[...]<br>Ashley Davis, and Samuel Ahearn also [filed](#) a motio[...]<br>and preserve the status quo, on the basis that Plaint[...]<br>harm. The motion states: "In light of this Court's M[...]<br>No. 88, which the Court administratively stayed per[...]<br>restrain enforcement of the Military Ban with respe[...]<br>Motions on the merits."<br>**Update 7:** On Mar. 26, Defendants [filed](#) a notice of a[...]<br>injunction. |
| *[Shilling v. Trump](#)* (W.D. Wash.)<br><br>Case No. 2:25-cv-00241 | [Complaint](#) | 2025-02-06 | **Overview:** *A group of transgender service members a[...]*<br>*banning transgender individuals from enlisting and se[...]*<br>*declare the EO unconstitutional and stop implementat[...]*<br><br>**Case Summary:** On Jan. 27, 2025, the Trump admin[...]<br>military. The order rescinds prior policy allowing tra[...]<br>active and prospective trans service members and a[...]<br>equal protection and due process guarantees of the [...]<br>declaratory judgment and a permanent injunction a[...]<br>**Update 1:** On Feb. 19, Plaintiffs filed [motion](#) for a p[...]<br>other current and aspiring transgender servicemem[...]<br>**Update 2:** On Mar. 4, Plaintiffs submitted an [amend](#)[...]<br>**Update 3:** On Mar. 4: Plaintiffs submitted a [suppler](#)[...]<br>responded with a brief in [opposition to a preliminar](#)[...]<br>**Update 4:** On Mar. 27, Judge Benjamin Settle grante[...]<br>supporting the conclusion that military readiness, u[...]<br>groups from service have in fact been adversely imp[...]<br>there is none." "The government's arguments are n[...]" |
| *[Ireland v. Hegseth](#)* (D. N.J.)<br><br>Case no. 1:25-cv-01918 | [Complaint](#) | 2025-03-17 | **Overview:** *Two transgender U.S. Air Force service me[...]*<br>*banning transgender individuals from enlisting and se[...]*<br>*treatment. On Mar. 24, a federal judge temporarily blo[...]*<br>*protections.*<br><br>**Case Summary:** On Jan. 20 and 27, 2025, President[...]<br>by banning transgender people from military servic[...]<br>transgender men who have served as members of th[...] |

absence and have been informed that they only can
Plaintiff to serve as a woman because they have me
separation proceedings will be initiated against the
EO implementation timeline. Plaintiffs seek declara
memoranda, on the basis that they have a constituti
military service based on their transgender status.
**Update 1:** On Mar. 18, Plaintiffs <u>filed</u> a request for a
their Equal Protection claim.
**Update 2:** On Mar. 20, the Government <u>filed</u> an opp
of their request for a TRO.
**Update 3:** On Mar. 24, Judge Christine O'Hearn <u>gran</u>
constitutional rights and that attempting to exhaus
Plaintiffs.

| | | | |
|---|---|---|---|
| **Executive Action: Ban on gender affirming care for individuals under the age of 19 (** <u>Executive Order 14168</u>**;** <u>Executive Order 14</u> |

| | | | |
|---|---|---|---|
| *PFLAG, Inc. v. Trump* (D. Md.)<br><br>Case No. 8:25-cv-00337-BAH | <u>Complaint</u> | 2025-02-04 | **Overview:** *Two nonprofit organizations representing*<br>*order ("EO") which restricts gender-affirming care for*<br>*affirming care, and stops federal funding to institution*<br>*authority and violates multiple constitutional rights in*<br>*unconstitutional and unlawful, and stop the implemen*<br>*the case proceeds.*<br><br>**Case Summary:** On January 20, 2025, the Trump ad<br>federal funds to promote "gender ideology," the idea<br>administration issued an executive order directing t<br>including medical schools and hospitals, from admi<br>coverage for gender affirming care in government-p<br>private health insurers that government employee p<br>Justice to prioritize enforcement against female ger<br>professionals performing gender-affirming procedu<br>plaintiffs filed suit, arguing the orders constitute ur<br>of sex and disability in violation of statutes; violate<br>abridge the First Amendment's free speech clause. I<br>temporary, preliminary, and permanent injunctive r<br>**Update 1:** On Feb. 5, Plaintiffs <u>moved</u> for a TRO aga<br>**Update 2:** On Feb 13, Judge Brendan Abell Hurson i<br>**Update 3:** On Feb. 18, Plaintiffs <u>moved</u> for a prelim<br>**Update 4:** On Feb. 26, Plaintiffs moved to extend th<br>**Update 5:** On Mar. 4, Judge Brendan Hurson <u>grante</u><br>conditioning, withholding, or terminating federal fu<br>medical care to a patient under age 19.<br>**Update 6:** On Mar. 7, plaintiffs <u>filed an emergency r</u><br>violated the injunction by issuing notices renewing<br>**Update 7:** On Mar. 10, the government <u>filed a memo</u><br>"do not violate this Court's preliminary injunction"<br>provisions. In response, plaintiffs <u>filed a memorand</u><br>funding recipients risk losing their federal funding i<br>**Update 8:** On Mar. 21, the government <u>filed notice</u> t |

| | | | |
|---|---|---|---|
| *State of Washington et al. v. Donald J. Trump et al.* (W.D. Wash)<br><br>*Case No. 2:25-cv-00244* | [Complaint](#) (Feb. 7, 2025);<br>[Amended Complaint](#) (Feb. 19, 2025) | 2025-02-07 | **Overview:** *Three states and three physicians sued the ... care for individuals under 19 and ended government-p... Constitution, federal law, and states' powers. The plai... their request and blocked the EO, but has permitted th... procedures, as "female genital mutilation."*<br><br>**Case Summary:** On Jan. 28, 2025, the Trump admin... institutes that receive research and education grant... individuals under the age of 19. The order also end... the Office of Management and Budget to instruct pr... Finally, the order directs the Department of Justice ... private right of action against medical professionals... genital mutilation. Three states and three physician... by creating classifications and facially discriminatin... Plaintiffs also allege that the order violates separati... medical institutions, whereas Congress never autho... access to federally funded services based on gender ... Tenth Amendment by regulating and threatening cr... on the states' traditional police powers over local p...<br>**Update 1:** On Feb. 7, Plaintiffs [moved](#) for a TRO aga...<br>**Update 2:** On Feb. 14, Judge Lauren King issued a tw... within Plaintiff States; on Feb. 16, the court issued a...<br>**Update 3:** On Feb. 19, Plaintiffs filed an [amended c...](#) claim for vagueness. Plaintiffs [moved](#) separately for ... government responded in [opposition](#) on Feb. 28.<br>**Updated 4:** On Feb. 28, Judge Lauren King issued an... exception involved Section 8(a) of the EO directing ... mutilation"; but the court found "no credible threat... |
| **Executive Action: Passport policy targeting transgender people ([Executive Order 14168](#))** | | | |
| *Orr v. Trump* (D. Mass)<br><br>Case No. 1:25-cv-10313 | [Complaint](#) | 2025-02-07 | **Overview:** *Seven transgender and nonbinary individu... designation on US passports to male or female based o... Constitution and federal law. The plaintiffs have aske... the EO from implementation, and void actions already...*<br><br>**Case Summary:** On Jan. 20, 2025, the Trump admin... and that they are determined by immutable biologi... to documents like passports to align with the order'... applications of individuals seeking to change their s... sued, arguing the policy is unconstitutional and vio... and transgender status; violates the Fifth Amendme... forcing disclosure of private and intimate informati... through their passports. Plaintiffs also argue the po... rights, powers, and immunities; as an arbitrary and ... instituting the policy without a comment period. Th... preliminary and permanent injunctions stopping th... under the policy.<br>**Update 1:** On Feb. 18, Plaintiffs [moved](#) for prelimin...<br>**Update 2:** On Mar. 12, Defendants [filed](#) an oppositi...<br>**Update 3:** On Mar. 19, Plaintiffs [filed](#) a reply in sup... |
| **Executive Action: Ban on transgender athletes in women's sports ([Executive Order 14168](#); [Executive Order 14201](#))** | | | |

| *Tirrell v. Edelblut* (D.N.H.)<br><br>Case No. 1:24-cv-00251 | [Complaint](#); [Amended Complaint](#) (underlying case filed Aug. 16, 2024) | 2025-02-12 | **Overview:** *Two transgender teenage athletes in New H... banning transgender women from female sports as un... court had already ordered that the related state law no... EO unconstitutional and permanently stop its enforcer...*<br><br>**Case Summary:** On Jan. 20, 2025, the Trump admin... female, and that they are determined by immutable ... 14201, directing the federal government to interpre... would bar transgender women and girls from compe... previously filed suit against the state, arguing a stat... under the 14th Amendment and a violation of Title... Feb. 12, following the Trump administration's execu... add federal defendants to the suit. The amended con... protection rights; (2) is an ultra vires action in confl... funds. They seek a declaratory judgment that the ex... enforcement. |
| --- | --- | --- | --- |
| **Executive Action: Immigration enforcement against places of worship and schools ([Policy Memo](#))** | | | |
| *Philadelphia Yearly Meeting of the Religious Society of Friends, et al. v. U.S. Department of Homeland Security* (D. Md.)<br><br>Case No. 8:25-cv-00243-TDC | [Complaint](#) (Jan. 27, 2025) [Amended Complaint](#) (Feb. 5, 2025) | 2025-01-27 | **Overview:** *A coalition of Quaker congregations sued ... enforcement in "sensitive" areas like places of worship. ... court to stop its implementation. The court partially g... owned or used by the plaintiff organizations without a...*<br><br>**Case Summary:** On January 20, 2025 the Departme... [guidelines](#) for ICE and CBP enforcement actions tha... such as places of worship, schools, and hospitals. Un... to the enforcement officers' "common sense."<br>The [plaintiffs](#), a coalition of Quaker congregations, ... government policy permitting immigration enforcer... freedom of expressive association under the First A... and Restoration Act and the Administrative Procedu...<br>**Update 1:** On Feb. 4, Plaintiffs [moved](#) for a TRO an...<br>**Update 2:** On Feb. 24, the court [granted in part](#) a pr... worship owned or used by the plaintiff organization ... 2021 guidelines. The court also issued a [Memorand...](#) the particulars of the Plaintiffs' organizations and t... |
| *Mennonite Church USA et al. v. United States Department of Homeland Security et al* (D.D.C.)<br><br>Case No. 1:25-cv-00403 | [Complaint](#) | 2025-02-11 | **Overview:** *Over two dozen Christian and Jewish relig... allowing immigration enforcement in "sensitive" areas... federal laws, and have asked the court to block DHS fr...*<br><br>**Case Summary:** On January 20, 2025 the Departme... [guidelines](#) for ICE and CBP enforcement actions tha... such as places of worship, schools, and hospitals.<br>Over two dozen Christian and Jewish religious deno... DHS from effectuating the directive. The complaint ... worship in the absence of exigent circumstances or ... and the First Amendment. In addition, the complain... constraints on agency action.<br>**Update 1:** On Feb. 21, Plaintiffs filed a [motion](#) for a ... activities at their places of worship absent exigent c...<br>**Update 2:** On Mar. 14, Defendants filed a [memorand...](#) |

| | | | plaintiffs lack standing, do not sufficiently claim irr... religion.They also claim that the Government has a... |
|---|---|---|---|
| *Denver Public Schools v. Noem* (D. Colo) <br><br> Case No. 1:25-cv-00474 | Complaint | 2025-02-12 | **Overview:** *Denver Public Schools challenged the Trun... allows immigration enforcement in "sensitive" areas lik... change and violated disclosure requirements under fee... the lawsuit is in progress.* <br><br> **Case Summary:** On January 20, 2025 the Departme... guidelines for ICE and CBP enforcement actions tha... such as places of worship, schools, and hospitals. ... Denver Public Schools filed a suit challenging the re... internal memoranda that have never been publicly ... the new policy allegedly replaces three decades of f... whether to conduct enforcement actions at sensitiv... agency action subject to review under the Administ... established policy — including the need to provide ... The Plaintiff further alleges that DHS's failure to pu... to enjoin and vacate the new policy and require the... **Update 1:** On Feb. 12, Plaintiffs moved for a TRO ar... |

**Executive Action: Denying Press Access to the White House**

| | | | |
|---|---|---|---|
| *The Associated Press v. Budowich* (D.D.C.) <br><br> Case No. 1:25-cv-00532 | Complaint | 2025-02-21 | **Overview:** *The Associated Press ("AP") sued the Trun... Gulf of Mexico as the Gulf of America. AP argues that ... expression. AP asked the court to declare the ban unco... duration of the lawsuit. The court has denied their req... arguments on reinstating AP's access for the duration...* <br><br> **Case Summary:** On Feb. 11, 2025, White House offi... members of the press pool unless the AP began ref... that the ban (1) violates the Fifth Amendment's Du... used "for over a century" and was announced with r... formal opportunity to challenge since; and (2) viola... AP's speech and retaliation for the AP's exercise of ... AP access is unconstitutional, and a court order tha... On Feb. 21, 2025, the AP also filed a motion for a TR... **Update 1:** On Feb. 24, in a 2-page order, Judge Trev... ordered expedited hearings for consideration of a p... **Update 2:** On Mar. 3, Plaintiffs submitted an amend... briefings on specific questions, and requesting that ... House press pool. |

**Diversity, Equity, Inclusion, and Accessibility**

**Executive Action: Ban on DEIA initiatives in the executive branch and by contractors and grantees (Executive Order 14168; Exe...**

| | | | |
|---|---|---|---|
| *Nat'l Association of Diversity Officers in Higher Ed. v. Trump* (D. Md.) <br><br> Case No. 1:25-cv-00333-ABA <br><br> (Fourth Circuit Case No. 25- | Complaint | 2025-02-03 | **Overview:** *Several organizations, including the Natio... his Executive Orders 14151 and 14173 ("EOs") that ta... including the right to free speech. The organizations a... of the EOs immediately and at least for the duration o... of the EOs while the lawsuit is pending. The Trump ad...* <br><br> **Case Summary:** On Jan. 20, 2025, the Trump admin... and [restore] biological truth to the federal governm... |

| | | | |
|---|---|---|---|
| 1189) | | | assisted by the Attorney General and OPM, to termi... 21, the administration issued a [third executive orde...] federal grant recipients and contractors to certify th... each executive agency to identify up to nine corpor... programs.<br>Plaintiffs argue the first order is an unconstitutiona... vagueness. They argue the second order unconstitu... speech clause; and the separation of powers. They s... preliminary and permanent injunctions against bot...<br>**Update 1:** On Feb. 13, Plaintiffs [moved] for a TRO a...<br>**Update 2:** On Feb. 18, Defendants [filed] a response a... of four Plaintiffs lack standing and that Plaintiffs' cl... and preliminary injunction.<br>**Update 3:** On Feb. 21, Judge Adam B. Abelson issue... implementation of the Termination Provision of Ex... Executive Order 14173. The court stated that "Plain... The court also denied the preliminary injunction in ... 14173 and to engage in an investigation.<br>**Update 4:** On Feb. 24, the Defendant submitted a [n...]<br>**Update 5:** On Mar. 3, Judge Abelson denied the Def...<br>**Update 6:** On Mar. 10, Judge Abelson granted Plain... in active concert or participation with defendants," ...<br>**Update 7:** On Mar. 14, the Fourth Circuit [granted] th... |
| [Doe 1 v. Office of the Director of National Intelligence](#) (E.D.Va.)<br><br>Case No. 1:25-cv-00300-AJT-LRV | [Complaint] | 2025-02-17 | **Overview:** *A group of career U.S. intelligence officers ... administrative leave following President Donald Trum... officers argued that the ODNI terminated them withou... and asked the court to immediately block ODNI's actio... resign voluntarily in return for additional time on paid...*<br><br>**Case Summary:** On Jan. 20, 2025, the Trump admir... General and OPM, to terminate DEI programs, office... Plaintiffs are U.S. intelligence officers who were ass... The complaint alleges that Defendants placed Plain... assignments to personnel functions involving DEIA ... Administrative Leave Act by placing Plaintiffs on le... alleged. Second, Plaintiffs maintain that Defendants... "arbitrary, capricious, an abuse of discretion, not in ... record whatsoever." Third, Plaintiffs allege that Def... *assumed* beliefs about a domestic political issue [DE... process of law."<br>The plaintiffs seek injunctive relief. The plaintiffs a...<br>**Update 1:** On Feb 18, the court [issued] an administr... without pay.<br>**Update 2:** On Feb. 20, Defendants [filed] a motion in ...<br>**Update 3:** On Feb. 27, the court [vacated] its prior ad... Anthony Trenga extended the employees' deadline t... |
| [Doe v. Collins](#) (D.D.C.)<br><br>Case No. 1:25-cv-00760 | [Complaint] | 2025-03-14 | **Overview:** *Suspended employees from the Office of Ec... the Secretary of Veteran Affairs to block the Trump ad... and offices in federal agencies ("DEIA EO"). Plaintiffs ... OEA is not a DEIA office.*<br><br>**Case Summary:** On Jan. 20, 2025, the Trump admir... |

| | | | |
|---|---|---|---|
| | | | General and OPM, to terminate DEIA programs, offi<br>Director of U.S. Office of Personnel Management ("C<br>initiatives and programs and place employees of DE<br>("VBA") – Office of Equity Assurance ("OEA") was sh<br>employees who were placed on administrative leave<br>implementation of the EO violates the First Amend<br>issue (DEIA) which was unrelated to their work at V<br>the Due Process Clause and the Equal Protection Cl<br>preliminary and permanent injunctions on Defenda |
| *National Urban League v. Trump*<br>(D.D.C.)<br><br>Case No. 1:25-cv-00471 | Complaint | 2025-02-19 | **Overview:** *A group of civil rights organizations sued t<br>inclusion ("DEI") programs and transgender rights. Th<br>process. The organizations are asking the court to dec*<br><br>**Case Summary:** On Jan. 20, the Trump administra<br>and OPM, to terminate DEI programs, offices and po<br>another executive order revoking an Equal Employm<br>federal grant recipients and contractors to certify th<br>each executive agency to identify up to nine corpora<br>programs. Plaintiffs, non-profits that receive federa<br>orders violate the First Amendment's protections fo<br>and the Administrative Procedure Act. Plaintiffs alle<br>involving trans rights, violates the same laws. Plain<br>executive orders, and permanent injunctions agains<br>**Update 1:** On Feb. 28, Plaintiffs submitted a motion<br>to which Plaintiffs replied on Mar. 17. The court hel |
| *San Francisco AIDS Foundation et al v. Trump* (D.D.C.)<br><br>Case No. 3:25-cv-1824 | Complaint | 2025-02-20 | **Overview:** *A group of nonprofit organizations repres<br>target diversity, equity, and inclusion ("DEI") program<br>including the freedom of expression and due process, a<br>asked the court to declare the EOs unlawful and uncon<br>the EOs.*<br><br>**Case Summary:** On Jan. 20, 2025, the Trump admir<br>and [restore] biological truth to the federal governm<br>assisted by the Attorney General and OPM, to termi<br>21, the administration issued a third executive orde<br>federal grant recipients and contractors to certify th<br>each executive agency to identify up to nine corpora<br>programs.<br>Plaintiffs allege that these three executive orders "p<br>existence, shield them from harm, provide them wit<br>their liberation." Specifically, Plaintiffs claim that th<br>in violation of the First Amendment, (2) violate the<br>President's powers under Article II of the Constituti<br>equal protection. Plaintiffs seek declaratory and inj |
| *Chicago Women in Trades v. Trump* (N.D. Ill.)<br><br>Case No. 1:25-cv-02005 | Complaint | 2025-02-26 | **Overview:** *A women's nonprofit trade organization h<br>equity, and inclusion (DEI) violate the First Amendmen<br>asked the judge to temporarily or permanently block th*<br><br>**Case Summary:** On Jan. 20, 2025, the Trump admir<br>and [restore] biological truth to the federal governm<br>assisted by the Attorney General and OPM, to termi |

| | | | |
|---|---|---|---|
| | | | 21, the administration issued a third executive orde[...] federal grant recipients and contractors to certify th[...] each executive agency to identify up to nine corpora[...] programs.<br>Plaintiff, a non-profit organization that works to tra[...] orders (1) violate the First Amendment due to (a) ov[...] conditions on speech; (2) violate the Fifth Amendm[...] Spending Clause); and (4) violate the separation of [...] preliminary and permanent injunctions enjoining th[...]<br>**Update 1:** On Mar. 5, the Plaintiff filed a motion for[...] 18, the Plaintiff filed a motion for a temporary restr[...] any recipient of federal funding resulting from the [...]<br>**Update 2:** On Mar. 24, the government filed an oppo[...]<br>**Update 3:** On Mar. 26, Judge Matthew Kennelly gran[...] |
| *American Association of Colleges for Teacher Education v. Carter*<br>(D. Md.)<br><br>Case No. 1:25-cv-00702-JRR | Complaint | 2025-03-03 | **Overview:** *Three organizations who receive federal fu[...] Donald Trump, and the Acting Secretary of Education [...] "gender ideology extremism" and "DEI programs" are [...] violation of the Administrative Procedure Act and that [...] asked the judge to permanently or at least temporarily [...] grant programs on March 17 and defendants have app[...]*<br><br>**Case Summary:** On Jan. 20, 2025, the Trump admin[...] and [restore] biological truth to the federal governm[...] assisted by the Attorney General and OPM, to termi[...] 21, the administration issued a third executive orde[...] federal grant recipients and contractors to certify th[...] each executive agency to identify up to nine corpora[...] programs.<br>Plaintiffs are organizations whose members include [...] Department of Education's Teacher Quality Partner[...] Teacher and School Leader Incentive Program (TSL[...] initiatives, the Department of Education summarily [...] the lawsuit alleges that EO 14151 is unconstitutiona[...] decision in violation of the Administrative Procedu[...] funds.<br>They also submitted a motion for a temporary restra[...]<br>**Update 1:** On Mar. 17, a federal judge issued a prelim[...]<br>**Update 2:** On Mar. 21, Defendants submitted a noti[...] Circuit. |
| *Rhode Island Latino Arts v. National Endowment for the Arts*<br>(D.R.I.)<br>Case No. 1:25-cv-00079<br><br>Complaint (Mar. 6, 2025) | Complaint | 2025-03-06 | **Overview:** *Four arts nonprofit organizations who rece[...] enforcing President Donald Trump's Executive Order ([...] to the Federal Government," which revokes federal fun[...] violates constitutional rights, including the freedom of [...] The organizations are asking the judge to permanently[...]*<br><br>**Case Summary:** On Jan. 20, 2025, the Trump admin[...] and [restore] biological truth to the federal governm[...] assisted by the Attorney General and OPM, to termi[...] 21, the administration issued a third executive orde[...] federal grant recipients and contractors to certify th[...] each executive agency to identify up to nine corpora[...] programs. |

| | | | |
|---|---|---|---|
| | | | Plaintiffs are arts nonprofit corporations that have r<br>"gender ideology" EO, the NEA now requires all grar<br>gender ideology." Plaintiffs, who seek to "affirm tran<br>funding," allege that such projects now appear to be<br>to guess as to what if anything they can create, proc<br>"gender ideology" prohibition exceeds statutory aut<br>arbitrary and capricious in violation of the Adminis<br>imposing vague and viewpoint-based restrictions or<br>implementing the EO,, and they request a prelimina<br>deadline for NEA applications.<br>**Update 1:** On Mar. 21, the Defendants filed a respor<br>**Update 2:** On Mar. 25, the Plaintiffs filed a reply in |
| _State of California v. U.S Department of Education_ (D. Mass.)<br><br>Case No. 1:25-cv-10548 | Complaint | 2025-03-06 | **Overview:** _Eight states, including California, challeng_<br>_federal grants under the Teacher Quality Partnership_<br>_argues that the DOE's actions violate the Administrati_<br>_from terminating the grants._<br><br>**Case Summary:** On Jan. 20, 2025, President Donalc<br>programs, offices and positions, and "equity-related<br>No. 14173 requiring federal grant recipients and cor<br>laws. On Jan. 29, 2025, Trump issued Executive Ordeı<br>funding for "illegal and discriminatory treatment ar<br>On Feb. 5, 2025, the Acting Secretary of Education is<br>to review ongoing grants to ensure they "do not fun<br>Allegedly, within two days recipients of Congressior<br>Development ("SEED") grants totaling more than $:<br>administration's policies opposing DEI efforts.<br>Eight states filed suit, arguing that the DOE's termir<br>arbitrary and capricious; and (2) an agency action n<br>an order vacating and setting aside the DOE's termi<br>violated the APA; and preliminary and permanent in<br>**Update 1:** On Mar. 10, a federal judge issued a temp<br>**Update 2:** On Mar. 12, the Defendant submitted a n<br>**Update 3:** On Mar. 21, the First Circuit denied the D<br>**Update 4:** On Mar. 21, Plaintiffs filed a motion to e:<br>injunction.<br>**Update 5:** On Mar. 24, the government filed a motic<br>**Update 6:** On Mar. 24, Judge Myong J. Joun grantec<br>preliminary injunction, not to go past Apr. 7. The he<br>**Update 7:** On Mar. 26, the Defendants appealed to t<br>stay. |

**Executive Action: Department of Education "Dear Colleague Letter" banning DEI-related programming (Dear Colleague Letter)**

| | | | |
|---|---|---|---|
| _American Federation of Teachers v. U.S. Department of Education_ (D. Md.)<br><br>Case No. 1:25-cv-00628-SAG | Complaint | 2025-02-25 | **Overview:** _A coalition of education interest groups su_<br>_to withhold federal funding from schools with diversity_<br>_interest groups argue that the letter violates constitu_<br>_unlawful and unconstitutional and to immediately blc_<br><br>**Case Summary:** On Feb. 14, 2025, the Department<br>intentions for enforcing the Supreme Court's decisic<br>According to the complaint, the Letter threatened tc<br>"systemic and structural racism," or programs that c |

| | | | |
|---|---|---|---|
| | | | Plaintiffs, professional membership associations rep... protections for freedom of speech and association, t... They seek declaratory judgment that the Letter is u... implement the Letter. |
| *National Education Association v. US Department of Education* (D.N.H.)<br><br>Case No. 1:25-cv-00091 | [Complaint] | 2025-03-05 | **Overview:** *A group of educational organizations have... threatening to take away federal funding from schools... The organizations argue that a target on DEI program... are asking the judge to declare the letter unconstitutio...*<br><br>**Case Summary:** On Feb. 14, 2025, the Department... intentions for enforcing the Supreme Court's decisi... According to the complaint, the Letter threatened to... "systemic and structural racism," or programs that c... Plaintiffs, a professional association that represents... Amendment's protections for freedom of speech an... Procedure Act (APA). They seek declaratory judgme... injunctions against any steps taken to implement th... |

## Removal of Information from Government Websites

**Executive Action: Removal of information from HHS websites under Executive Order on "Gender Ideology Extremism" ([Execut...**

| | | | |
|---|---|---|---|
| *Doctors for America v. Office of Personnel Management et al* (D.D.C.)<br><br>Case No. 1:25-cv-00322 | [Complaint] | 2025-02-04 | **Overview:** *Medical nonprofit Doctors for America sue... health-related data and information from government... Gender Ideology Extremism and Restoring Biological T... removed webpages and datasets while the case procee...*<br><br>**Case Summary:** On Jan. 31, 2025, agencies within t... and Prevention (CDC) and Food and Drug Administ... websites in response to an Office of Personnel Mana... from Gender Ideology Extremism and Restoring Bio... Plaintiffs, suing on behalf of doctors and scientists... thus violating the Administrative Procedure Act, an... declaratory judgments that the OPM memorandum... removal of information from agency websites; notic... datasets.<br>**Update 1:** On Feb. 11, 2025, Judge John D. Bates iss... requirement that Defendants restore webpages and... Update 2: On Mar. 24, the government [filed a motio... also cross-moves for summary judgment on the bas... |
| *Schiff v. U.S. Office of Personnel Management*<br><br>Case No. 1:25-cv-10595 | [Complaint] | 2025-03-12 | **Overview:** *Harvard Medical School faculty members... related topics from online public forums managed by f...*<br><br>**Case Summary:** On Jan. 31, 2025, agencies within t... and Prevention (CDC) and Food and Drug Administ... websites in response to an Office of Personnel Mana... from Gender Ideology Extremism and Restoring Bio...<br><br>On Mar. 12, 2025, plaintiffs Dr. Gordon Schiff and D... challenge actions by the U.S. Office of Personnel Ma... that OPM's directive to remove content promoting... the Administrative Procedure Act on the ground tha... content. |

| | | | |
|---|---|---|---|
| | | | The plaintiffs seek to reinstate removed materials a |

### Actions Against FBI/DOJ Employees

| Executive Action: Department of Justice review of FBI personnel involved in January 6 investigations ([Executive Order 14147]) | | | |
|---|---|---|---|
| _John and Jane Does 1-9 v. Department of Justice_ (D.D.C.)<br><br>Case No. 1:25-cv-00325 | [Complaint] | 2025-02-04 | **Overview:** _Nine Federal Bureau of Investigation ("FB agents alleging an FBI survey that seeks to identify ag including the Privacy Act. A federal judge prohibited th proceeds._<br><br>**Case Summary:** After President Donald Trump's se investigations into the January 6, 2021 attack on th On February 2, FBI leadership, pursuant to a directi their specific roles in those investigations. Plaintiffs investigations and expect to be terminated for their under the Civil Service Reform Act, First Amendmen Plaintiffs also allege that publication or disseminati and place them at risk of serious harm. They seek an information identifying FBI personnel involved in th The plaintiffs also [requested] a temporary restrainin person not subject to the Privacy Act, including the<br>**Update 1:** On Feb. 6, 2025, Judge Jia Cobb ordered c _Department of Justice._<br>**Update 2:** On Feb. 7, 2025, Judge Jia Cobb issued a [t prohibits the government from publicly releasing an a preliminary injunction will be filed by March 21, 2 |
| _Federal Bureau of Investigation Agents Association; John Does 1-4; Jane Does 1-3 v. Department of Justice_ (D.D.C.)<br><br>Case No. 1:25-cv-00328 | [Complaint] | 2025-02-04 | **Overview:** _The Federal Bureau of Investigation Agent current FBI Special Agents sued the Department of Jus federal judge prohibited the government from publicly with John and Jane Does 1-9 v. Department of Justice._<br><br>**Case Summary:** On January 31, 2025, Acting Deput agents who had participated in the investigations in pursuant to a directive from Bove, instructed agents union that represents FBI agents and several agents intends to use this survey for public disseminate ide participated in the investigations, violating the Priv Amendment Due Process protections. They seek inj information and a writ of mandamus as necessary to The plaintiffs also [requested] a [temporary restrainin]<br>**Update 1:** On Feb. 6, 2025, Judge Jia Cobb ordered c<br>**Update 2:** On Feb. 7, 2025, Judge Jia Cobb issued a [t prohibits the government from publicly releasing an a preliminary injunction will be filed by March 21, 2 |

### Federalism

| Executive Action: Rescission of approval for New York City congestion pricing plan | | | |
|---|---|---|---|
| _Metropolitan Transportation Authority v. Duffy_ (S.D.N.Y.) | [Complaint] | 2025-02-19 | **Overview:** _The Metropolitan Transportation Authori attempt to rescind approval for New York City's conge and exceeds executive authority._ |

| Case No. 1:25-cv-01413 | | | **Case Summary:** On Feb. 19, Secretary of Transport administration was rescinding authorization for Ne Administrative Procedure Act's ban on arbitrary and Environmental Policy Act, and exceeds executive au the program. |

## Transparency

### Executive Action: Response to FOIA and Records Retention

| _CREW v. DOGE_ (D.D.C.) Case No. 1:25-cv-00511 | [Complaint] | 2025-02-20 | **Overview:** _Citizens for Responsibility and Ethics in W ("DOGE") and related federal officials, alleging violati before a March 14 congressional funding deadline._ <br><br> **Case Summary:** Plaintiff claims that the United Sta assurances that it is maintaining proper records." T and demands for records preservation under the Fe Defendants to comply with Plaintiff's FOIA request action through the Attorney General to recover any [memorandum], for [preliminary injunction] to require appropriations process. <br> **Update 1:** On Mar. 10, Judge Christopher Cooper [gr accompanying memorandum opinion], the judge fou records "on an expedited timetable," but denied CR order. <br> **Update 2:** On Mar. 14, USDS filed a motion requesti requested an expedited briefing schedule on USDS's <br> **Update 3:** On Mar. 19, USDS [filed a motion for sum not wield substantial independent authority, it is no |
| _American Oversight v. Department of Government Efficiency_ (D.D.C.) Case No. 1:25-cv-00409 | [Complaint] | 2025-02-11 | **Overview:** _American Oversight, a non-profit that pro and other federal agencies asking the court to compel Information Act related to the recent firings of numero_ <br><br> **Case Summary:** On January 20, 2025, President Do Efficiency ("DOGE"). Plaintiff American Oversight, under the Freedom of Information Act ("FOIA") to D certain records relating to Trump's recent terminati in discussions surrounding the firings. Plaintiff did OMB to process these FOIA requests on an expedite compensation for the costs of this proceeding. <br> **Update 1:** On Mar, 5, plaintiff filed an [amended con more FOIA violation counts. <br> **Update 2:** On Mar. 24, plaintiff filed a [motion] for pr FOIA requests and inform the Court whether such r |
| _Project on Government Oversight, Inc. v. Trump_ (D.D.C) Case No. 1:25-cv-00527 | [Complaint] | 2025-02-21 | **Case Summary:** Plaintiff alleges that DOGE has "ru as covered by the Presidential Records Act (rather th oversight requests related to DOGE's work. <br> Plaintiffs, an oversight-focused nonprofit "that relie DOGE's actions violate the Presidential Records Act They seek declaratory judgment that DOGE's action to treat its records as subject to the Federal Records |

| | | | |
|---|---|---|---|
| | | | **Update 1:** On Mar. 24, 2025, Plaintiffs filed a motion records consistent with the Federal Records Act. |
| _Democracy Forward Foundation v. Office of Personnel Management_ (D.D.C.)<br><br>Case No. 1:25-cv-00567 | Complaint | 2025-02-26 | **Overview:** _Democracy Forward Foundation (a nonpro Personnel Management ("OPM") for failing to disclose OPM in recent months. The nonprofit argues that OPM OPM to comply with the outstanding requests._<br><br>**Case Summary:** The Plaintiff filed several FOIA req Plaintiff received no further communication from C The Plaintiff states that OPM failed to respond with comply with the FOIA requests. |
| _Democracy Forward Foundation v. Office of Management and Budget_ (D.D.C.)<br><br>Case No. 1:25-cv-00586 | Complaint | 2025-02-28 | **Case Summary:** Democracy Forward filed several F federal financial assistance. OMB acknowledged rec The Plaintiff states that OPM failed to respond with comply with the FOIA requests. |
| _Environmental Defense Fund v. United States Environmental Protection Agency_ (D.D.C.)<br><br>Case No. 1:25-cv-00617 | Complaint | 2025-03-03 | **Overview:** _A nonprofit organization focused on addre related to the Environmental Protection Agency (EPA) established in 2009 and serves as the foundation for re_<br><br>**Case Summary:** The Endangerment Finding was es under the Clean Air Act. President Donald Trump's I Endangerment Finding's legality and applicability, p On Jan. 29, 2025, the Environmental Defense Fund ( recommendation to reverse the Endangerment Find team members and political appointees. The EPA al lawsuit to compel the release of records. The Plaintiff requests a court order for the Defenda |
| _Democracy Forward Foundation v. U.S. Department of the Treasury_ (D.D.C.)<br><br>Case No. 1:25-cv-00684 | Complaint | 2025-03-07 | **Case Summary:** On Jan. 31 and Feb. 6, 2025, Demo of Education, and Small Business Administration, se DOGE-affiliated staff "were influencing important f acknowledged receipt but sent no further communi<br><br>The Plaintiff states these agencies failed to respond for the Defendants to comply with the FOIA request |
| _Democracy Forward Foundation v. U.S. Marshals Service_ (D.D.C.)<br><br>Case No. 1:25-cv-00749 | Complaint | 2025-03-14 | **Overview:** _A not-for-profit organization filed several (USMS)._<br><br>**Case Summary:** On Jan. 27 and Feb. 7, 2025, Demo U.S. Marshals Service (USM") seeking records follow Efficiency (DOGE). Allegations include (1) inapprop affiliated individuals invoking threats to engage US DOGE leader Elon Musk's private security guards by these FOIA requests after Vice President Vance mad The Plaintiff states USMS failed to respond within t Defendants to comply with the FOIA requests. |
| _American Oversight v. Hegseth_ (D.D.C.) | Complaint | 2025-03-25 | **Overview:** _After reports that top administration offic nonprofit filed suit, alleging that using an outside an_ |

| | | | *Records Act (FRA) and Administrative Procedure Act (* |
|---|---|---|---|
| Case no. 1:25-cv-00883 | | | **Case Summary:** On Mar. 24, The Atlantic <u>reported</u> discuss military operations in Yemen (see also Mar. addresses, and the app has a functionality that allow American Oversight, a nonprofit focused on governi federal government, filed suit against federal agency Signal prevents Plaintiffs from receiving lawfully re Procedure Act (APA) because (1) Defendants' use Si destruction of agency records; and (2) National Arcl National Archivist, Marco Rubio, was allegedly in th FRA. Plaintiffs seek declaratory judgments that mes failure to preserve them is a violation of the FRA, ai relief ordering defendants to preserve records in acc  **Update 1**: On Mar. 26, plaintiffs filed a <u>motion for a</u> initiate actions to recover any destroyed records rel with an auto-delete function complies with the Fed **Update 2**: On Mar. 27, after a hearing, Chief Judge Ji make best efforts to preserve all Signal communicati Mar. 31 "setting forth the steps that they have taken |

## Environment

| | | | |
|---|---|---|---|
| **Executive Action: Rescission of Previous Executive Orders and Actions, Including on Climate and Environment (Executive Orde** | | | |
| *Northern Alaska Environmental Center v. Trump* (D. Alaska)  Case No. 3:25-cv-00038 | Complaint | 2025-02-19 | **Overview:** *A group of environmental organizations ch Joe Biden's withdrawal of certain offshore areas from separation of powers.*  **Case Summary:** In the previous presidential term, I gas leasing in the interest of environmental conservi Act (OCSLA). On January 20, 2025, President Donal( withdrawals made by President Biden and thereby r nor any other law authorizes presidents to undo wit of the U.S. Constitution and intruded on Congress's separation of powers." They seek injunctive and dei |
| **Executive Action: Deletion of climate change data from government websites** | | | |
| *Northeast Organic Farming Association of New York v. U.S. Department of Agriculture* (S.D.N.Y.)  Case No. 1:25-cv-01529 | Complaint | 2025-02-24 | **Overview:** *A group of environmental and agricultura United States Department of Agriculture, alleging viol further removals, and notice of future website modifici*  **Case Summary:** On Jan. 30, 2025, the Department ( including environmental organizations and a nonpr violates the Paperwork Reduction Act, the Administ that the removal of information is unlawful; injunct modifications to webpages; and restoration of previ |

## Other/Miscellaneous

| | | | |
|---|---|---|---|
| **Executive Action: Action Against Law Firms (Executive Order 14230)** | | | |
| *Perkins Coie LLP v. U.S. Department of Justice* (D.D.C.) | Complaint | 2025-03-11 | **Overview:** *The law firm Perkins Coie sued the Depart order (EO) terminating government contracts, denying* |

| | | | |
|---|---|---|---|
| Case No. 1:25-cv-00716 | | | *clearances. A federal judge granted Perkins Coie's requ...*<br><br>**Case Summary:** On Mar. 6, President Trump issued...<br>maintaining illegal race-based hiring quotas. The ex...<br>terminating the firm's government contracts; suspe...<br>of the firm's hiring practices by the Equal Employm...<br>agencies not to hire Perkins Coie employees.<br>The Plaintiff sued, alleging that the executive actio...<br>freedom of speech and association, the Fifth Amend...<br>Fourteenth Amendment's Equal Protection Clause. T...<br>injunction stopping implementation of the order pe...<br>The Plaintiff also submitted a request for a tempora...<br>(Contracting), and 5 (Personnel including access to ...<br>**Update 1:** On Mar. 12, Judge Beryl Howell, [ruling fr...](#)<br>Sections 1, 3, and 5 of the executive order. During th...<br>Section 2 (Security Clearances) and Section 4 (Racia...<br>lawsuit. She followed hours later with a written [orde...](#)<br>**Update 2:** On Mar. 21, the Defendant [filed](#) a motion... |
| [*Jenner & Block v. Department of Justice*](#) (D.D.C.)<br><br>Case No. 1:25-cv-00916 | [Complaint](#) | 2025-03-28 | **Overview:** *The law firm Jenner & Block sued the Depa...<br>order (EO) terminating government contracts, denying...<br>clearances. The same day, a federal judge granted the ...*<br><br>[Summary of complaint coming soon]<br><br>Jenner & Block submitted a [motion](#) for a temporary ...<br><br>On the same day, the court held a hearing, and Judg... |
| [*Wilmer Cutler Pickering Hale and Dorr v. Executive Office of the President*](#) (D.D.C.)<br><br>Case No. 1:25-cv-00917 | [Complaint](#) | 2025-03-28 | **Overview:** *The law firm WilmerHale sued the Executi...<br>executive order (EO) terminating government contract...<br>clearances. The same day, a federal judge granted the ...*<br><br>[Summary of complaint coming soon]<br><br>WilmerHale submitted a [motion](#) for a temporary res...<br><br>On the same day, the court held a hearing, and Judg...<br>restricting security clearances. The court wrote that ...<br>Executive Branch," and thus the Plaintiff did not ha... |
| **Executive Action: Actions Toward US Institute of Peace** | | | |
| [*US Institute of Peace v. Jackson*](#) (D.D.C.)<br><br>Case No. 1:25-cv-00804 | [Complaint](#) | 2025-03-18 | **Overview:** *On Mar. 18, the United States Institute of ...<br>suit against several officials and entities within the fe...<br>without following the process mandated by the congre...<br>decision by ex officio Board members Marco Rubio, Pe...<br>President. Finally they challenge the forcible takeover ...<br>Court denied Plaintiffs' motion for a Temporary Restro...*<br><br>**Case Summary:** On Feb. 19, President Trump issue...<br>The EO named the USIP, an independent nonprofit ...<br>issued, all of USIP's Board members were fired by Pr...<br>members fired USIP's President and appointed a new ...<br>law enforcement, physically trespassed onto USIP's ... |

| | | | |
|---|---|---|---|
| | | | filed suit against numerous Defendants, including P<br>Congress created USIP as an independent non-profi<br>towards USIP not permitted by the statute. They als<br>President may be removed and because that process<br>preliminary and permanent injunctions ordering th<br>removed unless the Defendants follow the statutori<br>and personal property and prohibiting Defendants f<br>Finally, the Plaintiffs request that the Court declare<br>his position, and the President appointed by the ex<br>**Update 1:** On Mar. 19, the Court denied the Plaintif<br>make a sufficient showing of a likelihood of success |

Showing 1 to 151 of 151 entries

# About the Author(s)

## Just Security

Just Security (Bluesky - Facebook - LinkedIn - Threads - X) is a forum on law, rights, and U.S. national security.

Case: 25-1158    Document: 00118266005    Page: 61    Date Filed: 03/30/2025    Entry ID: 6710170

Gmail - Colleen Connors' clarification to Special Master Greenspan—It a...er settlement pertaining to the City of Flint, State of Michigan et al.    3/29/25, 9:51 AM

 **Gmail** LeHeR

<span style="color:gray">Colleen Connors <cmcolleen4@gmail.com></span>

---

## Colleen Connors' clarification to Special Master Greenspan—It appears that Melvin Jones Jr. is still a claimant as to the Flint Water Crisis Archer settlement pertaining to the City of Flint, State of Michigan et al.

---

**Greenspan, Deborah** <deborah.greenspan@blankrome.com>              Fri, Mar 28, 2025 at 11:01 PM
To: Colleen Connors <cmcolleen4@gmail.com>

Thank you for this email. If Mr Jones does not wish to withdraw his claim then he will be considered a claimant.
Sent from my iPhone



> On Mar 27, 2025, at 6:31 PM, Colleen Connors <cmcolleen4@gmail.com> wrote:

DATE: March 27, 2025

RE: Colleen Connors' clarification to Special Master Greenspan—It appears that Melvin Jones Jr. is still a claimant as to the Flint Water Crisis Archer settlement pertaining to the City of Flint, State of Michigan et al.

Good evening Special Master Greenspan,

Since Melvin Jones Jr. cannot sign the the Flint Water Settlement claim withdrawal form due to previously listed intervening events, I guess this means that Mr. Jones is still a claimant in the Flint Water Settlement. So, if he receives $1, $1,000 or $10,000, he will need to have the funds disbursed to a **special needs trust**.

Speaking of intervening events, it may not have been made clear previously that the 5th intervening event is the City of Flint/State of Michigan's failures regarding their not having spent enough money to upgrade and secure their water infrastructure payment system to ensure that they had cyber security protections in place.

<span style="color:purple">As to the required **special needs trust**, Mr. Jones is disabled and he is also a vulnerable adult. As such, he becomes a target for intimidation by certain unsavory individuals who could see that he uses a walker and who would attempt to take any settlement funds from him.</span>

Gmail - Colleen Connors' clarification to Special Master Greenspan … It a…er settlement pertaining to the City of Flint, State of Michigan et al.    3/29/25, 9:59 AM

In fact, Mr. Jones has been targeted by individuals who have both attempted to steal money from him and who have succeeded in stealing money from his bank account, which was likely due to the City of Flint and State of Michigan's failures regarding their not having spent enough money to upgrade and secure their water infrastructure payment system to ensure that they had cyber security protections.

It appears that both Mr. Jones' and my emails have continually been exposed to continuous breaches on a continuing basis. Again, these respective breaches are likely due to the City of Flint and State of Michigan's failures related to their failures for not having spent enough money to upgrade and secure their water infrastructure payment system to ensure that they had cyber security protections.


Thank you,

Colleen Connors, Flint Water Settlement Claimant
CMColleen4@gmail.com
1935 Hosler Street
Flint, Michigan 48503

previous address:
829 Campbell Street
Flint, Michigan 48507
_____


---------- Forwarded message ---------
From: **Colleen Connors** <cmcolleen4@gmail.com>
Date: Thu, Mar 27, 2025 at 11:50 AM
Subject: Colleen Connors' response to Special Master Deborah Greenspan regarding Melvin Jones Jr.'s Flint Water settlement claim withdrawal form
To: Greenspan, Deborah <deborah.greenspan@blankrome.com>
Cc: MEL JONES JR <jonesjrmel@gmail.com>, <Sedalia.JonesKennelly@blankrome.com>, <rick.brooks@blankrome.com>, <yuri.s.fuchs@usdoj.gov>, <SupremeCtBriefs@usdoj.gov>, <derek.l.weiss@usdoj.gov>, <Zeldin.Lee@epa.gov>, <mobrien@irli.org>, <chajec@irli.org>, <gcanaan@irli.org>, <gwv@dcglaw.com>, <tmccotter@boydengray.com>, <daniel.epstein@aflegal.org>, jon@publicrightsproject.org <jon@publicrightsproject.org>, <serviceS3@michigan.gov>, <giovanatiN@michigan.gov>, <Stacey.Metro@ag.ny.gov>, <Annabelle.Wilmott@doj.ca.gov>, <Lorraine.Lopez@doj.ca.gov>, <Delbert.Tran@doj.ca.gov>, <zoe.levine@ag.ny.gov>, <Irina.Trasovan@doj.ca.gov>, denise.levey@doj.ca.gov <denise.levey@doj.ca.gov>, nicole.hill@dc.gov <nicole.hill@dc.gov>, robert.c.merritt@usdoj.gov <robert.c.merritt@usdoj.gov>, gerard.cedrone@mass.gov <gerard.cedrone@mass.gov>, brad.rosenberg@usdoj.gov <brad.rosenberg@usdoj.gov>, <jgrayson@nmdoj.gov>, <molly.alarcon@sfcityatty.org>, david.louk@sfcityatty.org <david.louk@sfcityatty.org>,

<shannon.stevenson@coag.gov>, <ksadeck@riag.ri.gov>, <jared.b.cohen@mass.gov>,
<john.keller@ag.state.mn.us>, <johnsonkarpg@doj.state.wi.us>, <julio.thompson@vermont.gov>,
<dmosteller@ncdoj.gov>, jeremy.feigenbaum@njoag.gov <Jeremy.Feigenbaum@njoag.gov>,
<shankar.duraiswamy@njoag.gov>, <Viviana.hanley@njoag.gov>, <shefali.saxena@law.njoag.gov>,
<Elizabeth.walsh@law.njoag.gov>, <HStern@ag.nv.gov>, <akirschner@oag.state.md.us>,
<Janelle.Medeiros@ct.gov>, <PolicyOffice@epa.gov>, <EIS-Filing@epa.gov>, <education@epa.gov>,
<NEPAssisthelp@epa.gov>, <NEPA@epa.gov>, <eric.wessan@ag.iowa.gov>, <matt.rice@ag.tn.gov>,
<nlindzen@corpfraudlaw.com>, <sara.eisenberg@sfcityatty.org>, cc: Colleen Connors
<CMColleen4@gmail.com>, Marissa.Malouff@doj.ca.gov <Marissa.Malouff@doj.ca.gov>,
vanessa.kassab@delaware.gov <vanessa.kassab@delaware.gov>, kaliko.d.fernandes_hawaii_gov
<kaliko.d.fernandes@hawaii.gov>, harrist19@michigan.gov <harrist19@michigan.gov>,
eng.connie@epa.gov <eng.connie@epa.gov>, Cormack, Hayley <Cormack.Hayley@epa.gov>, EGLE-
Accessibility@michigan.gov <EGLE-Accessibility@michigan.gov>, Faltin, Todd (he/they)
<Faltin.Todd@epa.gov>, Oviedo, Luis <oviedo.luis@epa.gov>, MacMillan-Sanchez, Ariel (she/her/hers)
<MacmillanSanchez.Ariel@epa.gov>, Johnson, Johanna (she/her/hers) <Johnson.Johanna@epa.gov>,
Mason, Trinita <Mason.Trinita@epa.gov>, Moore, Tammy <moore.tammy@epa.gov>, Walts, Alan
(he/him/his) <walts.alan@epa.gov>, Risley, David <Risley.David@epa.gov>, tmlewis@cityofflint.com
<tmlewis@cityofflint.com>, cmcgehee@pittlawpc.com <cmcgehee@pittlawpc.com>,
eric.a.rey@usdoj.gov <eric.a.rey@usdoj.gov>, Jason.T.Cohen@usdoj.gov
<Jason.T.Cohen@usdoj.gov>, OIG_Hotline@epa.gov <OIG_Hotline@epa.gov>, Corey
<cstern@levylaw.com>, Patrick Lanciotti <PLanciotti@napolilaw.com>, dpettway@cityofflint.com
<dpettway@cityofflint.com>, saneeley@cityofflint.com <saneeley@cityofflint.com>,
mbard@cityofflint.com <mbard@cityofflint.com>, michelle.t.domingue.II@usdoj.gov
<michelle.t.domingue.II@usdoj.gov>, Kaplan, Robert (he/him/his) <kaplan.robert@epa.gov>, Mel jones
jr <meljonesjr@gmail.com>, marianne.f.kies@usdoj.gov <marianne.f.kies@usdoj.gov>,
daniel.c.eagles@usdoj.gov <daniel.c.eagles@usdoj.gov>, kuhlr@michigan.gov <kuhlr@michigan.gov>,
gambilln@michigan.gov <gambilln@michigan.gov>, MitosinkaA@michigan.gov
<MitosinkaA@michigan.gov>, gaiello@mayerbrown.com <gaiello@mayerbrown.com>,
jkuptz@cityofflint.com <jkuptz@cityofflint.com>, dfaraci@campbell-trial-lawyers.com
<dfaraci@campbell-trial-lawyers.com>, alin@eisnerlaw.com <alin@eisnerlaw.com>,
ccmushatt@cityofflint.com <ccmushatt@cityofflint.com>, heidy.gonzalez@usdoj.gov
<heidy.gonzalez@usdoj.gov>, AG attorney as to MI COC civil case #23-000115-MZ
<bettenhausenm@michigan.gov>, robinsonr11 <robinsonr11@michigan.gov>, Justus Brown
<jubrown@cityofflint.com>, Kameshia Ar-Rahmaan <kar-rahmaan@cityofflint.com>, Davina Donahue
<ddonahue@cityofflint.com>, City of Flint Clerk's Office <cityclerk@cityofflint.com>, Davina Donahue
<CouncilPublicComment@cityofflint.com>, trachelleyoung@gmail.com <trachelleyoung@gmail.com>,
Ladel Lewis <llewis@cityofflint.com>, Judy Priestley <jpriestley@cityofflint.com>, Tonya Burns
<tburns@cityofflint.com>, Mark Cuker <mark@cukerlaw.com>, michael.l.williams@usdoj.gov
<michael.l.williams@usdoj.gov>, molsen@mayerbrown.com <molsen@mayerbrown.com>,
jcampbell@campbell-trial-lawyers.com <jcampbell@campbell-trial-lawyers.com>, mnguyen-
dang@mayerbrown.com <mnguyen-dang@mayerbrown.com>, pnapoli_napolilaw.com
<pnapoli@napolilaw.com>, Renee Auten <rauten@thelandbank.org>, Jennifer Riggs
<jriggs@thelandbank.org>, Jeremy Maltz <jeremy@lehotskykeller.com>, hammoudf1@michigan.gov
<HammoudF1@michigan.gov>, Michigan Attorney General <miag@michigan.gov>,
dweyre@mcalpinepc.com <dweyre@mcalpinepc.com>, g@mayerbrown.com <g@mayerbrown.com>,
ljiang@susmangodfrey.com <ljiang@susmangodfrey.com>, mpitt <mpitt@pittlawpc.com>, Hunter
Shkolnik <hunter@napolilaw.com>, arosenman@mayerbrown.com <arosenman@mayerbrown.com>,
Theodore Leopold <tleopold@cohenmilstein.com>, Emmy Levens <elevens@cohenmilstein.com>, Flint
Mayor <mayor@cityofflint.com>, frank.bednarz@hlli.org <frank.bednarz@hlli.org>, ted.frank@hlli.org
<ted.frank@hlli.org>, Diane <russell.diane@epa.gov>, Amanda Trujillo <atrujillo@cityofflint.com>, King-
Piepenbrok, Pier (AG) <KingP1@michigan.gov>, jonhoma@sinasdramis.com
<jonhoma@sinasdramis.com>, val@vlwlegal.com <val@vlwlegal.com>, sdg@miller.law
<sdg@miller.law>, sparadise@eisnerlaw.com <sparadise@eisnerlaw.com>,
echeverria.marietta@epa.gov <echeverria.marietta@epa.gov>, thompkins.anita@epa.gov
<thompkins.anita@epa.gov>, burneson.eric@epa.gov <burneson.eric@epa.gov>,
travers.david@epa.gov <travers.david@epa.gov>, waters.tom@epa.gov <waters.tom@epa.gov>,
davis.angela@epa.gov <davis.angela@epa.gov>, <franklmcnamara@gmail.com>,

Gmail Colleen Connors' clarification to Special Master Greenspan... it a...er agreement pertaining to the City of Flint, State of Michigan et al.    3/29/25, 9:54 AM

<mriordan@publicinterestlegal.org>, <eric.hamilton@usdoj.gov>, ryan@mclanelaw.com
<ryan@mclanelaw.com>

DATE: March 27, 2025

RE: Colleen Connors' response to Special Master Deborah Greenspan
regarding Melvin Jones Jr.'s Flint Water settlement claim withdrawal form

Good morning Special Master Greenspan,

Melvin Jones Jr. is unable to sign the Flint Water settlement claim
withdrawal form due to the following four intervening events:

1. the misunderstanding regarding the 30-day time period related to the
withdrawal form,
2. the previously mentioned intervening event related to Mr. Jones' prior
employment with Kohl's (in California, well over ten years ago),
3. the upcoming US EPA bench trial, with $4 billion liability, held by an
Obama-appointed liberal federal judge that is a lesbian; the EPA
employees may have been "coached" on their testimony, and may answer
questions differently than than would have due to their fear of retaliation
from the US EPA (Administrator Lee Zeldin, President Donald J. Trump,
Elon Musk),
4. Mr. Jones does not have access to a qualified attorney such as Jan
Schlichtmann or Erin Brokovich.

These intervening events, as they relate to Mr. Jones, are independent and
unforseen and/or unforeseeable (as they relate to Mr. Jones only).
Conversely, these intervening events, as they relate to the City of Flint,
State of Michigan, and the US EPA (Administrator Lee Zeldin, President
Donald J. Trump, Elon Musk), are related to the original act, consequence,
and liability.

Therefore, Melvin Jones Jr. cannot sign the Flint Water settlement claim
withdrawal form.

Thank you,

Colleen Connors, Flint Water Settlement Claimant
CMColleen4@gmail.com
1935 Hosler Street

Gmail - Colleen Connors' clarification to Special Master Greenspan... it a...er agreement pertaining to the City of Flint, State of Michigan et al.    3/29/25, 9:54 AM

Flint, Michigan 48503

previous address:
829 Campbell Street
Flint, Michigan 48507

‾‾‾‾‾‾‾‾‾‾‾‾

On Thu, Mar 27, 2025 at 9:55 AM Greenspan, Deborah <deborah.greenspan@blankrome.com> wrote:
  Thanks you for your response. Yes we can start the 30 day count today.
  Sent from my iPhone

    On Mar 27, 2025, at 9:49 AM, Colleen Connors <cmcolleen4@gmail.com> wrote:

    DATE: March 27, 2025

    RE: Colleen Connors' response to Special Master Deborah
    Greenspan's most recent email, i.e., 30-day time period begins
    today

    Good morning Special Master Greenspan,

    Thanks for forwarding this original email granting Mr. Jones'
    request to withdraw his claim in the Flint Water settlement.

    Mr. Jones and I interpret that the 30-day time frame for him to
    sign the withdrawal form begins today, i.e., the day that he
    received the form. I will review it and advise you later today or
    at the end of the week at the latest. In the most conservative
    sense, Mr. Jones never signed this form giving his
    understanding, meaning that he'd be "stuck."

    Mr. Jones says that the email that you/Special Master
    Greenspan sent to him reminds him of a scene from the movie
    Rush Hour 3... The character Mr. *Yu* tells the actor Chris
    Tucker's character "Yu is blind." Tucker's character replies "I
    ain't blind." Mr. Yu says "No, Yu is blind." This back-and-forth
    continues for a few minutes, and the point here is that the
    scene is a play on words and results in a comedy of errors,
    which is tantamount to what Mr. Jones experienced—in that the
    original email was sent from a Sedalia E. Jones[-Kennelly]

Gmail - Colleen Connors clarification to Special Master Greenspan ... It a...er settlement pertaining to the City of Flint, State of Michigan et al.    3/29/25, 9:51 AM

rather than from you, (Special Master) Deborah Greenspan.

In addition, Mr. Jones believes that the original email may have gone to his spam folder.
To give an example of just how weird our (i.e., Mr. Jones and me) respective emails have been, i.e., to further emphasize the comedy of errors, I recently sent an email and it completely disappeared, which Mr. Jones and I think is due to the City of Flint/State of Michigan because they failed to secure their water infrastructure cyber security network,  which the EPA recommended and the EPA OIG mandated, and which is linked to their (i.e., City of Flint/State of Michigan) failures as to the Flint Water Crisis.

Thank you,

Colleen Connors, Flint Water Settlement Claimant
CMColleen4@gmail.com
1935 Hosler Street
Flint, Michigan 48503

previous address:
829 Campbell Street
Flint, Michigan 48507
_____

---------- Forwarded message ---------
From: **Greenspan, Deborah** <deborah.greenspan@blankrome.com>
Date: Thu, Mar 27, 2025 at 8:41 AM
Subject: FW: Re: Flint Water Cases, Your Request to Withdraw (signature requested)
To: Mel jones jr <meljonesjr@gmail.com>, Colleen Connors <cmcolleen4@gmail.com>

Good morning – I am forwarding the original email granting Mr. Jones' request to withdraw his claim in the Flint Water settlement.  (see below)  Please let me know if you have any questions.  Thank you.

Gmail - Colleen Conhoro - clarification to Special Master Greenspan - it a...er a settlement pertaining to the City of Flint, State of Michigan et al.    3/29/25, 9:51 AM

**Deborah Greenspan** | BLANK**ROME**
1825 Eye Street NW | Washington, D.C. 20006
O: 202.420.3100 | F: 202.379.9300 | deborah.greenspan@blankrome.com

---

**From:** Jones-Kennelly, Sedalia <Sedalia.JonesKennelly@BlankRome.com>
**Sent:** Thursday, January 30, 2025 10:50 AM
**To:** 'jonesjrmel@gmail.com' <jonesjrmel@gmail.com>
**Cc:** Brooks, Rick <rick.brooks@blankrome.com>; Greenspan, Deborah
<deborah.greenspan@blankrome.com>
**Subject:** Re: Flint Water Cases, Your Request to Withdraw (signature requested)

Good morning,

I write on behalf of the Office of the
Special Master, Deborah Greenspan,
appointed by the Court in the Flint
Water Cases.

On December 3rd, 2024, you wrote to
the Special Master requesting to
withdraw your claim from
consideration.

The Special Master has reviewed your
request and has approved it.

Gmail - Colleen Connors' clarification to Special Master Greenspan - It a...er Settlement pertaining to the City of Flint, State of Michigan et al.    3/29/25, 9:51 AM

Please find the Special Master's written decision dated today, January 30, 2025, attached to this email.

Please sign and date this document, keep a copy for your records and return a copy.

To return a copy, you can reply to this email and attach an electronic copy, or you can mail a hardcopy to the following address:


Blank Rome LLP

Attn. Sedalia Jones-Kennelly, Esq.

1271 Avenue of the Americas

15th Floor

New York, NY 10020


As stated in the decision, in the event

Case: 25-1158     Document: 00118266005     Page: 69     Date Filed: 03/30/2025     Entry ID: 6710170

Gmail - Colleen Connors' clarification to Special Master Greenspan... it a...er settlement pertaining to the City of Flint, State of Michigan et al.     3/29/25, 9:51 AM

that you wish to alter your decision to withdraw, you must notify the Special Master in writing within 30 (thirty) calendar days from today's date, January 30, 2025.

Please feel free to reach out if you have any questions.

Sincerely,

**Sedalia E. Jones-Kennelly** | **Associate**| BLANK ROME

She/Her

1271 Avenue of the Americas | New York, NY 10020
M: 917-742-0126 | O: 212.885.5266 | F: 917.332.3852 |
sedalia.joneskennelly@blankrome.com

**************************************************************************************************

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

Gmail - Colleen Connors' clarification to Special Master Greenspan - It a...er settlement pertaining to the City of Flint, State of Michigan et al.    3/29/25, 9:51 AM

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<Determination on Request to Withdraw_M Jones Jr_FWCDupe-5003215.pdf>

 Gmail

**MEL JONES JR <jonesjrmel@gmail.com>**

---

## Special Master Deborah Greenspan's most recent email to me
1 message

---

**Colleen Connors** <cmcolleen4@gmail.com>                              Sat, Mar 29, 2025 at 9:52 AM
To: MEL JONES JR <jonesjrmel@gmail.com>
Cc: Colleen Connors <CMColleen4@gmail.com>

---

 **Gmail - Colleen Connors' clarification to Special Master Greenspan—It appears that Melvin Jones Jr. is still a claimant as to the Flint Water Crisis Archer settlement pertaining to the City of Flint, State of Michigan et al..pdf**
227K

---



**MEL JONES JR** <jonesjrmel@gmail.com>

---

## 3-29-2025; Email Service to [ALL]... SEE ATTACHED.... US EPA's Phd - JULIE GOODMAN "e.g. a REAL PIECE OF WORK" and P.O.S. .... {AND SEE THE IMPORTANT SONG FOR IT}
1 message

**MEL JONES JR** <jonesjrmel@gmail.com>                                          Sat, Mar 29, 2025 at 7:18 AM
To: Deborah Greenspan <deborah.greenspan@blankrome.com>, Zeldin.Lee@epa.gov, "Cormack, Hayley"
<Cormack.Hayley@epa.gov>, yuri.s.fuchs@usdoj.gov, SupremeCtBriefs@usdoj.gov, derek.l.weiss@usdoj.gov,
mobrien@irli.org, chajec@irli.org, gcanaan@irli.org, gwv@dcglaw.com, tmccotter@boydengray.com,
daniel.epstein@aflegal.org, "jon@publicrightsproject.org" <jon@publicrightsproject.org>, serviceS3@michigan.gov,
giovanatiN@michigan.gov, Stacey.Metro@ag.ny.gov, Annabelle.Wilmott@doj.ca.gov, Lorraine.Lopez@doj.ca.gov,
Delbert.Tran@doj.ca.gov, zoe.levine@ag.ny.gov, Irina.Trasovan@doj.ca.gov, "denise.levey@doj.ca.gov"
<denise.levey@doj.ca.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "robert.c.merritt@usdoj.gov"
<robert.c.merritt@usdoj.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "brad.rosenberg@usdoj.gov"
<brad.rosenberg@usdoj.gov>, jgrayson@nmdoj.gov, molly.alarcon@sfcityatty.org, "david.louk@sfcityatty.org"
<david.louk@sfcityatty.org>, shannon.stevenson@coag.gov, ksadeck@riag.ri.gov, jared.b.cohen@mass.gov,
john.keller@ag.state.mn.us, johnsonkarpg@doj.state.wi.us, julio.thompson@vermont.gov, dmosteller@ncdoj.gov,
"jeremy.feigenbaum@njoag.gov" <Jeremy.feigenbaum@njoag.gov>, shankar.duraiswamy@njoag.gov,
Viviana.hanley@njoag.gov, shefali.saxena@law.njoag.gov, Elizabeth.walsh@law.njoag.gov, HStern@ag.nv.gov,
akirschner@oag.state.md.us, Janelle.Medeiros@ct.gov, PolicyOffice@epa.gov, EIS-Filing@epa.gov, education@epa.gov,
NEPAssisthelp@epa.gov, NEPA@epa.gov, eric.wessan@ag.iowa.gov, matt.rice@ag.tn.gov, nlindzen@corpfraudlaw.com,
sara.eisenberg@sfcityatty.org
Cc: Colleen Connors <CMColleen4@gmail.com>, "Marissa.Malouff@doj.ca.gov" <Marissa.Malouff@doj.ca.gov>,
"vanessa.kassab@delaware.gov" <vanessa.kassab@delaware.gov>, "kaliko.d.fernandes_hawaii_gov"
<kaliko.d.fernandes@hawaii.gov>, "jeremy.feigenbaum@njoag.gov" <jeremy.feigenbaum@njoag.gov>,
"harrist19@michigan.gov" <harrist19@michigan.gov>, "eng.connie@epa.gov" <eng.connie@epa.gov>, "egle-
nondiscriminationCC@michigan.gov" <egle-nondiscriminationCC@michigan.gov>, "Cormack, Hayley"
<Cormack.Hayley@epa.gov>, "EGLE-Accessibility@michigan.gov" <EGLE-Accessibility@michigan.gov>, "Faltin, Todd
(he/they)" <Faltin.Todd@epa.gov>, "Oviedo, Luis" <oviedo.luis@epa.gov>, "MacMillan-Sanchez, Ariel (she/her/hers)"
<MacmillanSanchez.Ariel@epa.gov>, "Johnson, Johahna (she/her/hers)" <Johnson.Johahna@epa.gov>, "Mason, Trinita"
<Mason.Trinita@epa.gov>, "Moore, Tammy" <moore.tammy@epa.gov>, "Walts, Alan (he/him/his)" <walts.alan@epa.gov>,
Deborah Greenspan <deborah.greenspan@blankrome.com>, "Risley, David" <Risley.David@epa.gov>,
"tmlewis@cityofflint.com" <tmlewis@cityofflint.com>, "cmcgehee@pittlawpc.com" <cmcgehee@pittlawpc.com>,
"eric.a.rey@usdoj.gov" <eric.a.rey@usdoj.gov>, "Jason.T.Cohen@usdoj.gov" <Jason.T.Cohen@usdoj.gov>,
"OIG_Hotline@epa.gov" <OIG_Hotline@epa.gov>, Corey <cstern@levylaw.com>, Patrick Lanciotti
<PLanciotti@napolilaw.com>, "dpettway@cityofflint.com" <dpettway@cityofflint.com>, "saneeley@cityofflint.com"
<saneeley@cityofflint.com>, "mbard@cityofflint.com" <mbard@cityofflint.com>, "michelle.t.domingue.II@usdoj.gov"
<michelle.t.domingue.II@usdoj.gov>, "Kaplan, Robert (he/him/his)" <kaplan.robert@epa.gov>, Mel jones jr
<meljonesjr@gmail.com>, "marianne.f.kies@usdoj.gov" <marianne.f.kies@usdoj.gov>, "daniel.c.eagles@usdoj.gov"
<daniel.c.eagles@usdoj.gov>, "kuhlr@michigan.gov" <kuhlr@michigan.gov>, "gambilln@michigan.gov"
<gambilln@michigan.gov>, "MitosinkaA@michigan.gov" <MitosinkaA@michigan.gov>, "gaiello@mayerbrown.com"
<gaiello@mayerbrown.com>, "jkuptz@cityofflint.com" <jkuptz@cityofflint.com>, "dfaraci@campbell-trial-lawyers.com"
<dfaraci@campbell-trial-lawyers.com>, "alin@eisnerlaw.com" <alin@eisnerlaw.com>, "ccmushatt@cityofflint.com"
<ccmushatt@cityofflint.com>, "heidy.gonzalez@usdoj.gov" <heidy.gonzalez@usdoj.gov>, AG attorney as to MI COC civil
case #23-000115-MZ <bettenhausenm@michigan.gov>, robinsonr11 <robinsonr11@michigan.gov>, Justus Brown
<jubrown@cityofflint.com>, Kameshia Ar-Rahmaan <kar-rahmaan@cityofflint.com>, Davina Donahue
<ddonahue@cityofflint.com>, City of Flint Clerk's Office <cityclerk@cityofflint.com>, Davina Donahue
<CouncilPublicComment@cityofflint.com>, "trachelleyoung@gmail.com" <trachelleyoung@gmail.com>, Ladel Lewis
<llewis@cityofflint.com>, Judy Priestley <jpriestley@cityofflint.com>, Tonya Burns <tburns@cityofflint.com>, Mark Cuker
<mark@cukerlaw.com>, "michael.l.williams@usdoj.gov" <michael.l.williams@usdoj.gov>, "molsen@mayerbrown.com"
<molsen@mayerbrown.com>, "jcampbell@campbell-trial-lawyers.com" <jcampbell@campbell-trial-lawyers.com>, "mnguyen-
dang@mayerbrown.com" <mnguyen-dang@mayerbrown.com>, "pnapoli_napolilaw.com" <pnapoli@napolilaw.com>, Renee
Auten <rauten@thelandbank.org>, Jennifer Riggs <jriggs@thelandbank.org>, Jeremy Maltz <jeremy@lehotskykeller.com>,
"hammoudf1@michigan.gov" <HammoudF1@michigan.gov>, Michigan Attorney General <miag@michigan.gov>,

3/29/25, 8:29 AM   Gmail - 3-29-2025; Email Service to [ALL]... SEE ATTACHED.... US EPA's PhD JULIE GOODMAN "e.g. ENTRY PIECE OF WORK...

Case 1:25-cv-00158-JJM   Document 00118266005   Page 73   Date Filed 03/30/2025   Entry ID 6740170

"dweyre@mcalpinepc.com" <dweyre@mcalpinepc.com>, "g@mayerbrown.com" <g@mayerbrown.com>, "ljiang@susmangodfrey.com" <ljiang@susmangodfrey.com>, mpitt <mpitt@pittlawpc.com>, Hunter Shkolnik <hunter@napolilaw.com>, "arosenman@mayerbrown.com" <arosenman@mayerbrown.com>, Theodore Leopold <tleopold@cohenmilstein.com>, Emmy Levens <elevens@cohenmilstein.com>, Flint Mayor <mayor@cityofflint.com>, "frank.bednarz@hlli.org" <frank.bednarz@hlli.org>, "ted.frank@hlli.org" <ted.frank@hlli.org>, Diane <russell.diane@epa.gov>, Amanda Trujillo <atrujillo@cityofflint.com>, "King-Piepenbrok, Pier (AG)" <KingP1@michigan.gov>, "jonhoma@sinasdramis.com" <jonhoma@sinasdramis.com>, "val@vlwlegal.com" <val@vlwlegal.com>, "sdg@miller.law" <sdg@miller.law>, "sparadise@eisnerlaw.com" <sparadise@eisnerlaw.com>, "echeverria.marietta@epa.gov" <echeverria.marietta@epa.gov>, "thompkins.anita@epa.gov" <thompkins.anita@epa.gov>, "burneson.eric@epa.gov" <burneson.eric@epa.gov>, "travers.david@epa.gov" <travers.david@epa.gov>, "waters.tom@epa.gov" <waters.tom@epa.gov>, "davis.angela@epa.gov" <davis.angela@epa.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, nlindzen@corpfraudlaw.com, franklmcnamara@gmail.com, mriordan@publicinterestlegal.org, eric.hamilton@usdoj.gov, "ryan@mclanelaw.com" <ryan@mclanelaw.com>, Zeldin.Lee@epa.gov, zoe.levine@ag.ny.gov, Sedalia.JonesKennelly@blankrome.com, rick.brooks@blankrome.com, MEL JONES JR <jonesjrmel@gmail.com>
Bcc: UrbanForestNewYork@gmail.com, Mel jones jr <meljonesjr@gmail.com>

# 3-29-2025; Email Service to [ALL]... SEE ATTACHED.... US EPA's Phd {....ok, for the sake of ELON MUSK's, PRESIDENT DONALD TRUMP, and [Darth Sidious/ US EPA administrator LEE

3/29/25, 8:20 AM    Gmail - 2025-1026, Email Service to [ALL]... SEE ATTACHED.... U.S. DA's Final JUDGE GOODMAN "e.g. a REAL PIECE OF WORK...

*ZELDIN {see the relevant picture below of Mr. Zeldin without makeup}]:*



*.... their SATAN WORSHIPING GUIDE*

3/29/25, 8:20 AM    Gmail - 029-2025; Email Service to (ALL)... SEE ATTACHED.... USEPA's "Ms. JULIE GOODMAN "e.g. EVERY PIECE OF WORK...

and *B.S.er* in Chief as to the Flint Water Crisis is a [doctor]... 😂😂😂... [NOT] - she is a Phd. (what even that means)... **and of course... [I] say this out of LOVE,** but she {Ms. Julie Goodman of the "US EPA"} sure is NOT a DOCTOR... WTF - JULIE GOODMAN

"e.g. a REAL PIECE OF WORK" and P.O.S; <u>and I would NOT be surprised [IF] her real salary GOAL from/ with the US EPA is in actuality $4 million per year</u> - BUT THOSE DOCUMENTS HAVE BEEN SHREDDED (i.e. think now of ALTERNATIVE COMPENSATION WHICH [AirBandB stays

3/29/25, 8:20 AM    Gmail - CLE-2023; Email Service to [ALL]... SEE ATTACHED.... US EPA's "Ind JULIE GOODMAN "e.g. EVERY PIECE OF WORK...

owned by US EPA/ corporate interests], LEASED CARS and OTHER PERKS to Ms. [Phd./doctor] JULIE GOODMAN's FAMILY and "significant other" such as Darth Vadar ....{AND SEE THE IMPORTANT SONG FOR IT}:

3/29/25, 8:23 AM    Gmail - 25-1158, Email Service to [ALL]... SEE ATTACHED.... USCA1's Hon. JULIE GOODMAN "e.g. EVERY PIECE OF WORK...



**Danny Gokey - Love God Love People**

Danny Gokey ✓
729K subscribers

Subscribe        53K        Share        •••

https://youtu.be/cQ8D2Mx7tGg?feature=shared

> *Thank you.*
>
> *And, have a very Blessed weekend.*
> *Best,*
> *~Melvin Jones Jr. - disabled Flint Water Crisis*
> *Claimant*
> *email: jonesjrmel@gmail.com*

---

**2 attachments**

 Gmail - 25-1158 State of New Jersey, et al v. Jones, et al _Letter (general)_ (2).pdf
83K

 March 29th, 2025 - LETTER REAGRDING DOGE-ELON MUSK.pdf
305K

# **Exhibit 2**

## Lightfoot, Jewel M (CIV)

| | |
|---|---|
| **From:** | Cary McGehee <cmcgehee@pittlawpc.com> |
| **Sent:** | Sunday, February 16, 2025 4:04 PM |
| **To:** | Lightfoot, Jewel M (CIV); Patrick Lanciotti; Paul Napoli; Julie Hurwitz; deborah Iabelle |
| **Cc:** | Corsentino Burtch, Katlyn C (CIV); Domingue II, Michelle T (CIV); Eagles, Daniel C. (CIV); Gonzalez, Heidy (CIV); Rey, Eric A. (CIV); Cohen, Jason T. (CIV); Michael.L.Williams@usdoj.gov; Walthall, Timothy (CIV); Glynn, J.Patrick (CIV); Falk, Christina (CIV) |
| **Subject:** | [EXTERNAL] RE: Response to motion to compel meeting |

USA Counsel,

In addition to our dispute with the position taken by the DOJ during the meet and confer, the relief that plaintiffs requested included being able to depose Dr. Goodman in the areas that we were prevented from exploring during her deposition. Therefore, we request that you file a response to our motion.



Peace,

Cary S. McGehee (pronouns: she/her/hers)
Founding Partner

### PITT · MCGEHEE

### PALMER · BONANNI · RIVERS

117 W. Fourth Street, Ste. 200
Royal Oak, Michigan, 48067
(248)398-9800- Office

(248) 268-7996 (fax)
cmcgehee@pittlawpc.com



"*The arc of the moral universe is long, but bends towards justice*"

Dr. Martin Luther King, Jr.

This e-mail contains information from the law firm of Pitt McGehee Palmer Bonanni & Rivers P.C. that may b    e proprietary, confidential, or protected under the attorney- client privilege or work-product doctrine. This e-mail is intended for the use only of the named recipient. If you are not the intended recipient named above, you are strictly prohibited from reading, disclosing, copying, or distributing this e-mail or its contents, and from taking any action in reliance on the contents of this e-mail. If you received this e-mail in error, please delete this message and respond immediately by e-mail to the author or call (248)398-9800.

1

# Exhibit 1

## Lightfoot, Jewel M (CIV)

| | |
|---|---|
| **From:** | Lightfoot, Jewel M (CIV) |
| **Sent:** | Friday, February 14, 2025 9:27 AM |
| **To:** | Cary McGehee; Patrick Lanciotti; Paul Napoli; Julie Hurwitz; deborah labelle |
| **Cc:** | Corsentino Burtch, Katlyn C (CIV); Domingue II, Michelle T (CIV); Eagles, Daniel C. (CIV); Gonzalez, Heidy (CIV); Lightfoot, Jewel M (CIV); Rey, Eric A. (CIV); Cohen, Jason T. (CIV); Michael.L.Williams@usdoj.gov; Walthall, Timothy (CIV); Glynn, J.Patrick (CIV); Falk, Christina (CIV) |
| **Subject:** | Response to motion to compel meeting |

| **Tracking:** | **Recipient** | **Delivery** | **Read** |
|---|---|---|---|
| | Cary McGehee | | |
| | Patrick Lanciotti | | |
| | Paul Napoli | | |
| | Julie Hurwitz | | |
| | deborah labelle | | |
| | Corsentino Burtch, Katlyn C (CIV) | Delivered: 2/14/2025 9:27 AM | Read: 2/14/2025 9:35 AM |
| | Domingue II, Michelle T (CIV) | Delivered: 2/14/2025 9:27 AM | Read: 2/14/2025 10:25 AM |
| | Eagles, Daniel C. (CIV) | Delivered: 2/14/2025 9:27 AM | Read: 2/14/2025 9:31 AM |
| | Gonzalez, Heidy (CIV) | Delivered: 2/14/2025 9:27 AM | Read: 2/14/2025 9:48 AM |
| | Lightfoot, Jewel M (CIV) | Delivered: 2/14/2025 9:27 AM | Read: 2/14/2025 10:10 AM |
| | Rey, Eric A. (CIV) | Delivered: 2/14/2025 9:27 AM | |
| | Cohen, Jason T. (CIV) | Delivered: 2/14/2025 9:27 AM | Read: 2/14/2025 10:02 AM |
| | Michael.L.Williams@usdoj.gov | | |
| | Walthall, Timothy (CIV) | Delivered: 2/14/2025 9:27 AM | Read: 2/14/2025 9:58 AM |
| | Glynn, J.Patrick (CIV) | Delivered: 2/14/2025 9:27 AM | Read: 2/14/2025 6:39 PM |
| | Falk, Christina (CIV) | Delivered: 2/14/2025 9:27 AM | Read: 2/14/2025 10:06 AM |

Cary, Patrick, *et al.*,

As we discussed at our meeting yesterday the United States spoke with Gradient Corp. and Dr. Goodman. They have agreed to provide you with the following information requested in your motion to compel: "(1) Dr. Goodman's salary/compensation for the years she was retained by the USA in this case, (2) her base salary and bonuses, (3) her yearly revenue goals, and (4) additional compensation received by Dr. Goodman based on a percentage of billings she generated in this case."

The United States can provide this to you in the form of an affidavit, addendum to the already provided Rule 26 disclosures, as a response to requests for production, or as a response to an interrogatory request.

This information will be provided subject to the confidentiality requirements in the Protective Order (ECF No. 121) issued in this case.

V/r,

Entry ID: 6710170

Date Filed: 03/30/2025

Page: 83

Document: 0118266005

Case: 25-1158



**Jewel Morris Lightfoot IV**
**Trial Attorney**
**U.S. Department of Justice**
**Civil Division, Environmental Torts**
**202-616-4355 (Office)**

Jewel.M.Lightfoot@usdoj.gov

# **Exhibit 3**

Page 1

1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF MICHIGAN

3                         SOUTHERN DIVISION

4    _____

5    IN RE FTCA Flint Water Cases

6                                   Civil Action No.

                                    4:17-cv-11218

7                                   (consolidated)

8                                   Hon. Linda V. Parker

9    _____

10

11         The Video Recorded Remote Deposition of

12              JULIE E. GOODMAN, Ph.D.

13           Taken Via Golkow/Veritext Remote

14              Commencing at 10:00 a.m.

15           Wednesday, September 18, 2024

16      Before Robin D. Gadwa, CSR 2607, RPR, FPR, FAPR

17

18

19     Court reporter, attorneys & witness appearing remotely.

20

21

22

23

24

25

```
                                            Page 2

  1   APPEARANCES:

  2   MR. PATRICK HAINES

  3   Napoli Shkolnik PLLC

  4   360 Lexington Avenue, 11th Floor

  5   New York, New York 10017

  6   (212) 397-1000

  7   planciotti@napolilaw.com

  8        Appearing on behalf of the Plaintiffs.

  9   MS. CARY S. MCGEHEE

 10   Pitt McGehee Palmer & Rivers, PC

 11   117 W. Fourth Street, Suite 200

 12   Royal Oak, Michigan 48067

 13   (248) 398-9800

 14   cmcgehee@pittlawpc.com

 15      Appearing on behalf of the Plaintiffs.

 16   MS. DEBORAH LABELLE

 17   Law Offices of Deborah A. Labelle

 18   221 North Main Street, Suite 300

 19   Ann Arbor, Michigan 48104

 20   (734) 996-5620

 21   deblabelle@aol.com

 22        Appearing on behalf of the Plaintiffs.

 23

 24

 25
```

```
                                        Page 3

1   APPEARANCES CONTINUED:

2   MR. TIMOTHY B. WALTHALL

3   Trial Attorneys, Environmental Torts

4   U.S. Department of Justice

5   P.O. Box 340

6   Washington, D.C. 20044

7   (202) 616-4221

8        Appearing on behalf of the Defendants.

9

10  VIDEOGRAPHER:  PHILLIP TODD

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 6

```
 1                    JULIE GOODMAN, PH.D.

 2          having been first duly sworn, was examined and

 3          testified on her oath as follows:

 4                    DIRECT EXAMINATION

 5    BY MR. HAINES:

 6    Q    Dr. Goodman, good morning.  My name is Patrick Haines.

 7         I'm with the law firm of Napoli Shkolnik for the

 8         Plaintiffs.  I'm going to ask you just a few questions

 9         here.  I don't think this will go terribly long, but

10         if you need to take a break at any point, just please

11         let us know, we're here at your discretion so if you

12         need to do anything or take a break or take a call,

13         that's totally fine.

14    A    Okay.  Thank you.

15    Q    Where are you located today?

16    A    In Canton, Massachusetts.

17    Q    My understanding is you have been retained to testify

18         as an expert witness in this case.  Is that your

19         understanding as well?

20    A    Yes.

21    Q    Could you just as a general matter state what you

22         understand the scope of your testimony to be in this

23         case?

24    A    My scope was to evaluate whether lead in water in

25         Flint contributed to any, contributed to increased
```

Page 7

```
  1         blood lead levels and then adverse health effects
  2         generally in the Plaintiffs.
  3    Q    Okay.  And you are a doctor, but not a medical doctor;
  4         correct?
  5    A    That is correct.
  6    Q    Nothing wrong with.  A Ph.D. is pretty hard to get
  7         too.  So I'm sure you worked hard to get it.  But I
  8         just want to make clear.  We understand.  What was
  9         your Ph.D. in, Doctor?
 10    A    It was in environmental health sciences specializing
 11         in toxicology.
 12    Q    Okay.  So you are a toxicologist; is that the best
 13         title that you feel?
 14    A    Well, I have expertise in both toxicology and
 15         epidemiology.
 16    Q    Okay.
 17    A    So.  Yes.
 18    Q    Okay.  My understanding is you work with a company
 19         called Gradient; is that correct?
 20    A    Yes.
 21    Q    Can you explain to me what Gradient is?
 22    A    Gradient is a health sciences and risk assessment
 23         consulting firm.
 24    Q    Okay.  And the paperwork describes you as a principal
 25         at Gradient.  Is there something -- what's the
```

Page 28

1                    CERTIFICATE OF NOTARY

2    STATE OF MICHIGAN        )

3                             ) SS

4    COUNTY OF OAKLAND        )

5

6            I, Robin D. Gadwa, Certified Shorthand

7        Reporter, a Notary Public in and for the above county

8        and state, do hereby certify that the above deposition

9        was taken before me at the time and place hereinbefore

10       set forth; that the witness was by me first duly sworn

11       to testify to the truth, and nothing but the truth,

12       that the foregoing questions asked and answers made by

13       the witness were duly recorded by me stenographically

14       and reduced to computer transcription; that this is a

15       true, full and correct transcript of my stenographic

16       notes so taken; and that I am not related to, nor of

17       counsel to any of the parties, nor interested in the

18       event of this cause.

19       *[signature: Robin D Gadwa]*

20       _____

21       ROBIN D. GADWA, CSR-2607, RPR, FPR, FAPR

22       Notary Public

23       Oakland County, Michigan

24       My commission expires: 12-08-2026

25

# E.P.A. Offers a Way to Avoid Clean-Air Rules: Send an Email

Referring to a little-known provision, it said power plants and others could write to seek exemptions to mercury and other restrictions and that "the president will make a decision."

---

 **Listen to this article · 4:59 min**  Learn more

 **By Hiroko Tabuchi**

March 27, 2025

The Biden administration required coal- and oil-burning power plants to greatly reduce emissions of toxic chemicals including mercury, which can harm babies' brains and cause heart disease in adults.

Now, the Trump administration is offering companies an extraordinary out: Send an email, and they might be given permission by President Trump to bypass the new restrictions, as well as other major clean-air rules.

The Environmental Protection Agency this week said an obscure section of the Clean Air Act enables the president to temporarily exempt industrial facilities from new rules if the technology required to meet those rules isn't available, and if it's in the interest of national security.

In its notice to companies, the agency provided a template for companies to use to get approvals, including what to write in the email's subject line. Then "the president will make a decision on the merits," said the notice, issued by the E.P.A. on Monday.

Joseph Goffman, former executive director of Harvard Law School's Environmental and Energy Law Program who served as E.P.A. assistant administrator for air pollution under President Joseph R. Biden Jr., said he feared the President Trump was "setting up a rubber stamp process" that would allow companies to avoid a long list of rules on air pollution.



Thank you for your patience while we verify access.

Already a subscriber? Log in.

Want all of The Times? Subscribe.