NOTICE:





Oregon
Encyclopedia

(/)

A project of the
Oregon Historical
Society

(http://www.OHS.org)

# Expulsion of Chinese from Oregon City, 1886

By Anjuli Grantham (/about/authors/42/)

Email 

(mailto:?subject=Expulsion of Chinese
from Oregon City,
1886&body=https://www.oregonencyclopedia.org/articles/expulsion_of_chinese_from_oregon_city_1886/)

PDF 

(/articles/expulsion_of_chinese_from_oregon_city_1886/pdf/)

Facebook 

(https://www.facebook.com/sharer/sharer.php?
u=https://www.oregonencyclopedia.org/articles/expulsion_of_chinese_from_oregon_city_1886/)

View on Timeweb 

(https://oregontimeweb.org/timeline/oep/expulsion_of_chinese_from_oregon_city_1886_905)

O n February 22, 1886, approximately forty men gathered in Oregon City (/articles/oregon-city/) at the McLoughlin House (/articles/mcloughlin_house_unit_of_fort_vancouver_national_historic_site/) on South Main Street, then a lodging house known as the Phoenix Hotel, and voted to rid the town of its Chinese (/articles/chinese_americans_in_oregon/#.Yjo8KLhlBTY) population. Most of the men assembled at the Phoenix were members of the local Knights of Labor and Anti-Coolie League. Their elected leader, Nathan L. Baker, was from Portland (/articles/portland/) and a prominent member of the League.

The men marched to the Washington Hotel, where Chinese mill workers slept, wrested the men from their beds, and marched them to the Willamette River (/articles/willamette_river/). Between forty and fifty-five workers were forced aboard the steamboat *Latona*, which carried them to Portland (/articles/portland/). Twelve men were arrested for the expulsion, including Baker and Al White, an Oregon City (/articles/oregon-city/) man who was later named as a leader of the mob. None were brought to trial.

In the winter and spring of 1886—when the nation was suffering from an economic depression, growing labor militancy, and a nationwide debate over free labor—the Northwest experienced a rampant anti-Chinese fervor. The completion of the transcontinental railroad to Portland (/articles/portland/) in 1883 ended an associated building boom, making economic conditions particularly dire in the region. Thousands of white men, many of them unskilled laborers, had moved west expecting to live the promise of Manifest Destiny, only to find that they were too late. Itinerant labor organizers and demagogues traveled along the West Coast insisting that Chinese "coolie" laborers were occupying what should be white jobs. Many misperceived Chinese workers as slaves, and some billed the anti-Chinese crusade as post-Civil War abolitionism. Some businesses responded by firing their Chinese employees. This was the case in Oregon City (/articles/oregon-city/), where most of the town's Chinese residents worked in the Jacobs Bros. woolen mill. Responding to pressure from the community, the mill had begun replacing Chinese workers with white laborers several weeks before the expulsion.

Although anti-Chinese violence in Oregon never escalated to the point that it did in Seattle, Tacoma, and parts of northern California, the Oregon City (/articles/oregon-city/) incident was not an isolated one in the state. That same evening, the towns of Beaver (/articles/beaver/) Valley and Butteville, on the Willamette River (/articles/willamette_river/), forced their Chinese neighbors aboard a boat headed to Portland (/articles/portland/). Anti-Chinese pogroms also occurred in East Portland (/articles/portland/), Albina (/articles/albina_area_portland_/#.WR3ds_orlxc), Mount Tabor, and Guild's Lake (/articles/guild_s_lake/), and several Chinese laundries were the targets of dynamite attacks.

On the night of the Oregon City (/articles/oregon-city/) expulsion, 3,500 people paraded through the streets of Portland (/articles/portland/), carrying signs insisting that "Slavery must not exist here in 1886" and "The Chinese must go." A February 13, 1886, meeting of an Anti-Chinese Congress in Portland had fueled the flames as participants resolved that all the Chinese in Oregon had to leave for San Francisco by March 24.

Case: 25-1158        Document: 00118266008        Page: 4        Date Filed: 03/30/2025        Entry ID: 6710171

Nonetheless, many Oregonians were not swayed by the rhetoric and worked diligently to quell the potentially explosive sentiments, most notably Harvey Scott (/articles/scott_harvey_1838_1910_/), editor of *The Oregonian*. Partially due to the counter-efforts of Harvey Scott (/articles/scott_harvey_1838_1910_/) and others, the planned mass expulsion never materialized, and Oregon evaded the larger anti-Chinese upheaval that Washington and California experienced during the same period.

East Side Railway cars passing on Main St. in Oregon City, 1890s.

The graphic condemns the attack on Chinese residents in Oregon (likely an immediate response to the Oregon City violence), acknowledging its violation of the 1868 Treaty with China and the inhumanity of the expulsion.





# Related Entries

**Baker City Chinatown**

For over seven decades, Baker City had an area referred to as Chinatown...

(/articles/baker_city_chinatown/)





Case 25-1158    Document: 00118266008    Page: 5    Date Filed: 03/30/2025    Entry ID: 6710171

# Related Historical Records



### Chinese Street Vendor

This vendor is probably selling vegetables. Chinese gardeners sup...

(///www.oregonhistoryproject.org/articles/historical-records/chinese-street-vendor/)

‹    ›

(https://www.oregonhistorywayfinder.org/#/articles/oep/905)

## Map This on the Oregon History WayFinder

The Oregon History Wayfinder is an interactive map that identifies significant places, people, and events in Oregon history.

# Further Reading

McClain, Charles J., Jr. "The Chinese Struggle for Civil Rights in 19th-Century America: The Unusual Case of *Baldwin v. Franks.*" *Law and History Review* 3 (Fall 1985), 357-358.

Schwantes, Carlos A. "Protest in a Promised Land: Unemployment, Disinheritance, and the Origin of Labor Militancy in the Pacific Northwest, 1885-1886." *The Western Historical Quarterly* 13 (Oct. 1982), 373-390.

Wong, Rose Marie. *Sweet Cakes, Long Journey: The Chinatowns of Portland, Oregon.* Seattle: University of Washington Press, 2004.

WRITTEN BY

**Anjuli Grantham (/about/authors/42/)**

LAST UPDATED

Nov. 1, 2023

The Oregon Encyclopedia Logo     (/)

Oregon Historical Society Logo

(http://ohs.org/)

FAQs (/about/frequently-asked-questions/)  Donate (/donate/)
Workshop Login (/accounts/login)      Contact Us (/about/contact-us/)

(https://www.facebook.com)   (https://www.instagram.com)

© 2025 Portland State University and the Oregon Historical Society
The Oregon Historical Society is a 501(c)(3) non-profit organization. Federal Tax ID 93-0391599



(/)

A project of the
Oregon Historical
Society

(http://www.OHS.org)



**ESSAY**

# Chinese Americans in Oregon

By Douglas Lee (/about/authors/178/)

The Pioneer Period, 1850-1860

The Sojourner Period, 1860-1885

The Exclusion Period, 1885-1940

The Cultural Assimilation Period, 1940-1960

Chinese American Renaissance in Oregon, 1960-2000

Email  

(mailto:?subject=Chinese Americans in
Oregon&body=https://www.oregonencyclopedia.org/articles/chinese_americans_in_oregon/)

PDF 

(/articles/chinese_americans_in_oregon/pdf/)

Facebook 

(https://www.facebook.com/sharer/sharer.php?
u=https://www.oregonencyclopedia.org/articles/chinese_americans_in_oregon/)

# The Pioneer Period, 1850-1860

The Cantonese-Chinese were the first Chinese in Oregon. They immigrated to America primarily from the Pearl River Delta region in southeast China in the century from 1850 to 1960. This region forms the central third of their home province of Gwongdung (Cantonese pronunciation; Guangdong is the standard Pinyin "Mandarin" Chinese spelling, formerly spelled in Wade-Giles Mandarin as Kwangtung.) This group decisively shaped the first century of Chinese experience in Oregon.

Small groups of Cantonese-Chinese miners, who arrived in Oregon Territory in 1850-1853, represented the first Chinese migration beyond northern California, the earliest and primary location of Cantonese-Chinese settlement in America (1850-1860). In the early 1850s, these miners and a handful of merchants settled in two different but widely separated parts of Oregon Territory.

They went first to southwest Oregon, with the largest number settling in Josephine and Jackson Counties; fewer went to Douglas and Grant Counties. These Chinese formed a geographical and chronological extension of Cantonese-Chinese mining activity in northern California's Shasta and Trinity Counties. The second location was in northeast Oregon, which became the gateway to the Inland Empire in the southeast corner of Washington Territory (1859-1889), with specific reference to Walla Walla and the Boise Basin in present-day Idaho (1863-1890).

From 1855 through 1865, the majority of Cantonese-Chinese settlers in Oregon were miners, with a minority of merchant types. Their numbers were unstable, rising and falling with the boom and bust of gold mining. The 1860 census officially lists thirteen Chinese in all of Oregon, with ten of them in Benton County. Given the unstable material conditions of the time and the general reports of locals, it is safe to surmise that this number represents a serious undercounting. It is more accurate to say that there was a likely range of from a few dozen to a few hundred Cantonese-Chinese in Oregon, especially in the early 1860s.

The Cantonese-Chinese presence is best characterized as that of a pioneer community, which embraced a small population of highly mobile miners and merchants who moved about in response to opportunities to mine for gold or to "mine the miners" (both Chinese and white). Conditions were not conducive for the formation of permanent ethnic Cantonese-Chinese communities in Oregon.

Continuous migrations of single young men, however, did not require permanently structured communities. There were no Chinese women as wives and mothers—just a few prostitutes and slave girls—and certainly no Chinese families. After the mid-1860s, Cantonese-Chinese settlement in Oregon underwent a major transformation, characterized by accelerated population growth, geoterritorial expansion, and the establishment of permanent ethnic Cantonese-Chinese communities.

Slideshow → /media-collections/21/ (/media-collections/21/)

# The Sojourner Period, 1860-1885

The heyday of nineteenth-century Cantonese-Chinese settlement in Oregon occurred from 1860 to 1885. Changing material conditions in Oregon and elsewhere in the American West opened up economic opportunities that attracted increasing numbers of Cantonese-Chinese from California and directly from Gwongdung. Major factors included (1) new and more diverse economic opportunities; (2) accelerated Chinese demographic growth; (3) urbanization, chiefly in the Portland (/articles/portland/) area; (4) sociopolitical bifurcation—that is, communal leadership by a minority of merchant elites, with a demographically larger but sociopolitically subordinate mass of laborers; (5) institutional development by way of establishing community-wide social organizations with overlapping political, economic, and sociocultural functions; and (6) the anti-Chinese movement in the American West, including Oregon.

Between 1860 and 1870, new and diverse economic developments occurred in the West, specifically in Oregon. Precious metals increasingly lost their allure as a quick and easy way to get rich, and there was a shift away from mining activities. Some Chinese and non-Chinese miners followed gold and silver strikes elsewhere and moved to other locations in the American and Canadian West to mine. Others abandoned their roles as prospectors and took jobs working for corporate mining enterprises. For example, Chinese were hired by white-owned hydraulic-mining companies to dig ditches, burrow tunnels, and construct bridges and trestles. Underground mining closely associated with corporate mining enterprises undoubtedly figured more prominently elsewhere, especially in California, Nevada, Colorado, and Wyoming.

In addition, increasing numbers of Chinese were more attracted to economic opportunities other than mining. This most often took the form of jobs in commercial agriculture, salmon canneries, railroad construction, domestic service, and service work (e.g., in hand laundries or as cooks in lumber camps and on ranches). This squares well with the general pattern of economic development engineered by white society in Oregon during the same period. Consequently, the shift in the kinds of enterprises that local Chinese merchants became identified with and the kinds of jobs Chinese laborers undertook mirrored the changing economy of Oregon in the later nineteenth century.

3/30/25, 4:35 AM    Case 3:25-mc-00158    Document: 00118266008    Page 10    Date Filed: 03/30/2025    Entry ID: 6710171

These changes motivated scores of Cantonese to seek alternative economic opportunities either as laborers or as small businessmen and entrepreneurs. A minority—those with a small amount of capital—opened cafes, laundries, general stores, and laborer brokerages to serve the needs of Chinese seeking jobs and both Chinese and non-Chinese employers seeking Chinese workers.

The railroads provided especially important benefits for the Chinese in the American West, giving them a source of income and directing Chinese migration throughout the region. The era of transcontinental railroad construction, from 1865 through the 1880s, also stimulated the building of regional spurs. In this way, Cantonese-Chinese not only worked their way across the land, but they also were introduced to new destinations.

In Oregon, Cantonese-Chinese migrated to and settled in eastern Oregon, on the Oregon Coast, and in the Willamette Valley (/articles/willamette_valley/). Commercial agriculture, lumbering, fisheries, and canneries provided jobs for many. Other employment opportunities in white American society included jobs in domestic service (e.g., as cooks, gardeners, houseboys, and nannies), light manufacturing, truck gardening, hand laundries, cafes and restaurants, and nurseries.

The number of Chinese in Oregon grew dramatically after the mid-1860s. By 1870, their numbers were distributed unevenly across southwest Oregon, especially in Josephine and Jackson Counties; the central Willamette Valley (/articles/willamette_valley/), in Lane, Benton, Linn, and Marion Counties and some in Polk and Yamhill Counties; the northern Willamette Valley (/articles/willamette_valley/), in Multnomah, Clackamas, and Washington Counties; in northwest Oregon, in Clatsop and Columbia Counties; and on the Columbia Plateau, in Wasco (/articles/wasco/), Umatilla, and Union (/articles/union/) Counties, with some Chinese also in parts of Baker, Wallowa, Morrow, and Grant Counties. The number of Chinese in Oregon rose steadily from 3,330 in 1870, to 9,510 in 1880, to 9,540 in 1890, cresting at 10,397 in 1900. Few Chinese lived in the northern and central Cascades, in the southeast corner of the state as part of the Great Basin, and on the coast from Tillamook (/articles/tillamook/) south to Coos Bay (/articles/coos_bay/).

The most notable change in the resident Cantonese-Chinese population in Oregon during 1870-1885 occurred in Portland (/articles/portland/), where 22 Chinese lived in 1860, 200 in 1865, 500 in 1869, and 720 in 1870. By 1880, there were about 2,480 in the city. This accelerated population growth and high-density concentration were the result of the confluence of timely developments. Strategically located between the Columbia and Willamette Rivers, Portland (/articles/portland/) served as a transportation and communications hub and a financial center not only for Oregon but also for much of the Pacific Northwest before Seattle eclipsed it after 1885. Not only the dominant white society, but also the Cantonese-Chinese minority benefitted from Portland (/articles/portland/)'s attractions and advantages. With the largest Chinese community between San Francisco and Vancouver, B.C., the city not only housed an increasingly large and stable ethnic Cantonese-Chinese community, but it also served as a key routing center for the migration of Cantonese workers across the Pacific Northwest.

Slideshow → /media-collections/22/ (/media-collections/22/)

From 1860 to 1885, thousands of Cantonese-Chinese immigrants effectively transitioned from transient migratory pioneers, constantly on the move and anticipating a quick return home to China, to longtime resident sojourners. There remained the expectation of return home; but as years stretched into decades, increasing numbers of Cantonese pioneers settled into structured and permanent ethnic communities, such as the one in Portland (/articles/portland/).

As resident Chinese communities became larger and more permanent, social tensions emerged. This contributed to a bifurcation of Cantonese sojourner society into two social classes. At the top was a numerically smaller but socially prominent, economically prosperous, and politically well-leveraged class of businessmen, merchants, and entrepreneurs. They provided jobs and loans and dominated social life through community organizations, which they led. They also directed the flow of social services and philanthropic activities. The only other social class consisted of laborers, who were generally poor, socially disadvantaged, and politically weak. They formed the majority of Cantonese-Chinese ethnic communities.

Both classes engaged in and were alternately helped and harmed by communal conflicts. These conflicts could be social and cultural in nature—for example, based on subethnic factors or speech-community divisions, including Say-Yup Cantonese (four districts, southwest of Canton) versus Sam-Yup Cantonese (three districts, immediately adjacent to Canton), or the Hakka (settlers in Gwongdung after 1000 CE) versus the Bundae ("Natives," or settlers in Gwongdung before 1000 CE).

Conflicts also could be political, including turf wars between rival clan (or family) associations, district (or native place) associations, and secret societies (or Tongs). After 1890, political conflict also involved nascent political parties and advocacy groups. Portland's Chinese community, for example, had local chapters of the Pao Huang Hui (Protect Emperor Society, commonly known as the Chinese Empire Reform Association) and the T'ung Men-hui (Revolutionary United League). In addition, local Chinese Christians and the local Chinese Chamber of Commerce were active advocacy groups.

In the more than half-century between 1855 and 1940, Cantonese-Chinese Portland was organized much like Cantonese San Francisco and other major Chinese communities in North America. Merchants helped establish social organizations that came to exercise political control over the community's civic and social life. They did so by monopolizing the leadership of key organizations, including (1) lineage, clan, or family associations, organized on the basis of commonly shared surnames; (2) the wooi-kun, commonly known as district associations or "native place" organizations, where membership revolved around identification with a Chinese district or group of districts (much like counties); (3) guilds and other professional groups; (4) secret societies in the form of large fraternal lodges or smaller "fighting tongs"; and (5) Chinese Christians and community independents.

These organizations provided a complex web of affiliation, which embraced both benefits and liabilities. Individually and collectively, they provided social service benefits, including loans, medical and legal help, a place to stay, job referrals, and protection. They also stimulated and expanded intracommunal rivalries and conflicts between community organizations. Consequently, community life was both complex and problematic. The rise of fighting tongs and their monopoly of the vice trades—prostitution, opium, gambling, and smuggling—contributed to violent conflicts.

Portland's Chinese community not only had its own local tensions, but its members also became embroiled in conflicts that spilled over from San Francisco and elsewhere. In this way, the city provided a safe haven from anti-Chinese harassment and violence, but it also harbored its own challenges to the personal security and material wellbeing of its residents.

From 1870 to 1885, a rapid acceleration and expansion of the anti-Chinese movement took place in Oregon, paralleling similar developments elsewhere in the American West. A decade earlier, a nascent anti-Chinese movement in the state had produced isolated instances of ridicule and harassment, and local anti-Chinese ordinances had been designed to put the Chinese in their place, as outsiders. In the 1870s, the movement gained strength as state labor and political leaders called for both the expulsion of Chinese residents and the exclusion of future Chinese from Oregon.

As late as the mid-1880s, expulsion efforts included the burning of two large buildings in Portland's Chinatown and the raid by eighty masked men on Chinese woodcutters' camps near Albina, with the Chinese there being shipped to Portland. The anti-Chinese club in Portland sponsored rallies with speeches, fundraising, brass bands, and dancing. In 1885, about five hundred Chinese were ejected from Tacoma, Washington, and many were sent by rail to Portland, creating further tensions in the city.

The most notorious incident occurred in 1887, when a small group of white men massacred thirty-four Chinese miners in Hells Canyon in Wallowa County. The injury and ejection of Chinese in Oregon and throughout the West helped usher in Chinese exclusion.

Slideshow → /media-collections/23/ (/media-collections/23/)

# The Exclusion Period, 1885-1940

In 1878, the Page Act banned the immigration of Chinese women of "immoral character"—that is, those considered to be prostitutes. The law, both substantively and procedurally, set the pattern for discriminatory federal policies and laws designed to ban Chinese immigration to the United States. As the first federal law to target Chinese, the Page Act established a presumption of liability that required a person so accused to overcome the presumption with evidentiary proof. Thus, women were presumed to be "immoral" and, therefore, deportable until they could prove otherwise.

In 1882, Congress passed the first federal Chinese Exclusion Act, which specifically banned the entry of Chinese laborers to the United States for ten years. As a practical matter, the law banned the entry of nearly all Chinese, even though Chinese merchants, diplomats, professionals, and students were exempt. Under the law, there existed the presumption that every Chinese immigrant seeking entry into the United States was a member of the banned class of laborers, until he could prove otherwise. In 1892, the Geary Act renewed Chinese exclusion for an additional ten years and required every Chinese to carry photo identification. In 1902, the Chinese Exclusion Law was renewed and made permanent; it was not repealed until 1943.

In Oregon, the period 1882-1943 is known as the Exclusion Era. During this period, as a practical matter Chinese could not legally enter the United States, and Chinese women were excludable as wives of banned Chinese laborers. Oregon also banned interracial marriage. Cantonese-Chinese men in America had several options: (1) remain celibate; (2) engage prostitutes; or (3) seek out common-law marriages or consensual arrangements with Black, Native American, Hispanic, or white women. During this time, Chinese were ineligible for naturalization on the basis of a 1789 law that limited naturalization to white immigrants. Additionally, Chinese were discriminated against in housing; banned from attending public schools, entering professions, and serving on juries; and not allowed to vote or hold office.

Without the possibility of new generations of Chinese, either by immigration or by birth, the Cantonese population in Oregon and elsewhere in the United States began to decline. As a result of forced ejection, violence, and federally mandated exclusion, Oregon's Cantonese population declined from about 10,390 in 1900 to 7,363 in 1910, 3,090 in 1920, 2,075 in 1930, and 2,086 in 1940. The number bottomed out at 2,102 in 1950.

Daily life for Cantonese-Chinese in Oregon was challenging. Most Cantonese lived in Portland, which like Cantonese communities in San Francisco, Vancouver, Oakland, Seattle, Chicago, and New York City had become isolated and insulated. The Chinese in Portland were never walled off and isolated in a ghetto, and they continued to interact with both mainstream white society and other ethnic groups (e.g., African Americans) in Portland and elsewhere. They lived in their own communities, but many also left to work elsewhere. Whites and other non-Chinese often crossed ethnic and racial neighborhood boundaries to conduct business or as visitors and tourists.

During this time, three identifiable Cantonese-Chinese ethnic communities developed in downtown Portland, on the west bank of the Willamette River (/articles/willamette_river/). The initial Chinese community was bounded by Front and Second Streets and Market and Jefferson Streets. It later expanded to include several square blocks bordered by Front and Third Streets and stretching from Clay to the south and to Ash to the north. A second community, consisting of Cantonese farmers working their vegetable gardens, grew up in the heights overlooking the first area of settlement. This atypical rural community, set within Portland's increasingly crowded downtown, thrived from 1879 until 1910. It lay west of Fourteenth Street and north of Market. By 1900-1901, the first Cantonese community had expanded north and extended to the other side of Burnside Street. This extension included portions of Second, Third, and Fourth Streets to the

north, which became the nucleus for Portland's third Chinatown, which still exists. (In the twenty-first century, a fourth Cantonese Chinese community, which includes ethnic Chinese from Southeast Asia, developed on the east side of the river along the corridor of 82nd Avenue.)

Chinese were not allowed to live in areas beyond their own community, except possibly as live-in domestics. A few men with wives and children formed a small nucleus of Cantonese-Chinese families. Despite the rigors of exclusion, there were a few dozen to a few hundred American-born Cantonese youth in Portland by the 1940s. Because the Chinese in Oregon were racially segregated from whites, children were banned from attending public schools. Chinese also encountered prejudicial discrimination in housing, jobs, commercial opportunities, education, and medical and social services. Over time, the Cantonese-Chinese community in Oregon became almost invisible on both the rural and urban landscape.

# The Cultural Assimilation Period, 1940-1960

If exclusion and the Great Depression made daily life difficult for the Chinese in Oregon, World War II and the end of exclusion reversed things. The older sojourner generation declined, as many retired, returned to China, or died. Oregon's increasing numbers of Chinese were either American-born Chinese (ABC), whose numbers increased dramatically between 1940 and 1970, or emigrants to Oregon from California and elsewhere. These Cantonese-Chinese, as Chinese Americans, were culturally assimilated, having either been born, raised, and educated in America or immigrated (legally and illegally) in their youth. Their experiences and identifications led them to successfully compete in both classrooms and the job market.

Among the foreign-born Cantonese, a significant number had served in the U.S. armed forces during World War II, and as veterans they were allowed to send for or otherwise obtain Cantonese-Chinese wives. Scores of Chinese in Oregon began to relocate beyond Portland's Chinatown, living and working in mainstream white society. In Portland and other urban communities, these Chinese were viewed in a positive way. They worked hard and were friendly, law-abiding citizens who paid their taxes and did not get involved in anti-social behavior (e.g., their children were well behaved and excellent students). They also spoke English well and had nice homes and cars. In this way, the Chinese in Oregon transitioned from being viewed as undesirable foreigners to admired fellow Americans.

After World War II, the Cantonese-Chinese, along with American-born Japanese and Korean Americans, became known as "model minorities." Members of all three groups experienced a rapid and smooth cultural assimilation in classrooms, at home, and on the job. Scores went to college, and many became physicians, lawyers, architects, engineers, educators, social workers, scientists, and other professionals.

The subtext of this effort, however, was motivated by the same racism that Asian immigrants and Asian Americans have always endured. The pressure to be an "ideal American citizen"--a notion vaguely and arbitrarily defined by whites--carried with it threats of economic and cultural discrimination, exclusion from legal protections, and violence. Under those circumstances, assimilation can be traumatic, and cultural groups have worked to maintain cultural identies in recognition of the effects of race-based discrimination and loss.

In 1943, by executive order, President Franklin D. Roosevelt repealed the Chinese Exclusion Law. A few years later, in 1952, Congress passed the McCarran-Walter Act, which provided that only 105 Chinese could immigrate to the United States each year. The law, together with the rapid increase in the number of American-born Cantonese-Chinese, significantly changed the demographics of Chinese in Oregon. From 1945 into the 1960s, most Chinese in Oregon, and elsewhere in America, were born, raised, and educated in the United States. For the first time, foreign-born Chinese formed a small minority of Chinese in Oregon. The vast majority lived in urban and suburban communities.

Portland's Chinatown, as Oregon's oldest and largest ethnic Cantonese-Chinese community, experienced dramatic change. Geographically and demographically, its boundaries, businesses, and residents declined, as increasing numbers of Chinese worked and lived outside Chinatown. Chinatowns in Washington, D.C., Oakland, Seattle, Boston, Chicago, and Honolulu experienced similar changes. The era of the "model minority" brought an accelerated cultural assimilation of American-born Chinese Americans and an accelerated decline of those born in China. This process was abruptly reversed after 1965.

Slideshow → /media-collections/24/ (/media-collections/24/)

# Chinese American Renaissance in Oregon, 1960–2000

With the passage of the 1965 Immigration Act, more commonly known among Asian Americans as the Pan Asian Immigration Law, greater numbers of Chinese emigrated to the United States from more diverse parts of the Chinese-speaking world. By 1968, the Chinese had begun to fully subscribe their allotted quota of 20,000 immigrants per year. That number, however, did not include individuals seeking reunification with their families. When they are included, the quota was actually about 100,000 per year.

After 1968, most of the 100,000 Chinese who entered the United States each year settled in California, New York, and elsewhere. Consequently, between 1968 and 1980, there were about a million new Chinese immigrants in the country. Few settled directly in Oregon, but instead initially settled in California or elsewhere and then some relocated to Oregon. Once a nucleus of these new immigrants settled in Oregon, they sent for members of their extended families. Thus, by the early 1980s, a greater number of Chinese from more diverse places had begun to settle in Oregon, especially in Portland and its suburbs.

After 1980, many Chinese immigrants were not Cantonese, but were Chinese from Taiwan, Burma, Singapore and Malaysia, and Indochina (Vietnamese Chinese, Cambodian Chinese). After the later 1980s, there appeared a growing number of Chinese immigrants from Mainland China.

Case 3:25-mc-00158    Document: 00118266008    Page: 16    Date Filed: 03/30/2025    Entry ID: 6710171

In this way, Min speakers from Fujian, Wu speakers from Shanghai and elsewhere in the lower Yangtze, and Mandarin speakers from northern and southwest China settled in growing numbers in America. These groups are well represented among the Chinese in Oregon since 1990.

Since 1990-2010, many Chinese have emigrated from Latin America and the Caribbean, where they speak Spanish and a variety of Chinese dialects, including Hakka, Hokchiu, Hokkien, and Teochiu (Chaozhou) as well as Cantonese and Mandarin. Consequently, the several thousand Chinese who live in Oregon are diverse ethnically (e.g., Cantonese, Min, Wu, Teochiu, Mandarin, and ABC English speakers), socially (e.g., families, singles, young couples, and seniors), and economically (e.g., lower middle class to upper middle class, professionals, affluent entrepreneurs, and business leaders). Culturally speaking, there are non-English speakers and limited-speakers, and there are highly educated, culturally assimilated, and articulate bilingual speakers.

Geographically, most of Oregon's Chinese live in the Willamette Valley (/articles/willamette_valley/), especially in urban areas such as Portland, Salem, Albany (/articles/albany/), Corvallis (/articles/corvallis/), Eugene (/articles/eugene/), and Medford (/articles/medford/). Fewer live in central and eastern Oregon and in urban locations on the north coast (Lincoln City (/articles/lincoln_city/) and Astoria). As in the past, few Chinese live in the southeast corner of the state, in the Cascades, or along most of the southern coast. The Chinese American community remains historically a socially bifurcated society, divided between the foreign-born and the American-born.

After the 1990s, most Chinese who settled in Oregon could be divided into three groups, based on place of origin, socio-economic standing, and degree of cultural assimilation. First, there are the foreign-born, less affluent, nonlimited English-speakers, who came chiefly from Mainland China, Southeast Asia (chiefly Indo-China), and parts of Latin America and the Caribbean. These immigrants, who came with their families, gravitated to the service sector, working in businesses and markets owned and operated by ethnic Chinese. They tended to congregate in urban areas such as Portland and Salem.

The second group consists of foreign-born Chinese who are better educated, more affluent, and more culturally assimilated and who are typically single, married with no children, or married with small children. These Chinese are chiefly from Hong Kong, Taiwan, or major urban areas of China (Shanghai, Beijing, Chongqing), as well as other major urban locations in Singapore, Malaysia, Australia, Latin America, and the Caribbean. They also tended to settle in urban areas and surrounding communities.

The third group of Chinese to relocate in Oregon after 1990 were the American-born or those Chinese Americans who have lived in the United States for a long time. These Chinese relocated to Oregon because of jobs, schooling, and business. They came primarily from California, Hawaii, the Midwest, and the East Coast, with some from western Canada (Vancouver, B.C.).

By the first decades of the twenty-first century, Oregon's Chinese had become much more diverse in their ethnolinguistic, socioeconomic characteristics and in their settlement patterns. They form one of the largest Asian American subgroups in Oregon. Asian Americans in turn form

the second largest and fastest growing minority groups in Oregon, after the Hispanic/Latino population.

Slideshow → /media-collections/25/ (/media-collections/25/)

Unknown resident of Albany, Oregon

Millard Chung is identified on the left.



# Related Entries



(/articles/ah_hee_diggings_chinese_wa

### Ah Hee Diggings (Chinese Walls)

The Ah Hee Diggings, also called the Chinese Walls, are sixty acres of …

# Related Historical Records



### Act to Prohibit the Intermarriage of Races, 1866

The Oregonian clipping featured here presented the language of a …

(//www.oregonhistoryproject.org/articles/historical-recor prohibit-the-intermarriage-of-races-1866/)

# Further Reading

*Annals of the Chinese Historical Society of the Pacific Northwest.* Seattle: Chinese Historical Society of the Pacific Northwest, Western Washington University, 1984.

*Dreams of the West, A History of the Chinese in Oregon, 1850-1950.* Chinese Consolidated Benevolent Association, in association with the History Department of Portland State University. Portland, Ore.: Ooligan Press, 2007.

Case 3:25-mj 158          Document: 00118266008          Page: 19          Date Filed: 03/30/2025          Entry ID: 6710171

Chia-chi Ho, Nelson. *Portland's Chinatown:*
*The History of an Urban Ethnic District.*
Portland, Ore.: City Bureau of Planning, 1978.

Wong, Marie Rose. *Sweet Cakes, Long*
*Journey: The Chinatowns of Portland,*
*Oregon.* Seattle: University of Washington
Press, 2004.

WRITTEN BY

**Douglas Lee (/about/authors/178/)**

LAST UPDATED

**May 18, 2023**

The Oregon Encyclopedia Logo     (/)

Oregon Historical Society Logo

(http://ohs.org/)

FAQs (/about/frequently-asked-questions/)     Donate (/donate/)

Workshop Login (/accounts/login)     Contact Us (/about/contact-us/)

(https://www.facebook.com)     (https://www.instagram.com)

© 2025 Portland State University and the Oregon Historical Society
The Oregon Historical Society is a 501(c)(3) non-profit organization. Federal Tax ID 93-0391599

Case 3:25-cv-01158     Document: 00118266008     Page: 20     Date Filed: 03/30/2025     Entry ID: 6710171



Oregon
Encyclopedia

(/)

A project of the
Oregon Historical
Society

(http://www.OHS.org)

**PRIMARY SOURCE DOCUMENTS**

# Chinese Exclusion Act in Oregon

By The OE Staff
Subjects: Labor, Politics, Race, Ethnicity, and Nationality

Overview

Content Standards

Additional Sources

Cite

Teacher Guide

Documents  >

(/packets/documents/131)

# Overview

**Chinese Immigration and Exclusion in Oregon**

The heyday of nineteenth-century Cantonese-Chinese settlement in Oregon occurred from 1860 to 1885. Changing material conditions in Oregon and elsewhere in the American West opened up economic opportunities that attracted increasing numbers of Cantonese-Chinese from California and directly from Gwongdung. Major factors included (1) new and more diverse economic opportunities; (2) accelerated Chinese demographic growth; (3) urbanization, chiefly in the Portland area; (4) sociopolitical bifurcation—that is, communal leadership by a minority of merchant elites, with a demographically larger but sociopolitically subordinate mass of laborers; (5) institutional development by way of establishing community-wide social organizations with overlapping political, economic, and sociocultural functions; and (6) the anti-Chinese movement in the American West, including Oregon. Read the entire essay by Douglas Lee here. (https://www.oregonencyclopedia.org/articles/chinese_americans_in_oregon/#the-sojourner-period-1860-1885)

---

# Documents


(/packets/documents/131)

(/packets/documents/131)

# Content Standards

- HS.62 Identify historical and current events, issues, and problems when national and/or global interests are/have been in conflict, and provide analysis from multiple perspectives.
- HS.63 Identify and analyze ethnic groups (including individuals who are American Indian/Alaska Native/Native Hawaiian or Americans of African, Asian, Pacific Island, Chicano, Latino, or Middle Eastern descent), religious groups, and other traditionally marginalized groups (women, people with disabilities, immigrants, refugees, and individuals who are lesbian, gay, bisexual, or transgender), their relevant historic and current contributions to Oregon the United States, and the world.
- HS.65 Identify and analyze the nature of systemic oppression on ethnic and religious groups, as well as other traditionally marginalized groups, in the pursuit of justice and equality in Oregon, the United States and the world.
- HS.66 Examine and analyze the multiple perspectives and contributions of ethnic and religious groups, as well as traditionally marginalized groups within a dominant society and how different values and views shape Oregon, the United States, and the world.
- HS.67 Evaluate historical sources for perspective, limitations, accuracy, and historical context.
- HS.68 Select and analyze historical information, including contradictory evidence, from a variety of primary and secondary sources to support or reject a claim.

# Additional Sources

**Oregon Encyclopedia Entries**

"Ah Hee Diggings (Chinese Walls)," by Jodi Varon (https://www.oregonencyclopedia.org/articles/ah_hee_diggings_chinese_walls_/#.ZB4cRRXMlbY)

"Seid Back," by Michael Schepps (https://www.oregonencyclopedia.org/articles/back-seid/#.ZCxbOuxKjow)

"Baker City Chinatown," by Gary Dielman (https://www.oregonencyclopedia.org/articles/baker_city_chinatown/#.ZCxbHOxKjow)

"Chinese Massacre at Deep Creek," by Greg Nokes (https://www.oregonencyclopedia.org/articles/chinese_massacre_at_deep_creek/#.ZB4bphXMlbY)

"Chinese mining in Oregon," by Jeff LaLande (https://www.oregonencyclopedia.org/articles/chinese_mining_in_oregon/#.ZB4avxXMlbY)

"Eldorado Ditch," by Jodi Caron
(https://www.oregonencyclopedia.org/articles/eldorado_ditch/#.ZCxgSexKjow)

"Expulsion of Chinese from Oregon City, 1886," by Anjuli Grantham
(https://www.oregonencyclopedia.org/articles/expulsion_of_chinese_from_oregon_city_1886/#.ZB4bIhXMIbY)

"Ing Hay ("Doc Hay")," by Jodi Varon
(https://www.oregonencyclopedia.org/articles/ing_doc_hay_1862_1952_/#.ZCxfCOxKjow)

"Huber's Cafe," by Michael Schepps
(https://www.oregonencyclopedia.org/articles/hubers/#.ZCxgmexKjow)

"Kwan Hsu," by Lisa Donnelly
(https://www.oregonencyclopedia.org/articles/hsu_kwan/#.ZCxg1uxKjow)

"Kam Wah Chung and Co.," by Jodi Varon
(https://www.oregonencyclopedia.org/articles/kam_wah_chung/#.ZCxa9-xKjow)

"Lan Su Chinese Garden," by Joan Kent Kvitka
(https://www.oregonencyclopedia.org/articles/classical_chinese_garden/#.ZB4cAhXMIbY)

"Hazel Ying Lee," by Heather Burmeister
(https://www.oregonencyclopedia.org/articles/lee_hazel_ying/#.ZCxfVuxKjow)

"The Myth of Chinese Tunnels in Pendleton," by Renae Campbell and Priscilla Wegars
(https://www.oregonencyclopedia.org/articles/pendletons-underground-and-chinese-tunnel-myth/#.ZB4baBXMIbY)

"Lung On," by Jodi Varon
(https://www.oregonencyclopedia.org/articles/lung_on_1863_1940_/#.ZCxfH-xKjow)

"Sparta Ditch," by Jodi Varon
(https://www.oregonencyclopedia.org/articles/sparta_ditch/#.ZCxbXexKjow)

"Two Dragon mining camp," by Jodi Varon
(https://www.oregonencyclopedia.org/articles/two_dragon_mining_camp/#.ZCxb1exKjow)

"Edward Wah," by Jodi Varon
(https://www.oregonencyclopedia.org/articles/wah_edward_1931_2008_/#.ZCxfsuxKjow)

"Mae Yih," by Kerry Tymchuk
(https://www.oregonencyclopedia.org/articles/yih_mae/#.ZCxgJuxKjow)

## Articles

The following *Oregon Historical Quarterly* articles are available to download for free here.
(https://www.ohs.org/oregon-historical-quarterly/free-ohq-articles.cfm)

Coe, Aaron. '"well and favorably known": Deciphering Chinese Merchant Status in the Immigration Office of Astoria, Oregon, 1900-1924.' Oregon Historical Quarterly 114, no.2 (Summer 2013): 142-173.

Fang, Jennifer. "Erasure and Reclamation: Centering Diasporic Chinese Populations in Oregon History." *Oregon Historical Quarterly* 122, no.4 (Winter, 2021): 324-341.

Fitzgerald, Kimberli and Kirsten Straus and Kylie Pine. "Searching for Salem's Early Chinese Community." *Oregon Historical Quarterly* 122, no. 4 (Winter, 2021): 456-485.

Lee, Myron Louie. "Portland's Louie Chung (1876-1926)." *Oregon Historical Quarterly* 122, no.4 (Winter, 2021): 486-511.

Nagae, Peggy. "Asian Women: Immigration and Citizenship in Oregon." *Oregon Historical Quarterly* 113, no.3 (Fall 2012): 334–359.

Reang, Putsata. "Bitter Harvest." (https://www.oregonhumanities.org/this-land/stories/bitter-harvest/) *Oregon Humanities This Land.* April 17, 2017.

Rose, Chelsea and Jacqueline Y. Cheung, and Eric Gleason. "'Bona Fide Merchants': Negotiating Life, Labor, and Transnational Mobility in the Time of Chinese Exclusion." *Oregon Historical Quarterly* 122, no.4 (Winter, 2021): 412-441.

**Online Exhibits and Resources**

Chinese Historical Society of America. Teacher Resources. (https://chsa.org/teacher-resources/)

Docs Teach: National Archives (https://www.docsteach.org/documents/documents?filter_searchterm=Chinese&searchType=all&filterEras=&filterDocTypes=&filter_order=&filter_order_Dir=&rt=saQATnFB246

Portland Chinatown Museum (https://www.portlandchinatownmuseum.org/)

**Related Lesson Plans**

Chinese American Exclusion/Inclusion. (https://chineseamerican.nyhistory.org/?_ga=2.173131488.2129343566.1682543741-762465901.1682543741) Classroom Materials for the Exhibition. New York Historical Society Museum & Library. 2014.

Chinese Exclusion Broadside Analysis. (https://www.docsteach.org/activities/teacher/chinese-exclusion-broadside-analysis) Documents Teach. National Archives.

The Chinese Village Exhibit at the 1899 Export Exposition. (https://www.docsteach.org/activities/teacher/the-chinese-village-exhibit-at-the-1899-export-exposition) Documents Teach. National Archives.

Contextualizing a Photograph: On Exhibit at the "Chinese Village." (https://www.docsteach.org/activities/teacher/contextualizing-a-photograph-on-exhibit-at-the-chinese-village) Documents Teach. National Archives.

The Impact of the Immigration Act of 1924. (https://www.docsteach.org/activities/teacher/the-impact-of-the-immigration-act-of-1924) Documents Teach National Archives.

**Oregon Public Broadcasting Oregon Experience Documentaries**

Kam Wah Chung (https://www.opb.org/television/programs/oregonexperience/article/kam-wah-chung/)

Massacre at Hells Canyon (https://www.opb.org/television/programs/oregon-experience/article/massacre-at-hells-canyon/)

# Cite

The OE Staff. Chinese Exclusion Act in Oregon. 2023. Retrieved from The Oregon Encyclopedia, https://www.oregonencyclopedia.org/packets/13. (Accessed March 30, 2025.)

# Teacher Guide

Print out this Teacher Guide here. (https://docs.google.com/document/d/1kAFRNrfmdCp4JLz4SKsrue1bwiNg50FasxLAsU60Ins/edit?usp=sharing)

Have students read the following sections from The OE's "Chinese Americans in Oregon" essay, by Douglas Lee. The Sojourner Period, 1860-1885 (https://www.oregonencyclopedia.org/articles/chinese_americans_in_oregon/#the-sojourner-period-1860-1885) and The Exclusion Period, 1885-1940 (https://www.oregonencyclopedia.org/articles/chinese_americans_in_oregon/#the-exclusion-period-1885-1940).

After reading about Chinese Exclusion in Oregon and examining the photos and documents included in this primary source packet (https://www.oregonencyclopedia.org/packets/documents/131), have your students answer the following questions.

1. Review document #1. Act to Prohibit the Intermarriage of Races, 1866 (https://www.oregonhistoryproject.org/articles/historical-records/act-to-prohibit-the-intermarriage-of-races-1866/), and document #2, From J.F. Caples to Portland City Council, 1879 (https://www.oregonhistoryproject.org/articles/historical-records/from-jf-caples-to-portland-city-council/). What was the purpose of these laws? How did anti-Chinese legislation enacted before the 1882 Chinese Exclusion Act affect Chinese workers in Oregon?

2. After viewing the photos and documents in this packet answer the following questions: What types of jobs were available to Chinese workers in the mid-nineteenth century before the U.S. government passed the 1882 Chinese Exclusion Act? Were Chinese laborers allowed to keep these jobs after the Exclusion Act passed?

3. Where did Chinese laborers in Oregon live in the mid-nineteenth and early twentieth centuries? How did the Chinese Exclusion policies affect where Chinese immigrants settled and lived in the state?

Case: 25-1158        Document: 00118266008        Page: 26        Date Filed: 03/30/2025        Entry ID: 6710171

4. View document #4. Portland Chinatown, 1886
   (https://www.oregonhistoryproject.org/articles/historical-records/portland-chinatown-
   1886/#.ZEMNJHbMlbY), document #5 News Article, The Chinese Murderers, 1888
   (https://www.oregonhistoryproject.org/articles/historical-records/news-article-the-
   chinese-murderers/#.ZELt_3bMlbY) and #7 Brick Making, Near Portland, Oregon
   (https://www.oregonhistoryproject.org/articles/historical-records/brick-making-near-
   portland-oregon/#.ZEML6XbMlbY). How were Chinese communities portrayed in
   local media during the late 1800s? Did Chinese who lived in Oregon have a voice in
   local newspapers and magazines of the time?

5. How did the Chinese Exclusion Act impact ongoing immigration policy throughout
   the first part of the twentieth century? What effect did this legislation have on the
   development of Chinese communities in Oregon?

6. What is the cultural impact Chinese and Chinese Americans have had on Oregon?
   What art and designs do you see on buildings? What festivals have you been to?
   What food have you eaten?

7. Do you see similarities across time in the way politicians talk about immigration and
   labor? What has stayed the same? Search through local news to see what issues and
   policies are most prominent. How do these discussions and policies affect your
   community?

---

The Oregon Encyclopedia Logo        (/)

Oregon Historical Society Logo

(http://ohs.org/)

FAQs (/about/frequently-asked-questions/)    Donate (/donate/)
Workshop Login (/accounts/login)        Contact Us (/about/contact-us/)

(https://www.facebook.com)    (https://www.instagram.com)

© 2025 Portland State University and the Oregon Historical Society
The Oregon Historical Society is a 501(c)(3) non-profit organization. Federal Tax ID 93-0391599

# Chinese Americans in Oregon

*By Douglas Lee*

The Pioneer Period, 1850-1860 The Cantonese-Chinese were the first Chinese in Oregon. They immigrated to America primarily from the Pearl River Delta region in southeast China in the century from 1850 to 1960. This region forms the central third of their home province of Gwongdung (Cantonese pronunciation; Guangdong is the standard Pinyin "Mandarin" Chinese spelling, formerly spelled in Wade-Giles Mandarin as Kwangtung.) This group decisively shaped the first century of Chinese experience in Oregon.

Small groups of Cantonese-Chinese miners, who arrived in Oregon Territory in 1850-1853, represented the first Chinese migration beyond northern California, the earliest and primary location of Cantonese-Chinese settlement in America (1850-1860). In the early 1850s, these miners and a handful of merchants settled in two different but widely separated parts of Oregon Territory.

They went first to southwest Oregon, with the largest number settling in Josephine and Jackson Counties; fewer went to Douglas and Grant Counties. These Chinese formed a geographical and chronological extension of Cantonese-Chinese mining activity in northern California's Shasta and Trinity Counties. The second location was in northeast Oregon, which became the gateway to the Inland Empire in the southeast corner of Washington Territory (1859-1889), with specific reference to Walla Walla and the Boise Basin in present-day Idaho (1863-1890).

From 1855 through 1865, the majority of Cantonese-Chinese settlers in Oregon were miners, with a minority of merchant types. Their numbers were unstable, rising and falling with the boom and bust of gold mining. The 1860 census officially lists thirteen Chinese in all of Oregon, with ten of them in Benton County. Given the unstable material conditions of the time and the general reports of locals, it is safe to surmise that this number represents a serious undercounting. It is more accurate to say that there was a likely range of from a few dozen to a few hundred Cantonese-Chinese in Oregon, especially in the early 1860s.

The Cantonese-Chinese presence is best characterized as that of a pioneer community, which embraced a small population of highly mobile miners and merchants who moved about in response to opportunities to mine for gold or to "mine the miners" (both Chinese and white). Conditions were not conducive for the formation of permanent ethnic Cantonese-Chinese communities in Oregon.

Continuous migrations of single young men, however, did not require permanently structured communities. There were no Chinese women as wives and mothers—just a few prostitutes and slave girls—and certainly no Chinese families. After the mid-1860s, Cantonese-Chinese settlement in Oregon underwent a major transformation, characterized by accelerated population growth, geoterritorial expansion, and the establishment of permanent ethnic Cantonese-Chinese communities.

/media-collections/21/

The Sojourner Period, 1860-1885 The heyday of nineteenth-century Cantonese-Chinese settlement in Oregon occurred from 1860 to 1885. Changing material conditions in Oregon and elsewhere in the American West opened up economic opportunities that attracted increasing numbers of Cantonese-Chinese from California and directly from Gwongdung. Major factors included (1) new and more diverse economic opportunities; (2) accelerated Chinese demographic growth; (3) urbanization, chiefly in the Portland area; (4) sociopolitical bifurcation—that is, communal leadership by a minority of merchant elites, with a demographically larger but sociopolitically subordinate mass of laborers; (5) institutional development by way of establishing community-wide social organizations with overlapping political, economic, and sociocultural functions; and (6) the anti-Chinese movement in the American West, including Oregon.

Between 1860 and 1870, new and diverse economic developments occurred in the West, specifically in Oregon. Precious metals increasingly lost their allure as a quick and easy way to get rich, and there was a shift away from mining activities. Some Chinese and non-Chinese miners followed gold and silver strikes elsewhere and moved to other locations in the American and

Canadian West to mine. Others abandoned their roles as prospectors and took jobs working for corporate mining enterprises. For example, Chinese were hired by white-owned hydraulic-mining companies to dig ditches, burrow tunnels, and construct bridges and trestles. Underground mining closely associated with corporate mining enterprises undoubtedly figured more prominently elsewhere, especially in California, Nevada, Colorado, and Wyoming.

In addition, increasing numbers of Chinese were more attracted to economic opportunities other than mining. This most often took the form of jobs in commercial agriculture, salmon canneries, railroad construction, domestic service, and service work (e.g., in hand laundries or as cooks in lumber camps and on ranches). This squares well with the general pattern of economic development engineered by white society in Oregon during the same period. Consequently, the shift in the kinds of enterprises that local Chinese merchants became identified with and the kinds of jobs Chinese laborers undertook mirrored the changing economy of Oregon in the later nineteenth century.

These changes motivated scores of Cantonese to seek alternative economic opportunities either as laborers or as small businessmen and entrepreneurs. A minority—those with a small amount of capital—opened cafes, laundries, general stores, and laborer brokerages to serve the needs of Chinese seeking jobs and both Chinese and non-Chinese employers seeking Chinese workers.

The railroads provided especially important benefits for the Chinese in the American West, giving them a source of income and directing Chinese migration throughout the region. The era of transcontinental railroad construction, from 1865 through the 1880s, also stimulated the building of regional spurs. In this way, Cantonese-Chinese not only worked their way across the land, but they also were introduced to new destinations.

In Oregon, Cantonese-Chinese migrated to and settled in eastern Oregon, on the Oregon Coast, and in the Willamette Valley. Commercial agriculture, lumbering, fisheries, and canneries provided jobs for many. Other employment opportunities in white American society included jobs in domestic service (e.g., as cooks, gardeners, houseboys, and nannies), light manufacturing, truck gardening, hand laundries, cafes and restaurants, and nurseries.

The number of Chinese in Oregon grew dramatically after the mid-1860s. By 1870, their numbers were distributed unevenly across southwest Oregon, especially in Josephine and Jackson Counties; the central Willamette Valley, in Lane, Benton, Linn, and Marion Counties and some in Polk and Yamhill Counties; the northern Willamette Valley, in Multnomah, Clackamas, and Washington Counties; in northwest Oregon, in Clatsop and Columbia Counties; and on the Columbia Plateau, in Wasco, Umatilla, and Union Counties, with some Chinese also in parts of Baker, Wallowa, Morrow, and Grant Counties. The number of Chinese in Oregon rose steadily from 3,330 in 1870, to 9,510 in 1880, to 9,540 in 1890, cresting at 10,397 in 1900. Few Chinese lived in the northern and central Cascades, in the southeast corner of the state as part of the Great Basin, and on the coast from Tillamook south to Coos Bay.

The most notable change in the resident Cantonese-Chinese population in Oregon during 1870-1885 occurred in Portland, where 22 Chinese lived in 1860, 200 in 1865, 500 in 1869, and 720 in 1870. By 1880, there were about 2,480 in the city. This accelerated population growth and high-density concentration were the result of the confluence of timely developments. Strategically located between the Columbia and Willamette Rivers, Portland served as a transportation and communications hub and a financial center not only for Oregon but also for much of the Pacific Northwest before Seattle eclipsed it after 1885. Not only the dominant white society, but also the Cantonese-Chinese minority benefitted from Portland's attractions and advantages. With the largest Chinese community between San Francisco and Vancouver, B.C., the city not only housed an increasingly large and stable ethnic Cantonese-Chinese community, but it also served as a key routing center for the migration of Cantonese workers across the Pacific Northwest.

/media-collections/22/

From 1860 to 1885, thousands of Cantonese-Chinese immigrants effectively transitioned from transient migratory pioneers, constantly on the move and anticipating a quick return home to China, to longtime resident sojourners. There remained the expectation of return home; but as years

stretched into decades, increasing numbers of Cantonese pioneers settled into structured and permanent ethnic communities, such as the one in Portland.

As resident Chinese communities became larger and more permanent, social tensions emerged. This contributed to a bifurcation of Cantonese sojourner society into two social classes. At the top was a numerically smaller but socially prominent, economically prosperous, and politically well-leveraged class of businessmen, merchants, and entrepreneurs. They provided jobs and loans and dominated social life through community organizations, which they led. They also directed the flow of social services and philanthropic activities. The only other social class consisted of laborers, who were generally poor, socially disadvantaged, and politically weak. They formed the majority of Cantonese-Chinese ethnic communities.

Both classes engaged in and were alternately helped and harmed by communal conflicts. These conflicts could be social and cultural in nature—for example, based on subethnic factors or speech-community divisions, including Say-Yup Cantonese (four districts, southwest of Canton) versus Sam-Yup Cantonese (three districts, immediately adjacent to Canton), or the Hakka (settlers in Gwongdung after 1000 CE) versus the Bundae ("Natives," or settlers in Gwongdung before 1000 CE).

Conflicts also could be political, including turf wars between rival clan (or family) associations, district (or native place) associations, and secret societies (or Tongs). After 1890, political conflict also involved nascent political parties and advocacy groups. Portland's Chinese community, for example, had local chapters of the Pao Huang Hui (Protect Emperor Society, commonly known as the Chinese Empire Reform Association) and the T'ung Men-hui (Revolutionary United League). In addition, local Chinese Christians and the local Chinese Chamber of Commerce were active advocacy groups.

In the more than half-century between 1855 and 1940, Cantonese-Chinese Portland was organized much like Cantonese San Francisco and other major Chinese communities in North America. Merchants helped establish social organizations that came to exercise political control over the community's civic and social life. They did so by monopolizing the leadership of key organizations, including (1) lineage, clan, or family associations, organized on the basis of commonly shared surnames; (2) the wooi-kun, commonly known as district associations or "native place" organizations, where membership revolved around identification with a Chinese district or group of districts (much like counties); (3) guilds and other professional groups; (4) secret societies in the form of large fraternal lodges or smaller "fighting tongs"; and (5) Chinese Christians and community independents.

These organizations provided a complex web of affiliation, which embraced both benefits and liabilities. Individually and collectively, they provided social service benefits, including loans, medical and legal help, a place to stay, job referrals, and protection. They also stimulated and expanded intracommunal rivalries and conflicts between community organizations. Consequently, community life was both complex and problematic. The rise of fighting tongs and their monopoly of the vice trades—prostitution, opium, gambling, and smuggling—contributed to violent conflicts.

Portland's Chinese community not only had its own local tensions, but its members also became embroiled in conflicts that spilled over from San Francisco and elsewhere. In this way, the city provided a safe haven from anti-Chinese harassment and violence, but it also harbored its own challenges to the personal security and material wellbeing of its residents.

From 1870 to 1885, a rapid acceleration and expansion of the anti-Chinese movement took place in Oregon, paralleling similar developments elsewhere in the American West. A decade earlier, a nascent anti-Chinese movement in the state had produced isolated instances of ridicule and harassment, and local anti-Chinese ordinances had been designed to put the Chinese in their place, as outsiders. In the 1870s, the movement gained strength as state labor and political leaders called for both the expulsion of Chinese residents and the exclusion of future Chinese from Oregon.

As late as the mid-1880s, expulsion efforts included the burning of two large buildings in Portland's Chinatown and the raid by eighty masked men on Chinese woodcutters' camps near Albina, with the Chinese there being shipped to Portland. The anti-Chinese club in Portland sponsored rallies with speeches, fundraising, brass bands, and dancing. In 1885, about five hundred Chinese were

ejected from Tacoma, Washington, and many were sent by rail to Portland, creating further tensions in the city.

The most notorious incident occurred in 1887, when a small group of white men massacred thirty-four Chinese miners in Hells Canyon in Wallowa County. The injury and ejection of Chinese in Oregon and throughout the West helped usher in Chinese exclusion.

/media-collections/23/

The Exclusion Period, 1885-1940 In 1878, the Page Act banned the immigration of Chinese women of "immoral character"—that is, those considered to be prostitutes. The law, both substantively and procedurally, set the pattern for discriminatory federal policies and laws designed to ban Chinese immigration to the United States. As the first federal law to target Chinese, the Page Act established a presumption of liability that required a person so accused to overcome the presumption with evidentiary proof. Thus, women were presumed to be "immoral" and, therefore, deportable until they could prove otherwise.

In 1882, Congress passed the first federal Chinese Exclusion Act, which specifically banned the entry of Chinese laborers to the United States for ten years. As a practical matter, the law banned the entry of nearly all Chinese, even though Chinese merchants, diplomats, professionals, and students were exempt. Under the law, there existed the presumption that every Chinese immigrant seeking entry into the United States was a member of the banned class of laborers, until he could prove otherwise. In 1892, the Geary Act renewed Chinese exclusion for an additional ten years and required every Chinese to carry photo identification. In 1902, the Chinese Exclusion Law was renewed and made permanent; it was not repealed until 1943.

In Oregon, the period 1882-1943 is known as the Exclusion Era. During this period, as a practical matter Chinese could not legally enter the United States, and Chinese women were excludable as wives of banned Chinese laborers. Oregon also banned interracial marriage. Cantonese-Chinese men in America had several options: (1) remain celibate; (2) engage prostitutes; or (3) seek out common-law marriages or consensual arrangements with Black, Native American, Hispanic, or white women. During this time, Chinese were ineligible for naturalization on the basis of a 1789 law that limited naturalization to white immigrants. Additionally, Chinese were discriminated against in housing; banned from attending public schools, entering professions, and serving on juries; and not allowed to vote or hold office.

Without the possibility of new generations of Chinese, either by immigration or by birth, the Cantonese population in Oregon and elsewhere in the United States began to decline. As a result of forced ejection, violence, and federally mandated exclusion, Oregon's Cantonese population declined from about 10,390 in 1900 to 7,363 in 1910, 3,090 in 1920, 2,075 in 1930, and 2,086 in 1940. The number bottomed out at 2,102 in 1950.

Daily life for Cantonese-Chinese in Oregon was challenging. Most Cantonese lived in Portland, which like Cantonese communities in San Francisco, Vancouver, Oakland, Seattle, Chicago, and New York City had become isolated and insulated. The Chinese in Portland were never walled off and isolated in a ghetto, and they continued to interact with both mainstream white society and other ethnic groups (e.g., African Americans) in Portland and elsewhere. They lived in their own communities, but many also left to work elsewhere. Whites and other non-Chinese often crossed ethnic and racial neighborhood boundaries to conduct business or as visitors and tourists.

During this time, three identifiable Cantonese-Chinese ethnic communities developed in downtown Portland, on the west bank of the Willamette River. The initial Chinese community was bounded by Front and Second Streets and Market and Jefferson Streets. It later expanded to include several square blocks bordered by Front and Third Streets and stretching from Clay to the south and to Ash to the north. A second community, consisting of Cantonese farmers working their vegetable gardens, grew up in the heights overlooking the first area of settlement. This atypical rural community, set within Portland's increasingly crowded downtown, thrived from 1879 until 1910. It lay west of Fourteenth Street and north of Market. By 1900-1901, the first Cantonese community had expanded north and extended to the other side of Burnside Street. This extension included portions of Second, Third, and Fourth Streets to the north, which became the nucleus for Portland's

third Chinatown, which still exists. (In the twenty-first century, a fourth Cantonese Chinese community, which includes ethnic Chinese from Southeast Asia, developed on the east side of the river along the corridor of 82nd Avenue.)

Chinese were not allowed to live in areas beyond their own community, except possibly as live-in domestics. A few men with wives and children formed a small nucleus of Cantonese-Chinese families. Despite the rigors of exclusion, there were a few dozen to a few hundred American-born Cantonese youth in Portland by the 1940s. Because the Chinese in Oregon were racially segregated from whites, children were banned from attending public schools. Chinese also encountered prejudicial discrimination in housing, jobs, commercial opportunities, education, and medical and social services. Over time, the Cantonese-Chinese community in Oregon became almost invisible on both the rural and urban landscape.

The Cultural Assimilation Period, 1940-1960 If exclusion and the Great Depression made daily life difficult for the Chinese in Oregon, World War II and the end of exclusion reversed things. The older sojourner generation declined, as many retired, returned to China, or died. Oregon's increasing numbers of Chinese were either American-born Chinese (ABC), whose numbers increased dramatically between 1940 and 1970, or emigrants to Oregon from California and elsewhere. These Cantonese-Chinese, as Chinese Americans, were culturally assimilated, having either been born, raised, and educated in America or immigrated (legally and illegally) in their youth. Their experiences and identifications led them to successfully compete in both classrooms and the job market.

Among the foreign-born Cantonese, a significant number had served in the U.S. armed forces during World War II, and as veterans they were allowed to send for or otherwise obtain Cantonese-Chinese wives. Scores of Chinese in Oregon began to relocate beyond Portland's Chinatown, living and working in mainstream white society. In Portland and other urban communities, these Chinese were viewed in a positive way. They worked hard and were friendly, law-abiding citizens who paid their taxes and did not get involved in anti-social behavior (e.g., their children were well behaved and excellent students). They also spoke English well and had nice homes and cars. In this way, the Chinese in Oregon transitioned from being viewed as undesirable foreigners to admired fellow Americans.

After World War II, the Cantonese-Chinese, along with American-born Japanese and Korean Americans, became known as "model minorities." Members of all three groups experienced a rapid and smooth cultural assimilation in classrooms, at home, and on the job. Scores went to college, and many became physicians, lawyers, architects, engineers, educators, social workers, scientists, and other professionals.

The subtext of this effort, however, was motivated by the same racism that Asian immigrants and Asian Americans have always endured. The pressure to be an "ideal American citizen"--a notion vaguely and arbitrarily defined by whites--carried with it threats of economic and cultural discrimination, exclusion from legal protections, and violence. Under those circumstances, assimilation can be traumatic, and cultural groups have worked to maintain cultural identies in recognition of the effects of race-based discrimination and loss.

In 1943, by executive order, President Franklin D. Roosevelt repealed the Chinese Exclusion Law. A few years later, in 1952, Congress passed the McCarran-Walter Act, which provided that only 105 Chinese could immigrate to the United States each year. The law, together with the rapid increase in the number of American-born Cantonese-Chinese, significantly changed the demographics of Chinese in Oregon. From 1945 into the 1960s, most Chinese in Oregon, and elsewhere in America, were born, raised, and educated in the United States. For the first time, foreign-born Chinese formed a small minority of Chinese in Oregon. The vast majority lived in urban and suburban communities.

Portland's Chinatown, as Oregon's oldest and largest ethnic Cantonese-Chinese community, experienced dramatic change. Geographically and demographically, its boundaries, businesses, and residents declined, as increasing numbers of Chinese worked and lived outside Chinatown. Chinatowns in Washington, D.C., Oakland, Seattle, Boston, Chicago, and Honolulu experienced similar changes. The era of the "model minority" brought an accelerated cultural assimilation of

American-born Chinese Americans and an accelerated decline of those born in China. This process was abruptly reversed after 1965.

/media-collections/24/

Chinese American Renaissance in Oregon, 1960-2000 With the passage of the 1965 Immigration Act, more commonly known among Asian Americans as the Pan Asian Immigration Law, greater numbers of Chinese emigrated to the United States from more diverse parts of the Chinese-speaking world. By 1968, the Chinese had begun to fully subscribe their allotted quota of 20,000 immigrants per year. That number, however, did not include individuals seeking reunification with their families. When they are included, the quota was actually about 100,000 per year.

After 1968, most of the 100,000 Chinese who entered the United States each year settled in California, New York, and elsewhere. Consequently, between 1968 and 1980, there were about a million new Chinese immigrants in the country. Few settled directly in Oregon, but instead initially settled in California or elsewhere and then some relocated to Oregon. Once a nucleus of these new immigrants settled in Oregon, they sent for members of their extended families. Thus, by the early 1980s, a greater number of Chinese from more diverse places had begun to settle in Oregon, especially in Portland and its suburbs.

After 1980, many Chinese immigrants were not Cantonese, but were Chinese from Taiwan, Burma, Singapore and Malaysia, and Indochina (Vietnamese Chinese, Cambodian Chinese). After the later 1980s, there appeared a growing number of Chinese immigrants from Mainland China. In this way, Min speakers from Fujian, Wu speakers from Shanghai and elsewhere in the lower Yangtze, and Mandarin speakers from northern and southwest China settled in growing numbers in America. These groups are well represented among the Chinese in Oregon since 1990.

Since 1990-2010, many Chinese have emigrated from Latin America and the Caribbean, where they speak Spanish and a variety of Chinese dialects, including Hakka, Hokchiu, Hokkien, and Teochiu (Chaozhou) as well as Cantonese and Mandarin. Consequently, the several thousand Chinese who live in Oregon are diverse ethnically (e.g., Cantonese, Min, Wu, Teochiu, Mandarin, and ABC English speakers), socially (e.g., families, singles, young couples, and seniors), and economically (e.g., lower middle class to upper middle class, professionals, affluent entrepreneurs, and business leaders). Culturally speaking, there are non-English speakers and limited-speakers, and there are highly educated, culturally assimilated, and articulate bilingual speakers.

Geographically, most of Oregon's Chinese live in the Willamette Valley, especially in urban areas such as Portland, Salem, Albany, Corvallis, Eugene, and Medford. Fewer live in central and eastern Oregon and in urban locations on the north coast (Lincoln City and Astoria). As in the past, few Chinese live in the southeast corner of the state, in the Cascades, or along most of the southern coast. The Chinese American community remains historically a socially bifurcated society, divided between the foreign-born and the American-born.

After the 1990s, most Chinese who settled in Oregon could be divided into three groups, based on place of origin, socio-economic standing, and degree of cultural assimilation. First, there are the foreign-born, less affluent, nonlimited English-speakers, who came chiefly from Mainland China, Southeast Asia (chiefly Indo-China), and parts of Latin America and the Caribbean. These immigrants, who came with their families, gravitated to the service sector, working in businesses and markets owned and operated by ethnic Chinese. They tended to congregate in urban areas such as Portland and Salem.

The second group consists of foreign-born Chinese who are better educated, more affluent, and more culturally assimilated and who are typically single, married with no children, or married with small children. These Chinese are chiefly from Hong Kong, Taiwan, or major urban areas of China (Shanghai, Beijing, Chongqing), as well as other major urban locations in Singapore, Malaysia, Australia, Latin America, and the Caribbean. They also tended to settle in urban areas and surrounding communities.

The third group of Chinese to relocate in Oregon after 1990 were the American-born or those Chinese Americans who have lived in the United States for a long time. These Chinese relocated to

Oregon because of jobs, schooling, and business. They came primarily from California, Hawaii, the Midwest, and the East Coast, with some from western Canada (Vancouver, B.C.).

By the first decades of the twenty-first century, Oregon's Chinese had become much more diverse in their ethnolinguistic, socioeconomic characteristics and in their settlement patterns. They form one of the largest Asian American subgroups in Oregon. Asian Americans in turn form the second largest and fastest growing minority groups in Oregon, after the Hispanic/Latino population.

/media-collections/25/

## Sources

*Annals of the Chinese Historical Society of the Pacific Northwest.* Seattle: Chinese Historical Society of the Pacific Northwest, Western Washington University, 1984.

*Dreams of the West, A History of the Chinese in Oregon, 1850-1950.* Chinese Consolidated Benevolent Association, in association with the History Department of Portland State University. Portland, Ore.: Ooligan Press, 2007.

Chia-chi Ho, Nelson. *Portland's Chinatown: The History of an Urban Ethnic District.*   Portland, Ore.: City Bureau of Planning, 1978.

Wong, Marie Rose. *Sweet Cakes, Long Journey: The Chinatowns of Portland, Oregon.* Seattle: University of Washington Press, 2004.

The Oregon Encyclopedia

https://www.oregonencyclopedia.org/articles/chinese_americans_in_oregon/