# THE TACOMA METHOD

HOME (/#HOME-SECTION)   EXPULSION (/EXPULSION)

THE 27 (/THE27)

LITTLE CANTON (/CHINESE-COMMUNITY)

AFTERMATH (/AFTERMATH)

MAPPING ANTI-CHINESE VIOLENCE (/MAPPING-ANTICHINESE-VIOLENCE)

RESOURCES (/RESOURCES)   ABOUT (/ABOUT)

*Notice: Elon Musk, Donald Trump Executive Order RE: Birthright = the Tacoma Method:*

# EXPULSION

On November 3, 1885 at 9:30AM, 500 white citizens of Tacoma gathered and marched through Tacoma's Chinatown.[1] They stopped at every Chinese residence and business and instructed the occupants to get on wagons or march down to a train headed to Portland, Oregon that day. The mob also visited homes and businesses of white citizens to intimidate the supporters of the Chinese community.[2] Several days later, what remained of the once prominent Chinese community was burned to the ground.[3] The mob was methodical in its approach to removing the Chinese populace from Tacoma.[4] This incident became known as the 1885 Chinese Expulsion of Tacoma and it resulted from the culmination of national and regional anti-Chinese sentiment, a culture within the city of Tacoma that propagated anti-Chinese movements, as well as several tragic anti-Chinese events near Tacoma.[5] As a subsequent national and international outcry was raised, several members of the mob were put on trial, but were never convicted.[6] The Chinese community of the American West faced considerable persecution in the late-nineteenth century, and this event in Tacoma was heralded as a way to take action against Chinese communities and became known as the "Tacoma Method."[7]

The background on the expulsion relates to the Chinese population in the western United States which was well established as early as the 1850s as a result of the Gold Rush that began in 1848.[8] Many young Chinese men took on the treacherous journey to the U.S. for the opportunity to make money in the mining industry with the intent of eventually returning to China.[9] The Chinese community was largely centered in urban centers where mutual-aid societies like the Six Companies emerged to support the new immigrants.[10] Many newspapers across the west reported on the establishment of the Six Companies and described

their role in Chinese-American communities.[11] Chinese people within urban areas usually represented working-class laborers in laundries, groceries, and domestic fields. Within their communities were also many successful business owners and community representatives. Chinese immigrants outside of the cities usually worked in physically demanding work in mines and other related industries. Chinese workers became an essential part of the labor force that built the transcontinental railroad and other large rail projects. The completion of the Northern Pacific Railway in 1873 brought many Chinese laborers to Tacoma.[12]

By the 1880s there were around 1,000 Chinese people living in Pierce County area and around 700 within the city of Tacoma. These people lived on the waterfront on land leased by the railroad companies. The community was involved in the fishing and mining industry, as well as working in laundries, groceries, restaurants and in domestic work. There were several prominent Chinese businessmen within the city. On the day of the event, a prominent Chinese businessman named Lum May, reported that the mob "broke forcibly into the houses, smashing in doors and breaking in windows."[13] A few Chinese businesses owners were given an extra 48 hours to pack up their businesses, but most were caught up with the mob and forced to the train station.[14] Those who remained after the November 1 deadline thought that their businesses would be protected. Instead, they were marched down to the train station, forced to purchase their train tickets, or walk 140 miles along the rail grade towards Portland.[15]

The response on behalf of the white populace of Tacoma was motivated by the culture within Tacoma and the greater Pacific Northwest. During this time (1850s-1880s), there was a nativist sentiment directed to Chinese laborers by white workers and other immigrant groups. Labor organizations and nativist leaders like Denis Kearney popularized slogans like "The Chinese Must Go!" in California. The slogan later appeared in advertisements in *The Tacoma Daily Ledger*.[16] By the 1880s, anti-Chinese sentiment became ingrained into national policy. With the passing of the 1882 Chinese Exclusion Act and the 1892 Geary Act, Chinese immigration to the United States was outlawed. In the Pacific Northwest, several incidents of violence were part of the catalyst that resulted in the Chinese expulsion in Tacoma. The Rock Springs Massacre in the Wyoming Territory, which resulted in the expulsion of hundreds of coal miners and the death of 28 Chinese workers, and other incidents in Squak Valley, Coal Creek, and Black Diamond in the Washington Territory resulted in the death and displacement of many Chinese workers.[17][18] These incidents, in tandem with national legislation, were reflected and magnified in the Tacoma community which created a culture that propagated anti-Chinese sentiment.

Prominent city leaders, including Mayor Jacob Weisbach, met to discuss ways in which the Chinese population could be expelled from the city.[19] On February 21, 1885, a meeting of 900 of Tacoma's 6,936 total citizens met to propose ways to expel the Chinese population.[20] Many other groups formed in the city to express their desire to expel the Chinese community including a chapter of the Knights of Labor.[21] On September 28, 1885, an "Anti-Chinese

Congress" led by Mayor Weisbach met in Seattle. The congress intended to "strike while the iron is hot" [22] and issued a decree that set an expulsion date for November 1, 1885.[23] An "ouster committee" was formed to apprise the Chinese community of the expulsion.[24] This committee would later be renamed the Committee of Fifteen, and were considered the main force behind the expulsion.

Twenty seven people would be indicted over the incident, including many prominent Tacoma citizens. None of the men brought for criminal charges were ever convicted or punished. Many would go on to be very influential in Tacoma politics for many years after the event.[25]

The 1885 Chinese Expulsion of Tacoma raised national and international ire as the United States struggled to come to terms with its relationship to China and the acts of violence that were occurring in the western territories. This event would serve as an integral part of Tacoma's history and its relationship with the Chinese community.

## FOOTNOTES

[1] Jean Pfaelzer, *Driven Out: The Forgotten War Against Chinese Americans,* (New York: Random House, 2007), 219.

[2] Murray Morgan, *Puget's Sound: A Narrative of Early Tacoma and the Southern Sound*, (Seattle: University of Washington Press, 1979) 239.

[3] Pfaelzer, *Driven Out,* 222-223.

[4] Ibid, 219.

[5] Ibid, 221-222.

[6] Ibid, 224-228.

[7] Ibid, 219.

[8] Lorraine Hildebrand, *Straw Hats, Sandals, and Steel: The Chinese in Washington State*, (Tacoma: Washington State American Revolution Bicentennial Commission, 1977), 7-8.

[9] Ibid.

[10] Ibid.

[11]"F.A. Bee Interviewed," *Salt Lake Tribune*, October 1, 1885.

[12] Hildebrand, *Straw Hats,* 21.

[13] Affidavit of Lum May, May 2, 1886, *Miscellaneous Letters of the Department of State,* 1789-1906, NARA, M-179, Roll 707.


[14] Ibid.

[15] Morgan, *Puget's Sound,* 242.

[16] "Chinese Must Go," *Tacoma Daily Ledger*, October 7, 1885.

[17] Judy Yung, Gordon H. Chang, and H. Mark Lai, *Chinese American Voices: From the Gold Rush to the Present* (Berkeley: University of California Press, 2012), 48-54.

[18] Pfaelzer, *Driven Out,* 215.

[19] "Puyallup to the Front," *The Tacoma Daily Ledger*, October 22, 1885.

[20] Morgan, *Puget's Sound,* 222.

[21] Chin, *Golden Tassels,* 66.

[22] *The Tacoma Daily Ledger*, September 24, 1885.

[23] Wilcox, "Anti-Chinese Riots in Washington," 206.

[24] Ibid.

[25] Herbert Hunt, *Tacoma, Its History and its Builders: A Half Century of Activity* (Chicago, S.J. Clarke Publishing Company, 1916), 383.

# Mobs forcibly expel most of Seattle's Chinese residents beginning on February 7, 1886.

By Phil Dougherty
Posted 11/17/2013
HistoryLink.org Essay 2745

On February 7, 1886, violence breaks out in Seattle as a mob starts to forcibly expel most of the city's Chinese population. The next day one man dies and four are injured when they attack Home Guards protecting Chinese residents. Martial law is declared and will last for two weeks. President Grover Cleveland (1837-1908) will order United States troops to Seattle, where they will remain until summer. Though most of Seattle will rebound quickly from the crisis, it will take the city's Chinese community 20 years to recover.

## Changing Sentiments

Seattle's earliest Chinese residents are believed to have arrived in the early 1860s, but they didn't begin moving to the new city in significant numbers until the mid-1870s. At first, they were welcomed. The Chinese built railroads, graded streets, worked in logging camps and coal mines, and some worked as servants.

By 1885, there were an estimated 950 Chinese in Seattle -- roughly 10 percent of the city's population. But sentiment turned against the Chinese as America struggled with hard economic times in the 1870s and again in the mid-1880s. Caucasian workers, including many immigrants, came to view the Chinese as threats to the few available jobs. The Chinese were said to be "willing" to work for lower wages, though in fact they had no choice in the matter.

The passage of the national Chinese Exclusion Act in 1882 suspended for 10 years nearly all Chinese immigration into the country. By the mid-1880s, there was widespread anti-Chinese sentiment directed toward those still here, especially in the West. It was echoed in Seattle, where even the city's "better elements," led by Judge Thomas Burke (1849-1925) and Mayor Henry Yesler (1810-1892), agreed that the Chinese had to go. They advocated that the expulsion of the Chinese be accomplished by orderly and legal means, but not everyone agreed.

## A Rising Tide

3/30/25, 6:05 AM                    Mobs forcibly expel most of Seattle's Chinese residents beginning on February 7, 1886. - HistoryLink.org

Case: 25-1158       Document: 00118266011       Page: 6       Date Filed: 03/30/2025       Entry ID: 6710172

In September 1885, anti-Chinese violence broke out in Rock Springs, Wyoming, where a gang of white coal miners rampaged through the Chinese section of town, killing 28. The outbreak reached King County a few days later when a group of white and Native American hop pickers fired into the tents of Chinese hop pickers in Squak (renamed Issaquah in 1899), killing three. Later that month, Chinese miners in Black Diamond (located in southern King County) were run out of town.

These incidents, far from arousing sympathy for the Chinese, instead stoked the conflagration building against them. On November 3, a mob drove out nearly all of Tacoma's 350 Chinese residents; to the north in Seattle, the threat of violence was so real that federal troops were stationed in the city for 10 days in November to keep the peace. Passions then seemed to cool, and by the beginning of 1886 some hoped that the crisis might have passed. As February 1886 got underway, more than half of the Chinese who had been in Seattle a year earlier had left on their own, which left between 350 and 400 in the city. Many of those who remained behind had lost their jobs and could not find other employment.

**A Committee of Fifteen**

This wasn't enough for those intent on a more forceful resolution. On the stormy night of Saturday, February 6, an anti-Chinese meeting was held at the Bijou Theater in the "lava beds," Pioneer Square's red-light district located between Yesler Way and Jackson Street near 2nd and 3rd avenues. The Chinese were accused of violating Seattle's cubic-air ordinance, which required all lodgings to have at least 512 cubic feet of air space for each person sleeping there. Most of the city's Chinese residents lived in crowded conditions and were not in compliance with the ordinance. This gave people who wanted them out the excuse they were looking for, and a "committee of fifteen" was appointed to inspect Chinatown the next day.

As day broke on Sunday, February 7, several groups of five or six men -- accompanied by members of the Seattle police force -- spread out through Chinatown, which was located in the vicinity of the red-light district. They approached each home and asked its terrified occupants various questions about the city's cubic-air and nuisance regulations, knowing that the Chinese would be unable to give a satisfactory reply. Others entered the home, hauled out its contents, and put them in wagons. The residents and their belongings were then taken to the Ocean Dock at the foot of Main Street, where the steamer *Queen of the Pacific (Queen)* was docked.

At first, the affair went smoothly and quietly -- so quietly that for several hours many in the city didn't know what was happening. Then word began to spread and a delighted crowd began to gather in Chinatown, either to watch or help. By 10:30 a.m. fire bells and church bells were ringing, a signal for the (Seattle) Home Guards and Seattle Rifles to assemble. At the same time, Sheriff John McGraw (1850-1910) assembled a posse of deputies and confronted the mob. But the posse, badly outnumbered by the mob and ignored by the police, could do little. Governor Watson Squire (1836-1926) happened to be in Seattle and late that morning issued a proclamation ordering the mob to desist and disperse. It was answered with widespread derision.

**Mob Rule**

By 1 p.m., more than 300 Chinese and most of their possessions had been herded together at Ocean Dock. The plan was to put them on the *Queen,* which was bound for San Francisco. Here a snag came up. Jack Alexander, the *Queen's* captain, refused to allow them onboard until their fares had been paid. Few of them had the funds to pay, but this wasn't a problem. Men spread through the crowd and solicited donations. Many in the crowd gave liberally, and eventually there were nearly 100 Chinese onboard the *Queen*.

The law was not sitting idly by while this was happening. Shortly before the steamer was to sail Captain Alexander was served with a writ of *habeas corpus*, charging that the Chinese were illegally restrained onboard his ship. He was ordered to appear in court the next morning and bring the Chinese with him. The *Queen* and its Chinese passengers settled in for the night, while the rest of the Chinese on the dock were housed in a nearby warehouse.

The police patrolled Seattle that night, but "up to midnight the city was virtually in the possession of the mob" ("The Chinese"). A plot to put a number of Chinese confined in the warehouse on a train bound for Tacoma during the wee hours of Monday, February 8, failed when authorities learned of the scheme and had the train leave early. As Monday morning approached, an uneasy quiet fell over the city.

**A Supposed Happy Ending**

At 7:15 a.m. Sheriff McGraw, the Home Guard, and two militia companies escorted the Chinese to the courthouse, which was then located on the east side of 3rd Avenue between Yesler Way and Jefferson Street, a block south of where it is today (2013). Roger Greene (1840-1930), Chief Justice of the Supreme Court of Washington Territory, asked each of the Chinese present to confirm whether they wanted to leave Seattle. Most said they did want to leave. They were escorted to the dock and began boarding the *Queen.*

More funds were raised to cover the fares of more Chinese who said they wanted to leave. After 196 had boarded the *Queen*, Alexander announced that the ship was full. The steamer departed, leaving at least 100 Chinese who'd paid their fares on the dock. Those holding them decided to put them on the steamer *George W. Elder (Elder),* which was due in Seattle in a few days.

It was approaching noon by this time. "The people on the wharf shook hands and congratulated each other over what they supposed was a happy ending," reported the *Seattle Daily Post-Intelligencer* the next morning. They agreed to take the Chinese back to their homes in Chinatown to wait for the *Elder's* arrival, even though many of the homes had been demolished. The Home Guards began escorting the Chinese east on Main. They made it as far as 1st Avenue S, where they were met by a screaming mob of about 2,000 people. The mob demanded to know where the Chinese were being taken. The guard ordered the mob to step aside and let them pass. The mob refused. A few of the guardsmen tried to arrest some of the most aggressive men in the mob.

**Violence Erupts**

At that, the mob attacked the guards. Fists flew, and some of the guardsmen clubbed their attackers with the butts of their guns. In response, some in the mob grabbed the guardsmen's guns and tried to yank them out

Case: 25-1158    Document: 00118266011    Page: 8    Date Filed: 03/30/2025    Entry ID: 6710172

of their hands, while simultaneously daring the guards to fire. Several guardsmen fired on these men and into the mob. Five people were injured; one man, Charles Stewart, died the next morning. Upon hearing the shots, the Chinese threw their packs on the ground and lay face down on the street.

The mob fell back, leaving the wounded lying in the muddy street. Stewart, still conscious though badly wounded, cursed the guards and screamed for the mob to attack them. However, upon hearing the shots, the Seattle Rifles raced up Main Street from the dock and formed into a line to support the guards. They were soon joined by another military unit, Company D, which had been stationed at the courthouse nearby.

The wounded were taken away, but a crowd of several thousand soon massed around the officers. The three units faced the crowd, aimed their weapons, and formed a hollow square protecting the Chinese men, who remained lying in the street. For at least a half-hour, maybe 45 minutes, a tense standoff ensued, with thousands screaming at the badly outnumbered officers. But cooler heads prevailed. Several men, including John Keane, "the well-known Chinese agitator," addressed the crowd directly, saying that "enough damage had already been done and it would be folly to cause further bloodshed" ("The Chinese"). The crowd slowly dispersed, and the Chinese returned to Chinatown.

### Martial Law and Federal Troops

Shortly after, Governor Squire proclaimed martial law. Saloons were closed and a dusk-to-dawn curfew was put in place in downtown Seattle. Both military and local police were stationed on the corners of every block in the business district at dark to enforce the curfew. (Many managed to get passes the first night, which irked the authorities; the following day, more stringent pass requirements were enacted.) During the day, the military patrolled streets of Seattle. As the week wore on, the city began to slowly calm down.

On Tuesday, February 9, President Grover Cleveland ordered U.S. troops to Seattle. A contingent of 300 troops, made up of eight companies of the 14th Infantry stationed in Vancouver (Clark County), arrived at the City Dock during the afternoon of February 10. A large crowd was on hand to greet them. Not knowing whether the crowd would try to stop the troops, the Seattle Rifles charged the dock, bayonets drawn, to clear the crowd and allow the troops to disembark.

By Friday, February 12, the *Seattle P-I* could proclaim in a headline "Good Order Once More." On February 14, the *Elder* took away another 110 Chinese, leaving somewhere between 50 and 80 in the city. Some of these gradually left, and eventually only a few dozen Chinese, at most, remained in Seattle.

### A Slow and Painful Recovery

Martial law ended in Seattle on February 22, but federal troops remained in the city until the summer. By the end of the year Seattle was eager to forget what had happened, and an economic boom in the late 1880s let its Caucasian community do just that. As Seattle historian Clarence Bagley sunnily wrote nearly 30 years later, "[by] early in 1887 our dark days and troublous times had disappeared as if by magic" ("*History of Seattle ...*").

Case: 25-1158    Document: 00118266011    Page: 9    Date Filed: 03/30/2025    Entry ID: 6710172

The dark days may have magically disappeared for Seattle's white population, but its remaining Chinese residents weren't as fortunate. Their recovery was far more slow and painful, and it took 20 years for Seattle's Chinese population to return to its 1885 levels. At the same time, the city's Caucasian population increased more than tenfold, to well over 100,000.

But the Chinese in Seattle did recover. By the early 1900s, Chinatown was once again beginning to thrive. Today it lives on in Seattle's vibrant Chinatown-International District, a culturally diverse neighborhood that is home to Americans of Chinese descent as well as Japanese Americans, Filipino Americans, and others. In 1962, Chinese American Wing Luke (1925-1965) was elected to the Seattle City Council and became the first Asian American to hold elected office in the Pacific Northwest. In 1996, Chinese American Gary Locke (b. 1950) was elected governor of the state of Washington. He became the first Asian American governor in the nation. And at the center of today's Chinatown-International District, the Wing Luke Museum of the Asian Pacific American Experience is dedicated to celebrating Luke's memory and the history of Asian American experience in the Pacific Northwest.

**This essay made possible by:**
Seattle Office of Arts & Culture



**Anti-Chinese riots as illustrated in *Harper's Weekly*, Seattle, 1886**

Courtesy MOHAI (shs3131)



**Artist's conception of the 1886 anti-Chinese riot in Seattle. The three panels are entitled, "Packing Up", "On the Wharf", and "The Collision", 1886**

Photo by Joe Mabel, Courtesy MOHAI and West Shore Magazine under the Creative Commons Attribution-Sharealike 3.0 Unported license



**Washington State Militia are lined up at the intersection of Main Street and either First or Second Avenue during anti-Chinese riot, Seattle, February, 1886**

Courtesy MOHAI (SHS3486)

**Sources:**
Clarence Bagley, *History of Seattle from the Earliest Settlement to the Present Time,* Vol. 2 (Seattle:  S. J. Clarke Publishing Company, 1916), 455-477;  "Anti-Chinese Riot At Seattle," *Harper's Weekly,* March 6, 1886, p. 155;  Lenore Ziontz, "The Anti-Chinese Riots in Seattle," *The Pacific Northwest Forum*, Spring 1981, pp. 28-37, Narhist website accessed September 11, 2013 (http://www.narhist.ewu.edu/pnf/articles/s1/vi-2/anti-chinese/anti-chinese.html);  "Anti-Chinese Meeting," *Seattle Daily Post-Intelligencer,*  February 7, 1886, p. 1;  "The Chinese," *Ibid.,* February 9, 1886, p. 3;  "Martial Law," *Ibid.,* February 10, 1886, p. 3;  "The Situation," *Ibid.,* February 11, 1886, p. 3;  "Good Order Once More," *Ibid.,* February 12, 1886, p. 3;  HistoryLink.org Online Encyclopedia of Washington State History, "Anti-Chinese Activism -- Seattle" (by Walt Crowley) and "White and Indian hop pickers attack Chinese in Squak (Issaquah) on September 7, 1885" (by Priscilla Long), http://www.historylink.org (accessed September 11, 2013);  "Chinese in Cities of the Pacific Northwest" and "The Seattle Anti-Chinese Riot, February 1886" Chinese in Northwest America Research Committee (CINARC) website accessed September 11, 2013 (http://www.cinarc.org/); Wing Luke Museum of the Asian American Experience website accessed November 17, 2013 (http://wingluke.org/home.htm); "'Cubic Air' Ordinance," City of Seattle website accessed December 24, 2014 (http://www.seattle.gov/cityarchives/exhibits-and-education/find-of-the-month/2009-find-of-the-month-archive). **Note: This entry replaces an earlier item on the same subject. The new entry, including the date in the title, was revised on February 6, 2014, and expanded slightly on December 24, 2014.**

## Related Topics

ASIAN & PACIFIC ISLANDER AMERICANS

**Licensing:** This essay is licensed under a Creative Commons license that encourages reproduction with attribution. Credit should be given to both HistoryLink.org and to the author, and sources must be included with any reproduction. Click the icon for more info. Please note that this Creative Commons license applies to text only, and not to images. For more information regarding individual photos or images, please contact the source noted in the image credit.



**Major Support for HistoryLink.org Provided By:** The State of Washington | Patsy Bullitt Collins | Paul G. Allen Family Foundation | Museum Of History & Industry | 4Culture (King County Lodging Tax Revenue) | City of Seattle | City of Bellevue | City of Tacoma | King County | The Peach Foundation | Microsoft Corporation, Other Public and Private Sponsors and Visitors Like You



*About Us*        *Events*        *Classroom Materials*        *Pacific Northwest Quarterly*        *Resources*

### A History Bursting With Telling: Asian Americans in Washington State

### A Curriculum Project for Washington Schools

### Developed by
### Matthew W. Klingle
### Center for the Study of the Pacific Northwest
### University of Washington Department of History

**Curriculum Packet PDF**

## Table of Contents

I. Introduction

    A. Migration: Moving West to East

    B. Labor: Building New Lives in New Lands

    C. Community: From Segregation, Identity

    D. Conclusion

II. Related Materials: Outside the Classroom

III. Classroom Activities

IV. Timeline: Asian Americans in Washington State History

V. Sources

VI. General Topical Index of Materials

## I. Introduction

One story of Washington state is a story of immigration, but it is not the simple tale of assimilation or acculturation. Immigrants brought pieces of culture from their native lands to Washington state, where they melded them with pieces taken from American culture. Immigrants did not remain unchanged or melt into a common society, however. Instead, Washington is a mosaic made of different peoples coming together to create new lives in a new land. The Asian American experience is part of this mosaic. The documents that accompany this essay demonstrate how Chinese, Japanese, and Filipinos came to Washington, struggled against discrimination, labored to earn their living, and created distinctive cultures and identities. These documents chronicle, in a small way, how some Asian immigrants became Asian Americans. "Asian American" is, by necessity, a broad term that lumps different peoples together. Because of space restrictions, this project focuses on Chinese, Japanese, and Filipino Americans, the three largest and oldest groups in Washington. Other groups, notably immigrants from Korea, the Pacific Islands, and Southeast Asia, receive limited attention here. It is hoped that students and teachers alike will use this project as a guide for building their own collections on other Asian Americans.

The documents are organized by three general themes: migration, labor, and community. **Migration** is the process of people moving from place to place. Why people move away or are pushed out from where they lived, and why they are pulled to settle somewhere else, are the central questions behind migration. Once in the United States, Asian immigrants often migrated to and from places of work; others, after living abroad for a time, returned to their native lands. Asians, like all immigrants, were a people in motion. **Labor** refers to the act of working and the social associations that workers create through their shared experience. Most Asians came to Washington state to fill a need for workers in the rapidly developing Pacific Northwest. Limited by discrimination and economic factors, Asian immigrants often worked menial jobs in hazardous industries for little compensation. But work was also a source of group pride and political activism; labor was a catalyst for social and cultural change. **Community** stands for how Asians and Asian Americans struggled to define their social and cultural place in the larger American society. The creation of community is not a simple process, however. Generational tension, racism, and economic concerns all worked to pull Asian and Asian American communities apart. But these communities, like other immigrant groups in U.S. history, responded creatively to hardship. Applying for U.S. citizenship, opening businesses, running for political office or lobbying for social services are just some of the ways that Asians and Asian Americans worked to create dynamic communities in Washington state.

What follows is a brief overview, written to help teachers navigate through this material. Those interested in learning more should consult the bibliography for appropriate books and resources. A timeline of significant dates in Asian American history, with a focus on Washington state, also follows. Additional details for specific documents are provided in the concordance and index included here.

### A. Migration: Moving West to East

**Migration** is one theme that unites the histories of Asian American peoples in the Pacific Northwest. Like immigrants from Europe during the nineteenth century, Asians were part of a global stream of people flowing into the United States. While Asian immigration reached its high-water mark on the West Coast, it transformed America, adding diversity to an already multicultural society.

The Chinese were the first Asians to migrate in significant numbers to Washington state. In the mid-nineteenth century, China seemed on the verge of collapse. The Taiping Rebellion nearly tore Chinese society apart, British warships devastated China's major ports during the Opium War, and



periodic flooding and famine wrecked the countryside. South China, primarily the area around Guangzhou (Canton), suffered the most; and it was from here that the vast majority of immigrants came. Initially drawn to work in California's gold fields or Hawai'i's sugar plantations, Chinese were also drawn to work in the Pacific Northwest. By the 1860s, news of a gold strike in eastern Washington brought Chinese immigrants here; by the 1870s, Chinese were recruited to work on railroad construction as well as in logging camps and salmon canneries. Immigration was illegal before the 1868 Burlingame Treaty, but labor contractors and immigrants conveniently ignored such restrictions.

Similar push and pull factors drew Japanese immigrants to Washington state. Following the forcible opening to Western trade in the 1850s, Japanese society underwent wrenching economic and cultural transformations. The Meiji government, bent on industrializing the country as quickly as possible, adopted policies that forced Japanese farmers off of their lands, forcing many to work as migrant laborers on Hawai'ian sugar plantations. By the mid-1880s, Hawai'i relied heavily on Japanese contract labor. After Hawai'i was annexed by the United States in 1898, and after the passage of the Organic Act in 1900 that created the Territory of Hawai'i, many Japanese living on the islands traveled to the mainland. Others, driven out by worsening economic and social conditions at home, attracted by high pay and a demand for labor in the Pacific Northwest, followed directly from Japan. Like the Chinese before them, Japanese migrants picked produce, cut and milled trees, built railroads and butchered fish.

Filipinos, who arrived in the third wave of Asian immigration to Washington, were a comparatively unique case. The Philippines were an American colony, acquired after the 1898 Spanish-American War, and remained under American jurisdiction until after World War II. Filipinos were recognized as U.S. nationals, a status just below full citizenship, and allowed to migrate anywhere within the states. As with the Chinese and Japanese, Filipino migrants were pushed out by economic hardship at home and pulled to migrate by economic opportunity abroad. Changing land tenure patterns following U.S. annexation limited prosperity in the Philippines, and labor remained in short supply in the Pacific Northwest. Moreover, Filipinos educated in American-run schools after the war considered themselves American and entitled to all the privileges that entailed. Filipino women married American soldiers and returned with their husbands to the United States; other Filipinos came for jobs in agriculture and the salmon fisheries. By the 1920s, Filipinos were a major segment of Washington's Asian American population.

For many Asian immigrants, working and living in Washington state was a temporary condition. The first wave of Chinese migrants, almost exclusively men, called themselves sojourners; they came to earn income, then return to China with their earnings. Early Japanese and Filipino migration followed a similar pattern. But economic hardship in the United States, together with restrictive labor contracts and new commitments in America, compelled many to stay. The pull of remaining in their new home often overwhelmed the tug of returning to their native country. And for nearly every immigrant who stayed, the opportunity to work in the United States was a major reason why they made their home here.

### B. Labor: Building Lives in New Lands

**Labor** is another theme that characterizes the Asian American experience in Washington state. Asian immigrants filled an important need in the resource rich but labor poor Pacific Northwest, providing the muscle that helped to develop the region. Indeed, without Asian labor this region would have remained isolated, undeveloped, and poor well into the twentieth century. Asian immigrants helped to create the transportation links, industries, and wealth that made the Pacific Northwest.



Mining was one of the first industries to employ the Chinese, who prospected for gold along the Columbia River in eastern Washington and hauled coal from pits in Black Diamond, Newcastle, and Renton in western Washington. Chinese laborers also built rail lines that connected the territory to eastern markets; indeed, the Chinese were instrumental in building almost every major rail connection in Washington before 1900. Likewise, Japanese migrants worked on the railroads, first in construction, later as porters and foremen.

### C. Community: From Segregation, Identity

**Community** is a broad theme that encompasses both the hostility Asians faced by white society as well as their ability to create new societies in the United States. It is the process by which Asians identified themselves as Americans. Ironically, this process begins with discrimination. Singled out by white Americans because of their putative "racial" characteristics, Asians relied on their own institutions and initiative to advance their interests. In resisting discrimination, Asians found opportunities to build community—and opportunities to claim America as theirs.

Asian immigrants faced discrimination almost upon arrival in the Pacific Northwest. In 1853, the newly created Washington territorial legislature barred Chinese from voting; later legislation enacted poll taxes and restrictions on testifying in court cases against whites. These laws were modeled on similar legislation in California (which remained the most popular destination for Chinese immigrants well into the late nineteenth century). As agitation against the Chinese escalated on the West Coast, national lawmakers began to take notice. Eventually, Congress, bowing to public pressure and prevailing racial stereotypes, acted to limit the immigration of Chinese labor.

The Chinese Exclusion Act of 1882 set the tone for later laws designed to exclude further Asian immigration. It also fundamentally altered the shape of Asian communities in the United States by banning women immigrants. By 1890, the ratio of men to women among Chinese Americans nationwide was approximately thirty to one; not until 1940 would the ratio drop to less than two to one. In Washington state, the Exclusion Act permanently stunted Chinese American communities, which were never able to rival similar groups in San Francisco or Vancouver, British Columbia. The Exclusion Act became an instrument of violence against Chinese. The anti-Chinese movement that swept across the American West was especially extreme in Washington. An economic depression in the mid-1880s, which left white workers competing for dwindling jobs, fueled animosity. In 1885, white Tacoma residents expelled 700 Chinese (some forcibly) from that city and torched Chinese residences and businesses; the next year, Seattle residents hauled their Chinese neighbors by wagon to waiting steamers. Elsewhere, whites attacked Chinese in Walla Walla and Pasco.

Japanese and Filipino immigrants became the next targets. Since 1789, nonwhites from overseas could not become citizens; the question now swung on who could immigrate to the U.S. The 1907-08 "Gentleman's Agreement" between Japan and the U.S. prohibited further male immigration but allowed in women, along with relatives and children of Japanese aliens living in the United States. The category "aliens ineligible to citizenship," dating from 1789, used race to restrict naturalization. The 1924 National Origins Act, which distinguished Asians from other immigrant groups, extended this logic and further restricted all Asian immigration. The 1924 law left the door open for Filipinos, however, who were U.S. nationals. But the new act severely limited Japanese and Chinese immigration for over four decades. Upheld by legal precedent, the 1924 act had local effects on

Asians living in Washington. The 1889 state constitution, in Section 33 of Article II, already prohibited resident aliens from owning land. In 1921 and 1922, the rule was extended to leasing, renting, and sharecropping of land. The 1924 Act sanctioned further discrimination, especially against the growing Filipino population. Filipinos themselves were the object of racist fears over mixed marriages and dwindling jobs. In 1927, whites expelled Filipino farmers from Toppenish in the Yakima Valley. In 1933, white farmers and workers in Wapato demanded that area growers stop hiring Filipino workers.

Again, as with the Chinese and Japanese, federal action spurred greater discrimination in the states. Filipino immigration was virtually stopped in 1934 by the Tydings-McDuffie Act, which made the Philippines a commonwealth and promised full independence within a decade. Filipinos, now defined as resident aliens, were limited to a quota of fifty annually. But attacks and recrimination against Filipinos did not end there. Filipinos, who married white women in numbers larger than their Chinese and Japanese counterparts, aroused the ire of whites obsessed with racial purity. In 1937, the Washington Legislature tried to pass a law banning mixed race marriages. Filipinos were added as resident aliens under state law in 1938; and the anti-alien land laws directed against them and other Asian Americans were not repealed until 1966.

Perhaps the ultimate expression of racial fears against Asians was the internment of Japanese and Japanese Americans during World War II. On February 19, 1942, President Franklin D. Roosevelt, bowing to public pressure on the West Coast, signed Executive Order 9066, calling for the removal of all persons of Japanese descent from coastal areas (except Hawai'i). Claiming military necessity, Japanese and Japanese Americans were forcibly expelled from their homes and businesses; no action of similar magnitude was taken against German Americans or Italian Americans. Most of those evacuated were American citizens, born in the United States and fully entitled to constitutional rights and privileges. Most Washington residents were relocated to Minidoka located near Hunt, Idaho; other West Coast Japanese went to inland concentration camps in California, Utah, Wyoming, Colorado, Arizona and Arkansas. Japanese internment did not go unchallenged, however. Gordon Hirabayshi, a University of Washington student, was charged with resisting evacuation orders; his conviction was upheld by the U.S. Supreme Court in 1943. But despite the obvious injustice of internment, many American-born Japanese, known collectively as "Nisei," volunteered for combat duty in Europe. The all-Nisei 100th Battalion and the 442nd Regimental Combat Team were some of the most highly decorated units in American military history. Yet not until 1988 did the federal government apologize and remunerate internee survivors and their families.

Even under the harsh circumstances of concentration camps, Japanese Americans relied on community organization to endure. Interned Japanese formed consumer cooperatives, baseball teams, and literary societies. Such responses were rooted in long-standing experience with adversity. Prior to the war, Japanese in Washington came together through *kenjinkai,* social associations that drew members who came from the same village or county in Japan. *Kenjinkai* helped new immigrants find jobs, make business contacts, and practice speaking their native language. Local branches of the Japanese Association of North America ran Japanese language schools. Most of these organizations catered to the foreign-born generation, or Issei. American-born Japanese, or Nisei, established the Japanese American Citizens League to promote unity and lobby for civil rights. Sports, too, were another part of the Japanese community network, with baseball a widely popular pastime. Japanese communities throughout the Pacific Northwest fielded baseball teams and played against white competitors. Religion played a part, too, as Christian and Buddhist churches provided spiritual and social comfort.

The Chinese, though smaller in number, also relied on community organizations to strengthen ethnic ties in Washington. Family associations, district associations similar to the *kenjinkai*, and tongs (secretive fraternal orders that also served as trade guilds) formed the framework of the Chinese community. Concentrated primarily in Seattle, benevolent family associations like the Gee How Oak Tin offered business loans, language instruction, and social activities to eligible members. In 1910, Seattle Chinese chartered the Chong Wa Benevolent Association, a coalition of local groups and businesses, to administer Chinatown politics and support Chinese causes. Prominent businessmen like Chin Gee Hee and Ah King, both labor contractors, protected new immigrants while establishing important ties with white Seattle elites. And churches, notably the Chinese Baptist Church on Seattle's First Hill, also served to unite immigrants and older residents through ministry and community outreach.

Filipinos, largely comprised of bachelors, also found community through adversity. Large groups of single men created new "families" based on local affiliations from the Philippines. Often, Filipino women served as surrogate mothers, aunts, and sisters for men with no immediate family in the United States. Filipinos were also active in the labor movement, organizing unions to protect their interests. The harsh conditions of canning salmon inspired Filipino workers to form the Cannery Workers' and Farm Laborers' Union Local 18257 in Seattle in 1933. One of the most militant unions on the West Coast during the Depression, the CWFLU struggled to shield Alaskeros from exploitation. Unions and social clubs also fought against restrictive land and property laws. The Filipino Community of Yakima County, Inc., after protracted battles, eventually secured leasing rights on the Yakima Indian reservation, a privilege already granted to whites. In 1939, Pio DeCano, a recent immigrant, successfully fought the 1937 Washington state alien land law all the way to the state Supreme Court. Perhaps more than any other Asian immigrant group, Filipinos made their greatest gains through legal challenges and union organization. And as with other Asian communities, religion, notably the Roman Catholic Church, drew Filipinos together in a common faith.

The postwar period saw the beginnings of a newer sense of identity, however, one based on a hybrid sense of Asian and American heritage. In 1952, immigrants were allowed to become naturalized citizens but restrictions against Asian immigration remained. Reforms to immigration law, culminating in the Immigration and Naturalization Act of 1965, spurred a sharp increase in Asian immigration. Newer immigrants from Southeast Asia and the Pacific Islands added greater complexity to Washington's Asian community. New faces forced old residents to confront the issue of who passed as American -- and who passed as immigrant.

The civil rights movement, spearheaded by African Americans in the South, also affected ethnic politics in Washington state. In Seattle's Central District, where Asian Americans and African Americans had lived in close proximity for nearly six decades, community leaders crossed ethnic lines to fight together for public housing, tenant rights, election reform and employment opportunities. While ties between Seattle's Black and Asian communities frayed by the late 1960s, the city was unique on the West Coast for its multiethnic civil rights campaigns. Asian Americans, long stereotyped as passive laborers, also made political inroads of their own as well. They became an increasingly vocal constituency in Washington state politics. In 1963, Wing Luke became the first Chinese American elected to the Seattle City Council; Ruby Chow, the first Chinese American woman, was elected in 1973; and in 1996 Gary Locke, then King County Executive, was elected as the first Chinese American governor on the mainland United States. Such victories were made possible by political coalitions that united Asian Americans of all orientations. In political as well as cultural terms, Asians began referring to themselves as Asian Americans, or Asian/Pacific Americans, reflecting an identity that transcended previous ethnic bonds.

But the growing diversity of the Asian American community also threatened this communal harmony. Resettlement of Cambodians, Laotians, Vietnamese, and Hmong refugees introduced new problems. In 1960, two-thirds of the state's Asian Americans were native born; by 1980, two-thirds were foreign born. Most of these refugees settled in areas with an established Asian presence, usually in Seattle, Tacoma, and the Yakima Valley. Fleeing war and extreme poverty, they faced the residue of anti-Asian feeling; moreover, they often faced resentment from those Asians already established in the United States.

Generational and class conflicts also divided and split communities. By the 1970s, Asian Americans nationwide were hailed as the "model minority" because of their academic achievement and gains in the workplace. But such gains often masked deep tensions between young Asian Americans, who seemed to assimilate fully into traditionally white institutions, and older Asian Americans, who worried about the survival of old ways and customs. The relative achievement of some also masked the difficulties facing newer arrivals from Southeast Asia, Korea, China and the Pacific Islands.



Despite such tensions, however, Asian American communities are indisputably central to Washington's social and cultural fabric. Discrimination continues but its effects are blunted by the prominence of Asian Americans in business, politics, the arts and education. Compared to the blatant racism of a century earlier, Asian Americans have achieved remarkable gains. Still, the dynamics of community building continue. As before, the forces that rip communities apart also are the source for their renewal. Seen one way, divisions within the Asian American community over language instruction, immigration policy, and social welfare are tears in the social fabric. Seen from another angle, they are the seams that bind communities together.

### D. Conclusion

Today, Asian/Pacific Islander immigrants and Asian Americans in Washington are citizens not sojourners. They have been and will remain an integral part of the state's diverse history. Migration brought Asians to the Pacific Northwest, labor defined their social status while providing opportunities for advancement, and communities emerged out of struggles to preserve old customs in new places. While Asians faced persistent, often brutal, discrimination they were not merely victims. Instead, they made their own history and influenced the history of others. As scholar Ronald Takaki says, their "history bursts with telling." These documents are only fragments of their stories.



# EXCLUSION IN WASHINGTON

## EXCLUSION

In 1882, for the first time in United States history, Federal law forbade entry of an ethnic group of laborers on the basis that they endangered public safety and order. This was done through the passage of the Chinese Exclusion Act.

This act provided a 10 year ban on Chinese labor immigration. The only Chinese people who were permitted to enter the country were those who obtained government certification. This certification was only given to non-laborers- students, government officials, etc.- but proving this was often difficult given the loose structure of the law.

Exclusion also meant that new requirements were placed on those who had already entered the country. State and Federal courts no longer had the right to grant citizenship to Chinese resident aliens. However, they could still deport these people.

## VS.

The passage of this act came after a long period of anti-Chinese discrimination. There were more than 200 incidents of ethnic cleansing in the last half of the nineteenth century, many of them occurring before the passage of the Act.

Several other Americans perceived Chinese immigrants as a threat. One accusation was that the Chinese weakened the community by sending money back to their families in China. Another concern was that Euro-American jobs were threatened by immigrant labor because Chinese workers often received wages that were much lower than their Euro-American counterparts. This was not done to undercut Euro-American wages but rather because of the lower pay received by all minorities in this period.

## EXPULSION

As economic depression struck the Pacific Northwest, some non-Chinese workers and labor unions began to feel that the solution to unemployment issues was in the expulsion, or forced removal, of Chinese people from the area. On September 2, 1885, a group of British and Swedish miners attacked their Chinese counterparts at Rock Springs, Colorado. They killed 28 men, wounded 15 and drove hundreds of Chinese workers into the desert. The news traveled nationwide and only days later, the first of Washington's expulsions occurred.






The images to the right are details from *West Shore* magazine, based in Oregon. They depict the 1886 anti-Chinese riots in Seattle. This publication expressed views against the violence while still referring to the Chinese as an "undesirable" group of immigrants. Washington State Historical Society Collections.



# TIMES OF TROUBLE: WASHINGTON'S CHINESE PEOPLE IN THE 1800S

**1850** — "Ah-Long" becomes the first- and only- Chinese man to be recorded in the Washington Territorial Census.

**1853** — Washington Territory is established. A measure is adopted to deny Chinese people the right to vote.

**1860** — Still only one Chinese person is recorded in the census. This person is believed to have been Chin Chun Hock.

**1868** — Chin Chun Hock begins a store in Seattle called the Wa Chong Company.

**1869** — Seattle is incorporated as a township.

**1873** — 300 Chinese people from Portland arrive in Olympia to lay track from Kalama to Tacoma for the Northern Pacific Railroad. Eventually, the Northern Pacific will hire over 15,000 Chinese laborers.

**1876** — Census records report 250 Chinese people living in Seattle.

**1880s** — Economic depression strikes Washington.

**1882** — The Chinese Exclusion Act is passed.

**1885** — A riot in Rock Springs, Wyoming on September 2nd of this year sparks anti-Chinese violence in the Northwest. One action occurs on September 9th when the mining community of Black Diamond expels their Chinese population. In November, the citizens of Tacoma do the same.

**1886** — In February, a Seattle citizen committee forces more than 350 Chinese onto wagons and puts them on the steamer, *Queen of the Pacific*. Territorial Governor Squire declares a state of insurrection and requests federal troops. Martial law is not ended until July of that year.

**1899** — Chin Gee Hee, a merchant, predicts in an *Seattle Post-Intelligencer* interview that there will be no Chinese in Seattle within 10- 12 years.

## 1885: TACOMA

The Chinese expulsion in Tacoma was unusual in that it was not spontaneous but had been planned. A number of city officials and Knights of Labor union members participated in the plan to remove all Chinese people from their city. On November 3, this group of citizens moved through the city, forcing people from their homes and businesses and driving them into the street. Although there were those, like Reverend W.D. McFarland, who protested, they were not able to stop the expulsion from taking place.

Mow Lung, a Chinese merchant, later recalled: "I saw a mob of several hundred men on the street. They came to my store and kicked off the door. They took hold of the Chinese that were in the houses, some of whom were Chinese women, including my wife, and pulled them out of the doors… The mayor of Tacoma, Mr. Weisbach, was there at the time with the mob." More than 200 Chinese people were forced out of Tacoma that night. Most of them never returned, leaving Tacoma the only major west coast city without a "Chinatown".

## 1886: SEATTLE

On February 7th, a citizen committee in Seattle told the Chinese people living there that they were being forced to leave the city. More than 350 people were forced onto wagons and hauled to Seattle docks where they were placed on a steamer bound south. Territorial Governor Watson Squire stopped the ship from leaving that night. He then proclaimed a state of insurrection and declared martial law, requesting government intervention. Federal troops were sent to Seattle, where they remained until July of that year.

## 1886: OLYMPIA

In a November 1885 town meeting, Olympians had drafted a resolution on what they termed the "Chinese Question":

*"Be It Resolved: […] while we fully realize the fact that we have too much of the Chinese element in our midst, we as clearly recognize the fact that they are here in and by the virtue of law and treaty stipulations, and that we are decidedly opposed to their expulsion by force or by intimidation, or by any other unlawful means, but we will at all times give our aid and support to any measures looking to a peaceable and lawful riddance of that element and a final solution of the 'Chinese question'."*

True to this statement, on February 9th, 1886, when presented with rioters attempting to expel the Olympia Chinese community, citizens responded. Sheriff William Billings deputized prominent residents who patrolled city streets. They arrested the leaders of the riot who were then tried, convicted and sent to prison on McNeil Island.

The term "Pai Hua" or "the Driven Out" would later become the way in which some Chinese people would refer to the expulsions. They were not passive victims- after the events in Tacoma, with the aid of the Chinese embassy, Chinese-American citizens would file civil claims against the government seeking reparations.

The Chinese Expulsion Act was followed by the Geary Act, 10 years later. This Act forbade the entry of all Chinese people into the United States. It also forced Chinese immigrants to wear photo identity cards around their necks in order to prove their legal status. More than 100,000 Chinese-Americans refused this government order to wear these cards. This was the largest mass civil disobedience in United States history at this time in history.

Chinese-Americans continued to struggle against prejudice in the country which they had come to call home. The community began to share their resources, forming businesses and using the judicial system to defend their civil rights.

It was their struggle in two court cases, *Yick Wo v. Hopkins* (1886) and *Wong Kim v. United States* (1898) that led to changes in citizenship laws. As a result of these court decisions, the U.S. Supreme Court confirmed the citizenship of any person born in the United States. Also confirmed was equal protection of the law for all citizens, regardless of race or nationality.

But it was not until 1943 that the Chinese exclusion laws would be officially repealed. Washington state senator Warren G. Magnuson sponsored an act to do so. This act, signed by President Franklin Roosevelt, established an annual quota of 105 Chinese immigrants. It did, however, allow the Chinese to apply to become naturalized citizens for the first time.

This change came about in part because of the United States' entry into World War II. As Chinese-Americans were finding gradual acceptance into society, this was because of the war with Japan. China and Japan had been enemies for centuries. With China as the ally of the United States in the conflict, attitudes began to change. However, as laws discriminating against the Chinese were repealed, Japanese Americans across the United States were being placed in internment camps.

The contributions of the Chinese people to Washington have continued. 1962 saw the election of Wing Luke to the Seattle City Council. Wing Luke was the first Chinese American to be elected to office in a large U.S. city on the mainland. In 1997, Gary Locke, 21st governor of Washington, became the first U.S. governor of Chinese descent.

The time of the expulsion was not forgotten, however. Locke remembered it in a 1997 address:



"In the history of every minority in America, there are stark contrasts of light and dark. There are tales of terrible oppression and persecution- and, on the same page- tales of incredible courage, and passionate advocacy for equal rights.

As we work to restore the historical memory of the anti-Chinese, anti-immigrant violence of the 1880s, we must also- and equally- work to restore our historical memory of the people who opposed it.

We should build... monuments to the citizens and the sheriff in Olympia, who put their lives on the line when they stood between an angry, armed mob and their intended Chinese victims.

It is not enough to vilify the bigots. We must never forget to celebrate the heroism of those who stood up to them."



### FIND OUT MORE

Chew, Ron. *Reflections of Seattle's Chinese Americans: The First 100 Years*. 1994: Wing Luke Asian Museum.
Echtle, Edward. "Olympia's Historic Chinese Community." July 31 2007. http://olympiahistory.org/olympiachinese/history.html#Railroads (accessed August 30 2007).
Friday, Chris. *Organizing Asian American Labor: The Pacific Coast Canned-Salmon Industry, 1870-1942*. 1994: Temple University Press.
Hildebrand, Lorraine Barker. *Straw Hats, Sandals and Steel: The Chinese in Washington State*. 1985: Washington State Historical Society.
McCunn, Ruthanne Lum. *Chinese American Portraits: Personal Histories 1828-1988*. 1996: University of Washington Press.
Morgan, Murray. *Puget's Sound: A Narrative of Early Tacoma and the Southern Sound*. 2003: University of Washington Press.
Pfaelzer, Jean. *Driven Out: The Forgotten War Against Chinese Americans*. 2007: Random House.
Schwantes, Carlos Arnaldo. *The Pacific Northwest: An Interpretive History*. 1996: University of Nebraska Press.
Yung, Judy, Gordon H. Chang, and Him Mark Lai. *Chinese-American Voices: From the Gold Rush to the Present*. 2006: University of California Press.

*by Gwen Perkins*
*Washington State History Museum, 2007*
*All images on these pages are from the*
*Washington State Historical Society Collections.*