# NOTICE:

# THE UNITED STATES AND THE REFUGEE CRISIS, 1938—41

Between 1938 and 1941, there was a refugee crisis in response to Nazi Germany's increasing antisemitic persecution and territorial expansion. Though many Americans were sympathetic to the plight of Europe's Jews, the majority did not want to see an increase in immigration, nor did they want to see the United States become involved in World War II.

## KEY FACTS

### 1

As Nazi Germany expanded territorially, hundreds of thousands of people, mostly Jews, applied to immigrate to the United States. Securing a US immigration visa was difficult due to America's national security concerns and a finite number of visas and travel options.

### 2

US President Franklin D. Roosevelt took significant but limited actions to aid Jewish refugees during this period, but he was most concerned with preparing the United States for war.

### 3

The American public placed little pressure on the president or on Congress to increase immigration to aid European Jews. Private relief organizations

Case 25-1158    Document: 00118266017    Page: 2    Date Filed: 03/30/2025    Entry ID: 6710174

in the United States, however, assisted thousands of Jewish refugees.

Beginning in 1938, Europe and the United States faced a refugee crisis. Nazi Germany's territorial expansion and the radicalization of Nazi anti-Jewish policies triggered a mass exodus. Hundreds of thousands of Jews sought to flee from under Nazi control.

The American government took limited action to assist these Jewish refugees. Rather than focusing on the growing humanitarian crisis, the Roosevelt administration prioritized supporting the Allies and preparing the United States for war.

# Nazi Territorial Expansion and the Start of the Jewish Refugee Crisis

In March 1938, Nazi Germany annexed the neighboring country of Austria, an event known as the *Anschluss*. The Anschluss led to a wave of antisemitic violence against Austria's Jewish population, especially in the capital city of Vienna. Many Austrian Jews immediately sought to flee the country. In order to avoid falling into Nazi hands, some raced for the borders without visas or any long-term plans. Others took more formal steps to immigrate to other countries. They lined up at various consulates throughout Vienna to apply for immigration. At the US consulate, tens of thousands of Austrian Jews applied for immigration visas to the United States.

The Austrian immigration quota to the United States was very small. At the urging of Secretary of Labor Frances Perkins, US President Franklin D. Roosevelt combined the US immigration quotas for Germany and Austria to give greater immigration opportunities to Austrian Jews. The State Department could then issue a maximum of 27,370 visas per year for immigrants born in those countries. By June 30, 1938, however, nearly 140,000 people were on the German quota waiting list for US immigration visas.

Recognizing that the plight of Jews under German control had reached a point of crisis, Roosevelt called for an international conference to discuss the refugee problem. Delegates from 32 nations met in <u>Evian-les-Bains</u>, France, in July 1938, but most countries, including the United States, refused to expand their laws to admit more immigrants. Even as the conference was going on, the American press criticized the participants at Evian for their inaction. *Time* magazine summarized the stance of participating countries as follows: "All nations present expressed sympathy for the refugees but few offered to allow them within their boundaries."

By September, the waiting list for a German quota visa had reached 220,000 people. Even if the State Department issued the maximum number of visas it could have under the existing laws each year, new German- and Austrian-born applicants could anticipate at least a nine-year wait for a US immigration visa.

The Anschluss, however, was only the beginning of Nazi Germany's territorial expansion and the resulting refugee crisis. Later that year, Hitler threatened to unleash a European war unless the Sudetenland was ceded to Germany. In September 1938, the leaders of Great Britain, France, Italy, and Germany met in Munich, and reached a deal that allowed Germany to annex the Sudetenland in exchange for Hitler's guarantee that he would seek no further territorial gains in Europe. Nazi Germany soon violated that promise and occupied the Czech lands of Bohemia and Moravia in March 1939.

Germany's aggressive takeover of additional territory in Europe worsened the refugee crisis. Jews residing outside those areas under direct German control worried that their safety might not be guaranteed in the future. The waiting lists for US immigration visas continued to grow.

## Kristallnacht Intensifies the Refugee Crisis

On the night of November 9–10, 1938, Nazi party leaders unleashed a wave of antisemitic violence across Germany and its newly annexed territories, an event known as <u>*Kristallnacht*</u>. Storm troopers (SA) and Hitler Youth members burned

hundreds of synagogues, ransacked thousands of Jewish-owned businesses, and the German police arrested nearly 30,000 Jewish men and boys, sending them to concentration camps. Though German newspapers reported that the violence had been spontaneous, the American diplomatic corps in Berlin immediately reported to colleagues in Washington, DC, that the attacks were clearly part of a "prearranged plan."

In the United States, the *Kristallnacht* attacks were front-page news nationwide for several weeks. At his November 15 press conference, President Roosevelt said that the attack had "deeply shocked" the American public, and announced that he was ordering the US ambassador in Germany to return home. The United States was the only nation to take this diplomatic response, and it would not have an ambassador in Germany again until after World War II ended in 1945.

Despite the growing refugee crisis, Roosevelt did not ask the US Congress to reconsider the quota system that limited immigration. Labor Secretary Frances Perkins, however, persuaded Roosevelt to allow approximately 12,000 people who were born in Germany and who were in the United States on temporary visitors' visas, to remain in the country indefinitely. Most of these people were Jews. President Roosevelt told reporters, "I cannot, in any decent humanity, throw them out."

The refugee crisis intensified further after *Kristallnacht*, and the US visa waiting lists at consulates across Europe became even longer.

# Immigrating to the United States: A Difficult Process

Between 1939 and 1941, more than 300,000 people born in Germany joined waiting lists for immigration visas to the United States. Most of these people were Jews. In 1939, for the first time since the Nazis rose to power, the State Department issued the maximum number of visas legally allowed under the German quota. At US embassies and consulates throughout Europe, waiting lists for US visas also grew and wait times were estimated to be years-long.

Most potential immigrants to the United States had to collect many different documents in order to <u>obtain a US immigration visa</u> to leave Germany, as well as to travel to a port of departure within Europe. They could use their time on the waiting list to gather all the necessary documents needed to obtain a visa, which included identity paperwork, police certificates, exit and transit permissions, a financial affidavit, and others. These documents could be expensive and had to be obtained in a particular order. Many of these papers—including the visa itself—had expiration dates. Potential immigrants to the United States also had to find an American sponsor who had sufficient financial resources and would guarantee that the newly arrived immigrant would not become a public charge (i.e., a financial burden on the government). The potential immigrants also had to secure a valid ticket on a transatlantic ship. However, once World War II began, many passenger lines reduced the number of vessels crossing the ocean or even stopped traveling entirely, making it more difficult and expensive for refugees to find berths.

# The Wagner-Rogers Bill

In February 1939, Democratic senator Robert Wagner (NY) and Republican congresswoman Edith Nourse Rogers (MA) introduced legislation in Congress to admit 20,000 German refugee children under the age of 14 to the United States outside of the immigration quotas. Although Jewish children were to be the main beneficiaries, the bill's supporters publicly spoke of assisting refugee children of all faiths. Eleanor Roosevelt lent her support to the bill, the first time she publicly endorsed a piece of pending legislation as First Lady. Public opinion polls on this proposal, however, revealed that Americans did not support the idea, and opponents argued that the bill would take resources, and eventually jobs, from American children. Congress never voted on the Wagner-Rogers Bill.

# The *St. Louis*

On May 13, 1939, the German transatlantic liner <u>*St. Louis*</u> sailed from Hamburg, Germany, for Havana, Cuba. The majority of the 937 passengers were Jewish, and

most planned to stay in Cuba only until their turn came up on the waiting list for a US immigration visa. When the *St. Louis* arrived in Havana, the passengers learned that the landing certificates they had purchased were invalid. The Cuban government refused to allow the refugees to disembark and, after nearly a week of negotiations, it forced the ship to leave Cuban waters. The *St. Louis* sailed towards Miami, as the passengers sent pleading telegrams to loved ones and public officials in the United States.

The *St. Louis* became the subject of many articles, editorial cartoons, and opinion columns in the United States. Since the German quota had already been filled, Congress would have to pass a new law or Roosevelt would have to issue a presidential order in order for the passengers to be admitted. Polls showed that the American public was not generally supportive of any changes to existing immigration quotas. In a January 1939 poll, only five months before the *St. Louis* sailed, 83% of Americans had opposed accepting additional European refugees. And although newspaper coverage generally sympathized with the plight of the passengers, few editorials or letters to the editor advocated admitting the *St. Louis* passengers to the United States.

After Cuba finally refused to allow the passengers to disembark and the United States (and other Western Hemisphere nations) did not offer to take the passengers, the ship returned to Europe. The American Jewish Joint Distribution Committee (JDC) worked with the State Department, ultimately convincing four countries—Great Britain, France, the Netherlands, and Belgium—to admit the passengers. The following year, however, many of the refugees from the *St. Louis* found themselves once again living under Nazi control when Germany invaded multiple Western Europe nations in May 1940. Approximately 254 of the *St. Louis* passengers were murdered in the Holocaust.

The *St. Louis* was not the only ship to cross the Atlantic Ocean carrying Jewish refugees during the refugee crisis. More than 1,200 ships carrying nearly 111,000 Jewish refugees arrived in New York between March 1938, when Germany annexed Austria, and October 1941, when Germany banned emigration of Jews. As these

passengers held US visas, they were admitted into the United States as new immigrants.

# The Outbreak of War and National Security Concerns

On September 1, 1939, Germany invaded Poland, marking the beginning of World War II. Great Britain and France declared war on Nazi Germany on September 3. Many Americans had been anticipating the outbreak of war in Europe, but the overwhelming majority wanted to remain neutral rather than see the United States become involved in the war. In a fireside chat on September 3, President Roosevelt reassured Americans listening to their radios: "This nation will remain a neutral nation, but I cannot ask that every American remain neutral in thought as well."

In the spring of 1940, Nazi Germany occupied Belgium, the Netherlands, Luxembourg, and northern France. Many Americans believed that Germany was able to defeat these countries so quickly because of a "fifth column" of spies and saboteurs working on behalf of the Nazis to bring the countries down from within. In June 1940, seventy-one percent of Americans thought Germany had already started to organize a fifth column in the United States. Roosevelt warned that even Jewish refugees could become a threat, aiding Nazi Germany in exchange for the lives of loved ones held hostage in Europe. The FBI warned Americans to be on guard. Neither the president nor the FBI were able to provide any specific examples of Jewish refugees committing acts of espionage or sabotage.

The State Department instituted additional restrictions on immigration in 1941, citing national security concerns. Among these restrictions was the announcement that any refugee with close family still in enemy territory would be ineligible for a US immigration visa. American consulates closed in Nazi-occupied territory in July 1941, cutting off many applicants from the US diplomats issuing visas. At the same time, the State Department announced that all visa applicants had to be approved by an interdepartmental visa review committee in Washington, DC. This decision further delayed the departure of those refugees who had managed to make it to

southern France or Lisbon, Portugal, the only places in Europe from which they could still escape.

# Private Rescue Networks in the United States

As applicants sought US immigration visas, Jewish and non-Jewish private relief agencies, such as the Hebrew Immigrant Aid Society (HIAS), the National Refugee Service, the Emergency Rescue Committee, the JDC, the American Friends Service Committee (Quakers), the Unitarian Service Committee, and others formed networks of rescue to aid as many refugees as possible. Many of the non-Jewish agencies were funded through Jewish philanthropy.

These organizations helped refugees navigate the US immigration system, explained the required paperwork, located potential financial sponsors, purchased ship tickets, and, for those fortunate enough to enter the United States, assisted with Americanization, employment, and housing. They also provided food, clothing, and medicine for those still in Europe. Some relief workers even worked directly in French internment camps.

These relief agencies and the individuals who worked for them operated under tremendous strain. Often, their work involved significant risk. Some of the organizations worked strenuously in public and private to raise money and provide assistance for refugees. Others advocated within the existing government bureaucracy to keep the country's doors open in the face of public antagonism towards immigrants.

# Debates over Intervention

The United States remained neutral during the first two years of World War II, from September 1939, when Nazi Germany invaded Poland, to December 1941, when Japan attacked Pearl Harbor. Though the majority of Americans continued to

The United States and the Refugee Crisis, 1938-41 | Holocaust Encyclopedia

oppose <u>intervention</u> in the war, Roosevelt and Congress increasingly began to prepare the country for war.

In September 1940, as President Roosevelt campaigned for an unprecedented third term as president, Congress passed and Roosevelt signed into law the first peacetime draft in American history. Roosevelt increased both monetary and military aid to Great Britain, eventually extending material aid to Allied nations through the <u>Lend-Lease</u> Act, passed in March 1941. Lobbying organizations formed within the United States to argue either for proactive intervention or against involvement in the war.

That same month, a group of college students at Yale founded the America First Committee (AFC) which rallied Americans against the war. The AFC, with some 800,000 members and at least 450 local chapters, encouraged civic engagement, such as letter-writing campaigns to elected officials, and sponsored rallies and speeches throughout the country. In the fall of 1941, one of the AFC's main spokesmen, famed aviator Charles Lindbergh, gave a speech blaming Jews and the Roosevelt administration for drawing the country closer to war. Critics claimed Lindbergh's remarks promoted antisemitism, intolerance, and even bolstered claims made by Nazi propagandists.

In contrast, the Committee to Defend America by Aiding the Allies (CDAAA) ultimately boasted 750 local chapters and an estimated membership of 750,000. The CDAAA staged rallies and performances, took out full-page newspaper ads, and handed out flyers in an effort to gain support for aiding Great Britain.

Though both organizations were very active in 1940–1941, US governmental support for aiding Great Britain (and the Soviet Union, after Germany attacked it in June 1941) placed the AFC on the defensive, and the group disbanded almost immediately after Japan's attack on Pearl Harbor.

# Pearl Harbor

On December 7, 1941, the Imperial Japanese Navy launched a surprise aerial assault on the US Pacific fleet at <u>Pearl Harbor</u>, Hawaii. The next day, the United States declared war on Japan but not on Germany. Three days later, on December 11, Nazi Germany declared war on the United States. As a result, President Roosevelt was able to portray war against both Japan and Germany as defensive measures against Axis powers who were first to declare war on the United States.

As soon as the United States entered World War II, the vast majority of Americans rallied to defeat the Axis powers. Two days after the attack on Pearl Harbor, President Roosevelt told the American people:

> "We are now in this war. We are all in it—all the way. Every single man, woman, and child is a partner in the most tremendous undertaking of our American history."

*Last Edited: Sep 12, 2022*
*Author(s): United States Holocaust Memorial Museum, Washington, DC*

The United States and the Refugee Crisis, 1938-41 | Holocaust Encyclopedia

## Critical Thinking Questions

Investigate American awareness of the events mentioned here. What pressures and motivations may have affected the responses of citizens? Of officials?

Why was there a sharp difference between American public dissatisfaction with Nazi policies and public willingness to help refugees and ease immigration quotas?

What obligations do nations have to refugees from other countries, in peace or in wartime?

What could the international community, including the United States, have done to stop the rise of Nazism in Europe and its assault on Europe's Jews?



# History of antisemitism in the United States

Historians continue to study and debate the extent of **antisemitism in American history** and how American antisemitism has similarities and distinctions with its European counterpart.

Dr. Reena Sigman Friedman notes similarities between the form and substance of European and American antisemitism, and has stated "[t]hough antisemitism appeared in a number of forms during and after the American Civil War, it was amplified by the introduction of race theory in the United States, often linked to nativism, xenophobia and anti-urban sentiment, in



Anti-semitic caricature from *Judge* magazine depicting negative tropes of the Jewish diaspora, 1892.

the late 19th and early 20th centuries."[1] Hasia Diner provides a similar perspective, stating, "by the 1870s in Europe and the United States, the argument shifts to the Jews as defective. Not Judaism as defective, but the Jew as a particular social type who had defective mental and moral abilities."[2]

John Higham noted certain distinctions between European and American antisemitism, suggesting that in the United States "no decisive event, no deep crisis, no powerful social movement, no great individual is associated primarily with, or significant chiefly because of anti-Semitism."[3] Historian David A. Gerber stated that antisemitism "has been a distinctly minor feature of the nation's historical development" because historians such as Higham have previously "taken little interest it."[4] Historian Britt Tevis recognized this trend, noting "Handlin and Higham's ideas (especially Higham's) remain influential, and many American Jewish historians continue to present antisemitism as largely insignificant, momentary, primarily social.".[5] Tevis questions this trend, noting that "a major component of this argument is the claim that, unlike in Europe, anti-Semitism in the United States has been an insignificant force—fleeting and more or less harmless. For the most part. . . [r]elatedly, they've argued that neither the law nor the state has played a role in perpetuating anti-Jewish sentiments. My research challenges these long held ideas by revealing the ways in which the state condoned and sometimes promoted anti-Jewish animus."[6]

One early US governmental incident of anti-Jewish action came during the American Civil War, when General Ulysses S. Grant issued General Order No. 11 (1862) to expel Jews from the portions of Tennessee, Kentucky and Mississippi then under his control. The order was quickly rescinded by

President Lincoln. Grant himself later became a supporter of Jews.

From the 1870s to the 1940s, Jews were routinely discriminated against and barred from working in some fields of employment, barred from residing certain properties, not accepted as members by elite social clubs, barred from resort areas and limited by quotas in enrolling in elite colleges. Antisemitism reached its peak with the rise of the second Ku Klux Klan in the 1920s, antisemitic publications by Henry Ford, and incendiary radio speeches by Father Coughlin in the late 1930s.

Following World War II and the Holocaust, antisemitic sentiment declined in the United States; nevertheless, there has been an upsurge in the number of antisemitic hate crimes in recent years. Some historians have stated that the recent focus on diversity, equity, and inclusion government programs facilitates antisemitism by portraying Jews as oppressors, particularly on college campuses.

# Before 1800

Jewish settlers made up a small percentage of the population in the colonial and federal periods.[7] At the time of the Revolution, one in a thousand Americans were Jewish—about 2,500 people. Most were in families of businessmen based in the port cities of Newport, New York City, Philadelphia, Charleston, and Savannah. They prospered as well-connected traders handling imports and exports inside Britain's Atlantic empire. Nevertheless, antisemitism remained pervasive and state-based beginning at least as early as the mid-1600s, when in 1654, the Governor of New Amsterdam referred to the Jewish people as a "repugnant" and a "deceitful race," and sought to have them expelled from New Amsterdam.[8]

The colonial governments often imposed citizenship restrictions against the Jewish settlers, as they sometimes did with Catholics, Lutherans, and Quakers.[8] The harassment of Jews by both individuals and governments was typically less violent than in Europe, but was nevertheless frequent and systemic.[8] Business agreements between Christian and Jewish settlers gradually became a relatively accepted practice, although fees and inequitable practices disfavoring the Jewish settlers were common.[8] Intermarriage was not prohibited and occasionally occurred. The majority of Jewish settlers supported the Patriot cause in the Revolution.[9]

# 19th century

Throughout most of the 18th and 19th centuries, anti-semitism in America was common, though not typically to the extent that was endemic in Europe during the same period.[10][11] Jews were viewed as a race in America as early as 1654, when the Governor of New Amsterdam referred to them as a "deceitful race" in his efforts to expel the Jews from New Amsterdam.[8]

## Civil War

On December 17, 1862, Major General Ulysses S. Grant issued General Order No. 11 expelling Jews from areas under his control in western Tennessee:[12]

The Jews, as a class violating every regulation of trade established by the Treasury Department and also department orders, are hereby expelled ... within twenty-four hours from the receipt of this order.

Grant later issued an order "that no Jews are to be permitted to travel on the road southward." His aide, Colonel John V. DuBois, ordered "all cotton speculators, Jews, and all vagabonds with no honest means of support", to leave the district. "The Israelites especially should be kept out ... they are such an intolerable nuisance."

This order was rescinded by President Lincoln but not until it had been enforced in a number of towns.[13] According to Jerome Chanes, Lincoln's revocation of Grant's order was based primarily on "constitutional strictures against ... the federal government singling out any group for special treatment." Chanes characterizes General Order No. 11 as "unique in the history of the United States" because it was the only overtly antisemitic official action of the United States government.[14] Grant apologized when he ran for president in 1868, and as president, 1869-1877, he was quite friendly toward Jews.[15]

## Late 19th century

According to historians Ronald J. Jensen and Stuart Knee, by the 1870s Russian-American relations were strained by the mistreatment of American Jewish visitors in Russia. President Grant quickly responded to American Jewish requests for action to protect visitors.[16] By the 1880s, the outbreak of anti-Semitic pogroms in Russia and consequent mass emigration of Jews to New York made relations worse. After 1880, escalating pogroms alienated both elite opinion and public opinion in the United States.[17] In 1903, the Kishinev pogrom killed 47 Jews, injured 400, and left 10,000 homeless and dependent on relief. American Jews began large-scale organized financial help and assisted in emigration from Russia.[18] More violence in Russia led in 1911 to the United States repealing an 1832 commercial treaty.[19]

## Late 19th-century antisemitic media

The late 19th century in the United States saw a rise in antisemitic media that reflected and amplified public anxieties about Jewish immigration and economic influence. One notable example is an 1892 caricature "Their New Jerusalem" published in Judge magazine, which portrays Jewish immigrants and established Jewish businessmen as threats to American economic stability and cultural values.[20] The central figure, a wealthy Jewish man carrying a scroll labeled "Perseverance and Industry," stands amid a bustling New York street dominated by Jewish-owned businesses, while established American families are depicted heading westward in apparent flight. This image serves as a vivid illustration of how antisemitic tropes, such as Jewish economic dominance and cultural displacement, permeated late 19th-century American society. Americans, who were influenced by European antisemitic tropes and stereotypes, such as the greedy "moneylender" as such tropes were widely visible in Europe, as seen in books such as the Gentile Tales and Blood Libel.[21] Such depictions shaped societal attitudes, fueling nativist and exclusionary sentiments during a period of significant immigration.

## Immigration from Eastern Europe

Between 1881 and 1920, approximately 3 million Ashkenazi Jews from Eastern Europe immigrated to America, many of them fleeing pogroms and the difficult economic conditions which were widespread in much of Eastern Europe during this time. Jews, along with many Eastern and Southern European immigrants, came to work the country's growing mines and factories. Many Americans distrusted these Jewish immigrants.[13]

Between 1900 and 1924, approximately 1.75 million Jews immigrated to America's shores, the bulk from Eastern Europe. Whereas before 1900, American Jews never amounted even to 1 percent of America's total population, by 1930 Jews formed about 3.5 percent. This dramatic increase, combined with the upward mobility of some Jews, contributed to a resurgence of antisemitism.



Antisemitic anti-immigrant cartoon, 1890

As the European immigration swelled the Jewish population of the United States, there developed a growing sense of Jews as different. Indeed, the United States government's Census Bureau classified Jews as their own race, Hebrews, and a 1909 effort led by Simon Wolf to remove Hebrew as a race through a Congressional bill failed.[22] Jerome Chanes attributes this perception on the fact that Jews were concentrated in a small number of occupations: they were perceived as being mostly clothing manufacturers, shopkeepers and department store owners. He notes that so-called "German Jews" (who in reality came not just from Germany but from Austria-Hungary and other countries as well) found themselves increasingly segregated by a widespread social antisemitism that became even more prevalent in the twentieth century and which persists in vestigial form even today.[23]

## Populism

In the middle of the 19th century, a number of German Jewish immigrants founded investment banking firms which later became mainstays of the industry. Most prominent Jewish banks in the United States were big city investment banks, rather than local commercial banks.[24] Although Jews played only a minor role in the nation's small town banks, system, the prominence of Jewish investment bankers such as the Rothschild family in Europe, and Jacob Schiff, of Kuhn, Loeb & Co. in New York City, made the claims of antisemites believable to some.[25]

Another focus of antisemitic fear was the allegation that Jews were at the center of an international conspiracy to fix the currency and thus the economy to a single gold standard.[26]

One example of allegations of Jewish control of finances during the 1890s is Mary Elizabeth Lease, a leading Populist from Kansas, who said, "the government, at the bid of Wall Street, repudiated its contracts with the people . . . in the interest of Shylock."[27]

Historians have debated the importance of antisemitic rhetoric in the Populist movement in rural America in the 1890s. Richard Hofstadter, a leading historian, in 1955 argued that the Greenback-Populist tradition was responsible for most of the popular antisemitism in the United States. He notes that there were various forms of anti-Semitism but, "It was chiefly Populist writers who expressed that identification of the Jew with the usurer and the 'international gold ring' which was the central theme of the American anti-Semitism....for many silverites, the Jew was an organic part of the conspiracy theory of history."[28] Historians no longer agree with Hofstadter. Several prominent Populists did express hostile images, but most did not.[29] Historian Walter Nugent read through 200 Populist newspapers and pamphlets and found little evidence to support claims of widespread antisemitism.[30]



An antisemitic political cartoon in an issue of "Sound Money" magazine which appeared in 1896. "This is the U.S. in the Hands of the Jews", portraying Uncle Sam being crucified like Jesus. Two figures labeled "Wall Street Pirates" with caricatured Jewish features poke him with a spear and raise a poisoned sponge to his lips. The tub of poison is labeled "Debt", the poisoned sponge "Interest on Bonds", and the spear "Single Gold Standard". Below, figures labeled "Republicanism" (Caricature of James G. Blaine) and "Democracy" (Caricature of Grover Cleveland) pick Uncle Sam's pockets.

According to Deborah Dash Moore, populist antisemitism used the Jew to symbolize both capitalism and urbanism so as to personify concepts that were too abstract to serve as satisfactory objects of animosity.[31]

## Upper class discrimination

In 1877, the rich New York City banker Joseph Seligman and his family were turned away from the elite Grand Union Hotel in Saratoga Springs, New York. They had often been guests, but the new owner Henry Hilton decreed that no Jews be admitted. Hilton and Seligman belonged to rival political factions in New York, and took their cases to the media. Hilton stated his goal was to satisfy his other guests; they did not want to associate with Jews. It was a newsworthy event. Across the Northeast, elite hotels and private clubs began excluding Jews. The exclusion remained legal until the middle 20th century.[32][33]

Jews encountered resistance when they tried to move into higher white-collar and professional positions. Banking, insurance, public utilities, medical schools, hospitals, large law firms and faculty positions, restricted the entrance of Jews. In major cities, Jews established their own financial and legal facilities. By the early 20th century, the surge of Jews attending elite colleges was seen as a threat to established traditions; many quietly imposed quotas to keep the Jewish element under 10 or

20 percent. Less prestigious schools without large endowments relied on tuition and seldom imposed quotas.[34][35] Likewise elite medical and law schools established quotas. The quota system ended in the 1940s.[36]

# Early 20th century

In the first half of the 20th century, Jews were discriminated against in employment, access to residential and resort areas, membership in clubs and organizations, and in tightened quotas on Jewish enrollment and teaching positions in colleges and universities. Restaurants, hotels and other establishments that barred Jews from entry were called "restricted".[37]



Cover of *Jew Jokes*, (Cleveland: Arthur Westbrook Company) 1908

## Lynching of Leo Frank

In 1913, a Jewish American in Atlanta named Leo Frank was convicted for the rape and murder of Mary Phagan, a 13-year-old Christian girl who he employed. In the middle of the night on April 27, 1913, Mary Phagan was found dead by a night watchman in the basement of a pencil factory in Atlanta, Georgia.[38] Leo Frank, the superintendent of the factory, was the last person to acknowledge seeing her alive earlier that day after paying her weekly wages. Detectives took Frank to the scene of the crime and the morgue to view the body. After further questioning, they concluded that he was most likely not the murderer. In the days following, rumors began to spread amongst the public that the girl had been sexually assaulted prior to her death. This sparked outrage amongst the public which called for immediate action and justice for her murder. On April 29, following Phagan's funeral, public outrage reached its pinnacle. Under immense pressure to identify a suspect, detectives arrested Leo Frank on the same day. Being a Jewish factory owner, previously from the north, Frank was an easy target for the antisemitic population who already distrusted northern merchants who had come to the south to work following the American Civil War.[39][40] During the trial, the primary witness was Jim Conley, a black janitor who worked at the factory. Initially a suspect, Conley became the state's main witness in the trial against Frank.

Prior to the trial, Conely had given four conflicting statements regarding his role in the murder. In court, the Frank's lawyers were unable to disprove Conley's claims that he was forced by Frank to dispose of Phagan's body. The trial gathered immense attention especially from Atlantans, who gathered in large crowds around the courthouse demanding for a guilty verdict. In addition to this, much of the media coverage at the time took an antisemitic tone and after 25 days, Leo Frank was found guilty of murder on August 25 and sentenced to death by hanging on August 26. The verdict was met with cheers and celebration from the crowd. Following the verdict, Frank's lawyers submitted a total of five appeals to the Georgia Supreme Court as well as the U.S. Supreme Court claiming that Frank's absence on the day of the verdict and the amount of public pressure and influence swayed the jury. After this, the case was brought to Georgia governor John M. Slaton. Despite the public demanding for him to hold the verdict, Slaton changed Frank's verdict from death sentence to life imprisonment, believing that his innocence would eventually be established and he would be set

free.[39] This decision was met with immense public outrage, causing riots and even forcing Slaton to declare Martial Law at one point. On August 16, 1915, 25 citizens stormed a prison farm in Milledgeville where Leo Frank was being held. Taking Frank from his cell, they drove him to Marietta, the hometown of Mary Phagan, and hanged him from a tree. Leaders of the lynch mob would later gather at Stone Mountain to revive the Ku Klux Klan.

In response to the lynching of Leo Frank, Sigmund Livingston founded the Anti-Defamation League (ADL) under the sponsorship of B'nai B'rith. The ADL became the leading Jewish group fighting antisemitism in the United States. The lynching of Leo Frank coincided with and helped spark the revival of the Ku Klux Klan. The Klan disseminated the view that anarchists, communists and Jews were subverting American values and ideals.

## World War I

With the American entry into World War I, Jews were targeted by antisemites as "slackers" and "war-profiteers" responsible for many of the ills of the country. For example, a U.S. Army manual published for war recruits stated that, "The foreign born, and especially Jews, are more apt to malinger than the native-born." When ADL representatives protested about this to President Woodrow Wilson, he ordered the manual recalled. The ADL also mounted a campaign to give Americans the facts about military and civilian contributions of Jews to the war effort.[41]

## 1920s

Antisemitism in the United States reached its peak during the 1920s and 1930s.[2][42] The attraction of the Ku Klux Klan in the mid-1920s, the antisemitic works of Henry Ford, and radio speeches by Father Coughlin in the late 1930s indicated the strength of suspicions about Jews.

One element in American antisemitism during the early 1920s was the identification of Jews with Bolshevism where the concept of Bolshevism was used pejoratively in the country (see article on "Jewish Bolshevism").

Immigration legislation enacted in the United States in 1921 and 1924 was interpreted widely as being at least partly anti-Jewish in intent because it strictly limited the immigration quotas of eastern European nations with large Jewish populations, nations from which 3 million Jews had immigrated to the United States by 1920.

### Restriction on immigration

In 1924, Congress passed the Johnson–Reed Act severely restricting immigration. Although the act did not specifically target Jews, the effect of the legislation was that 86% of the 165,000 permitted entries were from Northern European countries, with Germany, Britain, and Ireland having the highest quotas. The act effectively diminished the flow of Jewish immigrants from Eastern Europe to a trickle.

## Henry Ford

Henry Ford was a pacifist who opposed World War I, and he believed that Jews were responsible for starting wars in order to profit from them: "International financiers are behind all war. They are what is called the international Jew: German Jews, French Jews, English Jews, American Jews. I believe that in all those countries except our own the Jewish financier is supreme ... here the Jew is a threat".[43] Ford believed that Jews were responsible for capitalism, and in their role as financiers, they did not contribute anything of value to society.[44]

In 1915, during World War I, Ford blamed Jews for instigating the war, saying "I know who caused the war: German-Jewish bankers."[45] Later, in 1925, Ford said "What I oppose most is the international Jewish money power that is met in every war. That is what I oppose—a power that has no country and that can order the young men of all countries out to death'". According to author Steven Watts, Ford's antisemitism was partially due to a noble desire for world peace.[45][46]



*The Dearborn Independent*

Ford became aware of *The Protocols of the Elders of Zion* and believed it to be a legitimate document, and he published portions of it in his weekly magazine sent to Ford dealerships, the *Dearborn Independent*. In 1920–21 it carried a series of articles expanding on the themes of financial control by Jews, entitled:[47]

1. *Jewish Idea in American Monetary Affairs: The remarkable story of Paul Warburg, who began work on the United States monetary system after three weeks residence in this country*
2. *Jewish Idea Molded Federal Reserve System: What Baruch was in War Material, Paul Warburg was in War Finances; Some Curious revelations of money and politics.*
3. *Jewish Idea of a Central Bank for America: The evolution of Paul M. Warburg's idea of Federal Reserve System without government management.*
4. *How Jewish International Finance Functions: The Warburg family and firm divided the world between them and did amazing things which non-Jews could not do*
5. *Jewish Power and America's Money Famine: The Warburg Federal Reserve sucks money to New York, leaving productive sections of the country in disastrous need.*
6. *The Economic Plan of International Jews: An outline of the Protocolists' monetary policy, with notes on the parallel found in Jewish financial practice.*

One of the articles, "Jewish Power and America's Money Famine", asserted that the power exercised by Jews over the nation's supply of money was insidious by helping deprive farmers and others outside the banking coterie of money when they needed it most. The article asked the question: "Where is the American gold supply? ... It may be in the United States but it does not belong to the United States" and it drew the conclusion that Jews controlled the gold supply and, hence, American money.[48]

Another of the articles, "Jewish Idea Molded Federal Reserve System" was a reflection of Ford's suspicion of the Federal Reserve System and its proponent, Paul Warburg. Ford believed the Federal Reserve system was secretive and insidious.[49]

These articles gave rise to claims of antisemitism against Ford,[50] and in 1929 he signed a statement apologizing for the articles.[51]

## 1930s

Antisemitic activists in the 1930s were led by Father Charles Coughlin, William Dudley Pelley, and Gerald L. K. Smith. Ford's old attacks on Jews continued to be circulated by other people. They promulgated various interrelated conspiracy theories, widely spreading the fear that Jews were working for the destruction or replacement of white Americans and Christianity in the U.S.[52][53]

According to Gilman and Katz, antisemitism increased dramatically in the 1930s with demands being made to exclude American Jews from American social, political and economic life.[54]

During the 1930s and 1940s, right-wing demagogues linked the Great Depression in the United States to the New Deal, and the Presidency of Franklin D. Roosevelt. They attributed the threat of war in Europe to the machinations of an imagined international Jewish conspiracy that was both communist and capitalist. A new twist appeared which accused "the Jews" of dominating Roosevelt's administration, of causing the Great Depression, and of dragging the United States into a war against a new Germany which deserved nothing but admiration. Roosevelt's "New Deal" was derisively referred to as the "Jew Deal".[54]

Father Charles Coughlin, a Catholic radio preacher increasingly attacked "the Jews" after 1936. Gerald L. K. Smith, a Protestant minister, founded the Committee of One Million in 1937, declaring that "Christian character is the basis of all real Americanism." Other antisemitic agitators included Fritz Julius Kuhn of the German American Bund, William Dudley Pelley of the Silver Legion of America, and the Rev. Gerald Winrod of the Defenders of the Christian Faith.[55]

In the end, promoters of antisemitism achieved no more than a passing popularity as the threat of Nazi Germany became more and more evident to the American electorate. Steven Roth asserts that there was never a real possibility of a "Jewish question" appearing on the American political agenda as it did in Europe; according to Roth, the resistance to political antisemitism in the United States was due to the heterogeneity of the American political structure.[56]

### American attitudes towards Jews

In a 1938 poll, approximately 60 percent of the respondents held a low opinion of Jews, labeling them "greedy," "dishonest," and "pushy."[57] 41 percent of respondents agreed that Jews had "too much power in the United States," and this figure rose to 58 percent by 1945.[58] Several surveys taken from 1940 to 1946 found that Jews were seen as a greater threat to the welfare of the United States than any other national, religious, or racial group.[59]

## Father Charles Coughlin

The main spokesman for antisemitic sentiment was Charles Coughlin, a Catholic priest whose weekly radio program drew between 5 and 12 million listeners in the late 1930s. Coughlin's newspaper, *Social Justice*, reached a circulation of 800,000 at its peak in 1937.[60]



A 1942 advertisement for recreational lodging in Goshen, Connecticut stating that the facility is not a hotel and caters to Christian clientele specifically.

After the 1936 election, Coughlin increasingly expressed sympathy for the fascist policies of Hitler and Mussolini, as an antidote to Bolshevism. Starting in 1938 his weekly radio broadcasts became suffused with overtly antisemitic themes, such as blaming the Great Depression on an international conspiracy of Jewish bankers.[61] Coughlin began publication of a weekly magazine, *Social Justice*, during this period, in which he printed antisemitic polemics such as *The Protocols of the Elders of Zion*.[62] Like Joseph Goebbels in Berlin, Coughlin claimed that Marxist atheism in Europe was a Jewish plot. The December 5, 193,8 issue of *Social Justice* included an article by Coughlin which closely resembled a speech made by Goebbels on September 13, 1935, attacking Jews, atheists and communists, with some sections being copied verbatim by Coughlin from an English translation of the Goebbels speech. On November 20, 1938, two weeks after Kristallnacht, when thousands of Jews across Germany were attacked, and Jewish businesses, homes and synagogues burned, Coughlin blamed the Jewish victims, saying that "Jewish persecution only followed after Christians first were persecuted."[62] After this speech, and as his programs became more antisemitic, some radio stations, including those in New York and Chicago, began refusing to air his speeches without pre-approved scripts; in New York, his programs were cancelled by WINS and WMCA, leaving Coughlin to broadcasting on the Newark part-time station WHBI. This made Coughlin a hero in Germany, where papers ran headlines like: "America is Not Allowed to Hear the Truth."[63]

On December 18, 1938, 2,000 of Coughlin's followers marched in New York protesting potential asylum law changes that would allow more Jews (including refugees from Hitler's persecution) into the US. They chanted "Send Jews back where they came from in leaky boats!" and "Wait until Hitler comes over here!" The protests continued for several months. Donald Warren, using information from the FBI and German government archives, has also argued that Coughlin received indirect funding from Nazi Germany during this period.[64]

After 1936, Coughlin began supporting an organization called the Christian Front, which claimed him as an inspiration. In January, 1940, the Christian Front was shut down when the FBI discovered the group was arming itself and "planning to murder Jews, communists, and 'a dozen Congressmen'"[65] and eventually establish, in J. Edgar Hoover's words, "a dictatorship, similar to the Hitler dictatorship in Germany." Coughlin publicly stated, after the plot was discovered, that he still did not "disassociate himself from the movement," and though he was never linked directly to the plot, his reputation suffered a fatal decline.[66]

After the attack on Pearl Harbor and the declaration of war in December 1941, the anti-interventionist movement (such as the America First Committee) sputtered out, and isolationists like Coughlin were seen as being sympathetic to the enemy. In 1942, the new bishop of Detroit ordered Coughlin to stop his controversial political activities and confine himself to his duties as a parish priest.

Case 2:25 mi 158     Document: 00118266017     Page: 23     Date Filed: 03/20/2025     Entry ID: 6710174

### Pelley and Winrod

William Dudley Pelley founded (1933) the antisemitic Silver Legion of America; nine years later he was convicted of sedition.[67] Gerald Winrod, leader of the Defenders of the Christian Faith, received strong support from the Mennonites of Kansas. During World War II, he was indicted for conspiracy to cause insubordination in the military, but the charges were dropped.[68]

### America First Committee

The avant-garde of the new non-interventionism was the America First Committee, which included the aviation hero Charles Lindbergh and many prominent Americans. The America First Committee opposed any involvement in the war in Europe.

Officially, America First avoided any appearance of antisemitism and voted to drop Henry Ford as a member for his overt antisemitism.

In a speech delivered on September 11, 1941, at an America First rally, Lindbergh claimed that three groups had been "pressing this country toward war": the Roosevelt Administration, the British, and the Jews—and complained about what he insisted was the Jews' "large ownership and influence in our motion pictures, our press, our radio and our government."[42]

In his diary Lindbergh wrote: "We must limit to a reasonable amount the Jewish influence. ... Whenever the Jewish percentage of total population becomes too high, a reaction seems to invariably occur. It is too bad because a few Jews of the right type are, I believe, an asset to any country."[69]

### German American Bund

The German American Bund held parades in New York City in the late 1930s which featured Nazi uniforms and flags featuring swastikas alongside American flags. Some 20,000 people attended their big rally where Bund leader Fritz Julius Kuhn criticized President Franklin D. Roosevelt and ridiculed him as "Frank D. Rosenfeld", calling his New Deal the "Jew Deal", and espousing his belief in the existence of a Bolshevik-Jewish conspiracy in America.

## Refugees from Nazi Germany

In the years before and during World War II the United States Congress, the Roosevelt Administration, and public opinion expressed concern about the fate of Jews in Europe but consistently refused to permit immigration of Jewish refugees.

In a report issued by the State Department during the Clinton Administration, Undersecretary of State Stuart Eizenstat noted that the United States accepted only 21,000 refugees from Europe and did not significantly raise or even fill its restrictive quotas, accepting far fewer Jews per capita than many of the neutral European countries and fewer in absolute terms than Switzerland.[70]

According to David Wyman, "The United States and its Allies were willing to attempt almost nothing to save the Jews."[71] There is some debate as to whether U.S. policies were generally targeted against all immigrants or specifically against Jews in particular. Wyman characterized FDR advisor and State

Department official in charge of immigration policy Breckinridge Long as a nativist, more anti-immigrant than just antisemitic.[72]

## SS St. Louis

The SS *St. Louis* sailed out of Hamburg into the Atlantic Ocean in May 1939 carrying one non-Jewish and 936 (mainly German) Jewish refugees seeking asylum from Nazi persecution just before World War II. On June 4, 1939, having failed to obtain permission to disembark passengers in Cuba, the *St. Louis* was also refused permission to unload on orders of President Roosevelt as the ship waited in the Caribbean Sea between Florida and Cuba.[73][74]

# The Holocaust

During World War II and the Holocaust, antisemitism was a factor that limited American Jewish action during the war, and it also put American Jews in a difficult position. It is clear that antisemitism was a prevalent attitude in the US, and it was even more widespread in America during the Holocaust. In America, antisemitism, which reached high levels in the late 1930s, continued to rise in the 1940s. During the years before the Attack on Pearl Harbor, over a hundred antisemitic organizations were responsible for pumping hate propaganda to the American public. Furthermore, especially in New York City and Boston, young gangs vandalized Jewish cemeteries and synagogues, and attacks on Jewish youngsters were common. Swastikas and anti-Jewish slogans, as well as antisemitic literature, were all spread. In 1944, a public opinion poll showed that a quarter of Americans still regarded Jews as a "menace." Antisemitism in the State Department played a large role in Washington's hesitant response to the plight of European Jews persecuted by Nazis.[75]

In a 1943 speech on the floor of Congress quoted in both *The Jewish News* of Detroit[76] and the antisemitic magazine *The Defender* of Wichita,[77] Mississippi Representative John E. Rankin espoused a conspiracy of "alien-minded" Communist Jews arranging for white women to be raped by African American men:

> When those communistic Jews—of whom the decent Jews are ashamed—go around here and hug and kiss these Negroes, dance with them, intermarry with them, and try to force their way into white restaurants, white hotels and white picture shows, they are not deceiving any red-blooded American, and, above all, they are not deceiving the men in our armed forces—as to who is at the bottom of all this race trouble.

> The better element of the Jews, and especially the old line American Jews throughout the South and West, are not only ashamed of, but they are alarmed at, the activities of these communistic Jews who are stirring this trouble up.

> They have caused the deaths of many good Negroes who never would have got into trouble if they had been left alone, as well as the deaths of many good white people, including many innocent, unprotected white girls, who have been raped and murdered by vicious Negroes, who have been encouraged by those alien-minded Communists to commit such crimes.

## US Government's policy

Josiah DuBois wrote the famous "Report to the Secretary on the Acquiescence of This Government in the Murder of the Jews," which Treasury Secretary Henry Morgenthau, Jr., used to convince President Franklin D. Roosevelt to establish the War Refugee Board in 1944.[78][79][80] Randolph Paul was also a principal sponsor of this report, the first contemporaneous Government paper attacking America's dormant complicity in the Holocaust.

Entitled "Report to the Secretary on the Acquiescence of This Government in the Murder of the Jews", the document was an indictment of the U.S. State Department's diplomatic, military, and immigration policies. Among other things, the Report narrated the State Department's inaction and in some instances active opposition to the release of funds for the Jews in Nazi-occupied Europe, and condemned immigration policies that closed American doors to Jewish refugees from countries then engaged in their systematic slaughter.

The catalyst for the Report was an incident involving 70,000 Romanian Jews whose evacuation from the Kingdom of Romania could have been procured with a $170,000 bribe. The Foreign Funds Control unit of the Treasury, which was within Paul's jurisdiction, authorized the payment of the funds, the release of which both the President and Secretary of State Cordell Hull supported. From mid-July 1943, when the proposal was made and Treasury approved, through December 1943, a combination of the State Department's bureaucracy and the British Ministry of Economic Warfare interposed various obstacles. The Report was the product of frustration over that event.

On January 16, 1944, Morgenthau and Paul personally delivered the paper to President Roosevelt, warning him that Congress would act if he did not. The result was Executive Order 9417,[81] creating the War Refugee Board composed of the Secretaries of State, Treasury and War. Issued on January 22, 1944, the Executive Order declared that "it is the policy of this Government to take all measures within its power to rescue the victims of enemy oppression who are in imminent danger of death and otherwise to afford such victims all possible relief and assistance consistent with the successful prosecution of the war."[82]

It has been estimated that 190,000–200,000 Jews could have been saved during World War II, had it not been for bureaucratic obstacles to immigration deliberately created by Breckinridge Long and others.[83]

# 1950s

## Liberty Lobby

Liberty Lobby was a political advocacy organization which was founded in 1955 by Willis Carto in 1955. Liberty Lobby was founded as a conservative political organization and was known to hold strongly antisemitic views and to be a devotee of the writings of Francis Parker Yockey, who was one of a handful of post-World War II writers who revered Adolf Hitler.

# Late twentieth century

The Nixon White House tapes released during the Watergate scandal reveal that President Richard Nixon made numerous anti-Semitic remarks during his presidency.[84] For example, he repeatedly referred to National Security Advisor Henry Kissinger as "Jew boy", and blamed the anti-Vietnam War movement and leaking of the Pentagon Papers on Jews.[84][85][86]

Antisemitic violence in this era includes the 1977 shootings at Brith Sholom Kneseth Israel synagogue in St. Louis, Missouri, the 1984 murder of Alan Berg, the 1985 Goldmark murders, and the 1986 murder of Neal Rosenblum.

## African-American community

In 1984, civil rights leader Jessie Jackson speaking to Washington Post reporter Milton Coleman referred to Jews as "Hymies" and New York City as "Hymietown." He later apologized.[87]

During the Crown Heights riot, marchers proceeded carrying antisemitic signs and an Israeli flag was burned.[88][89] Ultimately, Black and Jewish leaders developed an outreach program between their communities to help calm and possibly improve racial relations in Crown Heights over the next decade.[90]

According to Anti-Defamation League surveys begun in 1964, African Americans are significantly more likely than white Americans to hold antisemitic beliefs, although there is a strong correlation between education level and the rejection of antisemitic stereotypes for all races. However, Black Americans of all education levels are nevertheless significantly more likely than whites of the same education level to be antisemitic. In a 1998 survey, Black Americans (34%) were found to be nearly four times as likely as white Americans (9%) to be antisemitic. Among Black people with no college education, 43% fell into the most antisemitic group (vs. 18% for the general population), which fell to 27% among Black people with some college education, and 18% among Black people with a four-year college degree (vs. 5% for the general population).[91]

## Other manifestations

During the early 1980s, isolationists on the far right made overtures to anti-war activists on the left in the United States in an attempt to join forces and protest against government policies in areas where they shared concerns.[92] This was mainly in the area of civil liberties, opposition to United States military intervention overseas and opposition to US support for Israel.[93][a] As they interacted, some of the classic right-wing antisemitic scapegoating conspiracy theories began to seep into progressive circles,[93] including stories about how a "New World Order", also called the "Shadow Government" or "The Octopus",[92] was manipulating world governments. Antisemitic conspiracies was "peddled aggressively" by right-wing groups.[93] Some on the left adopted the rhetoric, which was made possible by their lack of knowledge about the history of fascism and its use of "scapegoating, reductionist and simplistic solutions, demagoguery, and a conspiracy theory of history."[93]

Towards the end of 1990, as the movement against the Gulf War began to build, a number of far-right and antisemitic groups sought out alliances with left-wing anti-war coalitions, who began to speak openly about a "Jewish lobby" that was encouraging the United States to invade Ba'athist Iraq. This idea evolved into conspiracy theories about a "Zionist-occupied government" (ZOG), which has been seen as equivalent to the early-20th century antisemitic hoax, *The Protocols of the Elders of Zion*.[92] The anti-war movement as a whole rejected these overtures by the political right.[93]

In the context of the first US-Iraq war, on September 15, 1990, Pat Buchanan appeared on *The McLaughlin Group* and said that "there are only two groups that are beating the drums for war in the Middle East – the Israeli defense ministry and its 'amen corner' in the United States." He also said: "The Israelis want this war desperately since they want the United States to destroy the Iraqi war machine. They want us to finish them off. They don't care about our relations with the Arab world."[94]

# 21st century

Research has shown a rising level of antisemitism since the 2010s.[95][96] According to the ADL, there were 8,873 antisemitic incidents across the United States in 2023, a 140% bump from the 3,698 incidents in 2022 and the highest since 1979. Compared to 2022, assaults, vandalism and harassment rose by 45%, 69% and 184% respectively in 2023.[97] The ADL reported a 200% increase in antisemitic incidents from October 7, 2023 to September 24, 2024, vis-à-vis 2022-23. They explained that the increase was due partly to their new methodology,[98] which was disputed by some current and former staff disagreeing with the ADL's methodology, e.g. definition of antisemitism being used.[99]

However, according to FBI's 2023 statistics, antisemitic incidents accounted for 68% of all religion-based hate crimes, a 63% bump vis-à-vis 2022. The American Jewish Committee (AJC) said that it was likely much lower than the actual number as hate crimes had been widely underreported across the country.[100]

Scholars claimed the rise signaled a shift in the nature and prevalence of antisemitism in United States that portended a return to the era of explicit and pervasive antisemitism.[101][102][103] According to an August 2024 survey by the *Combat Antisemitism Movement*, 3.5 million Jews in America have experienced antisemitism since the 2023 Hamas-led attack on Israel. Of the 1,075 American Jews interviewed, 28% claimed to have heard "Jews care too much about money", 25% heard "Jews control the world", 14% heard "American Jews care more about Israel than about the US", and 13% heard "the Holocaust did not happen" or its severity has been "exaggerated".[104][105]

## New antisemitism

In recent years some scholars have advanced the concept of *New antisemitism*, coming simultaneously from the far-left, the far right, and Islamists, which tends to focus on opposition to the creation of a Jewish homeland in the State of Israel, and argue that the language of Anti-Zionism and

criticism of Israel are used to attack the Jews more broadly. In this view, the proponents of the new concept believe that criticisms of Israel and anti-Zionism are often disproportionate in degree and unique in kind, and attribute this to antisemitism.[106]

In October 2014 the controversial opera *The Death of Klinghoffer* was staged in the Metropolitan Opera in New-York. The opera tells the story of the 1985 hijacking of the Achille Lauro cruise ship by Palestinian terrorists, and the killing of Jewish passenger Leon Klinghoffer. Some of the criticism opposed to the opera claimed it's partly antisemitic and glorifies the killers,[107] as American writer and feminist Phyllis Chesler, an opera aficionado, wrote:


Antisemitic sign at a protest in 2008

> The Death of Klinghoffer also demonizes Israel—which is what anti-Semitism is partly about today. It incorporates lethal Islamic (and now universal) pseudo-histories about Israel and Jews. It beatifies terrorism, both musically and in the libretto.[108]

## College campuses

On April 3, 2006, the U.S. Commission on Civil Rights announced its finding that incidents of antisemitism are a "serious problem" on college campuses throughout the United States.[109]

Stephen H. Norwood compares the Antisemitism in contemporary American University to the antisemitism in campuses during the Nazi era.[110] His article shows how the support in Anti-Zionist opinions encourages antisemitism inside American campus. Norwood describes in his article: "In 2002, Muslim student groups at San Francisco State University similarly invoked the medieval blood libel, distributing fliers showing a can with a picture of a dead baby beneath a large drop of blood and two Israeli flags, captioned: "Made in Israel. Palestinian Children Meat. Slaughtered According to Jewish Rites Under American License." On that campus a mob menaced Jewish students with taunts of "Hitler did not finish the job" and "Go back to Russia." The transfer between the criticism on Israel to pure antisemitism is significant.

During April 2014 there were at least 3 incidents of swastika drawings on Jewish property in University dormitories. At UCF for example, a Jewish student found 9 swastikas carved into walls of her apartment.[111]

On the beginning of September 2014 there were two cases of antisemitism in College campuses: two students from East Carolina University sprayed swastika on the apartment door of a Jewish student,[112] while on the same day, a Jewish student from the University of North Carolina at Charlotte was told "to go burn in an oven." The student had also told the media she is "hunted" because of her support in Israel: "I have been called a terrorist, baby killer, woman killer, [told that] I use blood to make matzah and other foods, Christ killer, occupier, and much more."[113]

In October 2014 fliers were handed out in the University of California in Santa Barbara that claimed "9/11 Was an Outside Job" with a large blue Star of David. The fliers contained links to several websites that accused Israel of the attack.[114] A few days later antisemitic graffiti was found on a

Jewish fraternity house in Emory University in Atlanta.[115] Another graffiti incident occurred in Northeastern University, where swastikas drawn on flyers for a school event.[116]

A survey published in February 2015 by Trinity College and the Louis D. Brandeis Center for Human Rights Under Law found out that 54 percent of the participants had been subject to or witnessing antisemitism on their campus. The survey included 1,157 self-identified Jewish students at 55 campuses nationwide. The most significant origin for antisemitism, according to the survey was "from an individual student" (29 percent). Other origins were: in clubs/ societies, in lecture/ class, in student union, etc. The findings of the research compared to a parallel study conducted in United kingdom, and the results were similar.[117]

In October 2015, it was reported that a few cars in the parking lot of the UC Davis were vandalized and scratched with antisemitic slurs and swastika sketches.[118] A few days later, antisemitic slurs were found on a chalkboard in a center of the campus at Towson University.[119]

## Nation of Islam

The Nation of Islam is considered to be antisemitic by several organizations, including the Southern Poverty Law Center and the Anti-Defamation League.[120][121] They claim that the Nation of Islam has engaged in revisionist and antisemitic interpretations of the Holocaust and exaggerates the role of Jews in the African slave trade.[122] The Anti-Defamation League (ADL) alleges that Nation of Islam Health Minister, Dr. Abdul Alim Muhammad, has accused Jewish doctors of injecting Blacks with the human immunodeficiency virus.[123]

## Public attitudes towards Jews

According to a 2005 Anti-Defamation League (ADL) survey, 14 percent of U.S. residents had antisemitic views. It found "35 percent of foreign-born Hispanics" and "36 percent of African-Americans hold strong antisemitic beliefs, four times more than the 9 percent for whites".[124] The 2005 Anti-Defamation League survey includes data on Hispanic attitudes, with 29% being most antisemitic (vs. 9% for whites and 36% for blacks); being born in the United States helped alleviate this attitude: 35% of foreign-born Hispanics, but only 19% of those born in the US.[125]

The ADL's 2011 *Survey of American Attitudes Toward Jews in America,* found that the recent world economic recession increased the expression of some antisemitic viewpoints among Americans. Most of the people who were surveyed expressed pro-Jewish sentiments, with 64% of them believing that Jewish people have contributed much to U.S. social culture. Yet the polling also found that 19% of Americans answered "probably true" to the antisemitic trope that "Jews have too much control/influence on Wall Street" (see Economic antisemitism) while 15% of Americans concurred with the related statement that Jews seem "more willing to use shady practices" in business than other people do. Reflecting on the lingering antisemitism of about one in five Americans, Abraham H. Foxman, the ADL's national director, has argued, "It is disturbing that with all of the strides we have made in becoming a more tolerant society, anti-Semitic beliefs continue to hold a vice-grip on a small but not insubstantial segment of the American public."[126]

## Hate crimes

Escalating hate crimes which targeted Jews and members of other minority groups prompted the passage of the federal Hate Crimes Statistics Act in 1990. On April 1, 2014, Frazier Glenn Miller, a former member of the Ku Klux Klan arrived at the Jewish center of Kansas City and murdered 3 people.[127] After his capture, the suspect was heard saying "Heil Hitler".[128]

In April 2014, the Anti-Defamation League published its 2013 audit of antisemitic incidents, the audit pointed out a decline of 19 percent in the number of reported antisemitic incidents. The total number of antisemitic attacks across the U.S. was 751, including 31 physical assaults, 315 incidents of vandalism and 405 cases of harassment.[129]

The Vassar Students for Justice in Palestine published a Nazi World War II propaganda poster in May 2014. The poster displayed Jews as part of a monster who tries to destroy the world. Vassar College president Catharine Hill denounced the poster.[130] A few months later, a physical attack occurred in Philadelphia, when a Jewish student on the campus of Temple University was assaulted and punched in the face by a member of the organization Students for Justice in Palestine, who called him an antisemitic slur.[131]

In May 2014, a Jewish mother from Chicago accused a group of students at her eighth-grade son's school of bullying and antisemitism. They used the multi-player video game *Clash of Clans* to create a group called "Jews Incinerator" and described themselves by stating: "we are a friendly group of racists with one goal- put all Jews into an army camp until they are disposed of. Sieg! Heil!" Two students wrote apology letters.[132][133]

In June 2014, there were several antisemitic hate crimes. A swastika and other antisemitic graffiti were scrawled onto a streetside directional sign in San Francisco.[134] More graffiti was found at the Sanctuary Lofts Apartments, where graffiti artists drew antisemitic, satanic and racist symbols inside the apartment complex.[135] Towards the end of the month a young Jewish boy was attacked while he was leaving his home in Brooklyn. The suspect, who was on a bike, opened his hand while passing and struck the victim in the face, then yelled antisemitic slurs.[136]

In July 2014, during the 2014 Gaza War, there was an increase in the occurrence of antisemitic incidents. In the beginning of the month an antisemitic banner was flown above Brighton Beach and Coney Island. The banner contained symbols that meant "peace plus swastika equals love". The word "PROSWASTIKA" also appeared on the banner.[137] Additionally, there were more than 5 incidents of antisemitic graffiti across the country. In Borough Park, Brooklyn, New York, three man were arrested for vandalizing yeshiva property and a nearby house in the Jewish neighborhood by spraying swastikas and inscriptions such as "you don't belong here".[138] Later that month swastika drawings were found on mailboxes near a national Jewish fraternity house in Eugene, Oregon.[139] In another case, swastikas and the phrase 'kill Jews' were found on a playground floor in Riverdale, Bronx.[140] There were also two incidents of graffiti in Clarksville, Tennessee and Lowell, Massachusetts.[141][142] Some vandalism incidents occurred on a cemetery in Massachusetts.[143] and in country club in Frontenac, Missouri[144] Toward the end of the month there were two places were the word 'Hamas' was scribbled on Jewish property and on a Synagogue[145][146] In addition, anti-Jewish leaflets were found on cars in the Jewish neighborhood in Chicago. The leaflets threatened violence if Israel did not pull out of Gaza.[147]

In August 2014, there were two incidents in Los Angeles and Chicago where people passed out leaflets of posters from Nazi Germany. In Westwood near UCLA, a Jewish store owner got swastika-marked leaflets which contained threatens and warnings.[148] A few days earlier, during a pro-Palestinian rally in Chicago, antisemitic leaflets were handed out to people. There were more than six[149] incidents of graffiti and vandalism aimed at the Jewish populations in various cities in the United States. Some of the graffiti compared Israel to Nazi Germany.[150] There was also an antisemitic attack on four Orthodox Jewish teens in Borough Park, Brooklyn towards the mid-month.[151] Another physical attack occurred in Philadelphia, when a Jewish student on the campus of Temple University was assaulted and punched in the face by a violent member of Students for Justice in Palestine.[131]

In the beginning of September 2014, there were more than 6 incidents of antisemitic graffiti across the country,[152] three of them outside religious buildings such as a synagogue or yeshiva.[153] Most of the drawings included swastika inscriptions, and one of them had the words "Murder the Jew tenant".[154] Later that month, another antisemitic graffiti was found on the Jewish Community Center in Boulder, Colorado.[155] Then, a few days later a violent attack occurred in Baltimore, Maryland during Rosh Hashanah, where a man drove near a Jewish school shot three man after shouting "Jews, Jews, Jews".[156]

Towards the end of the month, a rabbi was thrown out of a Greek restaurant when the owner found out he was Jewish.[157] Besides the above, Robert Ransdell, a write-in candidate for US Senate from Kentucky used the slogan "With Jews we lose" for his running.[158] Another incident occurred in the University of North Carolina at Charlotte, when a Jewish student was told "to go burn in an oven." The student had also told the media she is "hunted" because of her support in Israel: "I have been called a terrorist, baby killer, woman killer, [told that] I use blood to make matzah and other foods, Christ killer, occupier, and much more."[113]

In October 2014, a coffee shop owner in Bushwick wrote on Facebook and Twitter that "greedy infiltrators" Jewish people came to buy a house near his business.[159] Later that month, two synagogues were desecrated in Akron, Ohio, and in Spokane, Washington. One of them was sprayed with swastika graffiti[160] and the other one was damaged by vandalism.[161] During the month there was also a physical attack, when the head of a Hebrew association was beaten outside Barclays Center after a Nets-Maccabi Tel Aviv basketball game. The attacker was a participant in a pro-Palestinian demonstration outside the hall.[162] During another incident in October, fliers were handed out in the University of California, Santa Barbara that claimed "9/11 Was an Outside Job" with a large blue Star of David. The fliers contained links to several websites that accusing Israel of the attack.[114] A few days later, antisemitic graffiti was found on Jewish fraternity house in Emory University in Atlanta.[115]

During December 2014 an Israeli Jewish young man was stabbed in his neck while standing outside of the Chabad-Lubavitch building in New York City.[163] Another antisemitic incident in New York occurred when a threatening photo was sent to a Hasidic Jewish lawmaker. The photo showed his head pasted on the body of a person beheaded by ISIS.[164] Besides those incidents, several antisemitic graffiti found across the country,[165] and a couple of synagogues were vandalized in Chicago[166] and in Ocala, Florida.[167]

January 2015 started with some antisemitic graffiti throughout the country, such as racist writing on a car[168] and on an elevator's button.[169] In February, there were more incidents of antisemitic graffiti and harassment. In Sacramento, California, Israeli flags with a swastika were hung out of a house. An American flag with a swastika on it was also taped to the house's door.[170] Earlier that month there were two incidents of antisemitic graffiti outside and inside the Jewish fraternity house at UC Davis.[171] In Lakewood, NJ a Jewish-owned store was targeted with graffiti. That followed several other antisemitic messages found spray-painted and carved around town.[172]



- Private residence (22%)
- College Campus (7%)
- Jewish Institution / School (11%)
- Non-Jewish School (12%)
- Public area (35%)
- Private Building / Area (12%)
- Cemetery (1%)

An incident at UCLA on February 10, 2015, where a Jewish student was questioned by a student council regarding whether being active in a Jewish organization constituted a "conflict of interest", illustrated the existing confusion among some students on this point.[173]

In April 2015 the Anti-Defamation League published its 2014 audit of antisemitic incidents. It counted 912 antisemitic incidents across the U.S during 2014, constituting a 21% increase from the year before. Most of the incidents belonged to the category of "harassments, threats and events". The audit shows that most of the vandalism incidents occurred in public areas (35%). A review of the results shows that during Operation Protective Edge, there was a significant increase in the number of antisemitic incidents, compares to the rest of the year. In all of these states, more antisemitic incidents were counted in 2014 than in 2013.[174]

On January 2, 2018, a gay Jewish man named Blaze Bernstein was murdered by Samuel Woodward, who is a member of a neo-Nazi terrorist organization called Atomwaffen Division.[175]

On October 27, 2018, 11 people were murdered in an attack on the Tree of Life – Or L'Simcha synagogue in Pittsburgh, Pennsylvania. The shooting was committed by Robert Bowers, a prolific user of the alt-tech social media service Gab where he promoted antisemitic tropes and conspiracy theories as well as the white nationalist doctrine of white genocide, which is claimed to be a Jewish conspiracy.[176]

On April 27, 2019, the Chabad of Poway in California was attacked by a 19 year old gunman who killed 1 and injured 3. The shooter in question, John T. Earnest, had written an open letter which he posted on 8chan's /pol/ messageboard specifically blaming Jews for white genocide and other ills.[177]

On December 10, 2019, a mass-shooting attack took place against a kosher grocery store in Jersey City, killing six (including both perpetrators). The attackers invoked tenets of an extremist version of Black Hebrew Israelite philosophy.[178] In December 2019, the Jewish community of New York suffered a number of antisemitic attacks, including a mass stabbing in Monsey on the 28th.[179]

In May 2021 there was an upsurge of antisemitic actions in the United States at the same time as the clashes between Israel and Hamas in Gaza.[180]

On January 15, 2022, four people were taken hostage by a gunman at a synagogue in Colleyville, Texas. After a standoff with the police, the gunman, a British Pakistani, was killed and the hostages freed.[181]

Later in 2022, right-wing political commentator Nick Fuentes blamed Jewish people themselves for antisemitic actions being carried out against the Jewish community. He further claimed that such actions would only get worse if "the Jews" did not support "people like us". Due to comments like these, Fuentes is regarded as an antisemite.[182][183]

## Trump campaigns and presidency

During his 2016 presidential campaign and presidency, Trump was repeatedly criticized for antisemitism.

Jewish journalist Julia Ioffe received antisemitic death threats in 2016 after writing a profile of Melania Trump which revealed Melania Trump had a half-brother she was not in contact with. Neo-Nazi website The Daily Stormer denounced Ioffe as a "filthy Russian kike", while other Trump supporters made memes of Ioffe being executed in the Holocaust. Ioffe received an anonymous phone call from a person who played a Hitler speech. Melania Trump was critical of Ioffe for researching her relatives. When asked about Ioffe's antisemitic death threats, Melania Trump replied "I don't control my fans, but I don't agree with what they're doing. I understand what you mean, but there are people out there who maybe went too far. [Ioffe] provoked them."[184][185]

In July 2016, Donald Trump tweeted an image of Hillary Clinton over a stack of dollar bills with a six-pointed star, saying "most corrupt candidate ever!" After being criticized by many Jewish communal leaders, his staff took down the tweet, replaced the star with a circle, and then reposted it. However, Trump regretted the decision to take down the star, remarking, "I would have rather defended it — just leave it up and say: No, that's not a Star of David. That's just a star."[186]

In his 2017 inaugural speech, Trump stated, "from this day forward, it's only going to be America first. America first." This slogan was criticized for antisemitism because it referenced the "America First" policy taken by many American Nazi sympathizers during the second World War. Despite its history with antisemitism, this slogan has been continually used by Trump supporters to this day.[187]

When questioned about his antisemitism, Trump responded by saying he is the "least antisemitic person you've ever seen in your entire life."[188]

Steve Bannon, who was the CEO of Trump's 2016 campaign and later served in the Trump administration, was alleged by his ex-wife to have made antisemitic remarks in private.[189] When Bannon was chief editor of Breitbart, he said that Breitbart was "the platform for the alt-right." Bannon employed alt-right author Milo Yiannopoulos at Breitbart and pushed him to make public appearances and speeches. Yiannopoulos was privately friendly with neo-Nazis and white supremacists, and surreptitiously promoted their ideas in his Breitbart articles before his ties to antisemitic alt-right figures, including Baked Alaska and Andrew Auernheimer, were exposed in

October 2017. During the 2016 presidential election, antisemitic personalities on the alt-right saw the Trump campaign as an opportunity to promote their views.[190] Jewish commentator Ben Shapiro, who resigned from Breitbart in 2016, accused Bannon of "making common cause with the racist, anti-Semitic alt-right." Yiannopoulos launched a series of personal attacks against Shapiro after his resignation, which coincided with Shapiro receiving a wave of anti-semitic abuse.[191][192] When protests against a planned speech by Yiannopoulos in February 2017 turned violent, President Trump threatened to pull funding from UC Berkeley, tweeting that "If U.C. Berkeley does not allow free speech and practices violence on innocent people with a different point of view - NO FEDERAL FUNDS?"[193]

In August 2017, the Unite the Right rally took place in Charlottesville, Virginia. During the rally, neo-Nazis chanted antisemitic slogans such as "Jews will not replace us!" and "Blood and soil!" The rally quickly turned violent and 30 protestors were injured on the first day. On the second day, a white supremacist ran his car into a crowd of counterprotestors, killing Heather Heyer and injuring 35 people.[194] Trump sparked national outrage by claiming there were "very fine people on both sides."[195] After his statement initiated national outcry, he stated, "racism is evil" and specifically condemned the Ku Klux Klan and white nationalists.[195]

During the Trump presidency, the QAnon conspiracy theory became popular. The theory claims that a powerful cabal of cannibalistic child molesters are conspiring against Trump. Believers think Trump is secretly fighting this cabal of pedophiles. They also believe that this cabal harvests adrenochrome from children they kill, which is directly related to traditional antisemitic blood libel conspiracy theories. QAnoners also believe that Jewish billionaire George Soros and infamous Jewish banking family The Rothschilds are implicated in this conspiracy theory. The Anti-Defamation League has stated that QAnon has had a massive impact on American politics, saying "...the damage has already been done. Many of QAnon's most notable claims have already made it into the mainstream, where its toxic impact on our national politics will be felt for decades to come."[196] Academic Gregory Stanton has called QAnon "a rebranded version of the Protocols of the Elders of Zion" and called QAnon a "Nazi cult".[197] A supporter of QAnon was initially scheduled to speak at the 2020 Republican National Convention, but was disinvited after she endorsed an antisemitic Twitter thread which falsely claimed the Protocols of the Elders of Zion is an authentic document.[198] A Qualtrics survey found that supporters of QAnon tend to hold antisemitic beliefs. Numerous believers in QAnon participated in the storming of the U.S Capitol on January 6.[199] While Donald Trump said in 2020 he was unfamiliar with the tenets of QAnon, he said that believers in QAnon are "people that love our country" and that he appreciated their support.[200] According to Media Matters, Trump amplified QAnon-supporting accounts on Twitter at least 315 times.[201] After being banned from Twitter in 2021, Trump continued to amplify QAnon content on Truth Social.[202]

In December 2019, Trump signed the Executive Order on Combating Anti-Semitism, which uses the IHRA definition of antisemitism. Early reports of the executive order claimed the order defined Judaism as a nationality, sparking criticism and fear amongst the Jewish criticism for its similarities to Nazi-era policies. However, this turned out to not be the case.[203] The order has sparked controversy amongst antizionist activists for appearing to combat speech against Israel rather than antisemitism.[204]

Trump has repeatedly criticized the majority of Jewish-American voters who support the Democratic Party. In 2019, 2021, 2022, 2023, and 2024, Trump made a series of comments disparaging Jewish Democrats as "disloyal", claiming they were insufficiently appreciative of his administration's support for Israel. Trump suggested Jewish Democrats were betraying Israel by supporting the Democratic Party's alleged hostility towards Israel. Trump has declared that "Any Jewish person that votes for Democrats hates their religion." and that Jewish Democrats "hate Israel." Biden administration officials have condemned Trump's rhetoric as antisemitic.[205][206][207][208][209][210] Trump has also praised several people who have made antisemitic comments, including Henry Ford,[211] Michelle Malkin,[212] Paul Nehlen,[213][214] Jack Posobiec,[215] Ann Coulter,[216][217][218] and Ted Nugent,[219][220] he has also shared posts from multiple antisemitic social media accounts.[221] In 2017, Trump endorsed the Philippine drug war, telling President of the Philippines Rodrigo Duterte he was doing an "unbelievable job on the drug problem."[222] Duterte had compared the drug war to the Holocaust in 2016, saying he wished to kill millions of drug users just as Hitler killed millions of Jews.[223] According to Trump's former Chief of Staff John F. Kelly, Trump made favorable remarks about Adolf Hitler in private, saying that "Hitler did some good things."[224][225]

Numerous participants in the January 6 United States Capitol attack wore clothing with antisemitic slogans or had a history of expressing antisemitic sentiment. Members of the antisemitic Proud Boys participated in the attack.[226] Antisemitic activist Baked Alaska pleaded guilty to participating in the riot.[227] Riley Williams, who was sentenced to prison for stealing Nancy Pelosi's laptop during the attack, was a self-identified "Groyper" and supporter of white supremacist Nick Fuentes.[228] Fuentes himself and his supporters were present outside the Capitol on January 6.[229] Neo-Nazi Timothy Hale-Cusanelli was sentenced to prison for his participation in the attack. In 2022, Hale-Cusanelli's aunt spoke at a Pennsylvania rally headlined by Donald Trump and called for her nephew's release from prison.[230]

The Proud Boys were founded by Gavin McInnes, who once released a video entitled "10 things I hate about the Jews."[231] Numerous members of the Proud Boys have ties to racist and antisemitic groups, including former member Jason Kessler, organizer of the Unite the Right rally in Charlottesville.[232] The Proud Boys have collaborated with Republican Party organizations in New York, Nevada, Oregon, and Florida.[233][234][235][236] Trump adviser Roger Stone is a member of the Proud Boys.[237] During the 2020 United States presidential debates Joe Biden asked Donald Trump to condemn the Proud Boys, to which Trump replied "Proud Boys, stand back and stand by." The comment was interpreted by members of the Proud Boys as a gesture of support for the organization by Trump.[238] Trump has suggested he would pardon Enrique Tarrio, leader of the Proud Boys, who was sentenced to twenty two years in prison for his involvement in the January 6 Capitol attack.[239]

In 2022, four elected officials- Representatives Marjorie Taylor Greene, Paul Gosar, Lieutenant Governor of Idaho Janice McGeachin, and state senator Wendy Rogers- attended the America First Political Action Conference, which was hosted by Nick Fuentes and is associated with the antisemitic Groyper movement.[240] Greene, Gosar, and Rogers have all been accused of antisemitism.[241][242][243] All three politicians were endorsed in their re-election campaigns by Donald Trump,[244][245][246] while Trump also endorsed McGeachin's candidacy for Governor of Idaho.[247] Another candidate Trump endorsed in 2022, Pennsylvania gubernatorial candidate Doug Mastriano, supported antisemitic social media website Gab and attacked his opponent, Josh Shapiro, for sending his children to a Jewish private school.[248][249][250] During the 2022 midterms, QAnon

supporter and Republican nominee for Nevada Secretary of State Jim Marchant organized the America First Secretary of State Coalition, a slate of Trump-supporting Republican candidates for state secretaries of state in fourteen states who supported the false theory that the 2020 United States presidential election was stolen. The coalition also endorsed Mastriano and Arizona gubernatorial candidate Kari Lake.[251] In 2024, Marchant endorsed an antisemitic conspiracy theory about a secretive Jewish cabal controlling America's financial system.[252] In 2022 congressional candidate Carl Paladino, who called Hitler "the kind of leader we need today", received the endorsement of Elise Stefanik, chair of the House Republican Conference.[253]

## Kanye West

In late 2022, the American rapper Kanye West stirred up a national controversy over his continuous antisemitic remarks. On October 3, 2022, West showed off a "white lives matter" shirt, a slogan which is commonly used by white supremacists. On October 6, 2022, West conducted an interview with Fox News commentator Tucker Carlson, in which he made various antisemitic and otherwise conspiratorial statements.[254] On October 7, 2022, he implied in an Instagram post that Puff Daddy was being controlled by Jews. The next day, after being banned from Instagram, West tweeted out that he was going to go "death con 3 on Jewish people" and that he can't be antisemitic because "Black people are the real Jews."[255] Multiple celebrities, such as Jamie Lee Curtis, publicly condemned his antisemitic rant.

A few days later, an episode of LeBron James' show, *The Shop: Uninterrupted*, was cut from the air due to West's antisemitic comments. When news broke about West's recently public antisemitic remarks, Van Lathan, a former TMZ staffer and host of the *Higher Learning* podcast, wrote that he was unsurprised about Kanye's comments and that an episode of his podcast had previously been unaired due to West remarking that he "loved Hitler and the Nazis."[256]

As a result of his antisemitic rampages, multiple companies and celebrities publicly denounced and cut ties from West. On October 21, 2022, Balenciaga publicly cut their ties with West.[257] A few days later, West's ex-wife, Kim Kardashian spoke out, saying, "Hate speech is never OK or excusable. I stand together with the Jewish community and call on the terrible violence and hateful rhetoric towards them to come to an immediate end."[258] On that same day, MRC announced that it would not release a finished documentary on West as he "has now helped mainstream" antisemitism.[259] On October 25, 2022, Adidas announced that they were cutting their ties from West.[260] West was also dropped by Foot Locker,[261] TJ Maxx,[262] Madame Tussauds,[263] and more.

On November 22, 2022, West dined with the former President Donald Trump and white nationalist Nick Fuentes, stirring up even more controversy around the country. Trump wrote on his social media platform that he "never knew and knew nothing about" Fuentes and, of West, "...we got along great, he expressed no anti-Semitism, & I appreciated all of the nice things he said about me on "Tucker Carlson.'"[264]

On December 1, 2022, West went on Alex Jones's show InfoWars. On this show, West claimed that he saw "good things about Hitler."[265] In response to West's comments on the show, President Joe Biden tweeted, "I just want to make a few things clear: The Holocaust happened. Hitler was a demonic

figure. And instead of giving it a platform, our political leaders should be calling out and rejecting antisemitism wherever it hides. Silence is complicity."[266]

West had previously received support from congressional Republicans when the Twitter account of the House Judiciary Committee posted "Kanye. Elon. Trump." after West was photographed wearing a "White Lives Matter" t-shirt. The tweet was deleted after West praised Hitler.[267][268]

On December 26, 2023, months after his very long antisemitic outburst, West wrote a public apology to the Jewish community in Hebrew on Instagram.[269]

## Elon Musk and Twitter/X

Elon Musk has been repeatedly criticized for antisemitic tweets and for allowing a massive surge in antisemitism on his social media platform, X (formerly known as Twitter). Studies have shown that right after Musk bought the social media, antisemitic tweets immediately increased dramatically.[270] After Musk bought Twitter, the website restored several accounts previously banned for extremism, including multiple accounts belonging to neo-Nazis.[271]

The Anti-Defamation League has repeatedly expressed concerns about Musk's personal antisemitism and the persistence of antisemitism on the platform. In response to these concerns, Musk tweeted, "Since the acquisition, The @ADL has been trying to kill this platform by falsely accusing it & me of being anti-Semitic. Our US advertising revenue is still down 60%, primarily due to pressure on advertisers by @ADL (that's what advertisers tell us), so they almost succeeded in killing X/Twitter! If this continues, we will have no choice but to file a defamation suit against, ironically, the 'Anti-Defamation' League."[272] After Musk tweeted this, a campaign called #BanTheADL trended on X/Twitter. Musk liked a tweet by Keith O'Brien, who once called himself "a raging antisemite", endorsing the #BanTheADL campaign.[273][274]

On November 17, 2023, Musk endorsed a tweet claiming that Jews are pushing "hatred of whites" and "hordes of minorities" into the Western world, causing him to be widely condemned by the Jewish community for antisemitism.[275] Importantly, this was during a massive uptick in antisemitism that began during the 2023 Hamas-led attack on Israel only a month prior. After being widely condemned, Musk agreed to visit Auschwitz in January 2024. During the visit, he expressed that he had been "naive" on antisemitism, yet insisted that he sees "no antisemitism" in his circles on X.[276] In 2024, Musk declared his opposition to the prosecution of far-right European politicians, including Dries Van Langenhove and Bjorn Hocke, who had been criminally charged for espousing Nazi rhetoric.[277][278] In 2024, X intervened to remove numerous posts which revealed the identity of neo-Nazi cartoonist Stonetoss.[279]

## Diversity, equity, and inclusion (DEI)

Diversity, equity, and inclusion (DEI) programs on college campuses have been accused of ignoring or even contributing to antisemitism. In general they do not include antisemitism as an evil to be fought, and do not include Jews as an oppressed group. They sometimes include Jews as an oppressor group.[280] According to Andria Spindel, of the Canadian Antisemitism Education Foundation,

antisemitism has been largely ignored in the DEI curriculum.[281] The relationship between DEI and campus antisemitism came under further scrunity after the 2023 Hamas attack on Israel, and the subsequent war in Gaza.[282][283]

Tabia Lee, a former DEI director at De Anza College in California turned critic, has claimed that DEI frameworks foster antisemitism due to its "oppressors and the oppressed" dichotomy where "Jews are categorically placed in the oppressor category",[284] and described as "white oppressors".[285] She has claimed that her attempts to include Jews under the "DEI" umbrella was resisted.[286] When her critics asked the college trustees to oust her from her role, one counselor explicitly referenced her attempts to place Jewish students "on the same footing as marginalized groups".[286] The Brandeis Center likewise notes how the DEI committee at Stanford University alleged that "Jews, unlike other minority group[s], possess privilege and power, Jews and victims of Jew-hatred do not merit or necessitate the attention of the DEI committee", after two students complained about antisemitic incidents on campus.[287]

Following a wake of antisemitic incidents on American campuses in 2023, several Republican congressmen laid the blame at DEI, with Burgess Owens stating DEI programs "are anything but inclusive for Jews".[288] DEI's lack of inclusion for Jews, and contribution to fueling antisemitism, was similarly criticized by businessman Bill Ackman,[289] and columnist Heather Mac Donald.[290] Following the anti-semitism controversy at the University of Pennsylvania, one donor pulled a $100 million donation "because he thought the school was prioritizing D.E.I. over enhancing the business school's academic excellence."[291]

## Reactions to Israel, Hamas and the war in Gaza, 2023-Present

The Anti-Defamation League (ADL) has reported a 337% increase in antisemitism since the 2023 Hamas-led attack on Israel.[292] However, these numbers have been viewed as controversial by antizionists because the ADL has claimed that protests led by Jewish organizations such as Jewish Voice for Peace and IfNotNow are antisemitic.[293] Some chants which have been shouted by supporters of the Pro-Palestine movement, such as "From the river to the sea" have been deemed antisemitic by institutions such as the ADL.[294]

In response to an increase in antisemitism, particularly on college campuses, the US Congress passed House Resolution 894 on December 12, 2023, claiming that antizionism is antisemitism and urging world leaders to fight against antisemitism.[295]

Under intense pressure at a Congressional hearing, the presidents of Harvard University and the University of Pennsylvania gave weak answers to the allegations of antisemitism on their Ivy League campuses. President Claudine Gay of Harvard and President Liz Magill of Pennsylvania were forced to resign in January 2024.[296][297][298] In February, Representative Virginia Foxx, a North Carolina Republican and chair of the House education committee, attacked Harvard. Foxx stated that its "Jewish students continue to endure the firestorm of antisemitism that has engulfed its campus....Congress will not tolerate antisemitic hate in its classrooms or on campus."[299] In an op-ed about rising antisemitism on campuses, Dara Horn wrote, "The through line of anti-Semitism for thousands of years has been the denial of truth and the promotion of lies. These lies range in scope from conspiracy theories to Holocaust denial to the blood libel to the currently popular claims that

Zionism is racism, that Jews are settler colonialists, and that Jewish civilization isn't indigenous to the land of Israel. These lies are all part of the foundational big lie: that anti-Semitism itself is a righteous act of resistance against evil, because Jews are collectively evil and have no right to exist. Today, the big lie is winning."[300]

Throughout the United States, there have been many instances of posters of hostages being ripped down,[301] Jewish people being assaulted,[302][303][304][305] antisemitic graffiti and vandalism,[306] and bomb threats against Jewish community centers.[307]

Additionally, there has been an increase in denial of the 2023 Hamas-led attack on Israel, which has been linked to Holocaust denial.[308]

As a result of this uptick in antisemitism, many Jewish people have reported feeling unsafe in the US. Recent studies by the American Jewish Committee have reported that 78% of American Jews felt unsafe upon hearing about the Hamas-led attack, with 46% claiming that they have altered their behavior out of fear of antisemitism.[309]

# See also

- Antisemitic trope, false allegations
  - Stereotypes of Jews
- Anti-Zionism, attacking the state of Israel
- Geography of antisemitism#United States
- History of antisemitism, worldwide
- History of the Jews in the United States
- Antisemitism in the United States in the 21st century
- List of antisemitic incidents in the United States
- List of attacks on Jewish institutions in the United States
- United States and the Holocaust
- Israel–United States relations
- Religious discrimination in the United States
- African American–Jewish relations

# Notes

a. The right-wing use of anti-Zionism as a cover for antisemitism can be seen in a 1981 issue of *Spotlight*, published by the neo-Nazi Liberty Lobby: "A brazen attempt by influential "Israel-firsters" in the policy echelons of the Reagan administration to extend their control to the day-to-day espionage and covert-action operations of the CIA was the hidden source of the controversy and scandals that shook the U.S. intelligence establishment this summer. The dual loyalists ... have long wanted to grab a hand in the on-the-spot "field control" of the CIA's worldwide clandestine services. They want this control, not just for themselves, but on behalf of the Mossad, Israel's terrorist secret police.[93]

# References

1. Friedman, Reena Sigman (March 12, 2021). "Antisemitism in Europe and America in the Modern Period: Historical Perspectives" (https://evolve.reconstructingjudaism.org/anti-semitism-europe-his tory/). *Evolve*.

2. "Ford's Anti-Semitism" (https://www.pbs.org/wgbh/americanexperience/features/henryford-antisemi tism/). *American Experience*. PBS. Retrieved June 24, 2024.

3. Higham, John (1966). "American Anti-Semitism Historically Reconsidered". In Stember, Charles (ed.). *Jews in the American Mind*. p. 237.

4. Gerber, David A. (1986). "Introduction". In Gerber, David A. (ed.). *Anti-Semitism in American History*. University of Illinois Press. p. 7.

5. Tevis (2021), p. 257.

6. Tevis, Britt (April 6, 2021). "Katz Center Fellow Britt Tevis on "Mythical Jewish Arsonists" and Anti-Jewish Discrimination in U.S. History" (https://katz.sas.upenn.edu/resources/blog/katz-center-fello w-britt-tevis-mythical-jewish-arsonists-and-anti-jewish). *University of Pennsylvania*.

7. Reiss 2004.

8. Reiss 2004, pp. 102–103 (https://archive.org/details/jewsincolonialam0000reis/page/102/mode/2u p).

9. Diner, Hasia R. (2006). *The Jews of the United States, 1654 to 2000* (https://archive.org/details/din er-hasia-j-auth-the-jews-of-the-united-states-1654-to-2000). pp. 22–29, 42.

10. "History of Anti-Semitism in America: Collections" (https://www.gale.com/primary-sources/political-extremism-and-radicalism/collections/history-of-anti-semitism). *Gale*.

11. Knight 2003, p. 81 (https://books.google.com/books?id=qMIDrggs8TsC&q=conspiracy+antisemitis m+capitalism&pg=PA81).

12. Sarna 2012.

13. Perednik, Gustavo. "Judeophobia - History and analysis of Antisemitism, Jew-Hate and anti-"Zionism" " (https://web.archive.org/web/20210329214053/https://zionism-israel.com/his/judeopho bia11.htm). Archived from the original (http://www.zionism-israel.com/his/judeophobia11.htm) on March 29, 2021.

14. Chanes 2004, p. 70 (https://books.google.com/books?id=ju7U83nRDt8C&q=%22economic+antise mitism%22+%22United+States%22&pg=PA70).

15. Sarna 2012, p. 87.

16. Jensen, Ronald J. (1986). "The Politics of Discrimination: America, Russia and the Jewish Question 1869–1872". *American Jewish History*. **75** (3): 280–295. JSTOR 23883266 (https://www.j stor.org/stable/23883266).

17. Knee, Stuart E. (1993). "Tensions in nineteenth century Russo-American diplomacy: The 'Jewish question' ". *East European Jewish Affairs*. **23** (1): 79–90. doi:10.1080/13501679308577738 (https:// doi.org/10.1080%2F13501679308577738).

18. Schoenberg, Philip Ernest (1974). "The American Reaction to the Kishinev Pogrom of 1903". *American Jewish Historical Quarterly*. **63** (3): 262–283. JSTOR 23877915 (https://www.jstor.org/sta ble/23877915).

19. Knee, Stuart E. (1989). "The Diplomacy of Neutrality: Theodore Roosevelt and the Russian Pogroms of 1903-1906". *Presidential Studies Quarterly*. **19** (1): 71–78. JSTOR 40574565 (https://w ww.jstor.org/stable/40574565).

20. Grant E, Hamilton (1892). "Their New Jerusalem". *The Judge*.

21. Nirenberg, David (2013). *Anti-Judaism: The Western Tradition*. New York: W.W. Norton & Company. ISBN 0393058247.

22. Goldstein, Eric (2006). *The Price of Whiteness*. Princeton University Press. ISBN 978-0-691-12105-5.

23. Chanes 2004, pp. 70–71 (https://books.google.com/books?id=ju7U83nRDt8C&q=%22economic+antisemitism%22+%22United+States%22&pg=PA70).

24. Knight 2003, p. 82 (https://books.google.com/books?id=qMIDrggs8TsC&q=Jews+Banking&pg=PA82).

25. Krefetz, Gerald (1982). *Jews and money: the myths and the reality*. Ticknor & Fields. pp. 54–55.

26. Albanese, Catherine L. (1981). *America, religions and religion*. Wadsworth Pub. Co. "By the 1890s antisemitic feeling had crystallized around the suspicion that the Jews were responsible for an international conspiracy to base the economy on the single gold standard."

27. Alan J. Singer, "The Devil and Mary Lease" *History News Network* (Nov 22, 2020) online (https://www.hnn.us/article/the-devil-and-mary-lease)

28. Hofstadter, Richard (1955). *The Age of Reform: From Bryan to F.D.R.* p. 78.

29. Pollack, Norman (1962). "The Myth of Populist Anti-Semitism". *American Historical Review*. **68** (1): 76–80. doi:10.2307/1847185 (https://doi.org/10.2307%2F1847185). JSTOR 1847185 (https://www.jstor.org/stable/1847185).

30. Creech, Joe (2015). "The Tolerant Populists and the Legacy of Walter Nugent". *Journal of the Gilded Age and Progressive Era*. **14** (2): 141–159. doi:10.1017/S1537781414000760 (https://doi.org/10.1017%2FS1537781414000760).

31. Moore, Deborah Dash (1981). *B'nai B'rith and the challenge of ethnic leadership* (https://books.google.com/books?id=nXunyWqtH3kC&q=populism+anti+semitism&pg=PA103). SUNY Press. p. 103. ISBN 978-0-87395-481-5.

32. Livney, Lee (1994). "Let Us Now Praise Self-Made Men: A Reexamination of the Hilton-Seligman Affair". *New York History*. **75** (1): 66–98.

33. Tavis, Britt P. (2021). " 'Jews Not Admitted': Anti-Semitism, Civil Rights, and Public Accommodation Laws". *Journal of American History*. **107** (4): 847–870. doi:10.1093/jahist/jaaa461 (https://doi.org/10.1093%2Fjahist%2Fjaaa461).

34. Wechsler, Harold S.; Diner, Steven J. (2022). *Unwelcome guests: a history of access to American higher education* (https://books.google.com/books?id=DBNEEAAAQBAJ&dq=Wechsler+Diner+unwelcome&pg=PP1). Johns Hopkins University Press. p. 125. ISBN 978-1-4214-4131-3.

35. Synnott, Marcia (2017). *The half-opened door: Discrimination and admissions at Harvard, Yale, and Princeton, 1900-1970*. Routledge.

36. Sokoloff, Leon (1992). "The Rise and Decline of the Jewish Quota in Medical School Admissions" (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC1808007). *Bulletin of the New York Academy of Medicine*. **68** (4): 497–519. PMC 1808007 (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC1808007). PMID 1490208 (https://pubmed.ncbi.nlm.nih.gov/1490208).

37. Rothenberg Gritz, Jennie (September 2007). "The Jews in America" (https://www.theatlantic.com/magazine/archive/2007/09/the-jews-in-america/306273/). *The Atlantic*.

38. "Leo Frank (1884-1915)" (https://www.jewishvirtuallibrary.org/leo-frank). *jewishvirtuallibrary.org*. American Jewish Historical Society. Retrieved April 30, 2020.

39. Dinnerstein, Leonard. "Leo Frank Case" (https://www.georgiaencyclopedia.org/articles/history-archaeology/leo-frank-case). *New Georgia Encyclopedia*. Retrieved April 30, 2020.

40. Bernstein, Mathew H. (2009). "Screening a Lynching: The Leo Frank Case on Film and Television" (https://www.the-temple.org/leo-frank). *The Temple*. Athens: University of Georgia Press. Retrieved April 30, 2020.

41. "Hang the Jew, Hang the Jew" (https://web.archive.org/web/20210405051743/https://www.adl.org/news/article/hang-the-jew-hang-the-jew). *Anti-Defamation League*. August 6, 2015. Archived from the original (https://www.adl.org/news/article/hang-the-jew-hang-the-jew) on April 5, 2021. Retrieved May 13, 2019.

42. "PBC: The Perilous Fight. Antisemitism" (https://web.archive.org/web/20241009045241/https://www.pbs.org/perilousfight/social/antisemitism/). *PBS*. Archived from the original (https://www.pbs.org/perilousfight/social/antisemitism/) on October 9, 2024. Retrieved October 8, 2006.

43. Perry p 168-9. Perry quotes Ford.

44. Perry pp. 168–169

45. Watts, Steven (2006). *The People's Tycoon: Henry Ford and the American Century*. Vintage Books. p. 383.

46. Baldwin 2002, p. 59.

47. *Jewish influence in the Federal Reserve System*, reprinted from the Dearborn independent, Dearborn Pub. Co., 1921

48. Geisst, Charles R. (2003). *Wheels of Fortune: The History of Speculation from Scandal to Respectability*. John Wiley & Sons. pp. 66–68.

49. Norword, Stephen Harlan (2008). *Encyclopedia of American Jewish history*. Vol. 1. ABC-CLIO. p. 181.

50. Foxman, pp 69–72

51. Baldwin 2002, pp. 213–218.

52. Winston, Andrew S. (2021). " "Jews will not replace us!": Antisemitism, Interbreeding and Immigration in Historical Context" (https://muse.jhu.edu/article/804146). *American Jewish History*. **105** (1): 1–24. doi:10.1353/ajh.2021.0001 (https://doi.org/10.1353%2Fajh.2021.0001). ISSN 1086-3141 (https://search.worldcat.org/issn/1086-3141). S2CID 239725899 (https://api.semanticscholar.org/CorpusID:239725899).

53. Dinnerstein, Leonard (1994). *Anti-Semitism in America*. pp. 78–127.

54. Gilman, Sander L.; Katz, Steven T. (1993). *Anti-Semitism in Times of Crisis* (https://books.google.com/books?id=UlRk8rudnaIC&q=antisemitism+Jews+professions&pg=PA10). NYU Press. p. 10. ISBN 978-0-8147-3056-0.

55. Brinkley 1982, pp. 269–283.

56. Roth, Stephen (2002). *Antisemitism Worldwide, 2000/1* (https://books.google.com/books?id=Db7i1y806WUC&q=%22political+antisemitism%22&pg=PA14). University of Nebraska Press. p. 14. ISBN 978-0-8032-5945-4.

57. Jaher, Frederic Cople (2002). *The Jews and the Nation: Revolution, Emancipation, State Formation, and the Liberal Paradigm in America and France* (https://books.google.com/books?id=jj2x-ozmKOMC&q=Jews+greedy&pg=PA230). Princeton University Press. p. 230. ISBN 978-1-4008-2526-4.

58. Smitha, Frank E. "Roosevelt and Approaching War: The Economy, Politics and Questions of War, 1937-38" (http://www.fsmitha.com/h2/ch22.htm). Retrieved April 23, 2008.

59. Greear, Wesley P. (May 2002). *American Immigration Policies and Public Opinion on European Jews from 1933 to 1945* (https://web.archive.org/web/20071127070803/https://etd-submit.etsu.edu/etd/theses/available/etd-0322102-113418/unrestricted/Greear040102.pdf) (PDF) (Thesis). East Tennessee State University. Archived from the original (https://etd-submit.etsu.edu/etd/theses/available/etd-0322102-113418/unrestricted/Greear040102.pdf) (PDF) on November 27, 2007. Retrieved September 28, 2020.

60. Brinkley 1982.

61. Brinkley 1982, p. 270.

62. "Reverend Charles E. Coughlin (1891-1979)" (https://www.pbs.org/wgbh/americanexperience/features/holocaust-coughlin/). *PBS*. Retrieved March 12, 2025.

63. Dollinger, Marc (2000). *Quest for Inclusion*. Princeton University Press. p. 66.

64. Warren, *Radio Priest: Charles Coughlin, The Father of Hate Radio,* 1996.

65. Father Charles Edward Coughlin (1891-1971) (http://coat.ncf.ca/our_magazine/links/53/coughlin.html) by Richard Sanders, Editor

66. *New York Times.* January 22, 1940.

67. Scott Beekman, *William Dudley Pelley: A Life in Right-Wing Extremism and the Occult* (Syracuse UP, 2005) online (https://books.google.com/books?id=LDQRUDaivdAC&dq=%22William+Dudley+Pelley+%22&pg=PR7).

68. Rooks, P. J. (2023). "Hegemonic fundamentalism in Wichita, Kansas: The Defenders of the Christian Faith, 1926-1931". *Critical Research on Religion*. **11** (3): 300–313. doi:10.1177/20503032231199484 (https://doi.org/10.1177%2F20503032231199484).

69. Singer, Saul Jay (March 6, 2019). "The Anti-Semitism Of Charles Lindbergh" (https://www.jewishpress.com/sections/features/features-on-jewish-world/the-anti-semitism-of-charles-lindbergh/2019/03/06/). *Jewish Press*.

70. Eizenstat, Stuart (June 2, 1998). "On-the-record briefing upon the release of the report, "U.S. and Allied Wartime and Postwar Relations and Negotiations With Argentina, Portugal, Spain, Sweden, and Turkey on Looted Gold and German External Assets and U.S. Concerns About the Fate of the Wartime Ustasha Treasury" " (https://1997-2001.state.gov/policy_remarks/1998/980602_eizenstat_nazigld.html). *U.S. Department of State Archive*.

71. David S. Wyman, The Abandonment of the Jews: America and the Holocaust, 1941-1945 (New York, 1984), p. 5.

72. Stember, Charles, ed. (1966). *Jews in the Mind of America* (https://archive.org/details/jewsinmindofamer00stem). New York: Basic Books. pp. 53–62 (https://archive.org/details/jewsinmindofamer00stem/page/53).

73. "United States Holocaust Memorial Museum completes ten-year search to uncover the fates of St. Louis passengers" (https://web.archive.org/web/20070626063439/http://www.ushmm.org/museum/press/archives/detail.php?category=07-general&content=2006-10-06) (Press release). United States Holocaust Memorial Museum. October 6, 2006. Archived from the original (http://www.ushmm.org/museum/press/archives/detail.php?category=07-general&content=2006-10-06) on June 26, 2007. Retrieved July 17, 2007.

74. Rosen, p. 563.

75. Boyer, Paul S., ed. (2006). *The Oxford Companion to United States history* (https://archive.org/details/oxfordcompaniont00paul_0). Oxford: Oxford University Press. ISBN 978-0-19-508209-8.

76. Slomovitz, Philip, ed. (July 16, 1943). "A Rest From Bigotry" (https://digital.bentley.umich.edu/djnews/djn.1943.07.16.001/4). As the Editor Views the News. *The Jewish News*. Vol. 3, no. 17. Detroit. Archived (https://web.archive.org/web/20210427181426/https://digital.bentley.umich.edu/djnews/djn.1943.07.16.001/4) from the original on April 27, 2021.

77. Winrod, Gerald Burton, ed. (September 1943). "Congressman Says Negroes Deceived" (http://jfk.h ood.edu/Collection/Weisberg%20Subject%20Index%20Files/D%20Disk/Defender%20The/Item% 2001.pdf) (PDF). *The Defender*. Wichita, Kansas. p. 12. Archived (https://web.archive.org/web/201 30530213109/http://jfk.hood.edu/Collection/Weisberg%20Subject%20Index%20Files/D%20Disk/ Defender%20The/Item%2001.pdf) (PDF) from the original on May 30, 2013.

78. "U.S. Holocaust Museum Agrees to Recognize Bergson Activists in Exhibit" (http://wymaninstitute. org). The David S. Wyman Institute for Holocaust Studies. Retrieved November 11, 2010.

79. "Report to the Secretary on the Acquiescence of this Government in the Murder of the Jews" (http:// www.jewishvirtuallibrary.org/jsource/Holocaust/treasrep.html). *The Jewish Virtual Library*. January 13, 1944. Retrieved August 25, 2009.

80. " "Report to the Secretary on the Acquiescence of this Government in the Murder of the Jews," initialed by Randolph Paul for the Foreign Funds Control Unit of the Treasury Department, January 13, 1944" (https://web.archive.org/web/20170202055714/http://www.pbs.org/wgbh/amex/holocaus t/filmmore/reference/primary/somereport.html). *American Experience*. PBS. Archived from the original (https://www.pbs.org/wgbh/amex/holocaust/filmmore/reference/primary/somereport.html) on February 2, 2017.

81. "Franklin D. Roosevelt: Executive Order 9417 Establishing the War Refugee Board" (http://www.pr esidency.ucsb.edu/ws/index.php?pid=16540). *The American Presidency Project*. January 22, 1944. Retrieved August 25, 2009.

82. Morse, A. (1968). *While Six Million Died* (https://archive.org/details/whilesixmilliond00mors). Random House. pp. 92–93 (https://archive.org/details/whilesixmilliond00mors/page/92). ISBN 978-0-87951-836-3.

83. "Breckinridge Long (1881-1958)" (https://www.pbs.org/wgbh/amex/holocaust/peopleevents/pande AMEX90.html). *American Experience*. PBS. Retrieved March 12, 2006.

84. "Nixon's Anti-Semitic Views" (https://www.jewishvirtuallibrary.org/nixon-s-anti-semitic-views). *www.jewishvirtuallibrary.org*. Retrieved April 16, 2022.

85. Reuter, Tim. "An Age Of Realism: Nixon, Kissinger, And The Limits Of Power" (https://www.forbes.c om/sites/timreuter/2014/06/13/an-age-of-realism-nixon-kissinger-and-the-limits-of-power/). *Forbes*. Retrieved April 16, 2022.

86. Graff, Garrett M. (2022). *Watergate: A New History* (1 ed.). New York: Avid Reader Press. p. 63. ISBN 978-1-9821-3916-2. OCLC 1260107112 (https://search.worldcat.org/oclc/1260107112).

87. "Jesse Jackson's 'Hymietown' Remark – 1984" (https://www.washingtonpost.com/wp-srv/politics/s pecial/clinton/frenzy/jackson.htm). *The Washington Post*. 1998. Retrieved March 12, 2008.

88. Berger, Paul; Papapietro, Claudio (August 19, 2011). "In Crown Heights, Residents Still Cling to Their Grievances" (https://forward.com/news/141562/in-crown-heights-residents-still-cling-to-their- gr/). *The Forward*.

89. Shapiro, Edward S. (2006). *Crown Heights: Blacks, Jews, and the 1991 Brooklyn Riot*. UPNE. pp. 38–40.

90. "Beep Honor Peace Coalition: Crown Heights leaders reflect on 10-year milestone" (https://www.n ydailynews.com/2001/08/23/beep-honor-peace-coalition-crown-heights-leaders-reflect-on-10-year -milestone/). *New York Daily News*. August 23, 2001. Retrieved March 20, 2025.

91. "Anti-Semitism and Prejudice in America: Highlights from an ADL Survey - November 1998" (http:// www.adl.org/antisemitism_survey/survey_print.asp). *Anti-Defamation League*. Retrieved March 12, 2006.

92. Berlet, Chip (October 2004). "ZOG Ate My Brains" (https://web.archive.org/web/20060715054416/h ttp://www.newint.org/issue372/zog.htm). *New Internationalist*. Archived from the original (http://ww w.newint.org/issue372/zog.htm) on July 15, 2006.

93. Berlet, Chip (1999) [December 20, 1990]. "Right woos Left" (http://www.publiceye.org/rightwoo/rwo oz9-01.html). *Publiceye.org*.

94. Rosenthal, A. M. (September 14, 1990). "ON MY MIND; Forgive Them Not" (https://www.nytimes.c om/1990/09/14/opinion/on-my-mind-forgive-them-not.html). *The New York Times*.

95. ▪ Becker, Amy B. (2020). "Polarization and American Jews: The Partisan Debate Over Attribution of Blame and Responsibility for Rising Anti-Semitism in the United States". *Social Science Quarterly*. **101** (4): 1572–1583. doi:10.1111/ssqu.12829 (https://doi.org/10.1111%2Fssqu.1282 9).
    ▪ Hersh, Eitan; Royden, Laura (June 25, 2022). "Antisemitic Attitudes Across the Ideological Spectrum" (https://doi.org/10.1177%2F10659129221111081). *Political Research Quarterly*. **76** (2): 697–711. doi:10.1177/10659129221111081 (https://doi.org/10.1177%2F106591292211110 81).
    ▪ Goldberg, Chad Alan (March 4, 2023). "From multiculturalism to antisemitism? Revisiting the Jewish question in America". *American Journal of Cultural Sociology*. **11** (2): 269–292. doi:10.1057/s41290-023-00185-6 (https://doi.org/10.1057%2Fs41290-023-00185-6).
    ▪ Steinacher, Gerald J. (July 21, 2023). "The rise of racism and antisemitism in the age of globalization". In Karner, Christian; Hofäcker, Dirk (eds.). *Research Handbook on the Sociology of Globalization*. pp. 225–237. doi:10.4337/9781839101571.00031 (https://doi.org/1 0.4337%2F9781839101571.00031). ISBN 978-1-83910-157-1.
    ▪ Wright, Graham; Volodarsky, Sasha; Hecht, Shahar; Saxe, Leonard (2024). "Antisemitism and polarization: The political dynamics of American Jewish concerns about traditional and Israel-related antisemitism" (https://doi.org/10.1080%2F21565503.2022.2144391). *Politics, Groups, and Identities*. **12** (2): 457–475. doi:10.1080/21565503.2022.2144391 (https://doi.org/10.108 0%2F21565503.2022.2144391).

96. "Antisemitism" (https://www.splcenter.org/fighting-hate/extremist-files/ideology/antisemitism). *Southern Poverty Law Center*. 2024. Retrieved October 7, 2024. "Throughout 2023, antisemitism persisted as a serious threat to Jewish communities. The year was marked both by an increase in antisemitic harassment, vandalism and violence as well as by concerted efforts by the federal government and community organizations to confront these threats. The number of active antisemitic hate groups remained relatively stagnant compared to the previous year; their activities, however, continued to affect communities across the country."

97. ▪ "Audit of Antisemitic Incidents 2023" (https://www.adl.org/resources/report/audit-antisemitic-inci dents-2023). *Anti-Defamation League*. April 16, 2024. Retrieved October 6, 2024.
    ▪ Shveda, Krystina (March 23, 2023). "Antisemitic incidents in the US are at the highest level recorded since the 1970s" (https://www.cnn.com/2023/03/23/us/antisemitism-report-unprecede nted-rise-dg/index.html). *CNN*. Retrieved January 26, 2024.

98. Honderich, Holly (October 6, 2024). "Antisemitic incidents in US surge to record high - report" (http s://www.bbc.co.uk/news/articles/c9wkxv9d99vo). *BBC News*.

99. Guyer, Jonathan; Perkins, Tom (January 5, 2024). "Anti-Defamation League staff decry 'dishonest' campaign against Israel critics" (https://www.theguardian.com/news/2024/jan/05/adl-pro-israel-adv ocacy-zionism-antisemitism). *The Guardian*.

100. ▪ "AJC Warns: Staggering FBI Hate Crimes Data Likely Represents Under-Reporting of Anti-Jewish Hate Crimes" (https://www.ajc.org/news/ajc-warns-staggering-fbi-hate-crimes-data-likely-represents-under-reporting-of-anti-jewish). *American Jewish Committee*. September 23, 2024. Retrieved October 10, 2024. "With the FBI reporting that hate crimes against Jews increased a staggering 63% year over year, from 1,124 in 2022 to 1,832 in 2023, AJC recognizes that the actual numbers of incidents is likely greater, as hate crimes are widely underreported across the country. Despite Jews only accounting for 2% of the U.S. population, the community was the target of 68% of religiously motivated hate crimes committed in 2023."

   ▪ "New FBI Data Reflects Record-High Number of Anti-Jewish Hate Crimes" (https://www.adl.org/resources/press-release/new-fbi-data-reflects-record-high-number-anti-jewish-hate-crimes). *Anti-Defamation League*. September 23, 2024. Retrieved October 10, 2024. "Although Jews only make up around 2 percent of the U.S. population, reported single-bias anti-Jewish hate crimes comprised 15 percent of all hate crimes and 68 percent of all reported religion-based hate crimes in 2023, which is consistent with patterns from prior years."

   ▪ "Antisemitic hate crimes in US surged 63% in 2023, to all-time high of 1,832 – FBI" (https://www.timesofisrael.com/antisemitic-hate-crimes-in-us-surged-63-in-2023-to-all-time-high-of-1832-fbi). *The Times of Israel*. September 23, 2024. Retrieved October 10, 2024. "Antisemitic incidents were 15% of all hate crimes in 2023, and 68% of all religion-based hate crimes, according to the data — even though Jews only make up some 2% of the US population."

   ▪ "FBI reports record-high antisemitic hate crimes in 2023, up 63% from 2022" (https://jewishinsider.com/2024/09/fbi-reports-record-high-antisemitic-hate-crimes-in-2023-up-63-from-2022). *Jewish Insider*. September 23, 2024. Retrieved October 6, 2024. "The FBI reported 1,832 anti-Jewish hate crimes in 2023, the second-largest category of hate crimes reported last year"

101. Wright, Graham (February 15, 2021). "Trends in Jewish Young Adult Experiences and Perceptions of Antisemitism in America from 2017 to 2019" (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7883958). *Contemporary Jewry*. **41** (2): 461–481. doi:10.1007/s12397-021-09354-6 (https://doi.org/10.1007%2Fs12397-021-09354-6). PMC 7883958 (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7883958). PMID 33612891 (https://pubmed.ncbi.nlm.nih.gov/33612891). [cc BY] *This article incorporates text from this source, which is available under the CC BY 4.0 license.*

102. Tamez, Hope D. LaFreniere; Anastasio, Natalie; Perliger, Arie (January 25, 2024). "Explaining the Rise of Antisemitism in the United States" (https://www.tandfonline.com/doi/abs/10.1080/1057610X.2023.2297317). *Studies in Conflict & Terrorism*: 1–22. doi:10.1080/1057610X.2023.2297317 (https://doi.org/10.1080%2F1057610X.2023.2297317). Retrieved October 7, 2024.

103. Wald, Hedy S.; Roth, Steven (October 2024). "The Moral Imperative of Countering Antisemitism in US Medicine – A Way Forward" (https://www.amjmed.com/article/S0002-9343(24)00401-7/fulltext). *The American Journal of Medicine*. **137** (10): 915–917. doi:10.1016/j.amjmed.2024.06.015 (https://doi.org/10.1016%2Fj.amjmed.2024.06.015). PMID 38944230 (https://pubmed.ncbi.nlm.nih.gov/38944230). Retrieved October 6, 2024.

104. "Antisemitism in US at all-time high as American Jews report 'explosion of hate'" (https://www.jpost.com/diaspora/article-823415). *The Jerusalem Post*. October 7, 2024. Retrieved October 13, 2024. "A total of 10,000 antisemitic incidents were recorded in the US since October 7 - the highest number of incidents in the ADL's history."

105. "3.5 million US Jews experienced antisemitism since Oct. 7 Hamas attack, survey finds" (https://www.timesofisrael.com/3-5-million-us-jews-experienced-antisemitism-since-oct-7-hamas-attack-survey-finds). *The Times of Israel*. October 7, 2024. Retrieved October 8, 2024.

106. Sources for the following are:

- Bauer, Yehuda. "Problems of Contemporary Anti-Semitism" (https://web.archive.org/web/20030705131522/http://humanities.ucsc.edu/JewishStudies/docs/YBauerLecture.pdf), 2003, retrieved April 22, 2006.

- Chesler, Phyllis. *The New Anti-Semitism: The Current Crisis and What We Must Do About It*, Jossey-Bass, 2003, pp. 158-159, 181.

- Doward, Jamie. Jews predict record level of hate attacks: Militant Islamic media accused of stirring up new wave of anti-semitism (http://observer.guardian.co.uk/uk_news/story/0,6903,1278580,00.html), *The Guardian*, August 8, 2004.

- Kinsella, Warren. The New anti-Semitism (http://www.warrenkinsella.com/words_extremism_nas.htm) Archived (https://web.archive.org/web/20071014000502/http://www.warrenkinsella.com/words_extremism_nas.htm) 2007-10-14 at the Wayback Machine, accessed March 5, 2006.

- Sacks, Jonathan. "The New Antisemitism" (http://israel.jcca.org/articles.htm?y=620051118152416) Archived (https://web.archive.org/web/20080607061754/http://israel.jcca.org/articles.htm?y=620051118152416) 2008-06-07 at the Wayback Machine, *Haaretz*, September 6, 2002, retrieved on January 10, 2007.

- Strauss, Mark. "Antiglobalism's Jewish Problem" (https://web.archive.org/web/20031205153139/http://yaleglobal.yale.edu/display.article?id=2791) in Rosenbaum, Ron (ed.) *Those who Forget the Past: The Question of Anti-Semitism*, Random House 2004, p 272.

107. "Protesters Call For Metropolitan Opera To Cancel 'The Death of Klinghoffer' " (http://newyork.cbslocal.com/2014/09/22/protesters-calling-for-metropolitan-opera-to-cancel-the-death-of-klinghoffer/). *CBS New-York*. No. Entertainment. September 22, 2014. Retrieved October 27, 2014.

108. Gordon, Jerry. "Betrayal in the Metropolitan Opera Production of the Death of Klinghoffer" (https://web.archive.org/web/20160212020949/http://www.newenglishreview.org/blog_direct_link.cfm/blog_id/56957). Archived from the original (http://www.newenglishreview.org/blog_direct_link.cfm/blog_id/56957) on February 12, 2016. Retrieved October 27, 2014.

109. U.S. Commission on Civil Rights: "Findings and Recommendations Regarding Campus Antisemitism" (http://www.usccr.gov/pubs/050306FRUSCCRRCAS.pdf) (PDF). (19.3 KiB). April 3, 2006

110. Norwood, Stephen H. "Antisemitism in the Contemporary American University: Parallels With the Nazi Era" (https://web.archive.org/web/20140802201205/http://sicsa.huji.ac.il/acta34.pdf) (PDF). the Vidal Sassoon International Center for the Study of Antisemitism. Archived from the original (http://sicsa.huji.ac.il/acta34.pdf) (PDF) on August 2, 2014. Retrieved April 23, 2014.

111. "UCF student finds swastikas carved into walls of her apartment" (http://antisemitism.org.il/article/86839/ucf-student-finds-swastikas-carved-walls-her-apartment). *CFCA*. Retrieved April 30, 2014.

112. "East Carolina University Students Arrested For Allegedly Spray-Painting Swastika" (http://forward.com/articles/205171/east-carolina-university-students-arrested-for-all/). *The Jewish Daily Forward*. Jewish Telegraphic Agency. September 4, 2014. Retrieved September 10, 2014.

113. Mael, Daniel. "Jewish student at UNC Charlotte told to 'burn in an oven' " (http://antisemitism.org.il/article/90643/jewish-student-unc-charlotte-told-%E2%80%98burn-oven%E2%80%99). *CFCA*. Truth Revolt. Retrieved September 10, 2014.

114. "Fliers posted at California university blame Jews for 9/11" (https://web.archive.org/web/20230708160824/https://www.jpost.com///diaspora/fliers-posted-at-california-university-blame-jews-for-911-377858). *The Jerusalem Post*. October 2, 2014. Archived from the original (http://www.jpost.com/Diaspora/Fliers-posted-at-California-university-blame-Jews-for-911-377858) on July 8, 2023. Retrieved October 22, 2014.

115. "Jewish fraternity house vandalized with swastikas" (https://web.archive.org/web/2014100720571 3/http://www.wsbtv.com/news/news/national/jewish-fraternity-house-vandalized-swastikas/nhcZ P/?icmp=cmgcontent_internallink_relatedcontent_2014_partners1). *WSB-TV Atlanta*. October 6, 2014. Archived from the original (http://www.wsbtv.com/news/news/national/jewish-fraternity-house -vandalized-swastikas/nhcZP/?icmp=cmgcontent_internallink_relatedcontent_2014_partners1) on October 7, 2014. Retrieved October 23, 2014.

116. "Swastikas drawn on flyers" (http://antisemitism.org.il/article/91948/swastikas-drawn-fliers). *CFCA*. Retrieved December 21, 2014.

117. Kosmin, Barry A.; Keysar, Ariela. "National Demographic Survey of American Jewish College Students 2014 Anti-Semitism Report" (https://web.archive.org/web/20150318213350/http://www.br andeiscenter.com/images/uploads/articleuploads/trinity-Anti-Semitism.pdf) (PDF). The Louis D. Brandeis Center for Human Rights Under Law; Trinity College. Archived from the original (http://w ww.brandeiscenter.com/images/uploads/articleuploads/trinity-Anti-Semitism.pdf) (PDF) on March 18, 2015. Retrieved February 28, 2015.

118. Viet, Tran (October 19, 2015). "Anti-Semitic vandalism shocks UC Davis campus" (http://www.thea ggie.org/2015/10/19/anti-semitic-vandalism-shocks-uc-davis-campus/). *The California Aggie*. Retrieved October 26, 2015.

119. "Antisemitic graffiti found at Towson University" (http://antisemitism.org.il/article/100025/antisemitic -graffiti-found-towson-university). *CFCA*. Retrieved October 26, 2015.

120. "Nation of Islam" (https://www.splcenter.org/fighting-hate/extremist-files/group/nation-islam). *Southern Poverty Law Center*. July 4, 2020. Retrieved November 14, 2024.

121. "Nation of Islam" (https://www.adl.org/resources/profile/nation-islam). *ADL*. September 1, 2021. Retrieved November 14, 2024.

122. "H-Antisemitism | H-Net" (https://networks.h-net.org/h-antisemitism). *networks.h-net.org*.

123. "Nation of Islam" (https://web.archive.org/web/20060426194442/http://www.adl.org/focus_sheets/fo cus_islam.asp). Archived from the original (http://www.adl.org/focus_sheets/focus_islam.asp) on April 26, 2006.

124. "ADL Survey: Anti-Semitism Declines Slightly in America; 14 Percent of Americans Hold 'Strong' Anti-Semitic Beliefs" (https://web.archive.org/web/20110207193710/https://www.adl.org/PresRele/ ASUS_12/4680_12.htm). Archived from the original (http://www.adl.org/PresRele/ASUS_12/4680_ 12.htm) on February 7, 2011. Retrieved November 10, 2007.

125. "Anti-Defamation League Survey" (https://web.archive.org/web/20110207193710/https://www.adl.o rg/PresRele/ASUS_12/4680_12.htm). Archived from the original (http://www.adl.org/PresRele/ASU S_12/4680_12.htm) on February 7, 2011. Retrieved November 10, 2007.

126. "ADL poll: Anti-Semitic attitudes on rise in USA" (http://www.jpost.com/Jewish-World/Jewish-New s/ADL-poll-Anti-Semitic-attitudes-on-rise-in-USA). The Jerusalem Post. November 3, 2011. Retrieved December 20, 2013.

127. "Suspect in Jewish center shootings a 'long-time antisemite' " (https://web.archive.org/web/201404 29065313/http://antisemitism.org.il/article/86548/suspect-jewish-center-shootings-long-time-antise mite). *CFCA*. Archived from the original (http://antisemitism.org.il/article/86548/suspect-jewish-cent er-shootings-long-time-antisemite) on April 29, 2014. Retrieved April 23, 2014.

128. Rosenberg, Yair (April 13, 2014). "Kansas Jewish Center Shooting Suspect Appears to Yell 'Heil Hitler' " (https://ghostarchive.org/varchive/youtube/20211212/fucQfKMAouE). Archived from the original (https://www.youtube.com/watch?v=fucQfKMAouE) on December 12, 2021. Retrieved April 23, 2014 – via YouTube.

129. "ADL Audit: Anti-Semitic Incidents Declined 19 Percent Across the United States in 2013" (http://w ww.adl.org/press-center/press-releases/anti-semitism-usa/adl-audit-anti-semitic-incidents-2013.ht ml#.U3fKrPI_s41). *Anti-Defamation League*. Retrieved May 17, 2014.

130. "SJP Vassar posts a Nazi World War II propaganda poster" (https://web.archive.org/web/20140518 033931/http://antisemitism.org.il/article/87350/sjp-vassar-posts-nazi-world-war-ii-propaganda-post er). *CFCA*. Archived from the original (http://antisemitism.org.il/article/87350/sjp-vassar-posts-nazi-world-war-ii-propaganda-poster) on May 18, 2014. Retrieved May 17, 2014.

131. "Temple Univ. Jewish student punched in face and called 'Kike' in antisemitic attack" (https://web.a rchive.org/web/20141103213333/http://antisemitism.org.il/article/90149/temple-univ-jewish-student -punched-face-and-called-%E2%80%98kike%E2%80%99-antisemitic-attack). *CFCA*. Archived from the original (http://antisemitism.org.il/article/90149/temple-univ-jewish-student-punched-face-and-called-%E2%80%98kike%E2%80%99-antisemitic-attack) on November 3, 2014. Retrieved August 26, 2014.

132. "CPS Mom: Students are bullying Jewish son through online game" (https://web.archive.org/web/2 0140525200719/http://antisemitism.org.il/article/87508/cps-mom-students-are-bullying-jewish-son-through-online-game). *CFCA*. Archived from the original (http://antisemitism.org.il/article/87508/cps -mom-students-are-bullying-jewish-son-through-online-game) on May 25, 2014. Retrieved May 24, 2014.

133. Jones, Pamela (May 23, 2014). "CPS Mom: Students Are Bullying Jewish Son Through Online Game" (http://chicago.cbslocal.com/2014/05/23/cps-mom-students-are-bullying-jewish-son-throug h-online-game/). *CBS Chicago News*. Retrieved May 25, 2014.

134. "S.F. synagogues' sign defaced with antisemitic graffiti" (https://web.archive.org/web/20140817173 739/http://antisemitism.org.il/article/87694/sf-synagogues%E2%80%99-sign-defaced-antisemitic-g raffiti). *The Coordination Forum for Countering Antisemitism*. Archived from the original (http://antis emitism.org.il/article/87694/sf-synagogues%E2%80%99-sign-defaced-antisemitic-graffiti) on August 17, 2014. Retrieved June 28, 2014.

135. "Hate crime shocks apartment residents" (http://antisemitism.org.il/article/88032/hate-crime-shocks -apartment-residents). *The Coordination Forum for Countering Antisemitism*. Retrieved June 28, 2014.

136. "Attacker in Brooklyn uses antisemitic slur and hits teen" (http://antisemitism.org.il/article/88002/att acker-brooklyn-uses-antisemitic-slur-and-hits-teen). *The Coordination Forum for Countering Antisemitism*. Retrieved June 28, 2014.

137. Lestch, Corinne (July 12, 2014). "City pols blast anti-Semitic banner flown above Brighton Beach and Coney Island" (http://www.nydailynews.com/blogs/dailypolitics/city-pols-blast-anti-semitic-ban ner-flown-brighton-beach-coney-island-blog-entry-1.1864519). *Daily News*. Retrieved July 28, 2014.

138. "Antisemitic Graffiti Hits Borough Park" (https://web.archive.org/web/20140807055507/http://antise mitism.org.il/article/88515/antisemitic-graffiti-hits-borough-park). *CFCA*. Archived from the original (http://antisemitism.org.il/article/88515/antisemitic-graffiti-hits-borough-park) on August 7, 2014. Retrieved July 29, 2014.

139. Sleem, Seena (July 15, 2014). "Swastikas scribbled on mailbox near Jewish fraternity" (http://www. kmtr.com/news/local/Swastikas-scribbled-on-mailbox-near-Jewish-fraternity-267257771.html?tab= video&c=y). *News 16 Source*. Retrieved July 29, 2014.

140. Rajamani, Maya (July 16, 2014). "Playground scrawling declares 'Kill Jews' " (http://riverdalepress. com/stories/Playground-scrawling-declares-Kill-Jews,54652). *the Riverdale Press*.

141. Allen, Samantha (July 17, 2014). "Lowell synagogue hit with pro-Palestinian graffiti" (http://www.lo wellsun.com/breakingnews/ci_26165777/lowell-synagogue-hit-pro-palestinian-graffiti). *Lowell Sun*. Retrieved July 29, 2014.

142. "Antisemitic message appears near Clarksville Burned Cross" (http://antisemitism.org.il/article/889 56/antisemitic-message-appears-near-clarksville-burned-cross). *CFCA*. Retrieved July 29, 2014.

143. Germano, Beth (July 23, 2014). "Vandals Damage 19 Headstones At Auburn Cemetery" (http://bost on.cbslocal.com/2014/07/23/vandals-damage-19-headstones-at-auburn-cemetery/). *CBS*. Retrieved July 29, 2014.

144. Piper, Brandie (July 21, 2014). "Anti-Semitic vandalism discovered at country club" (https://web.arc hive.org/web/20141107180718/http://www.ksdk.com/story/news/crime/2014/07/21/anti-semitic-van dalism-westwood-country-club/12962085/). *KSDK*. Archived from the original (http://www.ksdk.co m/story/news/crime/2014/07/21/anti-semitic-vandalism-westwood-country-club/12962085/) on November 7, 2014. Retrieved July 29, 2014.

145. Guirola, Jamie (July 27, 2014). "Miami Beach Cars Vandalized With Anti-Semitic Messages" (htt p://www.nbcmiami.com/news/local/Miami-Beach-Cars-Vandalized-With-Anti-Semitic-Messages-26 8806981.html). *NBC*. Retrieved July 29, 2014.

146. "Anti-Semitic Vandalism Found at South Florida Synagogue" (http://www.nbcmiami.com/news/loca l/More-Anti-Semitic-Vandalism-Found-at-South-Florida-Synagogue-268856961.html). *NBC*. July 28, 2014. Retrieved July 29, 2014.

147. "Anti-Jewish leaflets found on cars on NW Side" (http://www.chicagotribune.com/news/local/breaki ng/chi-antijewish-leaflets-found-on-cars-on-nw-side-20140720,0,5638885.story). *Chicago Tribune*. July 20, 2014. Retrieved July 29, 2014.

148. "Only On CBS2: Anti-Semitic Flyers Surface At Jewish-Owned Business Near UCLA" (http://losan geles.cbslocal.com/2014/08/14/only-on-cbs2-anti-semitic-flyers-surface-at-jewish-owned-business -near-ucla/#.U-zygvE_Hdc.twitter). *CBS*. No. Local. August 14, 2014. Retrieved August 26, 2014.

149. "Incidents in U.S." (https://web.archive.org/web/20140730141412/http://antisemitism.org.il/list/1?la ng=en) *CFCA*. Archived from the original (http://antisemitism.org.il/list/1?lang=en) on July 30, 2014. Retrieved August 26, 2014.

150. "Antisemitic hate graffiti" (http://antisemitism.org.il/article/90108/antisemitic-hate-graffiti). *CFCA*. Retrieved August 26, 2014.

151. "4 Orthodox Jewish teens attacked" (http://antisemitism.org.il/article/89982/4-orthodox-jewish-teen s-attacked). *CFCA*. Retrieved August 26, 2014.

152. "Antisemitic Incidents" (http://antisemitism.org.il/list/1?m=2014-09). *CFCA*. Retrieved September 10, 2014.

153. Batchelor, Amanda. "Miami synagogue vandalized" (http://antisemitism.org.il/article/90588/miami-s ynagogue-vandalized). *CFCA*. Local 10. Retrieved September 10, 2014.

154. " "Murder the Jew tenant" scrawled in apartment building" (http://antisemitism.org.il/article/90648/% E2%80%9Cmurder-jew-tenant%E2%80%9D-scrawled-apartment-building). *CFCA*. 7 News. Retrieved September 10, 2014.

155. "Boulder Jewish Community Center vandalized with anti-Semitic, anti-Israel graffiti" (https://web.ar chive.org/web/20141006065239/http://www.dailynewsen.com/local/boulder-jewish-community-cen ter-vandalized-with-anti-semitic-anti-israel-graffiti-h2660045.html). *USA News*. September 19, 2014. Archived from the original (http://www.dailynewsen.com/local/boulder-jewish-community-cen ter-vandalized-with-anti-semitic-anti-israel-graffiti-h2660045.html) on October 6, 2014. Retrieved September 28, 2014.

156. "Man shouts 'Jews, Jews, Jews,' fires on group walking near private school" (https://web.archive.or g/web/20140929054025/http://www.abc2news.com/news/crime-checker/baltimore-county-crime/m an-shouts-jews-jews-jews-fires-on-group-walking-near-private-school). *ABC2*. September 25, 2014. Archived from the original (http://www.abc2news.com/news/crime-checker/baltimore-county-crime/man-shouts-jews-jews-jews-fires-on-group-walking-near-private-school) on September 29, 2014. Retrieved September 28, 2014.

157. "A Rabbi says he was booted from restaurant for being Jewish" (http://antisemitism.org.il/article/90 992/rabbi-says-he-was-booted-restaurant-being-jewish). *CFCA*. Retrieved September 30, 2014.

158. " 'With Jews we lose,' reads one Senate candidate's slogan" (https://web.archive.org/web/2015031 6203125/http://antisemitism.org.il/article/90889/%E2%80%98-jews-we-lose%E2%80%99-reads-o ne-senate-candidate%E2%80%99s-slogan). *CFCA*. Archived from the original (http://antisemitism. org.il/article/90889/%E2%80%98-jews-we-lose%E2%80%99-reads-one-senate-candidate%E2%8 0%99s-slogan) on March 16, 2015. Retrieved September 28, 2014.

159. Murphy, Doyle; Caulfield, Philip (October 3, 2014). " 'Greedy infiltrators': Bushwick coffee shop owner bashed after anti-Semitic online rant defends his comments as 'the truth' " (http://www.nydail ynews.com/new-york/brooklyn/greedy-infiltrators-bushwick-coffee-shop-bashed-anti-semitic-online -rant-article-1.1961070). *Daily News*. Retrieved October 22, 2014.

160. "Swastika on Jewish temple" (http://antisemitism.org.il/article/91216/swastika-jewish-temple). *CFCA*. Retrieved October 23, 2014.

161. Ferrise, Adam (October 15, 2014). "Woman accused of vandalizing Akron synagogue" (http://www. cleveland.com/akron/index.ssf/2014/10/woman_accused_of_vandalizing_a.html). *Cleveland.com*. Retrieved October 23, 2014.

162. Conley, Kirstan (October 8, 2014). "Head of Hebrew association attacked outside Barclays Center" (https://nypost.com/2014/10/08/head-of-hebrew-association-attacked-outside-barclays-center/). *New York Post*. Retrieved October 23, 2014.

163. "Israeli man stabbed outside Chabad headquarters in New York" (http://antisemitism.org.il/article/9 2659/israeli-man-stabbed-outside-chabad-headquarters-new-york). *CFCA*. Retrieved January 28, 2015.

164. "Threatening letter sent to Rockland legislator" (https://web.archive.org/web/20150211234613/htt p://westchester.news12.com/news/threatening-letter-sent-to-rockland-county-legislator-aron-wiede r-depicts-isis-style-beheading-1.9732558). *12 News Westchester*. December 19, 2014. Archived from the original (http://westchester.news12.com/news/threatening-letter-sent-to-rockland-county-le gislator-aron-wieder-depicts-isis-style-beheading-1.9732558) on February 11, 2015. Retrieved January 28, 2015.

165. Bevis, Jaclyn (December 10, 2014). "Anti-semitic vandalism done to North Fort Myers home" (http s://web.archive.org/web/20150212002034/http://www.nbc-2.com/story/27588869/anti-semitic-vand alism-done-to-north-fort-myers-home#.VMl202isX_F). *NBC*. Archived from the original (http://www. nbc-2.com/story/27588869/anti-semitic-vandalism-done-to-north-fort-myers-home#.VMl202isX_F) on February 12, 2015. Retrieved January 28, 2015.

166. "Anti-Semitic Tags Found in Rogers Park" (http://www.nbcchicago.com/news/local/rogers-park-graf fiti-286987951.html). *NBC Chicago*. December 29, 2014. Retrieved January 28, 2015.

167. "synagogue vandalized on Christmas" (https://web.archive.org/web/20150212002236/http://antise mitism.org.il/article/93053/synagogue-vandalized-christmas). *CFCA*. Archived from the original (htt p://antisemitism.org.il/article/93053/synagogue-vandalized-christmas) on February 12, 2015. Retrieved January 28, 2015.

168. "Antisemitic writing found on car" (http://antisemitism.org.il/article/93224/antisemitic-writing-found-c ar). *CFCA*. Retrieved January 29, 2015.

169. McGraw, Veronica (January 4, 2015). "An offensive Jewish message has residents in Beachwoods DeVille apartments upset" (https://web.archive.org/web/20150108094349/http://www.newsnet5.co m/news/local-news/oh-cuyahoga/an-offensive-jewish-message-has-residents-in-beachwoods-devi lle-apartments-upset). *ABC News Cleveland*. Archived from the original (http://www.newsnet5.com/ news/local-news/oh-cuyahoga/an-offensive-jewish-message-has-residents-in-beachwoods-deville -apartments-upset) on January 8, 2015. Retrieved January 29, 2015.

170. Sharp, Richard (February 25, 2015). "Swastika display at River Park home angers neighbors" (http s://www.kcra.com/news/swastika-display-at-river-park-home-angers-neighbors/31466096). *KCRA 3*. NBC. Retrieved February 28, 2015.

171. "Hateful Graffiti Found At UC Davis Jewish Organization's House" (http://sacramento.cbslocal.co m/2015/02/05/hateful-graffiti-found-at-uc-davis-jewish-organizations-house/). *CBS*. February 5, 2015. Retrieved February 28, 2015.

172. "Antisemitic words painted on Jewish store" (http://antisemitism.org.il/article/94351/antisemitic-wor ds-painted-jewish-store). *CFCA*. Retrieved February 28, 2015.

173. Nagourney, Adam (March 5, 2015). "In U.C.L.A. Debate Over Jewish Student, Echoes on Campus of Old Biases" (https://www.nytimes.com/2015/03/06/us/debate-on-a-jewish-student-at-ucla.html). *The New York Times*. Retrieved March 6, 2015. "Given that you are a Jewish student and very active in the Jewish community," [the questioner asked] "how do you see yourself being able to maintain an unbiased view?"

174. "Audit: In 2014 Anti-Semitic Incidents Rose 21 Percent Across The U.S. In A "Particularly Violent Year for Jews" " (http://www.adl.org/press-center/press-releases/anti-semitism-usa/adl-audit-in-201 4-anti-semitic-inicidents.html#.VRrUFPmsX_F). *Anti-Defamation League*. Retrieved March 31, 2015.

175. Winston, Ali; Thompson, A. C. (February 23, 2018). "Inside Atomwaffen As It Celebrates a Member for Allegedly Killing a Gay Jewish College Student" (https://www.propublica.org/article/atomwaffen -division-inside-white-hate-group). *ProPublica*.

176. "Pittsburgh shooting suspect makes court appearance; feds seek death penalty" (https://www.cbsn ews.com/live-news/pittsburgh-shooting-synagogue-today-suspect-robert-bowers-squirrel-hill-live-u pdates-2018-10-29/). *CBS News*. October 29, 2018.

177. Cleary, Tom (April 27, 2019). "John Earnest: 5 Fast Facts You Need to Know" (https://heavy.com/n ews/2019/04/john-earnest). *Heavy.com*. Retrieved April 28, 2019.

178. "Jersey City shooting: six dead as officials say suspects targeted Jewish grocery" (https://www.the guardian.com/us-news/2019/dec/11/jersey-city-shooting-attack-jewish-supermarket). *The Guardian*. December 11, 2019.

179. "Synagogue stabbings: five hurt in Monsey attack, say reports" (https://www.theguardian.com/us-n ews/2019/dec/29/synagogue-stabbings-three-hurt-in-monsey-attack-say-reports). *The Guardian*. December 28, 2019.

180. "Elderly Jewish man attacked outside of Brooklyn synagogue" (https://www.jpost.com/diaspora/ant isemitism/elderly-jewish-man-attacked-outside-of-brooklyn-synagogue-669180). *The Jerusalem Post*. May 26, 2021.

181. Frosch, Dan (January 16, 2022). "Texas Hostage Taker Identified as British Citizen Who Traveled to U.S. in Recent Days" (https://www.wsj.com/articles/texas-hostage-taker-identified-as-british-citiz en-who-traveled-to-u-s-in-recent-days-11642356289). *The Wall Street Journal*.

182. Right Wing Watch [@RightWingWatch] (November 15, 2022). "White nationalist antisemite Nick Fuentes warns that if "the Jews" don't stop oppressing people like him, it will soon lead to violence: "When it comes to the Jews, every society where shit has gone down with these people, it always goes from zero to sixty." " (https://x.com/RightWingWatch/status/1592598676886949888) (Tweet) – via Twitter.

183. " 'Why is this NOT a Bigger Story?!!' Trump's Hosting White Supremacist Nick Fuentes for Dinner at Mar-a-Lago Raises Questions" (https://www.mediaite.com/news/why-is-this-not-a-bigger-story-tr umps-hosting-white-supremacist-nick-fuentes-for-dinner-at-mar-a-lago-raises-questions/). *Mediaite*. November 25, 2022. Retrieved November 25, 2022.

184. Gambino, Lauren (April 28, 2016). "Journalist who profiled Melania Trump hit with barrage of antisemitic abuse" (https://www.theguardian.com/us-news/2016/apr/28/julia-ioffe-journalist-melania-trump-antisemitic-abuse). *The Guardian*. Retrieved April 9, 2024.

185. Chotiner, Isaac (May 27, 2016). "Melania Trump Says Reporter Who Was Target of Anti-Semitic Attacks "Provoked Them" " (https://slate.com/news-and-politics/2016/05/melania-trump-blames-julia-ioffe-for-attacks-against-julia-ioffe.html). *Slate*. Retrieved April 9, 2024.

186. Delreal, Jose A.; Zauzmer, Julie (June 8, 2016). "Trump's vigorous defense of anti-Semitic image a 'turning point' for many Jews" (https://www.washingtonpost.com/politics/trumps-vigorous-defense-of-anti-semitic-image-a-turning-point-for-many-jews/2016/07/08/720858e2-4450-11e6-bc99-7d269f8719b1_story.html). *The Washington Post*.

187. Calamur, Krishnadev (January 21, 2017). "A Short History of 'America First' " (https://www.theatlantic.com/politics/archive/2017/01/trump-america-first/514037/). *The Atlantic*. Retrieved February 20, 2024.

188. Little, Katie (February 17, 2017). "Donald Trump: I am the least anti-Semitic person that 'you've ever seen in your entire life' " (https://www.cnbc.com/2017/02/16/donald-trump-i-am-the-least-anti-semitic-racist-person-that-youve-ever-seen.html). *CNBC*. Retrieved February 20, 2024.

189. Little, Katie (August 27, 2016). "Trump Campaign CEO Steve Bannon Accused of Anti-Semitic Remarks by Ex-Wife" (https://www.nbcnews.com/politics/2016-election/trump-campaign-ceo-steve-bannon-accused-anti-semitic-remarks-ex-n638731). *NBC News*. Retrieved April 8, 2024.

190. Bernstein, Joseph (October 5, 2017). "Here's How Breitbart And Milo Smuggled White Nationalism Into The Mainstream" (https://www.buzzfeednews.com/article/josephbernstein/heres-how-breitbart-and-milo-smuggled-white-nationalism). *Buzzfeed News*. Retrieved April 8, 2024.

191. Pesca, Mike (November 23, 2016). "The Alt-Right Is Using Trump" (https://slate.com/news-and-politics/2016/11/ben-shapiro-on-steve-bannon-the-alt-right-and-why-the-left-needs-to-turn-down-the-outrage.html). *Slate*. Retrieved April 9, 2024.

192. Singal, Jesse (May 26, 2016). "Explaining Ben Shapiro's Messy, Ethnic-Slur-Laden Breakup With Breitbart" (https://nymag.com/intelligencer/2016/05/ben-shapiros-messy-breakup-with-breitbart.html). *New York Magazine*. Retrieved April 9, 2024.

193. Nelson, Louis (February 2, 2017). "Trump threatens to pull U.C. Berkeley funding after protests against Milo Yiannopoulos turn violent" (https://www.politico.com/story/2017/02/trump-uc-berkeley-milo-yiannopoulos-234530). *Politico*. Retrieved April 8, 2024.

194. "Documenting Hate: Charlottesville" (https://www.pbs.org/wgbh/frontline/documentary/documenting-hate-charlottesville/). *FRONTLINE*. Retrieved February 20, 2024.

195. Gray, Rosie (August 15, 2017). "Trump Defends White-Nationalist Protesters: 'Some Very Fine People on Both Sides' " (https://www.theatlantic.com/politics/archive/2017/08/trump-defends-white-nationalist-protesters-some-very-fine-people-on-both-sides/537012/). *The Atlantic*. Retrieved February 20, 2024.

196. "QAnon's Antisemitism and What Comes Next" (https://www.adl.org/resources/report/qanons-antisemitism-and-what-comes-next). *Anti-Defamation League*. September 17, 2021.

197. "What you need to know about QAnon" (https://www.splcenter.org/hatewatch/2020/10/27/what-you-need-know-about-qanon). *Southern Poverty Law Center*. October 27, 2020. Retrieved April 9, 2024.

198. Brewster, Jack (August 25, 2020). "Speaker Pulled From Republican Convention After Tweeting Anti-Semitic QAnon Conspiracy Theory" (https://www.forbes.com/sites/jackbrewster/2020/08/25/rnc-speaker-pulled-from-convention-after-tweeting-anti-semitic-qanon-conspiracy-theory/?sh=248a91a26cba). *Forbes*. Retrieved April 8, 2024.

3/20/25, 9:25 AM
Case: 25-1158
Document: 00118266017
History of antisemitism in the United States - Wikipedia
Page: 54
Date Filed: 03/20/2025
Entry ID: 6710174

199. Djupe, Paul (January 26, 2021). "Christian nationalists and QAnon followers tend to be anti-Semitic. That was seen in the Capitol attack" (https://www.washingtonpost.com/politics/2021/01/2
6/christian-nationalists-qanon-followers-tend-be-anti-semitic-that-was-visible-capitol-attack/). *The
Washington Post*. Retrieved April 9, 2024.

200. Miller, Zeke; Colvin, Jill; Seitz, Amanda (August 19, 2020). "Trump praises QAnon conspiracists,
appreciates support" (https://apnews.com/article/election-2020-ap-top-news-religion-racial-injustic
e-535e145ee67dd757660157be39d05d3f). *Associated Press*. Retrieved April 9, 2024.

201. Kaplan, Alex (January 11, 2021). "Trump has repeatedly amplified QAnon Twitter accounts. The
FBI has linked the conspiracy theory to domestic terror" (https://www.mediamatters.org/twitter/fbi-ca
lls-qanon-domestic-terror-threat-trump-has-amplified-qanon-supporters-twitter-more-20). *Media
Matters*. Retrieved April 9, 2024.

202. Klepper, David; Swenson, Ali (September 16, 2022). "Trump openly embraces, amplifies QAnon
conspiracy theories" (https://apnews.com/article/technology-donald-trump-conspiracy-theories-gov
ernment-and-politics-db50c6f709b1706886a876ae6ac298e2). *Associated Press*. Retrieved
April 9, 2024.

203. Stracqualursi, Veronica; LeBlanc, Paul; Klein, Betsy (December 11, 2019). "Trump aims to crack
down on anti-Semitism on college campuses using civil rights protections" (https://www.cnn.com/2
019/12/10/politics/trump-order-judaism-nationality/index.html). *CNN*. Retrieved February 20, 2024.

204. Baker, Peter; Haberman, Maggie (December 10, 2019). "Trump Targets Anti-Semitism and Israeli
Boycotts on College Campuses" (https://www.nytimes.com/2019/12/10/us/politics/trump-antisemiti
sm-executive-order.html). *The New York Times*. ISSN 0362-4331 (https://search.worldcat.org/issn/
0362-4331). Retrieved February 20, 2024.

205. Lemire, Jonathan; Superville, Darlene (August 21, 2019). "Trump: Any Jew voting Democratic is
uninformed or disloyal" (https://apnews.com/article/1bc3065eb2e4414289ef0ac1ac4ebaf7).
*Associated Press*. Retrieved April 2, 2024.

206. Levin, Bess (December 17, 2021). "Trump Goes Full Anti-Semite, Unloads on American Jews in
Wildly Bigoted Rant" (https://www.vanityfair.com/news/2021/12/donald-trump-anti-semitism-jews-is
rael). *Vanity Fair*. Retrieved April 2, 2024.

207. Chatelain, Ryan (October 17, 2022). "Jewish groups, Dems blast Trump social media post as
antisemitic" (https://ny1.com/nyc/all-boroughs/politics/2022/10/17/jewish-groups--democrats-blast-t
rump-social-media-post-as-antisemitic). *Spectrum News*. Retrieved April 2, 2024.

208. Concepcion, Summer (September 18, 2023). "Trump accuses 'liberal Jews' of voting to 'destroy
America and Israel' in Rosh Hashanah message" (https://www.nbcnews.com/politics/donald-trum
p/trump-goes-liberal-jews-israel-rosh-hashanah-message-rcna105540). *NBC News*. Retrieved
April 2, 2024.

209. Sullivan, Kate (March 19, 2024). "Trump says any Jewish person who votes for Democrats 'hates
their religion' and 'everything about Israel' " (https://www.cnn.com/2024/03/18/politics/trump-antise
mitic-jewish-people-israel-support-netanyahu/index.html). *CNN*. Retrieved April 2, 2024.

210. Garrity, Kelly (March 19, 2024). " 'Disgusting, toxic, antisemitic': Doug Emhoff blasts Trump's
comments on Jews" (https://www.politico.com/news/2024/03/19/doug-emhoff-blasts-trump-comme
nts-jews-israel-00147832). *Politico*. Retrieved April 2, 2024.

211. Wu, Nicholas (May 22, 2020). "Trump criticized for praising 'good bloodlines' of Henry Ford, who
promoted anti-Semitism" (https://www.usatoday.com/story/news/politics/2020/05/22/trump-criticize
d-praising-bloodlines-henry-ford-anti-semite/5242361002/). *USA Today*. Retrieved April 8, 2024.

212. Shugerman, Emily (May 16, 2020). "Trump's Very Normal Saturday Amplifying the Far-Right Blogger Shunned by Conservatives" (https://www.thedailybeast.com/president-trump-fans-out-on-f ar-right-columnist-michelle-malkin-in-saturday-morning-tweet-storm). *Daily Beast*. Retrieved April 8, 2024.

213. Diamond, Jeremy (August 2, 2016). "Trump praises Ryan's primary challenger" (https://www.cnn.c om/2016/08/01/politics/donald-trump-paul-ryan-paul-nehlen-election-2016/index.html). *CNN*. Retrieved April 8, 2024.

214. "About Paul Nehlen" (https://www.splcenter.org/fighting-hate/extremist-files/individual/paul-nehle n). *Southern Poverty Law Center*. Retrieved April 8, 2024.

215. Hayden, Michael Edison (July 8, 2020). "Jack Posobiec.s Rise Tied to White Supremacist Movement" (https://www.splcenter.org/hatewatch/2020/07/08/jack-posobiecs-rise-tied-to-white-supre macist-movement). *Southern Poverty Law Center*. Retrieved April 8, 2024.

216. Weinman, Jaime (February 5, 2016). "How Ann Coulter inspired Donald Trump" (https://macleans. ca/politics/washington/how-ann-coulter-inspired-donald-trump/). *Maclean's*. Retrieved April 8, 2024.

217. "Ann Coulter rants about 'Jews' and Israel during GOP debate" (https://www.usatoday.com/story/ne ws/nation-now/2015/09/17/ann-coulter-comment-jews-gop-debate-israel-relations/32543837/). *USA Today*. September 17, 2015. Retrieved April 8, 2024.

218. "Coulter draws fire over remarks about Jews" (https://www.nbcnews.com/id/wbna21257498). *NBC News*. October 11, 2007. Retrieved April 8, 2024.

219. McCollum, Brian (April 20, 2017). "Ted Nugent tells the tale of his night with Trump and Kid Rock" (https://www.freep.com/story/entertainment/music/2017/04/20/ted-nugent-kid-rock-trump/10071030 6/). *Detroit Free Press*. Retrieved April 8, 2024.

220. Axelson, Ben (February 11, 2016). "Ted Nugent's 'anti-Semitic' rant sparks outrage; gun owners call for NRA ouster" (https://www.syracuse.com/us-news/2016/02/ted_nugent_anti-semitic_facebo ok_nra_pressure.html). *Syracuse*. Retrieved April 8, 2024.

221. "A Short History of How Donald Trump Amplifies Extremism & Hate on Twitter" (https://www.adl.or g/resources/blog/short-history-how-donald-trump-amplifies-extremism-hate-twitter). *Anti-Defamation League*. November 29, 2017. Retrieved April 8, 2024.

222. Nelson, Louis (May 24, 2017). "Trump praises Duterte for 'unbelievable job' cracking down on drugs in the Philippines" (https://www.politico.com/story/2017/05/24/trump-rodrigo-duterte-call-tran script-238758). *Politico*. Retrieved April 9, 2024.

223. Lema, Karen; Mogato, Manuel (September 30, 2016). "Philippines' Duterte likens himself to Hitler, wants to kill millions of drug users" (https://www.reuters.com/article/idUSKCN1200BC/). *Reuters*. Retrieved April 9, 2024.

224. Pengelly, Martin (March 12, 2024). "Aide tried to stop Trump praising Hitler – by telling him Mussolini was 'great guy' " (https://www.theguardian.com/books/2024/mar/12/mussolini-trump-hitle r-john-kelly-jim-sciutto-book). *The Guardian*. Retrieved April 8, 2024.

225. Duster, Chandelis (July 7, 2021). "Trump allegedly praised Hitler as doing 'a lot of good things,' new book claims" (https://www.cnn.com/2021/07/07/politics/donald-trump-adolf-hitler-book-claims/i ndex.html). *CNN*.

226. Sarna, Jonathan (January 11, 2021). "The symbols of antisemitism in the Capitol riot" (https://www. brandeis.edu/now/2021/january/anti-semitism-capitol-riot-sarna.html). *Brandeis Now*.

227. "Antisemitic internet troll 'Baked Alaska' pleads guilty in Capitol riot" (https://www.timesofisrael.co m/antisemitic-internet-troll-baked-alaska-pleads-guilty-in-capitol-riot/). *The Times of Israel*. July 23, 2022.

228. Brodd, Robby (March 23, 2023). "Pa. woman who led Jan. 6 protesters to Nancy Pelosi's office sentenced to 3 years in prison" (https://whyy.org/articles/riley-williams-jan-6-insurrection-sentenced-prison-3-years/). *WHYY-FM*.

229. Wu, Nicholas; Cheney, Kyle (January 19, 2022). "Jan. 6 investigators subpoena far-right figures who promoted election fraud claims" (https://www.politico.com/news/2022/01/19/jan-6-subpoena-far-right-promoters-527422). *Politico*.

230. Cohen, Zachary; Cohen, Marshall (September 4, 2022). "Trump rally highlighting January 6 case of alleged Nazi sympathizer sparks criticism" (https://www.cnn.com/2022/09/04/politics/trump-rally-nazi-sympathizer-january-6-rioter/index.html). *CNN*.

231. Sales, Ben (September 30, 2020). "Who are the Proud Boys, the far-right group that got a shoutout from Trump?" (https://www.timesofisrael.com/who-are-the-proud-boys-the-far-right-group-that-got-a-shoutout-from-trump/). *The Times of Israel*. Retrieved April 9, 2024.

232. "Proud Boys' Bigotry is on Full Display" (https://www.adl.org/resources/blog/proud-boys-bigotry-full-display). *Anti-Defamation League*. December 24, 2020. Retrieved April 9, 2024.

233. Peel, Sophie (May 10, 2021). "Multnomah County Republican Party Signed Agreement with Proud Boy-Affiliated Security Team at Portland Meeting" (https://www.wweek.com/news/city/2021/05/10/multnomah-county-republican-party-signed-agreement-with-proud-boy-affiliated-security-team-at-portland-meeting/). *Willamette Week*. Retrieved April 9, 2024.

234. Cuza, Bobby (February 1, 2019). "The Fallout After a Manhattan GOP Club Elected a New Leader Accused of Associating with White Supremacists" (https://ny1.com/nyc/all-boroughs/politics/2019/02/02/ian-reilly-elected-president-metropolitan-republican-club-manhattan-after-proud-boys-incident-divides-republicans). *Spectrum News*. Retrieved April 9, 2024.

235. Gentry, Dana (May 27, 2021). "Consultants for NV GOP sought out Proud Boys for post-election rally" (https://nevadacurrent.com/2021/05/27/consultants-for-nv-gop-sought-out-proud-boys-for-post-election-rally/). *Nevada Current*. Retrieved April 9, 2024.

236. Mazzei, Patricia; Feuer, Alan (June 2, 2022). "How the Proud Boys Gripped the Miami-Dade Republican Party" (https://www.nytimes.com/2022/06/02/us/miami-republicans-proud-boys.html). *New York Times*. Retrieved April 9, 2024.

237. O'Sullivan, Donie; Cohen, Marshall; Polantz, Katelyn (July 8, 2020). "Facebook removes Roger Stone from Instagram after linking him to fake accounts" (https://www.cnn.com/2020/07/08/tech/roger-stone-proud-boys-facebook/index.html). *CNN*. Retrieved April 9, 2024.

238. Ronayne, Kathleen; Kunzelman, Michael (September 30, 2020). "Trump to far-right extremists: 'Stand back and stand by' " (https://apnews.com/article/election-2020-joe-biden-race-and-ethnicity-donald-trump-chris-wallace-0b32339da25fbc9e8b7c7c7066a1db0f). *Associated Press*.

239. Pilkington, Ed (January 6, 2024). " 'January 6 never ended': alarm at Trump pardon pledge for Capitol insurrectionists" (https://www.theguardian.com/us-news/2024/jan/06/trump-pardon-january-6-rioters-if-elected-president). *The Guardian*.

240. "AFPAC III: Elected Officials Support White Supremacist Event" (https://www.adl.org/blog/afpac-iii-elected-officials-support-white-supremacist-event). *Anti-Defamation League*. Retrieved April 8, 2024. "Four of the speakers – Rep. Marjorie Taylor Greene, Lt. Governor Janice McGeachin, Rep. Paul Gosar, and Arizona state Sen. Wendy Rogers – are elected officials."

241. Sales, Ben (August 27, 2020). "Marjorie Taylor Greene shared antisemitic and Islamophobic video" (https://www.jpost.com/diaspora/antisemitism/marjorie-taylor-greene-shared-antisemitic-and-islamophobic-video-640093). *The Jerusalem Post*. Retrieved April 8, 2024.

242. Kampeas, Ron (March 2, 2022). "Arizona Senate censures Republican Wendy Rogers, but not for antisemitic comments" (https://www.jta.org/2022/03/02/politics/arizona-senate-censures-republican -wendy-rogers-but-not-for-antisemitic-comments). *Jewish Telegraphic Agency*. Retrieved April 8, 2024.

243. Rod, Marc (July 28, 2023). "Jewish Democrats push to censure Paul Gosar for 'pattern' of antisemitism" (https://web.archive.org/web/20230801080552/https://jewishinsider.com/2023/07/pa ul-gosar-censure-debbie-wasserman-shultz-house-democrats/). *Jewish Insider*. Archived from the original (https://jewishinsider.com/2023/07/paul-gosar-censure-debbie-wasserman-shultz-house-d emocrats/) on August 1, 2023. Retrieved April 8, 2024.

244. Vakil, Caroline (April 6, 2022). "Trump endorses 'warrior' Marjorie Taylor Greene, other House GOP 2020 objectors" (https://thehill.com/homenews/3261167-trump-endorses-warrior-marjorie-tayl or-greene-other-house-gop-2020-objectors/). *The Hill*. Retrieved April 8, 2024.

245. LeBlanc, Paul (November 8, 2021). "Trump endorses Gosar one day after he was censured over violent video targeting AOC and Biden" (https://www.cnn.com/2021/11/18/politics/trump-gosar-end orsement/index.html). *CNN*. Retrieved April 8, 2024.

246. "Trump endorses 2 Arizona audit supporters for state Senate" (https://apnews.com/article/donald-tr ump-elections-arizona-senate-elections-wendy-rogers-825223c8b48bccff91d3cca5e5766741). *Associated Press*. November 29, 2021. Retrieved April 8, 2024.

247. Montellaro, Zach (November 9, 2021). "Trump endorses rival against Idaho Gov. Brad Little" (http s://www.politico.com/news/2021/11/09/trump-endorsement-mcgeachin-little-idaho-520544). *Politico*. Associated Press. Retrieved April 8, 2024.

248. Merica, Dan (July 28, 2022). "Doug Mastriano under fire for relationship with antisemitic website and its founder" (https://www.cnn.com/2022/07/28/politics/doug-mastriano-gab-pennsylvania-repu blican/index.html). *CNN*. Retrieved April 8, 2024.

249. Glueck, Katie (October 10, 2022). "Mastriano's Attacks on Jewish School Set Off Outcry Over Antisemitic Signaling" (https://www.nytimes.com/2022/10/10/us/politics/mastriano-shapiro-antisemi tism.html). *CNN*. Retrieved April 8, 2024.

250. Montellaro, Zach; McGraw, Meredith; Otterbein, Holly (May 14, 2022). "Trump endorses Mastriano for Pennsylvania governor" (https://www.politico.com/news/2022/05/14/trump-endorses-mastriano- pennsylvania-governor-00032538). *Politico*. Retrieved April 8, 2024.

251. Berzon, Alexandra (June 5, 2022). "In Races to Run Elections, Candidates Are Backed by Key 2020 Deniers" (https://www.nytimes.com/2022/06/05/us/politics/america-first-secretary-of-state-can didates.html). *CNN*. Retrieved April 9, 2024.

252. Rod, Marc. "Nevada Senate candidate Jim Marchant repeatedly invoked antisemitic tropes in public statements" (https://web.archive.org/web/20240214231538/https://jewishinsider.com/2024/0 2/jim-marchant-nevada-senate-candidate-antisemitism/). *Jewish Insider*. Archived from the original (https://jewishinsider.com/2024/02/jim-marchant-nevada-senate-candidate-antisemitism/) on February 14, 2024. Retrieved April 9, 2024.

253. Blumenthal, Paul; Nicholson, Jonathan (June 9, 2022). "GOP Candidate Carl Paladino Calls Adolf Hitler 'The Kind Of Leader We Need Today' " (https://www.huffpost.com/entry/carl-paladino-adolf-hi tler_n_62a216dce4b06594c1c58d4a). *HuffPost*. Retrieved April 9, 2024.

254. Merlan, Anna (October 11, 2022). "Watch the Disturbing Kanye Interview Clips That Tucker Carlson Didn't Put on Air" (https://www.vice.com/en/article/3ad77y/kanye-west-tucker-carlson-leak ed-footage-antisemitism-fake-children). *Vice*.

255. "Kanye West says he'll go to 'death con 3 on JEWISH PEOPLE' after Instagram ban" (https://www.t imesofisrael.com/kanye-west-says-hell-go-to-death-con-3-on-jewish-people-after-instagram-ban/). *Times of Israel*. October 9, 2022.

256. Graziosi, Greg (October 12, 2022). "Podcaster claims Kanye West said he 'loved Hitler and Nazis' in edited TMZ interview" (https://www.independent.co.uk/news/world/americas/van-lathan-kanye-west-tmz-hitler-b2201607.html). *The Independent*.

257. Chan, Anna (October 21, 2022). "Balenciaga Ends Relationship With Kanye West" (https://www.billboard.com/music/music-news/kanye-west-balenciaga-partnership-over-1235159267/). *Billboard*.

258. Rowley, Glenn (October 24, 2022). "Kim Kardashian Condemns Antisemitic Hate Speech After Kanye West's Comments" (https://www.billboard.com/music/music-news/kim-kardashian-condemns-antisemitic-hate-speech-after-kanye-comments-1235160168/). *Billboard*.

259. Leight, Elias (October 24, 2022). "Kanye West Documentary Scrapped by Producer MRC After Antisemitic Comments" (https://www.billboard.com/business/business-news/kanye-west-documentary-canceled-producer-mrc-antisemitism-1235160273/). *Billboard*.

260. "Adidas Ends Partnership With Kanye West Over Antisemitic Remarks" (https://www.billboard.com/music/rb-hip-hop/kanye-west-dropped-adidas-antisemitic-remarks-1235160628/). *Billboard*. Associated Press. October 25, 2022.

261. Dailey, Hannah. "Foot Locker Cuts Ties With Kanye West Following His Antisemitic Comments" (https://www.billboard.com/music/music-news/kanye-west-yeezy-dropped-by-foot-locker-after-hate-speech-1235161363/). *Billboard*.

262. Kavilanz, Parija (October 26, 2022). "TJ Maxx cuts Yeezy-branded merchandise amid Kanye West fallout" (https://www.cnn.com/2022/10/26/business/tj-maxx-boycotts-yeezy-brand/index.html). *CNN*.

263. Bowenbank, Starr (October 26, 2022). "Kanye West Wax Figure Removed From Madame Tussauds London After Antisemitic Comments" (https://www.billboard.com/music/music-news/madame-tussauds-london-pulls-kanye-west-figure-1235161720/). *Billboard*.

264. "Donald Trump Faulted for Dinner With White Nationalist & Kanye West" (https://www.billboard.com/culture/politics/donald-trump-kanye-west-nick-fuentes-dinner-1235176657/). *Billboard*. November 26, 2022.

265. Aniftos, Rania (December 1, 2022). "Kanye West Praises Hitler in Alex Jones Interview: 'I Also Love Nazis' " (https://www.billboard.com/music/music-news/kanye-west-praises-adolf-hitler-1235179653/). *Billboard*.

266. Kaufman, Gil (December 2, 2022). "After Kanye West Hitler Rant, Biden Condemns Holocaust Denialism & Antisemitism" (https://www.billboard.com/culture/politics/biden-condemns-holocaust-denialism-antisemitism-kanye-west-hitler-rant-1235180239/). *Billboard*.

267. Woodward, Alex (December 10, 2022). "Jim Jordan makes false claim about deleted 'Kanye. Elon. Trump' tweet in House committee hearing" (https://www.the-independent.com/news/world/americas/us-politics/jim-jordan-kanye-elon-trump-tweet-b2242930.html). *The Independent*. Retrieved April 10, 2024.

268. Shuham, Matt (December 1, 2022). "The rapper Ye, who has a long history of making antisemitic comments, issues an apology in Hebrew" (https://www.the-independent.com/news/world/americas/us-politics/jim-jordan-kanye-elon-trump-tweet-b2242930.html). *HuffPost*. Retrieved April 10, 2024.

269. Sherman, Maria (December 26, 2023). "The rapper Ye, who has a long history of making antisemitic comments, issues an apology in Hebrew" (https://apnews.com/article/ye-kanye-antisemitism-apology-40450fa8868c660d954b672d5dfbcc3a). *AP News*.

270. Lima-Strong, Cristiano (March 20, 2023). "Antisemitic tweets soared on Twitter after Musk took over, study finds" (https://www.washingtonpost.com/politics/2023/03/20/antisemitic-tweets-soared-twitter-after-musk-took-over-study-finds/). *The Washington Post*.

271. Leloup, Damien; Audureau, William (December 19, 2022). "Conspiracy theorists, homophobes, neo-Nazis: Ten accounts that embody Twitter's change under Musk" (https://www.lemonde.fr/en/les -decodeurs/article/2022/12/19/conspiracy-theorists-homophobes-neo-nazis-ten-accounts-that-emb ody-twitter-s-change-under-elon-musk_6008352_8.html). *Le Monde*.

272. "Elon Musk threatens to sue Anti-Defamation League for billions" (https://ny1.com/nyc/all-borough s/technology/2023/09/05/elon-musk-threatens-to-sue-jewish-civil-rights-organization-for-billions). *ny1.com*. Retrieved February 20, 2024.

273. Kampeas, Ron (September 4, 2023). "Elon Musk amplifies call by antisemites to ban the ADL from X" (https://www.timesofisrael.com/elon-musk-amplifies-call-by-antisemites-to-ban-the-adl-from-x/). *The Times of Israel*.

274. Kaplan, Alex (February 13, 2024). "YouTube is monetizing and helping raise funds for Keith Woods, a white nationalist and self-described "raging antisemite" " (https://www.mediamatters.org/ google/youtube-monetizing-and-helping-raise-funds-keith-woods-white-nationalist-and-self-descri bed). *Media Matters*.

275. "Elon Musk endorses antisemitic conspiracy theory on X" (https://ny1.com/nyc/all-boroughs/politic s/2023/11/16/elon-musk-endorses-antisemitic-conspiracy-theory-about-jews-welcoming-in--hordes -of-minorities-). *ny1.com*. Retrieved February 20, 2024.

276. "Elon Musk says he was 'naive' on antisemitism as he visits Auschwitz" (https://www.lemonde.fr/e n/pixels/article/2024/01/23/elon-musk-says-he-was-naive-on-antisemitism-as-he-visits-auschwitz_ 6456954_13.html). *Le Monde*. January 23, 2024. Retrieved February 20, 2024.

277. Starcevic, Seb (March 13, 2024). "Elon Musk wades in on Belgian far-right figure's prison sentence" (https://www.politico.eu/article/elon-musk-reacts-with-incredulity-to-belgian-far-right-figur es-prison-sentence/). *Politico*.

278. Delfs, Arn (April 8, 2024). "Musk Magnifies Focus on Extremist Who Used Banned Nazi Slogan" (h ttps://www.bloomberg.com/news/articles/2024-04-08/musk-hands-spotlight-to-nazi-slogan-used-by -german-extremist?embedded-checkout=true). *Bloomberg News*.

279. Gilbert, David (March 28, 2024). "Elon Musk's X Is Suspending Accounts That Reveal a Neo-Nazi Cartoonist's Alleged Identity" (https://www.wired.com/story/elon-musk-x-blocked-journalists-resear chers-neo-nazi-cartoonist/). *Wired*.

280. ▪ Abrams, Chaya M.; Armeni, Kelsey (2023). "The Lived Experiences of Anti-Semitism Encountered by Jewish Students on University Campuses: A Phenomenological Study" (http s://www.ajqr.org/download/the-lived-experiences-of-anti-semitism-encountered-by-jewish-stud ents-on-university-campuses-a-13482.pdf) (PDF). *American Journal of Qualitative Research*. **7** (3): 172–191. doi:10.29333/ajqr/13482 (https://doi.org/10.29333%2Fajqr%2F13482). Retrieved November 5, 2023.

   ▪ Rosen, Armin (October 4, 2022). "Campus Diversity, Equity and Inclusion (DEI) Excludes and Targets Jews" (https://www.tabletmag.com/sections/news/campus-diversity-equity-inclu sion-dei-excludes-targets-jews). Tablet Mag. Retrieved November 5, 2023.

   ▪ Bedzow, Ira (November 24, 2021). "DEI Training Needs To Take Antisemitism Seriously" (http s://www.forbes.com/sites/irabedzow/2021/11/24/dei-training-needs-to-take-antisemitism-seriou sly/). *Forbes*. Retrieved November 5, 2023.

   ▪ "Diversity, Equity, and Inclusion Programming's Antisemitism Failures; Buffalo Shooting and Great Replacement Theory" (https://www.ajc.org/news/podcast/diversity-equity-and-inclusion-p rogrammings-antisemitism-failures-buffalo-shooting-and-great). American Jewish Committee. May 19, 2022. Retrieved November 5, 2023.

281. Spindel, Andria (August 8, 2023). "DEI: Not diverse, equitable, or inclusive if antisemitism is ignored - opinion" (https://www.jpost.com/opinion/article-753992). The Jerusalem Post. Retrieved November 5, 2023.

282. Goldfarb, Stanley (November 2, 2023). "How DEI Inspires Jew Hatred" (https://www.city-journal.org/article/how-dei-inspires-jew-hatred). City Journal. Retrieved November 5, 2023.

283. Suzanna Sherry, "DEI and Antisemitism: Bred in the Bone" Vanderbilt University Law School Legal Studies Research Paper Series Working Paper Number 24-4 (January 23, 2024). online (https://ssrn.com/abstract=4706763)

284. Carter, Ray (October 27, 2023). "Amid DEI Backdrop, OU Students Condemn Israel" (https://ocpathink.org/post/independent-journalism/amid-dei-backdrop-ou-students-condemn-israel). Oklahoma Council of Public Affairs. Retrieved November 5, 2023.

285. Lee, Tabia (October 22, 2023). "When 'Critical Social Justice' Rules on Campus" (https://www.wsj.com/articles/critical-social-justice-campus-dei-woke-antisemitism-diversity-857bed9b). The Wall Street Journal. Retrieved November 5, 2023.

286. Asimov, Nanette (May 14, 2023). " 'I declared myself not woke': What happened when a critic of anti-racism 'ideology' led DEI at a Bay Area college" (https://www.sfchronicle.com/bayarea/article/tabia-lee-de-anza-dei-17870145.php). San Francisco Chronicle. Retrieved November 5, 2023.

287. "Overview of Complaints Filed Against Stanford University" (https://web.archive.org/web/20230316204413/http://brandeiscenter.com/wp-content/uploads/2021/06/Stanford-Case-Materials-6-15-21.pdf) (PDF). Brandeis Center. June 15, 2021. Archived from the original (https://brandeiscenter.com/wp-content/uploads/2021/06/Stanford-Case-Materials-6-15-21.pdf) (PDF) on March 16, 2023. Retrieved November 5, 2023.

288. Knott, Katherine (November 15, 2023). "House Republicans Blame DEI Programs for Rise in Campus Antisemitism" (https://www.insidehighered.com/news/government/2023/11/15/house-republicans-blame-dei-programs-campus-antisemitism). Inside Higher Ed. Retrieved December 11, 2023.

289. "CNBC Transcript: Pershing Square Capital Management CEO Bill Ackman Speaks with CNBC's "Squawk Box" Today" (https://www.cnbc.com/2023/11/06/cnbc-transcript-pershing-square-capital-management-ceo-bill-ackman-speaks-with-cnbcs-squawk-box-today.html). CNBC. November 6, 2023. Retrieved December 11, 2023.

290. Mac Donald, Heather (December 6, 2023). "DEI Drives Campus Antisemitism" (https://www.wsj.com/articles/dei-drives-campus-antisemitism-harvard-ivy-ackman-israel-bds-b19ebd12). The Wall Street Journal. Retrieved December 11, 2023.

291. Saul, Stephanie (October 26, 2023). "Who Decides Penn's Future: Donors or the University?" (https://www.nytimes.com/2023/10/26/us/university-of-pennsylvania-donors-israel-hamas.html). The New York Times. Retrieved December 11, 2023.

292. "ADL Reports Unprecedented Rise in Antisemitic Incidents Post-Oct. 7" (https://www.adl.org/resources/press-release/adl-reports-unprecedented-rise-antisemitic-incidents-post-oct-7). Anti-Defamation League. December 11, 2023.

293. Zhang, Sharon (January 5, 2024). "ADL Staff Internally Dissent Over Group's Targeting of Pro-Palestine Advocates" (https://truthout.org/articles/adl-staff-internally-dissent-over-groups-targeting-of-pro-palestine-advocates/). Truthout.

294. Ioanes, Ellen (November 24, 2023). "The controversial phrase "from the river to sea," explained" (https://www.vox.com/world-politics/23972967/river-to-sea-palestine-israel-hamas). Vox. Retrieved February 18, 2024.

295. "H.Res.894 - Strongly condemning and denouncing the drastic rise of antisemitism in the United States and around the world" (https://www.congress.gov/bill/118th-congress/house-resolution/894). *congress.gov*.

296. "White House condemns university presidents after contentious congressional hearing on antisemitism" (https://www.nbcnews.com/politics/white-house/white-house-condemns-university-presidents-contentious-congressional-h-rcna128373). *NBC News*. December 7, 2023.

297. Sherry, Suzanna (January 23, 2024). "DEI and Antisemitism: Bred in the Bone" (https://ssrn.com/abstract=4706763). *Vanderbilt University Law School Legal Studies Research Paper Series* (Working Paper Number 24-4).

298. Hanna, Robert (2024), *Free Speech, Hate Speech, and Higher Education: A Theory* (https://www.academia.edu/114085229)

299. Quilantan, Bianca (February 16, 2024). "House GOP hits Penny Pritzker and 2 others with subpoenas in Harvard antisemitism probe" (https://www.politico.com/news/2024/02/16/harvard-subpoena-house-education-committee-00141858). *Politico*. Retrieved February 18, 2024.

300. Horn, Dara (February 15, 2024). "Why The Most Educated People In America Fall For The Most Anti-Semitic Lies" (https://archive.today/20240218153503/https://www.theatlantic.com/ideas/archive/2024/02/jewish-anti-semitism-harvard-claudine-gay-zionism/677454/#selection-661.0-661.66). *The Atlantic*. Archived from the original (https://www.theatlantic.com/ideas/archive/2024/02/jewish-anti-semitism-harvard-claudine-gay-zionism/677454/#selection-661.0-661.66) on February 18, 2024. Retrieved February 18, 2024.

301. Rosman, Katherine (October 31, 2023). "How Posters of Kidnapped Israelis Ignited a Firestorm on American Sidewalks" (https://www.nytimes.com/2023/10/31/nyregion/israel-gaza-kidnapped-poster-fight.html). *The New York Times*.

302. Siefert, Katie (November 11, 2023). " 'Punched because they were Jewish': College students recovering after alleged anti-Semitic attack" (https://wpde.com/news/nation-world/punched-because-they-were-jewish-college-students-recovering-after-alleged-anti-semitic-attack-ohio-state-university-broken-nose-jaw-injuries-hate-crime-racial-slur-antisemitism). *ABC 15 News*.

303. Planas, Antonio (December 8, 2023). "Jewish man beaten and robbed in potential hate crime in Brooklyn, NYPD says" (https://www.nbcnews.com/news/us-news/jewish-man-beaten-robbed-potential-hate-crime-brooklyn-nypd-says-rcna128780). *NBC News*. Retrieved February 18, 2024.

304. Woods, Amanda; Land, Olivia. "Israeli student attacked with a stick outside Columbia University library: cops" (https://nypost.com/2023/10/12/israeli-student-attacked-outside-columbia-university-library). *New York Post*. Retrieved February 18, 2024.

305. Kessel, Zach (June 24, 2024). "Anti-Israel Mob Beats Jewish Woman in Riot outside Los Angeles Synagogue" (https://www.nationalreview.com/news/anti-israel-mob-beats-jewish-woman-in-riot-outside-los-angeles-synagogue/). *National Review*. Retrieved June 26, 2024.

306. Boyette, Chris (November 1, 2023). "Antisemitic vandalism rattles Jewish communities amid growing tension in the US" (https://www.cnn.com/2023/11/01/us/jewish-communities-antisemitism-israel-hamas-war/index.html). *CNN*. Retrieved February 18, 2024.

307. Lybrand, Holmes; Campbell, Josh; Miller, John; Schulman, Sabrina (December 18, 2023). "More than 400 Jewish facilities received false bomb threats this weekend, non-profit says" (https://www.cnn.com/2023/12/18/us/jewish-facilities-bomb-threats/index.html). *CNN*. Retrieved February 18, 2024.

308. Dwoskin, Elizabeth (January 21, 2024). "Growing Oct. 7 'truther' groups say Hamas massacre was a false flag" (https://www.washingtonpost.com/technology/2024/01/21/hamas-attack-october-7-conspiracy-israel/). *The Washington Post*. Retrieved February 18, 2024.

309. "The State of Antisemitism in America 2023" (https://www.ajc.org/AntisemitismReport2023#priority box). *American Jewish Committee*. December 2023. Retrieved February 18, 2024.

## Sources

- Baldwin, Neil (2002). *Henry Ford and the Jews: The Mass Production of Hate*. PublicAffairs.
- Brinkley, Alan (1982). "The Question of Anti-Semitism and the Problem of Fascism" (https://archive.org/details/brinkley-alan-voices-of-protest-huey-long-father-coughlin-and_202211/page/269/mode/1up?view=theater). *Voices of Protest: Huey Long, Father Coughlin, & the Great Depression*. pp. 269–283.
- Chanes, Jerome A. (2004). *Antisemitism: a reference handbook* (https://books.google.com/books?id=ju7U83nRDt8C). ABC-CLIO. ISBN 978-1-57607-209-7.
- Knight, Peter (2003). *Conspiracy theories in American history: an encyclopedia* (https://books.google.com/books?id=qMIDrggs8TsC). Vol. 1. ABC-CLIO. ISBN 978-1-57607-812-9.
- Reiss, Oscar (2004). *The Jews in colonial America* (https://archive.org/details/jewsincolonialam0000reis/). McFarland. ISBN 978-0-7864-1730-8.
- Sarna, Jonathan D. (2012). *When General Grant Expelled the Jews* (https://books.google.com/books?id=U0GLlNrxhIQC). Nextbook. ISBN 978-0-8052-4279-9.

# Further reading

- Cohen, Naomi W. *Encounter with Emancipation: The German Jews in the United States, 1830-1914* (1984).
- Dinnerstein, Leonard. *Antisemitism in America* (Oxford UP, 1994), a standard scholarly history
- Dinnerstein, Leonard. *Uneasy at Home: Antisemitism and the American Jewish Experience* (Columbia UP, 1987).
- Dobkowski, Michael N. *The Tarnished Dream: The Basis of American Anti-Semitism* (Greenwood, 1979), a major scholarly study online (https://archive.org/details/tarnisheddreamba0000dobk)
- Dunn, Susan. *1940: FDR, Willkie, Lindbergh, Hitler—the election amid the storm* (Yale Up, 2013). online (https://books.google.com/books?id=9ZUniR1uQcUC&dq=Lindbergh+Jews&pg=PP8)
- Gerteis, Joseph, and Nir Rotem. "Connecting the 'Others': White Anti-Semitic and Anti-Muslim Views in America." *Sociological Quarterly* (2022): 1-21.
- Goldstein, Judith S. *The Politics of Ethnic Pressure: The American Jewish Committee Fight against Immigration Restriction, 1906–1917* (Routledge, 2020) online (https://www.taylorfrancis.com/books/mono/10.4324/9781003049531/politics-ethnic-pressure-judith-goldstein).
- Halperin, Edward C. "Why did the United States medical school admissions quota for Jews end?" *American Journal of the Medical Sciences* 358.5 (2019): 317-325.
- Handlin, Oscar, and Mary F. Handlin. *Danger in Discord: Origins of Anti-Semitism in the United States* (Anti-Defamation League of B'nai B'rith, 1948), highly influential short study by a leading historian. online (https://archive.org/details/dudeman5685_yahoo_DD)
- Handlin, Oscar, and Mary F. Handlin. "The Acquisition of Political and Social Rights by the Jews in the United States." *The American Jewish Year Book* (1955): 43-98. online (https://www.jstor.org/stable/23604871)
- Handlin, Oscar. "American Views of the Jew at the Opening of the Twentieth Century." *Publications of the American Jewish Historical Society* 40#4, 1951, pp. 323–44. online (http://www.jstor.org/stab

- Pollack, Norman. "Handlin on Anti-Semitism: A Critique of 'American Views of the Jew'." *Journal of American History* 51.3 (1964): 391-403. online (https://www.jstor.org/stable/1894892)

- Haworth, Jason Theodore. "Anti-Semitism and Kansas populism" (MA thesis, University of Missouri - Kansas City; ProQuest Dissertations & Theses, 2006. 1434954.)
- Higham, John. *Strangers in the land: Patterns of American nativism, 1860-1925* (1955) a famous classic. online (https://archive.org/search.php?query=title%3A%28land%29%20AND%20creator%3A%28higham%29)
- Higham, John. *Send these to me: immigrants in urban America* (2nd ed. 1984) online (https://archive.org/details/sendthesetomeimm0000high), extensive coverage of anti-semitism
- Higham, John. "Social discrimination against Jews in America, 1830-1930." *Publications of the American Jewish Historical Society* 47.1 (1957): 1-33. online (https://www.jstor.org/stable/43059004)
- Jaher, Frederic Cople. *A Scapegoat in the Wilderness: The Origins and Rise of Anti-Semitism in America* (Harvard UP, 1994), a standard scholarly history.
- Jacobs, Steven Leonard. "Antisemitism in the American Religious Landscape: The Present Twenty-First Century Moment." *Socio-Historical Examination of Religion and Ministry* 3.2 (2021) online (https://www.academia.edu/download/85608294/Jacobs_Steve_SHERM_Vol._3_No._2.pdf)
- Levinger, Lee J. *Anti-Semitism in the United States: Its History and Causes* (1925). outdated
- Levy, Richard S., ed. *Antisemitism: A historical encyclopedia of prejudice and persecution* (2 vol, Abc-clio, 2005), worldwide coverage by experts. excerpt (https://www.amazon.com/Antisemitism-Historical-Encyclopedia-Prejudice-Persecution/dp/1851094393/)
- Livney, Lee, "Let Us Now Praise Self-Made Men: A Reexamination of the Hilton-Seligman Affair." *New York History* 75.1 (1994): 66-98.
- Marinari, Maddalena. *Unwanted: Italian and Jewish mobilization against restrictive immigration laws, 1882–1965* (UNC Press Books, 2019).
- Martire, Gregory and Ruth Clark. *Anti-Semitism in the United States: A Study of Prejudice in the 1980s* (New York, N.Y.: Praeger, 1982).
- Rausch, David A. *Fundamentalist-evangelicals and Anti-semitism* (Philadelphia: Trinity Press International, 1993).
- Rosenfeld, Alvin H. "Antisemitism in Today's America." in *An End to Antisemitism!* (2021): 367+ online (https://library.oapen.org/bitstream/handle/20.500.12657/51864/9783110671995.pdf?sequence=1#page=380).
- Scholnick, Myron I. *The New Deal and Anti-Semitism in America* (New York: Garland Pub., 1990).
- Selzer, Michael, ed. *'Kike!:' A Documentary History of Anti-Semitism in America* (New York, World Pub. 1972).
- Thernstrom, Stephan, Ann Orlov, and Oscar Handlin, eds. *Harvard encyclopedia of American ethnic groups* (Harvard UP) (1980); scholarly coverage of every major ethnic group
- Valbousquet, Nina. "'Un-American' Antisemitism?: The American Jewish Committee's Response to Global Antisemitism in the Interwar Period." *American Jewish History* 105.1 (2021): 77-102. excerpt (https://muse.jhu.edu/article/804149/summary)
- Volkman, Ernest. *A Legacy of Hate: Anti-Semitism in America* (New York: F. Watts, 1982); popular history.

- Wechsler, Harold S., and Steven J. Diner. *Unwelcome guests: a history of access to American higher education* ( JHU Press, 2022), a major scholarly study. online (https://books.google.com/bo oks?id=DBNEEAAAQBAJ&dq=Wechsler+Diner+unwelcome&pg=PP1)
- Weiner, Deborah R. "Insiders and Outsiders: Jewish-Gentile Relations in Baltimore during the Interwar Era' *Maryland Historical Magazine* 110#4 (2015) pp. 463-488 in 19203 and 1930s
- Ziege, Eva-Maria. "Patterns within Prejudice: Antisemitism in the United States in the 1940s." *Patterns of Prejudice* 46.2 (2012): 93-127.

## Historiography and memory

- Baigell, Matthew. *The Implacable Urge to Defame: Cartoon Jews in the American Press, 1877-1935* (Syracuse UP, 2017).
- Cohen, Naomi W. "Antisemitism in the gilded age: The Jewish view." *Jewish Social Studies* 41.3/4 (1979): 187-210. online (https://www.academia.edu/download/63389872/Naomi_W._Cohen_-_Ant isemitism_in_the_Gilded_Age_-_The_Jewish_View20200521-113584-19dq4ks.pdf)
- Dobkowski, Michael N. "American Anti-Semitism: A Reinterpretation." *American Quarterly* 29#2, (1977), pp. 166–81. doi:10.2307/2712357 (https://doi.org/10.2307%2F2712357); emphasis on popular stereotypes
- Dobkowski, Michael N. "American antisemitism and American historians: A critique." *Patterns of Prejudice* 14.2 (1980): 33-43. doi:10.1080/0031322X.1980.9969566 (https://doi.org/10.1080%2F0 031322X.1980.9969566) excerpt.
- Gordan, Rachel. "The 1940s as the Decade of the Anti-Antisemitism Novel." *Religion and American Culture* 31.1 (2021): 33-81. online (https://www.academia.edu/download/67861027/the_ 1940s_as_the_decade_of_the_anti_antisemitism_novel.pdf)
- Koffman, David S., et al. "Roundtable on Anti-Semitism in the Gilded Age and Progressive Era." *Journal of the Gilded Age and Progressive Era* 19.3 (2020): 473-505.
- Kranson, Rachel. "Rethinking the Historiography of American Antisemitism in the Wake of the Pittsburgh Shooting." *American Jewish History* 105.1 (2021): 247-253. excerpt (https://muse.jhu.ed u/article/804162/summary)
- MacDonald, Kevin. "Jewish involvement in shaping American immigration policy, 1881–1965: A historical review." *Population and Environment* 19.4 (1998): 295-356.
- Pollack, Norman. "The Myth of Populist Anti-Semitism." *American Historical Review* 68.1 (1962): 76-80. online (https://www.jstor.org/stable/2204624)
- Rockaway, Robert, and Arnon Gutfeld. "Demonic images of the Jew in the nineteenth century United States." *American Jewish History* 89.4 (2001): 355-381. JSTOR 23886447 (https://www.jsto r.org/stable/23886447)
- Rockaway, Robert. "Henry Ford and the Jews: The Mass Production of Hate." *American Jewish History* 89.4 (2001): 467-469. summary (https://muse.jhu.edu/article/674/summary)
- Stember, Charles, ed. *Jews in the Mind of America* (1966) online (https://archive.org/details/jewsin mindofamer00stem)
- Tevis, Britt P. "Trends in the Study of Antisemitism in United States History." *American Jewish History* 105.1 (2021): 255-284. excerpt (https://muse.jhu.edu/article/804163/summary)
- Varat, Deborah. " 'Their New Jerusalem': Representations of Jewish Immigrants in the American Popular Press, 1880–1903." *Journal of the Gilded Age and Progressive Era* 20.2 (2021): 277-300.
- Winston, Andrew S. "'Jews will not replace us!': Antisemitism, Interbreeding and Immigration in Historical Context." *American Jewish History* 105.1 (2021): 1-24. excerpt (https://muse.jhu.edu/artic

le/804146/summary)

# External links

- H-Antisemitism, the H-Net Network on the history and current trends of antisemitism (https://networ ks.h-net.org/h-antisemitism) free discussion list for academics and students; see overview (https://n etworks.h-net.org/ZZ-about-antisemitism-ZZ).

Retrieved from "https://en.wikipedia.org/w/index.php? title=History_of_antisemitism_in_the_United_States&oldid=1281796901"

JEWISH WORLD

# The Story of Mahanoy City: The Disappearance of a Jewish Community in a Small American Town

AKIVA MALES



*A main street in present-day Mahanoy City. Photo: Wikipedia Commons/Doug Kerr*

*The disappearance of a Jewish community in a small mining town in Pennsylvania sheds light on the disappearance of many other small Jewish communities that once dotted the American landscape.*

**An Unusual Request**

As Kesher Israel Congregation, the shul where I serve as the rabbi in Harrisburg, Pennsylvania, is about a twenty-five minute drive from Hersheypark, I get a kick out of answering visitors' questions each year around Sukkot time.

3/30/25, 3:22 AM    The Story of Mahanoy City: The Disappearance of a Jewish Community in a Small American Town - Jewish Action

Case: 25-1158    Document: 004183660017    Page: 67    Date Filed: 03/30/2025    Entry ID: 6710174

During Chol Hamoed Sukkot this past year, however, my cell phone rang with a completely different kind of call.

"My grandfather passed away several days ago, and we're looking for a rabbi who can officiate at his funeral. Can you help us?" asked a young Jewish woman whom I had never met.

The night before the funeral, I met with the family and learned that the deceased had been born and raised in a small Jewish community that once existed in Mahanoy City (about an hour and a half northeast of Harrisburg). I was surprised to hear that he had lived there, as I had not known that Jewish communities—of any size—had once existed among Pennsylvania's rough-and-tumble coal-mining towns.

I made a mental note to find out more about the history of Mahanoy City's now-vanished Jewish community. In the days that followed, I could not find any information online and decided that I would drive out to Mahanoy City to research the "old fashioned way."

Several weeks later, my wife Layala and I visited Mahanoy City. The town is rather small, and one can sense that with mining long gone, the town and its residents are in an economic depression.

We parked our car along the main street and walked into a small shop. The store owner had vague memories of a synagogue that once functioned in Mahanoy City, but she could not say where it was located. She gave us the name of the only Jewish woman still living in town and informed us that the woman's late husband had owned a shirt factory that had employed many of the women in the town. She had fond memories of her long-gone Jewish neighbors, but was not able to help us any further.



*Mahanoy City's Jewish community laid the cornerstone for Beth Israel Congregation in 1923. Today, the abandoned shul stands as a testimony to the small Jewish community that once existed there. Photos courtesy of Rabbi Males*

Stopping to speak with an elderly mechanic outside his shop, we discovered where the shul was located. We soon stood before a tall, narrow structure, locked and boarded up, perched on the corner of a modest block of row-houses. As we took in the sight, we were struck by how out of place the shul seemed to be.

Case: 25-1158          Document: 00118366017          Page: 68          Date Filed: 03/30/2025          Entry ID: 6710174

The words Congregation Beth Israel in Hebrew appeared prominently above the doors. The building's other inscription was located on its cornerstone—1923. While gazing at the building, we imagined the excited crowd that must have been present almost ninety years earlier when the cornerstone was laid. Sadly, in 2011, nothing of that Jewish community remained.

So many questions raced through my mind: When and why did Jewish families arrive in Mahanoy City? What was Jewish life like for the members of Congregation Beth Israel? Why did the shul shut its doors?

**The Last Jew of Mahanoy City**

A passerby suggested we visit the woman up the block who was the last Jewish resident of Mahanoy City. We arrived at the modest home, noticed a mezuzah affixed to the doorpost and rang the bell. When nobody answered, a friendly neighbor emerged and asked if he could be of any help. I explained that we were in town hoping to learn more about Mahanoy City's all but forgotten Jewish community. While he had no information to share, he assured us that he would pass on my contact information to his neighbor whom we were hoping to meet.

Later that night, back at the hotel, I received a phone call from Mahanoy City's last Jewish resident. We had a pleasant conversation, and she truly appreciated my interest in the history of her town's Jewish community. While she provided me with additional leads and was able to answer a few of my questions, so many more remained unanswered.



*Tombstone of the sheimot of Beth Israel Congregation in Mahanoy City's Jewish cemetery, established in 1932.*

The next morning, I visited the town's small, well-kept Jewish cemetery. Like the shul, the cemetery—with its Hebrew-engraved tombstones—seemed incredibly out of place.

One of the tombstones I came across marked the site where the shul had buried its sheimot in 1937.

In the months that followed, I pursued many different leads in my quest to find out more about the history of the Jewish community of Mahanoy City. I spoke with several people who had grown up there. I also tracked down and spoke with the rabbi who served Mahanoy City's Jewish community from 1948 to 1955 (he is now retired and living in Florida).

What follows is a composite sketch of the Jewish community that once existed in Mahanoy City, based upon information I was able to dig up.

**Birth of a Jewish Community**

Upon arriving in America in the late 1800s, many Jewish immigrants were faced with the same problem —earning a living. They were forced to peddle various goods, but the markets in the large immigrant centers were already saturated with peddlers. Many enterprising immigrants began searching for better locales to peddle their wares. Word spread that with so much less competition, a hard-working peddler in Pennsylvania's small coal-mining towns had a better chance of making a living—and maybe even opening a successful store—than he could ever dream of back in the big cities.

Before long, Jewish peddlers, shopkeepers, and small business owners became a common sight in the small towns throughout the coal-mining region. (I was repeatedly told, however, that no Jews ever became actual coal miners.) As more and more Jewish immigrants made their way to America's welcoming shores, many joined their family members or friends from the "Old Country" in those locales. Small Jewish communities throughout the mountainous Pennsylvania coal region began to appear.

One such community was in the small mining town of Mahanoy City. The Jewish peddlers and their children prospered and were respected by the town's miners for their honesty, charity and work ethic. At the height of the town's economic boom, a few Jewish-owned local clothing factories existed and employed many local miners' wives. Traveling meshulachim making the rounds of the coal region's small Jewish communities would stop in Mahanoy City.

As Mahanoy City's Jewish community never numbered more than about fifty families, its members did their best to socialize with and share as many events as possible with other small Jewish communities in the coal region—particularly Shenandoah and Frackville. A small three-story home was purchased and became Mahanoy City's Jewish Community Center. Aside from housing a Hebrew school, the JCC also served as the hub for the Jewish community's social and recreational activities.

By 1923, Mahanoy City's Jewish community was able to lay the cornerstone for a respectable new synagogue. The town's Jewish cemetery was established in 1932.

Sadly, for the most part, religious observance among many members of Mahanoy City's Jewish community waned, similar to what occurred in so many other Jewish immigrant communities across the United States. 1

For those who remained observant, traveling shochetim would make their way through the Jewish communities of the coal region to properly slaughter chickens. Though Mahanoy City never had its own mikvah, members would frequent the mikvah in nearby Hazleton, Pennsylvania. And most of the people I interviewed told me that their grandparents had two sets of dishes and would celebrate Pesach in a traditional manner.

Case: 25-158    Document: 00118366017    Page: 70    Date Filed: 03/30/2025    Entry ID: 6710174



*Rabbi Akiva Males, of Kesher Israel Congregation in Harrisburg, Pennsylvania.*

**The Decline of a Community**

By the late 1940s, the shul's minyan only met consistently on Friday nights (about twenty-five to thirty people attended) and Sunday mornings (followed by a light breakfast). The Shabbat morning minyan only attempted to meet every other week, and even that was a challenge.

As Sabbath observance declined in Mahanoy City, it became ever more difficult for the shul to continue its Shabbat morning minyan. One man told me that as a young boy in the 1940s, he was a regular at shul on Shabbat mornings. If they did not have the requisite ten men for the minyan, some of the older congregants would send him next door to telephone one of the nearby Jewish-owned factories. The factory owners would permit the precise number of men needed to temporarily leave work in order to assist the shul's struggling minyan.

By the mid-1950s, the balcony was no longer in use. Men and women sat in the main sanctuary—with no mechitzah between—and Congregation Beth Israel aligned itself with the Conservative movement. 2

By the late 1950s, Mahanoy City's Jewish community began its rapid decline. As the synagogue's membership fell, the shul could only afford to hire a rabbi for the High Holy Days. Congregation Beth Israel gave up trying to organize regular services by the 1970s. With the building used so infrequently, in 2003 the few remaining members sold off the synagogue's sifrei Torah and stained glass windows, and the doors were locked and boarded up.

How many more vanished American Jewish communities like Mahanoy City are out there? How many more are there yet to be?

Though it has been less than 100 years since its cornerstone was laid, no one officially owns Congregation Beth Israel's building anymore. As it is too expensive for the city to tear the structure down, the abandoned shul with its Hebrew inscriptions stands as a matzeivah (tombstone) of sorts to the Jewish community that once existed.

The families of those buried in Mahanoy City's Jewish cemetery are putting together a plan to ensure its upkeep.

3/30/25, 8:22 AM The Story of Mahanoy City: The Disappearance of a Jewish Community in a Small American Town - Jewish Action

Case: 25-158    Document: 00118366017    Page: 71    Date Filed: 03/30/2025    Entry ID: 6710174

**The Death of a Community**

What caused Mahanoy City's Jewish community to decline and eventually disappear? When I asked that question to the people I interviewed, I received the same answers:

1) The older generation passed away.

2) The younger generation left for schooling and better job opportunities.

3) As the country moved away from using coal as a fuel, local mining operations all but ceased, and the region's economy declined. With so few economic opportunities in the area, no new Jewish families moved in to replace those who had left.

The more I learned about the history of Mahanoy City's Jewish community, the more I realized how its story mirrors that of so many smaller Jewish communities that once existed across America.

Recently, I noticed this item in Harrisburg's Jewish newspaper:

*Throughout the United States, Jewish communities sprung up as itinerant merchants ("peddlers") settled to provide goods for local areas. Small towns throughout the nation had main streets lined with Jewish businesses. Each of these communities had synagogues and Jewish cemeteries.*

*Throughout Pennsylvania, Jewish communities thrived as the steel mills, coal mines, and shmata (clothing) factories provided solid economic bases for local Jewish merchants.*

*But times change. Mining, steel making, and clothing manufacturing are all but gone from the area. "Main Street" has been replaced by Wal-Mart and the shopping mall filled with national chain stores. The Jewish-owned small business is a fast dying memory.*

*The offspring of the merchants of these towns had no reason to return to the communities following their college years. Instead, they migrated to the major communities, leaving the old towns with one or two, or, in many instances, no Jewish families remaining . . .* 3

Though other factors certainly play a role, the fate of any Jewish community is tied to its local economy. This is especially true of Orthodox communities whose membership requires a mikvah, day school, and consistent minyan. None of those institutions can be sustained without a critical mass of community members willing to maintain them.

Since I began researching Mahanoy City's Jewish community, I find myself haunted by the following questions: How many more vanished American Jewish communities like Mahanoy City are out there? How many more are there yet to be?

Notes

1. For an excellent article dealing with religious observance among Jewish immigrants and their descendants, see Jeffrey S. Gurock, "The Winnowing of American Orthodoxy" in *American Jewish Orthodoxy in Historical Perspective* (New Jersey, 1996), 299-312.

2. For a sense of just how common this phenomenon was in America at that time, see Baruch Litvin,

3/30/25, 3:22 AM    The Story of Mahanoy City: The Disappearance of a Jewish Community in a Small American Town - Jewish Action

Case 3:25-... 158    Document 00148366017    Page: 72    Date Filed: 03/30/2025    Entry ID: 6710174

*Sanctity of the Synagogue* (New Jersey, 1987).

3. Howard Ross, "The Cemeteries are Dying!" *Community Review*, November 19, 2010, page 4.

*Rabbi Akiva Males serves as rabbi of Harrisburg's Kesher Israel Congregation, an OU-member synagogue. He and his wife Layala moved from Kew Gardens Hills, New York to Pennsylvania in 2007.*

This article was featured in the Summer 2012 issue of Jewish Action.

**We'd like to hear what you think about this article. Post a comment or email us at ja@ou.org.**

## SIGN UP FOR JEWISH ACTION'S MONTHLY NEWSLETTER

EMAIL ADDRESS

Signup



*©2025 Orthodox Union. All Rights Reserved.*

Case: 25-1158    Document: 00118266017    Page: 73    Date Filed: 03/30/2025    Entry ID: 6710174

HISTORY

HISTORY

# The U.S. Government Turned Away Thousands of Jewish Refugees, Fearing That They Were Nazi Spies

In a long tradition of "persecuting the refugee," the State Department and FDR claimed that Jewish immigrants could threaten national security

**Daniel A. Gross**

November 18, 2015



Jewish refugees about the *St. Louis* Wikimedia Commons



In the summer of 1942, the *SS Drottningholm* set sail carrying hundreds of desperate Jewish refugees, en route to New York City from Sweden. Among them was Herbert Karl Friedrich Bahr, a 28-year-old from Germany, who was also seeking entry to the United States. When he arrived, he told the same story as his fellow passengers: As a victim of persecution, he wanted asylum from Nazi violence.

But during a meticulous interview process that involved five separate government agencies, Bahr's story began to unravel. Days later, the FBI accused Bahr of being a Nazi spy. They said the Gestapo had given him $7,000 to steal American industrial secrets—and that he'd posed as a refugee in order to sneak into the country

Case 2:25-cv-00158    Document 20-11    Filed 03/30/25    Page 75    Entry ID: 6710174

unnoticed. His case was rushed to trial, and the prosecution called for the death penalty.

What Bahr didn't know, or perhaps didn't mind, was that his story would be used as an excuse to deny visas to thousands of Jews fleeing the horrors of the Nazi regime.

World War II prompted the largest displacement of human beings the world has ever seen—although today's refugee crisis is starting to approach its unprecedented scale. But even with millions of European Jews displaced from their homes, the United States had a poor track record offering asylum. Most notoriously, in June 1939, the German ocean liner *St. Louis* and its 937 passengers, almost all Jewish, were turned away from the port of Miami, forcing the ship to return to Europe; more than a quarter died in the Holocaust.

Government officials from the State Department to the FBI to President Franklin Roosevelt himself argued that refugees posed a serious threat to national security. Yet today, historians believe that Bahr's case was practically unique—and the concern about refugee spies was blown far out of proportion.

**********

In the court of public opinion, the story of a spy disguised as a refugee was too scandalous to resist. America was months into the largest war the world had ever seen, and in February 1942, Roosevelt had ordered the internment of tens of thousands of Japanese-Americans. Every day the headlines announced new Nazi conquests.

Bahr was "scholarly" and "broad-shouldered," a man *Newsweek* called "the latest fish in the spy net." Bahr was definitely not a refugee; he had been born in Germany, but immigrated to the U.S. in his teens and become a naturalized citizen. He returned to

3/30/2025, 8:23 AM    The U.S. Government Turned Away Thousands of Jewish Refugees, Fearing That They Were Nazi Spies | Smithsonian

Germany in 1938 as an engineering exchange student in Hanover, where he was contacted by the Gestapo.

At his preliminary hearing, the Associated Press reported that Bahr was "nattily clad in gray and smiling pleasantly." By the time his trial began, he had little reason to smile; in a hefty 37-page statement, he admitted to attending spy school in Germany. His defense was that he'd planned to reveal everything to the U.S. government. But he sad he'd stalled because he was afraid. "Everywhere, no matter where, there are German agents," he claimed.

Comments like these only fed widespread fears of a supposed "fifth column" of spies and saboteurs that had infiltrated America. U.S. Attorney General Francis Biddle said in 1942 that "every precaution must be taken...to prevent enemy agents slipping across our borders. We already have had experience with them and we know them to be well trained and clever." The FBI, meanwhile, released propaganda films that bragged about German spies who had been caught. "We have guarded the secrets, given the Army and Navy its striking force in the field," one film said.

These suspicions were not only directed at ethnic Germans. "All foreigners became suspect. Jews were not considered immune," says Richard Breitman, a scholar of Jewish history.

The American ambassador to France, William Bullitt, made the unsubstantiated statement that France fell in 1940 partly because of a vast network of spying refugees. "More than one-half the spies captured doing actual military spy work against the French Army were refugees from Germany," he said. "Do you believe there are no Nazi and Communist agents of this sort in America?"

These kinds of anxieties weren't new, says Philip Orchard, a historian of international refugee policy. When religious persecution in the 17th century led to the flight of thousands of French Huguenots—the first group ever referred to as "refugees"— European nations worried that accepting them would lead to war with France. Later,

The US Government Turned Away Thousands of Jewish Refugees, Fearing That They Were Nazi Spies | Smithsonian

asylum seekers themselves became objects of suspicion. "With the rise of anarchism at the turn of the 20th century, there were unfounded fears that anarchists would pose as refugees to enter countries to engage in violence," Orchard says.

These suspicions seeped into American immigration policy. In late 1938, American consulates were flooded with 125,000 applicants for visas, many coming from Germany and the annexed territories of Austria. But national quotas for German and Austrian immigrants had been set firmly at 27,000.

Immigration restrictions actually tightened as the refugee crisis worsened. Wartime measures demanded special scrutiny of anyone with relatives in Nazi territories— even relatives in concentration camps. At a press conference, President Roosevelt repeated the unproven claims from his advisers that some Jewish refugees had been coerced to spy for the Nazis. "Not all of them are voluntary spies," Roosevelt said. "It is rather a horrible story, but in some of the other countries that refugees out of Germany have gone to, especially Jewish refugees, they found a number of definitely proven spies."

Here and there, skeptics objected. As the historian Deborah Lipstadt points out in her book *Beyond Belief*, *The New Republic* portrayed the government's attitude as "persecuting the refugee." *The Nation* didn't believe that the State Department could "cite a single instance of forced espionage." But these voices were drowned out in the name of national security.

America's policies created a striking dissonance with the news from Nazi Germany. In the Australian newspaper The Advertiser, above an update on Bahr's trial, a feature story put the refugee crisis in chilling context: "About 50,000 Jews from the protectorate of Bohemia and Moravia and from Berlin, Hamburg, and Westphalia have been dumped by the Nazis at Terezin." Until the very end of 1944—by which time photographs and newspaper reports had demonstrated that the Nazis were

carrying out mass murder—Attorney General Francis Biddle warned Roosevelt not to grant immigrant status to refugees.

\*\*\*\*\*\*\*\*\*\*

Bahr "appeared weak" as he finished his testimony in August 1942. At the defense table, "he collapsed for a few minutes with his head in his hands." On August 26, the jury reached a verdict: Bahr was guilty of conspiracy and planned espionage, a conviction that could warrant the death penalty.

The next day, Bahr's birthday, his wife announced that she planned to divorce him.

The case of Herbert Karl Freidrich Bahr fascinated the public for months, and with good reason; it showed readers a very real case of attempted spying, carried out with an utter disregard of its impact on innocent refugees. The question was what Americans should do with this knowledge.

\*\*\*\*\*\*\*\*\*\*

Government agencies like the State Department used spy trials as fuel for the argument against accepting refugees. But late in the war, government whistleblowers began to question this approach. In 1944, the Treasury Department released a damning report initialed by lawyer Randolph Paul. It read:

> *"I am convinced on the basis of the information which is available to me that certain officials in our State Department, which is charged with carrying out this policy, have been guilty not only of gross procrastination and wilful failure to act, but even of wilful attempts to prevent action from being taken to rescue Jews from Hitler."*

In an interview, Lipstadt says that the State Department's attitude was shaped by wartime paranoia and downright bigotry. "All those things, they feed into this fear of the foreigner," she says. It was thanks to the Treasury Department's report that

Roosevelt formed a new body, the War Refugee Board, that belatedly accepted tens of thousands Jewish refugees. But by that time, millions of Jews had already died in Europe.

Bahr lived to tell his tale. He was sentenced to 30 years in prison. It's not clear whether he lived long enough to be released, but in 1946, after the war ended, he did make headlines again. The FBI called him to the stand in the trial of another accused spy. Once more, he told a rapt audience about spy tricks he learned from the Gestapo. Then he was sent back to the federal penitentiary in Atlanta.

With politicians in the U.S. and Europe again calling for refugee bans in the name of national security, it's easy to see parallels with the history of World War II.

Lipstadt and Orchard think that although today's refugee crisis isn't identical to mass migration in World War II, the past could still offer lessons for the future. They say that this time around, governments should be careful not to rush quickly into new policies. "Simplistic kinds of answers—close all the doors to refugees, or welcome everyone—are dangerous, and ultimately counter-productive," says Lipstadt.

Orchard highlights a related worry—"that we'll see short-sighted policies adopted that have real lasting effects." He believes governments have historically succeeded at screening for refugees, which suggests that national security isn't at odds with welcoming them.

According to Breitman, the government, the media, and the public all share blame for the backlash against Jewish refugees during World War II. "I think the media went along with the fears of security-minded people," he says. Among hundreds of thousands of refugees, there were only a handful of accused spies.

But that didn't stop them from making headlines. Says Breitman: "It was a good story."

# Get the latest History stories in your inbox.

Email Address

| First Name | Last Name |
|------------|-----------|

| Email Address | Sign Up |
|---------------|---------|

Email Powered by Salesforce Marketing Cloud (Privacy Notice / Terms & Conditions)

**Daniel A. Gross** 𝕏

Daniel A. Gross is a freelance journalist and public radio producer based in Boston.

**Filed Under:** History of Now, Immigrants, Migration, Nazis, World War II