3/30/25, 7:43 PM  Gmail - Picture taken on March 30th, 2025... of the city of Flint and state of Michigan... hazardous tree AT THE ROAD VERGE/ PU...

Case: 25-1158    Document: 00118266048    Page: 1    Date Filed: 03/30/2025    Entry ID: 6710183



Notice:

MEL JONES JR <jonesjrmel@gmail.com>

**Picture taken on March 30th, 2025... of the city of Flint and state of Michigan... hazardous tree AT THE ROAD VERGE/ PUBLIC ATEA NEAR THE PUBLIC SIDEWALK (i e. Made worse due to the City of Lint's/ State of Michigan Flint water crisis Exploratory dig... failures and waste of US EPA FUNDS)... VERY DANGEROUS FOR COLLEEN AND ME) branches have fallen on my front yard and apparently damaged MEL'S planter box (during a thunderstorm at approximately 7;27pm)**

1 message

melvin jones jr <urbanforestnewyork@gmail.com>   Sun, Mar 30, 2025 at 7:41 PM
To: CMColleen4@gmail.com
Cc: jonesjrmel@gmail.com



IMG_20250330_193252442.jpg
3435K



