**Gmail**                                                                                                                    **MEL JONES JR <jonesjrmel@gmail.com>**

---

## 2nd email service (on March 25th and March 31st 2025).... : #25-1158 [ Docket Text: EMERGENCY MOTION to expedite Motion for EXPEDITED ruling on emergency motion w.r.t. the Donald Trump, Elon Musk, et al... sworn affidavits in #25-cv-00766 as such THE UPCOMING RULING BY HONORABLE US JUDGE BOASBERG has instructive effect upon the instant appeal #25-1158. filed by Appellants Colleen Connors and Melvin Jones, Jr.. Served on 03/25/2025. [25-1158] ]....

1 message

---

**MEL JONES JR** <jonesjrmel@gmail.com>                                                                      Mon, Mar 31, 2025 at 6:37 AM
To: yuri.s.fuchs@usdoj.gov, SupremeCtBriefs@usdoj.gov, Deborah Greenspan <deborah.greenspan@blankrome.com>, derek.l.weiss@usdoj.gov, Zeldin.Lee@epa.gov, mobrien@irli.org, chajec@irli.org, gcanaan@irli.org, gwv@dcglaw.com, tmccotter@boydengray.com, daniel.epstein@aflegal.org, "jon@publicrightsproject.org" <jon@publicrightsproject.org>, serviceS3@michigan.gov, giovanatiN@michigan.gov, Stacey.Metro@ag.ny.gov, Annabelle.Wilmott@doj.ca.gov, Lorraine.Lopez@doj.ca.gov, Delbert.Tran@doj.ca.gov, zoe.levine@ag.ny.gov, Irina.Trasovan@doj.ca.gov, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, jgrayson@nmdoj.gov, molly.alarcon@sfcityatty.org, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, shannon.stevenson@coag.gov, ksadeck@riag.ri.gov, jared.b.cohen@mass.gov, john.keller@ag.state.mn.us, johnsonkarpg@doj.state.wi.us, julio.thompson@vermont.gov, dmosteller@ncdoj.gov, "jeremy.feigenbaum@njoag.gov" <Jeremy.feigenbaum@njoag.gov>, shankar.duraiswamy@njoag.gov, Viviana.hanley@njoag.gov, shefali.saxena@law.njoag.gov, Elizabeth.walsh@law.njoag.gov, HStern@ag.nv.gov, akirschner@oag.state.md.us, Janelle.Medeiros@ct.gov, PolicyOffice@epa.gov, EIS-Filing@epa.gov, education@epa.gov, NEPAssisthelp@epa.gov, NEPA@epa.gov, eric.wessan@ag.iowa.gov, matt.rice@ag.tn.gov, nlindzen@corpfraudlaw.com, sara.eisenberg@sfcityatty.org
Cc: Colleen Connors <CMColleen4@gmail.com>, "Marissa.Malouff@doj.ca.gov" <Marissa.Malouff@doj.ca.gov>, "vanessa.kassab@delaware.gov" <vanessa.kassab@delaware.gov>, "kaliko.d.fernandes_hawaii_gov" <kaliko.d.fernandes@hawaii.gov>, "jeremy.feigenbaum@njoag.gov" <jeremy.feigenbaum@njoag.gov>, "harrist19@michigan.gov" <harrist19@michigan.gov>, "eng.connie@epa.gov" <eng.connie@epa.gov>, "egle-nondiscriminationCC@michigan.gov" <egle-nondiscriminationCC@michigan.gov>, "Cormack, Hayley" <Cormack.Hayley@epa.gov>, "EGLE-Accessibility@michigan.gov" <EGLE-Accessibility@michigan.gov>, "Faltin, Todd (he/they)" <Faltin.Todd@epa.gov>, "Oviedo, Luis" <oviedo.luis@epa.gov>, "MacMillan-Sanchez, Ariel (she/her/hers)" <MacmillanSanchez.Ariel@epa.gov>, "Johnson, Johahna (she/her/hers)" <Johnson.Johahna@epa.gov>, "Mason, Trinita" <Mason.Trinita@epa.gov>, "Moore, Tammy" <moore.tammy@epa.gov>, "Walts, Alan (he/him/his)" <walts.alan@epa.gov>, Deborah Greenspan <deborah.greenspan@blankrome.com>, "Risley, David" <Risley.David@epa.gov>, "tmlewis@cityofflint.com" <tmlewis@cityofflint.com>, "cmcgehee@pittlawpc.com" <cmcgehee@pittlawpc.com>, "eric.a.rey@usdoj.gov" <eric.a.rey@usdoj.gov>, "Jason.T.Cohen@usdoj.gov" <Jason.T.Cohen@usdoj.gov>, "OIG_Hotline@epa.gov" <OIG_Hotline@epa.gov>, Corey <cstern@levylaw.com>, Patrick Lanciotti <PLanciotti@napolilaw.com>, "dpettway@cityofflint.com" <dpettway@cityofflint.com>, "saneeley@cityofflint.com" <saneeley@cityofflint.com>, "mbard@cityofflint.com" <mbard@cityofflint.com>, "michelle.t.domingue.II@usdoj.gov" <michelle.t.domingue.II@usdoj.gov>, "Kaplan, Robert (he/him/his)" <kaplan.robert@epa.gov>, Mel jones jr <meljonesjr@gmail.com>, "marianne.f.kies@usdoj.gov" <marianne.f.kies@usdoj.gov>, "daniel.c.eagles@usdoj.gov" <daniel.c.eagles@usdoj.gov>, "kuhlr@michigan.gov" <kuhlr@michigan.gov>, "gambilln@michigan.gov" <gambilln@michigan.gov>, "MitosinkaA@michigan.gov" <MitosinkaA@michigan.gov>, "gaiello@mayerbrown.com" <gaiello@mayerbrown.com>, "jkuptz@cityofflint.com" <jkuptz@cityofflint.com>, "dfaraci@campbell-trial-lawyers.com" <dfaraci@campbell-trial-lawyers.com>, "alin@eisnerlaw.com" <alin@eisnerlaw.com>, "ccmushatt@cityofflint.com" <ccmushatt@cityofflint.com>, "heidy.gonzalez@usdoj.gov" <heidy.gonzalez@usdoj.gov>, AG attorney as to MI COC civil case #23-000115-MZ <bettenhausenm@michigan.gov>, robinsonr11 <robinsonr11@michigan.gov>, Justus Brown <jubrown@cityofflint.com>, Kameshia Ar-Rahmaan <kar-rahmaan@cityofflint.com>, Davina Donahue <ddonahue@cityofflint.com>, City of Flint Clerk's Office <cityclerk@cityofflint.com>, Davina Donahue <CouncilPublicComment@cityofflint.com>, "trachelleyoung@gmail.com" <trachelleyoung@gmail.com>, Ladel Lewis <llewis@cityofflint.com>, Judy Priestley <jpriestley@cityofflint.com>, Tonya Burns <tburns@cityofflint.com>, Mark Cuker <mark@cukerlaw.com>, "michael.l.williams@usdoj.gov" <michael.l.williams@usdoj.gov>, "molsen@mayerbrown.com" <molsen@mayerbrown.com>, "jcampbell@campbell-trial-lawyers.com" <jcampbell@campbell-trial-lawyers.com>, "mnguyen-

3/31/25, 6:37 AM  Gmail - 2nd email service (on March 25th and March 31st 2025)… #25-1158 [ Docket Text: EMERGENCY MOTION to expedite M…

Case: 25-1158    Document: 00118266080    Page: 2    Date Filed: 03/31/2025    Entry ID: 6710202

dang@mayerbrown.com" <mnguyen-dang@mayerbrown.com>, "pnapoli_napolilaw.com" <pnapoli@napolilaw.com>, Renee Auten <rauten@thelandbank.org>, Jennifer Riggs <jriggs@thelandbank.org>, Jeremy Maltz <jeremy@lehotskykeller.com>, "hammoudf1@michigan.gov" <HammoudF1@michigan.gov>, Michigan Attorney General <miag@michigan.gov>, "dweyre@mcalpinepc.com" <dweyre@mcalpinepc.com>, "g@mayerbrown.com" <g@mayerbrown.com>, "ljiang@susmangodfrey.com" <ljiang@susmangodfrey.com>, mpitt <mpitt@pittlawpc.com>, Hunter Shkolnik <hunter@napolilaw.com>, "arosenman@mayerbrown.com" <arosenman@mayerbrown.com>, Theodore Leopold <tleopold@cohenmilstein.com>, Emmy Levens <elevens@cohenmilstein.com>, Flint Mayor <mayor@cityofflint.com>, "frank.bednarz@hlli.org" <frank.bednarz@hlli.org>, "ted.frank@hlli.org" <ted.frank@hlli.org>, Diane <russell.diane@epa.gov>, Amanda Trujillo <atrujillo@cityofflint.com>, "King-Piepenbrok, Pier (AG)" <KingP1@michigan.gov>, "jonhoma@sinasdramis.com" <jonhoma@sinasdramis.com>, "val@vlwlegal.com" <val@vlwlegal.com>, "sdg@miller.law" <sdg@miller.law>, "sparadise@eisnerlaw.com" <sparadise@eisnerlaw.com>, "echeverria.marietta@epa.gov" <echeverria.marietta@epa.gov>, "thompkins.anita@epa.gov" <thompkins.anita@epa.gov>, "burneson.eric@epa.gov" <burneson.eric@epa.gov>, "travers.david@epa.gov" <travers.david@epa.gov>, "waters.tom@epa.gov" <waters.tom@epa.gov>, "davis.angela@epa.gov" <davis.angela@epa.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, nlindzen@corpfraudlaw.com, franklmcnamara@gmail.com, mriordan@publicinterestlegal.org, eric.hamilton@usdoj.gov, "ryan@mclanelaw.com" <ryan@mclanelaw.com>, Zeldin.Lee@epa.gov, zoe.levine@ag.ny.gov, MEL JONES JR <jonesjrmel@gmail.com>, Sedalia.JonesKennelly@blankrome.com, rick.brooks@blankrome.com
Bcc: UrbanForestNewYork@gmail.com, Mel jones jr <meljonesjr@gmail.com>

# March 31st, 2025

# To: Flint Water Crisis - Special Master DEBORAH GREENSPAN

# Good morning,
# The email is very important…. as set forth below:
# 2nd email service (on March 25th and March 31st 2025); note, that [I], pro se disabled teddy bear Melvin Jones Jr., am NOW informed that there is a MOTION FOR PRELIMINARY

Case: 25-1158   Document: 00118266089   Page: 3   Date Filed: 03/31/2025   Entry ID: 6710202

3/31/25, 6:37 AM   Gmail - 2nd email service (on March 25th and March 31st 2025).... #25-1158 [ Docket Text: EMERGENCY MOTION to expedite M…

*INJUNCTION in "companion immigration case" #25-cv-00766 {to civil immigration case at issue here pertaining to pro se appeal #25-1158}.... the HONORABLE US CHIEF JUDGE - BOASBERG presiding over [#25-cv-00766].*

*and... to Flint Water Crisis - special master Deborah Greenspan... look for an email from Colleen by NEXT Saturday (the first week of April) - in short, the FWC plaintiff attorneys should NOT have had to put up with the outrageous deception of and FALSE allegations by the CITY OF FLINT and STATE OF MICHIGAN [delusioned - settling defendants] of needing to have RESOLUTIONS put against them/ the FWC plaintiffs' attorneys... especially ...given the State of Michigan and City*

Case: 25-1158 Document: 00118266080 Page: 4 Date Filed: 03/31/2025 Entry ID: 6710202

3/31/25, 6:37 AM Gmail - 2nd email service (on March 25th and March 31st 2025)... #25-1158 [ Docket Text: EMERGENCY MOTION to expedite M…

*of Flint's ONGOING contempt of court as to Flint Water Crisis case #16-cv-10277; especially given that almost certainly the US EPA's will MOST LIKELY assert that the only entity as to the Flint Water Crisis who REPEATEDLY and DELIBERATELY CAUSED REDUCTION OF IQ points due to LEAD WATER EXPOSURE... is/ are the "FUNKY BUNCH" {e.g. Flint Mayor - Sheldon Neeley and the CITY OF FLINT [and] Michigan Governor Whitmer and MI AG - DANA NESSEL and the State of Michigan}... regarding their FAILURES as to repair of public sidewalks, removal of dangerous trees pertaining to EXPLORATORY dig[s], and repair of cement walk-up[s], and the ENTIRE exploratory dig boondoggle/ FRAUD, WASTE and ABUSE of US EPA FUNDS. But, on the other hand.... the plaintiffs'*

3/31/25, 6:37 AM                    Gmail - 2nd email service (on March 25th and March 31st 2025).... #25-1158 [ Docket Text: EMERGENCY MOTION to expedite M…

Case: 25-1158      Document: 00118266089      Page: 5      Date Filed: 03/31/2025      Entry ID: 6710202

*attorneys as to the Flint water crisis [I am recently informed] MORE LIKELY THAN NOT... CAN AND SHOULD REBUT THAT VALID FACTUAL ARGUMENT/ CONTENTION .... <u>WITH THE ULTIMATE FACT</u>... that the US EPA ....also FAILED on MULTIPLE occasions to fulfill their mandated duties of ISSUING [multiple] ENFORCEMENT ORDERS AGAINST both the City of Flint and State of Michigan.*

*IN SHORT, [we]/ Colleen and I ...believe that NOW the US EPA should be [privately of course] MADE TO RESPOND TO JUDGE LINDA PARKER's QUESTION OF and/ or [a] DIRECTIVE to BEGIN "settlement" NEGOTIATIONS.... and that is NOT a JOKE... because at this point, the US EPA has a DUTY to bring the FWC to an END.*

On Tue, Mar 25, 2025 at 1:43 AM MEL JONES JR <jonesjrmel@gmail.com> wrote:

> TO: ALL

March 25th, 2025

RE: APPEAL #25-1158

Docket Text:
EMERGENCY MOTION to expedite Motion for EXPEDITED ruling on emergency motion w.r.t. the Donald Trump, Elon Musk, et al... sworn affidavits in #25-cv-00766 as such THE UPCOMING RULING BY HONORABLE US JUDGE BOASBERG has instructive effect upon the instant appeal #25-1158. filed by Appellants Colleen Connors and Melvin Jones, Jr.. Served on 03/25/2025. [25-1158].

And, here is a song for [it];

3/31/25, 6:37 AM Gmail - 2nd email service (on March 25th and March 31st 2025)... #25-1158 | Docket Text: EMERGENCY MOTION to expedite M...

Case: 25-1158 Document: 00118266089 Page: 7 Date Filed: 03/31/2025 Entry ID: 6710202






https://youtu.be/-Ws8S27dwGY?feature=shared

*Respectfully, 😋....*
*Best.*
*/s/*
*~Melvin Jones Jr. - disabled interested party/ appellant {proposed PLAINTIFF intervenor on appeal [and [proposed - respondent pro se to the defendants' Elon Musk President Donald Trump, et al. "application[s] for review by the US*

3/31/25, 6:37 AM Gmail - 2nd email service (on March 25th and March 31st 2025)... a #25-1158 [ Docket Text: EMERGENCY MOTION to expedite M…

Case: 25-1158    Document: 00118266080    Page: 8    Date Filed: 03/31/2025    Entry ID: 6710202

*Supreme Court } in/ as to civil case #25-cv-10139 (and) appeal #25-1158*
*email: jonesjrmel@gmail.com*
*1935 Hosler St. Flint, Michigan 48503*

**2 attachments**

 **Gmail - 25-1158 State of New Jersey, et al v. Jones, et al _Motion (other)_ (1).pdf**
76K

 **_Motion for EXPIDTED ruling on emergency motion w.r.t. the Donald Trump, Elon Musk, et al… sworn affidavits in #25-cv-00766 (1).pdf**
2598K