3/31/25, 5:07 PM Gmail - (To: FWC special master DEBORAH GREENSPAN [and] US EPA Title VI department HAYLEY CORMACK)… Re: 28th, 20…

Case: 25-1158    Document: 0011826624    Page: 1    Date Filed: 03/31/2025    Entry ID: 6719488



MEL JONES JR <jonesjrmel@gmail.com>

# (To: FWC special master DEBORAH GREENSPAN [and] US EPA Title VI department HAYLEY CORMACK).... Re: 28th, 2025 of March  To: Flint Water Crisis Special Master Deborah Greenspan;(and) US EPA Title VI department Hayley Cormack and US EPA Administrator LEE ZELDIN....

1 message

**MEL JONES JR** <jonesjrmel@gmail.com>  Mon, Mar 31, 2025 at 5:01 PM
To: "Cormack, Hayley" <Cormack.Hayley@epa.gov>, yuri.s.fuchs@usdoj.gov, SupremeCtBriefs@usdoj.gov, Deborah Greenspan <deborah.greenspan@blankrome.com>, derek.l.weiss@usdoj.gov, Zeldin.Lee@epa.gov, mobrien@irli.org, chajec@irli.org, gcanaan@irli.org, gwv@dcglaw.com, tmccotter@boydengray.com, daniel.epstein@aflegal.org, "jon@publicrightsproject.org" <jon@publicrightsproject.org>, serviceS3@michigan.gov, giovanatiN@michigan.gov, Stacey.Metro@ag.ny.gov, Annabelle.Wilmott@doj.ca.gov, Lorraine.Lopez@doj.ca.gov, Delbert.Tran@doj.ca.gov, zoe.levine@ag.ny.gov, Irina.Trasovan@doj.ca.gov, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, jgrayson@nmdoj.gov, molly.alarcon@sfcityatty.org, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, shannon.stevenson@coag.gov, ksadeck@riag.ri.gov, jared.b.cohen@mass.gov, john.keller@ag.state.mn.us, johnsonkarpg@doj.state.wi.us, julio.thompson@vermont.gov, dmosteller@ncdoj.gov, "jeremy.feigenbaum@njoag.gov" <Jeremy.feigenbaum@njoag.gov>, shankar.duraiswamy@njoag.gov, Viviana.hanley@njoag.gov, shefali.saxena@law.njoag.gov, Elizabeth.walsh@law.njoag.gov, HStern@ag.nv.gov, akirschner@oag.state.md.us, Janelle.Medeiros@ct.gov, PolicyOffice@epa.gov, EIS-Filing@epa.gov, education@epa.gov, NEPAssisthelp@epa.gov, NEPA@epa.gov, eric.wessan@ag.iowa.gov, matt.rice@ag.tn.gov, nlindzen@corpfraudlaw.com, sara.eisenberg@sfcityatty.org
Cc: Colleen Connors <cmcolleen4@gmail.com>, "Acosta-Fox, Ashley" <AcostaFox.Ashley@epa.gov>, MEL JONES JR <jonesjrmel@gmail.com>, "Marissa.Malouff@doj.ca.gov" <Marissa.Malouff@doj.ca.gov>, "vanessa.kassab@delaware.gov" <vanessa.kassab@delaware.gov>, "kaliko.d.fernandes_hawaii_gov" <kaliko.d.fernandes@hawaii.gov>, "jeremy.feigenbaum@njoag.gov" <jeremy.feigenbaum@njoag.gov>, "harrist19@michigan.gov" <harrist19@michigan.gov>, "eng.connie@epa.gov" <eng.connie@epa.gov>, "egle-nondiscriminationCC@michigan.gov" <egle-nondiscriminationCC@michigan.gov>, "Cormack, Hayley" <Cormack.Hayley@epa.gov>, "EGLE-Accessibility@michigan.gov" <EGLE-Accessibility@michigan.gov>, "Faltin, Todd (he/they)" <Faltin.Todd@epa.gov>, "Oviedo, Luis" <oviedo.luis@epa.gov>, "MacMillan-Sanchez, Ariel (she/her/hers)" <MacmillanSanchez.Ariel@epa.gov>, "Johnson, Johahna (she/her/hers)" <Johnson.Johahna@epa.gov>, "Mason, Trinita" <Mason.Trinita@epa.gov>, "Moore, Tammy" <moore.tammy@epa.gov>, "Walts, Alan (he/him/his)" <walts.alan@epa.gov>, Deborah Greenspan <deborah.greenspan@blankrome.com>, "Risley, David" <Risley.David@epa.gov>, "tmlewis@cityofflint.com" <tmlewis@cityofflint.com>, "cmcgehee@pittlawpc.com" <cmcgehee@pittlawpc.com>, "eric.a.rey@usdoj.gov" <eric.a.rey@usdoj.gov>, "Jason.T.Cohen@usdoj.gov" <Jason.T.Cohen@usdoj.gov>, "OIG_Hotline@epa.gov" <OIG_Hotline@epa.gov>, Corey <cstern@levylaw.com>, Patrick Lanciotti <PLanciotti@napolilaw.com>, "dpettway@cityofflint.com" <dpettway@cityofflint.com>, "saneeley@cityofflint.com" <saneeley@cityofflint.com>, "mbard@cityofflint.com" <mbard@cityofflint.com>, "michelle.t.domingue.II@usdoj.gov" <michelle.t.domingue.II@usdoj.gov>, "Kaplan, Robert (he/him/his)" <kaplan.robert@epa.gov>, Mel jones jr <meljonesjr@gmail.com>, "marianne.f.kies@usdoj.gov" <marianne.f.kies@usdoj.gov>, "daniel.c.eagles@usdoj.gov" <daniel.c.eagles@usdoj.gov>, "kuhlr@michigan.gov" <kuhlr@michigan.gov>, "gambilln@michigan.gov" <gambilln@michigan.gov>, "MitosinkaA@michigan.gov" <MitosinkaA@michigan.gov>, "gaiello@mayerbrown.com" <gaiello@mayerbrown.com>, "jkuptz@cityofflint.com" <jkuptz@cityofflint.com>, "dfaraci@campbell-trial-lawyers.com" <dfaraci@campbell-trial-lawyers.com>, "alin@eisnerlaw.com" <alin@eisnerlaw.com>, "ccmushatt@cityofflint.com" <ccmushatt@cityofflint.com>, "heidy.gonzalez@usdoj.gov" <heidy.gonzalez@usdoj.gov>, AG attorney as to MI COC civil case #23-000115-MZ <bettenhausenm@michigan.gov>, robinsonr11 <robinsonr11@michigan.gov>, Justus Brown <jubrown@cityofflint.com>, Kameshia Ar-Rahmaan <kar-rahmaan@cityofflint.com>, Davina Donahue <ddonahue@cityofflint.com>, City of Flint Clerk's Office <cityclerk@cityofflint.com>, Davina Donahue <CouncilPublicComment@cityofflint.com>, "trachelleyoung@gmail.com" <trachelleyoung@gmail.com>, Ladel Lewis <llewis@cityofflint.com>, Judy Priestley <jpriestley@cityofflint.com>, Tonya Burns <tburns@cityofflint.com>, Mark Cuker <mark@cukerlaw.com>, "michael.l.williams@usdoj.gov" <michael.l.williams@usdoj.gov>, "molsen@mayerbrown.com" <molsen@mayerbrown.com>, "jcampbell@campbell-trial-lawyers.com" <jcampbell@campbell-trial-lawyers.com>, "mnguyen-dang@mayerbrown.com" <mnguyen-dang@mayerbrown.com>, "pnapoli_napolilaw.com" <pnapoli@napolilaw.com>, Renee Auten <rauten@thelandbank.org>, Jennifer Riggs <jriggs@thelandbank.org>, Jeremy Maltz <jeremy@lehotskykeller.com>, "hammoudf1@michigan.gov"

3/31/25, 6:07 PM                                Gmail - (To: FWC special master DEBORAH GREENSPAN [and]; US EPA Title VI department HAYLEY CORMACK)… Re: 26th, 20…

Case: 25-1158     Document: 00118266624     Page: 2     Date Filed: 03/31/2025     Entry ID: 6710488

<HammoudF1@michigan.gov>, Michigan Attorney General <miag@michigan.gov>, "dweyre@mcalpinepc.com" <dweyre@mcalpinepc.com>, "g@mayerbrown.com" <g@mayerbrown.com>, "ljiang@susmangodfrey.com" <ljiang@susmangodfrey.com>, mpitt <mpitt@pittlawpc.com>, Hunter Shkolnik <hunter@napolilaw.com>, "arosenman@mayerbrown.com" <arosenman@mayerbrown.com>, Theodore Leopold <tleopold@cohenmilstein.com>, Emmy Levens <elevens@cohenmilstein.com>, Flint Mayor <mayor@cityofflint.com>, "frank.bednarz@hlli.org" <frank.bednarz@hlli.org>, "ted.frank@hlli.org" <ted.frank@hlli.org>, Diane <russell.diane@epa.gov>, Amanda Trujillo <atrujillo@cityofflint.com>, "King-Piepenbrok, Pier (AG)" <KingP1@michigan.gov>, "jonhoma@sinasdramis.com" <jonhoma@sinasdramis.com>, "val@vlwlegal.com" <val@vlwlegal.com>, "sdg@miller.law" <sdg@miller.law>, "sparadise@eisnerlaw.com" <sparadise@eisnerlaw.com>, "echeverria.marietta@epa.gov" <echeverria.marietta@epa.gov>, "thompkins.anita@epa.gov" <thompkins.anita@epa.gov>, "burneson.eric@epa.gov" <burneson.eric@epa.gov>, "travers.david@epa.gov" <travers.david@epa.gov>, "waters.tom@epa.gov" <waters.tom@epa.gov>, "davis.angela@epa.gov" <davis.angela@epa.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, nlindzen@corpfraudlaw.com, franklmcnamara@gmail.com, mriordan@publicinterestlegal.org, eric.hamilton@usdoj.gov, "ryan@mclanelaw.com" <ryan@mclanelaw.com>, Zeldin.Lee@epa.gov, zoe.levine@ag.ny.gov, Sedalia.JonesKennelly@blankrome.com, rick.brooks@blankrome.com
Bcc: UrbanForestNewYork@gmail.com, Mel jones jr <meljonesjr@gmail.com>

*April 1st, 2025*

*To: Flint Water Crisis Special Master Deborah Greenspan [and];*

*To: US EPA Title VI department Hayley Cormack {and} Team*

*From: Melvin Jones Jr.; disabled Flint Water Crisis Claimant [e.g.*

3/31/25, 6:07 PM Gmail - (To: FWC special master DEBORAH GREENSPAN [and] US EPA Title VI department HAYLEY CORMACK)… Re: 28th, 20…

Case: 25-1158 Document: 00118266624 Page: 3 Date Filed: 03/31/2025 Entry ID: 6710488

which includes [as applicable] Flint water crisis claimant against the US EPA.

Email: jonesjrmel@gmail.com

Good afternoon,

And hope that my response email finds you and your team [well]... or as "well" as can be given the NEW US EPA administrator "team" ELON MUSK and LEE ZELDIN.

Here…. [I] NOW find myself "conflicted" as to the US EPA Title VI matter as to MI EGLE

3/31/25, 6:07 PM Gmail - (To: FWC special master DEBORAH GREENSPAN [and] USEPA Title VI department HAYLEY CORMACK)… Re: 26th, 20…

Case: 25-1158 Document: 00118266624 Page: 4 Date Filed: 03/31/2025 Entry ID: 6710488

*[and] my previous Title VI complaints against the City of Flint and MI EGLE/ State of Michigan as to "my suspicions of FRAUD, WASTE and ABUSE" of US EPA funds… which is to say — given the US EPA's "expert witness" in FWC civil case #17-cv-11218 {e.g. Ms. Phd. Julie Goodman [w.r.t. the US EPA's repeated failures/ refusals to simply issue an ADDITIONAL enforcement order against BOTH the City of Flint*

*and State of Michigan…. how sad indeed}…. And my NOW "announced" Flint Water Crisis claimant status sent to the special master Deborah Greenspan… against defendant US EPA as to the Flint Water Crisis…. [I] DO NOT believe that it is in my best interest NOR the best interest of the FWC CLASS ….to have ANY more ZOOM meetings with ANYONE from the US EPA [or] US EPA TITLE VI "team" {e.g. to include*

you/ Hayley Cormack…. unfortunately}.

**_And, so ….[I] will NOT be available for such UNTIL {e.g. I estimate} approx. AUGUST 27th, 2026._**

So, PLEASE …. ["put on hold"] my current Title VI discrimination complaint which is "pending" against the MI EGLE.

Additionally — my instant email… DOES NOT speak for

Colleen Connors…. Which is to say, PLEASE LOOK FOR AN EMAIL FROM COLLEEN within the NEXT few weeks.

Thank you for your email.

And, please SEND both ELON MUSK and LEE ZELDIN my best wishes…. Which are that SOMEHOW GOD reaches their hearts…. That they {e.g. this resurrection Sunday/ EASTER}…. They…. "COME

3/31/25, 6:07 PM Gmail - (To: FFVC special master DEBORAH GREENSPAN [and] USDEPA Title VI department HAYLEY CORMACK)... Re: 28th, 20…

Case 25-1158, Document: 00118266624, Page 8, Date Filed: 03/31/2025, Entry ID: 6710488

# BACK TO THE HEART OF WORSHIP"….

*Take care…*

*and ...here is a song for it:*



https://youtu.be/jo0XdC-Gsps?feature=shared

# Best,

3/31/25, 6:07 PM Gmail - (To: FWC special master DEBORAH GREENSPAN [and] US EPA Title VI department HAYLEY CORMACK)... Re: 28th, 20…

Case: 25-1158   Document: 00118266624   Page: 9   Date Filed: 03/31/2025   Entry ID: 6710488

/s/
~Melvin Jones Jr. - disabled Flint Water Crisis Claimant
1935 Hosler St. Flint Michigan 48503
Email: jonesjrmel@gmail.com
---------------

On Mon, Mar 31, 2025 at 3:28 PM Cormack, Hayley <Cormack.Hayley@epa.gov> wrote:

> Good afternoon, Mr. Jones:
>
> Thank you for your email. After careful consideration, OECRC will not be accepting for investigation your allegation that EPA's website is inaccessible because EPA is not an applicant or recipient of federal financial assistance from the EPA. To be accepted for investigation, a complaint must allege discrimination by an applicant or recipient of federal financial assistance from the EPA. *See* 40 C.F.R. § 7.15.
>
> If you have concerns about the accessibility of EPA's website, please follow the instructions on EPA's Accessibility Statement Webpage: https://www.epa.gov/accessibility/epa-accessibility-statement. For your convenience, I am also attaching EPA's Accessibility Statement Webpage as a PDF.

Thank you,

Hayley

---

**From:** MEL JONES JR <jonesjrmel@gmail.com>
**Sent:** Friday, March 28, 2025 9:00 PM
**To:** Deborah Greenspan <deborah.greenspan@blankrome.com>; Zeldin, Lee <Zeldin.Lee@epa.gov>; Cormack, Hayley <Cormack.Hayley@epa.gov>; yuri.s.fuchs@usdoj.gov; SupremeCtBriefs@usdoj.gov; derek.l.weiss@usdoj.gov; mobrien@irli.org; chajec@irli.org; gcanaan@irli.org; gwv@dcglaw.com; tmccotter@boydengray.com; daniel.epstein@aflegal.org; jon@publicrightsproject.org; serviceS3@michigan.gov; giovanatiN@michigan.gov; Stacey.Metro@ag.ny.gov; Annabelle.Wilmott@doj.ca.gov; Lorraine.Lopez@doj.ca.gov; Delbert.Tran@doj.ca.gov; zoe.levine@ag.ny.gov; Irina.Trasovan@doj.ca.gov; denise.levey@doj.ca.gov; nicole.hill@dc.gov; robert.c.merritt@usdoj.gov; gerard.cedrone@mass.gov; brad.rosenberg@usdoj.gov; jgrayson@nmdoj.gov; molly.alarcon@sfcityatty.org; david.louk@sfcityatty.org; shannon.stevenson@coag.gov; ksadeck@riag.ri.gov; jared.b.cohen@mass.gov; john.keller@ag.state.mn.us; johnsonkarpg@doj.state.wi.us; julio.thompson@vermont.gov; dmosteller@ncdoj.gov; jeremy.feigenbaum@njoag.gov; shankar.duraiswamy@njoag.gov; Viviana.hanley@njoag.gov; shefali.saxena@law.njoag.gov; Elizabeth.walsh@law.njoag.gov; HStern@ag.nv.gov; akirschner@oag.state.md.us; Janelle.Medeiros@ct.gov; PolicyOffice <PolicyOffice@epa.gov>; EIS-Filing <EIS-Filing@epa.gov>; education@epa.gov; NEPAssisthelp <NEPAssisthelp@epa.gov>; NEPA <NEPA@epa.gov>; eric.wessan@ag.iowa.gov; matt.rice@ag.tn.gov; nlindzen@corpfraudlaw.com; sara.eisenberg@sfcityatty.org
**Cc:** Colleen Connors <CMColleen4@gmail.com>; MEL JONES JR <jonesjrmel@gmail.com>; Marissa.Malouff@doj.ca.gov; vanessa.kassab@delaware.gov; kaliko.d.fernandes_hawaii_gov <kaliko.d.fernandes@hawaii.gov>; harrist19@michigan.gov; Eng, Connie <Eng.Connie@epa.gov>; egle-nondiscriminationCC@michigan.gov; EGLE-Accessibility@michigan.gov; Faltin, Todd <Faltin.Todd@epa.gov>; Oviedo, Luis <oviedo.luis@epa.gov>; MacMillan-Sanchez, Ariel <MacmillanSanchez.Ariel@epa.gov>; Johnson, Johahna <Johnson.Johahna@epa.gov>; Mason, Trinita <Mason.Trinita@epa.gov>; Moore, Tammy <moore.tammy@epa.gov>; Walts, Alan <walts.alan@epa.gov>; Risley, David <Risley.David@epa.gov>; tmlewis@cityofflint.com; cmcgehee@pittlawpc.com; eric.a.rey@usdoj.gov; Jason.T.Cohen@usdoj.gov; OIG.Hotline <OIG.Hotline@epa.gov>; Corey <cstern@levylaw.com>; Patrick Lanciotti <PLanciotti@napolilaw.com>; dpettway@cityofflint.com; saneeley@cityofflint.com; mbard@cityofflint.com; michelle.t.domingue.II@usdoj.gov; Kaplan, Robert <kaplan.robert@epa.gov>; Mel jones jr <meljonesjr@gmail.com>; marianne.f.kies@usdoj.gov; daniel.c.eagles@usdoj.gov; kuhlr@michigan.gov; gambilln@michigan.gov; MitosinkaA@michigan.gov; gaiello@mayerbrown.com; jkuptz@cityofflint.com; dfaraci@campbell-trial-lawyers.com; alin@eisnerlaw.com; ccmushatt@cityofflint.com; heidy.gonzalez@usdoj.gov; AG attorney as to MI COC civil case #23-000115-MZ <bettenhausenm@michigan.gov>; robinsonr11 <robinsonr11@michigan.gov>; Justus Brown <jubrown@cityofflint.com>; Kameshia Ar-Rahmaan <kar-rahmaan@cityofflint.com>; Davina Donahue <ddonahue@cityofflint.com>; City of Flint Clerk's Office <cityclerk@cityofflint.com>; Davina Donahue <CouncilPublicComment@cityofflint.com>; trachelleyoung@gmail.com; Ladel Lewis <llewis@cityofflint.com>; Judy Priestley <jpriestley@cityofflint.com>; Tonya Burns <tburns@cityofflint.com>; Mark Cuker <mark@cukerlaw.com>; michael.l.williams@usdoj.gov; molsen@mayerbrown.com; jcampbell@campbell-trial-lawyers.com; mnguyen-dang@mayerbrown.com; pnapoli_napolilaw.com <pnapoli@napolilaw.com>; Renee Auten <rauten@thelandbank.org>; Jennifer Riggs <jriggs@thelandbank.org>; Jeremy Maltz <jeremy@lehotskykeller.com>; hammoudf1@michigan.gov; Michigan Attorney General <miag@michigan.gov>; dweyre@mcalpinepc.com; g@mayerbrown.com; ljiang@susmangodfrey.com; mpitt <mpitt@pittlawpc.com>; Hunter Shkolnik <hunter@napolilaw.com>; arosenman@mayerbrown.com; Theodore Leopold <tleopold@cohenmilstein.com>; Emmy Levens <elevens@cohenmilstein.com>; Flint Mayor <mayor@cityofflint.com>; frank.bednarz@hlli.org; ted.frank@hlli.org; Russell, Diane <russell.diane@epa.gov>; Amanda Trujillo <atrujillo@cityofflint.com>; King-Piepenbrok, Pier (AG) <KingP1@michigan.gov>; jonhoma@sinasdramis.com; val@vlwlegal.com; sdg@miller.law; sparadise@eisnerlaw.com; Echeverria, Marietta <Echeverria.Marietta@epa.gov>; Thompkins, Anita <Thompkins.Anita@epa.gov>; Burneson, Eric <Burneson.Eric@epa.gov>; Travers, David <Travers.David@epa.gov>; Waters, Tom <Waters.Tom@epa.gov>; Davis, Angela <Davis.Angela@epa.gov>; franklmcnamara@gmail.com; mriordan@publicinterestlegal.org; eric.hamilton@usdoj.gov; ryan@mclanelaw.com; Sedalia.JonesKennelly@blankrome.com; rick.brooks@blankrome.com
**Subject:** 28th, 2025 of March  To: Flint Water Crisis Special Master Deborah Greenspan;(and) US EPA Title VI department Hayley Cormack and US EPA Administrator LEE ZELDIN....

Case: 25-1158 Document: 00118266624 Page: 11 Date Filed: 03/31/2025 Entry ID: 6710488

3/31/25, 5:02 PM  Gmail - (to: FWC special master DEBORAH GREENSPAN [and] US EPA Title VI department HAYLEY CORMACK)… Re: 28th, 20…

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

28th, 2025 of March

To: Flint Water Crisis Special Master Deborah Greenspan;

(and) US EPA Title VI department Hayley Cormack and US EPA Administrator LEE ZELDIN….

RE: US EPA Title VI complaint #07024-R5

Good evening….

The purpose of my email is to ask a question first of the US EPA folks… and that is --- LOOK very closely at a recent screen-caption from a US EPA website…. hey, is it my eyes [or] has the PRINT on the US EPA websites gotten MUCH smaller since president Donald Trump, ELON MUSK and LEE ZELDIN started their mass firings at the various US EPA facilities?

*Simply put.... the print seems to be NO longer in large print font... and as such is [for me] NOW... (as best that I can tell) NOT ADA ACCESSIBLE.. and thereby [I] would like to ADD a NEW allegation of discrimination against the US EPA [e.g. along with that of the current Title VI discrimination complaint against the MI EGLE/ State of Michigan]:*

## Other Federal Non-Discrimination Laws and EPA's Non-Discrimination Regulations

In addition to Title VI of the Civil Rights Act of 1964, EPA's ECRCO has the responsibility for enforcing other external federal civil rights statutes, including:

- Section 504 of the Rehabilitation Act of 1973, which prohibits discrimination on the basis of disabilities in federally-assisted programs or activities;
- Title IX of the Education Act Amendments of 1972, which prohibits discrimination on the basis of sex in federally-assisted education programs or activities (also see 40 C.F.R. Part 5 - Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Federal Financial Assistance (PDF) ;
- Age Discrimination Act of 1975, which prohibits discrimination on the basis of age in federally-assisted programs or activities; and
- Section 13 of the Federal Water Pollution Control Act Amendments of 1972, which prohibits discrimination on the basis of sex in programs or activities receiving financial assistance under the Clean Water Act.

https://www.epa.gov/external-civil-rights/federal-civil-rights-laws-including-title-vi-and-epas-non-discrimination#discrimination

*Further.... as to the Flint Water Crisis **[e.g. and this part is specifically for the Flint Water Crisis Special Master Deborah Greenspan]**.... ya' know former US EPA employee Miguel Detoral [or Del Toro]... I cannot remeber his name or how*

*to spell it {YES - my disabling medical conditions render me functionally illiterate on at least an episodic basis}... anyway Mr. Miguel said many years ago that [upper/ senior] management of the US EPA was a cesspool of scum type folks --- and with ALL DUE RESPECT ...[LEE ZELDIN and ELON MUSK].... are the CURSE resurgent and "tantamount" of a continuation of the US EPA's failures to ISSUE enforcement orders against the City of Flint and State of Michigan [e.g. as to the alleged "MISSING GOLD BARS"].... and so here YET AGAIN... the US EPA is and continues to take a BEHIND THE SCENES approach to their mandated role to be the FIRST LINE and LAST LINE [governmental] agency to KEEP the City of Flint/ State of Michigan "on tract and inline" with CLEAN WATER and/ or SAFE WATER and/ or **ALL OF THE US EPA NON-DISCRIMINATORY REGULATIONS SET FORTH IN THE SCREEN CAPTION ABOVE... so TAKE A GOOD** look at*

such; and it is my humble GUESS that the US EPA's motion for summary judgment pending in the Honorable US Judge Linda Parker's courtroom MUST and WILL FAIL.... and more to the point --- here the US EPA has literally given the FWC plaintiffs' attorneys a ROAD MAP on how to win... and WIN BIG; YEP, there are MANY pitfalls to too much motions practice, and being too chicken-poop to take the case to trial.

Simply put -- the US EPA attorneys are NOT, repeat are NOT as good as Veolia North America's defense attorneys.  And, again [I] say this out of LOVE, of course.

And, now for my response to US EPA Title VI department (Hayley

3/31/25, 5:02 PM    Gmail - (To: FWC special master DEBORAH GREENSPAN [and] USEPA Title VI department, HAYLEY CORMACK)... Re: 28th, 20...

Case: 25-1158    Document: 00118266624    Page: 15    Date Filed: 03/31/2025    Entry ID: 6710488

*Cormack's) most recent voicemail message to Colleen Connors:*

*(SEE ATTACHED).*

*Here... due to my confusion set forth above, and my ADDED allegations of discrimination... [I] respectfully request that she/ Ms. Cormack EMAIL both Colleen and [I] with any response[s] to my instant email and questions set forth herein.*

*Additionally - to Flint Water Crisis Special Master Deborah Greenspan... [just like Colleen Connors has updated you as few weeks ago].... [I] too, "AM NOW ALL IN ...IF THERE IS AN EVENTUAL SETTLEMENT CLASS WIDE and/ or FOR THE AGED, and on the basis of SEX, or on the basis of RACE {e.g. think about ELON MUSK's race*

*<u>aminus employment culture @ TESLA against Black African Americans such as myself (albeit such is more fitting to me ... approx. 30 years ago when I was NOT soo disabled as I am now)... and, so IF there is an eventual settlement as to the US EPA ...PLEASE AMEND my FWC ARCHER FILE to reflect that I am fully willing to take part in such as a Flint Water Crisis Claimant.</u>*

And.... here is a song for it:



https://youtu.be/mzXhTisw5TA?feature=shared

Thank you.

And, have a very Blessed weekend.

Best,

~Melvin Jones Jr. - disabled Flint Water Crisis Claimant

email: jonesjrmel@gmail.com