

**MEL JONES JR** <jonesjrmel@gmail.com>

---

## YEP.... FIVE (5) times that the US EPA was mandated to issue ADMINISTRATIVE ORDERS against the City of Flint and State of Michigan.... READ FURTHER HERE.....
1 message

**MEL JONES JR** <jonesjrmel@gmail.com>                                    Mon, Mar 31, 2025 at 8:00 PM
To: "Cormack, Hayley" <Cormack.Hayley@epa.gov>, yuri.s.fuchs@usdoj.gov, SupremeCtBriefs@usdoj.gov, Deborah
Greenspan <deborah.greenspan@blankrome.com>, derek.l.weiss@usdoj.gov, Zeldin.Lee@epa.gov, mobrien@irli.org,
chajec@irli.org, gcanaan@irli.org, gwv@dcglaw.com, tmccotter@boydengray.com, daniel.epstein@aflegal.org,
"jon@publicrightsproject.org" <jon@publicrightsproject.org>, serviceS3@michigan.gov, giovanatiN@michigan.gov,
Stacey.Metro@ag.ny.gov, Annabelle.Wilmott@doj.ca.gov, Lorraine.Lopez@doj.ca.gov, Delbert.Tran@doj.ca.gov,
zoe.levine@ag.ny.gov, Irina.Trasovan@doj.ca.gov, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "nicole.hill@dc.gov"
<nicole.hill@dc.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "gerard.cedrone@mass.gov"
<gerard.cedrone@mass.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, jgrayson@nmdoj.gov,
molly.alarcon@sfcityatty.org, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, shannon.stevenson@coag.gov,
ksadeck@riag.ri.gov, jared.b.cohen@mass.gov, john.keller@ag.state.mn.us, johnsonkarpg@doj.state.wi.us,
julio.thompson@vermont.gov, dmosteller@ncdoj.gov, "jeremy.feigenbaum@njoag.gov" <Jeremy.feigenbaum@njoag.gov>,
shankar.duraiswamy@njoag.gov, Viviana.hanley@njoag.gov, shefali.saxena@law.njoag.gov, Elizabeth.walsh@law.njoag.gov,
HStern@ag.nv.gov, akirschner@oag.state.md.us, Janelle.Medeiros@ct.gov, PolicyOffice@epa.gov, EIS-Filing@epa.gov,
education@epa.gov, NEPAssisthelp@epa.gov, NEPA@epa.gov, eric.wessan@ag.iowa.gov, matt.rice@ag.tn.gov,
nlindzen@corpfraudlaw.com, sara.eisenberg@sfcityatty.org
Cc: Colleen Connors <cmcolleen4@gmail.com>, "Acosta-Fox, Ashley" <AcostaFox.Ashley@epa.gov>,
"Marissa.Malouff@doj.ca.gov" <Marissa.Malouff@doj.ca.gov>, "vanessa.kassab@delaware.gov"
<vanessa.kassab@delaware.gov>, "kaliko.d.fernandes_hawaii_gov" <kaliko.d.fernandes@hawaii.gov>,
"jeremy.feigenbaum@njoag.gov" <jeremy.feigenbaum@njoag.gov>, "harrist19@michigan.gov" <harrist19@michigan.gov>,
"eng.connie@epa.gov" <eng.connie@epa.gov>, "egle-nondiscriminationCC@michigan.gov" <egle-
nondiscriminationCC@michigan.gov>, "Cormack, Hayley" <Cormack.Hayley@epa.gov>, "EGLE-Accessibility@michigan.gov"
<EGLE-Accessibility@michigan.gov>, "Faltin, Todd (he/they)" <Faltin.Todd@epa.gov>, "Oviedo, Luis" <oviedo.luis@epa.gov>,
"MacMillan-Sanchez, Ariel (she/her/hers)" <MacmillanSanchez.Ariel@epa.gov>, "Johnson, Johahna (she/her/hers)"
<Johnson.Johahna@epa.gov>, "Mason, Trinita" <Mason.Trinita@epa.gov>, "Moore, Tammy" <moore.tammy@epa.gov>,
"Walts, Alan (he/him/his)" <walts.alan@epa.gov>, Deborah Greenspan <deborah.greenspan@blankrome.com>, "Risley, David"
<Risley.David@epa.gov>, "tmlewis@cityofflint.com" <tmlewis@cityofflint.com>, "cmcgehee@pittlawpc.com"
<cmcgehee@pittlawpc.com>, "eric.a.rey@usdoj.gov" <eric.a.rey@usdoj.gov>, "Jason.T.Cohen@usdoj.gov"
<Jason.T.Cohen@usdoj.gov>, "OIG_Hotline@epa.gov" <OIG_Hotline@epa.gov>, Corey <cstern@levylaw.com>, Patrick
Lanciotti <PLanciotti@napolilaw.com>, "dpettway@cityofflint.com" <dpettway@cityofflint.com>, "saneeley@cityofflint.com"
<saneeley@cityofflint.com>, "mbard@cityofflint.com" <mbard@cityofflint.com>, "michelle.t.domingue.II@usdoj.gov"
<michelle.t.domingue.II@usdoj.gov>, "Kaplan, Robert (he/him/his)" <kaplan.robert@epa.gov>, Mel jones jr
<meljonesjr@gmail.com>, "marianne.f.kies@usdoj.gov" <marianne.f.kies@usdoj.gov>, "daniel.c.eagles@usdoj.gov"
<daniel.c.eagles@usdoj.gov>, "kuhlr@michigan.gov" <kuhlr@michigan.gov>, "gambilln@michigan.gov"
<gambilln@michigan.gov>, "MitosinkaA@michigan.gov" <MitosinkaA@michigan.gov>, "gaiello@mayerbrown.com"
<gaiello@mayerbrown.com>, "jkuptz@cityofflint.com" <jkuptz@cityofflint.com>, "dfaraci@campbell-trial-lawyers.com"
<dfaraci@campbell-trial-lawyers.com>, "alin@eisnerlaw.com" <alin@eisnerlaw.com>, "ccmushatt@cityofflint.com"
<ccmushatt@cityofflint.com>, "heidy.gonzalez@usdoj.gov" <heidy.gonzalez@usdoj.gov>, AG attorney as to MI COC civil case
#23-000115-MZ <bettenhausenm@michigan.gov>, robinsonr11 <robinsonr11@michigan.gov>, Justus Brown
<jubrown@cityofflint.com>, Kameshia Ar-Rahmaan <kar-rahmaan@cityofflint.com>, Davina Donahue
<ddonahue@cityofflint.com>, City of Flint Clerk's Office <cityclerk@cityofflint.com>, Davina Donahue
<CouncilPublicComment@cityofflint.com>, "trachelleyoung@gmail.com" <trachelleyoung@gmail.com>, Ladel Lewis
<llewis@cityofflint.com>, Judy Priestley <jpriestley@cityofflint.com>, Tonya Burns <tburns@cityofflint.com>, Mark Cuker
<mark@cukerlaw.com>, "michael.l.williams@usdoj.gov" <michael.l.williams@usdoj.gov>, "molsen@mayerbrown.com"
<molsen@mayerbrown.com>, "jcampbell@campbell-trial-lawyers.com" <jcampbell@campbell-trial-lawyers.com>, "mnguyen-
dang@mayerbrown.com" <mnguyen-dang@mayerbrown.com>, "pnapoli_napolilaw.com" <pnapoli@napolilaw.com>, Renee
Auten <rauten@thelandbank.org>, Jennifer Riggs <jriggs@thelandbank.org>, Jeremy Maltz <jeremy@lehotskykeller.com>,
"hammoudf1@michigan.gov" <HammoudF1@michigan.gov>, Michigan Attorney General <miag@michigan.gov>,
"dweyre@mcalpinepc.com" <dweyre@mcalpinepc.com>, "g@mayerbrown.com" <g@mayerbrown.com>,
"ljiang@susmangodfrey.com" <ljiang@susmangodfrey.com>, mpitt <mpitt@pittlawpc.com>, Hunter Shkolnik
<hunter@napolilaw.com>, "arosenman@mayerbrown.com" <arosenman@mayerbrown.com>, Theodore Leopold
<tleopold@cohenmilstein.com>, Emmy Levens <elevens@cohenmilstein.com>, Flint Mayor <mayor@cityofflint.com>,

"frank.bednarz@hlli.org" <frank.bednarz@hlli.org>, "ted.frank@hlli.org" <ted.frank@hlli.org>, Diane <russell.diane@epa.gov>, Amanda Trujillo <atrujillo@cityofflint.com>, "King-Piepenbrok, Pier (AG)" <KingP1@michigan.gov>, "jonhoma@sinasdramis.com" <jonhoma@sinasdramis.com>, "val@vlwlegal.com" <val@vlwlegal.com>, "sdg@miller.law" <sdg@miller.law>, "sparadise@eisnerlaw.com" <sparadise@eisnerlaw.com>, "echeverria.marietta@epa.gov" <echeverria.marietta@epa.gov>, "thompkins.anita@epa.gov" <thompkins.anita@epa.gov>, "burneson.eric@epa.gov" <burneson.eric@epa.gov>, "travers.david@epa.gov" <travers.david@epa.gov>, "waters.tom@epa.gov" <waters.tom@epa.gov>, "davis.angela@epa.gov" <davis.angela@epa.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, nlindzen@corpfraudlaw.com, franklmcnamara@gmail.com, mriordan@publicinterestlegal.org, eric.hamilton@usdoj.gov, "ryan@mclanelaw.com" <ryan@mclanelaw.com>, Zeldin.Lee@epa.gov, zoe.levine@ag.ny.gov, Sedalia.JonesKennelly@blankrome.com, rick.brooks@blankrome.com, MEL JONES JR <jonesjrmel@gmail.com>
Bcc: UrbanForestNewYork@gmail.com, Mel jones jr <meljonesjr@gmail.com>

# *CORRECTION:*

# *April 1st, 2025....*

# *YEP.... FIVE (5) times that the US EPA was mandated to issue ADMINISTRATIVE ORDERS against the City of Flint and State of Michigan.... READ*

3/31/25, 8:02 PM Gmail - CERTIFIED: (3.) Times that the US EPA was mandated to use ADMINISTRATIVE ORDERS against the City of Flint and Si...

Case 25-1158 Document 001-8266696 Page: 3 Date Filed: 03/31/2025 Entry ID: 6710521

**_FURTHER HERE_**... (1.) regarding continuation of FREE bottled water in the City of Flint to chidren and disabled- vulnerable mobility impaired adults such as myself in the City of Flint as to the Flint Water Crisis in or about the year October 2017 {e.g. both Colleen and I relied HEAVILY upon FREE bottled water DAILY for cooking food and such}; (2.) of course in or about the year March 2023 as to the City of

*Flint/ State of Michigan contempt adjudication in #16-cv-10277; (3.) and, in the year approx. August 2024... as to the City of Flint/ State of Michigans' admitted failure to properly spend reasources to SECURE the City of Flint's online WATER BILL payment system... because such continues to be NOT fully "repaired" and NOT fully accessible for critical information to/ for me as a water bill customer and property*

*owner; (4.)...and yet again... in or about the year [late] 2024... when the City of Flint/ State of Michigan ADMITTED that they [yet again] failed to repair the Flint residents' homes as to the LSLR and LSLR-exploratory dig areas {e.g. here.... think really carefully about the DAMAGE caused to the trees located very near proximity to such as to permenant damage to the ROOT SYSTEM and literally causing rotting trees as a direct*

*result of such.... which then THREATENS the actual water infrastructure in the GROUND.... and causes possible further "lead particle leaching" on an undeterminable interval to adversely affect the children and vulnerable disabled adults such as myself as to the Flint Water Crisis Claimants [e.g. to which the US EPA OWE an ABSOUTE DUTY (i.e. NOT discretion) to immediately ISSUE follow-up Administrative Enforcement*

*Orders.... but instead --- the NEW US EPA Administrator has choosen to OPT for an email system to ALLOW more posion to be put upon folks such as Flint residents ....all the while going over to the primarily WHITE TRUMP supporters in East Palestine, OHIO {yes - JD VANCE literally went there not too long ago... and told the GOOD OLE' boys [e.g. white folk MAGA supporters that THEY have a "friend" in the*

3/30/25, 6:02 PM Gmail - CC#: FIVE: (5) times that the US EPA was mandated to issue ADMINISTRATIVE ORDERS against the city of Flint and/...

Case 25-1158 Document #01186266696 Page: 8 Date Filed: 03/31/2025 Entry ID: 6710521

*WHITE HOUSE]}.... and, here...
the US EPA and JD VANCE
may as well have simply
CALLED ME A DISABLED
NIGGER that just does NOT
matter the the ELON MUSK,
LEE ZELDIN/ president Trump
white house ....because [THEY]
consider me a POOR, DUMB
NIGGER who lives in the City of
Flint... and so [I] just do NOT
matter.   And, nor does Colleen
...because [she]/ Colleen is a
JEWISH WOMAN, but a*

*NIGGER - LOVER.... [and] the (5th) instance where the US EPA should have issued an additional administrative order/ enforcement order.... was literally THE NEXT DAY AFTER the City of Flint and State of Michigan switched to the FLINT RIVER as a main water source in the first place !!!!  and ...[I] am SURE that a non-disabled person could think of possibly 2 or 3 more instances here.... but I think that you/ the US EPA and*

*Flint Water Crisis Special Master - Deborah Greenspan get my point here. [end corrected part of my instant email].....*

To: Flint Water Crisis Special Master Deborah Greenspan [and];

To: US EPA Title VI department Hayley Cormack {and} Team

From: Melvin Jones Jr.; disabled Flint Water Crisis Claimant [e.g. which includes [as applicable]

*Flint water crisis claimant against the US EPA.*

*Email: jonesjrmel@gmail.com*

*Good afternoon,*

*And hope that my response email finds you and your team [well]... or as "well" as can be given the NEW US EPA administrator "team" ELON MUSK and LEE ZELDIN. Here…. [I] NOW find myself "conflicted" as to the US EPA Title VI matter as to MI EGLE [and] my previous Title VI*

3/21/25, 8:05 PM Gmail - OVER FIVE (5) times I alerted US EPA was mandated to issue ADMINISTRATIVE ORDERS against the City of Flint and St...

Case 5:25-ml-158 Document 001:18266696 Page: 12 Date Filed 03/21/2025 Entry ID: 6710531.

*complaints against the City of Flint and MI EGLE/ State of Michigan as to "my suspicions of FRAUD, WASTE and ABUSE" of US EPA funds… which is to say — given the US EPA's "expert witness" in FWC civil case #17-cv-11218 {e.g.* <u>*Ms. Phd. Julie Goodman [w.r.t. the US EPA's repeated failures/ refusals to simply issue an ADDITIONAL enforcement order against BOTH the City of Flint and State of Michigan…. how*</u>

3/21/25 8:03 PM   Gmail - OUR OFFICE (5) times attached US EPA was mandated to issue ADMINISTRATIVE ORDERS against the City of Flint and as t...

*sad indeed}.... And my NOW "announced" Flint Water Crisis claimant status sent to the special master Deborah Greenspan… against defendant US EPA as to the Flint Water Crisis…. [I] DO NOT believe that it is in my best interest NOR the best interest of the FWC CLASS ….to have ANY more ZOOM  meetings with ANYONE from the US EPA [or] US EPA TITLE VI "team" {e.g. to include*

3/22/25, 3:05 PM Gmail - OVER FIVE (5) times...the US EPA was mandated to Issue ADMINISTRATIVE ORDERS against the City of Flint and so I...

Case 2:25-mi-00158 Document 00118266696 Page 14 Date Filed 03/21/2025 Entry ID: 6710531

*you/ Hayley Cormack…. unfortunately}.*

**_And, so ….[I] will NOT be available for such UNTIL {e.g. I estimate} approx. AUGUST 27th, 2026._**

*So, PLEASE …. ["put on hold"] my current Title VI discrimination complaint which is "pending" against the MI EGLE.*

*Additionally — my instant email… DOES NOT speak for Colleen Connors…. Which is to*

*say, PLEASE LOOK FOR AN EMAIL FROM COLLEEN within the NEXT few weeks.*

*Thank you for your email.*

*And, please SEND both ELON MUSK and LEE ZELDIN my best wishes…. Which are that SOMEHOW GOD reaches their hearts…. That they {e.g. this resurrection Sunday/ EASTER}.... They…. "COME BACK TO THE HEART OF WORSHIP"....*

3/21/25, 8:03 PM   Gmail - DOE - EPA FIVE (5) times attached US EPA was mandated to issue ADMINISTRATIVE ORDERS against the City of Flint and St...

*Take care…*

*and ...here is a song for it:*





[https://youtu.be/jo0XdC-Gsps?feature=shared](https://youtu.be/jo0XdC-Gsps?feature=shared)

*Best,*

*/s/*

3:22:38 PM    Gmail - OECRC FIVE (5) times declined US EPA was mandated to issue ADMINISTRATIVE ORDERS against the City of Flint and St...

Case 5:25-mj-01158    Document 001:18266696    Page: 17    Date Filed: 03/21/2025    Entry: ID: 6710581

# ~Melvin Jones Jr. - disabled Flint Water Crisis Claimant 1935 Hosler St. Flint Michigan 48503 Email: jonesjrmel@gmail.com

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

On Mon, Mar 31, 2025 at 3:28 PM Cormack, Hayley <Cormack.Hayley@epa.gov> wrote:

Good afternoon, Mr. Jones:

Thank you for your email. After careful consideration, OECRC will not be accepting for investigation your allegation that EPA's website is inaccessible because EPA is not an applicant or recipient of federal financial assistance from the EPA. To be accepted for investigation, a complaint must allege discrimination by an applicant or recipient of federal financial assistance from the EPA. *See* 40 C.F.R. § 7.15.

If you have concerns about the accessibility of EPA's website, please follow the instructions on EPA's Accessibility Statement Webpage: https://www.epa.gov/accessibility/epa-accessibility-statement. For your convenience, I am also attaching EPA's Accessibility Statement Webpage as a PDF.

Thank you,

# Hayley

**From:** MEL JONES JR <jonesjrmel@gmail.com>
**Sent:** Friday, March 28, 2025 9:00 PM
**To:** Deborah Greenspan <deborah.greenspan@blankrome.com>; Zeldin, Lee <Zeldin.Lee@epa.gov>; Cormack, Hayley <Cormack.Hayley@epa.gov>; yuri.s.fuchs@usdoj.gov; SupremeCtBriefs@usdoj.gov; derek.l.weiss@usdoj.gov; mobrien@irli.org; chajec@irli.org; gcanaan@irli.org; gwv@dcglaw.com; tmccotter@boydengray.com; daniel.epstein@aflegal.org; jon@publicrightsproject.org; serviceS3@michigan.gov; giovanatiN@michigan.gov; Stacey.Metro@ag.ny.gov; Annabelle.Wilmott@doj.ca.gov; Lorraine.Lopez@doj.ca.gov; Delbert.Tran@doj.ca.gov; zoe.levine@ag.ny.gov; Irina.Trasovan@doj.ca.gov; denise.levey@doj.ca.gov; nicole.hill@dc.gov; robert.c.merritt@usdoj.gov; gerard.cedrone@mass.gov; brad.rosenberg@usdoj.gov; jgrayson@nmdoj.gov; molly.alarcon@sfcityatty.org; david.louk@sfcityatty.org; shannon.stevenson@coag.gov; ksadeck@riag.ri.gov; jared.b.cohen@mass.gov; john.keller@ag.state.mn.us; johnsonkarpg@doj.state.wi.us; julio.thompson@vermont.gov; dmosteller@ncdoj.gov; jeremy.feigenbaum@njoag.gov; shankar.duraiswamy@njoag.gov; Viviana.hanley@njoag.gov; shefali.saxena@law.njoag.gov; Elizabeth.walsh@law.njoag.gov; HStern@ag.nv.gov; akirschner@oag.state.md.us; Janelle.Medeiros@ct.gov; PolicyOffice <PolicyOffice@epa.gov>; EIS-Filing <EIS-Filing@epa.gov>; education@epa.gov; NEPAssisthelp <NEPAssisthelp@epa.gov>; NEPA <NEPA@epa.gov>; eric.wessan@ag.iowa.gov; matt.rice@ag.tn.gov; nlindzen@corpfraudlaw.com; sara.eisenberg@sfcityatty.org
**Cc:** Colleen Connors <CMColleen4@gmail.com>; MEL JONES JR <jonesjrmel@gmail.com>; Marissa.Malouff@doj.ca.gov; vanessa.kassab@delaware.gov; kaliko.d.fernandes_hawaii_gov <kaliko.d.fernandes@hawaii.gov>; harrist19@michigan.gov; Eng, Connie <Eng.Connie@epa.gov>; egle-nondiscriminationCC@michigan.gov; EGLE-Accessibility@michigan.gov; Faltin, Todd <Faltin.Todd@epa.gov>; Oviedo, Luis <oviedo.luis@epa.gov>; MacMillan-Sanchez, Ariel <MacMillanSanchez.Ariel@epa.gov>; Johnson, Johahna <Johnson.Johahna@epa.gov>; Mason, Trinita <Mason.Trinita@epa.gov>; Moore, Tammy <moore.tammy@epa.gov>; Walts, Alan <walts.alan@epa.gov>; Risley, David <Risley.David@epa.gov>; tmlewis@cityofflint.com; cmcgehee@pittlawpc.com; eric.a.rey@usdoj.gov; Jason.T.Cohen@usdoj.gov; OIG.Hotline <OIG.Hotline@epa.gov>; Corey <cstern@levylaw.com>; Patrick Lanciotti <PLanciotti@napolilaw.com>; dpettway@cityofflint.com; saneeley@cityofflint.com; mbard@cityofflint.com; michelle.t.domingue.II@usdoj.gov; Kaplan, Robert <kaplan.robert@epa.gov>; Mel jones jr <meljonesjr@gmail.com>; marianne.f.kies@usdoj.gov; daniel.c.eagles@usdoj.gov; kuhlr@michigan.gov; gambilln@michigan.gov; MitosinkaA@michigan.gov; gaiello@mayerbrown.com; jkuptz@cityofflint.com; dfaraci@campbell-trial-lawyers.com; alin@eisnerlaw.com; ccmushatt@cityofflint.com; heidy.gonzalez@usdoj.gov; AG attorney as to MI COC civil case #23-000115-MZ <bettenhausenm@michigan.gov>; robinsonr11@michigan.gov; Justus Brown <jubrown@cityofflint.com>; Kameshia Ar-Rahmaan <kar-rahmaan@cityofflint.com>; Davina Donahue <ddonahue@cityofflint.com>; City of Flint Clerk's Office <cityclerk@cityofflint.com>; Davina Donahue <CouncilPublicComment@cityofflint.com>; trachelleyoung@gmail.com; Ladel Lewis <llewis@cityofflint.com>; Judy Priestley <jpriestley@cityofflint.com>; Tonya Burns <tburns@cityofflint.com>; Mark Cuker <mark@cukerlaw.com>; michael.l.williams@usdoj.gov; molsen@mayerbrown.com; jcampbell@campbell-trial-lawyers.com; mnguyen-dang@mayerbrown.com; pnapoli_napolilaw.com <pnapoli@napolilaw.com>; Renee Auten <rauten@thelandbank.org>; Jennifer Riggs <jriggs@thelandbank.org>; Jeremy Maltz <jeremy@lehotskykeller.com>; hammoudf1@michigan.gov; Michigan Attorney General <miag@michigan.gov>; dweyre@mcalpinepc.com; g@mayerbrown.com; ljiang@susmangodfrey.com; mpitt <mpitt@pittlawpc.com>; Hunter Shkolnik <hunter@napolilaw.com>; arosenman@mayerbrown.com; Theodore Leopold <tleopold@cohenmilstein.com>; Emmy Levens <elevens@cohenmilstein.com>; Flint Mayor <mayor@cityofflint.com>; frank.bednarz@hlli.org; ted.frank@hlli.org; Russell, Diane <russell.diane@epa.gov>; Amanda Trujillo <atrujillo@cityofflint.com>; King-Piepenbrok, Pier (AG) <KingP1@michigan.gov>; jonhoma@sinasdramis.com; val@vlwlegal.com; sdg@miller.law; sparadise@eisnerlaw.com; Echeverria, Marietta <Echeverria.Marietta@epa.gov>; Thompkins, Anita <Thompkins.Anita@epa.gov>; Burneson, Eric <Burneson.Eric@epa.gov>; Travers, David <Travers.David@epa.gov>; Waters, Tom <Waters.Tom@epa.gov>; Davis, Angela <Davis.Angela@epa.gov>; franklmcnamara@gmail.com; mriordan@publicinterestlegal.org; eric.hamilton@usdoj.gov; ryan@mclanelaw.com; Sedalia.JonesKennelly@blankrome.com; rick.brooks@blankrome.com
**Subject:** 28th, 2025 of March  To: Flint Water Crisis Special Master Deborah Greenspan;(and) US EPA Title VI department Hayley Cormack and US EPA Administrator LEE ZELDIN....

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

# 28th, 2025 of March

## To: Flint Water Crisis Special Master Deborah Greenspan;

## (and) US EPA Title VI department Hayley Cormack and US EPA Administrator LEE ZELDIN....

## RE: US EPA Title VI complaint #07024-R5

## Good evening....

The purpose  of  my email is to ask a question first of the US EPA folks... and that is --- LOOK very closely at a recent screen-caption from a US EPA website.... hey, is it my eyes [or] has the PRINT on the US EPA websites gotten MUCH smaller since president Donald Trump, ELON MUSK and LEE ZELDIN started their mass firings at the various US EPA facilities?
 Simply put.... the print seems to be NO longer in large print font... and as such is

3/22/25, 8:05 PM Gmail - VERIFIED (5) times that the US EPA was mandated to issue ADMINISTRATIVE ORDERS against the City of Flint and St...

Case 3:25-cv-01158 Document 1-18266696 Page 20 Date Filed 03/21/2025 Entry ID: 6710531

*[for me] NOW... (as best that I can tell) NOT ADA ACCESSIBLE.. and thereby [I] would like to ADD a NEW allegation of discrimination against the US EPA [e.g. along with that of the current Title VI discrimination complaint against the MI EGLE/ State of Michigan]:*

## Other Federal Non-Discrimination Laws and EPA's Non-Discrimination Regulations

In addition to Title VI of the Civil Rights Act of 1964, EPA's ECRCO has the responsibility for enforcing other external federal civil rights statutes, including:

- Section 504 of the Rehabilitation Act of 1973, which prohibits discrimination on the basis of disabilities in federally-assisted programs or activities;
- Title IX of the Education Act Amendments of 1972, which prohibits discrimination on the basis of sex in federally-assisted education programs or activities (also see 40 C.F.R. Part 5 - Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Federal Financial Assistance ⤢ (PDF) ;
- Age Discrimination Act of 1975, which prohibits discrimination on the basis of age in federally-assisted programs or activities; and
- Section 13 of the Federal Water Pollution Control Act Amendments of 1972, which prohibits discrimination on the basis of sex in programs or activities receiving financial assistance under the Clean Water Act.

https://www.epa.gov/external-civil-rights/federal-civil-rights-laws-including-title-vi-and-epas-non-discrimination#discrimination

*Further.... as to the Flint Water Crisis* **[e.g. and this part is specifically for the Flint Water Crisis Special Master Deborah Greenspan]***.... ya' know former US EPA employee Miguel Detoral [or Del Toro]... I cannot remeber his name or how to spell it {YES - my disabling medical conditions render me functionally illiterate*

Case 5:25-cv-01158    Document 20-18266696    Page 21    Date Filed 03/21/2025    Entry ID: 6710581

on at least an episodic basis}... anyway Mr. Miguel said many years ago that [upper/ senior] management of the US EPA was a cesspool of scum type folks --- and with ALL DUE RESPECT ...[LEE ZELDIN and ELON MUSK].... are the CURSE resurgent and "tantamount" of a continuation of the US EPA's failures to ISSUE enforcement orders against the City of Flint and State of Michigan [e.g. as to the alleged "MISSING GOLD BARS"].... and so here YET AGAIN... the US EPA is and continues to take a BEHIND THE SCENES approach to their mandated role to be the FIRST LINE and LAST LINE [governmental] agency to KEEP the City of Flint/ State of Michigan "on tract and inline" with CLEAN WATER and/ or SAFE WATER and/ or **ALL OF THE US EPA NON-DISCRIMINATORY REGULATIONS SET FORTH IN THE SCREEN CAPTION ABOVE... so TAKE A GOOD look at such; and it is my humble GUESS that the US EPA's motion for summary**

3/22/25, 8:05 PM 158   Gmail - OVER FIVE (5) times that the US EPA was mandated to issue ADMINISTRATIVE ORDERS against the City of Flint and/or...

Case 5:25 158   Document 001-18266696   Page 22   Date Filed 03/21/2025   Entry ID: 6710581

judgment pending in the Honorable US Judge Linda Parker's courtroom MUST and WILL FAIL.... and more to the point --- here the US EPA has literally given the FWC plaintiffs' attorneys a ROAD MAP on how to win... and WIN BIG; YEP, there are MANY pitfalls to too much motions practice, and being too chicken-poop to take the case to trial.

Simply put -- the US EPA attorneys are NOT, repeat are NOT as good as Veolia North America's defense attorneys. And, again [I] say this out of LOVE, of course.

And, now for my response to US EPA Title VI department (Hayley Cormack's) most recent voicemail message to Colleen Connors:

(SEE ATTACHED).

3/22/25, 8:05 PM 158   Gmail - OVER FIVE (5) times ... the US EPA was mandated to issue ADMINISTRATIVE ORDERS against the City of Flint and ...

Case 5:25-... Document 01118266696    Page: 23    Date Filed: 03/21/2025    Entry D: 6710581

Here... due to my confusion set forth above, and my ADDED allegations of discrimination... [I] respectfully request that she/ Ms. Cormack EMAIL both Colleen and [I] with any response[s] to my instant email and questions set forth herein.

*Additionally - to Flint Water Crisis Special Master Deborah Greenspan... [just like Colleen Connors has updated you as few weeks ago].... [I] too, "AM NOW ALL IN ...IF THERE IS AN EVENTUAL SETTLEMENT CLASS WIDE and/ or FOR THE AGED, and on the basis of SEX, or on the basis of RACE {e.g. think about ELON MUSK's race aminus employment culture @ TESLA against Black African Americans such as myself (albeit such is more fitting to me ... approx. 30 years ago when I was NOT soo disabled as I am now)... and,*

3/21/25, 8:03 PM   Gmail - LETTER FIVE (5) times that the US EPA was mandated to issue ADMINISTRATIVE ORDERS against the City of Flint and all...

*so IF there is an eventual settlement as to the US EPA ...PLEASE AMEND my FWC ARCHER FILE to reflect that I am fully willing to take part in such as a Flint Water Crisis Claimant.*

*And.... here is a song for it:*



**Be Myself (Remix) - Cecily Wilborn ft Sir Charles Jones**



Cecily Wilborn ✔
27.2K subscribers

Subscribe                                    ⬆ 9.6K   ⬇   ➦ Share   •••

https://youtu.be/mzXhTisw5TA?feature=shared

*Thank you.*

*And, have a very Blessed weekend.*

*Best,*

*~Melvin Jones Jr. - disabled Flint Water Crisis Claimant*

*email:* [jonesjrmel@gmail.com](mailto:jonesjrmel@gmail.com)