4/1/25, 6:32 AM	Gmail - ( Re: Clarification Questions for EPA Complaint No. 04DR-24-R5; and ADDED new allegations of discrimination thereto; )…

Case: 25-1158    Document: 00118266785    Page: 1    Date Filed: 04/01/2025    Entry ID: 6710558



**MEL JONES JR <jonesjrmel@gmail.com>**

---

# ( Re: Clarification Questions for EPA Complaint No. 04DR-24-R5; and ADDED new allegations of discrimination thereto; ).. YES - Good morning Hayley Cormack, The purpose of my instant email is to submit a .... (NEW COMPLAINT ABOUT and/ or REGARDING THE US EPA's WEB SET [e.g. in violation of the ADA and Section 503 of the rehabilitation Act] and which is IN VIOLATION of the FTCA ACT and violation of the CLASS ACTION ACT]

1 message

---

**MEL JONES JR** <jonesjrmel@gmail.com>                                                    Tue, Apr 1, 2025 at 6:30 AM
To: "Cormack, Hayley" <Cormack.Hayley@epa.gov>, yuri.s.fuchs@usdoj.gov, SupremeCtBriefs@usdoj.gov, Deborah Greenspan <deborah.greenspan@blankrome.com>, derek.l.weiss@usdoj.gov, Zeldin.Lee@epa.gov, mobrien@irli.org, chajec@irli.org, gcanaan@irli.org, gwv@dcglaw.com, tmccotter@boydengray.com, daniel.epstein@aflegal.org, "jon@publicrightsproject.org" <jon@publicrightsproject.org>, serviceS3@michigan.gov, giovanatiN@michigan.gov, Stacey.Metro@ag.ny.gov, Annabelle.Wilmott@doj.ca.gov, Lorraine.Lopez@doj.ca.gov, Delbert.Tran@doj.ca.gov, zoe.levine@ag.ny.gov, Irina.Trasovan@doj.ca.gov, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, jgrayson@nmdoj.gov, molly.alarcon@sfcityatty.org, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, shannon.stevenson@coag.gov, ksadeck@riag.ri.gov, jared.b.cohen@mass.gov, john.keller@ag.state.mn.us, johnsonkarpg@doj.state.wi.us, julio.thompson@vermont.gov, dmosteller@ncdoj.gov, "jeremy.feigenbaum@njoag.gov" <Jeremy.feigenbaum@njoag.gov>, shankar.duraiswamy@njoag.gov, Viviana.hanley@njoag.gov, shefali.saxena@law.njoag.gov, Elizabeth.walsh@law.njoag.gov, HStern@ag.nv.gov, akirschner@oag.state.md.us, Janelle.Medeiros@ct.gov, PolicyOffice@epa.gov, EIS-Filing@epa.gov, education@epa.gov, NEPAssisthelp@epa.gov, NEPA@epa.gov, eric.wessan@ag.iowa.gov, matt.rice@ag.tn.gov, nlindzen@corpfraudlaw.com, sara.eisenberg@sfcityatty.org, MEL JONES JR <jonesjrmel@gmail.com>
Cc: Colleen Connors <cmcolleen4@gmail.com>, "Acosta-Fox, Ashley" <AcostaFox.Ashley@epa.gov>, "Marissa.Malouff@doj.ca.gov" <Marissa.Malouff@doj.ca.gov>, "vanessa.kassab@delaware.gov" <vanessa.kassab@delaware.gov>, "kaliko.d.fernandes_hawaii_gov" <kaliko.d.fernandes@hawaii.gov>, "jeremy.feigenbaum@njoag.gov" <jeremy.feigenbaum@njoag.gov>, "harrist19@michigan.gov" <harrist19@michigan.gov>, "eng.connie@epa.gov" <eng.connie@epa.gov>, "egle-nondiscriminationCC@michigan.gov" <egle-nondiscriminationCC@michigan.gov>, "Cormack, Hayley" <Cormack.Hayley@epa.gov>, "EGLE-Accessibility@michigan.gov" <EGLE-Accessibility@michigan.gov>, "Faltin, Todd (he/they)" <Faltin.Todd@epa.gov>, "Oviedo, Luis" <oviedo.luis@epa.gov>, "MacMillan-Sanchez, Ariel (she/her/hers)" <MacmillanSanchez.Ariel@epa.gov>, "Johnson, Johahna (she/her/hers)" <Johnson.Johahna@epa.gov>, "Mason, Trinita" <Mason.Trinita@epa.gov>, "Moore, Tammy" <moore.tammy@epa.gov>, "Walts, Alan (he/him/his)" <walts.alan@epa.gov>, Deborah Greenspan <deborah.greenspan@blankrome.com>, "Risley, David" <Risley.David@epa.gov>, "tmlewis@cityofflint.com" <tmlewis@cityofflint.com>, "cmcgehee@pittlawpc.com" <cmcgehee@pittlawpc.com>, "eric.a.rey@usdoj.gov" <eric.a.rey@usdoj.gov>, "Jason.T.Cohen@usdoj.gov" <Jason.T.Cohen@usdoj.gov>, "OIG_Hotline@epa.gov" <OIG_Hotline@epa.gov>, Corey <cstern@levylaw.com>, Patrick Lanciotti <PLanciotti@napolilaw.com>, "dpettway@cityofflint.com" <dpettway@cityofflint.com>, "saneeley@cityofflint.com" <saneeley@cityofflint.com>, "mbard@cityofflint.com" <mbard@cityofflint.com>, "michelle.t.domingue.II@usdoj.gov" <michelle.t.domingue.II@usdoj.gov>, "Kaplan, Robert (he/him/his)" <kaplan.robert@epa.gov>, Mel jones jr <meljonesjr@gmail.com>, "marianne.f.kies@usdoj.gov" <marianne.f.kies@usdoj.gov>, "daniel.c.eagles@usdoj.gov" <daniel.c.eagles@usdoj.gov>, "kuhlr@michigan.gov" <kuhlr@michigan.gov>, "gambilln@michigan.gov" <gambilln@michigan.gov>, "MitosinkaA@michigan.gov" <MitosinkaA@michigan.gov>, "gaiello@mayerbrown.com" <gaiello@mayerbrown.com>, "jkuptz@cityofflint.com" <jkuptz@cityofflint.com>, "dfaraci@campbell-trial-lawyers.com" <dfaraci@campbell-trial-lawyers.com>, "alin@eisnerlaw.com" <alin@eisnerlaw.com>, "ccmushatt@cityofflint.com" <ccmushatt@cityofflint.com>, "heidy.gonzalez@usdoj.gov" <heidy.gonzalez@usdoj.gov>, AG attorney as to MI COC civil case #23-000115-MZ <bettenhausenm@michigan.gov>, robinsonr11 <robinsonr11@michigan.gov>, Justus Brown <jubrown@cityofflint.com>, Kameshia Ar-Rahmaan <kar-rahmaan@cityofflint.com>, Davina Donahue <ddonahue@cityofflint.com>, City of Flint Clerk's Office <cityclerk@cityofflint.com>, Davina Donahue <CouncilPublicComment@cityofflint.com>, "trachelleyoung@gmail.com" <trachelleyoung@gmail.com>, Ladel Lewis <llewis@cityofflint.com>, Judy Priestley <jpriestley@cityofflint.com>, Tonya Burns <tburns@cityofflint.com>, Mark Cuker <mark@cukerlaw.com>, "michael.l.williams@usdoj.gov" <michael.l.williams@usdoj.gov>, "molsen@mayerbrown.com" <molsen@mayerbrown.com>, "jcampbell@campbell-trial-lawyers.com" <jcampbell@campbell-trial-lawyers.com>, "mnguyen-dang@mayerbrown.com" <mnguyen-dang@mayerbrown.com>, "pnapoli_napolilaw.com" <pnapoli@napolilaw.com>, Renee

4/1/25, 8:32 AM
Gmail - (Re: Clarification Questions for EPA Complaint No. 04DR-24-R5; and ADDED new allegations of discrimination thereto;)...

Case: 25-1158     Document: 00118266785     Page: 2     Date Filed: 04/01/2025     Entry ID: 6710558

Auten <rauten@thelandbank.org>, Jennifer Riggs <jriggs@thelandbank.org>, Jeremy Maltz <jeremy@lehotskykeller.com>, "hammoudf1@michigan.gov" <HammoudF1@michigan.gov>, Michigan Attorney General <miag@michigan.gov>, "dweyre@mcalpinepc.com" <dweyre@mcalpinepc.com>, "g@mayerbrown.com" <g@mayerbrown.com>, "ljiang@susmangodfrey.com" <ljiang@susmangodfrey.com>, mpitt <mpitt@pittlawpc.com>, Hunter Shkolnik <hunter@napolilaw.com>, "arosenman@mayerbrown.com" <arosenman@mayerbrown.com>, Theodore Leopold <tleopold@cohenmilstein.com>, Emmy Levens <elevens@cohenmilstein.com>, Flint Mayor <mayor@cityofflint.com>, "frank.bednarz@hlli.org" <frank.bednarz@hlli.org>, "ted.frank@hlli.org" <ted.frank@hlli.org>, Diane <russell.diane@epa.gov>, Amanda Trujillo <atrujillo@cityofflint.com>, "King-Piepenbrok, Pier (AG)" <KingP1@michigan.gov>, "jonhoma@sinasdramis.com" <jonhoma@sinasdramis.com>, "val@vlwlegal.com" <val@vlwlegal.com>, "sdg@miller.law" <sdg@miller.law>, "sparadise@eisnerlaw.com" <sparadise@eisnerlaw.com>, "echeverria.marietta@epa.gov" <echeverria.marietta@epa.gov>, "thompkins.anita@epa.gov" <thompkins.anita@epa.gov>, "burneson.eric@epa.gov" <burneson.eric@epa.gov>, "travers.david@epa.gov" <travers.david@epa.gov>, "waters.tom@epa.gov" <waters.tom@epa.gov>, "davis.angela@epa.gov" <davis.angela@epa.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, nlindzen@corpfraudlaw.com, franklmcnamara@gmail.com, mriordan@publicinterestlegal.org, eric.hamilton@usdoj.gov, "ryan@mclanelaw.com" <ryan@mclanelaw.com>, Zeldin.Lee@epa.gov, zoe.levine@ag.ny.gov, Sedalia.JonesKennelly@blankrome.com, rick.brooks@blankrome.com, MEL JONES JR <jonesjrmel@gmail.com>
Bcc: UrbanForestNewYork@gmail.com, Mel jones jr <meljonesjr@gmail.com>

# *April 1st, 2025*

# *To: Flint Water Crisis Special Master Deborah Greenspan [and];*

# Re: Clarification Questions for EPA Complaint No. 04DR-24-R5; and ADDED new allegations of discrimination thereto;

Case: 25-1158 Document: 00118266785 Page: 3 Date Filed: 04/01/2025 Entry ID: 6710558

4/1/25, 8:32 AM Gmail - (Re: Clarification Questions for EPA Complaint No. 04DR-24-R5 ; and ADDED new allegations of discrimination thereto.) ;...

To: US EPA Title VI department Hayley Cormack {and} Team

From: Melvin Jones Jr.; disabled Flint Water Crisis Claimant [e.g. which includes [as applicable] Flint water crisis claimant against the US EPA.
Email: jonesjrmel@gmail.com

YES - Good morning Hayley Cormack,

> The purpose of my instant email is to submit a .... (NEW

4/1/25, 9:32 AM                                    Gmail - (Re: Clarification Questions for EPA Complaint No. 04DR-24R5; and ADDED new allegations of discrimination thereto.)

Case: 25-1158    Document: 00118266785    Page: 4    Date Filed: 04/01/2025    Entry ID: 6710558

*COMPLAINT ABOUT and/ or REGARDING THE US EPA's WEB SET [e.g. in violation of the ADA and Section 503 of the rehabilitation Act] and which is IN VIOLATION of the FTCA ACT and violation of the CLASS ACTION ACT]) in relation to the Flint Water Crisis.... on account of such being a horrific and deliberate ongoing attempt by the US EPA to CORRUPT THE JURY POOL as to the FTCA claims brough against the US*

4/1/25, 8:32 AM
Gmail - (Re: Clarification Questions for EPA Complaint No 04DR-24-R5; and ADDED new allegations of discrimination thereto;)...

Case: 25-1158 Document: 00118266785 Page: 5 Date Filed: 04/01/2025 Entry ID: 6710558

*EPA in civil cases #16-cv-10444 [and] #17-cv-11218; and is tantamount of JURY TAMPERING..... and so --- I respectfully object to such... and ask that the US EPA [e.g. as a matter of cost savings alone].... IMMEDIATELY remove the propoganda... on the US EPA's own website --- which is somehow been made SMALLER in print as best that I can see.... as a seriously sight impaired disabled dude who*

*lives in the City of Flint and whom is [e.g. me] a claimant in the Flint Water Crisis ...against the US EPA.... please ADD these NEW allegations of concerted discrimination [e.g. in concert with the MI EGLE] against the US EPA in my current US EPA Title VI department complaint against the MI EGLE.  And, please let US EPA administrator LEE ZELDIN know that his "elevator shoes" which give him more*

4/1/25, 8:32 AM                Gmail - (Re: Clarification Questions for EPA Complaint No. 04DR-24-R5; and ADDED new allegations of discrimination thereto;)....

Case: 25-1158     Document: 00118266785     Page: 7     Date Filed: 04/01/2025     Entry ID: 6710558

*height... so that he appears to be 5 foot tall.... look GREAT too me {e.g. and I say this out of LOVE}.... for him and the oil industry... becuase ..lets give credit where credit is due --- there are literally thousands of every-day products which are MADE with by-products of petroleum.  See and example of the BLURRY - US EPA propoganda machine inaccessble website captioned below as to the Flint  Water*

4/1/25, 8:32 AM	Gmail - (Re: Clarification Questions for EPA Complaint No. 04DR-24-R5; and ADDED new allegations of discrimination thereto...)

Case: 25-1158    Document: 00118266785    Page: 8    Date Filed: 04/01/2025    Entry ID: 6710558

*Crisis... which appears to be a ONE-SIDED bull shit show... which convienantly leaves out the MANY failures of the US EPA to [e.g. but NOT limited to such]... failures on at least 7 occassions to issue administrative compliance/ enforcement orders against the State of Michigan and City of Flint.... and such small print seems to have been made even smaller as a cost savings by ELON MUSK and LEE ZELDIN,*

4/1/25, 8:32 AM                                                                    Gmail - (Re: Clarification Questions for EPA Complaint No. 04DR-24-R5; and ADDED new allegations of discrimination thereto;)...

Case: 25-1158     Document: 00118266785     Page: 9     Date Filed: 04/01/2025     Entry ID: 6710558

# along with JD VANCE and the MI EGLE.... which seems to be due to the FACT that the US EPA is NOT making money from the EPA website at issue here:



https://www.epa.gov/flint/flint-drinking-water-documents

# Best

4/1/25, 6:32 AM	Gmail - (Re: Clarification Questions for EPA Complaint No. 04DR-24-R5, and ADDED new allegations of discrimination thereto.) p.58.

Case: 25-1158     Document: 00118266785     Page: 10     Date Filed: 04/01/2025     Entry ID: 6710558

p.s. --- and I say this out of transparency... BOTH Colleen and I think that you and the US EPA Title VI team present very well/ professionally via ZOOM.... although such as it was difficult for me to follow -- and due to such being blurry at times..... [I] still think that you look to be approx. 20 years old/ young --- and Colleen says that she figures that you appear to be approx. 27 years old....., Respectfully submitted.

Best.

/s/

*~Melvin Jones Jr. - disabled Flint Water Crisis Claimant*

*1935 Hosler St. Flint Michigan 48503*

*Email: jonesjrmel@gmail.com*

---------------

On Mon, Mar 31, 2025 at 3:28 PM Cormack, Hayley <Cormack.Hayley@epa.gov> wrote:

> Good afternoon, Mr. Jones:
>
> Thank you for your email. After careful consideration, OECRC will not be accepting for investigation your allegation that EPA's website is inaccessible because EPA is not an applicant or recipient of federal financial assistance from the EPA. To be accepted for investigation, a complaint must allege discrimination by an applicant or recipient of federal financial assistance from the EPA. *See* 40 C.F.R. § 7.15.
>
> If you have concerns about the accessibility of EPA's website, please follow the instructions on EPA's Accessibility Statement Webpage: https://www.epa.gov/accessibility/epa-accessibility-statement. For your convenience, I am also attaching EPA's Accessibility Statement Webpage as a PDF.

Thank you,

Hayley

---

**From:** MEL JONES JR <jonesjrmel@gmail.com>
**Sent:** Friday, March 28, 2025 9:00 PM
**To:** Deborah Greenspan <deborah.greenspan@blankrome.com>; Zeldin, Lee <Zeldin.Lee@epa.gov>; Cormack, Hayley <Cormack.Hayley@epa.gov>; yuri.s.fuchs@usdoj.gov; SupremeCtBriefs@usdoj.gov; derek.l.weiss@usdoj.gov; mobrien@irli.org; chajec@irli.org; gcanaan@irli.org; gwv@dcglaw.com; tmccotter@boydengray.com; daniel.epstein@aflegal.org; jon@publicrightsproject.org; serviceS3@michigan.gov; giovanatiN@michigan.gov; Stacey.Metro@ag.ny.gov; Annabelle.Wilmott@doj.ca.gov; Lorraine.Lopez@doj.ca.gov; Delbert.Tran@doj.ca.gov; zoe.levine@ag.ny.gov; Irina.Trasovan@doj.ca.gov; denise.levey@doj.ca.gov; nicole.hill@dc.gov; robert.c.merritt@usdoj.gov; gerard.cedrone@mass.gov; brad.rosenberg@usdoj.gov; jgrayson@nmdoj.gov; molly.alarcon@sfcityatty.org; david.louk@sfcityatty.org; shannon.stevenson@coag.gov; ksadeck@riag.ri.gov; jared.b.cohen@mass.gov; john.keller@ag.state.mn.us; johnsonkarpg@doj.state.wi.us; julio.thompson@vermont.gov; dmosteller@ncdoj.gov; jeremy.feigenbaum@njoag.gov; shankar.duraiswamy@njoag.gov; Viviana.hanley@njoag.gov; shefali.saxena@law.njoag.gov; Elizabeth.walsh@law.njoag.gov; HStern@ag.nv.gov; akirschner@oag.state.md.us; Janelle.Medeiros@ct.gov; PolicyOffice <PolicyOffice@epa.gov>; EIS-Filing <EIS-Filing@epa.gov>; education@epa.gov; NEPAssisthelp <NEPAssisthelp@epa.gov>; NEPA <NEPA@epa.gov>; eric.wessan@ag.iowa.gov; matt.rice@ag.tn.gov; nlindzen@corpfraudlaw.com; sara.eisenberg@sfcityatty.org
**Cc:** Colleen Connors <CMColleen4@gmail.com>; MEL JONES JR <jonesjrmel@gmail.com>; Marissa.Malouff@doj.ca.gov; vanessa.kassab@delaware.gov; kaliko.d.fernandes_hawaii_gov <kaliko.d.fernandes@hawaii.gov>; harrist19@michigan.gov; Eng, Connie <Eng.Connie@epa.gov>; egle-nondiscriminationCC@michigan.gov; EGLE-Accessibility@michigan.gov; Faltin, Todd <Faltin.Todd@epa.gov>; Oviedo, Luis <oviedo.luis@epa.gov>; MacMillan-Sanchez, Ariel <MacmillanSanchez.Ariel@epa.gov>; Johnson, Johahna <Johnson.Johahna@epa.gov>; Mason, Trinita <Mason.Trinita@epa.gov>; Moore, Tammy <moore.tammy@epa.gov>; Walts, Alan <walts.alan@epa.gov>; Risley, David <Risley.David@epa.gov>; tmlewis@cityofflint.com; cmcgehee@pittlawpc.com; eric.a.rey@usdoj.gov; Jason.T.Cohen@usdoj.gov; OIG.Hotline <OIG.Hotline@epa.gov>; Corey <cstern@levylaw.com>; Patrick Lanciotti <PLanciotti@napolilaw.com>; dpettway@cityofflint.com; saneeley@cityofflint.com; mbard@cityofflint.com; michelle.t.domingue.II@usdoj.gov; Kaplan, Robert <kaplan.robert@epa.gov>; Mel jones jr <meljonesjr@gmail.com>; marianne.f.kies@usdoj.gov; daniel.c.eagles@usdoj.gov; kuhlr@michigan.gov; gambilln@michigan.gov; MitosinkaA@michigan.gov; gaiello@mayerbrown.com; jkuptz@cityofflint.com; dfaraci@campbell-trial-lawyers.com; alin@eisnerlaw.com; ccmushatt@cityofflint.com; heidy.gonzalez@usdoj.gov; AG attorney as to MI COC civil case #23-000115-MZ <bettenhausenm@michigan.gov>; robinsonr11 <robinsonr11@michigan.gov>; Justus Brown <jubrown@cityofflint.com>; Kameshia Ar-Rahmaan <kar-rahmaan@cityofflint.com>; Davina Donahue <ddonahue@cityofflint.com>; City of Flint Clerk's Office <cityclerk@cityofflint.com>; Davina Donahue <CouncilPublicComment@cityofflint.com>; trachelleyoung@gmail.com; Ladel Lewis <llewis@cityofflint.com>; Judy Priestley <jpriestley@cityofflint.com>; Tonya Burns <tburns@cityofflint.com>; Mark Cuker <mark@cukerlaw.com>; michael.l.williams@usdoj.gov; molsen@mayerbrown.com; jcampbell@campbell-trial-lawyers.com; mnguyen-dang@mayerbrown.com; pnapoli_napolilaw.com <pnapoli@napolilaw.com>; Renee Auten <rauten@thelandbank.org>; Jennifer Riggs <jriggs@thelandbank.org>; Jeremy Maltz <jeremy@lehotskykeller.com>; hammoudf1@michigan.gov; Michigan Attorney General <miag@michigan.gov>; dweyre@mcalpinepc.com; g@mayerbrown.com; ljiang@susmangodfrey.com; mpitt <mpitt@pittlawpc.com>; Hunter Shkolnik <hunter@napolilaw.com>; arosenman@mayerbrown.com; Theodore Leopold <tleopold@cohenmilstein.com>; Emmy Levens <elevens@cohenmilstein.com>; Flint Mayor <mayor@cityofflint.com>; frank.bednarz@hlli.org; ted.frank@hlli.org; Russell, Diane <russell.diane@epa.gov>; Amanda Trujillo <atrujillo@cityofflint.com>; King-Piepenbrok, Pier (AG) <KingP1@michigan.gov>; jonhoma@sinasdramis.com; val@vlwlegal.com; sdg@miller.law; sparadise@eisnerlaw.com; Echeverria, Marietta <Echeverria.Marietta@epa.gov>; Thompkins, Anita <Thompkins.Anita@epa.gov>; Burneson, Eric <Burneson.Eric@epa.gov>; Travers, David <Travers.David@epa.gov>; Waters, Tom <Waters.Tom@epa.gov>; Davis, Angela <Davis.Angela@epa.gov>; franklmcnamara@gmail.com; mriordan@publicinterestlegal.org; eric.hamilton@usdoj.gov; ryan@mclanelaw.com; Sedalia.JonesKennelly@blankrome.com; rick.brooks@blankrome.com
**Subject:** 28th, 2025 of March  To: Flint Water Crisis Special Master Deborah Greenspan;(and) US EPA Title VI department Hayley Cormack and US EPA Administrator LEE ZELDIN....

4/1/25, 6:32 AM Gmail - (Re: Clarification Questions for EPA Complaint No. 04DR-24-R5, and ADDED new allegations of discrimination thereto.) p.58.

Case: 25-1158 Document: 00118266785 Page: 13 Date Filed: 04/01/2025 Entry ID: 6710558

**Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

*28th, 2025 of March*

*To: Flint Water Crisis Special Master Deborah Greenspan;*

*(and) US EPA Title VI department Hayley Cormack and US EPA Administrator LEE ZELDIN....*

*RE: US EPA Title VI complaint #07024-R5*

*Good evening....*

*The purpose of my email is to ask a question first of the US EPA folks... and that is --- LOOK very closely at a recent screen-caption from a US EPA website.... hey, is it my eyes [or] has the PRINT on the US EPA websites gotten MUCH smaller since president Donald Trump, ELON MUSK and LEE ZELDIN started their mass firings at the various US EPA facilities? Simply put.... the print seems to be NO*

4/1/25, 6:32 AM Gmail - (Re: Clarification Questions for EPA Complaint No. 04DR-24-R5, and ADDED new allegations of discrimination thereto.) p. 58.

Case: 25-1158    Document: 00118266785    Page: 14    Date Filed: 04/01/2025    Entry ID: 6710558

*longer in large print font... and as such is [for me] NOW... (as best that I can tell) NOT ADA ACCESSIBLE.. and thereby [I] would like to ADD a NEW allegation of discrimination against the US EPA [e.g. along with that of the current Title VI discrimination complaint against the MI EGLE/ State of Michigan]:*

## Other Federal Non-Discrimination Laws and EPA's Non-Discrimination Regulations

In addition to Title VI of the Civil Rights Act of 1964, EPA's ECRCO has the responsibility for enforcing other external federal civil rights statutes, including:

- Section 504 of the Rehabilitation Act of 1973, which prohibits discrimination on the basis of disabilities in federally-assisted programs or activities;
- Title IX of the Education Act Amendments of 1972, which prohibits discrimination on the basis of sex in federally-assisted education programs or activities (also see 40 C.F.R. Part 5 - Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Federal Financial Assistance (PDF) ;
- Age Discrimination Act of 1975, which prohibits discrimination on the basis of age in federally-assisted programs or activities; and
- Section 13 of the Federal Water Pollution Control Act Amendments of 1972, which prohibits discrimination on the basis of sex in programs or activities receiving financial assistance under the Clean Water Act.

https://www.epa.gov/external-civil-rights/federal-civil-rights-laws-including-title-vi-and-epas-non-discrimination#discrimination

*Further.... as to the Flint Water Crisis* **[e.g. and this part is specifically for the Flint Water Crisis Special Master Deborah Greenspan]....** *ya' know former US EPA employee Miguel Detoral [or Del Toro]... I cannot remeber his name or how to spell it {YES - my disabling medical*

4/1/25, 6:32 AM Gmail - (Re: Clarification Questions for EPA Complaint No. 04DR-24-R5, and ADDED new allegations of discrimination thereto.) p.58.

Case: 25-1158     Document: 00118266785     Page: 15     Date Filed: 04/01/2025     Entry ID: 6710558

*conditions render me functionally illiterate on at least an episodic basis}... anyway Mr. Miguel said many years ago that [upper/ senior] management of the US EPA was a cesspool of scum type folks --- and with ALL DUE RESPECT ...[LEE ZELDIN and ELON MUSK].... are the CURSE resurgent and "tantamount" of a continuation of the US EPA's failures to ISSUE enforcement orders against the City of Flint and State of Michigan [e.g. as to the alleged "MISSING GOLD BARS"].... and so here YET AGAIN... the US EPA is and continues to take a BEHIND THE SCENES approach to their mandated role to be the FIRST LINE and LAST LINE [governmental] agency to KEEP the City of Flint/ State of Michigan "on tract and inline" with CLEAN WATER and/ or SAFE WATER and/ or* **ALL OF THE US EPA NON-DISCRIMINATORY REGULATIONS SET FORTH IN THE SCREEN CAPTION ABOVE...** *so TAKE A GOOD look at such; and it is my humble GUESS that*

4/1/25, 6:32 AM  Gmail - (Re: Clarification Questions for EPA Complaint No.04DR-24-R5, and ADDED new allegations of discrimination thereto.) p.58.

Case: 25-1158     Document: 00118266785     Page: 16     Date Filed: 04/01/2025     Entry ID: 6710558

*the US EPA's motion for summary judgment pending in the Honorable US Judge Linda Parker's courtroom MUST and WILL FAIL.... and more to the point --- here the US EPA has literally given the FWC plaintiffs' attorneys a ROAD MAP on how to win... and WIN BIG; YEP, there are MANY pitfalls to too much motions practice, and being too chicken-poop to take the case to trial.*

*Simply put -- the US EPA attorneys are NOT, repeat are NOT as good as Veolia North America's defense attorneys. And, again [I] say this out of LOVE, of course.*

*And, now for my response to US EPA Title VI department (Hayley Cormack's) most recent voicemail message to Colleen Connors:*

4/1/25, 6:32 AM Gmail - (Re: Clarification Questions for EPA Complaint No. 04DR-24-R5, and ADDED new allegations of discrimination thereto.) p.58.

Case: 25-1158 Document: 00118266785 Page: 17 Date Filed: 04/01/2025 Entry ID: 6710558

*(SEE ATTACHED).*

*Here... due to my confusion set forth above, and my ADDED allegations of discrimination... [I] respectfully request that she/ Ms. Cormack EMAIL both Colleen and [I] with any response[s] to my instant email and questions set forth herein.*

***Additionally - to Flint Water Crisis Special Master Deborah Greenspan... [just like Colleen Connors has updated you as few weeks ago].... [I] too, "AM NOW ALL IN ...IF THERE IS AN EVENTUAL SETTLEMENT CLASS WIDE and/ or FOR THE AGED, and on the basis of SEX, or on the basis of RACE {e.g. think about ELON MUSK's race aminus employment culture @ TESLA against Black African Americans such as myself (albeit such is more fitting to***

4/1/25, 6:32 AM Gmail - (Re: Clarification Questions for EPA Complaint No. 04DR-24-R5; and ADDED new allegations of discrimination thereto.) p. 58.

Case: 25-1158 Document: 00118266785 Page: 18 Date Filed: 04/01/2025 Entry ID: 6710558

**me ... approx. 30 years ago when I was NOT soo disabled as I am now)... and, so IF there is an eventual settlement as to the US EPA ...PLEASE AMEND my FWC ARCHER FILE to reflect that I am fully willing to take part in such as a Flint Water Crisis Claimant.**

And.... here is a song for it:



https://youtu.be/mzXhTisw5TA?feature=shared

Thank you.

4/1/25, 6:32 AM            Gmail - (Re: Clarification Questions for EPA Complaint No. 04DR-24-R5, and ADDED new allegations of discrimination thereto.) p.5/8.

Case: 25-1158      Document: 00118366785      Page: 19      Date Filed: 04/01/2025      Entry ID: 6710558

And, have a very Blessed weekend.

Best,

~Melvin Jones Jr. - disabled Flint Water Crisis Claimant

email: jonesjrmel@gmail.com