

**LetteR**

MEL JONES JR <jonesjrmel@gmail.com>

# TO: FWC special master Deborah Greenspan.... #25-1158 (( Docket Text: NOTICE ... the US EPA has for a long time ...covered up for the City of Flint and MI EGLE "Democratic Leaders"... at the expense and in discrimination against the JEWISH and DISABLED RESIDENTS of the City of Flint; and caused the Flint Water Crisis... filed by Appellants Colleen Connors and Melvin Jones, Jr.. Served on 04/01/2025 ))

1 message

**MEL JONES JR** <jonesjrmel@gmail.com>    Tue, Apr 1, 2025 at 9:42 PM
To: "Cormack, Hayley" <Cormack.Hayley@epa.gov>, yuri.s.fuchs@usdoj.gov, SupremeCtBriefs@usdoj.gov, Deborah Greenspan <deborah.greenspan@blankrome.com>, derek.l.weiss@usdoj.gov, Zeldin.Lee@epa.gov, mobrien@irli.org, chajec@irli.org, gcanaan@irli.org, gwv@dcglaw.com, tmccotter@boydengray.com, daniel.epstein@aflegal.org, "jon@publicrightsproject.org" <jon@publicrightsproject.org>, serviceS3@michigan.gov, giovanatiN@michigan.gov, Stacey.Metro@ag.ny.gov, Annabelle.Wilmott@doj.ca.gov, Lorraine.Lopez@doj.ca.gov, Delbert.Tran@doj.ca.gov, zoe.levine@ag.ny.gov, Irina.Trasovan@doj.ca.gov, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, jgrayson@nmdoj.gov, molly.alarcon@sfcityatty.org, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, shannon.stevenson@coag.gov, ksadeck@riag.ri.gov, jared.b.cohen@mass.gov, john.keller@ag.state.mn.us, johnsonkarpg@doj.state.wi.us, julio.thompson@vermont.gov, dmosteller@ncdoj.gov, "jeremy.feigenbaum@njoag.gov" <Jeremy.feigenbaum@njoag.gov>, shankar.duraiswamy@njoag.gov, Viviana.hanley@njoag.gov, shefali.saxena@law.njoag.gov, Elizabeth.walsh@law.njoag.gov, HStern@ag.nv.gov, akirschner@oag.state.md.us, Janelle.Medeiros@ct.gov, PolicyOffice@epa.gov, EIS-Filing@epa.gov, education@epa.gov, NEPAssisthelp@epa.gov, NEPA@epa.gov, eric.wessan@ag.iowa.gov, matt.rice@ag.tn.gov, nlindzen@corpfraudlaw.com, sara.eisenberg@sfcityatty.org
Cc: Colleen Connors <CMColleen4@gmail.com>, MEL JONES JR <jonesjrmel@gmail.com>, "Acosta-Fox, Ashley" <AcostaFox.Ashley@epa.gov>, "Marissa.Malouff@doj.ca.gov" <Marissa.Malouff@doj.ca.gov>, "vanessa.kassab@delaware.gov" <vanessa.kassab@delaware.gov>, "kaliko.d.fernandes_hawaii_gov" <kaliko.d.fernandes@hawaii.gov>, "jeremy.feigenbaum@njoag.gov" <jeremy.feigenbaum@njoag.gov>, "harrist19@michigan.gov" <harrist19@michigan.gov>, "eng.connie@epa.gov" <eng.connie@epa.gov>, "egle-nondiscriminationCC@michigan.gov" <egle-nondiscriminationCC@michigan.gov>, "Cormack, Hayley" <Cormack.Hayley@epa.gov>, "EGLE-Accessibility@michigan.gov" <EGLE-Accessibility@michigan.gov>, "Faltin, Todd (he/they)" <Faltin.Todd@epa.gov>, "Oviedo, Luis" <oviedo.luis@epa.gov>, "MacMillan-Sanchez, Ariel (she/her/hers)" <MacmillanSanchez.Ariel@epa.gov>, "Johnson, Johahna (she/her/hers)" <Johnson.Johahna@epa.gov>, "Mason, Trinita" <Mason.Trinita@epa.gov>, "Moore, Tammy" <moore.tammy@epa.gov>, "Walts, Alan (he/him/his)" <walts.alan@epa.gov>, Deborah Greenspan <deborah.greenspan@blankrome.com>, "Risley, David" <Risley.David@epa.gov>, "tmlewis@cityofflint.com" <tmlewis@cityofflint.com>, "cmcgehee@pittlawpc.com" <cmcgehee@pittlawpc.com>, "eric.a.rey@usdoj.gov" <eric.a.rey@usdoj.gov>, "Jason.T.Cohen@usdoj.gov" <Jason.T.Cohen@usdoj.gov>, "OIG_Hotline@epa.gov" <OIG_Hotline@epa.gov>, Corey <cstern@levylaw.com>, Patrick Lanciotti <PLanciotti@napolilaw.com>, "dpettway@cityofflint.com" <dpettway@cityofflint.com>, "saneeley@cityofflint.com" <saneeley@cityofflint.com>, "mbard@cityofflint.com" <mbard@cityofflint.com>, "michelle.t.domingue.II@usdoj.gov" <michelle.t.domingue.II@usdoj.gov>, "Kaplan, Robert (he/him/his)" <kaplan.robert@epa.gov>, Mel jones jr <meljonesjr@gmail.com>, "marianne.f.kies@usdoj.gov" <marianne.f.kies@usdoj.gov>, "daniel.c.eagles@usdoj.gov" <daniel.c.eagles@usdoj.gov>, "kuhlr@michigan.gov" <kuhlr@michigan.gov>, "gambilln@michigan.gov" <gambilln@michigan.gov>, "MitosinkaA@michigan.gov" <MitosinkaA@michigan.gov>, "gaiello@mayerbrown.com" <gaiello@mayerbrown.com>, "jkuptz@cityofflint.com" <jkuptz@cityofflint.com>, "dfaraci@campbell-trial-lawyers.com" <dfaraci@campbell-trial-lawyers.com>, "alin@eisnerlaw.com" <alin@eisnerlaw.com>, "ccmushatt@cityofflint.com" <ccmushatt@cityofflint.com>, "heidy.gonzalez@usdoj.gov" <heidy.gonzalez@usdoj.gov>, AG attorney as to MI COC civil case #23-000115-MZ <bettenhausenm@michigan.gov>, robinsonr11 <robinsonr11@michigan.gov>, Justus Brown <jubrown@cityofflint.com>, Kameshia Ar-Rahmaan <kar-rahmaan@cityofflint.com>, Davina Donahue <ddonahue@cityofflint.com>, City of Flint Clerk's Office <cityclerk@cityofflint.com>, Davina Donahue <CouncilPublicComment@cityofflint.com>, "trachelleyoung@gmail.com" <trachelleyoung@gmail.com>, Ladel Lewis <llewis@cityofflint.com>, Judy Priestley <jpriestley@cityofflint.com>, Tonya Burns <tburns@cityofflint.com>, Mark Cuker <mark@cukerlaw.com>, "michael.l.williams@usdoj.gov" <michael.l.williams@usdoj.gov>, "molsen@mayerbrown.com" <molsen@mayerbrown.com>, "jcampbell@campbell-trial-lawyers.com" <jcampbell@campbell-trial-lawyers.com>, "mnguyen-

dang@mayerbrown.com" <mnguyen-dang@mayerbrown.com>, "pnapoli_napolilaw.com" <pnapoli@napolilaw.com>, Renee Auten <rauten@thelandbank.org>, Jennifer Riggs <jriggs@thelandbank.org>, Jeremy Maltz <jeremy@lehotskykeller.com>, "hammoudf1@michigan.gov" <HammoudF1@michigan.gov>, Michigan Attorney General <miag@michigan.gov>, "dweyre@mcalpinepc.com" <dweyre@mcalpinepc.com>, "g@mayerbrown.com" <g@mayerbrown.com>, "ljiang@susmangodfrey.com" <ljiang@susmangodfrey.com>, mpitt <mpitt@pittlawpc.com>, Hunter Shkolnik <hunter@napolilaw.com>, "arosenman@mayerbrown.com" <arosenman@mayerbrown.com>, Theodore Leopold <tleopold@cohenmilstein.com>, Emmy Levens <elevens@cohenmilstein.com>, Flint Mayor <mayor@cityofflint.com>, "frank.bednarz@hlli.org" <frank.bednarz@hlli.org>, "ted.frank@hlli.org" <ted.frank@hlli.org>, Diane <russell.diane@epa.gov>, Amanda Trujillo <atrujillo@cityofflint.com>, "King-Piepenbrok, Pier (AG)" <KingP1@michigan.gov>, "jonhoma@sinasdramis.com" <jonhoma@sinasdramis.com>, "val@vlwlegal.com" <val@vlwlegal.com>, "sdg@miller.law" <sdg@miller.law>, "sparadise@eisnerlaw.com" <sparadise@eisnerlaw.com>, "echeverria.marietta@epa.gov" <echeverria.marietta@epa.gov>, "thompkins.anita@epa.gov" <thompkins.anita@epa.gov>, "burneson.eric@epa.gov" <burneson.eric@epa.gov>, "travers.david@epa.gov" <travers.david@epa.gov>, "waters.tom@epa.gov" <waters.tom@epa.gov>, "davis.angela@epa.gov" <davis.angela@epa.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, nlindzen@corpfraudlaw.com, franklmcnamara@gmail.com, mriordan@publicinterestlegal.org, eric.hamilton@usdoj.gov, "ryan@mclanelaw.com" <ryan@mclanelaw.com>, Zeldin.Lee@epa.gov, zoe.levine@ag.ny.gov, Sedalia.JonesKennelly@blankrome.com, rick.brooks@blankrome.com
Bcc: UrbanForestNewYork@gmail.com, Mel jones jr <meljonesjr@gmail.com>

## *April 1st, 2024*

## *To: FWC special master - Deborah Greenspan....*

*To: [ALL]*
*Good evening,*
*It appeals that my IBS and/ or IBD .... which I believe has no doubt worsened due to the Flint Water Crisis... to the form of heberden's nodes and "bone spur type deposits" in my hands/ thumbs and NOW left big toe... is more likely than not... linked to GOUT.*
*And, as odd as it sounds ---- I was not too long ago talking with Colleen Connors about [me] having a GOUT BLOOD and/ or URINE TEST to see how "bad" such as gotten now.*

*Which is to say --- I anticipate that by approx. August 30th, 2025... I will have the results to such and then I or Colleen will send such via email to the Flint Water Crisis Special Master - Deborah Greenspan.... as AN ADDITIONAL PART OF MY FLINT WATER CRISIS CLAIM.*

*See the filed NOTICE in appeal #25-1158:*
**Docket Text:**
**NOTICE ... the US EPA has for a long time ...covered up for the City of Flint and  MI EGLE "Democratic Leaders"... at the expense and in discrimination against the JEWISH and DISABLED RESIDENTS of the City of Flint; and  caused the Flint Water Crisis... filed by Appellants Colleen Connors and Melvin Jones, Jr.. Served on 04/01/2025**,

**YES- I completely [e.g. 100% agree with the statements attributed to me in Colleen's attached email.**

*Which is to say --- YEP ....just do whatever the US EPA Title VI department is gonna do as*

4/1/25, 9:42 PM	Gmail - TO: HWC Special master Deborah Greenspan... #25-1158 ( Docket text: NOTICE ... the US EPA has for a long time ...cover…

Case: 25-1158     Document: 00118267437     Page: 4     Date Filed: 04/01/2025     Entry ID: 6710983

*to the MI EGLE discrimination complaint as to"web sites"....*

*Which is to say --- the US EPA's intentional institutional and structural anti-disabledlism and YES - antisemitism, and overall ...disregard for poor black disabled folk like me {e.g. deliberate ignoring my earnest statements of very bad pain in my left toe.... is EXACTLY how it is ...that the US EPA is delusional to think that they will be simply no longer a defendant as to the Flint Water Crisis in the first place}.... simply put --- the ENGINES AT THE GM PLANT during the Flint Water Crisis.... are and were MUCH more valuable than ANY disabled person or JEWISH person's health in regards to the Flint Water Crisis.   And, how do we know that the State of Michigan and MI EGLE/ City of Flint Democratic clowns think such???   Well, UNLIKE the State of California Democratic leaders who WERE HAPPY that TESLA moved to the State of Texas.... Here, in the "great state of Michigan"... literally Michigan Governor Gretchen Whitmer... campaigned for VP Kamala Harris at the DORT center for*

*Ms. Harris' 2024 bid for US president... and how was the audience there?   ANSWER: nearly ALL of the attendees were GM employees... yes, the GM plant in the City of Flint... [I am reliably informed]... essentially CLOSED for the day on some sort of BS excuse.*

*And, so --- I felt so sorry for VP Kamala Harris.... because she just DID NOT know that A LOT of Democrats do NOT trust either MI AG - DANA NESSEL nor MI Governor  Gretchen Whitmer... because they "screwed  over" the FWC plaintiffs' attorneys and screwed over the ADULT residents of the City of Flint as to the Flint Water Crisis.   WTF did they think would happen.... when Ms. Whitmer had beers with VP Kamala Harris on the campaign trail?   The answer: TRUMP had many democrats who voted for him... and NOW, Mr. Trump is the US president.   But, NO ONE in their right mind[s] wanted Mr. Trump to then bestow the US presidency upon ELON MUSK via Mr. Musk's unconstitutional executive orders.....*

*Best,*

Case: 25-1158      Document: 00118267437      Page: 6      Date Filed: 04/01/2025      Entry ID: 6710983

4/1/25, 9:42 PM    Gmail - TO: FWC Special master Deborah Greenspan... #25-1158 (Docket Text: NOTICE ... the US EPA has for a long time ..cover…

/s/
~Melvin Jones Jr. - disabled FWC claimant
email: jonesjrmel@gmail.com

---

**2 attachments**

  **Gmail - 25-1158 State of New Jersey, et al v. Jones, et al _Notice (general)_.pdf**
75K

 **NOTICE - sd s cover up in favor of the City oof Flint - MI ELGE… THE US EPA HAS FOR A LONG TIME FAILED THE JEWISH and DISABLED RESIDENTS IN THE CITY OF FLINT .pdf**
2548K