IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

STATE OF NEW JERSEY, et al.,

Plaintiffs-Appellees,

v.

DONALD J. TRUMP, in his official capacity as
President of the United States, et al.,

Defendants.

No. 25-1158

MELVIN JONES JR.; COLLEEN CONNORS,

Interested Parties–Appellants.

ELON MUSK, LEE ZELDIN,
Donald J. Trump in their official
Capacity as Federal Employees
and Mr. Trump, in his official
capacity as President of the
United States, et al. - APPELLEES



 **EXHIBIT:  to** NOTICE of concurrence with the Appellees (MUSK, TRUMP, et al) MOTION TO DISMISS pro se appeal #25-1158

*Date: April 2nd, 2025*

 *The instant document is intended to be somewhat of a CONTEXT EXHIBIT to show just how much the State of Michigan and specifically [for example] Michigan Govenor Grethchen Whitmer, and for sure [appellee] Michigan AG - DANA  NESSEL are BLINKING REALITY in their*

*role as Plaintiffs/ Appellees in pro se appeal #25-1158 and civil case #25-cv-10139:*



:TRO DETROIT

### Child welfare workers sued over death of 3-year-old Detroit boy found in freezer

A mother who killed her son had repeatedly been suspected of abusing her children in the past, attorneys say

By **Steve Neavling**    Apr 1, 2025 at 1:49 pm

     

 Audio By Carbonatix



*"The father of a 3-year-old boy whose body was found in a freezer in Detroit is suing 13*

*Michigan child welfare employees, accusing them of repeatedly ignoring clear signs of abuse that led to the child's death.*

*The federal civil rights lawsuit, filed Tuesday in U.S. District Court for the Eastern Division, alleges that workers in the state's Child Protective Services division failed to protect Chayce Allen, despite documented injuries that included broken lips,*

*burns, and trauma that left him permanently blind.*

*The suit was filed by local civil rights law firms Moss & Colella, P.C., and Marko Law, PLLC."*

*…."<u>This case involves egregious failure to protect a vulnerable child</u>," attorney A. Vince Colella, of Moss & Colella, said.* <mark>**"Despite multiple interventions where CPS workers personally observed**</mark>

*severe injuries to Chayce, including bruised ribs, burns, and trauma that left him permanently blind, they repeatedly returned him to an environment where they knew he was in danger."*

*Detroit police discovered Chayce's body in a basement freezer on June 24, 2022, during a welfare check at a home on the city's west side. Authorities later determined*

***he had died months earlier from blunt force trauma to the head. The death was ruled a homicide*.**"  His mother, Azuradee France, was arrested that day and charged with murder and child abuse. France had a prior child abuse conviction and was allowed to regain custody of her children after serving two years of probation. She later pleaded guilty to second-degree

*murder and was sentenced last year to 35 to 60 years in prison.*"

https://www.metrotimes.com/news/child-welfare-workers-sued-over-death-of-3-year-old-detroit-boy-found-in-freezer-39004458

*This is a horribly tragic TRUE story…. Which casts considerable light upon the **QUESTION…. Should the State of Michigan even be a PARTY to the "birthright" civil case***

**#25-cv-10139 in the first place... that is to say - it CANNOT be reasonably disputed that on the whole... the State of Michigan/ MI DANA NESSEL and Michigan Governor Gretchen Whitmer.... have an outrageously POOR history of truly protecting the vulnerable children and vulnerable disabled adults in the State of Michigan [e.g. and specifically, but NOT limited to, the City of Flint and City of**

*Detroit ].... BOTH OF WHICH ARE "BLACK AFRICAN AMERICAN RUN CITIES" and/ or PRIMARILY BLACK AFRICAN AMERICAN CITIES....*

*How sad indeed.   And, [we] pro se appellants believe that such SUA SPONTE disqualifies the State of Michigan/ MI AG DANA NESSEL from participating in the instant appeal #25-1158.*

Thank you.
Respectfully Submitted.
Best,

_____
Colleen Connors PRO SE
appellant (interested party)
1935 Hosler St.
Flint, Michigan 48503
Email:
cmcolleen4@gmail.com

*Google voice to text ph# (use email)*

_____

*/Melvin Jones Jr./ disabled PRO SE appellant (interested party)*

*1935 Hosler St.*

*Flint, Michigan 48503*

*Email: jonesjrmel@gmail.com*

*Google voice to text ph#*

*415-562-5074*

*{see the exhibit on the next page[s]}*



NEWS & VIEWS     METRO DETROIT

METRO DETROIT     CIVIL RIGHTS     GOVERNMENT

# Child welfare workers sued over death of 3-year-old Detroit boy found in freezer

A mother who killed her son had repeatedly been suspected of abusing her children in the past, attorneys say

By **Steve Neavling**     Apr 1, 2025 at 1:49 pm

**SEND A NEWS TIP**      

 Audio By Carbonatix



*Detroit Police Department (left), GoFundMe*

Azuradee France (left) was convicted of killing her 3-year-old boy Chayce Allen.

The father of a 3-year-old boy whose body was found in a freezer in Detroit is suing 13 Michigan child welfare employees, accusing them of repeatedly ignoring clear signs of abuse that led to the child's death.

The federal civil rights lawsuit, filed Tuesday in U.S. District Court for the Eastern Division, alleges that workers in the state's Child Protective Services division failed to protect Chayce Allen, despite documented injuries that included broken lips, burns, and trauma that left him permanently blind.

The suit was filed by local civil rights law firms Moss & Colella, P.C., and Marko Law, PLLC.

SUBSCRIBE



"This case involves egregious failure to protect a vulnerable child," attorney A. Vince Colella, of Moss & Colella, said. "Despite multiple interventions where CPS workers personally observed severe injuries to Chayce, including bruised ribs, burns, and trauma that left him permanently blind, they repeatedly returned him to an environment where they knew he was in danger."

Detroit police discovered Chayce's body in a basement freezer on June 24, 2022, during a welfare check at a home on the city's west side. Authorities later determined he had died months earlier from blunt force trauma to the head. The death was ruled a homicide.

His mother, Azuradee France, was arrested that day and charged with murder and child abuse. France had a prior child abuse conviction and was allowed to regain custody of her children after serving two years of probation. She later pleaded guilty to second-degree murder and was sentenced last year to 35 to 60 years in prison.

The lawsuit alleges that state workers ignored a pattern of escalating abuse dating back to when Chayce was just two months old and closed investigations, despite compelling evidence.

"This is sickening," Jonathan R. Marko, of Marko Law, said. "The defendants shirked their legal obligations as guardians of our State's children. They had multiple opportunities to save this child's life. Instead, they chose to ignore clear signs of neglect and abuse of this helpless child that directly resulted in his death."

The lawsuit includes claims of civil rights violations, state-created danger, gross negligence, and wrongful death.

Related



### Detroit family sues city, police officers for killing chained dog

The federal lawsuit alleges excessive force and illegal seizure after a cop fatally shot the pet

SUBSCRIBE

Tags:   Metro Detroit    Civil Rights    Government    Jon Marko    civil rights    Child abuse in Detroit    U.S. District Court    lawsuit    neglect    Chayce Allen    Michigan

## ABOUT THE AUTHOR

### Steve Neavling

Steve Neavling is an award-winning investigative journalist who operated Motor City Muckraker, an online news site devoted to exposing abuses of power and holding public officials accountable. Neavling also hosted Muckraker Report on 910AM from September 2017 to July 2018. Before launching Motor City Muckraker,...



 

## FOLLOW US

4/2/25, 7:35 PM    'Years of horrific abuse': 13 Michigan CPS workers sued in death 3-year-old found in Detroit freezer | FOX 2 Detroit

# 'Years of horrific abuse': 13 Michigan CPS workers sued in death 3-year-old found in Detroit freezer

By Jay Dillon  |  Published  April 2, 2025 10:36am EDT  |  Crime and Public Safety  |  FOX 2 Detroit  |

**Detroit dad sues Michigan CPS after son's death**

A Detroit father whose 3-year-old son died after several years of abuse is suing Michigan's Child Protective Services, saying not enough was done to save his life

**The Brief**

- The MDHHS is being sued for failing to protect a 3-year-old boy.

- Chayce Allen was found dead in his mom's freezer in 2022.

- Despite several visits from CPS, the child remained in his mom's care until his death.

A federal lawsuit has been filed against Michigan's health department in connection with the death of 3-year-old Chayce Allen, a boy who was found dead in a freezer in 2022.

Juwan Allen has retained civil rights law firms Moss & Colella, P.C. and Marko Law, PLLC to file the suit against 13 employees of the Michigan Department of Health and Human Services, Children's Protective Services Division.

Allen is the father of 3-year-old Chayce, who died in 2022 and was later found in a freezer in his mother's home.

According to the lawsuit, the employees repeatedly failed to protect Chayce despite multiple documented instances of abuse and neglect.

"This case involves egregious failure to protect a vulnerable child," said attorney Vince Colella of Moss & Colella. "Despite multiple interventions where CPS workers personally observed severe injuries to Chayce, including bruised ribs, burns, and trauma that left him permanently blind, they repeatedly returned him to an environment where they knew he was in danger."

The backstory: Chayce Allen was discovered dead around 1 a.m. on June 24, 20 when Detroit Police responded to a wellness check on a child. When police arrived at the home on Monte Vista that morning, they found the young boy's body in the freezer. The little boy died from a hit to the head.

In 2024, his mother, Azuradee France was sentenced to 35 to 60 years in prison after pleading guilty to second-degree murder.

**RELATED: Detroit neighbors say 3-year-old boy found dead in freezer w**
**blind; family called CPS 13 times this year**

During her sentencing, the prosecution and defense attorneys agreed that the
little boy had been failed multiple times.

"Not only did two of the siblings of Chayce Allen witness Ms. France putting the
deceased brother in the freezer – one of the children, who was nine years old a
the time, at Ms. France's direction, went and got the laundry bag that she
eventually put him in," Assistant Prosecutor Erin Wilmoth said during the
sentencing.

The prosecution added that there were at least seven CPS rejected complaints
and at least six CPS investigations against France.

"The one thing we can agree upon is that this child was failed (by) every single
adult that could have helped him," said Defense Attorney Lillian Diallo.

Who is named in the lawsuit?: A total of 13 CPS employees were named for wha
the attorneys call a 'failure to uphold their legal a
ethical responsibilities'.

Among those named are two CPS Investigators and 11 specialists:

- **Randall T. Fields-Davis (CPS Investigator)**

- **April L. Shakoor (CPS Investigator)**

- **Tracie Fields**

4/28/25, 7:25 PM    Mother of child abuse 3 Michigan CPS workers sued in death 3-year-old found in Detroit freezer | FOX 2 Detroit

- Dominic Fox

- Jasmine Gatling

- Tresa Simmons

- Candace Anderson

- Alyson Dorsey

- LaShawnda McCoy

- Larry Christ

- Steven M. Brott

- Joshelle Shelby

- Kejuana McCants

Timeline: In the 32-page lawsuit filed this week, attorneys described in detail wh they said is a pattern of neglect that dated back to when Chayce was just 2-months-old – including "multiple investigations that were closed despite clear evidence of ongoing abuse."

**Nov. 17, 2018:** Simmons filed a CPS investigation report that noted allegations physical abuse and neglect committed by Azuradee France against her three children and a nephew. At the time, Chayce was one of the victims of abuse an was just two months old. During that visit, Chayce had a black eye, swollen lip, on his forehead, and other cuts and bruises on his body. The investigation note that he was 'malnourished' and wearing solid clothes that smelled of urine.

Simmons also noted that the children didn't have beds and there was a rat infestation – with a rat hole in a child's pack n play.

France was arrested and Simmons later filed a petition for removal of France's children and the lawsuit says the defendants believed that France overall did n fully understand the seriousness of her actions.

The children were removed from her custody for two years – until November 1 2020.

Two months later, on Jan. 8, 2021, CPS was again called to investigation neglect During that visit, they said Chayce had 2nd and 3rd degree burns on his hand.

**Jan. 11, 2021:** CPS Investigator Fields-Davis visited the home and said Chayce's burn was beginning to peel. The report notes that four children shared one bu bed, the home was cluttered with an open bottle of bleach sitting on the floor.

France said she took her son to urge care after the burn but there was no evidence, leading CPS to suspect medical neglect. France ultimately called Field Davis and admitted to lying about urgent care because she was afraid of losing her children.

She said she took Chayce to the hospital after the visit from CPS. There, doctor discovered an abscess on his ankle that needed immediate surgery.

France was placed on the Central Registry again but her children were not take away from her. CPS conducted check-ins through April of that year. The lawsuit says CPS workers believed France was improving.

**Sept. 1, 2021:** France admitted to spanking Chayce in an excessive way and sh called a relative to pick him up. The little boy had a black eye, a cut near his eyebrow, and bruised ribs.

CPS specialist Fox interviewed France, who was staying at a hotel with four of h children. The report didn't say why she was staying there – but did say the hote was "not adequate or safe" for all of her children.

France said Chayce was staying at the boy's father's home and CPS specialist Brott visited him there.

Brott interviewed Chayces's father and grandfather, who said that the boy needed to be seen by a doctor.

The lawsuit also says that the final incident where Chayce was reported to the defendants involved him becoming permanently blind.

"He spent his final days of torment and abuse in complete darkness," the lawsu says.

**Oct. 14: 2021**: CPS closed the investigation, despite "obvious signs of abuse ar neglect".

**March/April 2022**: Chayce died and was later put into the freezer of the home France admitted her son died in March or April of that year. His body was foun stuffed in a laundry bag on the shelf of a broken freezer in her home.

"His small body was barely recognizable, and had clearly been there for month decomposing in the basement while his other siblings lived upstairs," the lawsu said.

France was ultimately sentenced in 2024 with attorneys from both sides agreei in court that more should have been done to protect the young boy.

"This is sickening. The defendants shirked their legal obligations as guardians o our State's children. They had multiple opportunities to save this child's life. Instead, they chose to ignore clear signs of neglect and abuse of this helpless child that directly resulted in his death," Jonathan Marko said.

The other side: FOX 2 has reached out to the Michigan Department of Health a Human Services for comment.

**The Source:** Information in this story was provided by Marko Law Firm as well as details from previous FOX 2 reports.

**Crime and Public Safety**          **Detroit**

This material may not be published, broadcast, rewritten, or redistributed. ©2025 FOX Television Stations