Case: 25-1158 Document: 00118268565 Page: 1 Date Filed: 04/03/2025 Entry ID: 6711633

4/3/25, 3:57 PM Gmail - TO: Flint Water Crisis Special Master - Deborah Greenspan.... [ ....here, the CITY OF FLINT and STATE OF MICHIGAN are …



MEL JONES JR <jonesjrmel@gmail.com>

---

# TO: Flint Water Crisis Special Master - Deborah Greenspan.... [ ....here, the CITY OF FLINT and STATE OF MICHIGAN are "BEATRICE and GRACE"; and JAN [the plaintiffs attorneys are the LEVY and NAPOLI attorneys as to the Flint Water Crisis]... ]

1 message

---

**MEL JONES JR** <jonesjrmel@gmail.com>　　　　　　　　　　　　　　　　　　Thu, Apr 3, 2025 at 3:41 PM
To: Deborah Greenspan <deborah.greenspan@blankrome.com>, uri.s.fuchs@usdoj.gov, SupremeCtBriefs@usdoj.gov, derek.l.weiss@usdoj.gov, Zeldin.Lee@epa.gov, mobrien@irli.org, chajec@irli.org, gcanaan@irli.org, gwv@dcglaw.com, tmccotter@boydengray.com, daniel.epstein@aflegal.org, "jon@publicrightsproject.org" <jon@publicrightsproject.org>, serviceS3@michigan.gov, giovanatiN@michigan.gov, Stacey.Metro@ag.ny.gov, Annabelle.Wilmott@doj.ca.gov, Lorraine.Lopez@doj.ca.gov, Delbert.Tran@doj.ca.gov, zoe.levine@ag.ny.gov, Irina.Trasovan@doj.ca.gov, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, jgrayson@nmdoj.gov, molly.alarcon@sfcityatty.org, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, shannon.stevenson@coag.gov, ksadeck@riag.ri.gov, jared.b.cohen@mass.gov, john.keller@ag.state.mn.us, johnsonkarpg@doj.state.wi.us, julio.thompson@vermont.gov, dmosteller@ncdoj.gov, "jeremy.feigenbaum@njoag.gov" <Jeremy.feigenbaum@njoag.gov>, shankar.duraiswamy@njoag.gov, Viviana.hanley@njoag.gov, shefali.saxena@law.njoag.gov, Elizabeth.walsh@law.njoag.gov, HStern@ag.nv.gov, akirschner@oag.state.md.us, Janelle.Medeiros@ct.gov, PolicyOffice@epa.gov, EIS-Filing@epa.gov, education@epa.gov, NEPAssisthelp@epa.gov, NEPA@epa.gov, eric.wessan@ag.iowa.gov, matt.rice@ag.tn.gov, nlindzen@corpfraudlaw.com, sara.eisenberg@sfcityatty.org, MEL JONES JR <jonesjrmel@gmail.com>
Cc: Colleen Connors <CMColleen4@gmail.com>, MEL JONES JR <jonesjrmel@gmail.com>, "Acosta-Fox, Ashley" <AcostaFox.Ashley@epa.gov>, "Marissa.Malouff@doj.ca.gov" <Marissa.Malouff@doj.ca.gov>, "vanessa.kassab@delaware.gov" <vanessa.kassab@delaware.gov>, "kaliko.d.fernandes_hawaii_gov" <kaliko.d.fernandes@hawaii.gov>, "jeremy.feigenbaum@njoag.gov" <jeremy.feigenbaum@njoag.gov>, "harrist19@michigan.gov" <harrist19@michigan.gov>, "eng.connie@epa.gov" <eng.connie@epa.gov>, "egle-nondiscriminationCC@michigan.gov" <egle-nondiscriminationCC@michigan.gov>, "Cormack, Hayley" <Cormack.Hayley@epa.gov>, "EGLE-Accessibility@michigan.gov" <EGLE-Accessibility@michigan.gov>, "Faltin, Todd (he/they)" <Faltin.Todd@epa.gov>, "Oviedo, Luis" <oviedo.luis@epa.gov>, "MacMillan-Sanchez, Ariel (she/her/hers)" <MacmillanSanchez.Ariel@epa.gov>, "Johnson, Johahna (she/her/hers)" <Johnson.Johahna@epa.gov>, "Mason, Trinita" <Mason.Trinita@epa.gov>, "Moore, Tammy" <moore.tammy@epa.gov>, "Walts, Alan (he/him/his)" <walts.alan@epa.gov>, Deborah Greenspan <deborah.greenspan@blankrome.com>, "Risley, David" <Risley.David@epa.gov>, "tmlewis@cityofflint.com" <tmlewis@cityofflint.com>, "cmcgehee@pittlawpc.com" <cmcgehee@pittlawpc.com>, "eric.a.rey@usdoj.gov" <eric.a.rey@usdoj.gov>, "Jason.T.Cohen@usdoj.gov" <Jason.T.Cohen@usdoj.gov>, "OIG_Hotline@epa.gov" <OIG_Hotline@epa.gov>, Corey <cstern@levylaw.com>, Patrick Lanciotti <PLanciotti@napolilaw.com>, "dpettway@cityofflint.com" <dpettway@cityofflint.com>, "saneeley@cityofflint.com" <saneeley@cityofflint.com>, "mbard@cityofflint.com" <mbard@cityofflint.com>, "michelle.t.domingue.II@usdoj.gov" <michelle.t.domingue.II@usdoj.gov>, "Kaplan, Robert (he/him/his)" <kaplan.robert@epa.gov>, Mel jones jr <meljonesjr@gmail.com>, "marianne.f.kies@usdoj.gov" <marianne.f.kies@usdoj.gov>, "daniel.c.eagles@usdoj.gov" <daniel.c.eagles@usdoj.gov>, "kuhlr@michigan.gov" <kuhlr@michigan.gov>, "gambilln@michigan.gov" <gambilln@michigan.gov>, "MitosinkaA@michigan.gov" <MitosinkaA@michigan.gov>, "gaiello@mayerbrown.com" <gaiello@mayerbrown.com>, "jkuptz@cityofflint.com" <jkuptz@cityofflint.com>, "dfaraci@campbell-trial-lawyers.com" <dfaraci@campbell-trial-lawyers.com>, "alin@eisnerlaw.com" <alin@eisnerlaw.com>, "ccmushatt@cityofflint.com" <ccmushatt@cityofflint.com>, "heidy.gonzalez@usdoj.gov" <heidy.gonzalez@usdoj.gov>, AG attorney as to MI COC civil case #23-000115-MZ <bettenhausenm@michigan.gov>, robinsonr11 <robinsonr11@michigan.gov>, Justus Brown <jubrown@cityofflint.com>, Kameshia Ar-Rahmaan <kar-rahmaan@cityofflint.com>, Davina Donahue <ddonahue@cityofflint.com>, City of Flint Clerk's Office <cityclerk@cityofflint.com>, Davina Donahue <CouncilPublicComment@cityofflint.com>, "trachelleyoung@gmail.com" <trachelleyoung@gmail.com>, Ladel Lewis <llewis@cityofflint.com>, Judy Priestley <jpriestley@cityofflint.com>, Tonya Burns <tburns@cityofflint.com>, Mark Cuker <mark@cukerlaw.com>, "michael.l.williams@usdoj.gov" <michael.l.williams@usdoj.gov>, "molsen@mayerbrown.com" <molsen@mayerbrown.com>, "jcampbell@campbell-trial-lawyers.com" <jcampbell@campbell-trial-lawyers.com>, "mnguyen-dang@mayerbrown.com" <mnguyen-dang@mayerbrown.com>, "pnapoli_napolilaw.com" <pnapoli@napolilaw.com>, Renee Auten <rauten@thelandbank.org>, Jennifer Riggs <jriggs@thelandbank.org>, Jeremy Maltz <jeremy@lehotskykeller.com>,

"hammoudf1@michigan.gov" <HammoudF1@michigan.gov>, Michigan Attorney General <miag@michigan.gov>, "dweyre@mcalpinepc.com" <dweyre@mcalpinepc.com>, "g@mayerbrown.com" <g@mayerbrown.com>, "ljiang@susmangodfrey.com" <ljiang@susmangodfrey.com>, mpitt <mpitt@pittlawpc.com>, Hunter Shkolnik <hunter@napolilaw.com>, "arosenman@mayerbrown.com" <arosenman@mayerbrown.com>, Theodore Leopold <tleopold@cohenmilstein.com>, Emmy Levens <elevens@cohenmilstein.com>, Flint Mayor <mayor@cityofflint.com>, "frank.bednarz@hlli.org" <frank.bednarz@hlli.org>, "ted.frank@hlli.org" <ted.frank@hlli.org>, Diane <russell.diane@epa.gov>, Amanda Trujillo <atrujillo@cityofflint.com>, "King-Piepenbrok, Pier (AG)" <KingP1@michigan.gov>, "jonhoma@sinasdramis.com" <jonhoma@sinasdramis.com>, "val@vlwlegal.com" <val@vlwlegal.com>, "sdg@miller.law" <sdg@miller.law>, "sparadise@eisnerlaw.com" <sparadise@eisnerlaw.com>, "echeverria.marietta@epa.gov" <echeverria.marietta@epa.gov>, "thompkins.anita@epa.gov" <thompkins.anita@epa.gov>, "burneson.eric@epa.gov" <burneson.eric@epa.gov>, "travers.david@epa.gov" <travers.david@epa.gov>, "waters.tom@epa.gov" <waters.tom@epa.gov>, "davis.angela@epa.gov" <davis.angela@epa.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, nlindzen@corpfraudlaw.com, franklmcnamara@gmail.com, mriordan@publicinterestlegal.org, eric.hamilton@usdoj.gov, "ryan@mclanelaw.com" <ryan@mclanelaw.com>, Zeldin.Lee@epa.gov, zoe.levine@ag.ny.gov, Sedalia.JonesKennelly@blankrome.com, rick.brooks@blankrome.com
Bcc: UrbanForestNewYork@gmail.com, Mel jones jr <meljonesjr@gmail.com>

## April 3rd, 2025

## To: Flint Water Crisis - special master Deborah Greenspan

## From: Melvin Jones Jr - (disabled) Flint Water Crisis Claimant

## RE: take a GOOD look at the "emoji" and LAST SCENE as related to the MOVIE "A civil action"... which [is] captioned below;

## WHAT DO YOU SEE [and] WHAT DO YOU HEAR?   Listen VERY carefully !!!

*Watch the part... which shows that the US EPA had the "ULTIMATE QUESTION/PROOF" documents all along !!*

*And, that is what GRACE and BEATRICE knew all along.*

***....here, the CITY OF FLINT and STATE OF MICHIGAN are "BEATRICE and GRACE"; and JAN [the plaintiffs attorneys are the LEVY and NAPOLI attorneys as to the Flint Water Crisis]...***

*Simply put - as odd as this sounds.... NOW [you - the Special Master are [IT] as to ANY eventual settlement with the US EPA --- which is to say, such CAN be had... but it will have to be DONE at trial.*

*Also --- a "HEADS UP".... the TRUMP administration has recently "Settled/agreed" to NOT "target" certain private law firms ...[DUE TO THEIR AGREEMENTS TO PROVIDE {e.g. as best that I can*

4/3/25, 4:57 PM	Gmail - To: Flint Water Crisis Special Master - Deborah Greenspan...r.e...There, the CITY OF FLINT and STATE OF MICHIGAN are…

Case: 25-1158     Document: 0118268565     Page: 4     Date Filed: 04/03/2025     Entry ID: 6711633

understand such as a disabled  dude here}.... literally MILLIONS of dollars of PRO BONO volunteer hours to the TRUMP administration.... which NO doubt will more likely than not... to defend the US EPA.... as to the FTCA - Flint Water Crisis claims/ class action[s] in FWC district court case #16-cv-10444 [and] #17-cv-11218.... in short; Corey and Patrick and 'em.... are GONNA NEED EVERY DOLLAR of the HARD-EARNED FEES, REFUNDS, and 1/3 percentage of the VNA settlement PAID TO THEM ..."without delay".... but, again, [I] say this through prayer.  Simply put,.... keep in mind that GOD puts folks (and has throughout my life)...in my PATH so that I can either be a BLESSING to them; and/ or  SO THAT THEY CAN BE A BLESSING FOR/TO ME.   Here... [you are BOTH for me... as am I to you]:

4/3/25, 4:57 PM
Gmail - TO : Flint Water Crisis Special Master - Deborah Greenspan....[...here, the CITY OF FLINT and STATE OF MICHIGAN are ...

Case: 25-1158      Document: 00118268565      Page: 5      Date Filed: 04/03/2025      Entry ID: 6711633



https://youtu.be/QGhvnJJxA3k?feature=shared

And, so NOW a riddle... HOW is it that my email and checking account[s] have been hacked ...which I believe is linked to the City of Flint/ State of Michigan's failures as  to the Flint water payment system... WHICH THE US EPA FAILED TO ISSUE AN ENFORCEMENT ORDER REGARDING?  WHAT WERE THE HACKERS LOOKING FOR?   WAS IT JUST MONEY?   and HOW MANY OTHER FLINT WATER CRISIS CLAIMANTS HAVE EXPERIENCED THE SAME?

Thank you,

4/3/25, 4:57 PM Gmail - TO: Flint Water Crisis Special Master - Deborah Greenspan.... [...here, the CITY OF FLINT and STATE OF MICHIGAN are ...

Case: 25-1158 Document: 00118268565 Page: 6 Date Filed: 04/03/2025 Entry ID: 6711633

/s/
~Melvin Jones Jr. - disabled Flint Water Crisis Claimant

*[signature: Melvin Jones Jr.]*

4. 3. 2025