- o

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

STATE OF NEW JERSEY, et al.,

      Plaintiffs-Appellees,

  v.

DONALD J. TRUMP, in his official capacity as
President of the United States, et al.,

      Defendants.

          No. 25-1158

MELVIN JONES JR.; COLLEEN CONNORS,

      Interested Parties–Appellants.

ELON MUSK, LEE ZELDIN,
Donald J. Trump in their official
Capacity as Federal Employees
and Mr. Trump, in his official
capacity as President of the
United States, et al. - APPELLEES

NOTICE documents and exhibits in support of pro se appellants
ASSENT motion to dismiss the instant appeal #25-1158

Date: April 3rd, 2025

NOTICE documents and exhibits in support of pro se appellants ASSENT motion to dismiss the instant appeal #25-1158.

To the honorable appeals court [and] to the defendant/ appellee President Donald Trump, et al. [and] appellees Michigan

*AG - DANA NESSEL  and the State of New Jersey, et al {e.g. Democratic states' AG's}....*

*Please take notice of the attached documents and exhibits which GIVE relevant context of PART of how it is that BOTH {Colleen Connors' and my/  disabled  Melvin Jones Jr.} are NO longer able to "meet our burden"/ due to health reasons… which*

include RACE DISCRIMINATION and RACE/ RELIGIOUS HATRED AGAINST COLLEEN CONNORS ON ACCOUNT OF HER BEING  A JEWISH PERSON…. Which is to say, in BOTH neighborhoods in the CITY OF FLINT that Colleen and [I] lived in…. the neigbors were VERY ignorant [e.g. which has NOTHING TO DO WITH LEAD or the FLINT WATER CRISIS]…. But just

VERY RACIST folks who literally mistreated Colleen on account of her being a Jewish person — and by extension [focused their hate upon me…. Because I would NOT give them MONEY FOR GAS FOR THEIR CARS or MONEY FOR THEM TO BUY BEER and FAST FOOD or worse  yet…. I would NOT give them money to buy DRUGS.

*And, so with prayer — I come into agreement with God, and pastor JOEL OSTEEN ….that they Christ…. both Colleen and [I] will be guided and BLESSED {e.g. in GODS time} to find a much better place to live …other than the City of Flint.*

*Please take notice that in light of our [e.g. the pro se appellants'] ASSENT/ CONCURRENCE "motion" to*

dismiss the instant appeal without prejudice… pertaining to the defendants/ appellees President Donald Trump, et al.'s MOTION TO DISMISS/ motion for summary affirmance…. Which we the appellants have filed on April 2nd, 2025 [we] NOW respectfully give NOTICE that an appellant's brief will NOT BE FILED {e.g. IN PART for reasons stated in the

*AFFIXED EXHIBITS HERETO}... we ALSO withdraw our previously TENDERED PRO SE APPELLANTS appeal briefs.*

*Thank you.*
*Respectfully Submitted.*
*Best,*

*Colleen Connors*
————————————————
*Colleen Connors PRO SE appellant (interested party)*
*1935 Hosler St.*

Flint, Michigan 48503
Email:
[cmcolleen4@gmail.com](mailto:cmcolleen4@gmail.com)

Google voice to text ph#
(use email)

_____
/Melvin Jones Jr./ disabled
PRO SE appellant (interested
party)
1935 Hosler St.
Flint, Michigan 48503

Email: jonesjrmel@gmail.com
Google voice to text ph#
415-562-5074

{see the exhibit on the next page[s]}

 **Gmail**

**Mel jones jr <meljonesjr@gmail.com>**

---

**ATTN: Katelyn Liesner @ US EPA Title VI department [here, my instant Title VI civil rights complaint against the City of Flint and State of Michigan DOES raise environmental justice issue of discrimination put against BOTH - Colleen Connors and [I] which (is) challenging the recipients' {i.e. the STATE of MICHIGAN [and] CITY of FLINT's) discriminatory activity[s]...**

1 message

---

**Mel jones jr** <meljonesjr@gmail.com>                           Mon, Jun 3, 2024 at 10:43 AM
To: Title_VI_Complaints@epa.gov, titleVpetitions@epa.gov, "Liesner, Katelyn" <Liesner.Katelyn@epa.gov>
Cc: Colleen Connors <cmcolleen4@gmail.com>, Mel jones jr <meljonesjr@gmail.com>, dfaraci@campbell-trial-lawyers.com, alin@eisnerlaw.com, Deborah Greenspan <deborah.greenspan@blankrome.com>, ccmushatt@cityofflint.com, "Harrison, Brenda" <Harrison.Brenda@epa.gov>, "Stein, Jonathan" <Stein.Jonathan@epa.gov>, "Garcia, Bianca" <Garcia.Bianca@epa.gov>, "Liesner, Katelyn (she/her/hers)" <Liesner.Katelyn@epa.gov>, "Goerke, Ariadne (she/her/hers)" <Goerke.Ariadne@epa.gov>, "Newton, Cheryl (she/her/hers)" <Newton.Cheryl@epa.gov>, "Kaplan, Robert (he/him/his)" <kaplan.robert@epa.gov>, jkuptz@cityofflint.com, webmaster@oig.hhs.gov, Public.Affairs@oig.hhs.gov, heidy.gonzalez@usdoj.gov, AG attorney as to MI COC civil case #23-000115-MZ <bettenhausenm@michigan.gov>, MitosinkaA@michigan.gov, robinsonr11 <robinsonr11@michigan.gov>, Justus Brown <jubrown@cityofflint.com>, Kameshia Ar-Rahmaan <kar-rahmaan@cityofflint.com>, Davina Donahue <ddonahue@cityofflint.com>, City of Flint Clerk's Office <cityclerk@cityofflint.com>, Davina Donahue <CouncilPublicComment@cityofflint.com>, "Koller, Mark" <koller.mark@epa.gov>, "Safakas, Kirstin (she/her/hers)" <Safakas.Kirstin@epa.gov>, "Pressley, Mary" <Pressley.Mary@epa.gov>, trachelleyoung@gmail.com, "Hoang, Anhthu" <Hoang.Anhthu@epa.gov>, William Kim <wkim@cityofflint.com>, Ladel Lewis <llewis@cityofflint.com>, Quincy Murphy <qmurphy@cityofflint.com>, Judy Priestley <jpriestley@cityofflint.com>, Tonya Burns <tburns@cityofflint.com>, OIG_Hotline@epa.gov, OIG_WEBCOMMENTS@epa.gov, Mark Cuker <mark@cukerlaw.com>, Patrick Lanciotti <PLanciotti@napolilaw.com>, "Stern, Corey" <cstern@levylaw.com>, meljonesjr@mail.com, Redden.Kenneth@epa.gov, eric.a.rey@usdoj.gov, michael.l.williams@usdoj.gov, molsen@mayerbrown.com, jcampbell@campbell-trial-lawyers.com, mnguyen-dang@mayerbrown.com, "pnapoli_napolilaw.com" <pnapoli@napolilaw.com>, Renee Auten <rauten@thelandbank.org>, Jennifer Riggs <jriggs@thelandbank.org>, Jeremy Maltz <jeremy@lehotskykeller.com>, Michael <Regan.Michael@epa.gov>, "Pantziris, Jack" <Pantziris.Jack@epa.gov>, egle-nondiscriminationCC@michigan.gov, Allie Herkenroder <aherkenroder@cityofflint.com>, HammoudF1@michigan.gov, Michigan Attorney General <miag@michigan.gov>, dweyre@mcalpinepc.com, @mayerbrown.com, ljiang@susmangodfrey.com, mpitt <mpitt@pittlawpc.com>, Hunter Shkolnik <hunter@napolilaw.com>, arosenman@mayerbrown.com, "Shore, Debra" <shore.debra@epa.gov>, Suong <vong.suong@epa.gov>, kowal.kathy@epa.gov, ogulei.david@epa.gov, triantafillou.kathy@epa.gov, Theodore Leopold <tleopold@cohenmilstein.com>, Emmy Levens <elevens@cohenmilstein.com>, "Dorka, Lilian" <Dorka.Lilian@epa.gov>, Flint Mayor <mayor@cityofflint.com>, frank.bednarz@hlli.org, ted.frank@hlli.org, Diane <russell.diane@epa.gov>, Amanda Trujillo <atrujillo@cityofflint.com>, "King-Piepenbrok, Pier (AG)" <KingP1@michigan.gov>, jonhoma@sinasdramis.com, val@vlwlegal.com, sdg@miller.law, sparadise@eisnerlaw.com, Silicon_Heartland@protonmail.com, AG-FOIA <AG-FOIA@michigan.gov>, "Temple, Kurt" <temple.kurt@epa.gov>
Bcc: melvin jones jr <urbanforestnewyork@gmail.com>

# *RE: #04DR-24-R5*

## Date: June 3rd, 2024

# *To: Katelyn Liesner*

# *From: Melvin Jones Jr. - disabled Michigander/ disabled US EPA Title VI complainant*

subject: <u>ATTN: Katelyn Liesner @ US EPA Title VI department [here, my instant Title VI civil rights complaint against the City of Flint and State of Michigan DOES raise environmental justice issue of discrimination put against BOTH - Colleen Connors and [I] which (is) challenging the recipients' {i.e. the STATE of MICHIGAN [and] CITY of FLINT's) discriminatory activity[s]</u>...

Good morning,
PLEASE review the attached email[s]/ PDF very carefully - as such is intended by me to be PART of my instant US EPA Title VI discrimination complaint [and].... to be CLEAR.... [I] further alledge that ( <u>[here, my instant Title VI civil rights complaint against the City of Flint and State of Michigan DOES raise environmental justice issue of discrimination put against BOTH - Colleen Connors and [I] which (is) challenging the recipients' {i.e. the STATE of MICHIGAN [and] CITY of FLINT's) discriminatory activity[s]...</u> ):

"<u>Title VI of the Civil Rights Act prohibits recipients of federal financial assistance (states, grantees, etc.) from discriminating based on race, color, or national origin in any program or activity.</u>

<u>Executive Order 12898, on the other hand, directs federal agencies to identify and address, as appropriate, disproportionally high adverse human health and environmental effects of their programs, policies, and activities on minority populations and low-income populations.</u>

<u>However, a Title VI civil rights complaint may raise environmental justice issues when challenging a recipient's activity. For instance, if a state agency receives funds from EPA to run a clean air program, that state recipient is legally prohibited from discriminating on the basis of race, color or national origin under Title VI when engaging in clean air enforcement activities.</u>

*The EPA, in complying with Executive Order 12898, can also ensure the programs it funds consider disproportionately high adverse human health and environmental effects on minority and low income populations.* " !!!

US Environmental Protection Agency, Office of Environmental Justice
April 3, 2014

## Title VI and Executive Order 12898 Comparison

| Aspects of the Authorities | Title VI of the Civil Rights Act of 1964 | Executive Order 12898 |
|---|---|---|
| What is the authority? | Title VI is a federal statute enacted as part of the Civil Rights Act of 1964. | E.O. 12898 is a Presidential executive order signed in 1994. It is not a statute or law. |
| What does it say? | Title VI prohibits discrimination on the basis of **race, color, and national origin** in programs and activities receiving federal financial assistance.<br><br>Title VI itself prohibits intentional discrimination, and most funding agencies have regulations implementing Title VI that prohibit recipient practices that have the effect of discriminating on the basis of race, color, or national origin. | E.O. 12898 directs all Federal agencies to "make achieving environmental justice part of its mission by identifying and addressing, as appropriate, disproportionately high and adverse human health or environmental effects of its programs, policies, and activities on minority populations and low-income populations." |
| What is the purpose? | Title VI was designed to ensure that federal funds are not being used for discriminatory purposes. | E.O. 12898 was issued to focus federal attention on the environmental and human health conditions in minority and low-income communities; to promote nondiscrimination in federal programs substantially affecting human health and the environment; and to provide minority and low-income communities' access to public information on, and an opportunity for public participation in, matters relating to human health or the environment. |
| Who is covered? | Title VI applies to recipients of federal financial assistance. | E.O. 12898 applies to designated Federal agencies. (E.O. 12898 Section 6-604, see also 2011 Memorandum of Agreement on Environmental Justice) |

US Environmental Protection Agency, Office of Environmental Justice
April 3, 2014

| Aspects of the Authorities | Title VI of the Civil Rights Act of 1964 | Executive Order 12898 |
|---|---|---|
| What is required? | Title VI requires federal agencies to monitor their recipients and ensure their compliance with Title VI.<br><br>Title VI requires recipients of federal financial assistance to not discriminate on the basis of race, color, or national origin. | E.O. 12898 requires Federal agencies to create environmental justice strategies. Pursuant to the 2011 Memorandum of Agreement on Environmental Justice entered into by 17 Federal agencies, those agencies agreed to issue an annual implementation progress report on environmental justice. |
| How is it enforced? | Individuals alleging intentional discrimination may file suit in federal court or a complaint with the federal agency providing funds for the program or activity at issue.<br><br>If a program or activity has a discriminatory effect, individuals may file an administrative complaint with the federal funding agency. An individual cannot file a suit in federal court to address discriminatory impacts of a recipient's activities.<br><br>Additionally, federal agencies have the authority to conduct compliance reviews of recipients to ensure their activities do not violate Title VI. | E.O. 12898 is not enforceable in the courts and it does not create any rights, benefits, or trust responsibilities enforceable against the United States.<br><br>While the E.O. 12898 is not enforceable against the United States, it is a Presidential order that requires each Federal agency to "conduct its programs, policies, and activities that substantially affect human health or the environment, in a manner that ensures that such programs, policies, and activities do not have the effect of excluding persons … from participation in, denying persons…the benefits of, or subjecting persons…to discrimination under, such programs, policies, and activities, because of their race, color, or national origin."<br><br>Therefore, to accomplish the goals of E.O. 12898, a Federal agency may implement policies that affect their funding activity. Agencies may also utilize their authority under various laws such as the Clean Air Act, National Environmental Policy Act, and the Fair Housing Act to achieve the goals of the Executive Order. |

//
*Simply put --- here, the US EPA Title VI department should (if not for any other reason) [YES] accept my instant US EPA Title VI discrimination complaint for investigation as to the City of Flint and State of Michigan [e.g. along WITH ALL of the relevant EMAILS which BOTH Colleen and [I] have sent to the Katelyn Liesner @ US EPA Title VI department as PART of such] ...as investigation of*

*the* **discriminatory** **_CUMULATIVE {health} and/ or {ENVIROMENTAL IMPACTS} put against both Colleen and [myself] by the City of Flint and State of Michigan_**:

*Additionally:*

 **Gmail**                                                                          Mel jones jr <meljonesjr@gmail.com>

**Photos taken on MAY #!st, 2024 --- Mel - After we got inside the house, you told me that you had had a health episode while cutting the City of Flint's road verge (so that the trash pickup co. employees can see the garbage that might be hidden in the City's overgrown grass). You explained to me that your right hand went numb, which is why I needed to take over for you. You also said that once the feeling came back to your hand that your hand felt tingly.**

1 message

**Mel jones jr** <meljonesjr@gmail.com>                                          Fri, May 31, 2024 at 3:13 PM
To: Mel jones jr <meljonesjr@gmail.com>, Colleen Connors <cmcolleen4@gmail.com>
Bcc: melvin jones jr <urbanforestnewyork@gmail.com>

---------- Forwarded message ---------
From: **Colleen Connors** <cmcolleen4@gmail.com>
Date: Fri, May 31, 2024 at 2:04 PM
Subject: 1
To: Mel jones jr <meljonesjr@gmail.com>, Colleen Connors <CMColleen4@gmail.com>

Mel - After we got inside the house, you told me that you had had a health episode while cutting the City of Flint's road verge (so that the trash pickup co. employees can see the garbage that might be hidden in the City's overgrown grass). You explained to me that your right hand went numb, which is why I needed to take over for you. You also said that once the feeling came back to your hand that your hand felt tingly.



**[I] believe that on (March 31st, 2024).... I experienced what I believe was a VERY BRIEF - TIA episode;**

*on (for example) March 31st, 2024... while attempting to "tidy up" an AREA (e.g. which is in FACT the "responsibility" of the CITY OF FLINT and STATE OF MICHIGAN)... so that the weekly TRASH collection would/ could happen at the City of Flint ROAD VERGE area which contains the City of Flint fire hydrant [i.e. as I trimmed a part of the grassy area (e.g. with my "disabled freindly cordless grass trimmer) to that the*

TRASH collection folk could SEE the trash bags set out by Colleen and I for weekly pick-up]... **[I] believe that on said date (March 31st, 2024 …see the email attached hereto received by me from Colleen Connors).... I experienced what I believe was a VERY BRIEF - TIA episode**.   I will of course mention such to my Beaumont Cardiologist - which MAY necessitate me having a **SOONER** follow-up medical visit (so for example I can have a EKG and/ or ECG {electrocardiogram}  as a precautionary measure).... which presents a GREAT financial and health burden upon me as further HARM/ DAMAGES pertaining to the FLINT WATER CRISIS as a whole and the City of Flint/ State of Michigan's **discriminatory failures** regarding the "exploratory dig"/ lead service line removal program and repairs thereto as to my home (1935 Hosler St. Flint - Michigan); and the City of Flint/ State of Michigan property which ABUTS the FRONT YARD of my home.


**And --- LAST BUT NOT LEAST**.... [I] believe that on or about **APRIL 12th, 2024 ---** the US FEDERAL DISTRICT COURT clerk's office (but NOT limited to such [see the April 12th, 2024 filing in FWC related case # 22-mc-51723]) ...the clerks office [in conjunction and effort to BENEFIT the City of Flint (and) wrongly ALLOW "advancement" of Mr. FWC attorney Corey Sterns' FTCA ("false claims") being asserted against the US EPA to "GO FORWARD" to a BIG attorney FEE payout and

$4 billion dollars ultimately in the CITY OF FLINT "TAX COFFERS" to be wrongfully had.... **MY ACCESS TO FEDERAL COURT FILING IS/ WAS as a means of further discrimination against me on account of [ME] being a disabled person... my ACCESS to federal court on April 12th, 2024 WAS "MONETIZED" so as to MAKE IT cost prohibitive for me as a POOR - DISABLED GUY on welfare to ACCESS the Federal Court** {e.g. due to my serious mobility impairments/ disabling medical condition... said 'filing' literally cost me approx. 10% of what my welfare money is PER MONTH [which is cost prohibitive as to my ACCESS to Federal Court]}... and such then (of course --- wrongfully HIDES and COVERS UP the City of Flint's WASTE of US EPA FUNDS and the City of Flint's CONTRACT PROCUREMENT COLLUSION as to US EPA FUNDS); and **allows for FALSE FTCA CLAIMS to be asserted against the US EPA - and in further discrimination put against me and COLLEEN by the City of Flint on account** of the City of oFlint's ANTI-SEMITISM, ANTI-DISABLED BIAS, and anti - black disabled bigotry... amounts to ADDITIONAL discrimination against me by the City of Flint VIA the USE/ misuse of US EPA FUNDS... **related to the Flint Water Crisis:**

//



---------- Forwarded message ----------
From: **Colleen Connors** <cmcolleen4@gmail.com>
Date: Sat, May 13, 2023 at 11:05 AM
Subject: Grey pit bull outside without a leash (again) & the connection to the Flint Water Crisis
To: Mel jones jr <meljonesjr@gmail.com>
Cc: Colleen Connors <CMColleen4@gmail.com>

Mel,

Yesterday evening (May 12), I heard a honk outside. When I subsequently looked out the window next to the front door, I saw a black SUV parked in the driveway next door–at 1929 Hosler St. (with an adult sitting in the driver's seat smoking a cigarette). Near the back of the SUV, I saw (what looked like) a child bent down who was nuzzling her face with that of the grey pit

bull that often roams the neighborhood <u>without a leash</u>. (Note: when the person who had been nuzzling her face with that of the grey pit bull stood up and turned around, I could see that it was a woman.) More importantly, I saw that the grey pit bull–once again–<u>was NOT on a leash</u>.

I believe that the multiple instances of pit bulls, and other dogs, that are both not on a leash and in close proximity of where you and I live–at 1935 Hosler St.–are connected to the Flint Water Crisis. More specifically, I believe that the people who let their dogs run around outside without a leash are frustrated with the fact that, for example, Judge Levy yesterday awarded millions of dollars to the Plaintiffs attorneys in the Flint Water Crisis, but none to the Plaintiffs. I also believe that these people, i.e. those who let their dogs run around outside without a leash, are frustrated by Attorney Mark Cukor's appeal, *Meeks v. United States*, and the Veolia North America (VNA) case–not to mention your appeals that are still pending.

- Colleen

Please also take note that because the City of Flint's discriminatory conduct against Colleen and me is apparently ALSO linked to the City of Flint's failures in the Flint Water Crisis civil case in the US District Court #16-cv-10277.... [I] consider any HARM/ DAMAGES which either Colleen or [I] have or continue to suffer as a result of such to be SUBJECT to presentation of MONETARY damages/ harm CLAIM from the FWC Archer Claims Settlement fund as to the City of

_Flint/ State of Michigan ....whereby [I] anticipate that IN THIS INSTANCE.... the FWC Special Master Deborah Greenspan.... MUST be "alerted to the same"_.....

Respectfully Submitted.

Best,

/s/

/Melvin Jones Jr./ - electronic signature

~Melvin Jones Jr. - disabled US EPA complainant

1935 Hosler St.  - Flint , Michigan 48503

Google Voice to Text: #415-562-5074

email: meljonesjr@gmail.com


p.s. _Please let me know if the Title VI department requires further clarification of/ from me via email in large print._


note: carbon copied to the FWC special master - Deborah Greenspan as a matter of "transparency" and in connection to my "escalation" of my FWC Archer Claim[s] to her/ Ms. Greenspan.... on an FYI basis.

//

---

**3 attachments**

📄 **Title VI and Executive Order 12898 Comparison.pdf**
458K



**Gmail - FYI --- the US EPA Title VI department (Katelyn Licenser)..... _oh the wonderful City of Flint Folk_ who MAY be plaintiffs' in the FTCA CLAIMS against the US EPA @ $4 billion dollars.... _ Grey pit bull outside without a leash (again) & the co.pdf**
76K

**Gmail - Cumulative Impact Analysis re_ #04DR-24-R5 is [a] FURTHER means and method by which BOTH the State of Michigan and the City of Flint have discriminated against Colleen Connors and [I] on the basis of RACE,disability and ANTI JEWISH bias whereb.pdf**
1124K



 **Gmail**

Mel jones jr <meljonesjr@gmail.com>

---

# Picture taken on October 31st, 2024 of the people at 1942 Hosler St Flint Michigan YET again setting his vicious pit Bull type dog up on Colleen and I just as we are about to go outside... Colleen has called Genesee County animal control just now/ a few minutes ago...

2 messages

---

**melvin jones jr** <urbanforestnewyork@gmail.com>                    Thu, Oct 31, 2024 at 12:50 PM
To: CMColleen4@gmail.com, melvin jones jr <meljonesjr@gmail.com>

---

**3 attachments**


**IMG_20241031_123917762.jpg**
777K


**IMG_20241031_123912610.jpg**
891K


**IMG_20241031_123914893.jpg**
888K

---

**Mel jones jr** <meljonesjr@gmail.com>                               Thu, Oct 31, 2024 at 1:18 PM
To: Mel jones jr <meljonesjr@gmail.com>

---

---------- Forwarded message ---------
From: **melvin jones jr** <urbanforestnewyork@gmail.com>

Date: Thu, Oct 31, 2024 at 12:50 PM
Subject: Picture taken on October 31st, 2024 of the people at 1942 Hosler St Flint Michigan YET again setting his vicious pit Bull type dog up on Colleen and I just as we are about to go outside… Colleen has called Genesee County animal control just now/ a few minutes ago…
To: <CMColleen4@gmail.com>, melvin jones jr <meljonesjr@gmail.com>

---

**3 attachments**



**IMG_20241031_123917762.jpg**
777K



**IMG_20241031_123912610.jpg**
891K



**IMG_20241031_123914893.jpg**
888K



 Gmail                           Colleen Connors <cmcolleen4@gmail.com>

## 08.16.24 photo

**Colleen Connors** <cmcolleen4@gmail.com>                    Fri, Aug 16, 2024 at 4:34 PM
To: Mel jones jr <meljonesjr@gmail.com>, Colleen Connors <CMColleen4@gmail.com>
Cc: Deborah Greenspan <deborah.greenspan@blankrome.com>, MitosinkaA@michigan.gov,
Title_VI_Complaints@epa.gov, titleVpetitions@epa.gov, "Cormack, Hayley" <Cormack.Hayley@epa.gov>, "Oviedo, Luis"
<oviedo.luis@epa.gov>, "Johnson, Johahna (she/her/hers)" <Johnson.Johahna@epa.gov>, "MacMillan-Sanchez, Ariel
(she/her/hers)" <MacMillanSanchez.Ariel@epa.gov>, dfaraci@campbell-trial-lawyers.com, alin@eisnerlaw.com,
ccmushatt@cityofflint.com, "Harrison, Brenda" <Harrison.Brenda@epa.gov>, "Stein, Jonathan"
<Stein.Jonathan@epa.gov>, "Garcia, Bianca" <Garcia.Bianca@epa.gov>, "Goerke, Ariadne (she/her/hers)"
<Goerke.Ariadne@epa.gov>, "Newton, Cheryl (she/her/hers)" <Newton.Cheryl@epa.gov>, "Kaplan, Robert (he/him/his)"
<kaplan.robert@epa.gov>, jkuptz@cityofflint.com, webmaster@oig.hhs.gov, Public.Affairs@oig.hhs.gov,
heidy.gonzalez@usdoj.gov, AG attorney as to MI COC civil case #23-000115-MZ <bettenhausenm@michigan.gov>,
robinsonr11 <robinsonr11@michigan.gov>, Justus Brown <jubrown@cityofflint.com>, Kameshia Ar-Rahmaan <kar-
rahmaan@cityofflint.com>, Davina Donahue <ddonahue@cityofflint.com>, City of Flint Clerk's Office
<cityclerk@cityofflint.com>, Davina Donahue <CouncilPublicComment@cityofflint.com>, "Koller, Mark"
<koller.mark@epa.gov>, "Safakas, Kirstin (she/her/hers)" <Safakas.Kirstin@epa.gov>, "Pressley, Mary"
<Pressley.Mary@epa.gov>, trachelleyoung@gmail.com, "Hoang, Anhthu" <Hoang.Anhthu@epa.gov>, William Kim
<wkim@cityofflint.com>, Ladel Lewis <llewis@cityofflint.com>, Quincy Murphy <qmurphy@cityofflint.com>, Judy Priestley
<jpriestley@cityofflint.com>, Tonya Burns <tburns@cityofflint.com>, OIG_Hotline@epa.gov,
OIG_WEBCOMMENTS@epa.gov, Mark Cuker <mark@cukerlaw.com>, Patrick Lanciotti <PLanciotti@napolilaw.com>,
"Stern, Corey" <cstern@levylaw.com>, meljonesjr@mail.com, Redden.Kenneth@epa.gov, eric.a.rey@usdoj.gov,
michael.l.williams@usdoj.gov, molsen@mayerbrown.com, jcampbell@campbell-trial-lawyers.com, mnguyen-
dang@mayerbrown.com, "pnapoli_napolilaw.com" <pnapoli@napolilaw.com>, Renee Auten <rauten@thelandbank.org>,
Jennifer Riggs <jriggs@thelandbank.org>, Jeremy Maltz <jeremy@lehotskykeller.com>, Michael
<Regan.Michael@epa.gov>, "Pantziris, Jack" <Pantziris.Jack@epa.gov>, egle-nondiscriminationCC@michigan.gov, Allie
Herkenroder <aherkenroder@cityofflint.com>, HammoudF1@michigan.gov, Michigan Attorney General
<miag@michigan.gov>, dweyre@mcalpinepc.com, g@mayerbrown.com, ljiang@susmangodfrey.com, mpitt
<mpitt@pittlawpc.com>, Hunter Shkolnik <hunter@napolilaw.com>, arosenman@mayerbrown.com, "Shore, Debra"
<shore.debra@epa.gov>, Suong <vong.suong@epa.gov>, kowal.kathy@epa.gov, ogulei.david@epa.gov,
triantafillou.kathy@epa.gov, Theodore Leopold <tleopold@cohenmilstein.com>, Emmy Levens
<elevens@cohenmilstein.com>, "Dorka, Lilian" <Dorka.Lilian@epa.gov>, Flint Mayor <mayor@cityofflint.com>,
frank.bednarz@hlli.org, ted.frank@hlli.org, Diane <russell.diane@epa.gov>, Amanda Trujillo <atrujillo@cityofflint.com>,
"King-Piepenbrok, Pier (AG)" <KingP1@michigan.gov>, jonhoma@sinasdramis.com, val@vlwlegal.com, sdg@miller.law,
sparadise@eisnerlaw.com, Silicon_Heartland@protonmail.com, AG-FOIA <AG-FOIA@michigan.gov>, "Temple, Kurt"
<temple.kurt@epa.gov>

August 16, 2024

Mel -

Today at approximately 4:15 p.m., the company that picks up the City of Flint's "lawn
and leaf" bags picked up one of the bags that I had set at the curb/on the City of
Flint's road verge and then set it back down at the curb. So, I immediately went
outside to remove the bag that the company had left. No sooner than I had picked up
the lawn and leaf bag did I see and hear the neighbor's pit bull (that I believe belongs
to the person who lives at 1921 Hosler Street) barking at me from not too far away

(see attached photograph that I took when I was outside). In other words, the dog was already outside when I went outside **and it (the dog) was not on a leash**.

I believe that the reason the company's employee set the back back down instead of taking it is because he was scared away by the neighbor's loose dog. By the way, the reason that I went outside to remove the "un-picked up" bag was in case the City came by to cut their road verge and I did not want to have a lawn and leaf bag sitting there.

- Colleen

---------- Forwarded message ---------
From: **Colleen Connors** <cmcolleen4@gmail.com>
Date: Fri, Aug 16, 2024 at 4:21 PM
Subject: 08.16.24 photo
To: Mel jones jr <meljonesjr@gmail.com>, Colleen Connors <CMColleen4@gmail.com>



**IMG_20240816_161913.jpg**
2049K