Gmail                       **MEL JONES JR <jonesjrmel@gmail.com>**

## Unleashed dog belonging to owner of 1942 Hosler Street started coming across street toward me as I retrieved garbage can from curb

1 message

**Colleen Connors** <cmcolleen4@gmail.com>                    Fri, Feb 28, 2025 at 4:07 PM
To: MEL JONES JR <jonesjrmel@gmail.com>
Cc: Colleen Connors <CMColleen4@gmail.com>

Mel,

At approximately 3:40 p.m. today, I was retrieving the garbage can from the curb when the owner of 1942 Hosler Street (the house directly across the street) pulled up to his house and let out his dog, which was not on a leash—and the dog started coming across the street toward me.

- Colleen