**LETTER**

## Attention Special Master Deborah Greenspan - Judge Levy's Order of Approval of VNA Plaintiffs' Counsel Attorneys' Fees as it relates to Colleen Connors

1 message

**Colleen Connors** <cmcolleen4@gmail.com>                                                Thu, Apr 3, 2025 at 8:09 PM
To: Deborah Greenspan <deborah.greenspan@blankrome.com>, uri.s.fuchs@usdoj.gov, SupremeCtBriefs@usdoj.gov, derek.l.weiss@usdoj.gov, Zeldin.Lee@epa.gov, mobrien@irli.org, chajec@irli.org, gcanaan@irli.org, gwv@dcglaw.com, tmccotter@boydengray.com, daniel.epstein@aflegal.com, "jon@publicrightsproject.org" <jon@publicrightsproject.org>, serviceS3@michigan.gov, giovanatiN@michigan.gov, Stacey.Metro@ag.ny.gov, Annabelle.Wilmott@doj.ca.gov, Lorraine.Lopez@doj.ca.gov, Delbert.Tran@doj.ca.gov, zoe.levine@ag.ny.gov, Irina.Trasovan@doj.ca.gov, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, jgrayson@nmdoj.gov, molly.alarcon@sfcityatty.org, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, shannon.stevenson@coag.gov, ksadeck@riag.ri.gov, jared.b.cohen@mass.gov, john.keller@ag.state.mn.us, johnsonkarpg@doj.state.wi.us, julio.thompson@vermont.gov, dmosteller@ncdoj.gov, "jeremy.feigenbaum@njoag.gov" <Jeremy.Feigenbaum@njoag.gov>, shankar.duraiswamy@njoag.gov, Viviana.hanley@njoag.gov, shefali.saxena@law.njoag.gov, Elizabeth.walsh@law.njoag.gov, HStern@ag.nv.gov, akirschner@oag.state.md.us, Janelle.Medeiros@ct.gov, PolicyOffice@epa.gov, EIS-Filing@epa.gov, education@epa.gov, NEPAssisthelp@epa.gov, NEPA@epa.gov, eric.wessan@ag.iowa.gov, matt.rice@ag.tn.gov, nlindzen@corpfraudlaw.com, sara.eisenberg@sfcityatty.org, MEL JONES JR <jonesjrmel@gmail.com>
Cc: Colleen Connors <CMColleen4@gmail.com>, "Acosta-Fox, Ashley" <AcostaFox.Ashley@epa.gov>, "Marissa.Malouff@doj.ca.gov" <Marissa.Malouff@doj.ca.gov>, "vanessa.kassab@delaware.gov" <vanessa.kassab@delaware.gov>, "kaliko.d.fernandes_hawaii_gov" <kaliko.d.fernandes@hawaii.gov>, "harrist19@michigan.gov" <harrist19@michigan.gov>, "eng.connie@epa.gov" <eng.connie@epa.gov>, "egle-nondiscriminationCC@michigan.gov" <egle-nondiscriminationCC@michigan.gov>, "Cormack, Hayley" <Cormack.Hayley@epa.gov>, "EGLE-Accessibility@michigan.gov" <EGLE-Accessibility@michigan.gov>, "Faltin, Todd (he/they)" <Faltin.Todd@epa.gov>, "Oviedo, Luis" <oviedo.luis@epa.gov>, "MacMillan-Sanchez, Ariel (she/her/hers)" <MacmillanSanchez.Ariel@epa.gov>, "Johnson, Johahna (she/her/hers)" <Johnson.Johahna@epa.gov>, "Mason, Trinita" <Mason.Trinita@epa.gov>, "Moore, Tammy" <moore.tammy@epa.gov>, "Walts, Alan (he/him/his)" <walts.alan@epa.gov>, "Risley, David" <Risley.David@epa.gov>, "tmlewis@cityofflint.com" <tmlewis@cityofflint.com>, "cmcgehee@pittlawpc.com" <cmcgehee@pittlawpc.com>, "eric.a.rey@usdoj.gov" <eric.a.rey@usdoj.gov>, "Jason.T.Cohen@usdoj.gov" <Jason.T.Cohen@usdoj.gov>, "OIG_Hotline@epa.gov" <OIG_Hotline@epa.gov>, Corey <cstern@levylaw.com>, Patrick Lanciotti <PLanciotti@napolilaw.com>, "dpettway@cityofflint.com" <dpettway@cityofflint.com>, "saneeley@cityofflint.com" <saneeley@cityofflint.com>, "mbard@cityofflint.com" <mbard@cityofflint.com>, "michelle.t.domingue.II@usdoj.gov" <michelle.t.domingue.II@usdoj.gov>, "Kaplan, Robert (he/him/his)" <kaplan.robert@epa.gov>, Mel jones jr <meljonesjr@gmail.com>, "marianne.f.kies@usdoj.gov" <marianne.f.kies@usdoj.gov>, "daniel.c.eagles@usdoj.gov" <daniel.c.eagles@usdoj.gov>, "kuhlr@michigan.gov" <kuhlr@michigan.gov>, "gambilln@michigan.gov" <gambilln@michigan.gov>, "MitosinkaA@michigan.gov" <MitosinkaA@michigan.gov>, "gaiello@mayerbrown.com" <gaiello@mayerbrown.com>, "jkuptz@cityofflint.com" <jkuptz@cityofflint.com>, "dfaraci@campbell-trial-lawyers.com" <dfaraci@campbell-trial-lawyers.com>, "alin@eisnerlaw.com" <alin@eisnerlaw.com>, "ccmushatt@cityofflint.com" <ccmushatt@cityofflint.com>, "heidy.gonzalez@usdoj.gov" <heidy.gonzalez@usdoj.gov>, AG attorney as to MI COC civil case #23-000115-MZ <bettenhausenm@michigan.gov>, robinsonr11 <robinsonr11@michigan.gov>, Justus Brown <jubrown@cityofflint.com>, Kameshia Ar-Rahmaan <kar-rahmaan@cityofflint.com>, Davina Donahue <ddonahue@cityofflint.com>, City of Flint Clerk's Office <cityclerk@cityofflint.com>, Davina Donahue <CouncilPublicComment@cityofflint.com>, "trachelleyoung@gmail.com" <trachelleyoung@gmail.com>, Ladel Lewis <llewis@cityofflint.com>, Judy Priestley <jpriestley@cityofflint.com>, Tonya Burns <tburns@cityofflint.com>, Mark Cuker <mark@cukerlaw.com>, "michael.l.williams@usdoj.gov" <michael.l.williams@usdoj.gov>, "molsen@mayerbrown.com" <molsen@mayerbrown.com>, "jcampbell@campbell-trial-lawyers.com" <jcampbell@campbell-trial-lawyers.com>, "mnguyen-dang@mayerbrown.com" <mnguyen-dang@mayerbrown.com>, "pnapoli_napolilaw.com" <pnapoli@napolilaw.com>, Renee Auten <rauten@thelandbank.org>, Jennifer Riggs <jriggs@thelandbank.org>, Jeremy Maltz <jeremy@lehotskykeller.com>, "hammoudf1@michigan.gov" <HammoudF1@michigan.gov>, Michigan Attorney General <miag@michigan.gov>, "dweyre@mcalpinepc.com" <dweyre@mcalpinepc.com>, "g@mayerbrown.com" <g@mayerbrown.com>, "ljiang@susmangodfrey.com" <ljiang@susmangodfrey.com>, mpitt <mpitt@pittlawpc.com>, Hunter Shkolnik <hunter@napolilaw.com>, "arosenman@mayerbrown.com" <arosenman@mayerbrown.com>, Theodore Leopold <tleopold@cohenmilstein.com>, Emmy Levens <elevens@cohenmilstein.com>, Flint Mayor <mayor@cityofflint.com>,

"frank.bednarz@hlli.org" <frank.bednarz@hlli.org>, "ted.frank@hlli.org" <ted.frank@hlli.org>, Diane
<russell.diane@epa.gov>, Amanda Trujillo <atrujillo@cityofflint.com>, "King-Piepenbrok, Pier (AG)"
<KingP1@michigan.gov>, "jonhoma@sinasdramis.com" <jonhoma@sinasdramis.com>, "val@vlwlegal.com"
<val@vlwlegal.com>, "sdg@miller.law" <sdg@miller.law>, "sparadise@eisnerlaw.com" <sparadise@eisnerlaw.com>,
"echeverria.marietta@epa.gov" <echeverria.marietta@epa.gov>, "thompkins.anita@epa.gov" <thompkins.anita@epa.gov>,
"burneson.eric@epa.gov" <burneson.eric@epa.gov>, "travers.david@epa.gov" <travers.david@epa.gov>,
"waters.tom@epa.gov" <waters.tom@epa.gov>, "davis.angela@epa.gov" <davis.angela@epa.gov>,
franklmcnamara@gmail.com, mriordan@publicinterestlegal.org, eric.hamilton@usdoj.gov, "ryan@mclanelaw.com"
<ryan@mclanelaw.com>, Sedalia.JonesKennelly@blankrome.com, rick.brooks@blankrome.com

DATE: April 3, 2025

RE: Attention Special Master Deborah Greenspan - Judge Levy's Order of Approval of VNA Plaintiffs' Counsel Attorneys'
Fees as it relates to Colleen Connors

Good Evening Special Master Greenspan

I believe that Judge Levy's order, which I have attached, rightfully approves attorneys' fees and reimbursement of
expenses to Plaintiffs' Counsel regarding Plaintiffs' settlement with Veolia North America (VNA) as to the Flint Water
Cases. The fact that certain people believe that Jewish attorneys should not be paid for their work because they are
"greedy Jews" is offensive to me as a Jewish person.

This is to say, that even though I do not agree with everything that lawyers have done in relation to the Flint Water
Cases, I do believe that they should be paid for their work. The Levy Konigsberg law firm and the Napoli Shkolnik law
firm may be staffed with Jewish attorneys as well.

Also, the race, ethnic, and religious discrimination that have been put against these Jewish attorneys has trickled down
to me by certain neighbors sicing their vicious pit bull-like dogs on me whenever I leave the house; I have attached a
photo that illustrates this (Melvin Jones Jr. has also witnessed certain neighbors sicing their vicious pit bull-like dogs on
me whenever I leave the house).

Thank you,

Colleen Connors, Flint Water Settlement Claimant



---

**2 attachments**



**IMG_20240816_161913.jpg**
2049K

**VNA settlement agreement and ORDER of APPROVAL.....pdf**
157K



# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

Judith E. Levy
United States District Judge

_____/

This Order Relates To:

*Bellwether III*

_____/

## ORDER GRANTING THE AGREED MOTION FOR APPROVAL OF THE INDIVIDUAL CLAIMANTS SETTLEMENT AGREEMENT [3205] AND GRANTING INDIVIDUAL PLAINTIFFS' MOTION FOR APPROVAL OF ALLOCATION PROCEDURE AND ATTORNEY COSTS REGARDING <u>PLAINTIFFS' SETTLEMENT WITH VEOLIA [3207]</u>

Before the Court is Veolia North America, LLC, Veolia North America, Inc., Veolia Water North America Operating Services, LLC, and Veolia Environnement S.A.'s (collectively, "Veolia") Agreed Motion for Approval of the Individual Claimants Settlement Agreement, (ECF No. 3205), and Individual Plaintiffs' Motion for Approval of Allocation Procedure and Attorney Costs Regarding Plaintiffs' Settlement with Veolia. (ECF No. 3207.) On March 27, 2025, the Court held a hearing and heard oral argument on both motions. For the reasons set forth on the

record, Veolia's Agreed Motion for Approval of the Individual Claimants Settlement Agreement, (ECF No. 3205), and Individual Plaintiffs' Motion for Approval of Allocation Procedure and Attorney Costs Regarding Plaintiffs' Settlement with Veolia, (ECF No. 3207), are GRANTED.

For the reasons set forth on the record at the hearing, IT IS HEREBY ORDERED as follows:

1. The Court finds that the Individual Claimants Settlement Agreement is fair and serves the best interests of the Minor and legally incompetent or incapacitated individual[1] ("LII") Claimants and therefore APPROVES the Individual Claimants Settlement Agreement, (ECF No. 3205, PageID.108212–108228), including the procedure for allocation of the settlement amount to Claimants[2];

2. the Court APPROVES Plaintiffs' Counsel's request for reimbursement of expenses and will determine reasonable

---

[1] See Mich. Comp. Laws § 700.1105(a).

[2] The Court or Special Master will establish a separate account in the Qualified Settlement Fund to meet the requirements of this Individual Claimants Settlement Agreement. The funds in that account will not be comingled with any other settlement funds.

expenses by adopting the review and adjustments set forth by the Special Master, (ECF No. 3216); and

3. the Court APPROVES Plaintiffs' Counsel's request for an award of an attorney fee of "one-third of the net proceeds (post payment of litigation expenses) from the [Individual Claimants] Settlement Agreement." (ECF No. 3207, PageID.108248.)

IT IS SO ORDERED.

Dated: April 3, 2025
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 3, 2025.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager



**Subscribe**

**Flash Sale! Unlimited Digital Access - $5 for the first month**

Advertisement

**FLINT**

# State Rep. Neeley calls for judge to give Flint water attorneys half of what they want

Updated: Mar. 09, 2021, 6:06 p.m. | Published: Mar. 09, 2021, 6:06 p.m.

![Cynthia Neeley photograph]

Cynthia Neeley, who is running for the 34th district state representative seat, listens to Jill Biden during a campaign visit on Tuesday, March 10, 2020 at The Ferris Wheel in downtown Flint. (Jake May | MLive.com) The Flint Journal, MLive.com

By **Ron Fonger | rfonger1@mlive.com**

FLINT, MI -- Flint Mayor Sheldon Neeley isn't saying a lot about a request for more than $200 million in attorney fees from the settlement of water crisis lawsuits filed by city residents but his wife, state Rep. Cynthia Neeley, is.

"It is offensive and immoral that the attorneys in the Flint water settlement want 32 percent of the settlement for themselves, which would equal over $200 million dollars," Cynthia Neeley said in a news release issued Tuesday, March 9. "Flint families took 100 percent of the harm, Flint families should not have a third of the settlement taken from them."

Attorneys representing Flint residents in their proposed $641-million settlement of claims related to the water crisis would receive roughly $202 million in attorney fees plus more than $7 million in expenses, according to a proposal filed Monday, March 8, in federal court.

The 58-page motion for fees and expenses must be approved by U.S. District Judge Judith Levy, who also still must give the overall settlement final approval later this year.

"I urge the judge to allow the attorneys to have $100 million, but over $200 is excessive and greedy," the statement from Cynthia Neeley says. "There's a reason people do not have faith in the legal practice, and this is one of them: attorneys asking for usury rates and taking money from families and a community that has suffered—and will continue to suffer—for decades."

Sheldon Neeley did not issue a news release regarding the request for attorney fees and said in an email to MLive-The Flint Journal that his comment "is limited under the settlement agreement."

The city of Flint is a defendant in more than 100 lawsuits filed in state and federal courts and agreed to settle litigation filed by residents against the city and its employees for $20 million. The state of Michigan, McLaren Regional Medical Center and Rowe Professional Services are also part of the settlement.

" I will say that it is my sincere prayer that the court will continue to use its good judgment to rule with the people in mind," Neeley's message says.

**Read more on MLive:**