# United States Court of Appeals
## For the First Circuit

No. 25-1158

STATE OF NEW JERSEY; COMMONWEALTH OF MASSACHUSETTS; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF MAINE; STATE OF MARYLAND; DANA NESSEL, Attorney General for the People of the State of Michigan; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WISCONSIN; CITY AND COUNTY OF SAN FRANCISCO,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, in their official capacity as President of the United States; US DEPARTMENT OF STATE; MARCO RUBIO, in their official capacity as Secretary of State; US DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in their official capacity as Secretary of Homeland Security; US DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in their official capacity as Secretary of Health and Human Services; US SOCIAL SECURITY ADMINISTRATION; MICHELLE KING, in their official capacity as Acting Commissioner of Social Security; UNITED STATES,

Defendants - Appellees.

---

MELVIN JONES, JR.; COLLEEN CONNORS,

Interested Parties - Appellants.

---

**NOTICE**

Issued: April 4, 2025

By a previously issued Notice, the clerk's office warned that it would no longer send paper copies of court documents to those attorneys who had not registered for a CM/ECF account in this court.

The following attorneys have failed to register for an account and will no longer receive notice in this case:

Maureen Riordan
Nicole Suzanne Hill
Mollie Mindes Lee
Frank L. McNamara
Brad P. Rosenberg
Jessica M. Finberg
Julio A. Thompson
Molly Jeanne Alarcon
Stacey M. Metro
Nathaniel M. Lindzen
Gabriel R. Canaan
Matthew James O'Brien
Yvonne Mere
Andrew C. Coulam
Zoe Levine
Robert C. Merritt
Sara J. Eisenberg
Christopher J. Hajec
Shefali Saxena
Yuri Fuchs
Daniel Z. Epstein
Ian R. Liston
David S. Chiu
Eric Hamilton
Laura Howard

The following attorneys will continue to receive notice in this case:

Gerard J. Cedrone
Jared B. Cohen
Pietro Alfredo Conte
Shankar Duraiswamy
Jeremy Feigenbaum
Kalikoonalani Diara Fernandes
Leonard Giarrano IV
Neil Giovanatti
Jeremy Girton
James Grayson
Viviana Maria Hanley
Toni L. Harris
Whitney D. Hermandorfer
Leonard W. Houston
Christopher David Hu

Gabe Johnson-Karp
Vanessa L. Kassab
John C. Keller
Adam D. Kirschner
Denise Yesenia Levey
Donald Campbell Lockhart
Lorraine Lopez
David Scott Louk
Sean D. Magenis
Marissa Malouff
Mark Marvin
R. Trent McCotter
Ryan P. McLane
Janelle Medeiros
Jonathan Benjamin Miller
Daniel Paul Mosteller
Michael Louis Newman
James Matthew Rice
Jonathan T. Rose
Katherine Connolly Sadeck
Stephanie M. Service
Heidi Parry Stern
Shannon Wells Stevenson
Sharon Swingle
William M. Tong
Delbert Tran
Irina Trasovan
Caroline S. Van Zile
George W. Vien
Elizabeth R. Walsh
Derek Weiss
Annabelle Cathryn Wilmott
Rubin Young

     Please note that any attorney who has been removed from the service list, and later wishes to resume receiving notice, must register for a CM/ECF account and enter a notice of appearance in this case.

                                    Anastasia Dubrovsky, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager: Antonio - (617) 748-9060

cc:
Jeremy Feigenbaum, Shankar Duraiswamy, Elizabeth R. Walsh, Shefali Saxena, Viviana Maria Hanley, Jared B. Cohen, Gerard J. Cedrone, Annabelle Cathryn Wilmott, Delbert Tran, Denise Yesenia Levey, Irina Trasovan, Lorraine Lopez, Marissa Malouff, Christopher David Hu, Michael Louis Newman, Shannon Wells Stevenson, William M. Tong, Janelle Medeiros, Vanessa L. Kassab, Ian R. Liston, Jeremy Girton, Caroline S. Van Zile, Nicole Suzanne Hill, Kalikoonalani Diara Fernandes, Sean D. Magenis, Melvin Jones Jr., Colleen Connors, Adam D. Kirschner, Jessica M. Finberg, John C. Keller, Heidi Parry Stern, James Grayson, Zoe Levine, Stacey M. Metro, Daniel Paul Mosteller, Laura Howard, Jonathan T. Rose, Julio A. Thompson, Gabe Johnson-Karp, David Scott Louk, Molly Jeanne Alarcon, David S. Chiu, Mollie Mindes Lee, Yvonne Mere, Sara J. Eisenberg, Sharon Swingle, Robert C. Merritt, Brad P. Rosenberg, Derek Weiss, Eric Hamilton, Yuri Fuchs, Jonathan Benjamin Miller, Donald Campbell Lockhart, James Matthew Rice, Whitney D. Hermandorfer, Andrew C. Coulam, George W. Vien, R. Trent McCotter, Pietro Alfredo Conte, Daniel Z. Epstein, Christopher J. Hajec, Matthew James O'Brien, Gabriel R. Canaan, Nathaniel M. Lindzen, Frank L. McNamara Jr., Ryan P. McLane, Maureen Riordan, Rubin Young, Mark Marvin, Leonard W. Houston, Katherine Connolly Sadeck, Leonard Giarrano IV, Neil Giovanatti, Stephanie M. Service, Toni L. Harris