

MEL JONES JR <jonesjrmel@gmail.com>

# (ERRATA CORRECTION).....To: Flint Water Crisis Special master Deborah Greenspan [and] TO ALL... Happy "end" of PASSOVER... and Blessed resurrection Sunday [e.g. and TO: FWC special master Deborah Greenspan.... did you know that Flint Mayor Sheldon Neeley for the PAST SEVERAL YEARS (so I hear... but praise JESUS I have NEVER listened to it or watched it) ...he/ Mr. Sheldon Neeley has put on [a] YAP-MOUTH "facebook" podcast?

1 message

**MEL JONES JR** <jonesjrmel@gmail.com> Sun, Apr 20, 2025 at 5:30 AM
To: Deborah Greenspan <deborah.greenspan@blankrome.com>, uri.s.fuchs@usdoj.gov, SupremeCtBriefs@usdoj.gov, derek.l.weiss@usdoj.gov, Zeldin.Lee@epa.gov, mobrien@irli.org, chajec@irli.org, gcanaan@irli.org, gwv@dcglaw.com, tmccotter@boydengray.com, daniel.epstein@aflegal.org, "jon@publicrightsproject.org" <jon@publicrightsproject.org>, serviceS3@michigan.gov, giovanatiN@michigan.gov, Stacey.Metro@ag.ny.gov, Annabelle.Wilmott@doj.ca.gov, Lorraine.Lopez@doj.ca.gov, Delbert.Tran@doj.ca.gov, zoe.levine@ag.ny.gov, Irina.Trasovan@doj.ca.gov, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, jgrayson@nmdoj.gov, molly.alarcon@sfcityatty.org, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, shannon.stevenson@coag.gov, ksadeck@riag.ri.gov, jared.b.cohen@mass.gov, john.keller@ag.state.mn.us, johnsonkarpg@doj.state.wi.us, julio.thompson@vermont.gov, dmosteller@ncdoj.gov, "jeremy.feigenbaum@njoag.gov" <Jeremy.feigenbaum@njoag.gov>, shankar.duraiswamy@njoag.gov, Viviana.hanley@njoag.gov, shefali.saxena@law.njoag.gov, Elizabeth.walsh@law.njoag.gov, HStern@ag.nv.gov, akirschner@oag.state.md.us, Janelle.Medeiros@ct.gov, PolicyOffice@epa.gov, EIS-Filing@epa.gov, education@epa.gov, NEPAssisthelp@epa.gov, NEPA@epa.gov, eric.wessan@ag.iowa.gov, matt.rice@ag.tn.gov, nlindzen@corpfraudlaw.com, sara.eisenberg@sfcityatty.org, MEL JONES JR <jonesjrmel@gmail.com>
Cc: Colleen Connors <CMColleen4@gmail.com>, "Acosta-Fox, Ashley" <AcostaFox.Ashley@epa.gov>, "Marissa.Malouff@doj.ca.gov" <Marissa.Malouff@doj.ca.gov>, "vanessa.kassab@delaware.gov" <vanessa.kassab@delaware.gov>, "kaliko.d.fernandes_hawaii_gov" <kaliko.d.fernandes@hawaii.gov>, "jeremy.feigenbaum@njoag.gov" <jeremy.feigenbaum@njoag.gov>, "harrist19@michigan.gov" <harrist19@michigan.gov>, "eng.connie@epa.gov" <eng.connie@epa.gov>, "egle-nondiscriminationCC@michigan.gov" <egle-nondiscriminationCC@michigan.gov>, "Cormack, Hayley" <Cormack.Hayley@epa.gov>, "EGLE-Accessibility@michigan.gov" <EGLE-Accessibility@michigan.gov>, "Faltin, Todd (he/they)" <Faltin.Todd@epa.gov>, "Oviedo, Luis" <oviedo.luis@epa.gov>, "MacMillan-Sanchez, Ariel (she/her/hers)" <MacmillanSanchez.Ariel@epa.gov>, "Johnson, Johahna (she/her/hers)" <Johnson.Johahna@epa.gov>, "Mason, Trinita" <Mason.Trinita@epa.gov>, "Moore, Tammy" <moore.tammy@epa.gov>, "Walts, Alan (he/him/his)" <walts.alan@epa.gov>, Deborah Greenspan <deborah.greenspan@blankrome.com>, "Risley, David" <Risley.David@epa.gov>, "tmlewis@cityofflint.com" <tmlewis@cityofflint.com>, "cmcgehee@pittlawpc.com" <cmcgehee@pittlawpc.com>, "eric.a.rey@usdoj.gov" <eric.a.rey@usdoj.gov>, "Jason.T.Cohen@usdoj.gov" <Jason.T.Cohen@usdoj.gov>, "OIG_Hotline@epa.gov" <OIG_Hotline@epa.gov>, Corey <cstern@levylaw.com>, Patrick Lanciotti <PLanciotti@napolilaw.com>, "dpettway@cityofflint.com" <dpettway@cityofflint.com>, "saneeley@cityofflint.com" <saneeley@cityofflint.com>, "mbard@cityofflint.com" <mbard@cityofflint.com>, "michelle.t.domingue.II@usdoj.gov" <michelle.t.domingue.II@usdoj.gov>, "Kaplan, Robert (he/him/his)" <kaplan.robert@epa.gov>, Mel jones jr <meljonesjr@gmail.com>, "marianne.f.kies@usdoj.gov" <marianne.f.kies@usdoj.gov>, "daniel.c.eagles@usdoj.gov" <daniel.c.eagles@usdoj.gov>, "kuhlr@michigan.gov" <kuhlr@michigan.gov>, "gambilln@michigan.gov" <gambilln@michigan.gov>, "MitosinkaA@michigan.gov" <MitosinkaA@michigan.gov>, "gaiello@mayerbrown.com" <gaiello@mayerbrown.com>, "jkuptz@cityofflint.com" <jkuptz@cityofflint.com>, "dfaraci@campbell-trial-lawyers.com" <dfaraci@campbell-trial-lawyers.com>, "alin@eisnerlaw.com" <alin@eisnerlaw.com>, "ccmushatt@cityofflint.com" <ccmushatt@cityofflint.com>, "heidy.gonzalez@usdoj.gov" <heidy.gonzalez@usdoj.gov>, AG attorney as to MI COC civil case #23-000115-MZ <bettenhausenm@michigan.gov>, robinsonr11 <robinsonr11@michigan.gov>, Justus Brown <jubrown@cityofflint.com>, Kameshia Ar-Rahmaan <kar-rahmaan@cityofflint.com>, Davina Donahue <ddonahue@cityofflint.com>, City of Flint Clerk's Office <cityclerk@cityofflint.com>, Davina Donahue <CouncilPublicComment@cityofflint.com>, "trachelleyoung@gmail.com" <trachelleyoung@gmail.com>, Ladel Lewis <llewis@cityofflint.com>, Judy Priestley <jpriestley@cityofflint.com>, Tonya Burns <tburns@cityofflint.com>, Mark Cuker <mark@cukerlaw.com>, "michael.l.williams@usdoj.gov" <michael.l.williams@usdoj.gov>, "molsen@mayerbrown.com"

4/20/25, 6:34 AM                Gmail - (ERRATA CORRECTION)…. To:- Flint Water Crisis Special master Deborah Greenspan [and] TO ALL… Happy 'end' of PAS…

Case: 25-1158    Document: 00118374645    Page: 2    Date Filed: 04/20/2025    Entry ID: 6715058

<molsen@mayerbrown.com>, "jcampbell@campbell-trial-lawyers.com" <jcampbell@campbell-trial-lawyers.com>, "mnguyen-dang@mayerbrown.com" <mnguyen-dang@mayerbrown.com>, "pnapoli_napolilaw.com" <pnapoli@napolilaw.com>, Renee Auten <rauten@thelandbank.org>, Jennifer Riggs <jriggs@thelandbank.org>, Jeremy Maltz <jeremy@lehotskykeller.com>, "hammoudf1@michigan.gov" <HammoudF1@michigan.gov>, Michigan Attorney General <miag@michigan.gov>, "dweyre@mcalpinepc.com" <dweyre@mcalpinepc.com>, "g@mayerbrown.com" <g@mayerbrown.com>, "ljiang@susmangodfrey.com" <ljiang@susmangodfrey.com>, mpitt <mpitt@pittlawpc.com>, Hunter Shkolnik <hunter@napolilaw.com>, "arosenman@mayerbrown.com" <arosenman@mayerbrown.com>, Theodore Leopold <tleopold@cohenmilstein.com>, Emmy Levens <elevens@cohenmilstein.com>, Flint Mayor <mayor@cityofflint.com>, "frank.bednarz@hlli.org" <frank.bednarz@hlli.org>, "ted.frank@hlli.org" <ted.frank@hlli.org>, Diane <russell.diane@epa.gov>, Amanda Trujillo <atrujillo@cityofflint.com>, "King-Piepenbrok, Pier (AG)" <KingP1@michigan.gov>, "jonhoma@sinasdramis.com" <jonhoma@sinasdramis.com>, "val@vlwlegal.com" <val@vlwlegal.com>, "sdg@miller.law" <sdg@miller.law>, "sparadise@eisnerlaw.com" <sparadise@eisnerlaw.com>, "echeverria.marietta@epa.gov" <echeverria.marietta@epa.gov>, "thompkins.anita@epa.gov" <thompkins.anita@epa.gov>, "burneson.eric@epa.gov" <burneson.eric@epa.gov>, "travers.david@epa.gov" <travers.david@epa.gov>, "waters.tom@epa.gov" <waters.tom@epa.gov>, "davis.angela@epa.gov" <davis.angela@epa.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, nlindzen@corpfraudlaw.com, franklmcnamara@gmail.com, mriordan@publicinterestlegal.org, eric.hamilton@usdoj.gov, "ryan@mclanelaw.com" <ryan@mclanelaw.com>, Zeldin.Lee@epa.gov, zoe.levine@ag.ny.gov, Sedalia.JonesKennelly@blankrome.com, rick.brooks@blankrome.com, MEL JONES JR <jonesjrmel@gmail.com>
Bcc: UrbanForestNewYork@gmail.com, Mel jones jr <meljonesjr@gmail.com>

# Date - April 20th, 2025

# …. see the important errata-correction… YES, I recall that my late beloved mother would tell me… Melvin, [IF] the grammatical error does NOT change the meaning of what you wanted to say…. the DO NOT correct it.

# However…. is this instance…. the correct date is very important [and] …..the errata correction set forth immediately below MUST be made:

[ *Heck, I would guess that when all is said and done ….the social media GHETTO mess… will DISALLOW or DRASTICALLY reduce MOST FWC settlement claims…. especially FOR CHILDREN OF THE FWC… WHO ARE <u>NOW</u> ADULTS/ now adult Flint Water Crisis-claimants* ].

> *To: Flint Water Crisis Special master Deborah Greenspan*
> *[and] TO ALL….*
>
> *Goodmorning,*
>
> *Happy "end" of PASSOVER… and Blessed resurrection Sunday [e.g. and TO: FWC special master Deborah Greenspan…. did you know that Flint Mayor Sheldon Neeley for the PAST SEVERAL YEARS (so I hear… but praise JESUS I have NEVER listened to it or watched it) …he/ Mr. Sheldon Neeley has put on [a] YAP-MOUTH "facebook" podcast? Although, I may not have the name of the social media platform corrent as to such --- WOW, I say this to say: IF Mr. [poster child LAZY Flintstone] Flint Mayor Sheldon Neeley had spent 1/2 that*

4/20/25, 6:34 AM Gmail - (ERRATA CORRECTION)...To: Flint Water Crisis Special Master Deborah Greenspan [and] TO ALL !..Happy end of FAS...

Case: 25-1158    Document: 00118274645    Page: 4    Date Filed: 04/20/2025    Entry ID: 6715058

*time in his spare time... instead of YAPPING it up on facebook or whatever... over the past 7 years.... [he] Mr. Neeley COULD have utilized DEI to get into a college that he WOULD NOT HAVE BEEN QUALIFIED TO BE ADMITTED INTO, but for DEI.... but instead ---- oh NO.... [he] Flint Mayor Sheldon Neeley "sat on his ASS" and did nothing but waste money... then INSIST upon the City of Flint... utterly failing in EVERY aspect of its duties to the citizens such as Colleen Connors and [me]... as to the Lead Servie Line Removal [LSLR] program and/ or LSL exploratory dig program[s]. Here, Mr. Neeley COULD literally have by NOW... [a] super cool AFFIRMATIVE ACTION DEI - Phd. Degree... to where THEN he could be done NOW be calling himself a "DOCTOR"..... but, but.... that would have made too much sense for even the average 4th grader.... so instead Mr. Neeley and his malfeasance-crew hatched a sceme to harass disabled folks like [me] FOR MONEY ...with the ultimate GOAL ....of then going after the Flint Water Crisis Special Master for extortion type GHETTO demands for IMMEDIATE*

4/20/25, 6:34 AM
Gmail - (ERRATA CORRECTION)... To: Flint Water Crisis Special master Deborah Greenspan [and] TO ALL !!.. Happy 'end' of FAS…

Case: 25-1158     Document: 00118374645     Page: 5     Date Filed: 04/20/2025     Entry ID: 6715058

"release" [...hey, as IF the FWC special master Deborah Greenspan ….has the settlement funds bound in slavery ….WTF].... yes, extortion demands for immediate release of the FWC settlement funds…. which WILL only amount to approx. $300.xx to $ 2,000.xx for the average FWC claimant.     **With the EXCEPTION of Colleen and [me]/ disabled teddy bear - Melvin Jones Jr.... because [we BOTH are NOT native Flint folks…. and we are from California]…. which means that NEITHER Colleen nor [I]… were "used to" the Flint River being a BACK UP water source for the City of Flint for literally several decades…. 😂😂😂😂😂😂😂😂😅😐😊; simply put... YES - I feel blessed to know that Colleen and I are gonna be PAID UP TOP as FWC claimants** [e.g. oh man, that bit of reality is SURE to cause Flint Mayor Sheldon Neeley to go PISSY MAD for sure].... and speaking of FWC special master Deborah Greenspan ….and her investigative team…. how about they look FULLY into ANY social media accounts of: MELISSA MAYS and

4/20/25, 6:34 AM Gmail - (ERRATA CORRECTION)... To: Flint Water Crisis Special master Deborah Greenspan [and] TO ALL!... Happy end of FAS…

Case: 25-1158 Document: 00118274645 Page: 6 Date Filed: 04/29/2025 Entry ID: 6715058

*"LITTLE MISS FLINT".... which is to say... there are literally approx. 50 social media youtube videos of Melissa Mays.... and several social media "posts" and news interviews of "Little Miss Flint".... WOW.... what will be found when their OTHER social media accounts are investigated --- and WHAT will be found WHEN other FWC claimants' social media accounts are investigated? My guess... is lots of pictures of the FWC claimants eating BBQ, and drinking alcohol, and playing all sorts of sports and basketball, and dancing nearly EVERY day/ occassion ....epecially in the summer time... jogging, running, water skiing, driving their cars at all hours of the night ...and of course --- attending the BACK TO THE BRICKS.... with the CHIDREN at all hours of the night.... and lets NOT forget... Juneteenth dance party of approx. 14 days long...,etc, etc, etc. Heck, I would guess that when all is said and done ....the social media GHETTO mess... will DISALLOW or DRASTICALLY reduce MOST FWC settlement claims.... especially FOR CHILDREN OF THE FWC... WHO ARE **NOW** ADULTS/ now adult*

4/20/25, 6:34 AM	Gmail - (ERRATA CORRECTION)…. To: Flint Water Crisis Special master Deborah Greenspan [and] TO ALL…. Happy 'end' of PAS…

Case: 25-1158     Document: 00118374645     Page: 7     Date Filed: 04/20/2025     Entry ID: 6715058

Flint Water Crisis-claimants …..

//
Thank you.

(and here is a song to  it is a song which is BOTH Colleen and I find super cool):



https://youtu.be/jLZra3VhM2g?feature=shared

Best,
/s/

4/20/25, 6:34 AM — Gmail - (ERRATA CORRECTION)... To: Flint Water Crisis Special master Deborah Greenspan [and] TO ALL.. Happy 'end' of PAS…

Case: 25-1158    Document: 00118274645    Page: 8    Date Filed: 04/20/2025    Entry ID: 6715058

*~Melvin Jones Jr. - disabled teddy bear/ Flint Water Crisis Claimant* 🐻
*email:* *jonesjrmel@gmail.com*

4.20.2025

*[signature: Melvin Jones Jr.]*