# United States Court of Appeals
## For the First Circuit

---

No. 25-1158

STATE OF NEW JERSEY; COMMONWEALTH OF MASSACHUSETTS; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF MAINE; STATE OF MARYLAND; DANA NESSEL, Attorney General for the People of the State of Michigan; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WISCONSIN; CITY AND COUNTY OF SAN FRANCISCO,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, in their official capacity as President of the United States; US DEPARTMENT OF STATE; MARCO RUBIO, in their official capacity as Secretary of State; US DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in their official capacity as Secretary of Homeland Security; US DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in their official capacity as Secretary of Health and Human Services; US SOCIAL SECURITY ADMINISTRATION; MICHELLE KING, in their official capacity as Acting Commissioner of Social Security; UNITED STATES,

Defendants - Appellees.

------------------------------------------------------------------------

MELVIN JONES, JR.; COLLEEN CONNORS,

Interested Parties - Appellants.

---

Before

Barron, <u>Chief Judge</u>,
Rikelman and Aframe, <u>Circuit Judges</u>.

---

**JUDGMENT**

Entered: April 23, 2025

In light of plaintiffs' motion for summary disposition; defendants' similar motion; and appellants' responses thereto, the district court's order of February 13, 2025, denying appellants' motion to intervene is summarily <u>affirmed</u> for lack of a substantial question. <u>See</u> 1st Cir. R. 27.0(c). To the extent that appellants seek to challenge as non-parties the preliminary injunction entered by the district court, the appeal is <u>dismissed</u> for lack of jurisdiction. All other pending motions are <u>denied</u> as moot.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Jeremy Feigenbaum
Shankar Duraiswamy
Elizabeth R. Walsh
Viviana Maria Hanley
Jared B. Cohen
Gerard J. Cedrone
Annabelle Cathryn Wilmott
Delbert Tran
Denise Yesenia Levey
Irina Trasovan
Lorraine Lopez
Marissa Malouff
Christopher David Hu
Michael Louis Newman
Shannon Wells Stevenson
William M. Tong
Janelle Medeiros
Vanessa L. Kassab
Jeremy Girton
Caroline S. Van Zile
Kalikoonalani Diara Fernandes
Sean D. Magenis
Melvin Jones Jr.
Colleen Connors
Adam D. Kirschner
John C. Keller
Heidi Parry Stern
James Grayson
Daniel Paul Mosteller
Jonathan T. Rose
Gabe Johnson-Karp

David Scott Louk
Sharon Swingle
Derek Weiss
Jonathan Benjamin Miller
Donald Campbell Lockhart
James Matthew Rice
Whitney D. Hermandorfer
George W. Vien
R. Trent McCotter
Pietro Alfredo Conte
Ryan P. McLane
Rubin Young
Mark Marvin
Leonard W. Houston
Katherine Connolly Sadeck
Leonard Giarrano IV
Neil Giovanatti
Stephanie M. Service
Toni L. Harris