

MEL JONES JR <jonesjrmel@gmail.com>

---

# ( To: FWC plaintiffs' attorney Corey Stern. LK LAW firm and 'em {and} to Flint Water Crisis - Special Master Deborah Greenspan ); RE: Flint Mayor Sheldon Neeley (on behalf of Michigan Governor Gretchen Whitmer [and crew] are AT IT AGAIN).... "In addition to a call for urgent action, Neeley is also requesting an itemized list of who has already been paid and how much has been spent from the settlement already. "We definitely need to know who and where the dollars went," the mayor said..." [SEE THE ATTACHED NEWS ARTICLE].

1 message

---

**MEL JONES JR** <jonesjrmel@gmail.com>  Sun, May 4, 2025 at 7:48 AM
To: Deborah Greenspan <deborah.greenspan@blankrome.com>, "pnapoli_napolilaw.com" <pnapoli@napolilaw.com>, uri.s.fuchs@usdoj.gov, SupremeCtBriefs@usdoj.gov, derek.l.weiss@usdoj.gov, Zeldin.Lee@epa.gov, mobrien@irli.org, chajec@irli.org, gcanaan@irli.org, gwv@dcglaw.com, tmccotter@boydengray.com, daniel.epstein@aflegal.org, "jon@publicrightsproject.org" <jon@publicrightsproject.org>, serviceS3@michigan.gov, giovanatiN@michigan.gov, Stacey.Metro@ag.ny.gov, Annabelle.Wilmott@doj.ca.gov, Lorraine.Lopez@doj.ca.gov, Delbert.Tran@doj.ca.gov, zoe.levine@ag.ny.gov, Irina.Trasovan@doj.ca.gov, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, jgrayson@nmdoj.gov, molly.alarcon@sfcityatty.org, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, shannon.stevenson@coag.gov, ksadeck@riag.ri.gov, jared.b.cohen@mass.gov, john.keller@ag.state.mn.us, johnsonkarpg@doj.state.wi.us, julio.thompson@vermont.gov, dmosteller@ncdoj.gov, "jeremy.feigenbaum@njoag.gov" <Jeremy.feigenbaum@njoag.gov>, shankar.duraiswamy@njoag.gov, Viviana.hanley@njoag.gov, shefali.saxena@law.njoag.gov, Elizabeth.walsh@law.njoag.gov, HStern@ag.nv.gov, akirschner@oag.state.md.us, Janelle.Medeiros@ct.gov, PolicyOffice@epa.gov, EIS-Filing@epa.gov, education@epa.gov, NEPAssisthelp@epa.gov, NEPA@epa.gov, eric.wessan@ag.iowa.gov, matt.rice@ag.tn.gov, nlindzen@corpfraudlaw.com, sara.eisenberg@sfcityatty.org, MEL JONES JR <jonesjrmel@gmail.com>, Colleen Connors <CMColleen4@gmail.com>
Cc: Colleen Connors <CMColleen4@gmail.com>, "Acosta-Fox, Ashley" <AcostaFox.Ashley@epa.gov>, "Marissa.Malouff@doj.ca.gov" <Marissa.Malouff@doj.ca.gov>, "vanessa.kassab@delaware.gov" <vanessa.kassab@delaware.gov>, "kaliko.d.fernandes_hawaii_gov" <kaliko.d.fernandes@hawaii.gov>, "jeremy.feigenbaum@njoag.gov" <jeremy.feigenbaum@njoag.gov>, "harrist19@michigan.gov" <harrist19@michigan.gov>, "eng.connie@epa.gov" <eng.connie@epa.gov>, "egle-nondiscriminationCC@michigan.gov" <egle-nondiscriminationCC@michigan.gov>, "Cormack, Hayley" <Cormack.Hayley@epa.gov>, "EGLE-Accessibility@michigan.gov" <EGLE-Accessibility@michigan.gov>, "Faltin, Todd (he/they)" <Faltin.Todd@epa.gov>, "Oviedo, Luis" <oviedo.luis@epa.gov>, "MacMillan-Sanchez, Ariel (she/her/hers)" <MacmillanSanchez.Ariel@epa.gov>, "Johnson, Johanna (she/her/hers)" <Johnson.Johahna@epa.gov>, "Mason, Trinita" <Mason.Trinita@epa.gov>, "Moore, Tammy" <moore.tammy@epa.gov>, "Walts, Alan (he/him/his)" <walts.alan@epa.gov>, Deborah Greenspan <deborah.greenspan@blankrome.com>, "Risley, David" <Risley.David@epa.gov>, "tmlewis@cityofflint.com" <tmlewis@cityofflint.com>, "cmcgehee@pittlawpc.com" <cmcgehee@pittlawpc.com>, "eric.a.rey@usdoj.gov" <eric.a.rey@usdoj.gov>, "Jason.T.Cohen@usdoj.gov" <Jason.T.Cohen@usdoj.gov>, "OIG_Hotline@epa.gov" <OIG_Hotline@epa.gov>, Corey <cstern@levylaw.com>, Patrick Lanciotti <PLanciotti@napolilaw.com>, "dpettway@cityofflint.com" <dpettway@cityofflint.com>, "saneeley@cityofflint.com" <saneeley@cityofflint.com>, "mbard@cityofflint.com" <mbard@cityofflint.com>, "michelle.t.domingue.II@usdoj.gov" <michelle.t.domingue.II@usdoj.gov>, "Kaplan, Robert (he/him/his)" <kaplan.robert@epa.gov>, Mel jones jr <meljonesjr@gmail.com>, "marianne.f.kies@usdoj.gov" <marianne.f.kies@usdoj.gov>, "daniel.c.eagles@usdoj.gov" <daniel.c.eagles@usdoj.gov>, "kuhlr@michigan.gov" <kuhlr@michigan.gov>, "gambilln@michigan.gov" <gambilln@michigan.gov>, "MitosinkaA@michigan.gov" <MitosinkaA@michigan.gov>, "gaiello@mayerbrown.com" <gaiello@mayerbrown.com>, "jkuptz@cityofflint.com" <jkuptz@cityofflint.com>, "dfaraci@campbell-trial-lawyers.com" <dfaraci@campbell-trial-lawyers.com>, "alin@eisnerlaw.com" <alin@eisnerlaw.com>, "ccmushatt@cityofflint.com" <ccmushatt@cityofflint.com>, "heidy.gonzalez@usdoj.gov" <heidy.gonzalez@usdoj.gov>, AG attorney as to MI COC civil case #23-000115-MZ <bettenhausenm@michigan.gov>, robinsonr11 <robinsonr11@michigan.gov>, Justus Brown <jubrown@cityofflint.com>, Kameshia Ar-Rahmaan <kar-rahmaan@cityofflint.com>, Davina Donahue <ddonahue@cityofflint.com>, City of Flint Clerk's Office <cityclerk@cityofflint.com>, Davina Donahue <CouncilPublicComment@cityofflint.com>, "trachelleyoung@gmail.com" <trachelleyoung@gmail.com>, Ladel Lewis

<llewis@cityofflint.com>, Judy Priestley <jpriestley@cityofflint.com>, Tonya Burns <tburns@cityofflint.com>, Mark Cuker <mark@cukerlaw.com>, "michael.l.williams@usdoj.gov" <michael.l.williams@usdoj.gov>, "molsen@mayerbrown.com" <molsen@mayerbrown.com>, "jcampbell@campbell-trial-lawyers.com" <jcampbell@campbell-trial-lawyers.com>, "mnguyen-dang@mayerbrown.com" <mnguyen-dang@mayerbrown.com>, "pnapoli_napolilaw.com" <pnapoli@napolilaw.com>, Renee Auten <rauten@thelandbank.org>, Jennifer Riggs <jriggs@thelandbank.org>, Jeremy Maltz <jeremy@lehotskykeller.com>, "hammoudf1@michigan.gov" <HammoudF1@michigan.gov>, Michigan Attorney General <miag@michigan.gov>, "dweyre@mcalpinepc.com" <dweyre@mcalpinepc.com>, "g@mayerbrown.com" <g@mayerbrown.com>, "ljiang@susmangodfrey.com" <ljiang@susmangodfrey.com>, mpitt <mpitt@pittlawpc.com>, Hunter Shkolnik <hunter@napolilaw.com>, "arosenman@mayerbrown.com" <arosenman@mayerbrown.com>, Theodore Leopold <tleopold@cohenmilstein.com>, Emmy Levens <elevens@cohenmilstein.com>, Flint Mayor <mayor@cityofflint.com>, "frank.bednarz@hlli.org" <frank.bednarz@hlli.org>, "ted.frank@hlli.org" <ted.frank@hlli.org>, Diane <russell.diane@epa.gov>, Amanda Trujillo <atrujillo@cityofflint.com>, "King-Piepenbrok, Pier (AG)" <KingP1@michigan.gov>, "jonhoma@sinasdramis.com" <jonhoma@sinasdramis.com>, "val@vlwlegal.com" <val@vlwlegal.com>, "sdg@miller.law" <sdg@miller.law>, "sparadise@eisnerlaw.com" <sparadise@eisnerlaw.com>, "echeverria.marietta@epa.gov" <echeverria.marietta@epa.gov>, "thompkins.anita@epa.gov" <thompkins.anita@epa.gov>, "burneson.eric@epa.gov" <burneson.eric@epa.gov>, "travers.david@epa.gov" <travers.david@epa.gov>, "waters.tom@epa.gov" <waters.tom@epa.gov>, "davis.angela@epa.gov" <davis.angela@epa.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, nlindzen@corpfraudlaw.com, franklmcnamara@gmail.com, mriordan@publicinterestlegal.org, eric.hamilton@usdoj.gov, "ryan@mclanelaw.com" <ryan@mclanelaw.com>, Zeldin.Lee@epa.gov, zoe.levine@ag.ny.gov, Sedalia.JonesKennelly@blankrome.com, rick.brooks@blankrome.com, MEL JONES JR <jonesjrmel@gmail.com>
Bcc: UrbanForestNewYork@gmail.com, Mel jones jr <meljonesjr@gmail.com>

# *May 4th, 2025*

**RE: Flint Mayor Sheldon Neeley (on behalf of Michigan Governor Gretchen Whitmer [and crew] are AT IT AGAIN)....** *"In addition to a call for urgent action, Neeley is also requesting an itemized list of who has already been paid and how much has been spent from the settlement already.*
*"We definitely need to know who and where the dollars went," the mayor said..."* **[SEE THE ATTACHED NEWS ARTICLE].**

*To: FWC plaintiffs' attorney Corey Stern. LK LAW firm and 'em {and} to Flint Water Crisis - Special Master Deborah Greenspan*

*Good morning,*
*.... no surprise - the State of Michigan/ City of Flint are too chicken shit to simply file a REQUEST in FWC civil case #16-cv-10444 and "DEMAND"/ URGE presiding Judge LEVY to RESPOND to the Mayor of the City of Flint's*

*"demands" to know who and how much they have received ..have been already PAID as to the Flint Water Crisis Settlement.*
*Simply put... [hey look] attorney Corey Stern DESERVES to have a YACHT [e.g. even if it cost the FWC settlement fund approx. $10 million dollars]... because [just saying] I would NOT have bought a USED YACHT ....just to make the Flint Mayor Sheldon Neeley [nor] Michigan Governor Gretchen Whitmer happy ....😂😂😃**.*

*Further (lets keep it on the "DL"/ down low)... as to the approx. $ 1million dollars allocated for Colleen Connors and [me]/ disabled teddy bear {Melvin Jones Jr.}.... because the California AG folks on this email stream can FULLY support the FACT that a lousy $ 1 million dollars is NOTHING in the current California Real Estate Market.... [and] Colleen and I NEED to relocate back to California "to BE PAID VIA A REAL ESTATE PURCHASE WHICH IS CLOSE TO THE BEACH and {yes} ALLOWS US TO "MOVE FORWARD FO' SHO'"... 😍;*

*so [I] aint sayin' we did, and [I] aint sayin' we did not ---- have $ 2million dollars allocated as to the FWC settlement FUND…. because  LET'S KEEP IN MIND --- that [Mel's] Archer Claims CONTAIN documentation of "early pneumonia/ possible LEGIONELLA"…*

***YES SIR --- so Mr. Flint Mayor Sheldon Neeley and his "crew"…. MUST/ SHOULD have some "BALLS" for once (and STOP being [a] chicken shit Mid-West DEI "bitch-boy")… and I say that OUT OF LOVE of course ---  and so, Flint Mayor Sheldon Neeley and his CLOWN ASS INCOMPETANT DEI CITY OF FLINT LAWYERS…. simply should "put up" OR SHUT THE FUCK UP  [and] file a motion which is (a) FORMAL REQUEST in FWC #16-cv-10444 and BE ASKING JUDGE LEVY to TELL HIM DIRECTLY what the monies be done gone to !!!****;*  🤩😘😘😘:



https://www.wnem.com/2025/04/14/flint-mayor-calling-immediate-release-water-crisis-settlement-funds/

//

### And, and [I] would NOT have purchased a RECONDITIONED "office bus" either; because NOW.... Corey Stern and 'em are like a [scene] from the TV show the OFFICE:
{here is a youtube video for it}:





https://youtu.be/mZcIHStTHhg?feature=shared

*...further --- YES, Mr. Flint Mayor [clown fuck].... just be SURE to tell Judge LEVY about the dangerous tree, and dnagerous City of Flint/ State of Michigan public sideway which I have literally hurt myself/ injured myself on [i.e. more than one occassion... which ARE part of my FWC Archer Claims]; also -- be sure TO INCUDE THIS INTANT EMAIL as an attachment to your filing in FWC #16-cv-10444 as to your upcoming DEMANDS to Judge LEVY {and tell Judge Levy about the City of Flint/ State of Michigan's intentional*

*refusals to REPAIR the cement walkup to my home @ 1935 Hosler St. - Flint, Michigan}... and my injuries thereto which [I] have recent provided in [two] AFFIDAVITS to Flint Water Crisis Special Master Deborah Greenspan [and] carbon copied to the State of Michigan your JOKE - DEI ASS {e.g. Mr. Flint Mayor Sheldon Neeley}.... WTF.*

> *Best,*
> */s/*
> *Disabled teddy bear/ Melvin Jones Jr. - Flint Water Crisis Claimant* 🐻
> > *email: [jonesjrmel@gmail.com](mailto:jonesjrmel@gmail.com)*
>
> **_1935 Hosler St._**
> **_Flint, Michigan 48503_**

📄 **Flint mayor calling for immediate release of water crisis settlement funds.pdf**
339K

5. 4. 2025

*[signature: Melvin Jones Jr.]*