Case: 25-1158     Document: 00118287786     Page: 1     Date Filed: 05/20/2025     Entry ID: 6722235

5/20/25, 8:27 AM                Gmail - To: Flint water 💦🌊💦 crisis special master Deborah Greenspan... 🥺 Please additionally ADD to my Archer claims against…



**Letter**

MEL JONES JR <jonesjrmel@gmail.com>

---

**To: Flint water 💦🌊💦 crisis special master Deborah Greenspan... 🥺 Please additionally ADD to my Archer claims against the City of Flint and state of Michigan settlement fund... This instant email and picture taken on May 20th, 2025 of the wrinkles and right Big toe as to my GOUT ARTHRITIS MEDICAL CONDITION...which is subsiding but NOW MY RIGHT toe is BENT INWARD and my toes/ foot looks like an ashy deflated 🎈 balloon due to such as to worsened GOUT ARTHRITIS caused by the Flint water crisis. Thanks.../s/- Melvin Jones Jr... disabled Teddy 🧸 bear.**
1 message

---

**melvin jones jr** <urbanforestnewyork@gmail.com>                                         Tue, May 20, 2025 at 8:25 AM
To: deborah.greenspan@blankrome.com
Cc: cormack.hayley@epa.gov, CMColleen4@gmail.com, jonesjrmel@gmail.com



IMG_20250520_081650223.jpg
4248K

May 20th, 2025

*[signature: Melvin Jones Jr]*

