

MEL JONES JR <jonesjrmel@gmail.com>

**Amazon... Cancelled 4 ft. x 8 ft. Nantucket Gray Garden Vinyl Lattice Your delivery has been cancelled. We will issue a refund within 3 - 5 business days. We apologize for any inconvenience. Shipped with UPS Tracking ID: 1ZJ715J30366123309**
1 message

**MEL JONES JR** <jonesjrmel@gmail.com>                                                              Thu, May 22, 2025 at 10:11 AM
To: MEL JONES JR <jonesjrmel@gmail.com>, Colleen Connors <CMColleen4@gmail.com>
Bcc: UrbanForestNewYork@gmail.com, Mel jones jr <meljonesjr@gmail.com>



Colleen,
Just a few minutes ago.... May 22nd, 2025 @ approximately 10:03am today.... [I] REJECTED the above AMAZON delivery of what would be the 3rd lattice which was being delivered/ as it was being delivered.... I REJECTED THE DELIVERY.... and informed the UPS driver that I was doing so due to previous theft[s] of my Amazon deliveries and that I had reported such to my Bank.

(SEE THE CAPTION ABOVE).
Best,
/s/
~disabled teddy bear/ Mel

*May 22nd, 2025*

*[signature]*