Case 2:25-cv-11158   Document 00118291829   Page 1   Date Filed: 05/29/2025   Entry ID: 6724470

 **Gmail**    LeTTeR       **MEL JONES JR <jonesjrmel@gmail.com>**

---

## #25-1158 [ And, MAKE no mistake "domestic violence" comes in MANY forms.... such the likes of the City of Flint/ neighbors near my home [what I believe] giving me, disabled teddy bear Melvin Jones Jr., A BLOODY BEAT-DOWN on May 6th, 2025.... to (for example)... the hate-crime domestic violence being currently put against BOTH Colleen Connors and [I]/ me..... from and by the neighbors]

1 message

---

**MEL JONES JR** <jonesjrmel@gmail.com>       Thu, May 29, 2025 at 3:47 AM
To: "mwolock@wolocklaw.com" <mwolock@wolocklaw.com>, Deborah Greenspan <deborah.greenspan@blankrome.com>, "pnapoli_napolilaw.com" <pnapoli@napolilaw.com>, uri.s.fuchs@usdoj.gov, SupremeCtBriefs@usdoj.gov, derek.l.weiss@usdoj.gov, Zeldin.Lee@epa.gov, mobrien@irli.org, chajec@irli.org, gcanaan@irli.org, gwv@dcglaw.com, tmccotter@boydengray.com, daniel.epstein@aflegal.org, "jon@publicrightsproject.org" <jon@publicrightsproject.org>, serviceS3@michigan.gov, giovanatiN@michigan.gov, Stacey.Metro@ag.ny.gov, Annabelle.Wilmott@doj.ca.gov, Lorraine.Lopez@doj.ca.gov, Delbert.Tran@doj.ca.gov, zoe.levine@ag.ny.gov, Irina.Trasovan@doj.ca.gov, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, jgrayson@nmdoj.gov, molly.alarcon@sfcityatty.org, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, shannon.stevenson@coag.gov, ksadeck@riag.ri.gov, jared.b.cohen@mass.gov, john.keller@ag.state.mn.us, johnsonkarpg@doj.state.wi.us, julio.thompson@vermont.gov, dmosteller@ncdoj.gov, "jeremy.feigenbaum@njoag.gov" <Jeremy.feigenbaum@njoag.gov>, shankar.duraiswamy@njoag.gov, Viviana.hanley@njoag.gov, shefali.saxena@law.njoag.gov, Elizabeth.walsh@law.njoag.gov, HStern@ag.nv.gov, akirschner@oag.state.md.us, Janelle.Medeiros@ct.gov, PolicyOffice@epa.gov, EIS-Filing@epa.gov, education@epa.gov, NEPAssisthelp@epa.gov, NEPA@epa.gov, eric.wessan@ag.iowa.gov, matt.rice@ag.tn.gov, nlindzen@corpfraudlaw.com, sara.eisenberg@sfcityatty.org, MEL JONES JR <jonesjrmel@gmail.com>, Colleen Connors <CMColleen4@gmail.com>, osedwick@lawyerscommittee.org, ecaspar@lawyerscommittee.org, csdubov@debevoise.com, ntsang@debevoise.com, sdthomas@debevoise.com, jjpastore@debevoise.com
Cc: Colleen Connors <CMColleen4@gmail.com>, MEL JONES JR <jonesjrmel@gmail.com>, "Acosta-Fox, Ashley" <AcostaFox.Ashley@epa.gov>, "Marissa.Malouff@doj.ca.gov" <Marissa.Malouff@doj.ca.gov>, "vanessa.kassab@delaware.gov" <vanessa.kassab@delaware.gov>, "kaliko.d.fernandes_hawaii_gov" <kaliko.d.fernandes@hawaii.gov>, "jeremy.feigenbaum@njoag.gov" <jeremy.feigenbaum@njoag.gov>, "harrist19@michigan.gov" <harrist19@michigan.gov>, "eng.connie@epa.gov" <eng.connie@epa.gov>, "egle-nondiscriminationCC@michigan.gov" <egle-nondiscriminationCC@michigan.gov>, "Cormack, Hayley" <Cormack.Hayley@epa.gov>, "EGLE-Accessibility@michigan.gov" <EGLE-Accessibility@michigan.gov>, "Faltin, Todd (he/they)" <Faltin.Todd@epa.gov>, "Oviedo, Luis" <oviedo.luis@epa.gov>, "MacMillan-Sanchez, Ariel (she/her/hers)" <MacMillanSanchez.Ariel@epa.gov>, "Johnson, Johahna (she/her/hers)" <Johnson.Johahna@epa.gov>, "Mason, Trinita" <Mason.Trinita@epa.gov>, "Moore, Tammy" <moore.tammy@epa.gov>, "Walts, Alan (he/him/his)" <walts.alan@epa.gov>, Deborah Greenspan <deborah.greenspan@blankrome.com>, "Risley, David" <Risley.David@epa.gov>, "tmlewis@cityofflint.com" <tmlewis@cityofflint.com>, "cmcgehee@pittlawpc.com" <cmcgehee@pittlawpc.com>, "eric.a.rey@usdoj.gov" <eric.a.rey@usdoj.gov>, "Jason.T.Cohen@usdoj.gov" <Jason.T.Cohen@usdoj.gov>, "OIG_Hotline@epa.gov" <OIG_Hotline@epa.gov>, Corey <cstern@levylaw.com>, Patrick Lanciotti <PLanciotti@napolilaw.com>, "dpettway@cityofflint.com" <dpettway@cityofflint.com>, "saneeley@cityofflint.com" <saneeley@cityofflint.com>, "mbard@cityofflint.com" <mbard@cityofflint.com>, "michelle.t.domingue.II@usdoj.gov" <michelle.t.domingue.II@usdoj.gov>, "Kaplan, Robert (he/him/his)" <kaplan.robert@epa.gov>, Mel jones jr <meljonesjr@gmail.com>, "marianne.f.kies@usdoj.gov" <marianne.f.kies@usdoj.gov>, "daniel.c.eagles@usdoj.gov" <daniel.c.eagles@usdoj.gov>, "kuhlr@michigan.gov" <kuhlr@michigan.gov>, "gambilln@michigan.gov" <gambilln@michigan.gov>, "MitosinkaA@michigan.gov" <MitosinkaA@michigan.gov>, "gaiello@mayerbrown.com" <gaiello@mayerbrown.com>, "jkuptz@cityofflint.com" <jkuptz@cityofflint.com>, "dfaraci@campbell-trial-lawyers.com" <dfaraci@campbell-trial-lawyers.com>, "alin@eisnerlaw.com" <alin@eisnerlaw.com>, "ccmushatt@cityofflint.com" <ccmushatt@cityofflint.com>, "heidy.gonzalez@usdoj.gov" <heidy.gonzalez@usdoj.gov>, AG attorney as to MI COC civil case #23-000115-MZ <bettenhausenm@michigan.gov>, robinsonr11 <robinsonr11@michigan.gov>, Justus Brown <jubrown@cityofflint.com>, Kameshia Ar-Rahmaan <kar-rahmaan@cityofflint.com>, Davina Donahue <ddonahue@cityofflint.com>, City of Flint Clerk's Office <cityclerk@cityofflint.com>, Davina Donahue <CouncilPublicComment@cityofflint.com>, "trachelleyoung@gmail.com" <trachelleyoung@gmail.com>, Ladel Lewis <llewis@cityofflint.com>, Judy Priestley <jpriestley@cityofflint.com>, Tonya Burns <tburns@cityofflint.com>, Mark Cuker

<mark@cukerlaw.com>, "michael.l.williams@usdoj.gov" <michael.l.williams@usdoj.gov>, "molsen@mayerbrown.com" <molsen@mayerbrown.com>, "jcampbell@campbell-trial-lawyers.com" <jcampbell@campbell-trial-lawyers.com>, "mnguyen-dang@mayerbrown.com" <mnguyen-dang@mayerbrown.com>, "pnapoli_napolilaw.com" <pnapoli@napolilaw.com>, Renee Auten <rauten@thelandbank.org>, Jennifer Riggs <jriggs@thelandbank.org>, Jeremy Maltz <jeremy@lehotskykeller.com>, "hammoudf1@michigan.gov" <HammoudF1@michigan.gov>, Michigan Attorney General <miag@michigan.gov>, "dweyre@mcalpinepc.com" <dweyre@mcalpinepc.com>, "g@mayerbrown.com" <g@mayerbrown.com>, "ljiang@susmangodfrey.com" <ljiang@susmangodfrey.com>, mpitt <mpitt@pittlawpc.com>, Hunter Shkolnik <hunter@napolilaw.com>, "arosenman@mayerbrown.com" <arosenman@mayerbrown.com>, Theodore Leopold <tleopold@cohenmilstein.com>, Emmy Levens <elevens@cohenmilstein.com>, Flint Mayor <mayor@cityofflint.com>, "frank.bednarz@hlli.org" <frank.bednarz@hlli.org>, "ted.frank@hlli.org" <ted.frank@hlli.org>, Diane <russell.diane@epa.gov>, Amanda Trujillo <atrujillo@cityofflint.com>, "King-Piepenbrok, Pier (AG)" <KingP1@michigan.gov>, "jonhoma@sinasdramis.com" <jonhoma@sinasdramis.com>, "val@vlwlegal.com" <val@vlwlegal.com>, "sdg@miller.law" <sdg@miller.law>, "sparadise@eisnerlaw.com" <sparadise@eisnerlaw.com>, "echeverria.marietta@epa.gov" <echeverria.marietta@epa.gov>, "thompkins.anita@epa.gov" <thompkins.anita@epa.gov>, "burneson.eric@epa.gov" <burneson.eric@epa.gov>, "travers.david@epa.gov" <travers.david@epa.gov>, "waters.tom@epa.gov" <waters.tom@epa.gov>, "davis.angela@epa.gov" <davis.angela@epa.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "david.louk@sfcityatty.gov" <david.louk@sfcityatty.org>, nlindzen@corpfraudlaw.com, franklmcnamara@gmail.com, mriordan@publicinterestlegal.org, eric.hamilton@usdoj.gov, "ryan@mclanelaw.com" <ryan@mclanelaw.com>, Zeldin.Lee@epa.gov, zoe.levine@ag.ny.gov, Sedalia.JonesKennelly@blankrome.com, rick.brooks@blankrome.com, steven.ury@seiu.org
Bcc: UrbanForestNewYork@gmail.com, Mel jones jr <meljonesjr@gmail.com>

## Date: May 29th, 2025

### TO: ALL... and;

### To: U.S. President Donald Trump via the US Solicitor General (and) ….to;

To: **Flint Water Crisis Special Master Deborah Greenspan [and] Flint Water Crisis - "Master Guardia(n Ad Litem"Marian Wolock**….



Miriam Z. Wolock (P49434)
Master Guardian Ad Litem
LAW OFFICES OF MIRIAM Z. WOLOCK, PLLC
40900 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304
(248) 633-2630
mwolock@wolocklaw.com

[and] TO: [ALL]....

From: Melvin Jones Jr. - disabled FWC claimant
1935 Hosler St.
Flint, Michigan 48503
email: jonesjrmel@gmail.com

*Good morning,*
*And.... attached is yet another amicus brief....*
*which SEEMS to undo the democrat AG's and CASA's birth right assertions:*
*especially they assert..... as the TRUST of their ARGUMENT.... that ....*

**_The Fifteenth Amendment was to be "the capstone in the great temple of American freedom," Cong. Globe, 40th Cong., 3rd Sess. 724 (1869), that would "make every citizen equal in rights and privileges_**." *Id. at 672.*
*There could be no such capstone, of course,*

*without birthright citizenship. (see the attached "la familia brief" as page # [...ok, I literally forgot the page number... but their own admission against self interest as to the Democratic AG states and other Amicus Briefs tendered in support of CASA and Michigan AG Dana Nessel and the democrat bunch is telling nonetheless])....*

**<u>Which is to say this</u>**:
*As of May 29th, 2025... [no one], repeat no one.... NOT even the lunatic democrats can reasonably argue or disagree with the FACT that in the United States... that the GOALS and REALITY which is the alleged cornerstone of the very "underpinnings" of the GROSSLY misapplied notions of birth-right citizenship as to MODERN DAY illegal aliens/ unlawful migrants who are and who have INVADED the United States by air, land and sea... HAS NOT BEEN REACHED; because NEITHER has the 15th amendment capstone "non-stare decisis" virtue of: every citizen (being and having and/ or enjoying) and/or being equal in rights and privileges.   For example, if such were actually*

*the case.... then the Americans with Disabilities Act of 1990, if I recall the year of enactment of such correctly, such would NOT have needed to be made a law.... nearly 120 years AFTER the 14th amendment and 15th amendment to the U.S. constitution were ratified.... and the same FACT which CANNOT be disputed.... goes for the various voting rights acts since, and for that matter ....the Civil Rights Act of 1964, and the GAY/ LESBIAN marriage laws [e.g. which frankly certainly took some getting used to for MANY Americans].... [here].... I think that the interested parties, and the appellees in pro se appeal #25-1158 get my point, as hopefully also does the honorable 1st circuit court of appeals.*

*In short... is the currently broken and arguably "democratic" inspired for the last 4 years under former president Biden and VP Harris.... broken borders policies --- which literally encouraged and rewarded MASS invasions at the United States southern and northern borders and "birth-right tourism" scams which literally still is/ are the MAIN cause of the RAMPANT multi-billion dollar per year SEX TRAFFICKING/ prostitution*

*immigration terrorists organized crime which is linked fully to MS-13, TdA, the Mexican Mafia, and Chinese syndicate and Asia Mob, and Russian Crime Cartels... for example.... [and] so my question here as a "stupid disabled dude" [e.g. me/ disabled teddy Bear - Melvin Jones Jr. and pro se appellant in appeal #25-1158] is:*

*....oh come on --- is this the BEST that [we]/ the United States can do?    Certainly.... the US Supreme Court as to the oral arguments on May 15th, 2025 regarding*
*BIRTHRIGHT CITIZENSHIP  can cut through the democratic deception and distraction?*

**But, stay tuned --- because NEXT the democrats will drag-out tells of woe of Hispanic domestic-violence.... as to NEED to allow immigration fraud to continue.   Which [of course is real].... that is --- BOTH men and women are and can be victims of DOMESTIC VIOLENCE.... but sadly the simple FACT is that ....such can all too easily be misused as a "ONE  UP" to allow**

5/29/25, 8:47 AM    Gmail - 25-1158 [And, MAKE no mistake "domestic violence" comes in MANY forms.... such the likes of the City of Flint/ neighbors near...

Case: 25-1158    Document: 00118291829    Page: 7    Date Filed: 05/29/2025    Entry ID: 6724470

manipulation in [say] family custody disputes, and child support disputes, or as a means of CONTROL. And, MAKE no mistake "domestic violence" comes in MANY forms.... such the likes of the City of Flint/ neighbors near my home [what I believe] giving me, disabled teddy bear Melvin Jones Jr., A BLOODY BEAT-DOWN on May 6th, 2025.... to (for example)... the hate-crime domestic violence being currently put against BOTH Colleen Connors and [I]/ me..... from and by the neighbors near my home @ 1935 Hosler St. - Flint, Michigan.... along with and due to urging by the City of Flint, whereby literally BOTH Colleen Connors and I are the VICTIMS and VICTIM WITNESS' of domestic-violence at the hands of the ignorant black neighbors and the WEAPON being used against me and

5/29/25, 8:47 AM    Gmail - 25-1158 [And, MAKE no mistake "domestic violence" comes in MANY forms...such as likes of the City of Flint neighbor...

Case: 25-1158    Document: 00118291820    Page: 8    Date Filed: 05/29/2025    Entry ID: 6724470

*Colleen is the neighbors threats of violence, and the neighbors using their vicious-pit bull dogs against Colleen and me.   Specifically the neighbors [and enablers of such] at 1941 Hosler St. - Flint, Michigan, 1930 Hosler St., Flint - Michigan, 1946 Hosler St. - Flint, Michigan, and 1942 Hosler St. Flint, Michigan, 1929 Hosler St., Flint Michigan, and 1925 Hosler St., Flint, Michigan, and 1921 Hosler St, Flint - Michigan.*

*And, let's also be clear ---  the Michigan Governor Gretchen Whitmer, new politician Chris Swanson, Lt. Michigan gov. Garlin Gilcrest, Michigan AG - Dana Nessel, and Flint Mayor Sheldon Neeley, and Michigan State Rep. Cynthia Neeley ....[ALL] love domestic violence... because when former Genesee County*

5/29/25, 3:47 AM    Gmail - Case 25-1158 [And, MAKE no mistake "domestic violence" comes in MANY forms... such as likes of the City of Flint neighbor...

Case: 25-1158    Document: 00118291829    Page: 9    Date Filed: 05/29/2025    Entry ID: 6724470

*Judge (e.g. whom was previously assigned to the Flint Water Crisis cases along with Federal Judge Judith LEVY).... sexually stalked and mentally beat down young coeds [yes, of course STALKING is no doubt a horrendous form of domestic violence].... ALL of the aforementioned State of Michigan, Genesee County, and City of Flint "democratic leaders" SAID NOTHING and DID NOTHING to STOP Judge FARAH's many years of DOMESTIC VIOLENCE and SEXUAL VIOLENCE and ABUSE of his position of public trust as a JUDGE.  How sad indeed.*

*Best*
    */s/*
*Disabled teddy bear/ **Melvin Jones Jr**./ - Flint Water Crisis Claimant* 🐻
*email: jonesjrmel@gmail.com*
        ***1935 Hosler St.***



# *Flint, Michigan 48503*

---

**2 attachments**

la familia brief.pdf
409K

**Genesee County judge resigning after allegations from former intern _ Local _ abc12.com.pdf**
4684K



5/29/2025, 3:53 AM    Genesee County judge sexually harassed intern, investigation finds. Now he's retiring.

Michigan Public 

Donate

# Genesee County judge sexually harassed intern, investigation finds. Now he's retiring.

**Michigan Public | By Kate Wells**

Published August 11, 2022 at 12:37 AM EDT
Updated August 13, 2022 at 1:41 AM EDT

LISTEN • 10:44



*Michigan 7th Judicial Circuit Court*

On Tuesday, Judge Joseph J. Farah of the Genesee County Circuit Court submitted notice to Governor Gretchen Whitmer of his plans to retire in November. The decision comes after an MSU investigation found Farah sexually harassed a former intern.

A Genesee County Circuit Court judge submitted official notice Tuesday of his plans to retire in November, after having been found responsible for sexually harassing a law student while she was interning for him.

Michigan Public
**BBC World Service**

5/28/25, 3:53 AM                          Genesee County judge sexually harassed intern, investigation finds. Now he's retiring.

while she interned for him last summer, and repeatedly retaliated against her
professionally after Ketzner rebuffed his requests to socialize privately with him after
hours.

Farah did not respond to multiple requests for comment from Michigan Radio, but
submitted a written statement to MSU denying all wrongdoing after reviewing the
evidence.

A spokesperson for Michigan State University confirmed that Farah had been an
adjunct professor at the MSU College of Law until May 15, 2021, but would not say
whether Farah resigned or was terminated.

Michigan Radio has obtained a redacted copy of the MSU Title IX office's findings and
decision in the case, and is using Ketzner's name with permission from her attorney.

Michigan Public

**BBC World Service**



*Grace Ketzner*

Grace Ketzner interned for Judge Farah last summer. MSU found her claims against Farah credible. "Of note, [Ketzner] noted that she was a law student when she brought this formal complaint, is about to sit for the bar exam, and has nothing to gain and everything to lose from raising these allegations against a sitting judge in her area," the investigation found.

Ketzner has now graduated, but she filed a formal complaint with MSU last November, two months after resigning from her internship with Farah. At the time, she was in her final year of law school. Ketzner told MSU that Farah made sexual comments to her about former students and interns, repeatedly texted her with invitations to travel with him and spend time with him privately, made multiple comments about buying her drinks, and then ignored her at work and complained about her performance to colleagues as retaliation for her refusals.

Michigan Public
**BBC World Service**

At one point during her internship, Ketzner said in the complaint, Farah told her a story about another intern who had been alone in the office kitchenette with the lights off. When the intern told Farah he could come in, Farah allegedly said "there are limits to my self-restraint, and I don't think I could control myself in a dark room with you." Farah told Ketzner, "That story about the intern … that's what I would say about you, too, Grace."

Calls and emails to Farah's office, staff, and home on Wednesday were not returned. But his repeated sexual harassment of young women who worked under him has been an "open secret," two legal professionals told Michigan Radio. One was Deborah LaBelle, an civil rights attorney in Ann Arbor. "I have heard the rumors and reports of inappropriate and sexually harassing behavior by this judge in the past," LaBelle said. "I would hope that other judges and attorneys with firsthand knowledge of this would recognize their obligations under the ethics rules to report this. Because we so need to have a judicial system at this time that we can believe in."

Two former female interns of Farah reached Wednesday said they had only positive experiences working for him. "I never felt harassed by him," said Kelly Fantetti, who interned for Farah in 2009 and is now an attorney in Florida. "My dad is an attorney in Flint and has practiced before Judge Farah and has been in that legal community for a long time. If it was an open secret, I don't think he would have let me intern for him if that were the case."

Farah was appointed to the Genesee County Circuit Court in 1998. The trials he oversaw include a Flint water crisis criminal case and the case against teens who threw rocks from an I-75 overpass. In 2017, he received the integrity award from Western Michigan University's Cooley School of Law.

**MSU finds Farah repeatedly sexually harassed law student**

At first, it was just weird, uncomfortable stories, Ketzner said. Like the one about feet.

In the summer of 2021, Farah told Ketzner, then his intern, about a previous student who "had long tan legs and pretty painted toes and feet," and that "men notice and look at these types of things," according to the MSU investigation. He also told Farah about attending a country music festival despite disliking country music, because of the "shortage of clothing" on women, most of whom wore "thong bikini bottoms" which

Michigan Public
**BBC World Service**

But then it became more explicit. Ketzner said Farah asked her to be a "typist" for a novel he wanted to write about a woman from a small town, who moves to the city and meets an older man who becomes her boss and "teaches her how to explore herself" sexually, according to the report. Ketzner said Farah read her a "very sexually suggestive" line from the prospective book that "was basically saying the boss wanted to 'f—' the young woman without explicitly saying it."

Ketzner also told MSU that Farah would repeatedly invite her on work trips with him. While Farah was in Kalamazoo for a weekend conference last summer, he sent her multiple texts Friday evening, including comments about how on the "next trip" Ketzner would dine with him and have "a glass of red wine … or 2!" After a joint presentation on Saturday, Farah invited Ketzner to lunch, but she told him she had to go to her nephew's birthday instead.

The next day at work, Farah didn't speak to her, Ketzner said, which she believed was "punishment for not responding" to his texts about wine or agreeing to have lunch with him. MSU's investigation found Farah "did negatively react to [Ketzner's] not responding to his requests to communication and socialized outside of work with him, despite his denials to the contrary."

Farah also invited Ketzner to a conference in Grand Rapids in August 2021, but Ketzner backed out "because she did not want to put herself in the position of being with [Farah] at night with alcohol." Afterwards, Farah "immediately retaliated against her by spreading negative feedback about her" to colleagues, according to the investigation.

Then Ketzner learned that she and Farah would both be in the Nashville area over the same November weekend — Ketzner for a friend's bachelorette party, and Farah for a work conference. Ketzner said Farah asked for her flight information, then booked himself on the same flight, sent her a picture of his flight itinerary, and asked if she was still going. When she said she was, Farah told her "well maybe I will see you and your friends," then added, "that is, if you want free drinks."

On September 2, 2021, Ketzner resigned her position and reported harassment, according to the MSU investigation. But Farah continued to contact her, she said, including offering her tickets to an MSU vs. Michigan football game. On September 7, Ketzner learned that Farah planned on observing her trial class at MSU College of Law.

Michigan Public
BBC World Service

5/20/2025, 3:53 AM    Genesee County judge sexually harassed intern, investigation finds. Now he's retiring.

## 'No one's telling me where to go'

After Ketzner rebuffed Farah's invitation to the Grand Rapids conference, she approached a professor for guidance. It was the same professor who taught the trial class that Farah planned to observe — Ingham County Circuit Court Judge Rosemarie Aquilina.



*Jodi Westrick  /  Michigan Radio*

Judge Rosemarie Aquilina said Ketzner told her she was being harassed by a judge. "She said, 'No one's telling me where to go, everyone's giving me confusing and mixed messages. They're saying don't report it, it's going to ruin my career.'"

Aquilina told Michigan Radio she remembers it clearly. Ketzner first told her in August that she was dealing with harassment from a judge, and she didn't know what to do. "She said, 'No one's telling me where to go, everyone's giving me confusing and mixed messages. They're saying don't report it, it's going to ruin my career.'"

Aquilina said she told Ketzner to report it to the state Judicial Tenure Commission, which investigates judicial misconduct.

That was an option Ketzner said no one else had mentioned. Aquilina thought that was unsettling. "First of all, we're in law school. Second, we're in a legal field. Any number of people [Ketzner talked to] have an obligation to tell her to go to the JTC."

Ketzner thanked her. "The posture, the body language — she's relieved." Aquilina said. "She was credible. Her pain and fear were credible."

Then Ketzner came back to Aquilina after she learned Farah was going to observe her class. "She comes to me and says, 'He's going to be coming to my class. I'm afraid.'" Aquilina said she excused Ketzner from that session of class and filed a formal complaint with her supervisor about the report she'd received from Ketzner.

Later, Ketzner told Aquilina she was "being bullied" for reporting Farah to the JTC. "And she says to me, 'I've been told my legal career is ruined before it's even started.' I said 'Grace, you're the kind of attorney everyone wants to be represented by.'"

**Farah denies allegations, but MSU finds him "not credible"**

While Farah declined to participate in interviews or hearings with MSU's investigators, the report notes Farah did submit a written statement after he reviewed the evidence, denying all allegations against him. "Generally, [Farah] noted the length he has served as a judge relative to [the law student's] length of time as his intern,'" the report said.

Farah's statement said, in part:

"Never in that time did I make sexual overtures. I never intended to make her uncomfortable. I was not told by her or her supervisor or anyone else that anything I said made her uncomfortable. Had I been aware I would have apologized, rectified the situation and not repeated any offensive statements. I deny that anything I said was sexually motivated."

Farah also denied telling Ketzner that he "couldn't control myself in a dark room with [her]." He said he did read her a short excerpt from a novel he had been working on for years, to "highlight descriptive language and the impact descriptive language can have," but denied the passage was sexual. "I commented to [Ketzner] that she could be a 'typist' for the novel when it goes to print (because I cannot type well) and she said 'yes.' She also indicated that she was impressed and said 'you just put that together?'"

But MSU's investigation repeatedly notes in the report that they find "several of [Farah's] explanations inconsistent, unbelievable, and less credible than [Ketzner's]."

"Of note, [Ketzner] noted that she was a law student when she brought this formal complaint, is about to sit for the bar exam, and has nothing to gain and everything to lose from raising these allegations against a sitting judge in her area."

Meanwhile, Farah's written accounts of events contained "some problematic information" and were "not credible, especially on several key allegations," MSU found. Farah also acknowledged that some of his communications with Ketzner were "unprofessional in content," according to the report.

While MSU found Farah's conduct met the school's definition of sexual harassment, it did not agree with Ketzner's additional claim that Farah's behavior constituted "stalking." "The conduct at issue would not cause a reasonable person to fear for the safety of themselves or others or suffer substantial emotional distress," the investigation concluded, referring to the school's definition of stalking in its internal policies. Nor did the school find Farah's behavior met the threshold of "discrimination on the basis of sex," as Ketzner claimed, because there was no mention of male interns who received different, better treatment.

**A second, unnamed witness makes similar allegations**

While MSU was investigating, a second woman also spoke with the school's Title IX office and asked to file a Witness Information Form in Ketzner's case. The woman, who does not wish to be publicly identified, was also an intern for Farah before becoming his law clerk.

In an interview with MSU on March 23, the woman told investigators she initially "witnessed behavior toward other employees that made her uncomfortable."

Farah told one intern (not Ketzner) that she "needed to be with an older man who would 'treat her right,'" according to the witness. But when that intern began applying for other jobs, "behind the scenes, Farah interfered with the intern's job opportunities. She stated she heard Farah tell other judges negative things about the intern, such as she had confidence issues and was unsure of herself. [The witness] thought it was odd Farah was attempting to deter other people from hiring her, as he kept her on his staff and obviously believed she was competent."

This witness also said Farah would invite her and female interns on work trips with him, including one occasion when he asked them to come to his hotel room. The witness said she declined.

Michigan Public
**BBC World Service**

a different job, he began sending her "messages with sexual innuendos" that were "very aggressive." One of the messages "states that his girlfriend was out of town and he 'wished she was there to help him.'"

The witness said people in the Genesee Circuit Court knew "Farah often said inappropriate things" and "excused it as just Farah being Farah" or brushing it off as just "creepy." It was "well known" that Farah had a "type of employee, pretty women" and a "level of obsession with people, a possessiveness, that lead[s] to badmouthing and retaliation." She also told MSU she decided to come forward after Ketzner reached out to her on LinkedIn, "looking for other women who had interned for Farah, and inquiring on their experience."

### Farah allowed to retire after November election

On Tuesday, Farah submitted a letter to Governor Whitmer retiring from his position, effective November 9, the day after the general election.

What's not clear is what, if any, role the Judicial Tenure Commission played in Farah's retirement. Ketzner said she filed an official grievance with the commission in October of last year, and said commission staff told her in January 2022 that they were opening an investigation. Ketzner's attorney, Sarah Prescott, confirmed these dates.

But these investigations aren't public until the commission determines the misconduct is serious enough to merit a public complaint with the Michigan Supreme Court. If so, it first sends the judge a letter informing them of the charges the commission will bring publicly in 28 days. Until that public complaint is issued at the end of the 28-day period, all details about the commission's investigation are confidential, even if they result in a "private action" (like a letter of admonition) or if a grievance is considered "dismissed" because the judge in question retires or resigns.

That confidential investigation is what Ketzner said she was told was happening with Farah. A few days ago, a staff attorney with the commission called to tell her an agreement had been reached with Judge Farah, she said. "They officially had his resignation — she said resignation, not retirement — and that we would not have to move forward with the public hearing," Ketzner said. "And she was happy that none of us would have to testify."

Michigan Public
**BBC World Service**

For Ketzner, this was a big moment. "I was elated that we had gotten to this point," she said. "They had officially removed him in their own way from the bench, which was our ultimate goal."

"The wording might not be exactly how I was hoping it would come out, but I'm also really grateful … that we're able to do this now," she said, "and let the public know why he is stepping down. And it's not on his own terms."

If Farah did agree to retire as a condition of keeping the commission's investigation from moving forward and becoming public, it wouldn't be the first time. In 2021, 5% of commission grievances were "resolved by dismissal, including those against judges who resigned or retired while under investigation," according to the commission's most recent annual report.

On Wednesday, Lynn Helland, the executive director and general counsel of the Judicial Tenure Commission, said the commission is prohibited by court rule from commenting, and could neither confirm nor deny whether the commission had received Ketzner's complaint or investigated Farah.

Ketzner said she asked the commission's staff attorney if they could provide any more details about Farah's decision to step away from the bench: was he being allowed to leave with full pay and benefits? "And she said that she could not tell me. That all she could tell me was that he would stay publicly appearing on the bench until the end of this month. And then it was her understanding from the end of August until November 9th, he would be working on writing opinions and orders, but would not be appearing in court."

But Prescott, Ketzner's attorney, said allowing a judge to retire isn't the same thing as holding a judge accountable. She said it appears the commission's preference "is to get these people to retire, so that nobody has to testify, yes. But also so the dignity and integrity of the judicial system can be protected."

Prescott said that only protects judges. "If Grace hadn't gone to MSU and they hadn't written a 50-page, single-spaced report finding severe and pervasive sex harassment, all you would have is 'a judge retired' and the word of Grace Ketzner. Because nobody else would be doing anything."

Michigan Public
**BBC World Service**

On Friday, the acting chief judge of Michigan's Seventh Judicial Circuit, Elizabeth Kelly, said Farah would no longer hear cases in person, and she acknowledged that the court had received a complaint from Ketzner about Farah's conduct last September.

"The Court immediately began an investigation and in November 2021, the results were provided to the State Court Administrative Office," Kelly said in an emailed statement. "The matter was later referred by [the administrative office] to the Judicial Tenure Commission."

Effective Friday at noon, Kelly wrote, "Judge Joseph J. Farah has been relieved of his in-person docket. Between now and his retirement in November, he will remotely complete any pending matters that were taken under advisement. Until a new judge is appointed, the court will continue its efforts to provide judicial resources for all other matters that are pending before Judge Farah."

Corrected: August 11, 2022 at 1:01 PM EDT

*The original version of this story said Judge Joseph Farah was an MSU employee until May 2022. The correct date is May 2021.*

*The original version of this story identified Deborah LaBelle as an attorney with the ACLU of Michigan. While LaBelle often does cooperating work with the ACLU of Michigan, she is not employed by the organization.*

*The original version of this story stated Farah was appointed to the Oakland County Circuit Court bench in 1998. It was Genesee County, not Oakland.*

**Tags**

| Criminal Justice & Legal System | | genesee circuit court | | sexual harassment |

| joseph farah | | Instagram |



Michigan Public
**BBC World Service**

5/29/25, 3:53 AM        Genesee County judge sexually harassed intern, investigation finds. Now he's retiring.

Case: 25-1158        Document: 00118291820        Page: 22        Date Filed: 05/29/2025        Entry ID: 6724470



### Kate Wells

Kate Wells is a Peabody Award-winning journalist currently covering public health. She was a 2023 Pulitzer Prize finalist for her abortion coverage.

See stories by Kate Wells





Michigan Public
**BBC World Service**

VOTE FOR YOUR FAVE | Best Dentists for Diapers Creation

DOWNLOAD NOW | ABC12 News Mobile App

https://www.abc12.com/news/local/genesee-county-judge-resigning-after-allegations-from-former-intern/article_adb47b18-18e9-11ed-a8aa-f7941577a98a.html

# Genesee County judge resigning after allegations from former intern

By: Ronnie Dahl and Ryan Jeltema

**Aug 10, 2022**



Genesee County Circuit Courthouse in downtown Flint

5/29/25, 3:43 AM    Genesee County judge resigning after allegations from former intern | Local | abc12.com



A former intern is accusing Genesee County Circuit Court Judge Joseph Farah of sexual harassment, leading to his resignation effective Nov. 9.

GENESEE COUNTY, Mich. (WJRT) - A Genesee County Circuit Court judge announced his resignation Wednesday after a former intern came forward with allegations of sexual harassment.

Judge Joseph Farah will step down from the bench on Nov. 9, according to a statement from Genesee County Acting Chief Judge Elizabeth Kelly. Gov. Gretchen Whitmer will appoint a successor to Farah's position.

Grace Ketzner was a third-year law student at the Michigan State University College of Law working as an intern for Farah, when she claims he harassed her from June to October 2021.

"He told me he would not be able to control himself, if he was in dark room with me. That was most upfront, said Ketzner. "When I didn't respond to these sorts of messages or engage in conversation, the next day I wouldn't be included in certain meetings."

Genesee County judge resigning after allegations from former intern | Local | abc12.com

An MSU hearing officer determined Farah, who also taught as an adjunct professor for the MSU College of Law, committed five violations against Ketzner. Farah did not face any criminal charges from the investigation, however.

Following a nearly year-long investigation, Michigan State University's Resolution Office determined evidence supported a conclusion that Farah violated the policy for sexual harassment and harassment on the basis of sex.

**TOP VIDEOS**

4    Reid Elementary School in Goodrich earns 3rd place collecting dimes for…    WATCH FULL VIDEO

Powered by minute.ly

Late Wednesday afternoon, Kelly released a statement announcing Judge Farah's resignation.

Former Gov. John Engler appointed Farah as a judge in 1998. He oversaw several high profile cases in recent years, including the Flint water crisis criminal prosecution and the deadly I-75 rock throwing case.

Ketzner was excited when she landed her internship in Farah's office.

"He told me I would be doing work with Flint water cases, so overall it sounded like a really great opportunity," she said.

But Ketzner said the harassment started almost right from the beginning and got worse as the weeks went by. She accused Farah of getting revenge when she refused to respond to some of the harassment by excluding her from meetings.

Ketzner filed the complaint with MSU when she found out Farah would be teaching one of her classes as an adjunct professor. The investigation took nearly a year before the university's Office of Resolution issued a report.

Ketzner said the MSU report is vindication for her.

"I know type of person I want to be and type of attorney to become -- someone who stands up against injustices like this," she said. "I think it's happened for way to long."

Farah did not respond to messages seeking comment because he was out of town Wednesday to attend a conference.

---

**Subscribe to receive breaking news, daily headlines, latest forecast, local sports and more with ABC12 News email alerts.**

**MORE INFORMATION**



**Judge Farah's in-person docket removed after sexual harassment allegations**

5/20/25, 3:43 AM                    Genesee County judge resigning after allegations from former intern | Local | abc12.com

Deal allowing Judge Farah to retire amid allegations may remain secret

Retiring Genesee County Judge Joseph Farah's name will be on the November ballot

---

## Ryan Jeltema

Digital News Producer

---

## Ronnie Dahl

Weekend Anchor and Reporter

Ronnie Dahl is the weekend evening anchor and a reporter for ABC12 News

**Nos. 25-1169 & 25-1170**

---

**UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT**

---

No. 25-1169

O. DOE; BRAZILIAN WORKER CENTER; LA COLABORATIVA

*Plaintiffs-Appellees,*

v.

DONALD J. TRUMP, in their official capacity as President of the
United States; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in
their official capacity as Secretary of State; U.S. SOCIAL SECURITY
ADMINISTRATION; MICHELLE KING, in their official capacity as
Acting Commissioner of Social Security,

*Defendants-Appellants.*

_____

No. 25-1170

STATE OF NEW JERSEY; COMMONWEALTH OF
MASSACHUSETTS; STATE OF CALIFORNIA; STATE OF
COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE;
DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF MAINE;
STATE OF MARYLAND; DANA NESSEL, Attorney General for the
People of the State of Michigan; STATE OF MINNESOTA; STATE OF
NEVADA; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE
OF NORTH CAROLINA; STATE OF RHODE ISLAND; STATE OF
VERMONT; STATE OF WISCONSIN; CITY AND COUNTY OF SAN
FRANCISCO,

*Plaintiffs-Appellees,*

v.

DONALD J. TRUMP, in their official capacity as President of the
United States; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in
their official capacity as Secretary of State; U.S. DEPARTMENT OF
HOMELAND SECURITY; KRISTI NOEM, in their official capacity as
Secretary of Homeland Security; U.S. DEPARTMENT OF HEALTH
AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in their
official capacity as Secretary of Health and Human Services; U.S.