

**MEL JONES JR <jonesjrmel@gmail.com>**

---

**( RE: BK-7 #24-32224 ).... Hey, Drew.... It appears that the US Department of Education is NOT honoring the fact that my Student Loans were discharged in my BK-7**
1 message

---

**MEL JONES JR** <jonesjrmel@gmail.com>                 Thu, May 29, 2025 at 5:19 AM
To: Drew Millitello <drew@detroitlawyers.com>
Cc: Colleen Connors <CMColleen4@gmail.com>, MEL JONES JR <jonesjrmel@gmail.com>
Bcc: UrbanForestNewYork@gmail.com, Mel jones jr <meljonesjr@gmail.com>

*May 29th, 2025*

*RE: BK-7 #24-32224*

*Good morning Drew,*
*No surprise here.... but it appears that the current US Department of Education is NOT honoring the fact that my Bk-7 discharge also "covered" my Federal Student Loans.  This apparent mistake could be due to the Dept. of Education's layoffs and the fact that president Donald Trump [e.g. as best that I can understand] has "reduced the US Department of Education to an empty office building].*
*But, nonetheless.... they have not and did NOT challenge said BK discharge of my student loans.  Please let me know [IF] the trustee should be alerted to this issue.*

5/29/25, 6:19 AM  Gmail - (RE: BK 1 #24-32224 ):  Hey, Drew... It appears that the US Department of Education is NOT honoring the fact that my St…

Case: 25-1158          Document: 00118291833          Page: 2          Date Filed: 05/29/2025          Entry ID: 6724471

Thank you,
/s/
~Melvin Jones Jr.
email: jonesjrmel@gmail.com

---

📄 **Gmail - Use Auto Pay To Stay on Track With Your Student Loan.pdf**
190K