

**Proof of Email Service**   MEL JONES JR <jonesjrmel@gmail.com>

## #25-1158 { Docket Text: NOTICE : Bonins two-year-old Black son was bouncing off what was apparently a parade float, and said he was difficult to control. she said, going on to say in Spanish parece changuito which in English means he/BLACK BOY" he looks like a little monkey. filed by Appellants Colleen Connors and Melvin Jones, Jr.. Served on 05/30/2025. [25-1158]}....

1 message

**MEL JONES JR** <jonesjrmel@gmail.com>                                                             Fri, May 30, 2025 at 5:27 AM
To: "mwolock@wolocklaw.com" <mwolock@wolocklaw.com>, Deborah Greenspan <deborah.greenspan@blankrome.com>, "pnapoli_napolilaw.com" <pnapoli@napolilaw.com>, uri.s.fuchs@usdoj.gov, SupremeCtBriefs@usdoj.gov, derek.l.weiss@usdoj.gov, Zeldin.Lee@epa.gov, mobrien@irli.org, chajec@irli.org, gcanaan@irli.org, gwv@dcglaw.com, tmccotter@boydengray.com, daniel.epstein@aflegal.org, "jon@publicrightsproject.org" <jon@publicrightsproject.org>, serviceS3@michigan.gov, giovanatiN@michigan.gov, Stacey.Metro@ag.ny.gov, Annabelle.Wilmott@doj.ca.gov, Lorraine.Lopez@doj.ca.gov, Delbert.Tran@doj.ca.gov, zoe.levine@ag.ny.gov, Irina.Trasovan@doj.ca.gov, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, jgrayson@nmdoj.gov, molly.alarcon@sfcityatty.org, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, shannon.stevenson@coag.gov, ksadeck@riag.ri.gov, jared.b.cohen@mass.gov, john.keller@ag.state.mn.us, johnsonkarpg@doj.state.wi.us, julio.thompson@vermont.gov, dmosteller@ncdoj.gov, "jeremy.feigenbaum@njoag.gov" <Jeremy.feigenbaum@njoag.gov>, shankar.duraiswamy@njoag.gov, Viviana.hanley@njoag.gov, shefali.saxena@law.njoag.gov, Elizabeth.walsh@law.njoag.gov, HStern@ag.nv.gov, akirschner@oag.state.md.us, Janelle.Medeiros@ct.gov, PolicyOffice@epa.gov, EIS-Filing@epa.gov, education@epa.gov, NEPAssisthelp@epa.gov, NEPA@epa.gov, eric.wessan@ag.iowa.gov, matt.rice@ag.tn.gov, nlindzen@corpfraudlaw.com, sara.eisenberg@sfcityatty.org, MEL JONES JR <jonesjrmel@gmail.com>, Colleen Connors <CMColleen4@gmail.com>, osedwick@lawyerscommittee.org, ecaspar@lawyerscommittee.org, csdubov@debevoise.com, ntsang@debevoise.com, sdthomas@debevoise.com, jjpastore@debevoise.com
Cc: Colleen Connors <CMColleen4@gmail.com>, "Acosta-Fox, Ashley" <AcostaFox.Ashley@epa.gov>, "Marissa.Malouff@doj.ca.gov" <Marissa.Malouff@doj.ca.gov>, "vanessa.kassab@delaware.gov" <vanessa.kassab@delaware.gov>, "kaliko.d.fernandes_hawaii_gov" <kaliko.d.fernandes@hawaii.gov>, "jeremy.feigenbaum@njoag.gov" <jeremy.feigenbaum@njoag.gov>, "harrist19@michigan.gov" <harrist19@michigan.gov>, "eng.connie@epa.gov" <eng.connie@epa.gov>, "egle-nondiscriminationCC@michigan.gov" <egle-nondiscriminationCC@michigan.gov>, "Cormack, Hayley" <Cormack.Hayley@epa.gov>, "EGLE-Accessibility@michigan.gov" <EGLE-Accessibility@michigan.gov>, "Faltin, Todd (he/they)" <Faltin.Todd@epa.gov>, "Oviedo, Luis" <oviedo.luis@epa.gov>, "MacMillan-Sanchez, Ariel (she/her/hers)" <MacmillanSanchez.Ariel@epa.gov>, "Johnson, Johahna (she/her/hers)" <Johnson.Johahna@epa.gov>, "Mason, Trinita" <Mason.Trinita@epa.gov>, "Moore, Tammy" <moore.tammy@epa.gov>, "Walts, Alan (he/him/his)" <walts.alan@epa.gov>, Deborah Greenspan <deborah.greenspan@blankrome.com>, "Risley, David" <Risley.David@epa.gov>, "tmlewis@cityofflint.com" <tmlewis@cityofflint.com>, "cmcgehee@pittlawpc.com" <cmcgehee@pittlawpc.com>, "eric.a.rey@usdoj.gov" <eric.a.rey@usdoj.gov>, "Jason.T.Cohen@usdoj.gov" <Jason.T.Cohen@usdoj.gov>, "OIG_Hotline@epa.gov" <OIG_Hotline@epa.gov>, Corey <cstern@levylaw.com>, Patrick Lanciotti <PLanciotti@napolilaw.com>, "dpettway@cityofflint.com" <dpettway@cityofflint.com>, "saneeley@cityofflint.com" <saneeley@cityofflint.com>, "mbard@cityofflint.com" <mbard@cityofflint.com>, "michelle.t.domingue.II@usdoj.gov" <michelle.t.domingue.II@usdoj.gov>, "Kaplan, Robert (he/him/his)" <kaplan.robert@epa.gov>, Mel jones jr <meljonesjr@gmail.com>, "marianne.f.kies@usdoj.gov" <marianne.f.kies@usdoj.gov>, "daniel.c.eagles@usdoj.gov" <daniel.c.eagles@usdoj.gov>, "kuhlr@michigan.gov" <kuhlr@michigan.gov>, "gambilln@michigan.gov" <gambilln@michigan.gov>, "MitosinkaA@michigan.gov" <MitosinkaA@michigan.gov>, "gaiello@mayerbrown.com" <gaiello@mayerbrown.com>, "jkuptz@cityofflint.com" <jkuptz@cityofflint.com>, "dfaraci@campbell-trial-lawyers.com" <dfaraci@campbell-trial-lawyers.com>, "alin@eisnerlaw.com" <alin@eisnerlaw.com>, "ccmushatt@cityofflint.com" <ccmushatt@cityofflint.com>, "heidy.gonzalez@usdoj.gov" <heidy.gonzalez@usdoj.gov>, AG attorney as to MI COC civil case #23-000115-MZ <bettenhausenm@michigan.gov>, robinsonr11 <robinsonr11@michigan.gov>, Justus Brown <jubrown@cityofflint.com>, Kameshia Ar-Rahmaan <kar-rahmaan@cityofflint.com>, Davina Donahue <ddonahue@cityofflint.com>, City of Flint Clerk's Office <cityclerk@cityofflint.com>, Davina Donahue <CouncilPublicComment@cityofflint.com>, "trachelleyoung@gmail.com" <trachelleyoung@gmail.com>, Ladel Lewis <llewis@cityofflint.com>, Judy Priestley <jpriestley@cityofflint.com>, Tonya Burns <tburns@cityofflint.com>, Mark Cuker <mark@cukerlaw.com>, "michael.l.williams@usdoj.gov" <michael.l.williams@usdoj.gov>, "molsen@mayerbrown.com" <molsen@mayerbrown.com>, "jcampbell@campbell-trial-lawyers.com" <jcampbell@campbell-trial-lawyers.com>, "mnguyen-dang@mayerbrown.com" <mnguyen-dang@mayerbrown.com>, "pnapoli_napolilaw.com" <pnapoli@napolilaw.com>, Renee Auten

<rauten@thelandbank.org>, Jennifer Riggs <jriggs@thelandbank.org>, Jeremy Maltz <jeremy@lehotskykeller.com>, "hammoudf1@michigan.gov" <HammoudF1@michigan.gov>, Michigan Attorney General <miag@michigan.gov>, "dweyre@mcalpinepc.com" <dweyre@mcalpinepc.com>, "g@mayerbrown.com" <g@mayerbrown.com>, "ljiang@susmangodfrey.com" <ljiang@susmangodfrey.com>, mpitt <mpitt@pittlawpc.com>, Hunter Shkolnik <hunter@napolilaw.com>, "arosenman@mayerbrown.com" <arosenman@mayerbrown.com>, Theodore Leopold <tleopold@cohenmilstein.com>, Emmy Levens <elevens@cohenmilstein.com>, Flint Mayor <mayor@cityofflint.com>, "frank.bednarz@hlli.org" <frank.bednarz@hlli.org>, "ted.frank@hlli.org" <ted.frank@hlli.org>, Diane <russell.diane@epa.gov>, Amanda Trujillo <atrujillo@cityofflint.com>, "King-Piepenbrok, Pier (AG)" <KingP1@michigan.gov>, "jonhoma@sinasdramis.com" <jonhoma@sinasdramis.com>, "val@vlwlegal.com" <val@vlwlegal.com>, "sdg@miller.law" <sdg@miller.law>, "sparadise@eisnerlaw.com" <sparadise@eisnerlaw.com>, "echeverria.marietta@epa.gov" <echeverria.marietta@epa.gov>, "thompkins.anita@epa.gov" <thompkins.anita@epa.gov>, "burneson.eric@epa.gov" <burneson.eric@epa.gov>, "travers.david@epa.gov" <travers.david@epa.gov>, "waters.tom@epa.gov" <waters.tom@epa.gov>, "davis.angela@epa.gov" <davis.angela@epa.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, nlindzen@corpfraudlaw.com, franklmcnamara@gmail.com, mriordan@publicinterestlegal.org, eric.hamilton@usdoj.gov, "ryan@mclanelaw.com" <ryan@mclanelaw.com>, Zeldin.Lee@epa.gov, zoe.levine@ag.ny.gov, Sedalia.JonesKennelly@blankrome.com, rick.brooks@blankrome.com, steven.ury@seiu.org, MEL JONES JR <jonesjrmel@gmail.com>
Bcc: UrbanForestNewYork@gmail.com, Mel jones jr <meljonesjr@gmail.com>

# May 30th, 2025

## TO: ALL… and;

## To: U.S. President Donald Trump via the US Solicitor General (and) ….to;

To: **Flint Water Crisis Special Master Deborah Greenspan [and] Flint Water Crisis - "Master Guardia(n Ad Litem"Marian Wolock**….

Miriam Z. Wolock (P49434)
Master Guardian Ad Litem
LAW OFFICES OF MIRIAM Z. WOLOCK, PLLC
40900 Woodward Avenue, Suite 100
Bloomfield Hills, MI 48304
(248) 633-2630
mwolock@wolocklaw.com

[and] TO: [ALL]....

From: Melvin Jones Jr. - disabled FWC claimant
1935 Hosler St.
Flint, Michigan 48503
email: jonesjrmel@gmail.com

Good morning,

Please READ this email and the attachments affixed hereto.... VERY carefully and thoroughly.  Please see the attached NOTICE filing in pro se appeal #25-1158; as to our POST JUDGMENT MOTION to expedite [ { **Docket Text: NOTICE : Bonins two-year-old Black son was bouncing off what was apparently a parade float, and said he was difficult to control.  she said, going on to say in Spanish parece changuito**

5/30/25, 6:27 AM	Gmail - #25-1158 {Docket Text: NOTICE: Bonnis 6yr-year-old Black son was bouncing off what was apparently a parade float, and…

Case: 25-1158     Document: 00118292485     Page: 4     Date Filed: 05/30/2025     Entry ID: 6724803

**which in English means he/BLACK BOY" he looks like a little monkey. filed by Appellants Colleen Connors and Melvin Jones, Jr.. Served on 05/30/2025. [25-1158]}...** ]. ==Additionally --- as to the WHOLE illegal immigration matter which is for sure intertwinded with mass invasion birth right citizenship scams.... the issue arises as to an important question. Which is this: HOW MANY.... yes, how many RACIST hispanics/ latinos and racist asians [e.g. who literally come to the United States to STEAL our precious monetary resources (e.g. FREE MEDICAL CARE and FREE FOOD and FREE HOUSING).... and all the while look at blacks in general as "bothersome monkeys"?== And for that matter.... HOW FAR, yes ....==how far has the BLACK RACE "gone forward" to coin a silly gibberish term which the City of Flint/ City of Flint Mayor (pink panty) Sheldon Neeley often uses..... and so how far has the black race actually come with DEI, and FALSE lawsuits as to the Flint Water Crisis... which blame lead for POOR parenting, and the woke (**_ignorant_**==

5/30/25, 6:27 AM                   Gmail - #25-1158 (Docket Text: NOTICE. Bonins 19-year-old Black son was bouncing of what was apparently a parade float, and…

Case: 25-1158         Document: 00118292485         Page: 5         Date Filed: 05/30/2025         Entry ID: 6724803

*worship by both uber woke Black and White folks [e.g. American Citizens of ALL races] bat-shit and shit brained worship of violent gansta-rappers*), *and the ONGOING FACT that there are alot of black men who have children and DO NOT EVER TRY to be part of their childs life in a meaningful manner?   Notwithstanding that there are A LOT of Black men who are GAY - FAGGOTS on the "down low" ....(yep, when Colleen and I first arrived in the State of Michigan --- my primary doctor literally over the course of approx. 1 or 2 years administered [as best that I can recall] four or five AIDS tests... which she explained was because there are sooooo many Black men in Detroit and Michigan who are SECRETLY gay and DRUG users and carry AIDS)*.    *Yeah --- so to Flint Mayor Sheldon Neeley.... [I] ask..... HOW MANY FLINT RESIDENTS [e.g. native flint folk] have AIDS ....which has NOTHING to do with the Flint Water Crisis at all?* *Also, to Flint Water Crisis special master*

# Deborah Greenspan…..did you know that there are approx. 10 (TEN) different types of AIDS?

[Screenshot of CM/ECF filing interface showing:]

**Type of Document**
Notice (general)

**Party Filer**
Connors, Colleen (Appellant-Interested Party) 25-1158
Jones, Melvin, Jr. (Appellant-Interested Party) 25-1158

**Service**
05/30/2025

**Upload Documents**
Los Angeles city council president resigns from post over racist comments _ Los Angeles _ The Guardian.pdf (5 pages)
Kevin de León_ 'No, I will not resign' - Los Angeles Times.pdf (6 pages)
Fallout from racism scandal keeps shaking LA City Council _ PBS News.pdf (2 pages)
LA Councilman de Leon says he will not resign amid uproar _ AP News.pdf (3 pages)

**Docket Text**
NOTICE : Bonin's two-year-old Black son was bouncing off what was apparently a parade float, and said he was difficult to control. " she said, going on to say in Spanish "parece changuito" – which in English means "he/BLACK BOY" "he looks like a little monkey". filed by Appellants Colleen Connors and Melvin Jones, Jr.. Served on 05/30/2025. [25-1158]

SEE ATTACHED.
Best
   /s/
   Disabled teddy bear/ *Melvin Jones Jr*./ - Flint Water Crisis Claimant 🐻
   email: jonesjrmel@gmail.com
   1935 Hosler St.
   Flint, Michigan 48503

[Signatures: Colleen Connors, Melvin Jones Jr.]

---

**2 attachments**

📄 **Gmail - 25-1158 State of New Jersey, et al v. Jones, et al _Notice (general)_.pdf**
89K

📄 **Los Angeles city council president resigns from post over racist comments _ Los Angeles _ The Guardian.pdf**
6625K