Case: 25-1158   Document: 00118292583   Page: 1   Date Filed: 05/30/2025   Entry ID: 6724861

5/30/25, 9:42 AM                Gmail - I witnessed you lose your balance and nearly topple over while you were wiping dust from the front of your house due to a v...

 Notice

MEL JONES JR <jonesjrmel@gmail.com>

---

**I witnessed you lose your balance and nearly topple over while you were wiping dust from the front of your house due to a very bad dizzy spell, possibly syncope**
1 message

---

**Colleen Connors** <cmcolleen4@gmail.com>                                   Fri, May 30, 2025 at 9:41 AM
To: MEL JONES JR <jonesjrmel@gmail.com>
Cc: Colleen Connors <CMColleen4@gmail.com>

DATE: May 30, 2025

Mel,

Yesterday at approximately 2:15 p.m., you and I were outside in the front yard tidying it. When you were wiping dust from the front of the house, I witnessed you lose your balance and nearly topple over—despite the fact that you were holding onto your outdoor walker.

All of a sudden, you were trying to stop yourself from falling. It seems that you had a very bad dizzy spell, possibly syncope. You did manage to regain your balance, by grabbing onto both your outdoor walker and the house.

By my observation (and a concerning point), if one of the violent neighbors or one of their vicious pit-bull type dogs had been attacking you

5/30/25, 8:48 AM	Gmail - I witnessed you lose your balance and nearly topple over while you were wiping dust from the front of your house due to a v…

Case: 25-1158   Document: 00118292583   Page: 2   Date Filed: 05/30/2025   Entry ID: 6724861

at that moment, there would have been nothing that you or I could have done in response—you certainly would not have been able to get away from them or it.

Simply put, this is an example of how you are permanently and totally disabled.

- Colleen

5-30-2025

 Gmail  Colleen Connors <cmcolleen4@gmail.com>

# May 27, 2025 call to Genesee Animal Control about loose, aggressive pit bull-type dog that belongs to woman who lives at 1921 Hosler Street

Colleen Connors <cmcolleen4@gmail.com>   Tue, May 27, 2025 at 11:38 AM
To: MEL JONES JR <jonesjrmel@gmail.com>
Cc: Colleen Connors <CMColleen4@gmail.com>

DATE: May 27, 2025

Mel,

Today at 11:15 a.m., I called Genesee Animal Control and spoke with Dispatcher Shelly. I complained specifically about the aggressive dark gray/light black pit bull-type dog that belongs to the woman who lives at 1921 Hosler Street and that this dog was running loose yesterday afternoon and threatening you and me while you and I were outside in the front yard (of 1935 Hosler Street).

I explained to Shelly that you are disabled and on a walker and that I am your informal caregiver and that the dog was advancing

towards us while you were tidying your front yard, so I got in my car and unlocked the passenger side door in case you needed to retreat to the car. I also explained that I believe the woman who lives at 1921 Hosler Street is using her dog as a weapon to harass me because I am White and Jewish (and she is Black) and that this is an ongoing issue and I just want it to stop.

Shelly said that she will have someone go out [to speak with the woman who lives at 1921 Hosler Street about her dog] either today or tomorrow and that I could follow up with her [Shelly] tomorrow afternoon between the hours of 12:00 noon and 4:00 p.m.

- Colleen

   Colleen Connors <cmcolleen4@gmail.com>

## 05.29.25 Conversation with Genesee Animal Control Dispatcher Shelly

**Colleen Connors** <cmcolleen4@gmail.com>                                       Thu, May 29, 2025 at 12:25 PM
To: MEL JONES JR <jonesjrmel@gmail.com>
Cc: Colleen Connors <CMColleen4@gmail.com>

DATE: May 29, 2025

Mel,

Today at 11:55 a.m., I spoke with Shelly, the Dispatcher at Genesee County Animal Control. She said that they had already gone out this morning to both 1921 Hosler Street and 1942 Hosler Street. Neither person answered their door, though, so Animal Control a flyer at each house that details the County licensing & leash laws.

Shelly checked her database and said that neither 1921 Hosler Street nor 1942 Hosler Street has their dog(s) licensed. Shelly said that it is important to call Animal Control every time I see a dog outside without a leash because it

establishes a paper trail. Shelly emphasized that sooner or later, Animal Control will make contact with the dog owners and be able to ticket them.

I believe that the dog owners who live at 1921 Hosler Street and 1942 Hosler Street are trying to game the system by putting their dogs out (i.e., unleashed) during the morning, late afternoon, evening, night, weekends, and holidays when they know that Animal Control is closed. For example, when I take out the trash on Thursday evenings or retrieve the garbage cans Friday morning after the trash pickup, these dog owners put out their unleashed dogs to harass me.

Shelly said that even if it is after hours and Animal Control is closed, if I see a dog outside without a leash, then I should call and leave a message; Shelly will add the note to her file the following business day.

Also, Shelly stated that if Animal Control comes by one of the dog owners' houses and their dog is unleashed and off of their property, then Animal Control will take the dog.

- Colleen