6/4/25, 7:16 AM          Gmail - To: FWC special Master Deborah Greenspan: God's Favor, Blessing and Grace is upon you and EPIQ FWC claims administ…

Case: 25-1158     Document: 00118294577      Page: 1      Date Filed: 06/04/2025      Entry ID: 6725870



# Gmail — Letter

MEL JONES JR <jonesjrmel@gmail.com>

## To: FWC special Master Deborah Greenspan: God's Favor, Blessing and Grace is upon you and EPIQ FWC claims administrator and [ME]... ...so, EACH morning --- lets thank GOD almighty for the successful completion of the FWC claims process.... that God's will be done !!!

1 message

**MEL JONES JR** <jonesjrmel@gmail.com>                                                                                      Wed, Jun 4, 2025 at 7:16 AM
To: "mwolock@wolocklaw.com" <mwolock@wolocklaw.com>, Deborah Greenspan <deborah.greenspan@blankrome.com>, "pnapoli_napolilaw.com" <pnapoli@napolilaw.com>, uri.s.fuchs@usdoj.gov, SupremeCtBriefs@usdoj.gov, derek.l.weiss@usdoj.gov, Zeldin.Lee@epa.gov, mobrien@irli.org, chajec@irli.org, gcanaan@irli.org, gwv@dcglaw.com, tmccotter@boydengray.com, daniel.epstein@aflegal.org, "jon@publicrightsproject.org" <jon@publicrightsproject.org>, serviceS3@michigan.gov, giovanatiN@michigan.gov, Stacey.Metro@ag.ny.gov, Annabelle.Wilmott@doj.ca.gov, Lorraine.Lopez@doj.ca.gov, Delbert.Tran@doj.ca.gov, zoe.levine@ag.ny.gov, Irina.Trasovan@doj.ca.gov, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, jgrayson@nmdoj.gov, molly.alarcon@sfcityatty.org, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, shannon.stevenson@coag.gov, ksadeck@riag.ri.gov, jared.b.cohen@mass.gov, john.keller@ag.state.mn.us, johnsonkarpg@doj.state.wi.us, julio.thompson@vermont.gov, dmosteller@ncdoj.gov, "jeremy.feigenbaum@njoag.gov" <Jeremy.feigenbaum@njoag.gov>, shankar.duraiswamy@njoag.gov, Viviana.hanley@njoag.gov, shefali.saxena@law.njoag.gov, Elizabeth.walsh@law.njoag.gov, HStern@ag.nv.gov, akirschner@oag.state.md.us, Janelle.Medeiros@ct.gov, PolicyOffice@epa.gov, EIS-Filing@epa.gov, education@epa.gov, NEPAssisthelp@epa.gov, NEPA@epa.gov, eric.wessan@ag.iowa.gov, matt.rice@ag.tn.gov, nlindzen@corpfraudlaw.com, sara.eisenberg@sfcityatty.org, MEL JONES JR <jonesjrmel@gmail.com>, Colleen Connors <CMColleen4@gmail.com>, osedwick@lawyerscommittee.org, ecaspar@lawyerscommittee.org, csdubov@debevoise.com, ntsang@debevoise.com, sdthomas@debevoise.com, jjpastore@debevoise.com
Cc: Colleen Connors <CMColleen4@gmail.com>, "Acosta-Fox, Ashley" <AcostaFox.Ashley@epa.gov>, "Marissa.Malouff@doj.ca.gov" <Marissa.Malouff@doj.ca.gov>, "vanessa.kassab@delaware.gov" <vanessa.kassab@delaware.gov>, "kaliko.d.fernandes_hawaii_gov" <kaliko.d.fernandes@hawaii.gov>, "jeremy.feigenbaum@njoag.gov" <jeremy.feigenbaum@njoag.gov>, "harrist19@michigan.gov" <harrist19@michigan.gov>, "eng.connie@epa.gov" <eng.connie@epa.gov>, "egle-nondiscriminationCC@michigan.gov" <egle-nondiscriminationCC@michigan.gov>, "Cormack, Hayley" <Cormack.Hayley@epa.gov>, "EGLE-Accessibility@michigan.gov" <EGLE-Accessibility@michigan.gov>, "Faltin, Todd (he/they)" <Faltin.Todd@epa.gov>, "Oviedo, Luis" <oviedo.luis@epa.gov>, "MacMillan-Sanchez, Ariel (she/her/hers)" <MacmillanSanchez.Ariel@epa.gov>, "Johnson, Johahna (she/her/hers)" <Johnson.Johahna@epa.gov>, "Mason, Trinita" <Mason.Trinita@epa.gov>, "Moore, Tammy" <moore.tammy@epa.gov>, "Walts, Alan (he/him/his)" <walts.alan@epa.gov>, Deborah Greenspan <deborah.greenspan@blankrome.com>, "Risley, David" <Risley.David@epa.gov>, "tmlewis@cityofflint.com" <tmlewis@cityofflint.com>, "cmcgehee@pittlawpc.com" <cmcgehee@pittlawpc.com>, "eric.a.rey@usdoj.gov" <eric.a.rey@usdoj.gov>, "Jason.T.Cohen@usdoj.gov" <Jason.T.Cohen@usdoj.gov>, "OIG_Hotline@epa.gov" <OIG_Hotline@epa.gov>, Corey <cstern@levylaw.com>, Patrick Lanciotti <PLanciotti@napolilaw.com>, "dpettway@cityofflint.com" <dpettway@cityofflint.com>, "saneeley@cityofflint.com" <saneeley@cityofflint.com>, "mbard@cityofflint.com" <mbard@cityofflint.com>, "michelle.t.domingue.II@usdoj.gov" <michelle.t.domingue.II@usdoj.gov>, "Kaplan, Robert (he/him/his)" <kaplan.robert@epa.gov>, Mel jones jr <meljonesjr@gmail.com>, "marianne.f.kies@usdoj.gov" <marianne.f.kies@usdoj.gov>, "daniel.c.eagles@usdoj.gov" <daniel.c.eagles@usdoj.gov>, "kuhlr@michigan.gov" <kuhlr@michigan.gov>, "gambilln@michigan.gov" <gambilln@michigan.gov>, "MitosinkaA@michigan.gov" <MitosinkaA@michigan.gov>, "gaiello@mayerbrown.com" <gaiello@mayerbrown.com>, "jkuptz@cityofflint.com" <jkuptz@cityofflint.com>, "dfaraci@campbell-trial-lawyers.com" <dfaraci@campbell-trial-lawyers.com>, "alin@eisnerlaw.com" <alin@eisnerlaw.com>, "ccmushatt@cityofflint.com" <ccmushatt@cityofflint.com>, "heidy.gonzalez@usdoj.gov" <heidy.gonzalez@usdoj.gov>, AG attorney as to MI COC civil case #23-000115-MZ <bettenhausenm@michigan.gov>, robinsonr11 <robinsonr11@michigan.gov>, Justus Brown <jubrown@cityofflint.com>, Kameshia Ar-Rahmaan <kar-rahmaan@cityofflint.com>, Davina Donahue <ddonahue@cityofflint.com>, City of Flint Clerk's Office <cityclerk@cityofflint.com>, Davina Donahue <CouncilPublicComment@cityofflint.com>, "trachelleyoung@gmail.com" <trachelleyoung@gmail.com>, Ladel Lewis <llewis@cityofflint.com>, Judy Priestley <jpriestley@cityofflint.com>, Tonya Burns <tburns@cityofflint.com>, Mark Cuker <mark@cukerlaw.com>, "michael.l.williams@usdoj.gov" <michael.l.williams@usdoj.gov>, "molsen@mayerbrown.com" <molsen@mayerbrown.com>, "jcampbell@campbell-trial-lawyers.com" <jcampbell@campbell-trial-lawyers.com>, "mnguyen-dang@mayerbrown.com" <mnguyen-dang@mayerbrown.com>, "pnapoli_napolilaw.com" <pnapoli@napolilaw.com>, Renee Auten <rauten@thelandbank.org>, Jennifer Riggs <jriggs@thelandbank.org>, Jeremy Maltz <jeremy@lehotskykeller.com>,

"hammoudf1@michigan.gov" <HammoudF1@michigan.gov>, Michigan Attorney General <miag@michigan.gov>, "dweyre@mcalpinepc.com" <dweyre@mcalpinepc.com>, "g@mayerbrown.com" <g@mayerbrown.com>, "ljiang@susmangodfrey.com" <ljiang@susmangodfrey.com>, mpitt <mpitt@pittlawpc.com>, Hunter Shkolnik <hunter@napolilaw.com>, "arosenman@mayerbrown.com" <arosenman@mayerbrown.com>, Theodore Leopold <tleopold@cohenmilstein.com>, Emmy Levens <elevens@cohenmilstein.com>, Flint Mayor <mayor@cityofflint.com>, "frank.bednarz@hlli.org" <frank.bednarz@hlli.org>, "ted.frank@hlli.org" <ted.frank@hlli.org>, Diane <russell.diane@epa.gov>, Amanda Trujillo <atrujillo@cityofflint.com>, "King-Piepenbrok, Pier (AG)" <KingP1@michigan.gov>, "jonhoma@sinasdramis.com" <jonhoma@sinasdramis.com>, "val@vlwlegal.com" <val@vlwlegal.com>, "sdg@miller.law" <sdg@miller.law>, "sparadise@eisnerlaw.com" <sparadise@eisnerlaw.com>, "echeverria.marietta@epa.gov" <echeverria.marietta@epa.gov>, "thompkins.anita@epa.gov" <thompkins.anita@epa.gov>, "burneson.eric@epa.gov" <burneson.eric@epa.gov>, "travers.david@epa.gov" <travers.david@epa.gov>, "waters.tom@epa.gov" <waters.tom@epa.gov>, "davis.angela@epa.gov" <davis.angela@epa.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, nlindzen@corpfraudlaw.com, franklmcnamara@gmail.com, mriordan@publicinterestlegal.org, eric.hamilton@usdoj.gov, "ryan@mclanelaw.com" <ryan@mclanelaw.com>, Zeldin.Lee@epa.gov, zoe.levine@ag.ny.gov, Sedalia.JonesKennelly@blankrome.com, rick.brooks@blankrome.com, steven.ury@seiu.org, MEL JONES JR <jonesjrmel@gmail.com>
Bcc: UrbanForestNewYork@gmail.com, Mel jones jr <meljonesjr@gmail.com>

> *June 4th, 2025*
>
> ## To the FWC special master - Deborah Greenspan) and [to] ALL:
>
> ## Good morning,

*As [I] meditate on God's Word and His emense Favor and Grace and Blessing upon my life.... literally since birth --- and of course NOW.... [I] come into agreement with God and pastor Joel Osteen --- that EACH morning ...[I] will "set my mind for VICTORY".*

## And - so, God's Favor, Blessing and Grace is upon you and EPIQ FWC claims administrator and [ME]... ...so, EACH

# morning --- lets thank GOD almighty for the successful completion of the FWC claims process.... that God's will be done !!!



Deborah E. Greenspan
Blank Rome LLP
Partner and Co-Chair of Energy, Environment & Mass Torts Practice Group

Deborah Greenspan is a partner at Blank Rome LLP. She served as Deputy Special Master in the September 11th Victim Compensation Fund program for over 9 years and was responsible for developing terms, guidelines and protocols for evaluating claims and providing compensation to victims of the terrorist attacks. She also served as Special Master evaluating damages in several cases involving claims by victims of terrorist attacks conducted outside the U.S. She has extensive experience in creating compensation systems, analyzing claims and working with constituent groups to fashion resolutions in situations involving mass claims. Currently, she is Special Master in the Flint Water Cases involving claims of damage related to contaminated water. She is a member of the Board of Overseers for the Rand Institute for Civil Justice and is on the Board of the Academy of Court-Appointed Masters.

*Yes - special master Deborah Greenspan.... BULLIES such as Flint Mayor Sheldon Neeley ...at the end of the day ---* **[I] have seen OVER and OVER in my life.... that ...in sum that a BULLY such as Flint Mayor Sheldon Neeley is a COWARD (e.g. an "abuser of woman who hides behind his/**

6/4/25, 5:16 AM	Gmail - To: FWC Special Master Deborah Greenspan, God's Favor, Blessing and Grace is upon you and BE IT FWC claims administ…

Case: 25-1158     Document: 00118294577     Page: 4     Date Filed: 06/04/2025     Entry ID: 6725870

**Mr. Neeley's position of authority to NOT get caught")**.... also Mr. Flint Mayor Sheldon Neeley.... FULLY lacks TRUE FAITH to ADMIT his wrong as to the two "murdered" children and as to Mr. Flint Mayor Sheldon Neeley's wrongful termination of former Fire Chief BARTON {e.g. who is a TRULY blessed dude ...because [he] would NOT lie for Mr. Neeley}.... in short, there is a SPECIAL place in HEAVEN for Mr. BARTON.

p.s. ...yeah - I think that FWC plaintiff's attorney Corey Stern will SOON need 4 (four) 1st class tickets to Colorado ...so that Corey +1 and Me + 1 {e.g. Colleen} can visit the ASPEN SKI LODGE.... where I will take lots of naps and enjoy the FOOD while Corey, and his +1 and Colleen ski the "bunny slopes".... and such SHOULD be expensed to the FWC settlement fund... because we will be discussing the FWC settlement "logistics" --- 😂😊😃😀😐😂😂😂😂.

6/4/25, 9:16 AM	Gmail - To: FWC Special Master Deborah Greenspan, God's Favor, Blessing and Grace is upon you and EPIQ FWC claims administ…

Case: 25-1158     Document: 00118294577     Page: 5     Date Filed: 06/04/2025     Entry ID: 6725870

Best

/s/

Disabled teddy bear/ **Melvin Jones Jr.**/ - Flint Water Crisis Claimant 🐻

email: jonesjrmel@gmail.com

1935 Hosler St.
Flint, Michigan 48503

6. 4. 2025

*[signature: Colleen Connors]*

*[signature: Melvin Jones Jr.]*