

# Gmail

**MEL JONES JR <jonesjrmel@gmail.com>**

---

==**June 5th, 2025 - To: FWC special Master Deborah Greenspan: ...Flint Mayor Sheldon Neeley put against you Special Master Deborah Greenspan, which was rooted in antisemitism.... when said money on demand is NOT immediately given to the Flint Mayor Sheldon Neeley and his wife [Cynthia Neeley].... then (no surprise).... then Flint Mayor Sheldon Neeley and his buddy Flint Police Chief Terrance Green "weaponize" the Flint Police GOON SQUAD against {e.g. mainly against the JEWISH and BLACK/ elderly and DISABLED Flint Water Crisis Claimants... or those who COULD BE FWC claimants}.... as YET another form of "domestic violence**==".... **as a means of punishment regarding the City of Flint and State of Michigan's "cycle of violence" which as NOW been put against [me] on May 6th, 2024, the FWC plaintiff's attorneys in the form of resolutions, and RECENTLY against other vulnerable Flint residents and visitors pertaining to the Flint Water Crisis and MOST notably against you {e.g. FWC special Mas...**

1 message

---

**MEL JONES JR** <jonesjrmel@gmail.com>                                                                                          Thu, Jun 5, 2025 at 6:08 AM
To: "mwolock@wolocklaw.com" <mwolock@wolocklaw.com>, Deborah Greenspan <deborah.greenspan@blankrome.com>, "pnapoli_napolilaw.com" <pnapoli@napolilaw.com>, uri.s.fuchs@usdoj.gov, SupremeCtBriefs@usdoj.gov, derek.l.weiss@usdoj.gov, Zeldin.Lee@epa.gov, mobrien@irli.org, chajec@irli.org, gcanaan@irli.org, gwv@dcglaw.com, tmccotter@boydengray.com, daniel.epstein@aflegal.org, "jon@publicrightsproject.org" <jon@publicrightsproject.org>, serviceS3@michigan.gov, giovanatiN@michigan.gov, Stacey.Metro@ag.ny.gov, Annabelle.Wilmott@doj.ca.gov, Lorraine.Lopez@doj.ca.gov, Delbert.Tran@doj.ca.gov, zoe.levine@ag.ny.gov, Irina.Trasovan@doj.ca.gov, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, jgrayson@nmdoj.gov, molly.alarcon@sfcityatty.org, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, shannon.stevenson@coag.gov, ksadeck@riag.ri.gov, jared.b.cohen@mass.gov, john.keller@ag.state.mn.us, johnsonkarpg@doj.state.wi.us, julio.thompson@vermont.gov, dmosteller@ncdoj.gov, "jeremy.feigenbaum@njoag.gov" <Jeremy.feigenbaum@njoag.gov>, shankar.duraiswamy@njoag.gov, Viviana.hanley@njoag.gov, shefali.saxena@law.njoag.gov, Elizabeth.walsh@law.njoag.gov, HStern@ag.nv.gov, akirschner@oag.state.md.us, Janelle.Medeiros@ct.gov, PolicyOffice@epa.gov, EIS-Filing@epa.gov, education@epa.gov, NEPAssisthelp@epa.gov, NEPA@epa.gov, eric.wessan@ag.iowa.gov, matt.rice@ag.tn.gov, nlindzen@corpfraudlaw.com, sara.eisenberg@sfcityatty.org, MEL JONES JR <jonesjrmel@gmail.com>, Colleen Connors <CMColleen4@gmail.com>, osedwick@lawyerscommittee.org, ecaspar@lawyerscommittee.org, csdubov@debevoise.com, ntsang@debevoise.com, sdthomas@debevoise.com, jjpastore@debevoise.com
Cc: Colleen Connors <CMColleen4@gmail.com>, "Acosta-Fox, Ashley" <AcostaFox.Ashley@epa.gov>, "Marissa.Malouff@doj.ca.gov" <Marissa.Malouff@doj.ca.gov>, "vanessa.kassab@delaware.gov" <vanessa.kassab@delaware.gov>, "kaliko.d.fernandes_hawaii_gov" <kaliko.d.fernandes@hawaii.gov>, "jeremy.feigenbaum@njoag.gov" <jeremy.feigenbaum@njoag.gov>, "harrist19@michigan.gov" <harrist19@michigan.gov>, "eng.connie@epa.gov" <eng.connie@epa.gov>, "egle-nondiscriminationCC@michigan.gov" <egle-nondiscriminationCC@michigan.gov>, "Cormack, Hayley" <Cormack.Hayley@epa.gov>, "EGLE-Accessibility@michigan.gov" <EGLE-Accessibility@michigan.gov>, "Faltin, Todd (he/they)" <Faltin.Todd@epa.gov>, "Oviedo, Luis" <oviedo.luis@epa.gov>, "MacMillan-Sanchez, Ariel (she/her/hers)" <MacmillanSanchez.Ariel@epa.gov>, "Johnson, Johahna (she/her/hers)" <Johnson.Johahna@epa.gov>, "Mason, Trinita" <Mason.Trinita@epa.gov>, "Moore, Tammy" <moore.tammy@epa.gov>, "Walts, Alan (he/him/his)" <walts.alan@epa.gov>, Deborah Greenspan <deborah.greenspan@blankrome.com>, "Risley, David" <Risley.David@epa.gov>, "tmlewis@cityofflint.com" <tmlewis@cityofflint.com>, "cmcgehee@pittlawpc.com" <cmcgehee@pittlawpc.com>, "eric.a.rey@usdoj.gov" <eric.a.rey@usdoj.gov>, "Jason.T.Cohen@usdoj.gov" <Jason.T.Cohen@usdoj.gov>, "OIG_Hotline@epa.gov" <OIG_Hotline@epa.gov>, Corey <cstern@levylaw.com>, Patrick Lanciotti <PLanciotti@napolilaw.com>, "dpettway@cityofflint.com" <dpettway@cityofflint.com>, "saneeley@cityofflint.com" <saneeley@cityofflint.com>, "mbard@cityofflint.com" <mbard@cityofflint.com>, "michelle.t.domingue.II@usdoj.gov" <michelle.t.domingue.II@usdoj.gov>, "Kaplan, Robert (he/him/his)" <kaplan.robert@epa.gov>, Mel jones jr <meljonesjr@gmail.com>, "marianne.f.kies@usdoj.gov" <marianne.f.kies@usdoj.gov>, "daniel.c.eagles@usdoj.gov" <daniel.c.eagles@usdoj.gov>, "kuhlr@michigan.gov" <kuhlr@michigan.gov>, "gambilln@michigan.gov"

6/5/25, 8:08 AM  Gmail - June 5th, 2025 - to: FWC special Master - Deborah Greenspan .. Flint Mayor Sheldon Neeley put against you Special Master…

Case: 25-1158    Document: 00118295324    Page: 2    Date Filed: 06/05/2025    Entry ID: 6726232

<gambilln@michigan.gov>, "MitosinkaA@michigan.gov" <MitosinkaA@michigan.gov>, "gaiello@mayerbrown.com" <gaiello@mayerbrown.com>, "jkuptz@cityofflint.com" <jkuptz@cityofflint.com>, "dfaraci@campbell-trial-lawyers.com" <dfaraci@campbell-trial-lawyers.com>, "alin@eisnerlaw.com" <alin@eisnerlaw.com>, "ccmushatt@cityofflint.com" <ccmushatt@cityofflint.com>, "heidy.gonzalez@usdoj.gov" <heidy.gonzalez@usdoj.gov>, AG attorney as to MI COC civil case #23-000115-MZ <bettenhausenm@michigan.gov>, robinsonr11 <robinsonr11@michigan.gov>, Justus Brown <jubrown@cityofflint.com>, Kameshia Ar-Rahmaan <kar-rahmaan@cityofflint.com>, Davina Donahue <ddonahue@cityofflint.com>, City of Flint Clerk's Office <cityclerk@cityofflint.com>, Davina Donahue <CouncilPublicComment@cityofflint.com>, "trachelleyoung@gmail.com" <trachelleyoung@gmail.com>, Ladel Lewis <llewis@cityofflint.com>, Judy Priestley <jpriestley@cityofflint.com>, Tonya Burns <tburns@cityofflint.com>, Mark Cuker <mark@cukerlaw.com>, "michael.l.williams@usdoj.gov" <michael.l.williams@usdoj.gov>, "molsen@mayerbrown.com" <molsen@mayerbrown.com>, "jcampbell@campbell-trial-lawyers.com" <jcampbell@campbell-trial-lawyers.com>, "mnguyen-dang@mayerbrown.com" <mnguyen-dang@mayerbrown.com>, "pnapoli_napolilaw.com" <pnapoli@napolilaw.com>, Renee Auten <rauten@thelandbank.org>, Jennifer Riggs <jriggs@thelandbank.org>, Jeremy Maltz <jeremy@lehotskykeller.com>, "hammoudf1@michigan.gov" <HammoudF1@michigan.gov>, Michigan Attorney General <miag@michigan.gov>, "dweyre@mcalpinepc.com" <dweyre@mcalpinepc.com>, "g@mayerbrown.com" <g@mayerbrown.com>, "ljiang@susmangodfrey.com" <ljiang@susmangodfrey.com>, mpitt <mpitt@pittlawpc.com>, Hunter Shkolnik <hunter@napolilaw.com>, "arosenman@mayerbrown.com" <arosenman@mayerbrown.com>, Theodore Leopold <tleopold@cohenmilstein.com>, Emmy Levens <elevens@cohenmilstein.com>, Flint Mayor <mayor@cityofflint.com>, "frank.bednarz@hlli.org" <frank.bednarz@hlli.org>, "ted.frank@hlli.org" <ted.frank@hlli.org>, Diane <russell.diane@epa.gov>, Amanda Trujillo <atrujillo@cityofflint.com>, "King-Piepenbrok, Pier (AG)" <KingP1@michigan.gov>, "jonhoma@sinasdramis.com" <jonhoma@sinasdramis.com>, "val@vlwlegal.com" <val@vlwlegal.com>, "sdg@miller.law" <sdg@miller.law>, "sparadise@eisnerlaw.com" <sparadise@eisnerlaw.com>, "echeverria.marietta@epa.gov" <echeverria.marietta@epa.gov>, "thompkins.anita@epa.gov" <thompkins.anita@epa.gov>, "burneson.eric@epa.gov" <burneson.eric@epa.gov>, "travers.david@epa.gov" <travers.david@epa.gov>, "waters.tom@epa.gov" <waters.tom@epa.gov>, "davis.angela@epa.gov" <davis.angela@epa.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, nlindzen@corpfraudlaw.com, franklmcnamara@gmail.com, mriordan@publicinterestlegal.org, eric.hamilton@usdoj.gov, "ryan@mclanelaw.com" <ryan@mclanelaw.com>, Zeldin.Lee@epa.gov, zoe.levine@ag.ny.gov, Sedalia.JonesKennelly@blankrome.com, rick.brooks@blankrome.com, steven.ury@seiu.org, MEL JONES JR <jonesjrmel@gmail.com>
Bcc: UrbanForestNewYork@gmail.com, Mel jones jr <meljonesjr@gmail.com>

# June 5th, 2025

## To the FWC special master - Deborah Greenspan) and [to] ALL:

## Good morning,... FWC - special master Deborah Greenspan.

And, so - God's Blessing upon the exposing of the "bedrock" of who and what the State of Michigan and City of Flint {e.g. Flint Mayor Sheldon Neeley and Michigan Governor Gretchen Whitmer [and]

==YES - Michigan AG Dana Nessel (e.g. who I understand FAILED to timely and properly STOP well known child/ gymnast sex perp LARRY NASSAR when she/ Ms. Nessel had the power to do so…. but purposely did not) --- also, as I understand such…. BEFORE Michigan AG - Dana Nessel became the AG ….her biggest paying client was a CORRUPT-SEX/ STRIP CLUB somewhere in Wayne County };== *__… so in MANY ways… [we]/ BOTH Colleen Connors and [I] who are pro se appellants in "birth-right appeal" #25-1158 do NOT understand how it is that Michigan AG - Dana Nessel is "involved" in birth-right citizenship civil case #25-cv-10139 and the State of New Jersey, et al vs. President Donald Trump, et al - US SUPREME COURT applications… which are NOW pending a writ type decision to be issued SOON by the SCOTUS.__*

*__In short, the City of Flint [and] in more than a few ways… the State of Michigan__*

Case 25-1158 Document: 00118295324 Page: 4 Date Filed: 06/05/2025 Entry ID: 6726232

6/5/25, 6:08 AM Gmail - June 5th, 2025 - to: FWC Special Master Deborah Greenspan.... Flint Mayor Sheldon Neeley put against you Special Master…

*{e.g. see for example FWC civil case #16-cv-10277 [and] Barton vs. Neeley #23-cv-10051}.... are a "hot Ghetto mess".... as to the City of Flint and the "ongoing" resulting harm and damages to BOTH Colleen and myself as to the Flint Water Crisis.... due to RAMPANT corruption in the City of Flint government {e.g. specifically the Flint Police Department, and Flint police Department detective-bureau, and the City of Flint Blight officer Department, Flint Fire Department and MOST notable.... in the City of Flint Mayor's office - current City of Flint Mayor Sheldon Neeley [and] his corrupt wife - Michigan State Rep. Cynthia Neeley}.* And, make NO mistake.... both Cynthia Neeley and Sheldon Neeley are willing to AND HAVE ....used the Flint Police Department "violent GOON squad" to literally harass, intimidate AND "BEAT DOWN" claimants

as to the Flint Water Crisis ...whom {e.g. like myself} have spoken out against the City of Flint's corruption and malfeasance as to their role {e.g. Flint Mayor Sheldon Neeley} as to and in the Flint Water Crisis failures with respect to FWC civil case #16-cv-10277; and the FACT that I believed and still believe.... that various entities/ companies have been FALSELY accused and LIED ON by the City of Flint ...which are Wells Fargo Bank and Chase Bank, the US EPA, LAN, and Veolia North America.  And, such malfeasance is being done and has been carried out by the City of Flint and State of Michigan as to the FWC claims process.... as a means of outright corruption and antisemitism... in short, DEI woke hate harbored by the City of Flint/ Mayor Sheldon Neeley and the State of Michigan.... so that ILL GOTTEN MONETARY GAINS/ monies would

continue to be PUMPED AND DUMPED into the corrupt City of Flint coffers.... otherwise {e.g. such as what various events have given RISE to me "recalling" that the events as to my May 6th, 2024 urgent care visit - as to the "bloody beat down... that I believe I sustained on May 6th, 2024}..... otherwise, such as NOW --- due to the City of Flint [e.g. as I understand such.... being approx. $4 million dollars deficient/ in the hole as to its budget].... otherwise.... IF and when MONEY ON DEMAND, such as the extortion "domestic violence harassment" which Flint Mayor Sheldon Neeley put against you Special Master Deborah Greenspan, which was rooted in antisemitism.... when said money on demand is NOT immediately given to the Flint Mayor Sheldon Neeley and his wife [Cynthia Neeley].... then (no surprise).... then Flint Mayor Sheldon Neeley and his

Case: 25-1158     Document: 00118295324     Page: 7     Date Filed: 06/05/2025     Entry ID: 6726232

6/5/25, 8:08 AM                Gmail - June 5th, 2025 - To: FWC special Master Deborah Greenspan....Flint Mayor Sheldon Neeley put against you Special Master…

buddy Flint Police Chief Terrance Green "weaponize" the Flint Police GOON SQUAD against {e.g. mainly against the JEWISH and BLACK/ elderly and DISABLED Flint Water Crisis Claimants... or those who COULD BE FWC claimants}.... as YET another form of "domestic violence".... as a means of punishment regarding the City of Flint and State of Michigan's "cycle of violence" which as NOW been put against [me/ disabled teddy bear - Melvin Jones Jr.] on May 6th, 2024, the FWC plaintiff's attorneys in the form of resolutions, and RECENTLY against other vulnerable Flint residents and visitors pertaining to the Flint Water Crisis and MOST notably against you {e.g. FWC special Master Deborah Greenspan}.... by Flint Mayor Sheldon Neeley in the form of reputational smear and antisemitism national media VIOLENCE/ domestic

6/5/25, 8:08 AM                Gmail - June 5th, 2025 - for FWC Special Master Deborah Greenspan... Flint Mayor Sheldon Neeley put against you Special Master...

Case: 25-1158      Document: 00118295324      Page: 8      Date Filed: 06/05/2025      Entry ID: 6726232

**violence put against you... at the "hands" of Flint Mayor Sheldon Neeley.   And, all the while .... BOTH Michigan AG Dana Nessel and Michigan Governor Gretchen Whitmer "encouraged such outrageous and racist misconduct on the part of their BUDDY - Flint Mayor Sheldon Neeley.**

*So, here - PLEASE ADD this instant email to my Flint Water Crisis EPIQ claims folder and/ or consider such as an "ADVANCE APPEAL" presented to you be me.... on behalf of BOTH Colleen Connors and [myself]/ disabled teddy bear - Melvin Jones Jr.... along with the attachments affixed hereto..... as Flint Water Crisis CLAIMS against the State of Michigan, et al. settlement fund.*

6/5/25, 8:08 AM	Gmail - June 5th, 2025 - for FWC Special Master Deborah Greenspan… Flint Mayor Sheldon Neeley put against you Special Master…

Case: 25-1158      Document: 00118295324      Page: 9      Date Filed: 06/05/2025      Entry ID: 6726232



📄 May 6th 2024 violent beat down put upon disabled Melvin Jones Jr..pdf

Thank you.

/s/

Disabled teddy bear/ *Melvin Jones Jr*./ - Flint Water Crisis Claimant 🐻

email: jonesjrmel@gmail.com

*1935 Hosler St.*

*Flint, Michigan 48503*

6/5/25, 6:08 AM    Gmail - June 5th, 2025    To: FWC Special Master Deborah Greenspan re: Flint Mayor Sheldon Neeley put against you - Special Master …

Case: 25-1158    Document: 00118295324    Page: 10    Date Filed: 06/05/2025    Entry ID: 6726232

5 attachments

- 📄 **Affidavit of disabled appellant in ...SUPPORT of AMENDED NOTICE OF APPEAL and IFP motion - interested party Melvin Jones Jr. (1) (2).pdf**
  357K

- 📄 **Lawsuit says 'weaponized' Flint police quelching protests over budget.pdf**
  164K

- 📄 **Flint officials want state police to investigate excessive force allegations against 2 city officers.pdf**
  3414K

- 📄 **_6th of April, 2025  AFFIDAVIT RE_ Flint Water Crisis [FWC] (disabled) claimant - Melvin Jones Jr._  To_ the FWC Special Master Deborah Greenspan (2).pdf**
  6494K

- 📄 **MEMORANDUM …. Gmail - urgent alert_ report To_ Flint Water Crisis - Special Master Deborah Greenspan on June 3rd, 2025…_.pdf**
  2592K

6. 5. 2025

*Colleen Connors* [signature]

*Melvin Jones Jr.* [signature]