

MEL JONES JR <jonesjrmel@gmail.com>

---

**Date: June 6th, 2025 To the United States' solicitor-general (to US President Donald Trump - appellee in pro se appeal #25-1158); [I] must CORRECT a letter which I sent to your solicitor general a week or so ago regarding FOOD WELFARE BENEFITS and Flint pediatrician Doctor Mona-Hanaha Attisha... who (Ms. Attisha) should be 1st on the US EPA FTCA trial witness list in the upcoming US EPA FTCA Flint Water Crisis Trial[s]/ bellwether trials as to #16-cv-10444 and FWC #17-cv-11218.**
1 message

---

**MEL JONES JR** <jonesjrmel@gmail.com>                                                                                                       Fri, Jun 6, 2025 at 5:13 AM
To: "mwolock@wolocklaw.com" <mwolock@wolocklaw.com>, Deborah Greenspan <deborah.greenspan@blankrome.com>,
"pnapoli_napolilaw.com" <pnapoli@napolilaw.com>, uri.s.fuchs@usdoj.gov, SupremeCtBriefs@usdoj.gov,
derek.l.weiss@usdoj.gov, Zeldin.Lee@epa.gov, mobrien@irli.org, chajec@irli.org, gcanaan@irli.org, gwv@dcglaw.com,
tmccotter@boydengray.com, daniel.epstein@aflegal.org, "jon@publicrightsproject.org" <jon@publicrightsproject.org>,
serviceS3@michigan.gov, giovanatiN@michigan.gov, Stacey.Metro@ag.ny.gov, Annabelle.Wilmott@doj.ca.gov,
Lorraine.Lopez@doj.ca.gov, Delbert.Tran@doj.ca.gov, zoe.levine@ag.ny.gov, Irina.Trasovan@doj.ca.gov,
"denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "robert.c.merritt@usdoj.gov"
<robert.c.merritt@usdoj.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "brad.rosenberg@usdoj.gov"
<brad.rosenberg@usdoj.gov>, jgrayson@nmdoj.gov, molly.alarcon@sfcityatty.org, "david.louk@sfcityatty.org"
<david.louk@sfcityatty.org>, shannon.stevenson@coag.gov, ksadeck@riag.ri.gov, jared.b.cohen@mass.gov,
john.keller@ag.state.mn.us, johnsonkarpg@doj.state.wi.us, julio.thompson@vermont.gov, dmosteller@ncdoj.gov,
"jeremy.feigenbaum@njoag.gov" <Jeremy.feigenbaum@njoag.gov>, shankar.duraiswamy@njoag.gov, Viviana.hanley@njoag.gov,
shefali.saxena@law.njoag.gov, Elizabeth.walsh@law.njoag.gov, HStern@ag.nv.gov, akirschner@oag.state.md.us,
Janelle.Medeiros@ct.gov, PolicyOffice@epa.gov, EIS-Filing@epa.gov, education@epa.gov, NEPAssisthelp@epa.gov,
NEPA@epa.gov, eric.wessan@ag.iowa.gov, matt.rice@ag.tn.gov, nlindzen@corpfraudlaw.com, sara.eisenberg@sfcityatty.org,
MEL JONES JR <jonesjrmel@gmail.com>, Colleen Connors <CMColleen4@gmail.com>, osedwick@lawyerscommittee.org,
ecaspar@lawyerscommittee.org, csdubov@debevoise.com, ntsang@debevoise.com, sdthomas@debevoise.com,
jjpastore@debevoise.com
Cc: Colleen Connors <CMColleen4@gmail.com>, "Acosta-Fox, Ashley" <AcostaFox.Ashley@epa.gov>,
"Marissa.Malouff@doj.ca.gov" <Marissa.Malouff@doj.ca.gov>, "vanessa.kassab@delaware.gov"
<vanessa.kassab@delaware.gov>, "kaliko.d.fernandes_hawaii_gov" <kaliko.d.fernandes@hawaii.gov>,
"jeremy.feigenbaum@njoag.gov" <jeremy.feigenbaum@njoag.gov>, "harrist19@michigan.gov" <harrist19@michigan.gov>,
"eng.connie@epa.gov" <eng.connie@epa.gov>, "egle-nondiscriminationCC@michigan.gov" <egle-
nondiscriminationCC@michigan.gov>, "Cormack, Hayley" <Cormack.Hayley@epa.gov>, "EGLE-Accessibility@michigan.gov"
<EGLE-Accessibility@michigan.gov>, "Faltin, Todd (he/they)" <Faltin.Todd@epa.gov>, "Oviedo, Luis" <oviedo.luis@epa.gov>,
"MacMillan-Sanchez, Ariel (she/her/hers)" <MacmillanSanchez.Ariel@epa.gov>, "Johnson, Johahna (she/her/hers)"
<Johnson.Johahna@epa.gov>, "Mason, Trinita" <Mason.Trinita@epa.gov>, "Moore, Tammy" <moore.tammy@epa.gov>, "Walts,
Alan (he/him/his)" <walts.alan@epa.gov>, Deborah Greenspan <deborah.greenspan@blankrome.com>, "Risley, David"
<Risley.David@epa.gov>, "tmlewis@cityofflint.com" <tmlewis@cityofflint.com>, "cmcgehee@pittlawpc.com"
<cmcgehee@pittlawpc.com>, "eric.a.rey@usdoj.gov" <eric.a.rey@usdoj.gov>, "Jason.T.Cohen@usdoj.gov"
<Jason.T.Cohen@usdoj.gov>, "OIG_Hotline@epa.gov" <OIG_Hotline@epa.gov>, Corey <cstern@levylaw.com>, Patrick
Lanciotti <PLanciotti@napolilaw.com>, "dpettway@cityofflint.com" <dpettway@cityofflint.com>, "saneeley@cityofflint.com"
<saneeley@cityofflint.com>, "mbard@cityofflint.com" <mbard@cityofflint.com>, "michelle.t.domingue.II@usdoj.gov"
<michelle.t.domingue.II@usdoj.gov>, "Kaplan, Robert (he/him/his)" <kaplan.robert@epa.gov>, Mel jones jr
<meljonesjr@gmail.com>, "marianne.f.kies@usdoj.gov" <marianne.f.kies@usdoj.gov>, "daniel.c.eagles@usdoj.gov"
<daniel.c.eagles@usdoj.gov>, "kuhlr@michigan.gov" <kuhlr@michigan.gov>, "gambilln@michigan.gov"
<gambilln@michigan.gov>, "MitosinkaA@michigan.gov" <MitosinkaA@michigan.gov>, "gaiello@mayerbrown.com"
<gaiello@mayerbrown.com>, "jkuptz@cityofflint.com" <jkuptz@cityofflint.com>, "dfaraci@campbell-trial-lawyers.com"
<dfaraci@campbell-trial-lawyers.com>, "alin@eisnerlaw.com" <alin@eisnerlaw.com>, "ccmushatt@cityofflint.com"
<ccmushatt@cityofflint.com>, "heidy.gonzalez@usdoj.gov" <heidy.gonzalez@usdoj.gov>, AG attorney as to MI COC civil case
#23-000115-MZ <bettenhausenm@michigan.gov>, robinsonr11 <robinsonr11@michigan.gov>, Justus Brown
<jubrown@cityofflint.com>, Kameshia Ar-Rahmaan <kar-rahmaan@cityofflint.com>, Davina Donahue
<ddonahue@cityofflint.com>, City of Flint Clerk's Office <cityclerk@cityofflint.com>, Davina Donahue
<CouncilPublicComment@cityofflint.com>, "trachelleyoung@gmail.com" <trachelleyoung@gmail.com>, Ladel Lewis
<llewis@cityofflint.com>, Judy Priestley <jpriestley@cityofflint.com>, Tonya Burns <tburns@cityofflint.com>, Mark Cuker
<mark@cukerlaw.com>, "michael.l.williams@usdoj.gov" <michael.l.williams@usdoj.gov>, "molsen@mayerbrown.com"

Case: 25-1158   Document: 00118295927   Page: 2   Date Filed: 06/06/2025   Entry ID: 6726587

6/6/25, 9:13 AM                Gmail - Date: June 6th, 2025 To the United States' solicitor-general (to US President Donald Trump - appellee in pro se appeal #25-1…

<molsen@mayerbrown.com>, "jcampbell@campbell-trial-lawyers.com" <jcampbell@campbell-trial-lawyers.com>, "mnguyen-dang@mayerbrown.com" <mnguyen-dang@mayerbrown.com>, "pnapoli_napolilaw.com" <pnapoli@napolilaw.com>, Renee Auten <rauten@thelandbank.org>, Jennifer Riggs <jriggs@thelandbank.org>, Jeremy Maltz <jeremy@lehotskykeller.com>, "hammoudf1@michigan.gov" <HammoudF1@michigan.gov>, Michigan Attorney General <miag@michigan.gov>, "dweyre@mcalpinepc.com" <dweyre@mcalpinepc.com>, "g@mayerbrown.com" <g@mayerbrown.com>, "ljiang@susmangodfrey.com" <ljiang@susmangodfrey.com>, mpitt <mpitt@pittlawpc.com>, Hunter Shkolnik <hunter@napolilaw.com>, "arosenman@mayerbrown.com" <arosenman@mayerbrown.com>, Theodore Leopold <tleopold@cohenmilstein.com>, Emmy Levens <elevens@cohenmilstein.com>, Flint Mayor <mayor@cityofflint.com>, "frank.bednarz@hlli.org" <frank.bednarz@hlli.org>, "ted.frank@hlli.org" <ted.frank@hlli.org>, Diane <russell.diane@epa.gov>, Amanda Trujillo <atrujillo@cityofflint.com>, "King-Piepenbrok, Pier (AG)" <KingP1@michigan.gov>, "jonhoma@sinasdramis.com" <jonhoma@sinasdramis.com>, "val@vlwlegal.com" <val@vlwlegal.com>, "sdg@miller.law" <sdg@miller.law>, "sparadise@eisnerlaw.com" <sparadise@eisnerlaw.com>, "echeverria.marietta@epa.gov" <echeverria.marietta@epa.gov>, "thompkins.anita@epa.gov" <thompkins.anita@epa.gov>, "burneson.eric@epa.gov" <burneson.eric@epa.gov>, "travers.david@epa.gov" <travers.david@epa.gov>, "waters.tom@epa.gov" <waters.tom@epa.gov>, "davis.angela@epa.gov" <davis.angela@epa.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, nlindzen@corpfraudlaw.com, franklmcnamara@gmail.com, mriordan@publicinterestlegal.org, eric.hamilton@usdoj.gov, "ryan@mclanelaw.com" <ryan@mclanelaw.com>, Zeldin.Lee@epa.gov, zoe.levine@ag.ny.gov, Sedalia.JonesKennelly@blankrome.com, rick.brooks@blankrome.com, steven.ury@seiu.org, MEL JONES JR <jonesjrmel@gmail.com>
Bcc: UrbanForestNewYork@gmail.com, Mel jones jr <meljonesjr@gmail.com>

# Date:  June 6th, 2025

# To the United States' solicitor-general (to US President Donald Trump - appellee in pro se appeal #25-1158).

D. John Sauer
Counsel of Record

Solicitor General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D 20530-0001

202-514-2217

SUPREMECTBRIEFS@USDOJ.GOV

Party name: Donald J., President of the United States Trump, et al.

## Good morning,

Case: 25-1158 Document: 00118295927 Page: 3 Date Filed: 06/06/2025 Entry ID: 6726587

6/6/25, 5:13 AM Gmail - Date: June 6th, 2025 To the United States solicitor general (to US President Donald Trump- appellee in pro se appeal #25-1…

*Dear Mr. President/ U.S. Solicitor General (Esq. D. John Sauer),*

It is for sure a VERY BLESSED and VICTORIOUS DAY in the United States.  And, with that Mr. President sir... [I] must CORRECT a letter which I sent to your solicitor general a week or so ago regarding FOOD WELFARE BENEFITS and Flint pediatrician Doctor Mona-Hanaha Attisha... who (Ms. Attisha) should be 1st on the US EPA FTCA trial witness list in the upcoming US EPA FTCA Flint Water Crisis Trial[s]/ bellwether trials as to #16-cv-10444 and FWC #17-cv-11218.

But that is NOT the main reason for my CORRECTED follow up letter/ memorandum here, Mr. President sir.   That is to say, the MAIN reason for my follow-up instant letter is to CORRECT MYSELF as to the CURRENT SNAP/ AFFORDABLE CARE ACT "cuts and/ or eligibility requirements".... especially for NON-disabled folks who have NOT received federal SSA or SSI benefits within the past 5 (five) years !!!   That is - for SURE ...for said

Case: 25-1158 Document: 00118295927 Page: 4 Date Filed: 06/06/2025 Entry ID: 6726587

6/6/25, 5:13 AM  Gmail - Date: June 6th, 2025 To the United States solicitor-general (to US President Donald Trump - appellee in pro se appeal #25-1…

*NON-DISABLED adults (aged 18 to 60.... no doubt) they should be in EVERY state in the United States... be subject to stringent work-requirements [e.g. especially in the City of Flint, Michigan]... so that said UN_PRODUCTIVE and NON-WILLING TO WORK adults do not and are NOT a further USELESS DRAIN upon the "economy" of the United States.   Here, I can think of a FEW folks in the city of Flint who are (by observation).... they (e.g. such as one of the adults in the house across the street from my home in the City of Flint [e.g. Josh the PENIS RUBBING FREAK - at 1942 Hosler Street and the "DRUG DEALER TYPE neighbors who live @ 1929 Hosler St, Flint, and 1925 Hosler St. Flint, and 1921 Hosler St., Flint [and possibly 1942 Hosler St., Flint... looking back at the multitude of  "ghetto mess" as to said neighbors house].... and the trouble-making drug dealer -and pimp [Michael Sexton who lived across the Street in Flint ...from Colleen's previous home (e.g. which I "co-owned for a brief while) - 829 Campbell St., FLINT...*

*YEP, I literally in the year 2019/ 2020... had to seek and obtain [an] 'emergency TRO/ emergency restraining order'... due primary to the FACT that Michael Sexton was rabidly antisemitic and racist and became extremely violent when [I] and Colleen refused to GIVE HIM OUR MONEY to FEED HIS LAZINESS.*

*In other words, Mr. President sir, [he/ the drug dealing pimp - Michael Sexton and the other apparently LAZY neighbors in the City of Flint] are apparently 100% able to work... but are TOO set upon causing problems and selling drugs, and "protecting their CRACK and METH drug stash with vicious drug dealer type PIT BULL DOGS"... and that is how it is that the Genesee County Animal Officers have had to literally "make a career" of visiting MOST the neighbors houses which are mentioned above.*

*Simply put Mr. President sir.... [PLEASE] do NOT listen to DEI-shit brained UBER woke Democrat "crime-loving"/ antisemit Michigan Governor Gretchen Whitmer NOR Michigan AG - Dana Nessel when they say that SNAP CUTS and CUTS in eligibility as to the*

*affordable care act will result in "FOOD INSECURITIES"....* **especially as said "federal benefits GIVEAWAYS" to ILLEGAL and UNDOCUMENTED MIGRANTS are concerned with respect to "birth-right citizenship civil case" #25-cv-10139.... because [of] course the LAZY - FREE LOADERS ...whom are too lazy to work are "faithful" Democratic Voters... and are who the DEI corrupt demcrats are "GROOMING" for the 2028 United States presidential election as "DJs at the voting POLLS"... so that (oh the horror of the thought of if).... so that [a] 2028 presidential democratic ANTISEMITIC - DREAM TEAM can be had --- that of: Gretchen WHITMER/ Sheldon {"pink panty"} NEELEY 2028 with a campaign slogan ....MAKE AMERICA MORE ANTISEMITIC AGAIN - and KEEP AMERICA LAZY FOR ALL MEN {and women}.**

*Simply put Mr. President sir, hopefully the "BIG BEAUTIFUL BILL" passes with flying*

6/6/25, 5:13 AM    Gmail - Date: June 6th, 2025 to the United States' solicitor-general (to: US President Donald Trump- appellee in pro-se appeal #25-1…

Case: 25-1158    Document: 00118295927    Page: 7    Date Filed: 06/06/2025    Entry ID: 6726587

**colors in the U.S. Senate... and then MAYBE ...yes, maybe APPLE COMPUTER for example.... will ON-SHORE more of its jobs and the billions of dollars which they/ Apple Computer have "also parker off-shore", as best that I can understand such ...being that BOTH Colleen Connors and [I] are NATIVE - CALIFORNIANS as can remember when literally nearly ALL of Apple Computer products were MADE/ MANUFACTURED in CUPERTINO, California.**

**To that end, Mr. President sir.... looking back at my [oftentimes pathetic work-history.... due to the FACT that for MANY years I tried with ALL MY MIGHT and ABILITY to sustain gainful and living -wage employment].... but my congenital and hereditary and work-place injuries "got the best of me"... and so, in the year 2019 [I] was correctly determined to be a DISABLED-ADULT per Federal/ US Social Security Laws and/ or regulations.... and, YES - praise JESUS for that.**

6/6/25, 5:13 AM                                    Gmail - Date: June 6th, 2025 To the United States Solicitor general (to US President Donald Trump - appellee in pro se appeal #25-1...

Case: 25-1158     Document: 00118295927     Page: 8     Date Filed: 06/06/2025     Entry ID: 6726587

**Simply put ---- Mr. president sir;** <u>**for the MILLIONS of able bodied citizens**</u> **and NON-citizens.... PLEASE "make sure ...as sure as possible" that the CURRENT "cuts" to SNAP/ welfare food benefits and "cuts to eligibility" as to the Affordable Care Act pass in the US Senate.... so that LAZY and trouble making neighbors ....such as those in the City of Flint --- then are TOO busy figuring out how they will eat and obtain "gainful work" so that they are eligible for the Affordable Care Act.**

Thank you.

Best,

/s/

Disabled teddy bear/ Melvin Jones Jr./ - Flint Water Crisis Claimant 🐻

email: jonesjrmel@gmail.com

1935 Hosler St.

Flint, Michigan 48503

6-6-2025

