

**MEL JONES JR <jonesjrmel@gmail.com>**

---

## June 7th, 2025 To: (Michigan - U.S.) Congresswoman Rashida Tlalib From: Flint Water Crisis Claimant - (disabled) Teddy Bear Melvin Jones Jr. 1935 Hosler St - Flint, Michigan 48503 Also [from/ on behalf of FWC claimant - Colleen Connors]; 1935 Hosler St., Flint - Michigan 48503

1 message

---

**MEL JONES JR** <jonesjrmel@gmail.com>                                                            Sat, Jun 7, 2025 at 7:35 AM
To: rashidatlaib@house.mi.gov, Deborah Greenspan <deborah.greenspan@blankrome.com>, "mwolock@wolocklaw.com" <mwolock@wolocklaw.com>, "pnapoli_napolilaw.com" <pnapoli@napolilaw.com>, uri.s.fuchs@usdoj.gov, SupremeCtBriefs@usdoj.gov, derek.l.weiss@usdoj.gov, Zeldin.Lee@epa.gov, mobrien@irli.org, chajec@irli.org, gcanaan@irli.org, gwv@dcglaw.com, tmccotter@boydengray.com, daniel.epstein@aflegal.org, "jon@publicrightsproject.org" <jon@publicrightsproject.org>, serviceS3@michigan.gov, giovanatiN@michigan.gov, Stacey.Metro@ag.ny.gov, Annabelle.Wilmott@doj.ca.gov, Lorraine.Lopez@doj.ca.gov, Delbert.Tran@doj.ca.gov, zoe.levine@ag.ny.gov, Irina.Trasovan@doj.ca.gov, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, jgrayson@nmdoj.gov, molly.alarcon@sfcityatty.org, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, shannon.stevenson@coag.gov, ksadeck@riag.ri.gov, jared.b.cohen@mass.gov, john.keller@ag.state.mn.us, johnsonkarpg@doj.state.wi.us, julio.thompson@vermont.gov, dmosteller@ncdoj.gov, "jeremy.feigenbaum@njoag.gov" <Jeremy.feigenbaum@njoag.gov>, shankar.duraiswamy@njoag.gov, Viviana.hanley@njoag.gov, shefali.saxena@law.njoag.gov, Elizabeth.walsh@law.njoag.gov, HStern@ag.nv.gov, akirschner@oag.state.md.us, Janelle.Medeiros@ct.gov, PolicyOffice@epa.gov, EIS-Filing@epa.gov, education@epa.gov, NEPAssisthelp@epa.gov, NEPA@epa.gov, eric.wessan@ag.iowa.gov, matt.rice@ag.tn.gov, nlindzen@corpfraudlaw.com, sara.eisenberg@sfcityatty.org, MEL JONES JR <jonesjrmel@gmail.com>, Colleen Connors <CMColleen4@gmail.com>, osedwick@lawyerscommittee.org, ecaspar@lawyerscommittee.org, csdubov@debevoise.com, ntsang@debevoise.com, sdthomas@debevoise.com, jjpastore@debevoise.com
Cc: Colleen Connors <CMColleen4@gmail.com>, "Acosta-Fox, Ashley" <AcostaFox.Ashley@epa.gov>, "Marissa.Malouff@doj.ca.gov" <Marissa.Malouff@doj.ca.gov>, "vanessa.kassab@delaware.gov" <vanessa.kassab@delaware.gov>, "kaliko.d.fernandes_hawaii_gov" <kaliko.d.fernandes@hawaii.gov>, "jeremy.feigenbaum@njoag.gov" <jeremy.feigenbaum@njoag.gov>, "harrist19@michigan.gov" <harrist19@michigan.gov>, "eng.connie@epa.gov" <eng.connie@epa.gov>, "egle-nondiscriminationCC@michigan.gov" <egle-nondiscriminationCC@michigan.gov>, "Cormack, Hayley" <Cormack.Hayley@epa.gov>, "EGLE-Accessibility@michigan.gov" <EGLE-Accessibility@michigan.gov>, "Faltin, Todd (he/they)" <Faltin.Todd@epa.gov>, "Oviedo, Luis" <oviedo.luis@epa.gov>, "MacMillan-Sanchez, Ariel (she/her/hers)" <MacmillanSanchez.Ariel@epa.gov>, "Johnson, Johahna (she/her/hers)" <Johnson.Johahna@epa.gov>, "Mason, Trinita" <Mason.Trinita@epa.gov>, "Moore, Tammy" <moore.tammy@epa.gov>, "Walts, Alan (he/him/his)" <walts.alan@epa.gov>, Deborah Greenspan <deborah.greenspan@blankrome.com>, "Risley, David" <Risley.David@epa.gov>, "tmlewis@cityofflint.com" <tmlewis@cityofflint.com>, "cmcgehee@pittlawpc.com" <cmcgehee@pittlawpc.com>, "eric.a.rey@usdoj.gov" <eric.a.rey@usdoj.gov>, "Jason.T.Cohen@usdoj.gov" <Jason.T.Cohen@usdoj.gov>, "OIG_Hotline@epa.gov" <OIG_Hotline@epa.gov>, Corey <cstern@levylaw.com>, Patrick Lanciotti <PLanciotti@napolilaw.com>, "dpettway@cityofflint.com" <dpettway@cityofflint.com>, "saneeley@cityofflint.com" <saneeley@cityofflint.com>, "mbard@cityofflint.com" <mbard@cityofflint.com>, "michelle.t.domingue.II@usdoj.gov" <michelle.t.domingue.II@usdoj.gov>, "Kaplan, Robert (he/him/his)" <kaplan.robert@epa.gov>, Mel jones jr <meljonesjr@gmail.com>, "marianne.f.kies@usdoj.gov" <marianne.f.kies@usdoj.gov>, "daniel.c.eagles@usdoj.gov" <daniel.c.eagles@usdoj.gov>, "kuhlr@michigan.gov" <kuhlr@michigan.gov>, "gambilln@michigan.gov" <gambilln@michigan.gov>, "MitosinkaA@michigan.gov" <MitosinkaA@michigan.gov>, "gaiello@mayerbrown.com" <gaiello@mayerbrown.com>, "jkuptz@cityofflint.com" <jkuptz@cityofflint.com>, "dfaraci@campbell-trial-lawyers.com" <dfaraci@campbell-trial-lawyers.com>, "alin@eisnerlaw.com" <alin@eisnerlaw.com>, "ccmushatt@cityofflint.com" <ccmushatt@cityofflint.com>, "heidy.gonzalez@usdoj.gov" <heidy.gonzalez@usdoj.gov>, AG attorney as to MI COC civil case #23-000115-MZ <bettenhausenm@michigan.gov>, robinsonr11 <robinsonr11@michigan.gov>, Justus Brown <jubrown@cityofflint.com>, Kameshia Ar-Rahmaan <kar-rahmaan@cityofflint.com>, Davina Donahue <ddonahue@cityofflint.com>, City of Flint Clerk's Office <cityclerk@cityofflint.com>, Davina Donahue <CouncilPublicComment@cityofflint.com>, "trachelleyoung@gmail.com" <trachelleyoung@gmail.com>, Ladel Lewis <llewis@cityofflint.com>, Judy Priestley <jpriestley@cityofflint.com>, Tonya Burns <tburns@cityofflint.com>, Mark Cuker <mark@cukerlaw.com>, "michael.l.williams@usdoj.gov" <michael.l.williams@usdoj.gov>, "molsen@mayerbrown.com"

6/7/25, 9:37 AM  Gmail - June 7th, 2025 To: (Michigan - U.S.) Congresswoman Rashida Tlalib From: Flint Water Crisis Claimant - (disabled) Teddy Be…

Case: 25-1158    Document: 00118296733    Page: 2    Date Filed: 06/07/2025    Entry ID: 6727021

<molsen@mayerbrown.com>, "jcampbell@campbell-trial-lawyers.com" <jcampbell@campbell-trial-lawyers.com>, "mnguyen-dang@mayerbrown.com" <mnguyen-dang@mayerbrown.com>, "pnapoli_napolilaw.com" <pnapoli@napolilaw.com>, Renee Auten <rauten@thelandbank.org>, Jennifer Riggs <jriggs@thelandbank.org>, Jeremy Maltz <jeremy@lehotskykeller.com>, "hammoudf1@michigan.gov" <HammoudF1@michigan.gov>, Michigan Attorney General <miag@michigan.gov>, "dweyre@mcalpinepc.com" <dweyre@mcalpinepc.com>, "g@mayerbrown.com" <g@mayerbrown.com>, "ljiang@susmangodfrey.com" <ljiang@susmangodfrey.com>, mpitt <mpitt@pittlawpc.com>, Hunter Shkolnik <hunter@napolilaw.com>, "arosenman@mayerbrown.com" <arosenman@mayerbrown.com>, Theodore Leopold <tleopold@cohenmilstein.com>, Emmy Levens <elevens@cohenmilstein.com>, Flint Mayor <mayor@cityofflint.com>, "frank.bednarz@hlli.org" <frank.bednarz@hlli.org>, "ted.frank@hlli.org" <ted.frank@hlli.org>, Diane <russell.diane@epa.gov>, Amanda Trujillo <atrujillo@cityofflint.com>, "King-Piepenbrok, Pier (AG)" <KingP1@michigan.gov>, "jonhoma@sinasdramis.com" <jonhoma@sinasdramis.com>, "val@vlwlegal.com" <val@vlwlegal.com>, "sdg@miller.law" <sdg@miller.law>, "sparadise@eisnerlaw.com" <sparadise@eisnerlaw.com>, "echeverria.marietta@epa.gov" <echeverria.marietta@epa.gov>, "thompkins.anita@epa.gov" <thompkins.anita@epa.gov>, "burneson.eric@epa.gov" <burneson.eric@epa.gov>, "travers.david@epa.gov" <travers.david@epa.gov>, "waters.tom@epa.gov" <waters.tom@epa.gov>, "davis.angela@epa.gov" <davis.angela@epa.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, nlindzen@corpfraudlaw.com, franklmcnamara@gmail.com, mriordan@publicinterestlegal.org, eric.hamilton@usdoj.gov, "ryan@mclanelaw.com" <ryan@mclanelaw.com>, Zeldin.Lee@epa.gov, zoe.levine@ag.ny.gov, Sedalia.JonesKennelly@blankrome.com, rick.brooks@blankrome.com, steven.ury@seiu.org, MEL JONES JR <jonesjrmel@gmail.com>
Bcc: UrbanForestNewYork@gmail.com, Mel jones jr <meljonesjr@gmail.com>

*June 7th, 2025*

*To: (Michigan - U.S.) Congresswoman Rashida Tlalib*
*(via email)*
**email:** *rashidatlaib@house.mi.gov*

*From: Flint Water Crisis Claimant - (disabled) Teddy Bear Melvin Jones Jr.*
*1935 Hosler St - Flint, Michigan 48503*
*Also [from/ on behalf of FWC claimant - Colleen Connors];*
*1935 Hosler St., Flint - Michigan 48503*
*email[s]:* *cmcolleen4@gmail.com*
*jonesjrmel@gmail.com*

Case: 25-1158 Document: 00118296733 Page: 3 Date Filed: 06/07/2025 Entry ID: 6727021

6/7/25, 9:37 AM Gmail - June 7th, 2025 To: (Michigan - U.S.) Congresswoman Rashida Tlaib From: Flint Water Crisis Claimant - (disabled) Teddy Be…

*Good morning,...*
*Dear - U.S. Congresswoman Rashida Tlaib,*
*As a matter of FULL disclosure* **(both Colleen Connors and [me] are NATIVE CALIFORNIANS who have lived in the State of Michigan since August 2014 [and] lived in the City of Flint since the year [late] August 2017) and** *Colleen is a JEWISH person and I am [a] disabled Black African American and BOTH of us were very recently formally democrats who NOW support the current US President Donald Trump in the "birthright citizenship" civil case[s] #25-cv-10139; and more notably in POST JUDGMENT civil appeal as to said birthright EO #25-1158. Additionally - both Colleen Connors and [I] are currently Flint Water Crisis claimants in the [now] EPIQ (formally Archer Claims Administrator) State of Michigan, et al Flint Water Crisis claims/ settlement fund of which you speak of in the "online POST" captioned immediately below.*
*[I] would like to RESPECTFULLY point out to you {e.g. kindly bring to your attention} that the FWC*

6/7/25, 5:37 AM  Gmail - June 7th, 2025 To: (Michigan - U.S.) Congresswoman Rashida Tlaib From: Flint Water Crisis Claimant - (disabled) Teddy Be…

Case: 25-1158    Document: 00118296733    Page: 4    Date Filed: 06/07/2025    Entry ID: 6727021

*cases of which you speak are "generally" civil case #16-cv-10444 [and] #17-cv-11218 and indirectly civil case #16-cv-10277.*

*In the "main" FWC civil cases the presiding Judge is US Judge JUDITH LEVY; and the court appointed [FWC official] special master is Deborah Greenspan.*

*….which is to say ---- [I] "urge" you… [and] Flint Mayor Sheldon Neeley and "claimant" Ms. Melissa Mays [who appears in the online POST with you] to simply FILE a motion which is directed to presiding US Judge LEVY [if] there is ANY portion or PART of the settlement/ claims process that "TRULY" causes you concern…. [no kidding] ---- I use the word "urge" because in my humble view it is a "word" of VAGUE nature that the Mayor of Flint misuses VERY frequently…. which is annoying to say the least.   Further, the "repeated" ONLINE MEDIA SMEAR as to the claims process of the Flint Water Crisis…. [has/ is] in my belief and observation causing HORRIFIC ANTISEMITISM hate and harassment and violence to be routinely perpetrated against BOTH Colleen and [I]…. and I OBJECT TO SUCH... and WISH IT TO STOP.*

Case: 25-1158     Document: 00118296733     Page: 5     Date Filed: 06/07/2025     Entry ID: 6727021

6/7/25, 5:37 AM                Gmail - June 7th, 2025 To: (Michigan - U.S.) Congresswoman Rashida Tlaib From: Flint Water Crisis Claimant - (disabled) Teddy Be…

So, here is the EMAIL ADDRESS for the FWC special Master Deborah Greenspan.... [and] I look forward to seeing VERY SOON your filing in FWC civil case #16-cv-10444:
email: deborah.greenspan@blankrome.com

Here.... [as I understand such as a disabled dude with serious vision impairments, and a history of STROKE, TIA and CVA].... the settlement agreement and CLAIMS materials (e.g. at the direction of the settling defendant - the State of Michigan) were purposely NOT distributed in LARGE PRINT FORMAT.... which [is] what appears to be [a]n ADA violation.... which COULD be the "basis" for SETTING ASIDE THE SETTLEMENT [or] for sure the basis for the settling defendant - STATE OF MICHIGAN to "RE-NOTICE" the settlement and the ENTIRE CLAIMS PROCESS [and small print confusing grids thereto].... which (as a disabled person) I still DO NOT understand.

More to the point.... [I am told] that the State of Michigan (e.g. at the direction of Michigan Governor Gretchen Whitmer and Michigan AG - DANA NESSEL) is ONLY putting in approx. $33

*million dollars per year of the "wrongly reported in your ONLINE POST of there actually **already** being $600 million in the claims fund":*



https://x.com/RepRashida/status/1930981374229381419?ref_src=twsrc%5Egoogle%7Ctwcamp%5Eserp%7Ctwgr%5Etweet

*So here - congresswoman Tliab…. it is TRULY [a] blessing for the disabled and edged Flint*

6/7/25, 9:37 AM	Gmail - June 7th, 2025 To: (Michigan - U.S.) Congresswoman Rashida Tlaib From: Flint Water Crisis Claimant - (disabled) Teddy Be…

Case: 25-1158     Document: 00118296733     Page: 7     Date Filed: 06/07/2025     Entry ID: 6727021

==Water Crisis Claimants [such as myself]... who DO NOT have a "strong voice" such as yours to REACH-OUT to Judge Levy VIA A MOTION in FWC civil case #16-cv-10444 ....whereby you have my UNCONDITIONAL permission to submit such with my instant email as an EXHIBIT for sure==.

Anyway - much LOVE and RESPECT to you for having the courage to SPEAK OUT {e.g. put forth your PEACEFUL 1st amendment rights} as a FEDERAL CONGRESSWOMAN to ASK QUESTIONS about the "federal class action process - claims process" as to the Flint Water Crisis settlement fund.

In short, [we] do NOT have to agree on ALL things going on in the world.... but [a]s a Christian Believer....  I know that GOD's LOVE, GRACE, and FAVOR is multiplied upon me and my life.... by reaching out to you in respect and [a] friendly INFORMATIONAL "urging"

And --- here is a song for it:

6/7/25, 3:37 AM                    Gmail - June 7th, 2025 To: (Michigan - U.S.) Congresswoman Rashida Tlaib From: Flint Water Crisis Claimant - (disabled) Teddy Be…

Case: 25-1158      Document: 00118296733      Page: 8      Date Filed: 06/07/2025      Entry ID: 6727021



     

https://youtu.be/i3Rc0q4BCbE?feature=shared

PEACE …

Thank you.

Best,

/s/

Disabled teddy bear/ **Melvin Jones Jr**./ - Flint Water Crisis Claimant 

email: jonesjrmel@gmail.com

*1935 Hosler St.*

*Flint, Michigan 48503*