Date: June 8th, 2025

Affidavit/ Letter sent to the United States Solicitor General

 From: Colleen Connors and (disabled Melvin Jones Jr.); pro se appellants in POST JUDGMENT APPEAL #25-1158

RE: **see the attached youtube videos of the RECENT "treason" and "home-grown**

*==terrorism" and NON_ALLEGIANCE to the United States== flagrantly displayed and/ or actively encouraged by Los Angeles, California Mayor – (DEI incompetent Mayor Karen Bass), and uber DEI – WOKE California Governor Gavin Newsom, and US Congressman Hakeem Jeffries, and hundreds and/ or thousands of ILLEGAL*

# IMMIGRANTS from Mexico/Venezuela and such...



https://youtu.be/aXQ8eUANpQ0?feature=shared

(continued on the next page)



https://youtu.be/Ri0vXagHGj0?feature=shared

(continued on the next page)





https://youtu.be/8D3JBQBWEzQ?feature=shared

*(continued on the next page)....*



https://youtu.be/wzeGufsl-zw?feature=shared



*(continued on the next page)*

*Here, (we both - e.g. pro se Colleen Connors [and] disabled Melvin Jones Jr.).... Fully believe that literally seeing in one of the RIOT youtube videos affixed hereto… that the ILLEGAL IMMIGRANT terrorists rioters carrying the and waving around (e.g. like gestures of war and combat) the FLAG-OF-MEXICO… clearly indicate that NEARLY ALL (100%) of the illegal immigrants at issue regarding the pending US Supreme Court birthright applications ( 24A886 [and] 24A884 ), and civil case #25-cv-10139, and several other birthright appeals and civil cases…*

==**FOR SURE INDICATE** that <u>said illegal terrorist invaders of the United States HAVE NO allegiance (ə ˈlidʒəns) to the UNITED STATES; but instead they have 100% allegiance to their "homeland" MEXICO.</u>==

*I, Colleen Connors [and] Melvin Jones Jr., declare under penalty of perjury per Federal Law (28 USC S. 1746) that my foregoing statements are TRUE, CORRECT and ACCURATE to the best of my recollection, belief, personal*

*knowledge, understanding, information… and to the best of our knowledge… the affixed youtube videos hereto are TRUE and CORRECT copies".*

*Date: June 8th, 2025*
*Signed:*

*[signature: Colleen Connors]*

*Colleen Connors - AFFIANT*
*1935 Hosler St. Flint, Michigan*
*Email: cmcolleen4@gmail.com*

*Date: JUne 8th, 2025*

*Melvin Jones Jr. - AFFIANT*

*1935 Hosler St. Flint, Michigan*

*Email: [jonesjrmel@gmail.com](mailto:jonesjrmel@gmail.com)*

*ph# 415-562-5074 {google voice to text}*