Case: 25-1158 Document: 00118296701 Page: 1 Date Filed: 06/09/2025 Entry ID: 6727050

6/9/25, 6:04 AM  Gmail - Date: June 9th, 2025 To the Solicitor General of the UNITED STATESS and [to] ALL: RE: [we]/ pro se appellants in post-judg…



MEL JONES JR <jonesjrmel@gmail.com>

---

## Date: June 9th, 2025 To the Solicitor General of the UNITED STATESS and [to] ALL: RE: [we]/ pro se appellants in post-judgment appeal #25-1158 OBJECT to the "structual and deeply embeded RACISIM" and VIVA LA RACA - Mexican "pride" terror violence and invasion of the United States.... which is NOW playing-out by "well-orchestrated" {e.g. Kamala Harris and Gavin Newsom and the HATEFUL TOWARDS non-latino persons - WOKE utter Bull Shit}

1 message

---

**MEL JONES JR** <jonesjrmel@gmail.com>  Mon, Jun 9, 2025 at 6:04 AM
To: "mwolock@wolocklaw.com" <mwolock@wolocklaw.com>, Deborah Greenspan <deborah.greenspan@blankrome.com>, "pnapoli_napolilaw.com" <pnapoli@napolilaw.com>, uri.s.fuchs@usdoj.gov, SupremeCtBriefs@usdoj.gov, derek.l.weiss@usdoj.gov, Zeldin.Lee@epa.gov, mobrien@irli.org, chajec@irli.org, gcanaan@irli.org, gwv@dcglaw.com, tmccotter@boydengray.com, daniel.epstein@aflegal.org, "jon@publicrightsproject.org" <jon@publicrightsproject.org>, serviceS3@michigan.gov, giovanatiN@michigan.gov, Stacey.Metro@ag.ny.gov, Annabelle.Wilmott@doj.ca.gov, Lorraine.Lopez@doj.ca.gov, Delbert.Tran@doj.ca.gov, zoe.levine@ag.ny.gov, Irina.Trasovan@doj.ca.gov, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, jgrayson@nmdoj.gov, molly.alarcon@sfcityatty.org, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, shannon.stevenson@coag.gov, ksadeck@riag.ri.gov, jared.b.cohen@mass.gov, john.keller@ag.state.mn.us, johnsonkarpg@doj.state.wi.us, julio.thompson@vermont.gov, dmosteller@ncdoj.gov, "jeremy.feigenbaum@njoag.gov" <Jeremy.feigenbaum@njoag.gov>, shankar.duraiswamy@njoag.gov, Viviana.hanley@njoag.gov, shefali.saxena@law.njoag.gov, Elizabeth.walsh@law.njoag.gov, HStern@ag.nv.gov, akirschner@oag.state.md.us, Janelle.Medeiros@ct.gov, PolicyOffice@epa.gov, EIS-Filing@epa.gov, education@epa.gov, NEPAssisthelp@epa.gov, NEPA@epa.gov, eric.wessan@ag.iowa.gov, matt.rice@ag.tn.gov, nlindzen@corpfraudlaw.com, sara.eisenberg@sfcityatty.org, MEL JONES JR <jonesjrmel@gmail.com>, Colleen Connors <CMColleen4@gmail.com>, osedwick@lawyerscommittee.org, ecaspar@lawyerscommittee.org, csdubov@debevoise.com, ntsang@debevoise.com, sdthomas@debevoise.com, jjpastore@debevoise.com
Cc: Colleen Connors <CMColleen4@gmail.com>, "Acosta-Fox, Ashley" <AcostaFox.Ashley@epa.gov>, "Marissa.Malouff@doj.ca.gov" <Marissa.Malouff@doj.ca.gov>, "vanessa.kassab@delaware.gov" <vanessa.kassab@delaware.gov>, "kaliko.d.fernandes_hawaii_gov" <kaliko.d.fernandes@hawaii.gov>, "jeremy.feigenbaum@njoag.gov" <jeremy.feigenbaum@njoag.gov>, "harrist19@michigan.gov" <harrist19@michigan.gov>, "eng.connie@epa.gov" <eng.connie@epa.gov>, "egle-nondiscriminationCC@michigan.gov" <egle-nondiscriminationCC@michigan.gov>, "Cormack, Hayley" <Cormack.Hayley@epa.gov>, "EGLE-Accessibility@michigan.gov" <EGLE-Accessibility@michigan.gov>, "Faltin, Todd (he/they)" <Faltin.Todd@epa.gov>, "Oviedo, Luis" <oviedo.luis@epa.gov>, "MacMillan-Sanchez, Ariel (she/her/hers)" <MacmillanSanchez.Ariel@epa.gov>, "Johnson, Johahna (she/her/hers)" <Johnson.Johahna@epa.gov>, "Mason, Trinita" <Mason.Trinita@epa.gov>, "Moore, Tammy" <moore.tammy@epa.gov>, "Walts, Alan (he/him/his)" <walts.alan@epa.gov>, Deborah Greenspan <deborah.greenspan@blankrome.com>, "Risley, David" <Risley.David@epa.gov>, "tmlewis@cityofflint.com" <tmlewis@cityofflint.com>, "cmcgehee@pittlawpc.com" <cmcgehee@pittlawpc.com>, "eric.a.rey@usdoj.gov" <eric.a.rey@usdoj.gov>, "Jason.T.Cohen@usdoj.gov" <Jason.T.Cohen@usdoj.gov>, "OIG_Hotline@epa.gov" <OIG_Hotline@epa.gov>, Corey <cstern@levylaw.com>, Patrick Lanciotti <PLanciotti@napolilaw.com>, "dpettway@cityofflint.com" <dpettway@cityofflint.com>, "saneeley@cityofflint.com" <saneeley@cityofflint.com>, "mbard@cityofflint.com" <mbard@cityofflint.com>, "michelle.t.domingue.II@usdoj.gov" <michelle.t.domingue.II@usdoj.gov>, "Kaplan, Robert (he/him/his)" <kaplan.robert@epa.gov>, Mel jones jr <meljonesjr@gmail.com>, "marianne.f.kies@usdoj.gov" <marianne.f.kies@usdoj.gov>, "daniel.c.eagles@usdoj.gov" <daniel.c.eagles@usdoj.gov>, "kuhlr@michigan.gov" <kuhlr@michigan.gov>, "gambilln@michigan.gov" <gambilln@michigan.gov>, "MitosinkaA@michigan.gov" <MitosinkaA@michigan.gov>, "gaiello@mayerbrown.com" <gaiello@mayerbrown.com>, "jkuptz@cityofflint.com" <jkuptz@cityofflint.com>, "dfaraci@campbell-trial-lawyers.com" <dfaraci@campbell-trial-lawyers.com>, "alin@eisnerlaw.com" <alin@eisnerlaw.com>, "ccmushatt@cityofflint.com" <ccmushatt@cityofflint.com>, "heidy.gonzalez@usdoj.gov" <heidy.gonzalez@usdoj.gov>, AG attorney as to MI COC civil case #23-000115-MZ <bettenhausenm@michigan.gov>, robinsonr11 <robinsonr11@michigan.gov>, Justus Brown <jubrown@cityofflint.com>, Kameshia Ar-Rahmaan <kar-rahmaan@cityofflint.com>, Davina Donahue <ddonahue@cityofflint.com>, City of Flint Clerk's Office <cityclerk@cityofflint.com>, Davina Donahue

<CouncilPublicComment@cityofflint.com>, "trachelleyoung@gmail.com" <trachelleyoung@gmail.com>, Ladel Lewis <llewis@cityofflint.com>, Judy Priestley <jpriestley@cityofflint.com>, Tonya Burns <tburns@cityofflint.com>, Mark Cuker <mark@cukerlaw.com>, "michael.l.williams@usdoj.gov" <michael.l.williams@usdoj.gov>, "molsen@mayerbrown.com" <molsen@mayerbrown.com>, "jcampbell@campbell-trial-lawyers.com" <jcampbell@campbell-trial-lawyers.com>, "mnguyen-dang@mayerbrown.com" <mnguyen-dang@mayerbrown.com>, "pnapoli_napolilaw.com" <pnapoli@napolilaw.com>, Renee Auten <rauten@thelandbank.org>, Jennifer Riggs <jriggs@thelandbank.org>, Jeremy Maltz <jeremy@lehotskykeller.com>, "hammoudf1@michigan.gov" <HammoudF1@michigan.gov>, Michigan Attorney General <miag@michigan.gov>, "dweyre@mcalpinepc.com" <dweyre@mcalpinepc.com>, "g@mayerbrown.com" <g@mayerbrown.com>, "ljiang@susmangodfrey.com" <ljiang@susmangodfrey.com>, mpitt <mpitt@pittlawpc.com>, Hunter Shkolnik <hunter@napolilaw.com>, "arosenman@mayerbrown.com" <arosenman@mayerbrown.com>, Theodore Leopold <tleopold@cohenmilstein.com>, Emmy Levens <elevens@cohenmilstein.com>, Flint Mayor <mayor@cityofflint.com>, "frank.bednarz@hlli.org" <frank.bednarz@hlli.org>, "ted.frank@hlli.org" <ted.frank@hlli.org>, Diane <russell.diane@epa.gov>, Amanda Trujillo <atrujillo@cityofflint.com>, "King-Piepenbrok, Pier (AG)" <KingP1@michigan.gov>, "jonhoma@sinasdramis.com" <jonhoma@sinasdramis.com>, "val@vlwlegal.com" <val@vlwlegal.com>, "sdg@miller.law" <sdg@miller.law>, "sparadise@eisnerlaw.com" <sparadise@eisnerlaw.com>, "echeverria.marietta@epa.gov" <echeverria.marietta@epa.gov>, "thompkins.anita@epa.gov" <thompkins.anita@epa.gov>, "burneson.eric@epa.gov" <burneson.eric@epa.gov>, "travers.david@epa.gov" <travers.david@epa.gov>, "waters.tom@epa.gov" <waters.tom@epa.gov>, "davis.angela@epa.gov" <davis.angela@epa.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, nlindzen@corpfraudlaw.com, franklmcnamara@gmail.com, mriordan@publicinterestlegal.org, eric.hamilton@usdoj.gov, "ryan@mclanelaw.com" <ryan@mclanelaw.com>, Zeldin.Lee@epa.gov, zoe.levine@ag.ny.gov, Sedalia.JonesKennelly@blankrome.com, rick.brooks@blankrome.com, steven.ury@seiu.org, MEL JONES JR <jonesjrmel@gmail.com>
Bcc: UrbanForestNewYork@gmail.com, Mel jones jr <meljonesjr@gmail.com>

# Date: June 9th, 2025

## To the Solicitor General of the UNITED STATESS and [to] ALL:

RE: [we]/ pro se appellants in post-judgment appeal #25-1158 OBJECT to the "structual and deeply embeded RACISIM" and VIVA LA RACA - Mexican "pride" terror violence and invasion of the United States.... which is NOW playing-out by "well-orchestrated" {e.g. Kamala Harris and Gavin Newsom and the HATEFUL TOWARDS non-latino persons - WOKE utter Bull Shit} that the National Gaurd and MARINES being summoned to PROTECT Federal Property and

*INTERSTATE COMMERCE is somehow "unlawful".*

Which is to say --- when the illegal Mexican "invading army from Mexico" shut down the 101 freeway in Southern California.... they/ the Mexican invading Army who have DECLARED WAR on "regular everyDay American Citizens [e.g. here, Michigan AG Dana Nessel and her fellow woke/ misguided Democrat AG's in birthright case #25-cv-10139 should be FORTHRIGHT with the presiding Judge and 1st Cir. Appeals Court... that [A PERFECT DISPLAY OF NON_ALLEGIANCE TO THE UNITED STATES by Mexican illegals who have declared WAR on America is on full display for the world to see]...." and, so when the 101 in Los Angeles was/ is shut down by the Mexican terror invading army.... literally such is a DIRECT ASSAULT upon the "lawful" immigration activities of the President Donald Trump administration.... because said WARTIME blockade of the free and needed

Case: 25-1158    Document: 0118296701    Page: 4    Date Filed: 06/09/2025    Entry ID: 6727050

6/9/25, 8:04 AM    Gmail - Date: June 9th, 2025 To the Solicitor General of the UNITED STATESS and [to] ALL .RE [we]/ pro se appellants in post-judg…

movement of US ICE AGENTS and support operations to KEEP the ICE and DHS folks safe and with free movement to coordinate ICE operations is in and of itself and "act of war".... just like the wartime blockade of a strategic bridge of an wartime adversary.... which then FULLY and LAWFULLY allows for BOTH the National Guard and (yes) the activation of active duty MARINES to put a stop to such war-like terrorist

activities being put against innocent US citizens in the State of California.  Here, Kamala Harris {and I say this out of LOVE}.... should maybe go have some yummy Poepes Chicken and stop her bull shit for now:

6/9/25, 5:04 AM  Gmail  Case: 25-1158  Document: 0118296701  Page: 5  Date Filed: 06/09/2025  Entry ID: 6727050

Date: June 9th, 2025 To the Solicitor General of the UNITED STATES and [to] ALL AE [we]/ pro se appellants in post-judg…

## Kamala Harris 'inciting violence' in Los Angeles? Ex VP's statement sparks fury amid anti-ICE protests

By Sumanti Sen

Jun 09, 2025 05:24 AM IST

Former US Vice President Kamala Harris is under fire for her statement on the Los Angeles riots.

Advertisement

Former US Vice President Kamala Harris is under fire for her statement on the Los Angeles riots. Taking to X, Harris wrote, "Los Angeles is my home. And like so many Americans, I am appalled at what we are witnessing on the streets of our city. Deploying the National Guard is a dangerous escalation meant to promote chaos. In addition to the recent ICE raids in Southern California and across our nation, it is part of the Trump administration's cruel, calculated agenda to spread panic and division.

*(see attached)*

**More to the point…. said Mexican terrorist invading army blockade of the 101 freeway in Los Angeles…. literally costs the United States Government {e.g. and the GDP of the State of California}…. literally millions**

**of dollars PER HOUR. And, puts at risk MANY lives {e.g. as to California natural disasters and wildfires…. and something as SIMPLE - but important as FOOD and MEDICATION DELIVERY to "homebound" and seriously mobility impaired disabled persons in Southern California who literally NEED the AID of a mobility device {e.g. prescribed walker and/ or electric mobility scooter} and help of [a]n informal caregiver such as Colleen [AS [I]/ disabled teddy bear Melvin Jones Jr. do on a daily basis]}**…

Simply put --- YES…. praise JESUS…. BRING IN THE MARINES; and maybe a FEW drones …but [no kidding]…. *just look at how MEXICAN CRIME LOVING the state of California DEI-deranged Democrats such as LA Mayor Karen Bass, and former VP-Kamala Harris and CA. Governor GAVIN NEWSOME is/ are* […and keep in mind that there was A LOT of teenage crime in the area of "story and king" in San Jose for MANY YEARS]….

but there is GOOD NEWS of sorts…. said previous LOWRIDER GANG-BANGERS are NOW somehow immigration attorneys…. 😐😂😂:

***In 1986, the city of San Jose enacted a ban on cruising, primarily targeting lowriders who frequented Story and King Roads. This ban was implemented due to concerns about traffic congestion, potential criminal activity, and an "environment of fear". However, many argued that the ban was discriminatory and unfairly targeted the Latino community. In June 2022, the* San Jose City Council *voted to lift the ban, a decision celebrated by the lowrider community. The ban had been in place for 36 years, causing distress for many lowriders. The ban's repeal was widely celebrated, with the removal of the last "No Cruising Zone" sign at City Hall marking a significant milestone…. WTF.***

> Thank you.
> Best,
>
>      /s/



Disabled teddy bear/ **Melvin Jones Jr**./
- Flint Water Crisis Claimant 🐻
email: jonesjrmel@gmail.com

*1935 Hosler St.*
*Flint, Michigan 48503*

📕 Kamala Harris 'inciting violence' in Los Angeles_ Ex VP's statement sparks fury amid anti-ICE protests - Hindustan Times.pdf
763K

6. 9. 2025

*[signature: Melvin Jones Jr]*

(See the Next Page)

# 101 Freeway protest: Thousands block Los Angeles highway, traffic disrupted| Videos

By **Vaishnavi Vaidyanathan**

Jun 09, 2025 05:39 AM IST

Thousands of protesters shut down the 101 Freeway in Los Angeles. Videos from the scene show demonstrators waving Mexican flags and chanting 'Viva la Raza.'

Advertisement

Thousands of anti-ICE protesters blocked the 101 Freeway in downtown Los Angeles, shutting down both northbound and southbound lanes and causing a major traffic standstill. Drivers on the freeway were forced to turn around.

 Home   Cricket     Premium   Sign In



Protesters block the 101 Freeway near the metropolitan detention center of downtown Los Angeles, Sunday, June 8, 2025, following last night's immigration raid protest. (AP)

Advertisement

"The California Highway Patrol (CHP) have entered the SB lanes of the 101 freeway and are attempting to disperse the demonstrators off the freeway. Please avoid the 101 Freeway between the 110 FWY and the 5/10 FWY interchange," LAPD Central Division wrote on X.

Videos from the scene show thousands of protesters walking on the freeway as officers

   

Case: 25-1158    Document: 00118296791    Page: 11    Date Filed: 06/09/2025    Entry ID: 6727050

6/8/25, 6:23 PM       Kamala Harris 'inciting violence' in Los Angeles? Ex VP's statement sparks fury amid anti-ICE protests - Hindustan Times



# Kamala Harris 'inciting violence' in Los Angeles? Ex VP's statement sparks fury amid anti-ICE protests

By **Sumanti Sen**

Jun 09, 2025 05:24 AM IST

Former US Vice President Kamala Harris is under fire for her statement on the Los Angeles riots.

*Advertisement*

Former US Vice President Kamala Harris is under fire for her statement on the Los Angeles riots. Taking to X, Harris wrote, "Los Angeles is my home. And like so many Americans, I am appalled at what we are witnessing on the streets of our city. Deploying the National Guard is a dangerous escalation meant to promote chaos. In addition to the recent ICE raids in Southern California and across our nation, it is part of the Trump administration's cruel, calculated agenda to spread panic and division.

    

6/8/25, 6:23 PM	Kamala Harris 'inciting violence' in Los Angeles? Ex-VP's statement sparks fury amid anti-ICE protests | Hindustan Times

Case: 25-1158      Document: 00118296791      Page: 12      Date Filed: 06/09/2025      Entry ID: 6727050



Kamala Harris' statement on LA riots sparks fury amid anti-ICE protests (Photo by MARIO TAMA / GETTY IMAGES NORTH AMERICA / Getty Images via AFP)(Getty Images via AFP)

Advertisement

Harris added, "This Administration's actions are not about public safety – they're about stoking fear. Fear of a community demanding dignity and due process. Protest is a powerful tool – essential in the fight for justice. And as the LAPD, Mayor, and Governor have noted, demonstrations in defense of our immigrant neighbors have been overwhelmingly peaceful."

"I continue to support millions of Americans who are standing up to protect our most