6/10/25, 6:52 AM    Gmail - FYI to: The SOLICITOR GENERAL OF THE UNITED STATES ...[just a friendly ALERT that the corrupt California Democrat...

Case: 25-1158    Document: 00118297554    Page: 1    Date Filed: 06/10/2025    Entry ID: 6727423



MEL JONES JR <jonesjrmel@gmail.com>

---

## FYI to: The SOLICITOR GENERAL OF THE UNITED STATES ...[just a friendly ALERT that the corrupt California Democratic "machine" has NOW deployed OBAMA and HARRIS to [aid] the SHIT SHOW GAVIN NEWSOM in REFUSING to uphold the mandated duties of his job as Governor [FOR THE LAST 4 YEARS]....

1 message

---

**MEL JONES JR** <jonesjrmel@gmail.com>                                                   Tue, Jun 10, 2025 at 5:52 AM
To: "mwolock@wolocklaw.com" <mwolock@wolocklaw.com>, Deborah Greenspan <deborah.greenspan@blankrome.com>, "pnapoli_napolilaw.com" <pnapoli@napolilaw.com>, uri.s.fuchs@usdoj.gov, SupremeCtBriefs@usdoj.gov, derek.l.weiss@usdoj.gov, Zeldin.Lee@epa.gov, mobrien@irli.org, chajec@irli.org, gcanaan@irli.org, gwv@dcglaw.com, tmccotter@boydengray.com, daniel.epstein@aflegal.org, "jon@publicrightsproject.org" <jon@publicrightsproject.org>, serviceS3@michigan.gov, giovanatiN@michigan.gov, Stacey.Metro@ag.ny.gov, Annabelle.Wilmott@doj.ca.gov, Lorraine.Lopez@doj.ca.gov, Delbert.Tran@doj.ca.gov, zoe.levine@ag.ny.gov, Irina.Trasovan@doj.ca.gov, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, jgrayson@nmdoj.gov, molly.alarcon@sfcityatty.org, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, shannon.stevenson@coag.gov, ksadeck@riag.ri.gov, jared.b.cohen@mass.gov, john.keller@ag.state.mn.us, johnsonkarpg@doj.state.wi.us, julio.thompson@vermont.gov, dmosteller@ncdoj.gov, "jeremy.feigenbaum@njoag.gov" <Jeremy.feigenbaum@njoag.gov>, shankar.duraiswamy@njoag.gov, Viviana.hanley@njoag.gov, shefali.saxena@law.njoag.gov, Elizabeth.walsh@law.njoag.gov, HStern@ag.nv.gov, akirschner@oag.state.md.us, Janelle.Medeiros@ct.gov, PolicyOffice@epa.gov, EIS-Filing@epa.gov, education@epa.gov, NEPAssisthelp@epa.gov, NEPA@epa.gov, eric.wessan@ag.iowa.gov, matt.rice@ag.tn.gov, nlindzen@corpfraudlaw.com, sara.eisenberg@sfcityatty.org, MEL JONES JR <jonesjrmel@gmail.com>, Colleen Connors <CMColleen4@gmail.com>, osedwick@lawyerscommittee.org, ecaspar@lawyerscommittee.org, csdubov@debevoise.com, ntsang@debevoise.com, sdthomas@debevoise.com, jjpastore@debevoise.com
Cc: Colleen Connors <CMColleen4@gmail.com>, "Acosta-Fox, Ashley" <AcostaFox.Ashley@epa.gov>, "Marissa.Malouff@doj.ca.gov" <Marissa.Malouff@doj.ca.gov>, "vanessa.kassab@delaware.gov" <vanessa.kassab@delaware.gov>, "kaliko.d.fernandes_hawaii_gov" <kaliko.d.fernandes@hawaii.gov>, "jeremy.feigenbaum@njoag.gov" <jeremy.feigenbaum@njoag.gov>, "harrist19@michigan.gov" <harrist19@michigan.gov>, "eng.connie@epa.gov" <eng.connie@epa.gov>, "egle-nondiscriminationCC@michigan.gov" <egle-nondiscriminationCC@michigan.gov>, "Cormack, Hayley" <Cormack.Hayley@epa.gov>, "EGLE-Accessibility@michigan.gov" <EGLE-Accessibility@michigan.gov>, "Faltin, Todd (he/they)" <Faltin.Todd@epa.gov>, "Oviedo, Luis" <oviedo.luis@epa.gov>, "MacMillan-Sanchez, Ariel (she/her/hers)" <MacmillanSanchez.Ariel@epa.gov>, "Johnson, Johahna (she/her/hers)" <Johnson.Johahna@epa.gov>, "Mason, Trinita" <Mason.Trinita@epa.gov>, "Moore, Tammy" <moore.tammy@epa.gov>, "Walts, Alan (he/him/his)" <walts.alan@epa.gov>, Deborah Greenspan <deborah.greenspan@blankrome.com>, "Risley, David" <Risley.David@epa.gov>, "tmlewis@cityofflint.com" <tmlewis@cityofflint.com>, "cmcgehee@pittlawpc.com" <cmcgehee@pittlawpc.com>, "eric.a.rey@usdoj.gov" <eric.a.rey@usdoj.gov>, "Jason.T.Cohen@usdoj.gov" <Jason.T.Cohen@usdoj.gov>, "OIG_Hotline@epa.gov" <OIG_Hotline@epa.gov>, Corey <cstern@levylaw.com>, Patrick Lanciotti <PLanciotti@napolilaw.com>, "dpettway@cityofflint.com" <dpettway@cityofflint.com>, "saneeley@cityofflint.com" <saneeley@cityofflint.com>, "mbard@cityofflint.com" <mbard@cityofflint.com>, "michelle.t.domingue.II@usdoj.gov" <michelle.t.domingue.II@usdoj.gov>, "Kaplan, Robert (he/him/his)" <kaplan.robert@epa.gov>, Mel jones jr <meljonesjr@gmail.com>, "marianne.f.kies@usdoj.gov" <marianne.f.kies@usdoj.gov>, "daniel.c.eagles@usdoj.gov" <daniel.c.eagles@usdoj.gov>, "kuhlr@michigan.gov" <kuhlr@michigan.gov>, "gambilln@michigan.gov" <gambilln@michigan.gov>, "MitosinkaA@michigan.gov" <MitosinkaA@michigan.gov>, "gaiello@mayerbrown.com" <gaiello@mayerbrown.com>, "jkuptz@cityofflint.com" <jkuptz@cityofflint.com>, "dfaraci@campbell-trial-lawyers.com" <dfaraci@campbell-trial-lawyers.com>, "alin@eisnerlaw.com" <alin@eisnerlaw.com>, "ccmushatt@cityofflint.com" <ccmushatt@cityofflint.com>, "heidy.gonzalez@usdoj.gov" <heidy.gonzalez@usdoj.gov>, AG attorney as to MI COC civil case #23-000115-MZ <bettenhausenm@michigan.gov>, robinsonr11 <robinsonr11@michigan.gov>, Justus Brown <jubrown@cityofflint.com>, Kameshia Ar-Rahmaan <kar-rahmaan@cityofflint.com>, Davina Donahue <ddonahue@cityofflint.com>, City of Flint Clerk's Office <cityclerk@cityofflint.com>, Davina Donahue <CouncilPublicComment@cityofflint.com>, "trachelleyoung@gmail.com" <trachelleyoung@gmail.com>, Ladel Lewis <llewis@cityofflint.com>, Judy Priestley <jpriestley@cityofflint.com>, Tonya Burns <tburns@cityofflint.com>, Mark Cuker <mark@cukerlaw.com>, "michael.l.williams@usdoj.gov" <michael.l.williams@usdoj.gov>, "molsen@mayerbrown.com" <molsen@mayerbrown.com>, "jcampbell@campbell-trial-lawyers.com" <jcampbell@campbell-trial-lawyers.com>, "mnguyen-dang@mayerbrown.com" <mnguyen-dang@mayerbrown.com>, "pnapoli_napolilaw.com" <pnapoli@napolilaw.com>, Renee Auten <rauten@thelandbank.org>, Jennifer Riggs <jriggs@thelandbank.org>, Jeremy Maltz <jeremy@lehotskykeller.com>, "hammoudf1@michigan.gov" <HammoudF1@michigan.gov>, Michigan Attorney General <miag@michigan.gov>, "dweyre@mcalpinepc.com" <dweyre@mcalpinepc.com>, "g@mayerbrown.com" <g@mayerbrown.com>, "ljiang@susmangodfrey.com" <ljiang@susmangodfrey.com>, mpitt <mpitt@pittlawpc.com>, Hunter Shkolnik

6/10/25, 6:52 AM                Gmail - TO THE SOLICITOR GENERAL OF THE UNITED STATESS....just a friendly ALERT that the corrupt California Democrat…

Case: 25-1158      Document: 00118297554      Page: 2      Date Filed: 06/10/2025      Entry ID: 6737423

<hunter@napolilaw.com>, "arosenman@mayerbrown.com" <arosenman@mayerbrown.com>, Theodore Leopold <tleopold@cohenmilstein.com>, Emmy Levens <elevens@cohenmilstein.com>, Flint Mayor <mayor@cityofflint.com>, "frank.bednarz@hlli.org" <frank.bednarz@hlli.org>, "ted.frank@hlli.org" <ted.frank@hlli.org>, Diane <russell.diane@epa.gov>, Amanda Trujillo <atrujillo@cityofflint.com>, "King-Piepenbrok, Pier (AG)" <KingP1@michigan.gov>, "jonhoma@sinasdramis.com" <jonhoma@sinasdramis.com>, "val@vlwlegal.com" <val@vlwlegal.com>, "sdg@miller.law" <sdg@miller.law>, "sparadise@eisnerlaw.com" <sparadise@eisnerlaw.com>, "echeverria.marietta@epa.gov" <echeverria.marietta@epa.gov>, "thompkins.anita@epa.gov" <thompkins.anita@epa.gov>, "burneson.eric@epa.gov" <burneson.eric@epa.gov>, "travers.david@epa.gov" <travers.david@epa.gov>, "waters.tom@epa.gov" <waters.tom@epa.gov>, "davis.angela@epa.gov" <davis.angela@epa.gov>, "robert.c.merritt@usdoj.gov" <robert.c.merritt@usdoj.gov>, "brad.rosenberg@usdoj.gov" <brad.rosenberg@usdoj.gov>, "denise.levey@doj.ca.gov" <denise.levey@doj.ca.gov>, "gerard.cedrone@mass.gov" <gerard.cedrone@mass.gov>, "nicole.hill@dc.gov" <nicole.hill@dc.gov>, "david.louk@sfcityatty.org" <david.louk@sfcityatty.org>, nlindzen@corpfraudlaw.com, franklmcnamara@gmail.com, mriordan@publicinterestlegal.org, eric.hamilton@usdoj.gov, "ryan@mclanelaw.com" <ryan@mclanelaw.com>, Zeldin.Lee@epa.gov, zoe.levine@ag.ny.gov, Sedalia.JonesKennelly@blankrome.com, rick.brooks@blankrome.com, steven.ury@seiu.org, MEL JONES JR <jonesjrmel@gmail.com>
Bcc: UrbanForestNewYork@gmail.com, Mel jones jr <meljonesjr@gmail.com>

> *June 10th, 2025*
>
> > ## To the Solicitor General of the UNITED STATESS and [to] ALL:
>
> *RE:   The WOKE-BLACK ASS CLOWN (Charlamagne the "SATAN" worshiping piece of shit who thinks that OBAMA and HARRIS is "tha' GOD"..... is NOW flat out lying for terrorist sympathizers LA Mayor Karen Bass, and the LA (racist MEXICAN)) City Council, and CA. Governor GAVIN NEWSOM*

**YES - good morning [General]/ Solicitor General of the United States,**

*The primary purpose (e.g. as a California "native") is to alert you and Mr. President Donald Trump of the following:*
*1.)*

6/10/25, 6:52 AM  Gmail - FYI to the SOLICITOR GENERAL OF THE UNITED STATES…[just a friendly ALERT that the corrupt California Democrat…

Case: 25-1158    Document: 00118297554    Page: 3    Date Filed: 06/10/2025    Entry ID: 6727423



MEDIA

# Charlamagne claims he hadn't heard about 'any ruckus or violence' in LA riot until National Guard arrived

'But did that call for the national guard?' Charlamagne asked after hearing of a video where a protestor threw large rocks at a motorcade

By **Alexander Hall** · Fox News

Published June 9, 2025 7:00pm EDT

"**Radio host Charlamagne tha (SATAN WORSHIPING BLACK lying PIECE OF SHIT)** said on Monday that he had not seen evidence that the anti-ICE riots in Los Angeles were violent enough to call for bringing in the National Guard.
On Saturday, prior to President Donald Trump deploying the National Guard, tear gas was used near Home Depot in Paramount, California, where Immigration and Customs Enforcement (ICE) officers were allegedly conducting a raid. Following the raid, a violent protest broke out and several arrests were made for assault on a federal agent, according to U.S. Border Patrol Chief Michael W. Banks.

Rioters have also reportedly engaged in throwing large rocks at a motorcade, smashing windows of the Los Angeles Police Department's (LAPD's) headquarters on West 1st Street and setting several cars on fire."

https://www.foxnews.com/media/charlamagne-claims-he-hadnt-heard-about-any-ruckus-violence-la-riot-until-national-guard-arrived

## 2.) **…[just a friendly ALERT that the corrupt California Democratic "machine"**

6/10/25, 6:52 AM                          Gmail - FYI to the SOLICITOR GENERAL OF THE UNITED STATES....just a friendly ALERT that the corrupt California Democrat...

Case: 25-1158     Document: 00118297554     Page: 4     Date Filed: 06/10/2025     Entry ID: 6737423

***has NOW deployed OBAMA and HARRIS to [aid] the SHIT SHOW GAVIN NEWSOM in REFUSING to uphold the mandated duties of his job as Governor [FOR THE LAST 4 YEARS]; which is to say ---- the*** *civilian authority (CA. state Governor* ***[Gavin Newsonhas failed [e.g. as faced at least ONE recall - no confidence statewide public declaration as to such... and HAS refused to do his job.... in effort to "MAKE US PRESIDENT DONALD TRUMP LOOK BAD.... because Mr. NEWSOM, Barack Obama, and Kamala Harris are MAD that President Donald Trump was RE-ELECTED by an impressive MAJORITY of the American Citizens]](link)*** *and is ineffective, ....and is and has been so for the PAST 4 (four) years.... primarily in cases of war {e.g. Mexican illegal terrorist invading army at the US southern border}, and as to the CURRENT LA-RIOTS/insurrection - domestic violence, or natural disasters.  Here... [we] (e.g. Colleen Connors and [I] - pro se appellants in post judgement appeal #25-1158) ...believe that NOW... the TIME IS RIPE for the U.S. Military to temporarily take over governance of the State of California.... substituting such for the civilian government.... in FURTHER effort to LIBERATE the State of California and the*

6/10/25, 6:52 AM — Gmail - FYI to the SOLICITOR GENERAL OF THE UNITED STATES…just a friendly ALERT that the corrupt California Democrat…

Case: 25-1158    Document: 00118207554    Page: 5    Date Filed: 06/10/2025    Entry ID: 6727423

United States from the CURRENT FAILED - civilian authority;

3.) YEP - the WOKE-BLACK ASS CLOWN (Charlamagne the "SATAN" worshiping piece of shit who thinks that OBAMA and HARRIS is "Da' GOD"..... is NOW flat out lying for terrorist sympathizers LA Mayor Karen Bass, and the LA (racist MEXICAN) City Council, and CA. Governor GAVIN NEWSOM (e.g. see the news article captioned above);

4.) Here... the black lying piece of shit Chalamagne the ass-clown worshiper of OBAMA and HARRIS.... reminds me of the Flint Mayor (e.g. Sheldon Neeley) and his administration... which is to say - for the PAST week Colleen has called the Genesee County Animal Control on the LOW-LIFE piece of shit neighbors at 1942 Hosler St. Flint, Michigan who have FOR MANY YEARS (e.g. along with the crack smoking neighbors at 1941 Hosler St. Flint, Michigan; 1929 Hosler St. Flint, Michigan; and (previous neighbor at 1930 Hosler St., Flint Michigan; and 1925 Hosler St., Flint Michigan, and 1921 Hosler St., Flint Michigan) have harassed and put 'domestic - violence against BOTH Colleen and [me] due to said black piece of shit neighbors' ANTISEMITISM and jealousy that the Genesee County Land Bank (in the year 2018) sold

Case: 25-1158 Document: 00118297554 Page: 6 Date Filed: 06/10/2025 Entry ID: 6727423

6/10/25, 6:52 AM Gmail - FYI to the SOLICITOR GENERAL OF THE UNITED STATES…. just a friendly ALERT that the corrupt California Democrat…

my current home to me [e.g. although I am disabled and walker dependant for effective ambulation].

That is --- they/ said ignorant [Flint Native neighbors listed above] are MAD at the Genesee County Land Bank... because in or about the year 2016/ 2017.... a PREVIOUS LAND BANK employee CORRECTLY noted that "LAZY NIGGERS IN FLINT" started the Flint Water Crisis by REFUSING to pay their water bills:

> Yes, a Genesee County Land Bank sales manager named Phil Stair was recorded using a racial slur to describe Black residents of Flint and made a statement blaming them for the water crisis, suggesting they didn't pay their bills.
>
> Here's a summary of the events:
>
> - The Incident: Phil Stair was secretly recorded by environmental activist Chelsea Lyons expressing offensive views about Flint residents [Link: according to Michigan Public https://www.michiganpublic.org/politics-government/2017-06-05/genesee-county-land-bank-official-resigns-used-racial-slur-to-describe-flint-residents]. He made a statement suggesting Flint had problems similar to Detroit due to residents not paying bills.
> - Here.... [I] believe that the Mayor of the City of Flint has/ is INTERFERING with Genesee County Animal Control going out to 1942 Hosler St - Flint, Michigan to follow-up on Colleen's complaint of YET AGAIN said shit brain neighbors using their

6/10/25, 6:52 AM   Gmail - FYI to the SOLICITOR GENERAL OF THE UNITED STATES…just a friendly ALERT that the corrupt California Democrat…

Case: 25-1158     Document: 00118297554     Page: 7     Date Filed: 06/10/2025     Entry ID: 6727423

*pit bull type dog as a WEAPON AGAINST Colleen and [me].*

- Politics & Government

# Genesee County Land Bank official resigns, used racial slur to describe Flint residents

Michigan Public | By **Steve Carmody**
Published June 5, 2017 at 11:22 AM EDT



- "On the audio recording, Stair can be heard saying "n*ggers
-  don't pay their bills.""

- https://www.michiganpublic.org/politics-government/2017-06-05/genesee-county-land-bank-official-resigns-used-racial-slur-to-describe-flint-residents

- **4.)   And…. as [and] "advance ALERT to the Flint Water Crisis Special Master Deborah Greenspan… [as to my EPIQ - FWC claim[s] pending against the State of Michigan et. al. settlement fund….** *Yes, cadmium was detected in the Flint River during the Flint water crisis, though primarily in the tap water due to the mobilization of cadmium from galvanized pipes. The high lead concentrations in the water were strongly correlated with the levels of cadmium, zinc, and tin, which were components of the original pipe coatings. This suggests that the Flint River water, without proper corrosion control, caused rust layers, which contained lead, cadmium, and other metals, to leach from the pipes into the drinking water.*

6/10/25, 6:52 AM    Gmail - FYI to the SOLICITOR GENERAL OF THE UNITED STATES... "just a friendly ALERT that the corrupt California Democrat…

Case: 25-1158    Document: 00118297554    Page: 8    Date Filed: 06/10/2025    Entry ID: 6727423

## ALSO....
## Yes, there's evidence suggesting a link between heavy metal exposure and gout, particularly elevated blood levels of lead and cadmium. Studies have shown that individuals with higher blood lead levels have a significantly increased risk of gout. Furthermore, research indicates that cadmium exposure may also be associated with gout flare status.

## Elaboration:

### Lead:
### Studies have found a positive correlation between blood lead levels and gout, even at relatively low exposure levels.

Thank you.   6.10.2025

Best,

/s/ 

Disabled teddy bear/ **Melvin Jones Jr**./

- Flint Water Crisis Claimant 🐻

email: jonesjrmel@gmail.com

*1935 Hosler St.*

*Flint, Michigan 48503*