# United States Court of Appeals
## For the First Circuit

No. 25-1158

STATE OF NEW JERSEY; COMMONWEALTH OF MASSACHUSETTS; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF MAINE; STATE OF MARYLAND; DANA NESSEL, Attorney General for the People of the State of Michigan; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WISCONSIN; CITY AND COUNTY OF SAN FRANCISCO,

Plaintiffs - Appellees,

v.

DONALD J. TRUMP, in their official capacity as President of the United States; US DEPARTMENT OF STATE; MARCO RUBIO, in their official capacity as Secretary of State; US DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in their official capacity as Secretary of Homeland Security; US DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in their official capacity as Secretary of Health and Human Services; US SOCIAL SECURITY ADMINISTRATION; MICHELLE KING, in their official capacity as Acting Commissioner of Social Security; UNITED STATES,

Defendants - Appellees.

-------------------------------------------------------------------------

MELVIN JONES, JR.; COLLEEN CONNORS,

Interested Parties - Appellants.

**MANDATE**

Entered: June 17, 2025

In accordance with the judgment of April 23, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Gerard J. Cedrone, Jared B. Cohen, Colleen Connors, Pietro Alfredo Conte, Shankar Duraiswamy, Jeremy Feigenbaum, Kalikoonalani Diara Fernandes, Leonard Giarrano IV, Neil Giovanatti, Jeremy Girton, James Grayson, Viviana Maria Hanley, Toni L. Harris, Whitney D. Hermandorfer, Leonard W. Houston, Christopher David Hu, Gabe Johnson-Karp, Melvin Jones Jr., Vanessa L. Kassab, John C. Keller, Adam D. Kirschner, Denise Yesenia Levey, Donald Campbell Lockhart, Lorraine Lopez, David Scott Louk, Sean D. Magenis, Marissa Malouff, Mark Marvin, R. Trent McCotter, Ryan P. McLane, Janelle Medeiros, Jonathan Benjamin Miller, Daniel Paul Mosteller, Michael Louis Newman, James Matthew Rice, Jonathan T. Rose, Katherine Connolly Sadeck, Stephanie M. Service, Heidi Parry Stern, Shannon Wells Stevenson, Sharon Swingle, William M. Tong, Delbert Tran, Irina Trasovan, Caroline S. Van Zile, George W. Vien, Elizabeth R. Walsh, Derek Weiss, Annabelle Cathryn Wilmott, Rubin Young